NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Esperanza Anderson
Law Office of Esperanza Cervantes Anderson
1037 N Allen Avenue
Pasadena, California 91104

ATTORNEY(S) FOR: Plaintiff Patrick Byrne

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>Plaintiff(s),<br>v.<br>AMERIS BANK, a Georgia corporation,<br><br>Defendant(s) | CASE NUMBER:<br><br>8:24-cv-01989<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff Patrick Byrne_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Patrick Byrne | Plaintiff |
| Ameris Bank | Defendant |

September 16, 2024
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Patrick Byrne

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES