**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| PATRICK BYRNE | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 8:24-1989 CAS |
| v. | |
| AMERIS BANK | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

  IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

September 19, 2024
Date

_Christine A. Snyder_
United States District Judge

---

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge   Maame Ewusi-Mensah Frimpong   for all further proceedings. On all documents subsequently filed in this case, please substitute the initials   MEMF   after the case number in place of the initials of the prior judge so that the case number will read   8:24-cv-01989 MEMF(JDEx)   This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ *Previous Judge*    ☐ *Statistics Clerk*