AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| PATRICK BYRNE, an individual, | ) |
| *Plaintiff(s)* | ) ) ) ) |
| v. | ) Civil Action No. 8:24-cv-1989 - CAS (JDEx) |
| AMERIS BANK, a Georgia corporation, | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMERIS BANK, a Georgia corporation,
3490 Piedmont Road NE, Suite 1550
Atlanta, Georgia 30305
c/o CT Corporation System
330 N Brand Blvd,
Glendale, California 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Esperanza Anderson
   Law Office of Esperanza Cervantes Anderson
   1037 N Allen Avenue
   Pasadena, California 91104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Luy Hernandez*
*Signature of Clerk or Deputy Clerk*

Date: 9/18/2024

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-1989

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Ameris Bank, a Georgia corporation**
was received by me on *(date)* **9.26.2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **JACKLYN MEJIA**, who is designated by law to accept service of process on behalf of *(name of organization)* **Ameris Bank** on *(date)* **9.27.2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **85** for travel and $ _____ for services, for a total of $ **85.00**
                                                                             **0.00**

I declare under penalty of perjury that this information is true.

Date: **9.27.2024**

*Homayon Taghavi*
*Server's signature*

Homayon Taghavi
*Printed name and title*

18034 Ventura Blvd., #240, Encino, CA 91316
*Server's address*

Additional information regarding attempted service, etc:

**These Documents were included in the Service:**
**Complaint**
**Civil Cover Sheet**
**Notice of Assignment**
**Order Returning Case for Reassignment**
**Notice of Interested Parties**
**Notice to Parties of Court-Directed ADR Program**
**Notice to Counsel re Consent to Proceed before US Magistrate Judge**