# EXHIBIT A

## Clara Castaneda

| | |
|---|---|
| **From:** | Esperanza Anderson <esperanza@esperanzaanderson.com> |
| **Sent:** | Friday, September 19, 2025 4:33 PM |
| **To:** | Nana Yee; Clara Castaneda |
| **Cc:** | Stacy Fode; Patricia Hoffman |
| **Subject:** | Re: Byrne v. Ameris: Proposed Witness Deposition Availability |

**EXTERNAL MESSAGE**

Hi -

Plaintiff needs two dates for the Rule 30(b)(6) and for Jim LaHaise. If Jim is going to be the PMK, then it would be two dates for him. I am open to meeting and conferring about this.

Re: Heather, the dates work. I need to get the court reporter lined up and I'll finalize the date for the deposition. We can do Orange County to make it easier for Heather and you too. Re: the other deponents, since they reside in Georgia, we need to do a few extra steps if the depositions are virtual. We can talk about this week if that works. I can say that the dates are OK. We can finalize when we confirm in person or virtual.

Lastly, we also need 2-3 dates for Phil Silva.

Thanks so much,

Espie



1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627
www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.

**From:** Nana Yee <nyee@nfclegal.com>
**Date:** Wednesday, September 17, 2025 at 8:56 AM
**To:** Esperanza Anderson <esperanza@esperanzaanderson.com>, Clara Castaneda <CCastaneda@nfclegal.com>

**Cc:** Stacy Fode <SFode@nfclegal.com>, Patricia Hoffman <phoffman@nfclegal.com>
**Subject:** RE: Byrne v. Ameris: Proposed Witness Deposition Availability

Hi Espie, Mr. LaHaise's deposition will be in person in Atlanta; Ms. Parker's will be in person in California; the remaining witnesses will likely be virtual but I will get back to you soon to confirm.

Thanks,
Nana


**Nana Yee, Esq.** | Counsel

**NEW ADDRESS: PLEASE UPDATE YOUR RECORDS**
550 West C Street | Suite 910 | San Diego | CA | 92101
Direct +1 619 842 0267 | Fax 619.566.4741
**nyee@nfclegal.com** | **nfclegal.com**
Bar admissions: CA



Employment Law Solutions That Work.

WBENC Certified and
a Proud Member of NAMWOLF

This e-mail message is intended solely for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you are hereby notified that you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Esperanza Anderson <esperanza@esperanzaanderson.com>
**Sent:** Tuesday, September 16, 2025 7:09 PM
**To:** Clara Castaneda <CCastaneda@nfclegal.com>
**Cc:** Stacy Fode <SFode@nfclegal.com>; Nana Yee <nyee@nfclegal.com>; Patricia Hoffman <phoffman@nfclegal.com>
**Subject:** Re: Byrne v. Ameris: Proposed Witness Deposition Availability

**EXTERNAL MESSAGE**

Thank you. I'll get back to you. To confirm, are all witnesses except Heather in Atlanta?




1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627
www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.

---

**From:** Clara Castaneda <CCastaneda@nfclegal.com>
**Date:** Tuesday, September 16, 2025 at 6:58 PM
**To:** Esperanza Anderson <esperanza@esperanzaanderson.com>
**Cc:** Stacy Fode <SFode@nfclegal.com>, Nana Yee <nyee@nfclegal.com>, Patricia Hoffman <phoffman@nfclegal.com>
**Subject:** Byrne v. Ameris: Proposed Witness Deposition Availability

Good evening Counsel,

The following dates are available for deposition of the witnesses named below.

- J. LaHaise: 30b6 & Personal Capacity on October 10th;
- H. Parker: October 13 & 14;
- N. Stokes: October 22 & 30; and
- S. Majid: November 5 & 6
- 

David Sparacio, a former employee, has communicated his availability for November 14th and 20th.

Thank you,


**Clara Castaneda** | Senior Paralegal

**NEW ADDRESS: PLEASE UPDATE YOUR RECORDS**
550 West C Street | Suite 910 | San Diego | CA | 92101
Direct 619.292.0559 | Fax 619.566.4741
CCastaneda@nfclegal.com | nfclegal.com



Employment Law Solutions That Work.

WBENC Certified and
a Proud Member of NAMWOLF

This e-mail message is intended solely for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you are hereby notified that you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

Any tax advice included in this communication was not intended or written to be used, and cannot be used by the taxpayer, for the purpose of avoiding any penalties that may be imposed on the taxpayer by any governmental tax authority or agency.