## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:24-cv-01989-MWC-JDEx | Date | October 22, 2025 |
|---|---|---|---|
| Title | Patrick Byrne v. Ameris Bank | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Amber Rodriguez | CS 10/22/25 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

Proceedings:   Order re Deposition Scheduling

On October 22, 2025, at 10:00 a.m., Plaintiff Patrick Byrne ("Plaintiff") and Defendant Ameris Bank ("Defendant") appeared for purposes of further meeting and conferring at the Court's direction regarding scheduling of depositions. After several hours of conferring, the case was called, counsel appeared, and, after hearing from the parties, the Court ORDERED that the following depositions would commence at the following dates, times, locations, with specific locations in Atlanta to be determined.

--<u>Phil Silva</u>: October 28, 2025, starting at 10:00 a.m., by videoconference
--<u>Nicole Stokes</u>: November 3, 2025, starting at 10:30 a.m. in Atlanta, GA in person
--<u>Sufhan Maijid</u>, November 4, 2025, starting at 10:00 a.m. in Atlanta, GA in person
--<u>Defendant Rule 30(b)(6) Designee</u>: November 5, 2025, at 10:00 a.m. in Atlanta, GA in person
--<u>James LaHaise</u>, November 13, 2025, at 10:00 a.m., by videoconference
--<u>David Sparacio</u>, November 14, 2025, at 10:00 a.m., videoconference, with Defendant's counsel agreeing to accept service of a Fed. R. Civ. P. 45 subpoena on his behalf
--<u>Heather Parker</u>, November 17, 2025, at 10:00 a.m., in Irvine, California, in person

In addition, the continued deposition of Plaintiff is ORDERED to take place on October 27, 2025, starting at 10:00 a.m. and continuing until completed at the same location previously ordered. Defendant's in-house counsel, Mr. Spencer, may attend Plaintiff's deposition remotely.

Counsel are directed to review the Civility and Professionalism Guidelines on the Court's website at https://www.cacd.uscourts.gov/attorneys/admissions/civility-and-professionalism-guidelines. Absent special needs, breaks during depositions should be limited to no more than a single break of no more than 10 minutes per hour, a lunch break of no more than 60 minutes, and no breaks while a question is pending.

IT IS SO ORDERED.

| | Initials of Courtroom Deputy | ARO |
|---|---|---|