# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

PATRICK BYRNE, an Individual,

      Plaintiff,

vs.

AMERIS BANK, a Georgia corporation

      Defendants.

Case No. 8:24-cv-01989-MWC (JDEx)

**[PROPOSED] ORDER GRANTING DEFENDANT AMERIS BANK'S *EX PARTE* APPLICATION FOR ISSUANCE OF A PROTECTIVE ORDER**

Courtroom: 6A
Magistrate Judge: Hon. John D. Early

Discovery Cutoff: November 28, 2025
Final Pretrial Conference: May 22, 2026
Trial Date: June 1, 2026

Upon consideration of Defendant Ameris Bank's ("Defendant's") *Ex Parte* Application for a Protective Order to prohibit Plaintiff Patrick Bryne ("Plaintiff") from taking the depositions of H. Palmer Proctor and Leo J. Hill, and having read and considered any other submissions of the parties on this matter, and for good cause having been shown, it is this _____ day of _____, 20___, hereby ORDERED:

1. Defendant's *Ex Parte* Application for a Protective Order is GRANTED;

2. Plaintiff is not permitted to take the deposition of H. Palmer Proctor or Leo J. Hill; and

3. Plaintiff is further ordered to pay monetary sanctions in the amount of $6,752.50 to Defendant within 10 days of this Order.

**IT IS SO ORDERED.**

_____
JOHN D. EARLY
United States Magistrate Judge