# EXHIBIT A

Friday, November 14, 2025 at 4:49:34 PM Pacific Standard Time

| | |
|---|---|
| **Subject:** | Notices of Deposition and Protective Order |
| **Date:** | Wednesday, October 29, 2025 at 11:55:44 AM Pacific Daylight Time |
| **From:** | Esperanza Anderson |
| **To:** | Stacy Fode, Nana Yee, Zachary Brower |
| **CC:** | Patricia Hoffman, Clara Castaneda, Amelia Castro |
| **Attachments:** | image001.png, 2025.10.29 - 1st Amended NOD Nicole Stokes.pdf, 2025.10.29 - 1st Amended NOD Sufhan Majid.pdf, 2025.10.29 - 5th Amended Rule 30(b)(6) NOD.pdf, 2025.10.29 - NOD LaHaise.pdf, 2025.10.29 - NOD Leo Hill.pdf, 2025.10.29 - NOD Palmer Proctor.pdf, Byrne Protective Order.pdf |

Hi Nana and Stacy -

Attached please find amended notices of deposition for Nicole Stokes, Sufhan Majid, Ameris Bank Rule 30(b)(6), James LaHaise. You already have the amended notice for David Sparacio. I will serve the amended notice for Heather Parker once we confirm the location in Irvine.

Also attached please find a notice of deposition for Palmer Proctor and Leo Hill. I have unilaterally chosen the dates November 19 for Mr. Proctor and November 20 for Mr. Hill. Of course, I will meet and confer as to other dates for those depositions but I need to hear from you **by close of business October 31. If I do not hear from you, Plaintiff will assume the dates chosen are fine and we will proceed on those dates.**

Finally, you mentioned the protective order when we spoke on Monday after Plaintiff's deposition. Your recitation of it is wrong. I have attached a highlighted version of the protective order to this email. You have Plaintiff's designations for the first session of his deposition and we will provide the designations for the second session shortly. This process is better because it ensures compliance with Para. 7.1. Randomly designating broad sections of the deposition at the end before seeing the transcript and determining what needs protection violates Para. 7.1. This process also makes it hard to follow the protective order.

Thanks,

Espie

## ESPERANZA ANDERSON

1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627

www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.