# EXHIBIT C

Friday, November 14, 2025 at 7:56:19 AM Pacific Standard Time

| | |
|---|---|
| **Subject:** | Postponing today's deposition |
| **Date:** | Friday, November 14, 2025 at 7:56:04 AM Pacific Standard Time |
| **From:** | Esperanza Anderson |
| **To:** | Nana Yee, Stacy Fode, Zachary Brower |
| **CC:** | Amelia Castro, Clara Castaneda, Patricia Hoffman |
| **BCC:** | Esperanza Anderson |
| **Attachments:** | image001.png |

Nana -

I see that you filed an ex parte application late yesterday. You know that I am a solo practitioner. You know that while Steve is asking questions at the depositions, I am sitting next to him actively providing more questions or documents based on the testimony provided. Given the control you have exerted over each deposition - dictating when we can schedule breaks or go off the record - there is no way Steve can handle the deposition without help. You actively helped Stacy take Plaintiff's deposition even though I did not make even a tenth of the objections you have made and even though I extended every professional courtesy, not dictating when Stacy could schedule a break and also allowing Stacy to go off the record even while Plaintiff was reviewing a document.

I told you several times during our call on Wednesday that I could not work on other things until after the depositions scheduled for yesterday, today or Monday were complete.

Given the ex parte application, Plaintiff has no choice but to postpone today's deposition of David Sparacio so that I may work on the opposition to Ameris' ex parte application. I note that if you had file the application this evening, I would not have had to make this choice. Plaintiff will be seeking court intervention to reschedule Mr. Sparacio's deposition unless you provide another date in the next week.



ESPERANZA ANDERSON

1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627

www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.