# EXHIBIT D

-16-

DECLARATION OF ESPERANZA ANDERSON ISO PLAINTIFF'S OPPOSITION TO AMERIS' *EX PARTE* APPLICATION

Friday, November 14, 2025 at 4:31:02 PM Pacific Standard Time

| | |
|---|---|
| **Subject:** | Agenda re Meet and Confer call today |
| **Date:** | Wednesday, November 12, 2025 at 8:28:23 AM Pacific Standard Time |
| **From:** | Esperanza Anderson |
| **To:** | Nana Yee, Stacy Fode, Zachary Brower |
| **CC:** | Clara Castaneda, Patricia Hoffman, Amelia Castro |
| **Attachments:** | image001.png, 2025.11.10 - AMERIS First Amended Complaint.redlined.doc, Dkt No. 1 - Complaint for Damages.pdf, 2025.11.12 - ESI Key Word Search.docx |

Hi Nana and Zac

I look forward to speaking with you today at 4 p.m.

When we speak, we also need to meet and confer regarding the following topics:

1. Plaintiff's proposed First Amended Complaint. This attached draft has made changes to the cause of action for breach of contract to address Ameris' refusal to pay Plaintiff his LTIP bonus for 2024. It also adds a cause of action for an accounting. These issues became apparent and necessary given the testimony and discussions between counsel during the depositions in Atlanta last week. To address the type of argument raised in your November 6 letter, I personally made the redlined changes on the word version of the Complaint filed in September 2024. I have attached both the redlines and the Docket copy of the Complaint for your review.
2. We also need to continue the discussion regarding Plaintiff's request that Ameris include additional search terms for ESI. I handed Nana a list on October 22 when we were in court. This attached list adds Plaintiff's name and some search terms based on the Rule 30(b)(6) deposition on Wednesday, Nov. 5.
3. Lastly, Plaintiff served notices of deposition for Leo Hill and Palmer Proctor. You emailed me asking me to withdraw the notices. I responded explaining the reasons why Plaintiff needs to depose these individuals. I never heard back. The depositions remain on calendar. As always, Plaintiff is willing to change the dates so long as other dates are provided.

I look forward to speaking with you today about these issues and the other issues you have identified in your emails.

Thanks,

Espie



1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627
www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.