# EXHIBIT H

-20-

DECLARATION OF ESPERANZA ANDERSON ISO PLAINTIFF'S OPPOSITION TO AMERIS' *EX PARTE* APPLICATION

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK BYRNE, an individual, | ) | Case No.: 8:24-cv-01989-MWC-JDE |
| PLAINTIFF, | ) | |
| v. | ) | **ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE DISCOVERY AND MOTION CUT-OFFS (DKT. 33)** |
| AMERIS BANK, a Georgia corporation, | ) | |
| Defendants. | ) | |

The Court has reviewed the parties' stipulation, Dkt. # 33 (the "Stipulation").

For lack of good cause shown, the Court **DENIES** the Stipulation. All deadlines remain in place.

**IT IS SO ORDERED.**

DATED: July 24, 2025

*Michelle W Court*
Hon. Michelle Williams Court
Unites States District Court Judge

- 1 -

ORDER