1  Stacy L. Fode (SBN 199883)
2  sfode@nfclegal.com
   Nana J. Yee (SBN 272783)
3  nyee@nfclegal.com
4  **NUKK-FREEMAN & CERRA, P.C**.
   550 West C Street, Suite 910
5  San Diego, CA 92101
6  Telephone: 619.292.0515
   Facsimile: 619.566.4741
7
8  *Attorneys for Defendant*
   AMERIS BANK
9

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation<br><br>Defendants. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**DEFENDANT AMERIS BANK'S <u>FOURTH AMENDED</u> NOTICE OF DEPOSITION OF PLAINTIFF PATRICK BYRNE**<br><br>Judge:  Hon. Michelle W. Court<br><br>Date:  October 27, 2025<br>Time:  10:00 a.m.<br>Place:  17752 Skypark Circle<br>            Suite 100<br>            Irvine, CA 92614 |
|---|---|

**TO PLAINTIFF PATRICK BYRNE AND HIS ATTORNEY OF RECORD:**

      **PLEASE TAKE NOTICE THAT,** pursuant to Federal Rule of Civil Procedure 30 and Minute Order dated October 22, 2025 [Dkt. 74], Defendant AMERIS BANK ("Defendant") through its counsel of record, will take the continued deposition and oral examination of Plaintiff PATRICK BYRNE ("Plaintiff").  The deposition will take

-1-

place on Monday, October 27, 2025, at 10:00 a.m., at the office of Lexitas Court Reporting, 17752 Skypark Circle, Suite 100, Irvine, CA 92614. This examination will be subject to continuance or adjournment from time to time or place to place until completed. The deposition will be taken before a certified shorthand reporter and a notary public or such other person authorized to administer oaths and take deposition testimony at the place where the examination is held, who may be present at such time and place. The deposition may also be videotaped and audio taped for use as evidence in this action, trial, or for such other purposes as are permitted, and as authorized by Federal Rules of Civil Procedure 30. Defendant reserves the right to use the videotaped recording of this deposition at the trial in this action.

**IF AN INTERPRETER IS REQUIRED TO TRANSLATE TESTIMONY, NOTICE OF THE REQUEST ALONG WITH THE SPECIFIC LANGUAGE AND/OR DIALECT DESIGNATED MUST BE GIVEN WITHIN TEN (10) DAYS BEFORE THE DEPOSITION DATE.**

DATED: October 24, 2025                    **NUKK-FREEMAN & CERRA, P.C.**

*/s/ Stacy Fode*
Stacy L. Fode, Esq.
Nana Yee, Esq.
Attorneys for Defendant
AMERIS BANK

-2-

FOURTH AMENDED NOTICE OF DEPOSITION
OF PLAINTIFF PATRICK BYRNE