# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation<br><br>Defendants. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AMERIS BANK'S *EX PARTE* APPLICATION FOR AN ORDER COMPELLING A SECOND 7-HOUR DAY DEPOSITION OF PLAINTIFF PATRICK BYRNE**<br><br>Courtroom: 6A<br>Magistrate Judge: Hon. John D. Early<br><br>Discovery Cutoff: November 28, 2025<br>Final Pretrial Conference: May 22, 2026<br>Trial Date: June 1, 2026 |

Upon consideration of Defendant Ameris Bank's ("Defendant's") *Ex Parte* Application for an Order Compelling a Second 7-Hour Day Deposition of Plaintiff Patrick Byrne ("Plaintiff") pursuant to Federal Rules of Civil Procedure 30 and 37, and having read and considered any other submissions of the parties on this matter, and for good cause having been shown, it is this _____ day of _____, 20___, hereby ORDERED:

1. Defendant's *Ex Parte* Application for an Order Compelling a Second 7-Hour Day Deposition of Plaintiff is GRANTED;
2. Plaintiff is ordered to appear for a 7-hour deposition on November 25, 2025, in person, at 17752 Skypark Circle Suite 100, Irvine, California 92614.[1]

**IT IS SO ORDERED.**

_____
JOHN D. EARLY
United States Magistrate Judge

4927-3339-3019, v. 1

---

[1] Alternatively, Defendant respectfully requests leave of the Court to conduct the Deposition during the first week of December, beyond the discovery cutoff, for the limited purpose of completing Plaintiff's deposition.