# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation<br><br>Defendants. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>ORDER DENYING DEFENDANT AMERIS BANK'S *EX PARTE* APPLICATION FOR AN ORDER COMPELLING A SECOND 7-HOUR DAY DEPOSITION OF PLAINTIFF PATRICK BYRNE |

The Ex Parte Application of Defendant Ameris Bank ("Defendant") to Compel a Second 7-Hour Deposition of Plaintiff (Dkt. 83) is DENIED. The discovery cutoff is November 28, 2025, the day after Thanksgiving. The instant Application, with 96 pages of material and referring to other material that Defendant offers to submit "in camera," was filed on the afternoon of Friday, November 21, 2025. Defendant has not shown under Local Rule 37-3 that the "crisis" on which ex parte relief is sought is not attributable to lack of diligence on Defendant's part. Nor has Defendant shown, as it avers ex parte relief is warranted because of an impending discovery cut-off, that it "used the entire discovery period efficiently and could not have, with due diligence, sought to obtain the discovery earlier in the

discovery period." <u>Mission Power Eng'g Co. v. Cont'l Cas. Co.</u>, 883 F. Supp. 488, 490, 493 (C.D. Cal. 1995); <u>see also</u> Dkt. 17 ("**any motion challenging the adequacy of discovery responses must be filed timely, served, and calendared sufficiently in advance of the discovery cut-off date to permit the responses to be obtained before that date, if the motion is granted**").

The Application (Dkt. 83) is DENIED.

DATED: November 21, 2025

_____
JOHN D. EARLY
United States Magistrate Judge