# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation<br><br>Defendants. | Case No. 8:24-cv-01989<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND EXPERT REBUTTAL AND EXPERT DISCOVERY DEADLINE BY 14 DAYS**<br><br>Courtroom: 6A<br>Magistrate Judge: Hon. John D. Early<br><br>Discovery Cutoff: November 28, 2025<br>Final Pretrial Conference: May 22, 2026<br>Trial Date: June 1, 2026 |

1  Upon consideration of Plaintiff Patrick Byrne ("Plaintiff") and Defendant
2  Ameris Bank's ("Defendant") Stipulation to Extend Expert Rebuttal and Expert
3  Discovery Deadline, and for good cause having been shown, it is this _____ day of
4  December, 2025, hereby ORDERED:

5  1. The Parties' Stipulation to extend expert rebuttal deadline by 14 days is
6  GRANTED. The expert rebuttal deadline is now January 2, 2026;

7  2. Plaintiff and Defendant's Stipulation to Extend Expert Discovery Deadline
8  by 14 days is GRANTED. The expert discovery deadline is now January
9  16, 2026; and

10  3. No other deadlines or dates shall be continued.

12  **IT IS SO ORDERED.**

_____
MICHELLE WILLIAMS COURT
United States Magistrate Judge