Esperanza Cervantes Anderson | SBN 197953
T. Stephen Corcoran | SBN 167880
**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**
1037 N. Allen Avenue
Pasadena, California 91104
Tel.: (626) 219-6773
Fax: (626) 389-8911

Attorneys for PLAINTIFF
PATRICK BYRNE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>PLAINTIFF,<br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendants. | Case No.: 8:24-cv-01989- MWC (JDEx)<br><br>**DECLARATION OF ESPERANZA CERVANTES ANDERSON IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR: (1) LEAVE TO WITHDRAW AS COUNSEL OF RECORD; (2) TWO-WEEK EXTENSION OF EXPERT REBUTTAL DISCLOSURE DEADLINE AND EXPERT DISCOVERY CUT-OFF**<br><br>Discovery Cut-off: November 28, 2025<br>Final Pretrial Conference: May 22, 2025<br>Trial Date: June 1, 2026<br><br>[Filed concurrently with *Ex Parte* Application; [Proposed] Order] |

1
DECLARATION OF ESPERANZA CERVANTES ANDERSON ISO *EX PARTE* APPLICATION FOR (1) LEAVE TO WITHDRAW AS COUNSEL OF RECORD AND (2) ORDER CONTINUING EXPERT REBUTTAL DISCLOSURE DEADLINE AND EXPERT DISCOVERY CUT-OFF BY TWO WEEKS, *ET AL*

## DECLARATION OF ESPERANZA CERVANTES ANDERSON

I Esperanza Cervantes Anderson, declare as follows:

1. I am an attorney at law, duly authorized to practice law before all of the courts of the State of California and the United States District Court for the Central District of California. I am currently counsel of record for Plaintiff Patrick Byrne in this matter. I am familiar with the files, pleadings, and facts of this case and could and would competently testify to the following facts on the basis on my own personal knowledge. I am submitting this Declaration in support of my motion to be relieved as Counsel and for an Order continuing the expert rebuttal disclosure deadline and expert discovery cut-off by two weeks.

2. Plaintiff retained me and my firm to represent him in a lawsuit against Ameris Bank. I filed the instant action on September 16, 2024. T. Stephen Corcoran began working on the case as an associate with my firm on July 2025. On November 19, 2025, I filed a Notice of Appearance for Mr. Corcoran. [Docket No. 82.] Pacer lists Mr. Corcoran as working for Pierce Davis and Perritano LLP. This information is wrong. Pierce Davis and Perritano LLP has not appeared in this case or performed any work on this matter. Mr. Corcoran works on this case as part of my firm.

3. On December 18, 2025, prior to the break in the relationship, I entered into a stipulation with counsel for Ameris for an order to modify the Civil Trial Order to continue the deadline for exchange of expert rebuttal disclosure which is currently set for today and also the January 2, 2026 deadline to complete expert discovery by two weeks. The court has not ruled on this stipulation.

4. On or about October 23, 2025, my relationship with Plaintiff and began to fray. On December 18, 2025, a permanent and irreparable break in the attorney-client relationship occurred. The attorney-client privilege severely limits the information that I may provide to support this motion. If the Court wishes, I can

provide more information in camera.

5. In the meantime, I represent that withdrawal is mandatory, or at least permissive, pursuant to California Rules of Professional Conduct 1.16. I can no longer effectively represent Plaintiff's stated interests in this matter. I cannot sign a rebuttal expert disclosure given the current state of the attorney-client relationship. For this reason alone, good cause exists for my withdrawal as counsel of record.

6. Pursuant to Local Rule 7-3, I informed Plaintiff by email of my need to file this application by e-mail on December 19, 2025. E-mail is my primary method of communication with Plaintiff. I did not hear Plaintiff's response before needing to file this application but anticipate he may oppose it.

7. Pursuant to Local Rule 7-3, I met and conferred with counsel for Defendant Ameris, Stacy Fode and Zachary Brower, regarding my intent to file this application on December 19, 2025. Ms. Fode was traveling when she took my phone call. Mr. Brower was on the line. They could not tell me whether Defendant would oppose the application before seeing it.

8. On December 19, 2025, I served Plaintiff and counsel for Ameris with this *ex parte* application and this declaration and the Declaration of T. Stephen Corcoran by e-mail given the emergency nature of the relief sought and also because e-mail is my primary method of communicating with both.

9. Pursuant to L.R. 7-19, below is the contact information for Ameris's counsel of record: Stacy L. Fode, Esq. (SBN 199883), sfode@nfclegal.com, Nana Yee, Esq. (SBN 272783), nyee@nfclegal.com, NUKK-FREEMAN & CERRA, P.C., 550 West C Street, Suite 910, San Diego, CA 92101, Telephone: 619.292.0515, Facsimile: 619.566.4741

10. The contact for Plaintiff is: 70 Monarch Bay Drive, Dana Point, CA 92629, Telephone: 949.278.3754, Email: at pateb17@outlook.com.

I declare, under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed on this 19th day of December 2025 at Pasadena, California.

_____
Esperanza Cervantes Anderson

**CERTIFICATE OF SERVICE**

I certify that on December 19, 2025, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

On December 19, 2025, a copy of the foregoing was served by email on Plaintiff at pateb17@outlook.com.

Dated: December 19, 2025

By: _____
Esperanza Cervantes Anderson