Esperanza Cervantes Anderson | SBN 197953
T. Stephen Corcoran | SBN 167880
**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**
1037 N. Allen Avenue
Pasadena, California 91104
Tel.: (626) 219-6773
Fax: (626) 389-8911

Attorneys for PLAINTIFF
PATRICK BYRNE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>PLAINTIFF,<br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendants. | Case No.: 8:24-cv-01989- MWC (JDEx)<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR: (1) LEAVE TO WITHDRAW AS COUNSEL OF RECORD; (2) TWO-WEEK EXTENSION OF EXPERT REBUTTAL DISCLOSURE DEADLINE AND EXPERT DISCOVERY CUT-OFF**<br><br>Discovery Cut-off: November 28, 2025<br>Final Pretrial Conference: May 22, 2025<br>Trial Date: June 1, 2026<br><br>[Filed concurrently with *Ex Parte* Application; Declaration of Esperanza Anderson] |

*Left margin (vertical text):* LAW OFFICE OF ESPERANZA CERVANTES ANDERSON PASADENA, CALIFORNIA

1

**ORDER**

Good cause having been shown, the Application of Attorney Esperanza Cervantes Anderson and Law Office of Esperanza Cervantes Anderson ("Attorney") for an Order permitting the withdrawal of Attorney as counsel for Plaintiff Patrick Byrne ("Plaintiff") is GRANTED. Attorney Anderson and attorneys working in her law office, including T. Stephen Corcoran, shall be relieved as counsel for Plaintiff upon filing of the proof of service of this Order granting the motion to withdraw.

For good cause shown, it is also ORDERED:

1. The expert rebuttal disclosure deadline is continued from December 19, 2025 to _____;

2. The expert discovery cutoff is continued from January 2, 2026 to _____.

**IT IS SO ORDERED.**

DATED: _____        _____
                            HON. MICHELLE WILLIAMS COURT
                            United States District Judge

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR (1) LEAVE TO WITHDRAW AS COUNSEL OF RECORD AND (2) ORDER CONTINUING EXPERT REBUTTAL DISCLOSURE DEADLINE AND EXPERT DISCOVERY CUT-OFF BY TWO WEEKS

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

**CERTIFICATE OF SERVICE**

I certify that on December 19, 2025, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

On December 19, 2025, a copy of the foregoing was served by email on Plaintiff at pateb17@outlook.com.

Dated: December 19, 2025

By: _____
    Esperanza Cervantes Anderson

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

3
CERTIFICATE OF SERVICE