# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff(s)<br><br>v.<br><br>AMERIS BANK, a Georgia corporation<br><br>Defendant(s) | CASE NUMBER<br>8:24-cv-01989<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

Patrick Byrne   ☒ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

☒ to substitute   Matthew T. Sessions; Stacey A. Villagomez   who are

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

2010 Main Street, 8th Floor
*Street Address*

Irvine, CA 92614                                     msessions@allenmatkins.com;
                                                     svillagomez@allenmatkins.com
*City, State, Zip*                                   *E-Mail Address*

(949) 553-1313          (949) 553-8354          307098; 317081
*Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record instead of   Esperanza Cervantes Anderson
                                   *List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____
**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____                                       _____
                                                     U. S. District Judge/U.S. Magistrate Judge