Stacy L. Fode (SBN 199883)
sfode@nfclegal.com
Nana J. Yee (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C**.
550 West C. Street, Suite 910
San Diego, CA 92101
Telephone: 619.292.0515
Facsimile:  619.566.4741

*Attorneys for Defendant*
AMERIS BANK

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**DECLARATION OF STACY L. FODE IN SUPPORT OF DEFENDANT AMERIS BANK'S NON-OPPOSITION TO *EX PARTE* APPLICATION FOR (1) LEAVE TO WITHDRAW AS COUNSEL OF RECORD AND (2) ORDER CONTINUING EXPERT REBUTTAL DISCLOSURE DEADLINE AND EXPERT DISCOVERY CUTOFF (DKT. 89) AND DEFENDANT'S REQUEST TO PRESERVE ALL OTHER CASE DEADLINES**<br><br>Discovery Cut-Off: November 28, 2025<br>Pretrial Conference: May 22, 2026<br>Trial Date: June 1, 2026 |

I, Stacy L. Fode, declare as follows:

1. I am an attorney licensed to practice law in the State of California and in the above-entitled Court. I am a partner at Nukk-Freeman & Cerra, P.C., attorneys of record for Defendant AMERIS BANK, a Georgia Corporation (hereinafter "Ameris" or "Defendant").

2. The Court issued the current Scheduling Order in this case on February 18, 2025. (Dkt. 22.) Under the Scheduling Order, the last day for the Court to hear dispositive motions is February 20, 2026. (*Id.*) Further, the Court's Civil Standing Order Regarding Newly Assigned Cases, Rule 7(c) provides that motions under Fed. R. Civ. P. 56 must be filed at least 49 days prior to the hearing date. Accordingly, the last day for Ameris to file a motion for summary judgment is January 2, 2026.

3. In reliance on the Scheduling Order, and due to the holidays, Ameris has been preparing to file its motion for summary judgment by the end of this week, in advance of the deadline.

4. Although Ameris does not oppose the *ex parte* application filed by Plaintiff's counsel on December 22, 2025 (Dkt. 89), Ameris's non-opposition is contingent upon the Scheduling Order remaining unchanged (except for the expert rebuttal deadline and expert discovery cutoff, for which the parties have jointly stipulated to request a continuance [*see* Dkt. 88]). If the Scheduling Order were modified at this stage of the proceedings, it would be highly prejudicial to Ameris.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day of December, 2025, in San Diego, California.

By: /s/Stacy Fode
Stacy L. Fode, Esq.