1  Stacy L. Fode, Esq. (SBN 199883)
   sfode@nfclegal.com
2  Nana J. Yee, Esq. (SBN 272783)
   nyee@nfclegal.com
3  **NUKK-FREEMAN & CERRA, P.C.**
4  550 West C Street, Suite 910
   San Diego, CA 92101
5  Telephone: 619.292.0515
   Facsimile: 619.566.4741
6
7  Attorneys for Defendant
   AMERIS BANK
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK BYRNE, an individual, | Case No. 8:24-cv-01989-MWC (JDEx) |
| Plaintiff, | **DEFENDANT AMERIS BANK'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT AS TO EACH OF PLAINTIFF'S CLAIMS** |
| vs. | |
| AMERIS BANK, a Georgia corporation, | |
| Defendant. | |
| | Judge: Hon. Michelle Williams Court |
| | Date: February 13, 2026 |
| | Time: 1:30 p.m. |
| | Place: Courtroom 6A |
| | Discovery Cut-Off: November 28, 2025 |
| | Pretrial Conference: May 22, 2026 |
| | Trial Date: June 1, 2026 |

TO PLAINTIFF PATRICK BYRNE AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on February 13, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard by the above-entitled Court, the Honorable Michelle Williams Court, presiding, located at 411 West Fourth Street, Santa Ana, CA 90012, Defendant Ameris Bank ("Ameris") will move the Court for summary judgment, or, in the alternative, for partial summary judgment, as to each of Plaintiff Patrick Byrne's ("Plaintiff") causes of action, pursuant to Federal Rule of Civil Procedure 56 because there is no genuine issue of material fact and Ameris is entitled to summary judgment as to each of Plaintiff's causes of action:

1. Plaintiff's *first cause of action for wrongful termination* in violation of public policy fails because it is entirely derivative in nature, and the underlying claims fail as a matter of law. Moreover, Plaintiff fails to identify any specific or constitutional provision.

2. Plaintiff's *second cause of action for whistleblower retaliation* in violation of Labor Code §1102.5 fails because Plaintiff cannot establish a protected disclosure, protected activity, or any causal connection to his termination. Even if Plaintiff could establish a *prima facie* case, Ameris terminated Plaintiff for legitimate, independent reasons.

3. Plaintiff's *third cause of action for failure to pay all wages at termination* in violation of Labor Codes §§201 and 203 fails because the LTIP is a discretionary bonus and not wages. Even if deemed non-discretionary, Plaintiff had not "earned" any 2024 LTIP bonus at termination, as it remained subject to future calculation and distribution (if any). All undisputed 2022 and 2023 LTIP amounts were timely paid, and any alleged shortfall stems from a good-faith dispute over calculation methodology, precluding willfulness.

4. Plaintiff's *fourth cause of action for unfair competition* in violation of business and professions code Cal. Bus. & Prof. Code §17200 fails because it is entirely derivative in nature, and the underlying claims fail as a matter of law.

5. Finally, Plaintiff cannot recover *punitive damages* as a matter of law with no evidence of malice, fraud, or oppression.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 18, 2025, after other earlier meet and confer attempts as outlined in the declaration of Stacy L. Fode, filed concurrently herewith.

This motion is based on this notice of motion and motion; the memorandum of points and authorities; the statement of undisputed facts and supporting evidence; the declarations of Stacy L. Fode, Nicole Stokes, and James LaHaise; the compendium of exhibits, including all exhibits attached thereto; all of the pleadings and papers on file in this case; and, on any other matter that may be presented to the Court on reply or at the time of the hearing.

Dated: December 26, 2025         **NUKK-FREEMAN & CERRA**

By:
    */s/Stacy L. Fode*
    Stacy L. Fode, Esq.
    Nana J. Yee, Esq.
    Attorney for Defendant
    AMERIS BANK