Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, CA 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Attorneys for Defendant
AMERIS BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>　　　　Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**DECLARATION OF STACY L. FODE IN SUPPORT OF DEFENDANT AMERIS BANK'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT AS TO EACH OF PLAINTIFF'S CLAIMS**<br><br>Judge: Hon. Michelle Williams Court<br>Date: February 13, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 6A<br><br>Discovery Cut-Off: November 28, 2025<br>Pretrial Conference: May 22, 2026<br>Trial Date: June 1, 2026 |

I, Stacy L. Fode, declare as follows:

1. I am an attorney licensed to practice law in the State of California and in the above-entitled Court. I am partner at Nukk-Freeman & Cerra, P.C., attorneys of record for Defendant Ameris Bank, a Georgia Corporation (hereinafter "Ameris" or "Defendant").

2. Attached to Ameris's Compendium of Exhibits in Support of Its Motion for Summary Judgment, or, in the Alternative, for Partial Summary Judgment ("COE") as **Exhibit 1** is a true and correct copy of relevant excerpts from Patrick Byrne ("Byrne")'s Deposition Transcript, Volumes I and II, taken on October 20, 2025 and October 27, 2025.

3. Attached to Ameris's COE as **Exhibit 2** is a true and correct copy of relevant excerpts from James LaHaise 30(b)(6)'s Deposition Transcript, taken on November 5, 2025.

4. Attached to Ameris's COE as **Exhibit 5** is a true and correct copy of relevant excerpts from James LaHaise's Deposition Transcript, taken on November 13, 2025.

5. Attached to Ameris's COE as **Exhibit 7** is a true and correct copy of relevant excerpts from Nicole Stokes' Deposition Transcript, taken on November 3, 2025.

6. Attached to Ameris's COE as **Exhibit 21** is a true and correct copy of relevant excerpts from Sufhan Majid's Deposition Transcript, taken on November 4, 2025.

7. Attached to Ameris's COE as **Exhibit 43** is a true and correct copy of relevant excerpts from Heather Parker's Deposition Transcript, taken on November 17, 2025.

8. Attached to Ameris's COE as **Exhibit 46** is a true and correct copy of relevant excerpts from Phil Silva's Deposition Transcript, taken on October 28, 2025.

9. In compliance with Local Rule 7-3, my office engaged in a conference call with Byrne's counsel at the time, Esperanza Anderson, Esq., on Thursday, December 18,

2025 to discuss the arguments and defenses to be raised in this Motion for Summary Judgment for each of Byrne's claims against Ameris. Ms. Anderson indicated that Plaintiff opposed all the grounds for the motion and would not be dismissing any of the claims. My colleague, Nana Yee, Esq., and I initially attempted to meet and confer regarding the grounds for Ameris's Motion for Summary Judgment and corresponding motion to seal with Ms. Anderson on December 15, 2025, following a meet and confer call regarding the scheduling of expert depositions, but Ms. Anderson hung up and would not allow us to meet and confer. Thereafter, Ms. Anderson would not provide us with a date for the telephonic meet and confer despite written correspondence repeatedly requesting the same. She finally agreed to talk on Thursday, December 18, 2025, at which time she informed us that she anticipated filing an application to withdraw as counsel of record for Byrne, which she did on Friday, December 19, 2025. We also met and conferred on Ameris's Motion for Summary Judgment as forth above.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed this 23rd day of December, 2025, in San Diego, California.

                                           /s/Stacy L. Fode
                                           Stacy L. Fode, Esq.