Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, CA 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Attorneys for Defendant
AMERIS BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>        Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**DEFENDANT AMERIS BANK'S COMPENDIUM OF EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Michelle Williams Court<br>Date: February 13, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 6A<br><br>Discovery Cut-Off: November 28, 2025<br>Pretrial Conference: May 22, 2026<br>Trial Date: June 1, 2026 |

Defendant Ameris Bank ("Ameris") submits the following exhibits in support of its Motion for Summary Judgment, or, in the alternative, for Partial Summary Judgment, as to each of Plaintiff's claims. Authentication for said exhibits is contained in the parenthetical following each exhibit referenced below:

| Ex. No. | Document Description | Bates No. | Authenticated By |
|---|---|---|---|
| 1. | Excerpts of Deposition Testimony of Plaintiff Patrick Byrne, Vols. I & II, October 20, 2025 & October 27, 2025 ("Byrne Dep." or "Byrne II Dep.") | | Declaration of Stacy Fode, Esq. ("Fode Decl."), Para. 2. |
| 2. | Excerpts of Deposition Testimony of 30(b)(6) James LaHaise, November 5, 2025 ("LaHaise 30(b)(6) Dep.") | | Fode Decl., Para. 3. |
| 3. | Balboa Capital Long-Term Cash Incentive Plan | AMERIS000221-234 | Declaration of James LaHaise ("LaHaise Decl."), Para. 3. |
| 4. | 2022 LTIP Calculation Spreadsheet | AMERIS000738 | LaHaise Decl., Para.8. |
| 5. | Excerpts of Deposition Testimony of James LaHaise, November 13, 2025 ("LaHaise Dep.") | | Fode Decl., Para. 4. |
| 6. | February 2, 2023 Email from Patrick Byrne re: 2022 LITP | AMERIS001562-65 | LaHaise Decl., Para. 7. |

| Ex. No. | Document Description | Bates No. | Authenticated By |
|---|---|---|---|
|  | Payouts |  |  |
| 7. | Excerpts of Deposition Testimony of Nicole Stokes, November 3, 2025 ("Stokes Dep.") |  | Fode Decl., Para. 5. |
| 8. | December 10, 2021 Employment Agreement between Ameris Bank and Patrick Byrne | AMERIS000238-259 | LaHaise Decl., Para. 5. |
| 9. | Chief Executive Officer Job Description | AMERIS000235-237 | LaHaise Decl., Para. 5. |
| 10. | Patrick Byrne's W2 for 2022 | AMERIS000006-10 | LaHaise Decl., Para. 6. |
| 11. | Patrick Byrne's W2 for 2023 | AMERIS000011-16 | LaHaise Decl., Para. 6. |
| 12. | Patrick Byrne's W2 for 2024 | PLAINTIFF00035 | LaHaise Decl., Para. 6. |
| 13. | Ameris Bank 2021 Code of Business Conduct and Ethics | AMERIS000415-424 | LaHaise Decl., Para. 20. |
| 14. | Ameris Bank Employee Handbook | AMERIS000425-483 | LaHaise Decl., Para. 21-22. |
| 15. | Ameris Bank California Employee Handbook | AMERIS000484-534 | LaHaise Decl., Para. 21. |
| 16. | Policy Acknowledgments | AMERIS000103-104, 352-367 | LaHaise Decl., Para. 22. |
| 17. | May 6, 2024 Email from James LaHaise to Patrick Byrne re: | AMERIS001776, 1778, 780-82 | LaHaise Decl., Para. 14. |

| Ex. No. | Document Description | Bates No. | Authenticated By |
|---|---|---|---|
|  | Summary of compensation owed |  |  |
| 18. | May 11, 2023 Email from Patrick Byrne re: Dave White LTIP | AMERIS001560 | Deposition of Patrick Byrne, Volume II ("Byrne II Dep."), 198:10-200:6. |
| 19. | February 15, 2023 Payroll Record | AMERIS000068 | LaHaise Decl., Para. 7. |
| 20. | June 6, 2023 Email from Patrick Byrne to James LaHaise re: 2022 and Q1 2023 LTIP calculations | AMERIS001207-08 | LaHaise Decl., Para. 9. |
| 21. | Excerpts of Deposition Testimony of Sufhan Majid, November 4, 2025 ("Majid Dep. ") |  | Fode Decl., Para. 6. |
| 22. | July 24, 2023 Email from Patrick Byrne to Sufhan Majid re: 2022 LTIP revisions | AMERIS001981 | LaHaise Decl., Para. 9. |
| 23. | July 24, 2023 Email from Nicole Stokes to James Lahaise re: LTIP calculation | AMERIS001661-62 | Declaration of Nicole Stokes ("Stokes Decl."), Para. 5. |
| 24. | November 11, 2023 Email from Byrne to Nicole re Quarter 3, 2023 LTIP | AMERIS001435-1439 | Stokes Decl., Para. 5. |
| 25. | January 19, 2024 Email from Nicole Stokes to James Lahaise | AMERIS002282- | Stokes Decl., Para. |

