**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

EXHIBIT

4

