# EXHIBIT 6

| | |
|---|---|
| From: | Byrne, Patrick [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E819B69829A41D782F6C061E2565DB9-BYRNE, PATR] |
| Sent: | 2/2/2023 8:55:01 PM |
| To: | Rodriguez, Laura [laura.rodriguez@amerisbank.com] |
| CC: | LaHaise, James [james.lahaise@amerisbank.com] |
| Subject: | RE: 2022 LTIP Payouts |
| Attachments: | LTIP Final Payout 2.2.23.xlsx |

Hi Laura,

Attached are the LTIP payouts.

There are some individual deviations but here is the high-level logic.

- We reward employees that made a significant impact on the profitability of Balboa in 2022.
- Phil and Rob's percentages were agreed to during the Balboa sale process to Ameris and equate to approximately double the percentage of options they had as a percent of the outstanding shares at the time of the acquisition. They are aware of and are in agreement on their LTIP dollars.
- Phil, Rob, and I agree on the percentages that are applied to each person based on our assessment of their perceived contribution in 2022.
- The percentages are applied against their current base salary.
- For those that received the retention bonus, we payout the same percentage typically between 10%-20%.
- President Club winners get 10%.
- For those who did not receive the retention bonus, are non-sales, and have been with us for 12 months in 2022, we payout 10%.
- For those who did not receive the retention bonus, are non-sales, and have been with us for six months or longer in 2022, we payout 5%.
- We also include some non-Balboa's 890 cost center personnel who have made a significant impact on the profitability of Balboa in 2022.
- Given the high probability of a downturn in the economy in 2023, we encourage the managers to use these bonuses to tamper down expectations for large raises in 2023.
- We will let everyone know that something like this may be available next year but there are no promises and it would only occur if we are able to drive long-term profitability.

Please keep this confidential. Besides Phil, Rob, and me I have only let a few managers on the Ameris side (Billy, Sufhan, and Shyam) know as they have reports in the Balboa cost center.

Let me know if you have any questions and thank you for your assistance.

Best,


**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com



**From:** Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>
**Sent:** Wednesday, January 18, 2023 7:21 PM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Subject:** RE: 2022 LTIP Payouts

Hi Pat,

To make the 2/15 payroll, your file submission to me by Feb 3rd is optimal. Understanding the value of a "working weekend" if you don't send until the morning of Monday Feb 6th, we will still be in good shape.

Thank you,

## Laura Rodriguez
**Ameris Bank** | SVP, Director of Compensation Practices
3490 Piedmont Road NE, Suite 420
Atlanta, Georgia 30305
(D) 404.639.6578 | (C) 404.729.2483 | (F) 404.506.9389
laura.rodriguez@amerisbank.com

Please visit us online at www.amerisbank.com

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Wednesday, January 18, 2023 5:52 PM
**To:** Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>
**Subject:** RE: 2022 LTIP Payouts

Hi Laura,

Thanks for checking in. Phil, Rob, and I had a preliminary discussion today, and we still have much more to do. We will not have anything for you by Friday. If we want to get something out by the February 15 payroll, we need to get you the numbers by February 3, but please confirm.

Thank you,

## Patrick Byrne
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com



---

**From:** Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>
**Sent:** Wednesday, January 18, 2023 2:38 PM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Subject:** RE: 2022 LTIP Payouts

Just a quick check in on your progress 😊


## Laura Rodriguez
**Ameris Bank** | SVP, Director of Compensation Practices

3490 Piedmont Road NE, Suite 420
Atlanta, Georgia 30305
(D) 404.639.6578 | (C) 404.729.2483 | (F) 404.506.9389
laura.rodriguez@amerisbank.com

Please visit us online at www.amerisbank.com

---

**From:** Rodriguez, Laura
**Sent:** Thursday, January 12, 2023 5:18 PM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Subject:** 2022 LTIP Payouts
**Importance:** High

Hi Pat,

Per Sufhan's calculation earlier this week, the final YE 2022 LTIP pool is $9,098,045.15.

The attached file dovetails off the earlier report I sent you and includes all active employees as of today (excluding any hired during the first few days of this month).

I've added a column for "2022 LTIP Recommendation". As you begin to populate the amounts by employee, the cell at the top will show you remaining monies available. Your name is at the very bottom of the list.

**If you want to pay on 1/31/2023, I ask you return this to me by Friday January 20th.** If you need additional time, please let me know, but this will allow sufficient time for additional reviews to take place as Palmer likes to be apprised of all YE payouts before they are processed.

Lastly, I did not want to copy Phil on this email, but will let him know the file is ready to be completed and to get in touch with you.

Please reach out with any questions.

Thank you,

# Laura Rodriguez
**Ameris Bank** | SVP, Director of Compensation Practices
3490 Piedmont Road NE, Suite 420
Atlanta, Georgia 30305
(D) 404.639.6578 | (C) 404.729.2483 | (F) 404.506.9389
laura.rodriguez@amerisbank.com

Please visit us online at www.amerisbank.com

CONFIDENTIAL                                                                                                       AMERIS001564

# Document Produced in Native Format

CONFIDENTIAL
AMERIS001565