**SUBJECT TO APPLICATION TO SEAL**

# EXHIBIT 8