SUBJECT TO APPLICATION TO SEAL

# EXHIBIT 9