**SUBJECT TO APPLICATION TO SEAL**
Case 8:24-cv-01959-MWC-JDE    Document 93-17    Filed 12/26/25    Page 1 of 1   Page ID #:3561

# EXHIBIT 11