# EXHIBIT 13



# Code of Business Conduct and Ethics

All Policies and (required) Programs will be reviewed and approved each calendar year by the Board of Directors ("Board") or an appropriate committee of the Board ("Committee"), even if there are no changes.  Changes to existing and/or new Policies will also be reviewed and approved as described above and may occur at any time during the calendar year.

| | |
|---|---:|
| **Functional Division:** | Legal/Governance |
| **Corporate Executive Sponsor(s):** | Chief Legal Officer/Chief Gov Officer |
| **Senior-Level Responsibility:** | n/a |
| | |
| **Date Board Reviewed and Approved:** | 07/15/2021 |
| **Date Committee Reviewed and Approved:** | 04/14/2021 |
| | |
| **Policy Name:** | Code of Business Conduct and Ethics |
| **Policy Number:** | GOV.100 |

AMERIS000415

# AMERIS BANCORP

# CODE OF BUSINESS CONDUCT AND ETHICS

The Board of Directors of Ameris Bancorp (together with Ameris Bank and its other subsidiaries, the "Company") has adopted this Code of Business Conduct and Ethics (the "Code") in order to:

(a) promote honest and ethical conduct, including the ethical handling of actual or apparent conflicts of interest;

(b) promote full, fair, accurate, timely and understandable disclosure in reports and documents that the Company files with, or submits to, the Securities and Exchange Commission (the "SEC") and in other public communications made by the Company;

(c) promote compliance with applicable governmental laws, rules and regulations;

(d) promote the protection of Company assets, including corporate opportunities and confidential information;

(e) promote fair dealing practices;

(f) deter wrongdoing; and

(g) ensure accountability for adherence to the Code.

All employees, officers and directors of the Company are required to be familiar with this Code, comply with its provisions and report any suspected violations as described below.

Anyone who violates this Code will be subject to appropriate disciplinary action, which may include termination of employment or other service to the Company.

*If you are in a situation which you believe may violate or lead to a violation of this Code, follow the guidelines described in Sections 16, 18 and 19 of this Code.*

## 1. Honest and Ethical Conduct

The Company's policy is to promote high standards of integrity by conducting its affairs honestly and ethically.

Each employee, officer and director must act with integrity and observe the highest ethical standards of business conduct in his or her dealings with the Company's customers, suppliers, partners, service providers, employees and anyone else with whom he or she has contact in the course of performing his or her job.

## 2. Compliance with Laws, Rules and Regulations

Obeying the law, both in letter and in spirit, is the foundation on which the Company's ethical standards are built. All employees, officers and directors must respect and obey the laws of the cities, states and country in which the Company operates. Although not all employees, officers and directors are

Code of Business Conduct and Ethics      2      Date Approved: 07/15/2021

AMERIS000416

expected to know the details of these laws, it is important to know enough to determine when to seek advice from supervisors, managers or other appropriate personnel.

If requested, the Company will hold information and training sessions to promote compliance with laws, rules and regulations, including insider-trading laws.

If a law conflicts with a policy in this Code, you must comply with the law. If you have any questions about these conflicts, you should ask your supervisor, manager or other appropriate personnel how to handle the situation.

### 3.     Conflicts of Interest

A "conflict of interest" exists when a person's private interest interferes in any way with the interests of the Company. A conflict situation can arise when an employee, officer or director takes actions or has interests that may make it difficult to perform his or her work for the Company objectively and effectively. Conflicts of interest may also arise when an employee, officer or director, or a member of his or her family, receives improper personal benefits as a result of his or her position in the Company. Loans to, or guarantees of obligations of, employees and their family members may also create conflicts of interest.

It is almost always a conflict of interest for a Company employee to work simultaneously for a competitor, customer, or supplier. You are not allowed to work for a competitor as a consultant or board member. The best policy is to avoid any direct or indirect business connection with the Company's customers, suppliers or competitors, except on the Company's behalf.

Conflicts of interest are prohibited as a matter of Company policy, except under guidelines approved by the Board of Directors. Conflicts of interest may not always be clear-cut, so if you have a question, you should consult with higher levels of management or the Company's legal counsel. Any employee, officer or director who becomes aware of a conflict or potential conflict should bring it to the attention of a supervisor, manager or other appropriate personnel or consult the procedures described in Sections 16, 18 and 19 of this Code.