| Ex. No. | Document Description | Bates No. | Authenticated By |
|---|---|---|---|
|  | attaching Stokes' response to Patrick Byrne's comments re: Q4 2023 LTIP | 83 | 5. |
| 26. | January 3, 2024 Email Majid to Parker and Sparacio re Interim rent question on open invoices | AMERIS001806-1809 | Stokes Decl., Para. 7. |
| 27. | January 5, 2024 Email Sparacio to Byrne regarding Ameris accounting policies | AMERIS001036-45. | Stokes Decl., Para. 9. |
| 28. | August 4, 2023 Email from LaHaise to Byrne discussing LTIP calculation for Q2 2023. | AMERIS001695-1698 | LaHaise Decl., Para. 12. |
| 29. | December 22, 2023 Email from LaHaise to Byrne discussing quarterly bonus | AMERIS001046-1050 | LaHaise Decl., Para. 16. |
| 30. | August 4, 2023 Email from LaHaise to Byrne discussing bonus and LTIP calculation | AMERIS001413 | LaHaise Decl., Para. 9. |
| 31. | July 24, 2023 Email from Nicole Stokes to James Lahaise re: LTIP calculation | AMERIS001661-62 | Stokes Decl., Para. 5. |
| 32. | January 19, 2024 Email from Stokes to Patrick Byrne's comments re: Q4 2023 LTIP | AMERIS002172 | Stokes Decl., Para. 5. |
| 33. | 2023 LTIP Calculation | AMERIS000739 | LaHaise Decl., |

| Ex. No. | Document Description | Bates No. | Authenticated By |
|---|---|---|---|
|  | Spreadsheet |  | Para. 8. |
| 34. | January 15, 2024 Email from Patrick Byrne to Sufhan Majid re: December 2023 LITP | AMERIS000785-94 | LaHaise Decl., Para. 9. |
| 35. | January 16, 2024 Email N. Stokes to Sparacio re December 2023 LTIP | AMERIS002151-53 | Stokes Decl., Para. 6. |
| 36. | January 23, 2024 Email from D. Sparacio forwarding complaints from Byrne regarding LTIP to N. Stokes | AMERIS002155-58 | Stokes Decl., Para. 5. |
| 37. | January 31, 2024 Email from Patrick Byrne to James LaHaise re: Summary of Compensation Owed | AMERIS002243-59 | LaHaise Decl., Para. 14. |
| 38. | May 6, 2024 Email from Patrick Byrne to James LaHaise re: Q1 2024 LTIP revision | AMERIS001110-1111 | LaHaise Decl., Para. 14. |
| 39. | June 27, 2024 Email from James LaHaise to Patrick Byrne attaching Termination of Employment and Release | AMERIS001792-97 | LaHaise Decl., Para. 17. |
| 40. | 2023 Senior Manager Performance Review | AMERIS000095-100 | LaHaise Decl., Para. 12. |
| 41. | 2022 Senior Manager | AMERIS000088- | LaHaise Decl., |

| Ex. No. | Document Description | Bates No. | Authenticated By |
|---|---|---|---|
|  | Performance Review | 92 | Para. 12. |
| 42. | August 4, 2023 Email from LaHaise re: LTIP Calculation | AMERIS001695-1698 | LaHaise Decl., Para. 12. |
| 43. | Excerpts of Deposition Testimony of Heather Parker, November 17, 2025 ("Parker Dep.") |  | Fode Decl., Para. 7. |
| 44. | May 14, 2024 Email from Byrne to Parker discussing IDC designations | AMERIS001784-1787 | Stokes Decl., Para. 9. |
| 45. | January 11, 2023 Email from Byrne to LaHaise re Balboa Loan Issue | AMERIS002131 | Stokes Decl., Para. 7. |
| 46. | Excerpts of Deposition Testimony of Phil Silva, October 28, 2025 (morning) ("Silva Dep.") |  | Fode Decl., Para. 8. |
| 47. | May 2, 2024 Email from Phil Silva to Patrick Byrne re LTIP and Jim Visit Agenda | AMERIS001544-48 | Byrne II Dep., 252:18-253:19. |
| 48. | March 9, 2024 Email from Phil Silva to Patrick Byrne re Non-Renewal Notice and Employment Contract. | AMERIS001524-1525 | Byrne II Dep., 249:6-250:5. |
| 49. | January 23, 2024 Email from Majid to Stokes forwarding Byrne's comments re: Q4 2023 | AMERIS002040-2043 | Stokes Decl., Para. 5 |

| Ex. No. | Document Description | Bates No. | Authenticated By |
|---|---|---|---|
|  | LTIP Calculation |  |  |
| 50. | December 8, 2023 Email from James LaHaise to Patrick Byrne re 2024 budget and LTIP Potential | AMERIS001462 | LaHaise Decl., Para. 12. |
| 51. | March 7, 2024 Email from James LaHaise to Patrick Byrne attaching Non-Renewal Notice | AMERIS001752 | LaHaise Decl., Para. 13. |
| 52. | March 11, 2024 Email from James LaHaise to Patrick Byrne attaching Severance Protection and Restrictive Covenants Agreement | AMERIS 1754-1769 | LaHaise Decl., Para. 13. |
| 53. | June 24, 2024 Email from James LaHaise to Patrick Byrne | AMERIS002284-85 | LaHaise Decl., Para. 18. |
| 54. | June 26, 2024 Calendar entry for Pat (Byrne) and Jim (LaHaise) call with follow up email from Byrne to LaHaise with Byrne's counsel's contact information | AMERIS002286-88 | LaHaise Decl., Para. 18. |

Dated:  December 26, 2025          **NUKK-FREEMAN & CERRA**

By:   */s/Stacy L. Fode*
Stacy L. Fode, Esq.
Nana J. Yee, Esq.
Attorney for Defendant
AMERIS BANK