### 4.     Disclosure.

The Company's periodic reports and other documents filed with the SEC, including all financial statements and other financial information, must comply with applicable federal securities laws and SEC rules.

Each employee, officer and director who contributes in any way to the preparation or verification of the Company's financial statements and other financial information must ensure that the Company's books, records and accounts are accurately maintained. Each employee, officer and director must cooperate fully with the Company's accounting and internal audit departments, as well as the Company's independent public accountants and counsel.

Each employee, officer and director who is involved in the Company's disclosure process must:

  (a)     be familiar with and comply with the Company's disclosure controls and procedures and its internal control over financial reporting; and

AMERIS000417

    (b)    take all necessary steps to ensure that all filings with the SEC and all other public communications about the financial and business condition of the Company provide full, fair, accurate, timely and understandable disclosure.

## 5. Insider Trading

Employees, officers and directors who have access to confidential information are not permitted to use or share that information for stock trading purposes or for any other purpose except the conduct of the Company's business. All non-public information about the Company should be considered confidential information. To use non-public information for personal financial benefit or to "tip" others who might make an investment decision on the basis of this information is not only unethical but also illegal. In order to assist with compliance with laws against insider trading, the Company has adopted a specific policy governing trading in securities of the Company by employees, officers and directors. This policy has been distributed to every employee, officer and director. If you have any questions, please contact the Chief Administrative Officer at (904) 486-7201 to discuss.

## 6. Corporate Opportunities

Employees, officers and directors are prohibited from taking for themselves personal opportunities that are discovered through the use of corporate property, information or position without the consent of the Board of Directors. No employee, officer or director may use corporate property, information, or position for improper personal gain, and no employee, officer or director may compete with the Company directly or indirectly. Employees, officers and directors owe a duty to the Company to advance its legitimate interests when the opportunity to do so arises.

## 7. Competition and Fair Dealing

The Company seeks to outperform its competition fairly and honestly. Stealing proprietary information, possessing trade secret information that was obtained without the owner's consent, or inducing such disclosures by past or present employees of other companies is prohibited. Each employee, officer and director should endeavor to respect the rights of and deal fairly with the Company's customers, suppliers, competitors and employees. No employee, officer or director should take unfair advantage of anyone through manipulation, concealment, abuse of privileged information, misrepresentation of material facts, or any other intentional unfair-dealing practice.

The purpose of business entertainment and gifts in a commercial setting is to create goodwill and sound working relationships, not to gain unfair advantage with customers. No gift or entertainment should ever be offered, given, provided or accepted by any Company employee, officer or director or by any family member of any employee, officer or director, unless it: (1) is not a cash gift, (2) is consistent with customary business practices, (3) is not excessive in value, (4) cannot be construed as a bribe or payoff, and (5) does not violate any laws or regulations. Please discuss with your supervisor, manager or appropriate personnel any gifts or proposed gifts which you are not certain are appropriate.

## 8. Discrimination and Harassment

The diversity of the Company's employees is a tremendous asset. The Company is firmly committed to providing equal opportunity in all aspects of employment and will not tolerate any illegal discrimination or harassment of any kind. Examples include, but are not limited to, derogatory comments based on racial or ethnic characteristics and unwelcome sexual advances. For additional information, consult the Company's employee handbook.

AMERIS000418

### 9. Health and Safety

The Company strives to provide each employee with a safe and healthy work environment. Each employee has responsibility for maintaining a safe and healthy workplace for all employees by following safety and health rules and practices and reporting accidents, injuries and unsafe equipment, practices or conditions.

Violence and threatening behavior are not permitted. Employees should report to work in condition to perform their duties, free from the influence of illegal drugs or alcohol. The use of illegal drugs in the workplace will not be tolerated.

### 10. Recordkeeping

The Company requires honest and accurate recording and reporting of information in order to make responsible business decisions. For example, only the true and actual number of hours worked should be reported.

Many employees regularly use business expense accounts, which must be documented and recorded accurately. If you are not sure whether a certain expense is legitimate, ask your supervisor, manager or other appropriate personnel.

All of the Company's books, records, accounts and financial statements must be maintained in reasonable detail, must appropriately reflect the Company's transactions and must conform both to applicable legal requirements and to the Company's system of internal controls. Unrecorded or "off the books" funds or assets should not be maintained unless permitted by applicable law or regulation.

Business records and communications often become public, and all employees, officers and directors should avoid exaggeration, derogatory remarks, guesswork or inappropriate characterizations of people and companies that can be misunderstood. This applies equally to email, internal memos and formal reports. Records should always be retained or destroyed according to the Company's record retention policies. In accordance with those policies, in the event of litigation or governmental investigation please consult the Company's legal counsel.

### 11. Confidentiality

Employees, officers and directors must maintain the confidentiality of confidential information entrusted to them by the Company or its customers, suppliers or partners, except when disclosure is authorized by appropriate personnel or the Board of Directors or required by laws or regulations. Confidential information includes all non-public information that might be of use to competitors, or harmful to the Company or its customers, suppliers or partners, if disclosed. The obligation to preserve confidential information continues even after employment or service as a director ends.

### 12. Protection and Proper Use of Company Assets

All employees, officers and directors should endeavor to protect the Company's assets and ensure their efficient use. Theft, carelessness and waste have a direct impact on the Company's profitability. Any suspected incident of fraud or theft should be immediately reported for investigation. Company equipment should not be used for non-Company business, though incidental personal use may be permitted.

AMERIS000419

The obligation of employees, officers and directors to protect the Company's assets includes its proprietary information. Proprietary information includes intellectual property such as trade secrets, patents, trademarks and copyrights, as well as business, marketing and service plans, engineering and manufacturing ideas, designs, databases, records, salary information and any unpublished financial data and reports. Unauthorized use or distribution of this information would violate Company policy. It could also be illegal and result in civil or even criminal penalties.

### 13. Payments to Government Personnel

The U.S. Foreign Corrupt Practices Act prohibits giving anything of value, directly or indirectly, to officials of foreign governments or foreign political candidates in order to obtain or retain business. It is strictly prohibited to make illegal payments to government officials of any country.

In addition, the U.S. government has a number of laws and regulations regarding business gratuities which may be accepted by U.S. government personnel. The promise, offer or delivery to an official or employee of the U.S. government of a gift, favor or other gratuity in violation of these rules not only would violate Company policy but also could be a criminal offense. State and local governments, as well as foreign governments, may have similar rules. The Company's legal counsel can provide guidance to you in this area.

### 14. Waivers of the Code of Business Conduct and Ethics

Any waiver of this Code for executive officers or directors may be made only by the Board of Directors, in its discretion. Any waiver of this Code for any other person may be made either by the Board of Directors or by a committee of the Board of Directors or an executive officer of the Company with responsibility for ethics oversight, in each case in the discretion of the Board or such committee or executive officer. Any waiver for a director or an executive or other senior officer shall be disclosed as required by SEC and NASDAQ rules.

### 15. Prohibition on Retaliation

It is the policy of the Company not to allow retaliation for reports of misconduct or violations of this Code by others made in good faith by any employee, officer or director. Further, any employee, officer or director may submit a good faith concern regarding questionable accounting or auditing matters without fear of dismissal or retaliation of any kind.

### 16. Compliance Procedures

In some situations, it may be difficult to know if a violation of this Code has occurred. Following are the steps to keep in mind:

    (a)    <u>Make sure you have all the facts.</u> In order to reach the right solutions, the Company must be as fully informed as possible.

    (b)    <u>Ask yourself: What specifically am I being asked to do? Does it seem unethical or improper?</u> This will enable you to focus on the specific question you are faced with, and the alternatives you have. Use your judgment and common sense; if something seems unethical or improper, it probably is.

    (c)    <u>Clarify your responsibility and role.</u> In most situations, there is shared responsibility. Are your colleagues informed? It may help to get others involved and discuss the problem.

    (d)    <u>Discuss the problem with your supervisor, manager or other appropriate personnel.</u> This is the basic guidance for all situations. In many cases, your supervisor or manager will be more knowledgeable about the question and will appreciate being brought into the decision-making process. Remember that it is your supervisor's or manager's responsibility to help solve problems.

    (e)    <u>Seek help from Company resources.</u> In the rare case where it may not be appropriate to discuss an issue with your supervisor or manager, or where you do not feel comfortable approaching your supervisor or manager with your question, discuss it locally with other appropriate personnel, such as your regional Human Resources Manager.

    (f)    <u>You may report ethical violations in confidence and without fear of retaliation.</u> If your situation requires that your identity be kept secret, your anonymity will be protected. The Company does not permit retaliation of any kind against employees for good faith reports of ethical violations.

    (g)    <u>Always ask first, act later.</u> If you are unsure of what to do in any situation, seek guidance <u>before you act.</u>

## 17. Special Considerations for Chief Executive and Senior Financial Officers

In addition to the foregoing provisions of this Code, the Chief Executive Officer and all senior financial officers, including the Chief Financial Officer and principal accounting officer, are subject to the following additional specific policies:

    (a)    The Chief Executive Officer and all senior financial officers are responsible for full, fair, accurate, timely and understandable disclosure in the periodic reports required to be filed by the Company with the SEC. Accordingly, it is the responsibility of the Chief Executive Officer and each senior financial officer promptly to bring to the attention of the Board of Directors any material information of which he or she may become aware that affects the disclosures made by the Company in its public filings or otherwise assist the Board of Directors in fulfilling its responsibilities.

    (b)    The Chief Executive Officer and each senior financial officer shall promptly bring to the attention of the Board of Directors and the Audit Committee any information he or she may have concerning (1) significant deficiencies in the design or operation of internal controls which could adversely affect the Company's ability to record, process, summarize and report financial data or (2) any fraud, whether or not material, that involves management or other employees who have a significant role in the Company's financial reporting, disclosures or internal controls.

    (c)    The Chief Executive Officer and each senior financial officer shall promptly bring to the attention of the Board of Directors, the Company's legal counsel and the Audit Committee any information he or she may have concerning any violation of this Code, including any actual or apparent conflicts of interest between personal and professional relationships, involving any management or other employees who have a significant role in the Company's financial reporting, disclosures or internal controls.

    (d)    The Chief Executive Officer and each senior financial officer shall promptly bring to the attention of the Board of Directors, the Company's legal counsel and the Audit Committee any information he or she may have concerning evidence of a material violation of the

    (e)    The Board of Directors shall determine, or designate appropriate persons to determine, appropriate actions to be taken in the event of violations of this Code by the Chief Executive Officer and the Company's senior financial officers. Such actions shall be reasonably designed to deter wrongdoing and to promote accountability for adherence to this Code, and shall include written notices to the individual involved that the Board of Directors has determined that there has been a violation, censure by the Board of Directors, demotion or re-assignment of the individual involved, suspension with or without pay or benefits (as determined by the Board of Directors) and termination of the individual's employment. In determining what action is appropriate in a particular case, the Board of Directors or such designee shall take into account all relevant information, including the nature and severity of the violation, whether the violation was a single occurrence or repeated occurrences, whether the violation appears to have been intentional or inadvertent, whether the individual in question had been advised prior to the violation as to the proper course of action and whether or not the individual in question had committed other violations in the past.

**18.**      **Employee Complaint Procedures for Accounting and Auditing Matters**

Any employee of the Company may submit a good faith complaint regarding accounting or auditing matters to the management of the Company without fear of dismissal or retaliation of any kind. The Company is committed to achieving compliance with all applicable securities laws and regulations, accounting standards, accounting controls and audit practices. The Audit Committee will oversee treatment of employee concerns in this area.

In order to facilitate the reporting of employee complaints, the Audit Committee has established the following procedures for (1) the receipt, retention and treatment of complaints regarding accounting, internal accounting controls or auditing matters ("Accounting Matters") and (2) the confidential, anonymous submission by employees of concerns regarding questionable Accounting Matters.

<u>Receipt of Employee Complaints</u>

    (a)    Employees with concerns regarding Accounting Matters may report their concerns to any of: (i) their immediate supervisors, managers or other appropriate personnel; (ii) the Company's external auditors; or (iii) the Company's General Auditor.

    (b)    Employees may forward complaints on a confidential or anonymous basis by phone, email, or regular mail to:

> David Boggs, EVP, General Auditor
> [redacted]
> 7915 Baymeadows Way, Suite 300
> Jacksonville, FL 32256

Robert P. Lynch, Chairman of the Audit Committee



2165 River Boulevard
Jacksonville, FL 32204

(c) Employees may also report concerns on a confidential or anonymous basis online to the Company's employee hotline through the *Report it®* service provider. Login information for the website www.reportit.net is located on the home page of AmerisConnect. If an employee needs report assistance, the hotline's service provider can be reached toll free at **1-877-RPT-LINE**.

Scope of Matters Covered by These Procedures

These procedures relate to employee complaints relating to any questionable Accounting Matters, including, without limitation, the following:

(a) Fraud or deliberate error in the preparation, evaluation, review, or audit of any financial statement of the Company;

(b) Fraud or deliberate error in the recording and maintaining of financial records of the Company;

(c) Deficiencies in or noncompliance with the Company's internal accounting controls;

(d) Misrepresentation or false statement to or by a senior officer or accountant regarding a matter contained in the financial records, financial reports or audit reports of the Company; or

(e) Deviation from full and fair reporting of the Company's financial condition.

Treatment of Complaints

(a) Upon receipt of a complaint, the recipient will (i) determine whether the complaint actually pertains to Accounting Matters and (ii) when possible, acknowledge receipt of the complaint to the sender.

(b) Complaints relating to Accounting Matters will be reviewed under Audit Committee direction and oversight by Internal Audit or such other persons as the Audit Committee determines to be appropriate. Confidentiality will be maintained to the fullest extent possible, consistent with the need to conduct an adequate review.

(c) Prompt and appropriate corrective action will be taken when and as warranted in the judgment of the Audit Committee.

(d) The Company will not discharge, demote, suspend, threaten, harass or in any manner discriminate against any employee in the terms and conditions of employment based upon any lawful actions of such employee with respect to good faith reporting of complaints regarding Accounting Matters or otherwise as specified in Section 806 of the Sarbanes-Oxley Act of 2002.

AMERIS000423

    (e)    The *Report it®* service provider tracks the receipt and response of accounting and auditing matter complaints. Copies of complaint records will be maintained for seven years.

**19.    Reporting and Enforcement Procedure for Other Complaints**

The following procedures relate to all prohibited actions or violations, and the consequences thereof, that are not otherwise specifically addressed by either Section 17 or Section 18 of this Code.

<u>Reporting and Investigation of Violations</u>

    (a)    Actions prohibited by this Code involving directors or executive officers must be reported to the Audit Committee.

    (b)    Actions prohibited by this Code involving anyone other than a director or executive officer must be reported to the reporting person's supervisor.

    (c)    After receiving a report of an alleged prohibited action, the Audit Committee or the relevant supervisor, as the case may be, must promptly take all appropriate actions necessary to investigate.

    (d)    All directors, officers and employees are expected to cooperate in any internal investigation of misconduct.

    (e)    Unfair, deceptive or abusive acts and practices, including improper sales practices, must be reported through the channels described in Section 18(b) or (c) of this Code.

<u>Enforcement</u>

    (a)    The Company must ensure prompt and consistent action against violations of this Code.

    (b)    If, after investigating a report of an alleged prohibited action by a director or executive officer, the Audit Committee determines that a violation of this Code has occurred, the Audit Committee will report such determination to the Board of Directors.

    (c)    If, after investigating a report of an alleged prohibited action by any other person, the relevant supervisor determines that a violation of this Code has occurred, the supervisor will report such determination to the Board of Directors.

    (d)    Upon receipt of a determination that there has been a violation of this Code, the Board of Directors will take such preventative or disciplinary action as it deems appropriate, including, but not limited to, reassignment, demotion, dismissal and, in the event of criminal conduct or other serious violations of the law, notification of appropriate governmental authorities.

* * * * *