# EXHIBIT 14

AMERIS BANCORP, SUBSIDIARIES AND AFFILIATES

# EMPLOYEE HANDBOOK

Corporate Policies Section # 80.100



CONFIDENTIAL                    AMERIS000425

# DISCLAIMER

The policies and/or procedures set forth in this handbook are offered by Ameris Bank as guidelines only. The Company reserves absolute discretion to deviate from the policies or procedures set forth herein and to alter, amend, delete or review the policies and/or procedures set forth herein as it deems appropriate and in the interest of the Company.

Your employment with the Company is an at-will employment under the laws of the state of South Carolina and all other states, as applicable. This means your employment may be terminated at any time with or without notice by the Company and you may quit your employment with the Company at any time. Nothing in this handbook should be considered to alter the at-will nature of your employment with the Company. No one except an Executive Officer of the Company is authorized to alter the at-will nature of the employment of any employee of the Company. Such alteration must be in writing, signed by the Executive Officer of the Company and clearly state that the purpose of the writing is to alter the at-will employment relationship.

By my signature below, I acknowledge that I have read this Disclaimer and that I understand it.

_____          _____

Employee Signature                                Date


_____

Employee's Printed Name



# IT IS MY PLEASURE TO WELCOME YOU TO OUR COMPANY!

Since our beginning in 1971, we have enjoyed a rich history built on a solid foundation of character and service. While the banking industry has encountered many changes over the past decades, our core values—Integrity, Honesty, Teamwork, High Standards and Equal Dignity—continue to serve us well. These testaments are building blocks of The Ameris Approach and position us to deliver one-of-a-kind, exceptional customer experiences.

We are excited about our future, and I want you to be energized about our Company. Each of us has an important role in making a difference, and I encourage you to seize the opportunity to achieve success, both professionally and personally.

Welcome to the Ameris Team!

Palmer Proctor
Ameris Bank Chief Executive Officer

# ABOUT THIS HANDBOOK

This Handbook has been prepared to assist you in finding the answers to many questions that you may have regarding your employment with Ameris Bancorp, its banking subsidiary, Ameris Bank, or subsidiaries and affiliates (for purposes of this Handbook, referred to as "us", "we", or the "Company"). Please take the necessary time to read this Handbook.

We do not expect this Handbook to answer all of your questions. Your manager and Human Resources will also be major sources of information.

Neither this Handbook nor any other verbal or written communication by a management representative is, nor should it be considered to be, an agreement, contract of employment, express or implied, or a promise of treatment in any particular manner in any given situation. The Company adheres to the policy of employment at will, which permits the Company or the employee to terminate the employment relationship at any time, for any reason, with or without cause or notice.

Any modification of at-will status is only valid if contained in writing and signed by an Executive Officer of the Company.

Many matters covered by this Handbook, such as benefit plan descriptions, are also described in separate Company documents. These Company documents are always controlling over any statement made in this Handbook or by any member of management.

This Handbook states only general Company guidelines. The Company may, at any time, in its sole discretion, modify its interpretation of, vary from, or change anything stated in this Handbook, as well as any other Company guidelines, policies, practices, working conditions or benefits, in an individual case or generally, with or without notice. Nothing in this Handbook should be construed as a promise of specific treatment in any specific situation upon which an employee should rely.

Your employment is at will. This means your employment is for an indefinite period of time and it is subject to termination by you or the Company, with or without cause, with or without notice, and at any time. Nothing in this handbook or any other policy of the Company shall be interpreted to be in conflict with or to eliminate or modify in any way, your at-will employment status.

This Handbook supersedes all prior Handbooks.

# OUR STORY

Ameris Bank opened its doors as American Banking Company on October 1, 1971 with one location in Moultrie, Georgia. Since then, we have always stood for strength and courage; pride and fierce determination. These characteristics hold true today, as we continue to grow and expand beyond our southern Georgia roots. In 1979, our first acquisition occurred, and the rest is history. 30+ acquisitions later and we are now the premier community bank in the Southeast.

The founding board envisioned a bank for the future and set out to create one known for its steadfast combination of character, service and value. Over 45 years later, our colleagues continue to hold true to these core traits enriching our legacy by providing advanced products and services, anchored by traditional, home-town values, with the purpose of improving the lives of our customers and supporting our communities.

While we have a rich legacy, Ameris Bank is a far cry from the status quo of big box banking. We have been, and always will be, a strong bank that isn't afraid to be bold to best serve our customers and communities.

**The Ameris Approach** defines who we are. It's how we interact, serve and support each other. It's how we conduct business with the people who bank with us. The Ameris Approach encompasses all the elements that make our culture unique. It's up to you to live it. To approach your work, your colleagues, your communities the Ameris way.

## Our Mission
The mission of Ameris Bank is to be a major financial service provider through empowered employees creating a positive community impact and delivering a competitive shareholder return.

## Our Vision
Ameris Bank will be a high-performing community bank providing an exceptional customer experience with well-trained, empowered employees.

## Our Purpose
The purpose of Ameris Bank is to bring financial peace of mind to our communities one person at a time.

## Our Experience Expectations
Attention, Understanding and Personal

## Our Values
Integrity, Equal Dignity, Teamwork, Honesty, High Standards

# EMPLOYEE HANDBOOK

# TABLE OF CONTENTS

DISCLAIMER .................................................................................................................................... 2

ABOUT THIS HANDBOOK ............................................................................................................. 4

**SECTION 1 - GOVERNING PRINCIPLES OF EMPLOYMENT** ........................................................ 9

1-1.    EQUAL EMPLOYMENT OPPORTUNITY ......................................................................... 9

1-2.    TEMPORARY TRANSITIONAL DUTY .............................................................................. 9

1-3     DIVERSITY, EQUITY AND INCLUSION POLICY ............................................................ 9

1-4.    PROHIBITION AGAINST SEXUAL AND OTHER FORMS OF HARASSMENT ............... 10

1-5.    PROHIBITION AGAINST WHISTLEBLOWER RETALIATION ........................................ 11

1-6.    PROHIBITION AGAINST WORKPLACE BULLYING ....................................................... 11

1-7.    DRUG AND ALCOHOL-FREE WORKPLACE .................................................................. 12

1-8.    WORKPLACE VIOLENCE ............................................................................................... 13

          A. PROHIBITED CONDUCT ..................................................................................... 13

          B. PROHIBITION ON WEAPONS .............................................................................. 13

          C. PROCEDURES FOR REPORTING A THREAT ...................................................... 14

1-9.    WORKPLACE SECURITY ............................................................................................... 14

          A. SECURITY IN GENERAL ..................................................................................... 14

          B. SECURITY OF PERSONAL BELONGINGS AND WORK STATIONS ..................... 14

          C. PARKING FACILITIES .......................................................................................... 14

          D. INSPECTIONS ..................................................................................................... 15

1-10.   TELECOMMUTING – WORKING REMOTELY ................................................................ 15

1-11.   IMMIGRATION LAW COMPLIANCE .............................................................................. 15

**SECTION 2 - OPERATIONAL POLICIES** ................................................................................. 16

2-1.    EMPLOYEE CLASSIFICATIONS ..................................................................................... 16

2-2.    INTRODUCTORY PERIOD .............................................................................................. 16

2-3.    PERFORMANCE REVIEWS ............................................................................................. 16

2-4.    JOB TRANSFERS ............................................................................................................ 17

2-5.    YOUR EMPLOYMENT RECORDS ................................................................................... 17

2-6.    WORKING HOURS AND SCHEDULE ............................................................................. 17

2-7.    OVERTIME ..................................................................................................................... 18

2-8.    TIMEKEEPING PROCEDURES ....................................................................................... 18

2-9.    PAYROLL ........................................................................................................................ 18

2-10.   DEDUCTIONS FOR EXEMPT EMPLOYEES ................................................................... 19

2-11    PAY TRANSPARENCY-NONDISCRIMINATION ............................................................ 20

2-12.   LACTATION BREAKS ...................................................................................................... 20

2-13.   INCLEMENT WEATHER/EMERGENCY CLOSINGS ....................................................... 21

**SECTION 3 – BENEFITS & LEAVE** ................................................................................................**22**

3-1.   BENEFITS OVERVIEW ............................................................................................................22

3-2.   WORKERS' COMPENSATION BENEFITS ...............................................................................22

3-3.   HOLIDAY LEAVE .....................................................................................................................23

3-4.   VACATION AND SICK LEAVE .................................................................................................23

3-5.   FMLA LEAVE ...........................................................................................................................23

      A. ELIGIBILITY .......................................................................................................................23

      B. ENTITLEMENTS ................................................................................................................24

      C. EMPLOYEE FMLA LEAVE OBLIGATIONS .......................................................................25

      D. QUESTIONS AND/OR COMPLAINTS ABOUT FMLA LEAVE ...........................................28

      E. COORDINATION OF FMLA LEAVE WITH OTHER LEAVE POLICIES ..............................28

3-6.   LEAVE OF ABSENCE FOR MEDICAL REASONS (NON-FMLA) ............................................28

3-7.   LEAVE OF ABSENCE FOR MILITARY FAMILY LEAVE (NON-FMLA) .....................................28

3-8.   LEAVE FOR MILITARY DUTY .................................................................................................29

3-9.   BEREAVEMENT LEAVE ..........................................................................................................29

3-10. JURY DUTY LEAVE .................................................................................................................29

3-11. VOTING ....................................................................................................................................29

3-12. DOMESTIC AND SEXUAL VIOLENCE LEAVE .......................................................................29

3-13. PERSONAL LEAVE ................................................................................................................. 30

3-14. ORGAN AND BONE MARROW DONOR LEAVE .................................................................... 30

3-15. EMERGENCY RESPONSE LEAVE ..........................................................................................31

3-16. PARENTAL LEAVE FOR INVOLVEMENT IN SCHOOL ...........................................................31

**SECTION 4 – WORKING FOR A BANK** ...........................................................................................**32**

4-1. FEDERAL BANK BRIBERY LAW .............................................................................................32

      A. BACKGROUND .................................................................................................................32

      B. GUIDELINES FOR COMPLIANCE .....................................................................................32

      C. EXCEPTIONS ...................................................................................................................32

4-2.   CODE OF ETHICS....................................................................................................................33

4-3.   CONFLICTS OF INTEREST......................................................................................................33

4-4.   EMPLOYMENT OF RELATIVES ..............................................................................................35

4-5.   COMPANY POLICIES ..............................................................................................................35

**SECTION 5 - GENERAL STANDARDS OF CONDUCT** ...................................................................**36**

5-1.   WORKPLACE CONDUCT ........................................................................................................36

5-2.   PROBLEM SOLVING PROCEDURE ........................................................................................36

5-3   EMPLOYEE RELATIONSHIPS ................................................................................................ 37

5-4.   ATTENDANCE ........................................................................................................................ 37

5-5.   PROFESSIONAL DRESS .........................................................................................................38

5-6.   HEALTH AND SAFETY ............................................................................................................38

5-7.  SMOKING .........................................................................................................39

5-8.  CONFIDENTIAL COMPANY INFORMATION ..............................................39

5-9.  USE OF COMMUNICATION AND COMPUTER SYSTEMS .........................39

5-10. USE OF SOCIAL MEDIA .........................................................................40

5-11. PUBLICITY/STATEMENTS TO THE MEDIA & DISCLOSING INFORMATION
      TO OTHER OUTSIDE PARTIES ...............................................................40

5-12. OPERATION OF VEHICLES.....................................................................40

5-13. PERSONAL AND COMPANY-PROVIDED PORTABLE COMMUNICATION DEVICES ....40

5-14. USE OF FACILITIES, EQUIPMENT AND PROPERTY .................................41

5-15. SOLICITATION AND DISTRIBUTION........................................................42

5-16. PUBLIC EMPLOYEE AREAS.....................................................................42

5-17. OUTSIDE EMPLOYMENT.........................................................................42

5-18. RESIGNATION AND TERMINATION OF EMPLOYMENT.............................43

        A. RETIREMENT..................................................................................43

        B. NOTICE.........................................................................................43

        C. EXIT INTERVIEW............................................................................43

        D. COMPANY PROPERTY.....................................................................43

        E. CONTINUING HEALTH INSURANCE COVERAGE ...............................43

5-19. A FEW CLOSING WORDS ......................................................................43

SECTION 6 ........................................................................................................44

6-1.  STATE SPECIFIC INFORMATION ...........................................................44

EMPLOYEE HANDBOOK ACKNOWLEDGMENT (TO INCLUDE STATE-SPECIFIC ADDENDUMS) ........45

6-1.A.  NEW JERSEY STATE-SPECIFIC HANDBOOK ADDENDUM ...................46

6-1.B.  NEW YORK STATE-SPECIFIC HANDBOOK ADDENDUM .......................52

APPENDIX A ......................................................................................................58

EMPLOYEE RIGHTS UNDER THE FAMILY AND MEDICAL LEAVE ACT ...............58

# SECTION 1 - GOVERNING PRINCIPLES OF EMPLOYMENT

## 1-1. Equal Employment Opportunity

The Company is an Equal Opportunity and Affirmative Action Employer that does not discriminate on the basis of actual or perceived gender, race, color, religion, age, national origin, sexual orientation, gender identity, pregnancy, childbirth or related medical condition, marital status, citizenship status, veteran status, disability, ancestry, familial status, genetic information or atypical hereditary cellular or blood trait, or any other status protected by applicable Federal, State, or local laws. Our management team is dedicated to this policy with respect to recruitment, hiring, placement, promotion, transfer, training, compensation, benefits, employee activities and general treatment during employment. In addition, the Company maintains an affirmative action program.

The Company will endeavor to make a reasonable accommodation, including temporary transitional duty assignments (See Section 1-2), to the known physical or mental limitations of qualified employees with disabilities unless the accommodation would impose an undue hardship on the operation of our business. If you need assistance to perform your job duties because of a physical or mental condition, please contact Human Resources.

Applicants and employees who are experiencing pregnancy, childbirth or related medical conditions (including lactation) may request a reasonable accommodation, and the Company will engage in an interactive process to determine if the requested accommodation is reasonable, and if not, to discuss alternative accommodations.

The Company will also endeavor to accommodate the sincere religious beliefs of its employees to the extent such accommodation does not pose an undue hardship on the Company's operations. If you wish to request such an accommodation, please contact Human Resources.

Any employees with questions or concerns about equal employment opportunities in the workplace are encouraged to bring these issues to the attention of Human Resources. The Company will not allow any form of retaliation against individuals who raise concerns regarding equal employment opportunity or discrimination. To ensure our workplace is free of artificial barriers, violation of this policy will result in disciplinary action, up to and including termination of employment. All employees must cooperate with all investigations pursuant to this policy.

## 1-2. Temporary Transitional Duty

Temporary Transitional Duty (TTrD) is intended to support injured and ill employees who have temporary restrictions, including those due to pregnancy or childbirth and are expected to return to their regular assignments following recovery. This guidance and procedure does not cover employees with permanent restrictions.

To be eligible, the impacted individual must be a non-probationary, regular employee. If an employee provides the necessary documents from his or her medical provider that support his or her ability to be assigned a Temporary Transitional Duty assignment, then the Company may provide temporary work to meet the employee's abilities, if such work is available without creating an undue hardship for the Company. The Temporary Transitional Duty assignment will be up to ninety (90) days, as the Company can allow.

The Temporary Transitional Duty assignment will terminate at any time if the needs of the department change, or when a department determines that the employee is not acting in accordance with the stated restrictions or is unable to perform the duties as assigned within the stated restrictions. The Temporary Transitional Duty assignment will terminate at any time that the physician:

- Releases the employee to full duty without restrictions;

- Removes the employee from work; or

- Indicates the employee has permanent restrictions.

## 1-3. Diversity, Equity and Inclusion Policy

Ameris Bank is committed to fostering, cultivating and preserving a culture of diversity, equity and inclusion.

CONFIDENTIAL

We strive to create a respectful and dignified work environment for every employee.

Our human capital is our most valued asset. The individual differences, experiences, knowledge, ingenuity, innovation, self-expression, and talent that our employees bring to work represent a significant part of our company culture.

We embrace and encourage our employees' differences in age, color, disability, ethnicity, family or marital status, gender identity or expression, language, national origin, physical and mental ability, disability, political affiliation, race, religion, sexual orientation, socio-economic status, veteran status, and other characteristics that make our employees unique.

Ameris Bank is deliberate about its diversity and inclusion practices, which are applied to all that we do, including the ongoing development of a work environment built on the premise of equity that encourages and enforces:

- Respectful communication and cooperation among all employees;
- Teamwork and employee participation, permitting the representation of all groups and employee perspectives; and
- Employer and employee contributions to the communities we serve to promote a greater understanding and respect for diversity.

Every employee of Ameris Bank has the responsibility to treat others with equal dignity and respect. Employees are expected to exhibit conduct that reflects inclusion during work, at work functions on or off the work site, and at all other company-sponsored and participative events. All employees are required to complete annual diversity awareness training. Any employee found to have exhibited any inappropriate conduct or behavior against others, whether it be at work or outside of work in a way that harms the work environment, may be subject to disciplinary action up to and including termination.

Ameris Bank strives to make every employee feel comfortable and confident in approaching any member of management, at any level, with concerns. It is the responsibility of every employee to advise management of any discrimination, harassment, or unacceptable behavior that they may have been the victim of or have otherwise observed. Employees may also seek assistance from a supervisor, Human Resources, or the Diversity and Inclusion Officer, or otherwise utilize Report It, Ameris Bank's anonymous hotline. Instructions for utilizing Report It! are located in the Employee Center of the Mane Connection.

## 1-4. Prohibition Against Sexual and Other Forms of Harassment

It is the Company's policy to prohibit harassment of any individual by another person on the basis of any protected classification including, but not limited to, actual or perceived gender, race, color, religion, age, national origin, sexual orientation, gender identity, pregnancy, childbirth or related medical condition, marital status, citizenship status, veteran status, disability, ancestry, familial status, genetic information or atypical hereditary cellular or blood trait, or any other status protected by applicable Federal, State, or local laws.

While it is not easy to define precisely what types of conduct could constitute sexual harassment, examples of prohibited behavior include unwelcome sexual advances, requests for sexual favors, obscene gestures, displaying sexually graphic magazines, calendars or posters, sending sexually explicit electronic forms of communications, such as e-mails, text and instant messages and other verbal or physical conduct of a sexual nature, such as uninvited touching of a sexual nature or sexually related comments. Depending upon the circumstances, improper conduct also can include sexual joking, vulgar or offensive conversation or jokes, commenting about an employee's physical appearance, conversation about your own or someone else's sex life, or teasing or other conduct directed toward a person because of his or her sex, gender, sexual orientation or gender identity that is sufficiently severe or pervasive to create an unprofessional and hostile working environment.

Similarly, other forms of harassment can include jokes, comments, slurs, negative stereotyping, or threatening, intimidating, or hostile acts that relate to any other protected characteristic, such as actual or perceived

AMERIS000434

gender, race, color, religion, age, national origin, sexual orientation, gender identity, pregnancy, childbirth or related medical condition, marital status, citizenship status, veteran status, disability, ancestry, familial status, genetic information or atypical hereditary cellular or blood trait, or any other status protected by applicable Federal, State, or local laws. Harassment also includes verbal, written, graphic or taped material that demeans or shows hostility or aversion toward an individual or group because of a protected characteristic.

If you feel that you have been subjected to conduct which violates this policy, you should immediately report the matter to Human Resources. If you are unable for any reason to contact Human Resources, or if you have not received a satisfactory response within five (5) business days after reporting any incident of what you perceive to be harassment, please contact the Human Resources Director. If the person to whom this policy would require you to report harassment is involved in the harassment of which you complain, you should contact Gloria Davis or the Ameris Bank Employee Hotline at 1-877-RPT-LINE (778-5463).

Every report of perceived harassment will be fully investigated as the Company considers appropriate, and corrective action will be taken where appropriate. Violation of this policy will result in disciplinary action, up to and including termination of employment as determined by the Company in its discretion.

All complaints will be kept confidential to the extent possible, but confidentiality cannot be guaranteed. The Company has a compelling interest in protecting the integrity of its investigations. In every investigation, the Company has a strong desire to protect witnesses from harassment, intimidation and retaliation, to keep evidence from being destroyed, and to ensure that testimony is not fabricated. The Company may decide in some circumstances that in order to achieve these objectives, it must maintain the investigation in strict confidence. If the Company imposes such a requirement (outside of rights allowed by law), any employee who violates that confidentiality may receive disciplinary action, up to and including immediate termination of employment. An employee will not be disciplined, however, for contacting an appropriate equal employment opportunity governmental agency.

The Company will not allow any form of retaliation against individuals who report unwelcome conduct to management in good faith or who cooperate in the investigations of such reports in good faith in accordance with this policy. Employees who make complaints in bad faith may be subject to disciplinary action, up to and including termination of employment. All employees must cooperate with all investigations pursuant to this policy.

## 1-5. Prohibition against Whistleblower Retaliation

If you believe that there has been a violation of a law, rule, or regulation at the Company, we invite you to speak with management regarding your concerns. The Company will not allow any form of retaliation against individuals who, in good faith, make such a report, participate in any investigation, or object to or refuse to participate in a violation of a law, rule, or regulation. Employees who make complaints in bad faith may be subject to disciplinary action, up to and including termination of employment. All employees must cooperate with all investigations pursuant to this policy.

## 1-6 Prohibition Against Workplace Bullying

It is the Company's policy to provide a safe work environment by preventing and immediately addressing all bullying and abusive conduct. Such conduct can include, but is not limited to:

- Repeated verbal abuse in the workplace, including derogatory remarks, insults and epithets;

- Verbal, nonverbal, or physical conduct of a threatening, intimidating, or humiliating nature in the workplace; or

- The sabotage or undermining of an employee's work performance in the workplace.

Bullying and Abusive conduct does not include:

- Disciplinary procedures in accordance with our adopted policies;

- Routine coaching and counseling (including feedback about and correction of work performance);

- Reasonable work assignments;

CONFIDENTIAL

- Individual differences in styles of personal expression;

· "Passionate or loud expression" with no intent to harm others, differences on opinion on work related concerns; and

- The non-abusive exercise of managerial prerogative.

If you feel that you have been subjected to conduct which violates this policy, you should immediately report the matter to Human Resources. If you are unable for any reason to contact Human Resources, or if you have not received satisfactory response within five (5) business days after reporting any incident of what you perceive to be harassment, please contact the Managing Director of Human Resources. If the person to whom this policy would require you to report harassment is involved in the harassment of which you complain, you should contact the Ameris Bank Employee Hotline at 1-877-RPT-LINE (778-5463).

Every report of perceived bullying or abusive conduct will be fully investigated as the Company considers appropriate, and corrective action will be taken where appropriate. Violation of this policy will result in disciplinary action, up to and including termination of employment as determined by the Company in its reasonable discretion.

The Company will not allow any form of retaliation against individuals who report such conduct to management in good faith or who cooperate in the investigations of such reports in good faith in accordance with this policy.

All complaints will be kept confidential to the extent possible, but confidentiality cannot be guaranteed. The Company has a compelling interest in protecting the integrity of its investigations. In every investigation, the Company has a strong desire to protect witnesses from harassment, intimidation, and retaliation, to keep evidence from being destroyed, to ensure that testimony is not fabricated. The Company may decide in some circumstances that in order to achieve these objectives, it must maintain the investigation in strict confidence. If the Company reasonably imposes such a requirement (outside of rights allowed by law), any employee who violates that confidentiality may receive disciplinary action, up to and including termination of employment. An employee will not be disciplined; however, for contacting an appropriate equal employment opportunity governmental agency.

## 1-7. Drug and Alcohol-Free Workplace

To help ensure a safe, healthy, and productive work environment for our employees and others, to protect Company property, and to ensure efficient operations, the Company has adopted a policy of maintaining a workplace that is free from drugs and alcohol.

The unlawful or unauthorized use, abuse, manufacture, solicitation, theft, possession, transfer, purchase, sale or distribution of controlled substances, drug paraphernalia or alcohol by an individual anywhere on Company premises, in a Company vehicle, while on Company business (whether or not on Company premises) or while representing the Company, is strictly prohibited. Employees and other individuals who work for the Company also are prohibited from reporting to work or working while they are under the influence of alcohol or any controlled substances which may impact an employee's ability to perform their job or otherwise pose safety concerns, except when the use is pursuant to a licensed medical practitioner's instructions and the licensed medical practitioner authorized the employee or individual to report to work. However, this does not extend any right to report to work under the influence of medical marijuana, unless otherwise required by applicable law.

Evidence of use, sale, or possession of prohibited drugs is typically reported to the appropriate law enforcement agencies.

Compliance by all employees with the terms of this policy is a condition of continued employment. Violation of this policy will result in disciplinary action, up to and including termination of employment.

The Company maintains a policy of non-discrimination and will endeavor to make reasonable accommodations to assist individuals recovering from substance or alcohol dependencies, and those who have a medical history which reflects treatment for substance abuse conditions. However, employees may not request an accommodation to avoid disciplinary action for a violation of this drug and alcohol policy. We encourage employees to seek assistance before their substance abuse or alcohol misuse renders them unable to perform

the essential functions of their respective job, or jeopardizes the health and safety of any Company employee, including themselves.

In keeping with our commitment to provide (or maintain) a safe, drug-free work environment for all employees, you may be asked to take a Company-paid, medically approved test(s) that may include blood, urinalysis, or other screening separately or in connection with a physical examination or other medical evaluation given by authorized medical personnel in any of the following situations, to the extent permitted and in accordance with applicable law:

- Routine fitness-for-duty drug testing that is conducted as part of a routinely scheduled employee fitness-for-duty medical examination that is part of the Company's established policy or that is scheduled routinely for all members of an employment classification or group.

- Reasonable suspicion when your observed appearance, behavior and/or actions seem to be consistent with the use of alcohol, drug(s), or controlled substance(s).

- Post-accident if you are involved in an accident while on duty and your actions caused an accident, whether on or off Company premises, that results in injury, lost time, or damage to property.

- Random unannounced testing.

- Follow-up testing if an employee enters a substance abuse rehabilitation program, to be conducted at least once a year for two years after completing the program. Advance notice of a follow-up testing date will not be given to the employee to be tested.

Employees who have a confirmed positive test or result, refuse to consent or submit to a drug and/or alcohol test, or tamper with or adulterate a drug and/or alcohol specimen, will be subject to disciplinary action, up to and including termination of employment, to the extent permitted and in accordance with applicable law. Please contact a Human Resources Business Partner for additional guidance regarding any applicable testing procedures and guidelines.

## 1-8. Workplace Violence

The Company is strongly committed to providing a safe workplace. The purpose of this policy is to minimize the risk of personal injury to employees, clients, vendors and other third parties and damage to Company and personal property.

We do not expect you to physically subdue a threatening or violent individual. Indeed, we highly discourage you from engaging in any physical confrontation with a violent or potentially violent individual, unless in a life threatening situation with no other options. However, we do expect and encourage you to exercise reasonable judgment in identifying and reporting potentially dangerous situations.

### A. Prohibited Conduct

Fighting, threats, or any other acts of aggression or violence made toward or by any Company employee WILL NOT BE TOLERATED. For purposes of this policy, a threat includes any verbal or physical harassment or abuse, any attempt at intimidating or instilling fear in others, menacing gestures, flashing of weapons, stalking or any other hostile, aggressive, injurious, or destructive action undertaken for the purpose of domination or intimidation.

### B. Prohibition on Weapons

Unless otherwise permitted by applicable law, the Company prohibits the possession or use of dangerous weapons on Company property or while on Company business. This policy also applies to all Company-owned or leased vehicles. A license to carry a concealed weapon does not supersede Company policy. "Company property" is defined as all Company-owned or leased buildings and surrounding areas such as sidewalks, walkways, and driveways. However, the Company will not prohibit any client, employee, vendor, or invitee with a valid license to carry concealed weapons, issued by the State in which the parking lot or garage is located, from possessing any legally owned firearm when such firearm is locked and secured inside a private motor vehicle located on Company property. Further, the Company will not make any verbal or written inquiry of any individual with regard to the presence of any firearm locked and secured in a private motor vehicle on a

CONFIDENTIAL

Company parking lot or in a garage, nor search a private motor vehicle in the parking lot or garage to ascertain the presence of a firearm, unless conducted by an on-duty law enforcement officer.

"Dangerous weapons" include, but are not limited to, firearms, explosives, knives that are not permissible for carry by state or local laws and other weapons that might be considered dangerous or that could cause harm. Employees are responsible for making sure that any item possessed by the employee is not prohibited by this policy, state or local laws.

### C. Procedures for Reporting a Threat

All potentially dangerous situations, including threats by co-workers or outside parties, should be reported immediately to any member of management with whom you feel comfortable. Reports of threats may be maintained confidential to the extent maintaining confidentiality does not impede our ability to investigate and respond to the complaints. All threats will be promptly investigated. All employees must cooperate with all investigations. No employee will be subjected to retaliation, intimidation or disciplinary action as a result of reporting a threat in good faith under this policy.

## 1-9. Workplace Security

### A. Security in General

Due to the nature of our business, we have to be constantly alert to the possibility of robbery and other criminal or threatening acts. There are certain security procedures to be followed when entering and exiting the building. Also, specific policies may exist in some divisions.

Security will be discussed at length as part of your onboarding and then periodically during employment. Security procedures are CLASSIFIED and CONFIDENTIAL. Your safety as well as that of fellow employees depends on the protection of this information and your compliance with security procedures. Employees are expected to comply with RISK.200 Bank Security and the Security Manual, which this Handbook incorporates by reference and are available on The Mane Connection.

Any person must have their manager's approval and be adequately educated in all security procedures in order to have a building key, fob, or access card issued. Employees who lose building access items may be subject to disciplinary action, up to and including termination of employment. In addition, there will be a fee to replace more than one building access item in a twelve–month time period.

### B. Security of Personal Belongings and Work Stations

Employees should not bring or store personal belongings of a material or sizeable value at the Company's premises. The Company is not responsible for the loss, damage, or theft of personal belongings, and employees are advised not to carry unnecessary amounts of cash or other valuables with them when they come to work. All personal valuables, such as purses, wallets, jewelry, and money, should never be left unattended. Employees should immediately report all thefts and property losses to a manager.

### C. Parking Facilities

Most Company locations have a lot, garage or designated area(s) for parking; some of these may be specifically designed for employees and for clients/visitors. You may be assigned a spot. Please do not use any other space. Employees should not use a designated client/visitor lot during business hours. A number of parking spaces have been designated for use of client(s)/employee(s) with disabilities. These spaces should be used only if the vehicle has an appropriate disabled parking permit.

Employees are expected to observe the parking rules established by the Company and to be courteous and respectful of others who use these parking facilities, regardless if owned by the Company. In addition, these parking facilities may or may not be considered part of Company premises; however, all Company policies and rules apply to employees and their vehicles while parked for employment purposes. If the parking facility is Company-owned, vehicles should not be left overnight without first notifying the location manager. Any employee who refuses to submit to a vehicle search or who unreasonably delays submitting to a vehicle search is subject to disciplinary actions, up to and including termination of employment, unless the search is not permitted under Section 1-6.

Employees who use parking facilities do so at their own risk. Employees are encouraged to lock their cars at all

CONFIDENTIAL

times when left in the parking facilities. The Company assumes no responsibility for any damage to, or theft of, any vehicle or personal property left in the vehicle while on Company-owned or other parking facilities.

### D. Inspections

The Company reserves the right to require employees while on Company property, or on client property, to agree to the inspection of their persons, personal possessions and property, personal vehicles parked on Company or client property, and work areas, except when prohibited by applicable law. Inspections may include lockers, vehicles, desks, cabinets, work stations, packages, handbags, briefcases, and other personal possessions or places of concealment, as well as personal electronic messages, such as e-mail, text and instant messages sent to the Company or to its clients. Employees are expected to cooperate in the conduct of any search or inspection. All offices, desks, files, computer systems, internet devices, and other electronic devices issued by the Company or with access to Company systems are the property of the Company, and employees have no expectation of privacy. The Company may monitor the use of any of its property, equipment, and systems at any time without further notice. Employees should have no expectation of privacy on the Company's premises. The above inspections will be limited or prohibited as necessary to comply with applicable state and local law.

## 1-10. Telecommuting – Working Remotely

Telecommuting is a viable alternative work arrangement for certain positions and certain employees in cases where the employee, job function, and manager are best suited to such an arrangement. This arrangement, to work from home rather than an office location, is based on various factors and requires management approval. It exists to meet the needs of the Company and is best suited for job functions that require independent work, limited face-to-face interaction, concentration, a measurable work product and output monitoring.

Telecommuting as a work option is not an entitlement, it is not a Company-wide benefit, and it in no way changes the terms and conditions of employment. Performance of job duties and adherence to all policies and procedures are expected. This includes safeguarding confidential information. This work arrangement can be discontinued at any time at the discretion of the Company. Employees must talk with their manager and submit a written request proposing how the arrangement will benefit our Company and themselves. The request should explain how they will be accountable and responsible, what equipment is necessary, and how communication barriers will be overcome. An application should be completed and submitted for approval. For employees that are issued a laptop, the Company has an expectation that those employees bring them home every day for resiliency purposes.

## 1-11. Immigration Law Compliance

The Company employs only individuals authorized to work in the United States in compliance with the Immigration Reform and Control Act of 1986.

Each new employee, as a condition of employment, must complete the Employment Eligibility Verification Form I-9 upon commencing employment and present documentation establishing identity and employment eligibility on the first day of employment.

# SECTION 2 - OPERATIONAL POLICIES

## 2-1. Employee Classifications

For purposes of this Handbook, all employees fall within one of the classifications below.

**Full-Time Employees** - Employees who regularly work at least 30 hours per week who were not hired on a short-term basis. These may be salaried, commissioned, and/or hourly employees.

**Part-Time Employees** - Employees who regularly work fewer than 30 hours per week who were not hired on a short-term basis. These may be salaried, commissioned and/or hourly employees.

**Short-Term (Temporary) Employees** - Employees who were hired for a specific short-term project, or on a short-term freelance, per diem or temporary basis with an understanding that their employment will be terminated no later than on completion of a specific assignment or term. Short-Term Employees generally are not eligible for Company benefits. (Contractual arrangements do not constitute employment.)

**Change of Classification.** Part-Time Employees may occasionally work over 30 hours, and Full-Time Employees may occasionally work fewer than 30 hours in a given week without any change in classification. All Non-Exempt Employees' hours will be reviewed periodically to confirm the correct Full-Time or Part-Time classification. An employee who changes from part-time status to full-time status is required to begin the eligibility waiting period applicable for any Company sponsored benefits. The date on which an employee becomes a full-time employee is the date on which the eligibility waiting period will begin to calculate. An employee who changes from full-time status to part-time status ceases to be eligible for full-time employee Company sponsored benefits as defined by the Affordable Care Act and other Company programs, while retaining any paid leave or other benefits that have already been accrued.

In addition to the above classifications, employees are categorized as either "Exempt" or "Non-exempt" for purposes of federal and state wage and hour laws. Employees classified as exempt do not receive overtime pay; they generally receive a salary intended to cover all hours worked. For Non-exempt employees, the workweek begins at 12:00 a.m. on Saturday and runs to 11:59 p.m. Friday. Any work performed during this time will be counted in the same workweek for overtime calculation. You will be informed of your classifications upon hire and informed of any subsequent changes to your classifications.

## 2-2. Introductory Period

The introductory period of employment is intended to give a new employee and the Company the opportunity to evaluate each other in order to determine the compatibility of the employment relationship. During this period, employees are expected to demonstrate their ability to achieve a satisfactory level of performance and to determine whether the new position meets their expectations. The Company uses this period to evaluate employee capabilities, work habits, and overall performance.

All new or rehired employees work on an introductory basis for the first 90 days from their start date. If the Company determines that the designated introductory period does not allow sufficient time to thoroughly evaluate the employee's performance, the introductory period may be extended. Where permitted by law, employees terminated in the first 90 calendar days for unsatisfactory performance will be ineligible for unemployment benefits.

Although the Company wishes employment relationships to be long and successful, the completion of the introductory period does not guarantee employment for any specific duration or otherwise alter the at-will nature of employment.

## 2-3. Performance Reviews

The performance of employees is evaluated from time to time. Any formal evaluation provides both managers and employees the opportunity to discuss job tasks, encourage and recognize strengths, identify needed improvements and establish an action plan, and discuss positive, meaningful approaches for meeting performance objectives.

Please understand that a positive performance evaluation does not guarantee an increase in salary, a promotion, or continued employment. Compensation increases and the terms and conditions of employment,

CONFIDENTIAL

including job assignments, transfers, promotions, and demotions, are determined by and at the discretion of management.

In addition to any formal performance evaluations, the Company strongly encourages you and your manager to discuss your overall job performance and performance objectives on a regular basis.

## 2-4. Job Transfers

The Company encourages employees to request transfers to other positions in the Company that serve the mutual interest of the employee and the Company. An employee should notify their manager of their wish to request a transfer and apply for the open position using the Employee Center of The Mane Connection.

Factors considered before a transfer is approved include reason for the request, length of service and time on present job, job performance, experience, and skills in relation to the job and the opinion of division management (for the proposed transfer division). The Company reserves the right to fill the position with the individual it deems, in its discretion, is best qualified for the position. The individual who is to assume the new position may be identified through internal procedures, or from outside applicants.

Generally, to be eligible for an open position, an employee must have held his/her present position for at least six (6) months, and not be on a "written disciplinary" status for substandard work performance, excessive absenteeism, misconduct, etc.

## 2-5. Your Employment Records

In order to obtain your position, you provided us with personal information, such as your address, phone number, race/ethnicity, gender, disability, protected veteran status and social security number. This information is contained in your Human Resources (HR) employment file. HR files are the property of the Company and access to these files is restricted; however, employees will be granted access to and copies of their own file to the extent required and in accordance with applicable state law. Please contact Human Resources if you would like to review your file.

Please keep your HR employment file up to date by informing Human Resources of any changes. Self-service is available for some of these updates through UKG Pro. Also, please inform Human Resources of any specialized training or skills you may have acquired, as well as any changes to any required visas. Unreported changes of address, marital status, etc. can affect your withholding tax and benefit coverage. Further, an "out of date" emergency contact or an inability to reach you in a crisis could cause a severe health or safety risk or other significant problem.

Prospective employers, financial institutions and residential property managers routinely call employers for information on a former or current employee's work history and salary. All such requests of this type should be referred to and handled solely by the Human Resources department. Responses to written requests for verification of employment will be made on the form provided only when the request is accompanied by a former or current employee's signed authorization to release such information. Telephone requests for verification of employment by prospective employers, financial institutions and residential property managers will be limited to: inclusive dates of work, job title, department and work location.

## 2-6. Working Hours and Schedule

You will be assigned a work schedule and you will be expected to begin and end work according to the schedule. A typical workweek ("Workweek") will run from Saturday to Friday. To accommodate the needs of our business, at some point we may need to change individual work schedules on either a short-term or long-term basis. Additionally, employees may be expected to work weekends and holidays as needed to the extent permitted by applicable law.

Employees will be provided meal and rest periods as required by applicable state laws. Employees are provided with one (1) meal period each workday based on their full-time or part-time status. Managers will schedule meal periods (and the length of this meal period) to accommodate operating requirements. Circumstances such as the requirements of the office staffing needs, etc. may result in the meal period being changed on any given day. Employees will be relieved of all active responsibilities during meal periods and will not be compensated

for that time. If you are unable to take a full 30 minute lunch break due to business needs and management direction, then this time is not considered a bona fide meal period. Instead, it is considered as hours worked and must be recorded on your timesheet. The Company expects, however, that you will take a 30 minute meal period, and failing to do so without pre-approval may result in disciplinary action, up to and including termination of employment.

Non-exempt employees are allowed one fifteen (15) minute break during the day. Managers will advise employees of break periods. Circumstances such as the requirements of the office, staffing needs, etc. may result in break periods being changed or eliminated on any given day. Since this break time is counted and paid as time worked, employees must not be absent from their workstations beyond the allotted time.

Working hours and schedules also apply to telecommuting arrangements.

## 2-7. Overtime

Any non-exempt employee who works overtime will be compensated at the rate of one and one-half times (1½) his/her normal hourly wage for all time worked in excess of forty (40) hours each workweek, or at the rate of two times (2) his/her normal hourly wage for all time worked on an observed, paid holiday, unless otherwise required by applicable law. In determining hours worked in calculating overtime, any leave (paid or unpaid) hours during the workweek will not be taken into consideration. The opportunity to work overtime is at the discretion of management and is based on the Company's need. Employees may work overtime only with prior management authorization.

Non-exempt employees should not start work early, finish work late, work during a meal break or perform any other extra or overtime work unless authorized to do so and that time is recorded on the employees' timesheets. Employees are prohibited from performing any "off-the-clock" work. "Off-the-clock" work means work you may perform but fail to report on your timesheets.

While non-exempt employees will be paid for all hours worked, even if not pre-approved, any such employee who works unauthorized overtime, fails to report hours, or inaccurately reports any hours worked will be subject to disciplinary action, up to and including termination of employment.

## 2-8. Timekeeping Procedures

Employees must record their actual time worked for payroll and benefit purposes. Non-exempt employees must record the time work begins and ends, as well as the beginning and ending time of any departure from work for any non-work-related reason, as prescribed by management. Non-exempt employees may not record their time and start work until their scheduled starting time and may never work off the clock.

Altering, falsifying, or tampering with timesheets is prohibited and subjects the employee to disciplinary action, up to and including termination of employment. Completing another employee's time records submits both employees to disciplinary action, up to and including termination of employment.

Exempt employees are required to record their work attendance by reporting full days of absence from work for sick or vacation time.

It is your responsibility to review your pay statement and ensure the accuracy of all time recorded. Any errors should be reported immediately to Human Resources via Outlook ^HR Solutions, HRSolutions@amerisbank.com, or call 229-616-6103.

## 2-9. Payroll

All employees are paid on the 15th and last business day of the month and on a standardized start and end date schedule. The standard work week runs from Saturday thru Friday. However, some departments may be paid on a different basis, in accordance with applicable law. If a regularly scheduled payday falls on a weekend or holiday, employees will be paid on the last business day before the regularly scheduled payday. Employees will be advised of the applicable frequency of pay.

**Full-time employees regularly scheduled to work 40 hours a week -** Your annual base salary is calculated based on a standard 40 hour work week, or 2080 hours worked each year and paid equally over 24 pay periods (86.67 hours per pay period). Base salary is paid "current", meaning on the 15th your pay statement reflects

CONFIDENTIAL

payment from the 1st day of the month through the 15th day of the month. On the last business day of the month, the pay statement reflects payment from the 16th of the month through the end of the month.

Overtime pay for working more than 40 hours in a scheduled work week, pay adjustments for working less than 40 hours in a scheduled work week, unpaid time, earned vacation and sick leave will be adjusted in arrears, and on the payroll schedule established for the year. A copy of the payroll schedule is available in the Employee Center of The Mane Connection. For state specific overtime compliance laws, please review the State Addendum section of this handbook.

**Part-time employees regularly scheduled to work less than 40 hours a week -** Each semi-monthly period will begin on the 10th and 25th of each month, with work weeks running from Saturday thru Friday. Overtime pay for working more than 40 hours in a scheduled work week, earned vacation and sick leave will be paid through the 9th and the 24th, on the semi-monthly payroll schedule. A copy of the payroll schedule is available in the Employee Center of The Mane Connection.

**All employees-** Your payroll statement itemizes deductions made from your gross earnings. By law, the Company is required to make deductions for Social Security, federal income tax and any other appropriate taxes. These required deductions may also include any court-ordered earnings withholding. Payroll statements also itemize any voluntary deductions such as an employee's portion of health, dental, vision, life insurance or other premiums and/or voluntary contributions to a 401(k), to the extent applicable.

If you believe there is an error in your pay, bring the matter to the attention of Human Resources immediately, via Outlook ^HR Solutions, HRSolutions@amerisbank.com, or 229-616-6103, so the Company can resolve the matter quickly and amicably.

Direct deposit is available to employees, and the Company encourages employees to participate in direct deposit. Instructions for making changes to your direct deposit can be found in the Employee Center of The Mane Connection. This is a self-service change that is available in UKG Pro.

The Company also utilizes self-service changes to Federal and State incomes tax withholding. A guide to assist in making changes can also be found in the Employee Center of The Mane Connection. Changes for direct deposit and tax withholding will be made based on the payroll schedule.

Employees who have accounts with Ameris Bank (whether individual or joint ownership or authorized signer) are expected to handle their business with care and responsibility, whether deposit or loan accounts. Management recognizes that an inadvertent, occasional overdraft may occur. However, employees who frequently overdraw their accounts or carry a negative balance for an extended period of time may be subject to disciplinary action, up to and including termination of employment. Overdraft occurrences will be monitored as permitted by applicable law. For more information please refer to policies RTL.200 Overdraft Payment and CRED.150 Employee Loans.

Subject to applicable state law, final paychecks will be provided on the next regular payday following separation.

## 2-10. Deductions for Exempt Employees

It is our policy and practice to accurately compensate employees and to do so in compliance with all applicable state and federal laws. To ensure that you are paid properly and that no improper deductions are made, you must review your payroll statements promptly to identify and report all errors to Human Resources via Outlook ^HR Solutions, HRSolutions@amerisbank.com, or call 229-616-6103.

If you are classified as an exempt salaried employee, you will receive a salary which is intended to compensate you for all hours you may work for the Company. This salary will be established at the time of hire or when you become classified as an exempt employee. While it may be subject to review and modification from time to time, the salary will be a predetermined amount that will not be subject to alterations for variations in the quality or quantity of the work you perform.

Under federal and state law, your salary is subject to certain deductions. For example, unless state law requires otherwise, your salary can be reduced for the following reasons:

- Full-day absences for personal reasons.
- Full-day absences for sickness, or disability.
- Full-day disciplinary suspensions for serious misconduct (not including performance or attendance issues).
- Family and Medical Leave absences (either full- or partial-day absences).
- To offset amounts received as payment for military pay, if the absence exceeds the eighty (80) hours of Military Leave granted in a calendar year.
- The first or last week of employment in the event you work less than a full pay period cycle.
- Any full workweek in which you do not perform any work.

Your salary may also be reduced for certain types of deductions such as your portion of health, dental, vision or life insurance premiums; state, federal or local taxes; garnishments; social security; or voluntary contributions to a 401(k), flexible spending plan, health savings plan, supplemental benefit coverages or contributions to the Company's Employee Stock Purchase Plan (ESPP).

In any workweek in which you performed any work, your salary will not be reduced for any of the following reasons:

- Partial day absences for personal reasons, sickness, or disability (unless on intermittent FMLA leave).
- Your absence on a day because your employer has decided to close a facility on a scheduled work day.
- Absences for jury duty, attendance as a witness, or military leave in any week in which you have performed any work.
- Any other deductions prohibited by state or federal law.

However, unless state law provides otherwise, deductions may be made to your paid leave for full- or partial-day absences for personal reasons, sickness, or disability.

If you believe you have been subject to any improper deductions, you should immediately report the matter to Human Resources via Outlook ^HR Solutions, HRSolutions@amerisbank.com, or call 229-616-6103. If you believe it would be inappropriate to contact Human Resources (or if you have not received a prompt and fully acceptable reply), you should immediately contact your manager or the Human Resources Director.

Every report of improper deductions will be fully investigated and corrective action will be taken where appropriate, up to and including termination of employment for any employee(s) who violates this policy. In addition, the Company will not allow any form of retaliation against individuals who report alleged violations of this policy or who cooperate in the Company's investigation of such reports. Retaliation is unacceptable, and any form of retaliation in violation of this policy will result in disciplinary action, up to and including termination of employment.

## 2-11 Pay Transparancy–Nondiscrimination

The Company will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.

## 2-12. Lactation Breaks

The Company will provide a reasonable amount of break time to accommodate an employee desiring to express breast milk for the employee's infant child, in accordance with and to the extent required by applicable law. The break time, if possible, should run concurrently with rest and meal periods already provided to the employee.

CONFIDENTIAL

The Company will make reasonable efforts to provide employees with the use of a private and secure room shielded from view and free from interruption from coworkers and the public, other than a toilet stall, for the employee to express milk in private. This location may be the employee's private office, if applicable. Please consult Human Resources if you have questions regarding this policy.

Please advise management if you need break time and an area for this purpose. Employees will not be discriminated against or retaliated against for exercising their rights under this policy.

## 2-13. Inclement Weather/Emergency Closings

Employees must observe weather conditions in their area to determine whether it is unduly hazardous to attempt to drive to work. The Company does not expect anyone to take an unreasonable risk; often, by waiting, conditions will improve which will allow late arrival at work. Under these circumstances, please call, email or send a text message to your manager to advise of your weather conditions and expected time of arrival. You are expected to confirm with your manager that your message was received.

If your location is open, you are encouraged to report to work if safe to do so. However, if road conditions are unsafe and your job responsibilities are temporarily authorized to be performed from home, you are encouraged to contact your manager to discuss alternatives.

Pay for exempt employees will not be reduced in the event their facility is closed due to inclement weather or other emergency closings.

Time off taken by non-exempt employees due to severe weather or other natural or emergency conditions may be unpaid, unless paid leave is available to be taken or unless otherwise required by applicable law. Full workweeks missed due to severe weather or other natural or emergency conditions may be unpaid, unless paid leave is available to be taken or unless otherwise required by applicable law. Time off from office closures or delayed openings due to severe weather or other natural or emergency conditions, as declared and authorized by Executive Management, will be paid time.

The Company will not discharge or otherwise discriminate against an employee who leaves the workplace to participate in an emergency evacuation ordered by local or state authorities. An emergency evacuation order means an official statement issued in response to a natural or man-made disaster, which includes the occurrence or imminent threat of fire, flood, earthquake, wind, storm, wave action, oil spill, water

contamination, volcanic activity, epidemic, air contamination, blight, drought, infestation, explosion, riot, hostile military or paramilitary action, or other public calamity requiring emergency action or an energy emergency.

# SECTION 3 – BENEFITS & LEAVE

## 3-1. Benefits Overview

Eligible employees at the Company are provided with a wide range of benefits. We encourage you to refer to the Company Benefits Booklet for details on our programs for health benefits, including eligibility requirements. Information on other benefits is available in the Employee Center of The Mane Connection.

The Company currently provides the following benefit programs to eligible employees:

- Health Insurance
- Vision Insurance
- Dental Insurance
- Life Insurance
- Accidental Death and Dismemberment
- Disability Insurance
- Business Travel Accident Insurance
- Banking Privileges
- Employee Loans
- Company-Sponsored Memberships
- Educational Assistance
- Employee Assistance Program
- Incentive/Bonus Plans
- Employee Stock Purchase Plan
- 401(k) Retirement Plan
- Vacation Benefits
- Sick Leave
- Holidays
- Other Leave Programs

Some benefits require contributions and/or full payments from the employee. While the Company intends to maintain these employee benefits, it reserves the absolute right to modify, amend or terminate these benefits at any time and for any reason. Further, the Company (including the officers and administrators who are responsible for administering the plans) retains full discretionary authority to interpret the terms of the plans, as well as full discretionary authority with regard to administrative matters arising in connection with the plans and all issues concerning benefit terms, eligibility and entitlement.

Cost of coverage and further information about the types of plans and their benefits is available through Human Resources or the Employee Center of The Mane Connection. If you have any questions regarding your benefits, please contact Human Resources via Outlook at ^HR Solutions, HRSolutions@amerisbank.com, or call 229-616-6103. Changes in employment classification that would result in loss of eligibility to participate in the health insurance plan may qualify an employee for continued benefits under the Consolidated Omnibus Budget Reconciliation Act (COBRA).

## 3-2. Workers' Compensation Benefits

On-the-job injuries are covered by our Workers' Compensation Insurance Policy, which is provided at no cost to you. This insurance provides for the payment of medical expenses and weekly compensation payments during the period of an employee's work-related injury or illness.

If you are injured on the job, no matter how slightly, report the incident immediately to your manager, so they

can notify HR Solutions. You must file your claim forms promptly in order for your claim to be processed and Company records to be prepared properly. Failure to follow Company procedures may affect your ability to receive Workers' Compensation benefits.

Workers' Compensation is solely a monetary benefit and not an entitlement to a leave of absence. Employees who need to miss work due to a workplace injury must also request a leave of absence for medical reasons.

## 3-3. Holiday Leave

For all eligible employees, the Company observes the Federal Reserve Bank of Atlanta's schedule on the following holidays:

- New Year's Day

- Martin Luther King Day

- Presidents' Day

- Memorial Day

- Juneteenth National Independence Day

- Independence Day

- Labor Day

- Columbus Day

- Veterans Day

- Thanksgiving Day

- Christmas Day

In addition to the above holidays, the Company observes and provides one-half day (1/2) of paid time for Christmas Eve, when this day falls on a workweek business day.

Holiday pay may be paid to eligible employees calculated based on the employee's straight time (or base) pay rate, as of the date of the Company's observance of the holiday, according to full time or part time status. It does not include overtime or any special forms of compensation such as incentives, commissions, bonuses, etc.

When a holiday falls on Saturday or Sunday, it will be observed according to the Federal Reserve Bank's schedule. We will announce these closing dates well in advance of the holiday generally in an email communication.

Paid holiday leave will not be counted as hours worked for the purposes of determining overtime.

Employees may also request leave for religious holidays. Such requests should be directed to the HR Business Partner and are subject to approval. An employee may use available paid leave for religious holidays; however, if no paid leave is available, then leave for religious holidays will be unpaid.

## 3-4. Vacation and Sick Leave

Paid vacation and sick leave are available to eligible employees. The amount of paid leave depends on the length of continuous employment with the Company and applicable state law. Complete information on Vacation and Sick Leave is available in the Employee Center of The Mane Connection.

## 3-5. FMLA Leave

Employees may be entitled to a leave of absence under the Family and Medical Leave Act (FMLA). This policy provides employees information concerning FMLA entitlements and obligations employees may have during such leaves. If employees have any questions concerning FMLA leave, they should contact Human Resources via Outlook ^HR Solutions, HRSolutions@amerisbank.com, or call 229-616-6103.

### A. Eligibility

FMLA leave is available to "eligible employees." To be an "eligible employee," an employee must: 1) have been

employed by the Company for at least 12 months (which need not be consecutive); and 2) have been employed by the Company for at least 1,250 hours of service during the 12-month period immediately preceding the commencement of the leave.

## B. Entitlements

The FMLA provides eligible employees with a right to leave, health insurance benefits and, with some limited exceptions, job restoration. The FMLA also entitles employees to certain written notices concerning their potential eligibility for and designation of FMLA leave.

## I. Basic FMLA Leave Entitlement:

The FMLA provides eligible employees up to 12 workweeks of unpaid leave for certain family and medical reasons during a 12-month period. The 12-month period is determined based on a rolling 12-month period measured backward from the date an employee uses his/her FMLA leave. Leave may be taken for any one, or for a combination, of the following reasons:

- The birth of a child of the employee, the placement of a child with the employee for adoption or foster care, and to care for the newborn or recently placed child (within twelve months of the birth or placement);

- To care for the employee's spouse, child or parent (but not an in-law) who has a serious health condition;

- For the employee's own serious health condition (including any period of incapacity due to pregnancy, prenatal medical care or childbirth) that makes the employee unable to perform one or more of the essential functions of the employee's job; and/or

- Because of any qualifying exigency arising out of the fact that an employee's spouse, son, daughter, or parent is a military member on covered active duty or called to covered active duty status (or has been notified of an impending call or order to covered active duty status).

A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job, or prevents the qualified family member from participating in school or other daily activities. Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than 3 consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, caring for the parents of the military member on covered active duty, and attending post-deployment reintegration briefings. The Company will follow the definitions of "qualifying exigency" and "covered active duty" as defined by the Department of Labor and the United States Code. The FMLA puts limits on the length of time an eligible employee may take for certain types of qualifying exigencies.

## II. Additional Military Family Leave Entitlement (Injured Servicemember Leave)

In addition to the basic FMLA leave entitlement discussed above, an eligible employee who is the spouse, son, daughter, parent or next of kin of a covered servicemember is entitled to take up 26 weeks of leave during a single 12-month period to care for the servicemember with a serious injury or illness. Leave to care for a servicemember shall only be available during a single-12 month period and, when combined with other FMLA-qualifying leave, may not exceed 26 weeks during the single 12-month period. The single 12-month period begins on the first day an eligible employee takes leave to care for the injured servicemember. The Company adopts the definitions for "covered servicemember," and "serious injury or illness," as defined by the Department of Labor at 29 C.F.R. § 825.127. The FMLA definitions of a "serious injury or illness" for covered servicemembers are distinct from the FMLA definition of "serious health condition" applicable to FMLA leave to care for a covered family member.

## III. Intermittent Leave and Reduced Leave Schedules

FMLA leave usually will be taken for a period of consecutive days, weeks, or months. However, employees also are entitled to take FMLA leave intermittently (such as hourly) or on a reduced leave schedule when medically necessary due to a serious health condition of the employee or covered family member or the serious injury or illness of a covered servicemember. Leave due to qualifying exigencies may also be taken on an intermittent basis.

## IV. Working (outside of the Company) While on Leave

If you have previously accepted another position outside of the Company, you are required to report this status to Human Resources. You are also required to report to Human Resources if you are working any position outside of the Company during your leave period, to ensure consistency with the reasons given for leave.

## V. Protection of Group Health Insurance Benefits

During FMLA leave, eligible employees are entitled to receive group health plan coverage on the same terms and conditions as if they had continued to work.

## VI. Restoration of Employment and Benefits

At the end of FMLA leave, subject to certain exceptions, employees generally have a right to return to the same or equivalent positions with equivalent pay, benefits, and other employment terms. Use of FMLA leave will not result in the loss of any employment benefit that accrued prior to the start of an eligible employee's FMLA leave.

## VII. Notice of Eligibility for, and Designation of, FMLA Leave

Employees requesting FMLA leave are entitled to receive written notice from the Company telling them whether they are eligible for FMLA leave and, if not eligible, the reasons why they are not eligible. When eligible for FMLA leave, employees are entitled to receive written notice of: 1) their rights and responsibilities in connection with such leave; 2) the Company's designation of leave as FMLA-qualifying or non-qualifying, and if not FMLA-qualifying, the reasons why; and 3) the amount of leave, if known, that will be counted against the employee's leave entitlement.

The Company may retroactively designate leave as FMLA leave with appropriate written notice to employees provided the Company's failure to designate leave as FMLA-qualifying at an earlier date did not cause harm or injury to the employee. In all cases where leaves qualify for FMLA protection, the Company and employee can mutually agree that leave be retroactively designated as FMLA leave.

### C. Employee FMLA Leave Obligations

## I. Provide Notice of the Need for Leave

Employees who take FMLA leave must timely notify the Company of their need for FMLA leave. The following describes the content and timing of such employee notices.

## 1. Content of Employee Notice

To trigger FMLA leave protections, employees must inform their manager and Human Resources via Outlook ^HR Solutions, HRSolutions@amerisbank.com, or call 229-616-6103, of the need for FMLA-qualifying leave and the anticipated timing and duration of the leave, if known. Employees may do this by either requesting FMLA leave specifically, or explaining the reasons for leave so as to allow the Company to determine that the leave is FMLA-qualifying. For example, employees might explain that:

- a medical condition renders them unable to perform the functions of their job;

- they have been hospitalized overnight;

- they or a covered family member are under the continuing care of a health care provider;

- the leave is due to a qualifying exigency cause by a covered military member being on active duty or called to active duty status; or

- if the leave is for a family member, that the condition renders the family member unable to perform daily

activities or that the family member is a covered servicemember with a serious injury or illness.

Calling in "sick," without providing the reasons for the needed leave, will not be considered sufficient notice for FMLA leave under this policy. Employees must respond to the Company's questions to determine if absences are potentially FMLA-qualifying.

If employees fail to explain the reasons for FMLA leave, the leave may be denied. When employees seek leave due to FMLA-qualifying reasons for which the Company has previously provided FMLA-protected leave, they must specifically reference the qualifying reason for the leave or the need for FMLA leave.

## 2. Timing of Employee Notice

Employees must provide 30 days' advance notice of the need to take FMLA leave when the need is foreseeable. When 30 days' notice is not possible, or the approximate timing of the need for leave is not foreseeable, employees must provide the Company notice of the need for leave as soon as practicable under the facts and circumstances of the particular case. Employees who fail to give 30 days' notice for foreseeable leave without a reasonable excuse for the delay, or otherwise fail to satisfy FMLA notice obligations, may have FMLA leave delayed.

## II. Cooperate in the Scheduling of Planned Medical Treatment (Including Accepting Transfers to Alternative Positions) and Intermittent Leave or Reduced Leave Schedules

When planning medical treatment, employees must consult with the Company and make a reasonable effort to schedule treatment so as not to unduly disrupt the Company's operations, subject to the approval of an employee's health care provider. Employees must consult with the Company prior to the scheduling of treatment to work out a treatment schedule that best suits the needs of both the Company and the employees, subject to the approval of an employee's health care provider. If employees providing notice of the need to take FMLA leave on an intermittent basis for planned medical treatment neglect to fulfill this obligation, the Company may require employees to attempt to make such arrangements, subject to the approval of the employee's health care provider.

When employees take intermittent or reduced work schedule leave for foreseeable planned medical treatment for the employee or a family member, including during a period of recovery from a serious health condition or to care for a covered servicemember, the Company may temporarily transfer employees, during the period that the intermittent or reduced leave schedules are required, to alternative positions with equivalent pay and benefits for which the employees are qualified and which better accommodate recurring periods of leave.

When employees seek intermittent leave or a reduced leave schedule for reasons unrelated to the planning of medical treatment, upon request, employees must advise the Company of the reason why such leave is medically necessary. In such instances, the Company and employee shall attempt to work out a leave schedule that meets the employee's needs without unduly disrupting the Company's operations, subject to the approval of the employee's health care provider.

## III. Submit Medical Certifications Supporting Need for FMLA Leave (Unrelated to Requests for Military Family Leave)

Depending on the nature of FMLA leave sought, employees may be required to submit medical certifications supporting their need for FMLA-qualifying leave. As described below, there generally are three types of FMLA medical certifications: an initial certification, a recertification, and a return to work/fitness for duty certification.

It is the employee's responsibility to provide the Company with timely, complete and sufficient medical certifications. Whenever the Company requests employees to provide FMLA medical certifications, employees must provide the requested certifications within fifteen (15) calendar days after the Company's request, unless it is not practicable to do so despite an employee's diligent, good faith efforts. The Company shall inform employees if submitted medical certifications are incomplete or insufficient and provide employees at least seven (7) calendar days to cure deficiencies. The Company will deny FMLA leave to employees who fail to timely cure deficiencies or otherwise fail to timely submit requested medical certifications.

CONFIDENTIAL

With the employee's permission, the Company (through individuals other than an employee's direct manager) may contact the employee's health care provider to authenticate or clarify completed and sufficient medical certifications. If employees choose not to provide the Company with authorization allowing it to clarify or authenticate certifications with health care providers, the Company may deny FMLA leave if certifications are unclear.

Whenever the Company deems it appropriate to do so, it may waive its right to receive timely, complete, and/or sufficient FMLA medical certifications.

## 1. Initial Medical Certifications

Employees requesting leave because of their own, or a covered relation's, serious health condition, or to care for a covered service member, must supply medical certification supporting the need for such leave from their health care provider or, if applicable, the health care provider of their covered family or service member. If employees provide at least 30 days' notice of medical leave, they should submit the medical certification before leave begins. A new initial medical certification will be required on an annual basis for serious medical conditions lasting beyond a single leave year.

If the Company has reason to doubt initial medical certifications, it may require employees to obtain a second opinion at the Company's expense. If the opinions of the initial and second health care providers differ, the Company may, at its expense, require employees to obtain a third, final and binding certification from a health care provider designated or approved jointly by the Company and the employee.

## 2. Medical Recertification

Depending on the circumstances and duration of FMLA leave, the Company may require employees to provide recertification of medical conditions giving rise to the need for leave. The Company will notify employees if recertification is required and will give employees at least 15 calendar days to provide medical recertification.

## 3. Return to Work/Fitness for Duty Medical Certifications

Unless notified that providing such certifications is not necessary, employees returning to work from FMLA leaves that were taken because of their own serious health conditions that made them unable to perform their jobs must provide the Company with medical certification confirming they are able to return to work and the employees' ability to perform the essential functions of the employees' position, with or without reasonable accommodation. The Company may delay and/or deny job restoration until employees provide return to work/ fitness for duty certifications.

## IV. Submit Certifications Supporting Need for Military Family Leave

Upon request, the first time employees seek leave due to qualifying exigencies arising out of the active duty or call to covered active duty status of a military member, the Company may require employees to provide: 1) a copy of the military member's covered active duty orders or other documentation issued by the military indicating the military member is on covered active duty or call to covered active duty status and the dates of the military member's covered active duty service; and 2) a certification from the employee setting forth information concerning the nature of the qualifying exigency for which leave is requested. Employees shall provide a copy of new active duty orders or other documentation issued by the military for leaves arising out of qualifying exigencies arising out of a different covered active duty or call to covered active duty status of the same or a different military member.

When leave is taken to care for a covered service member with a serious injury or illness, the Company may require employees to obtain certifications completed by an authorized health care provider of the covered service member. In addition, and in accordance with the FMLA regulations, the Company may request that the certification submitted by employees set forth additional information provided by the employee and/or the covered service member confirming entitlement to such leave.

## V. Substitute Paid Sick Leave for Unpaid FMLA Leave

Employees must use any paid sick leave when taking FMLA leave. The substitution of paid sick leave for unpaid FMLA leave time does not extend the length of FMLA leave and the paid time will run concurrently with

AMERIS000451

an employee's FMLA entitlement.

Leaves of absence taken in connection with a disability leave plan or workers' compensation injury/illness shall run concurrently with any FMLA leave entitlement.

## VI. Pay Employee's Share of Health Insurance Premiums

During FMLA leave, employees are entitled to continued group health plan coverage under the same conditions as if they had continued to work. Unless the Company notifies employees of other arrangements, whenever employees are receiving pay from the Company during FMLA leave, the Company will deduct the employee portion of the group health plan premium from the employee's pay statement in the same manner as if the employee was actively working. If FMLA leave is unpaid, employees must personally pay their portion of the group health premium through a "pay-as-you-go" method.

The Company's obligation to maintain health care coverage ceases if an employee's premium payment is more than 30 days late. If an employee's payment is more than 15 days late, the Company will send a letter notifying the employee that coverage will be dropped on a specified date unless the co-payment is received before that date.

Generally, if employees do not return to work within 30 calendar days at the end of the leave period (unless employees cannot return to work because of a serious health condition or other circumstances beyond their control), they will be required to reimburse the Company for the cost of the premiums the Company paid for maintaining coverage during their unpaid FMLA leave.

### D. Questions and/or Complaints about FMLA Leave

If you have questions regarding this FMLA policy, please contact Human Resources via Outlook ^HR Solutions, HRSolutions@amerisbank.com, or call 229-616-6103. The Company is committed to complying with the FMLA and, whenever necessary, shall interpret and apply this policy in a manner consistent with the FMLA.

The FMLA makes it unlawful for employers to: 1) interfere with, restrain or deny the exercise of any right provided under FMLA; or 2) terminate or discriminate against any person for opposing any practice made unlawful by FMLA or involvement in any proceeding under or relating to FMLA. If employees believe their FMLA rights have been violated, they should contact Human Resources or other higher management immediately. The Company will investigate any FMLA complaints and take prompt and appropriate remedial action to address and/or remedy any FMLA violation. For further information concerning your rights and responsibilities under the Family Medical Leave Act, please refer to the postings on the Company's bulletin boards, the Employee Rights Under the Family and Medical Leave Act notice at the end of this Employee Handbook, or by contacting HR Solutions via Outlook ^HR Solutions, HRSolutions@amerisbank.com or call 229-616-6103

### E. Coordination of FMLA Leave with Other Leave Policies

The FMLA does not affect any federal, state or local law prohibiting discrimination, or supersede any State or local law that provides greater family or medical leave rights. For additional information concerning leave entitlements and obligations that might arise when FMLA leave is either not available or exhausted, please contact Human Resources via Outlook ^HR Solutions, HRSolutions@amerisbank.com, or call 229-616-6103.

## 3-6. Leave of Absence for Medical Reasons (Non-FMLA)

For situations not covered by the FMLA, and unless state law provides otherwise, an employee may apply for a medical leave of absence if it is a reasonable accommodation for a disability and does not impose an undue hardship on the Company. Please communicate with Human Resources if you believe that you need a leave of absence as an accommodation for a disability. The Company reserves the right to require reasonable advance notice, reasonable medical certification, and reasonable contact with the Company while the employee is on a leave of absence for medical reasons. Such leave is unpaid.

## 3-7. Leave of Absence for Military Family Leave (Non-FMLA)

Unless state law provides otherwise, Ameris will provide unpaid leave of absences of up to a total of ten (10) working days to employees whose spouse, son, daughter, or parent is a military member and for one or more following periods: (1) during the thirty days before active duty orders are in effect; (2) during a period in which

the person ordered to active duty is on leave while active duty orders are in effect; or (3) during the thirty days after the active duty orders are terminated.

The employee will not be required to use any accrued paid leave during this time, although employee may elect to use accrued paid leave.

## 3-8. Leave for Military Duty

The Company complies with the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA) and state and local law regarding time off for service in the Uniformed Services, including the state National Guard. These laws require employers to grant qualified employees a leave of absence for time required for voluntary or involuntary military service. Human Resources should be notified via Outlook ^HR Solutions, HRSolutions@amerisbank.com, or call 229-616-6103 in order to process this type of leave request appropriately. The Company grants employees taking military leave up to eighty (80) hours of paid leave per calendar year, which is not deducted from accrued, unused paid leave. Except in the case of emergency leave, or unless state law provides otherwise, the employee shall comply with the advance notice requirements of the Company's time-off policy and procedures.

## 3-9. Bereavement Leave

If you have a death in your immediate family, you may take up to three (3) days of paid bereavement leave per occurrence. "Immediate family" includes your parents, grandparents, children, grandchildren, siblings, spouse, your spouse's equivalent family members, and individuals for whom you are financially responsible and who reside within your household. Please inform your manager of your need for bereavement leave and the anticipated dates of absence as soon as possible. Payment for a bereavement day is calculated on the employee's base pay rate at the time of absence, and as classified by the Company's paid time off benefits.

You may also request, subject to Company approval, leave relating to the death of an individual other than an immediate family member, or an extension of leave for the death of an immediate family member. Such leave is unpaid, unless another form of paid leave is available. Please contact your manager to request such leave.

## 3-10. Jury Duty Leave

The Company will grant employees paid time off for mandatory jury duty or certain other court appearances as required by a valid subpoena, court order or state law. Employees must furnish a copy of the notice to appear or provide alternate certification, to their manager, that they are using the leave to attend court proceedings, when requesting the time off.

Employees are responsible for keeping their manager informed about the amount of time required for jury duty or court appearances. Employees are required to report for their regularly scheduled work when released by the court.

## 3-11. Voting

The Company strongly encourages all employees to vote. Most polling facilities for elections for public office are scheduled to accommodate working voters. The Company, therefore, requests that employees schedule their voting for before or after their work schedule. An employee who expects a conflict, however, should notify his or her manager, in advance, so that schedules can be adjusted if necessary. Unless otherwise required by state law, hourly employees who must miss work to vote may use paid leave or request a schedule adjustment to make up the missed time.

## 3-12. Domestic and Sexual Violence Leave

The Company, in compliance with applicable law, has adopted a Domestic Leave Policy to provide unpaid leave for employees in the event they or family or household members are a victim of sexual, domestic, dating, or repeat violence.

For the purposes of this policy, "sexual violence," "dating violence," "domestic violence," and "repeat violence" shall mean coercive behavior used by one person to control another, in addition to any other definition provided by applicable law. Examples of such violence include, but are not limited to: physical, sexual, emotional and psychological violence and abuse, intimidation, verbal abuse, economic control, and stalking. "Family or

AMERIS000453

household members" means spouses, former spouses, persons related by blood or marriage, persons who are presently residing together as if a family or who have resided together in the past as if a family, and persons who are parents of a child in common regardless of whether they have been married. With the exception of persons who have a child in common, the family or household members must be currently residing or have in the past resided together in the same single dwelling unit.

To be eligible for domestic leave, an employee must work for the Company for three (3) or more months, unless a shorter period is required by applicable law. An eligible employee may take up to three (3) work days, unless a greater period is required by applicable law, of unpaid domestic leave during any twelve (12) month period. Employees have the option to use accrued, unused paid leave concurrently with domestic leave.

An Employee may request domestic leave for specific activities, including:

- To seek an injunction for protection against domestic violence or an injunction for protection in cases of repeat violence, dating violence, or sexual violence;

- To obtain medical care or mental health counseling, or both, for the employee or a family or household member to address physical or psychological injuries resulting from the act of domestic violence or sexual violence;

- To obtain services from a victim services organization, including, but not limited to, a domestic violence shelter or program or a rape crisis center as a result of the act of domestic violence or sexual violence;

- To make the employee's home secure from the perpetrator of the domestic violence or sexual violence or to seek new housing to escape the perpetrator; or

- To seek legal assistance in addressing issues arising from the act of domestic violence or sexual violence or to attend and prepare for court-related proceedings arising from the act of domestic violence or sexual violence.

In the event that applicable federal, state, or local law on domestic leave varies with this policy, such law shall govern.

Domestic leave is unpaid leave. Except in cases of imminent danger to the health or safety of the Employee, or to the health or safety of a family or household member, the employee seeking domestic leave must provide appropriate advance notice, and in all cases notice must be provided as soon as practicable. Requests should be directed to Human Resources via Outlook ^HR Solutions, HRSolutions@amerisbank.com, or call 229-616-6103.

An employee must provide certification supporting the qualification for domestic leave. This certification must be issued by an authorized person from a health care provider, attorney of record, counselor, law enforcement agency, clergy, domestic violence center, domestic violence advocacy agency, or domestic violence shelter.

To the extent allowed by federal, state and local law, the Company shall maintain the confidentiality of any employee requesting domestic leave. All documentation relating to domestic leave shall be maintained separately from the employee's HR employment file.

## 3-13. Personal Leave

For leave not falling under other types of leave described above, employees who have completed their introductory period may request a personal leave of absence. Such leave is unpaid, and the decision to grant personal leave is at the sole discretion of the Company. Requests for personal leave should be directed to HR Solutions.

## 3-14. Organ and Bone Marrow Donor Leave

In addition to any medical, personal, or other paid leave employees may have accrued, employees may also be granted unpaid leave of absences equal to the time requested by the employee or ninety (90) days, whichever is less, to serve as an organ donor or bone marrow donor on written request of leave of absence. This absence does not apply if the employee is eligible for leave under the Family and Medical leave act of 1993.

In order to receive a leave of absence under this policy, the employee must provide written verification that

they are an organ or bone marrow donor, that there is medical necessity for the donation of the organ or bone marrow, and length of leave, as determined by the employee's physician. Any period of leave shall not be considered a break in continuous service for the purpose of salary adjustments, paid time off, annual leave or seniority.

Employees in the state of California: please review the State Addendum section of this handbook for state specific information

## 3-15. Emergency Response Leave

For those employees who have notified the Company in writing of their status as a volunteer fire fighter or emergency medical personnel, reserve police officer or deputy sheriff, or member of the Civil Air Patrol, corrective action will not be taken (1) for being absent from employment to respond to a fire or emergency call that was received before the employee's scheduled work hours; (2) for leaving during work hours to respond to a fire or emergency call if the employee has secured authorization from the employee's supervisor before leaving; or (3) for being absent from employment related to an injury that occurs while the employee is engaged in emergency firefighting or other emergency response. However, an Emergency Response Leave due to an injury cannot exceed six months from the date of the injury.

Ameris may reject your notification of your volunteer firefighter or emergency medical services, reserve police officer or deputy sheriff, or Civil Air Patrol membership if you are an essential employee.

## 3-16. Parental Leave for Involvement in School

Unless state law provides otherwise, employees who are parents or guardians of school-aged children (daycare through high school) will be granted up to four hours of unpaid leave per calendar year to attend or otherwise be involved at their child's school. The leave shall be at a mutually agreed upon time between the employee and the Company. The Company may require employees to provide a written request at least 48 hours before taking leave for parental involvement in school. The Company also may require written documentation from the school verifying that the employee attended or was otherwise involved at the school at the time of leave.

# SECTION 4 – WORKING FOR A BANK

## 4-1. Federal Bank Bribery Law

### A. Background

The Bank Bribery Amendments Act of 1985 provides:

> Whoever –
>
> corruptly gives, offers, or promises anything of value to any person, with intent to influence or reward an officer, director, employee, agent, or attorney of a financial institution in connection with any business or transaction of such institution; or
>
> as an officer, director, employee, agent or attorney of a financial institution, corruptly solicits or demands for the benefit of any person, or corruptly accepts or agrees to accept anything of value from any person, intending to be influenced or rewarded in connection with any business or transaction of such institutions; shall be (guilty of an offense).

The penalty for a violation depends upon the value of the item offered or received. If the value exceeds $100.00, the offense is a felony – punishable by up to five (5) years imprisonment and a fine of $5,000.00 or three (3) times the value of the bribe or gratuity. If the value does not exceed $100.00, the offense is a misdemeanor – punishable by up to one (1) year imprisonment and a maximum fine of $1,000.00.

The key word in this Act is "corruptly." The existence of "corrupt" intent to influence is an essential element for conviction on bribery charges. But corrupt intent need not exist in the minds of both parties to the offer, solicitation, or passage of an item of value; it is sufficient for the intent to exist in the mind of only one party. Also, corrupt intent may be inferred from the value of a gift received or offered in relationship to the transaction and this should be taken into consideration.

### B. Guidelines for Compliance

Consistent with the intent of the statute to prohibit corrupt activity within financial institutions, it shall be the policy of the Company to PROHIBIT ANY OFFICER, DIRECTOR, EMPLOYEE, AGENT, OR ATTORNEY OF THE COMPANY FROM:

- Soliciting for themselves or for a third party (other than for the Company itself) any item of value from anyone in return for any business, service, or confidential information involving the Company, and
- Accepting anything of value (other than bona fide salary, wages, and fees referred to in 18 U.S.C. § 215 (c)) from anyone in connection with the business of the Company, either before or after a transaction is discussed or consummated.

The most important thing to remember about the above statement is the solicitation of or the acceptance of anything of value in connection with a transaction with the Company. All employees must be keenly alert to these situations so as to not put themselves or the Company in a situation where charges of bribery may be alleged.

### C. Exceptions

There are appropriate exceptions to the general prohibition of accepting an item of value in connection with bank business when the employee does not run the risk of corruption or breach of trust. The most common examples are the business luncheon or the special occasion gift from a client. Other appropriate exceptions are:

- Acceptance of gifts, gratuities, amenities or favors based on obvious family or personal relationships (such as those between the parents, children, or spouse of a Company Official) where the circumstances make it clear that it is those relationships rather than the business of the Company which are the motivating factors.
- Acceptance of meals, refreshments, entertainment, accommodations, or travel arrangements, all of REASONABLE VALUE, in the course of a meeting or other occasion, the purpose of which is to hold bona fide business, discussions or to foster better business relations, PROVIDED that the expense would be

CONFIDENTIAL

AMERIS000456

paid for by the Company as a reasonable business expense if not paid for by another party.

- Acceptance of loans from other banks or financial institutions on CUSTOMARY terms to finance proper and usual activities of Company Officials, such as home mortgage loans, except where prohibited by law.

- Acceptance of advertising or promotional materials of reasonable value, such as pens, pencils, note pads, key chains, calendars, and similar items.

- Acceptance of discounts or rebates on merchandise or services that do not exceed those available to other clients.

- Acceptance of gifts of reasonable value that are related to commonly recognized events or occasions, such as a promotion, new job, wedding, retirement, holiday or birthday.

- Acceptance of awards of reasonable value from civic, charitable, educational, or religious organizations for recognition of services and accomplishments. There may be other occasions, not identified above, where an employee may accept an item of REASONABLE value in connection with the Company business, PROVIDED that the employee makes a full written disclosure of all relevant facts to their Executive Officer, the acceptance is consistent with the Bank Bribery Statute, and the Executive Officer gives his/her written approval to the employee.

- Although no specific dollar limit is set forth in the exceptions outlined above, the value of the gift received must be reasonable in relationship to the specific occasion.

If an employee is offered or receives an item of value from a client, which does not appear to be reasonable for the occasion, the employee must disclose this fact to their Executive Officer. This disclosure must be in writing and will be forwarded to the Human Resources Director. The Company will maintain a file for these written disclosures. The Human Resources Director will review the disclosures and determine that what is accepted is reasonable and does not pose a threat to the integrity of the Company. This review should serve to prevent situations that might otherwise lead to implications of corrupt intent or breach of trust.

## 4-2. Code of Ethics

To promote high standards of integrity by conducting the Company's business affairs honestly and ethically, the Board of Directors of Ameris Bancorp, the parent Company, has adopted a Code of Business Conduct and Ethics (the "Code"). It covers a wide range of business practices and procedures. The Code does not cover every issue that may arise, but it sets out basic principles to guide all employees of the Company, including our executive and senior financial officers and our Boards of Directors.

All employees, officers and directors of the Company are required to be familiar with this Code, comply with its provisions and report any suspected violations, which the Handbook incorporates by reference (GOV.100 Code of Business Conduct and Ethics). The Code should also be provided to and followed by the Company's agents and representatives.

Unfair, deceptive or abusive acts and practices, including improper sales practices, must be reported through the channels described in the Code.

Anyone who violates this Code will be subject to appropriate disciplinary action, which may include up to and including termination of employment or other service to the Company.

Any employee of the Company may submit a good faith compliant regarding accounting or auditing matters to the management of the Company without fear of dismissal or retaliation of any kind. The Company is committed to achieving compliance with all applicable securities laws and regulations, accounting standards, accounting controls and audit practices. Employees may forward complaints on a confidential or anonymous basis by phone, e-mail, or regular mail to either of the Internal Audit Director or Chairman of the Audit Committee. Violations may be reported using the "Report Incident" feature in the Help Center of the Mane Connection.

## 4-3. Conflicts of Interest

The Company requires its employees to devote their loyalties to the interest of the Company and to keep

themselves free of influences that might conflict or appear to conflict with their representing the Company's best interests. The current statement of this policy formalizes existing standards and establishes procedures designed to guide employees in avoiding conflicts in their representation of the Company. All employees should carefully read and adhere to this policy.

The types of activities, interest, and relationships that typically create or appear to create a conflict of interest are set forth below. This list is intended for guidance purposes only and does not specify every situation that should be disclosed.

It is in conflict with the Company's interest:

- For employees to accept, directly or through any member of the employees' immediate family, which includes spouse, children, siblings, and parents, any gift of more than nominal value, any loans, services, payments, money, excessive entertainment, vacation, pleasure trips, or promotional favors from any person or entity that is a competitor of, or that is doing or seeking to do business with, the Company.

- For employees to perform any services, either as an officer, director, employee, or consultant for another person or entity that is a competitor of, or is doing or seeking to do business with, the Company, except in each case with the knowledge and consent of the Company in written form signed by its chief executive officer or a designated officer.

- For employees to purchase or lease goods or equipment on behalf of the Company from persons or entities with which they are related or in which they have interest, or to make any such purchase or leases otherwise than generally on the basis of price, quality, and service.

- For employees to use or reveal, without proper authorization, to a third party any confidential information that might be prejudicial to the interest of the Company.

- For employees, or any member of the employees' immediate family, to own a material financial interest in an entity that competes with, or is doing or seeking to do business with, the Company, except when such interest consists of ownership of widely held and traded securities in Companies.

- For employees to speculate or compete with the Company in the products, properties, or services sold, purchased, or leased by the Company.

- For employees to acquire an interest in any entity that he or she knows is being considered for acquisition by the Company.

- For employees to borrow from clients of the Company, except recognized financial institutions. Employees should not borrow from each other. Employees should not lend personal funds to clients of the Company. Family transactions should be kept out of the Company.

- For employees to use information obtained through the Company in order to obtain special terms, price concessions or personal advantage.

- For employees to hold any interest in an organization that competes with the Company.

- For employees to be employed by (including as a consultant) or serve on the board of any organization which does, or is seeking to do, business with the Company or which competes with the Company.

- For employees to profit personally, e.g., through commissions, loans, expense reimbursements, substantial gifts, or other payments (such as kickbacks and bribes), from any organization or individual seeking to do or doing business with the Company or who is a competitor with the Company.

- For employees to accept any item of value as a condition of conducting business with a vendor or client or in exchange for providing preferential treatment to that client.

- For employees to make monetary gifts to other employees, unless of a nominal amount (suggested as $100.00 or less).

A conflict of interest would also exist when a member of an employee's immediate family is involved in situations such as those above.

CONFIDENTIAL

This policy is not intended to prohibit the acceptance of modest courtesies, openly given and accepted as part of the usual business amenities, for example, occasional business-related meals or promotional items of nominal or minor value.

It is your responsibility to report to your manager any actual or potential conflict that may exist between you (and your immediate family) and the Company.

## 4-4. Employment of Relatives

Candidates seeking employment who are relatives of persons currently employed will only be considered for positions within the same division or physical location of the Company in cases where there are no potential conflicts of interest, such as in the reporting hierarchy, or disruptions in the workplace.

Employees who marry while both are employed by the Company may retain their positions as long as there are no security or conflict of interest concerns. Should you have any questions about how the guidelines might apply to a particular situation, please contact your manager or Human Resources Business Partner for further guidance. Any exceptions as result of a merger or acquisition require Board Approval.

Note the following conditions:

- No employee may be a direct report to a family member;
- Family members may report to the same manager (not a family member);
- No interconnected/linked compensation structure may exist;
- Family members cannot process/approve/underwrite/audit any business for a family member;
- Final signoff to hire a relative requires approval from an Executive Officer.

No relatives of the following may be employed:

- Chairman of the Board of Ameris Bancorp, or Ameris Bank;
- Members of the Board of Directors of Ameris Bancorp, or Ameris Bank;
- Executive Officers of Ameris Bancorp, Ameris Bank, subsidiaries or affiliates;
- Regional Presidents;
- Division Presidents/Executives.

For the purposes of definition, the following relatives are included:

- Spouses or Partners (includes common law)
- Children (includes step and adopted; includes in-laws)
- Parents (includes step, and in-laws
- Brothers (includes half and step)
- Sisters (includes half and step)
- Grandparents (includes step)
- Grandchildren (includes step and adopted)

## 4-5. Company Policies

The Company endeavors to maintain a positive work environment. Each employee plays a role in fostering this environment. All Company policies are available on the home page of The Mane Connection. All policies are reviewed and approved annually by the Board of Directors or an appropriate Committee of the Board. These include policies for BSA/AML, Compliance/Risk Management, Corporate, Credit, Finance, Human Resources, IT/Operations, Marketing, Mortgage, and other lines of business or division.

# SECTION 5 - GENERAL STANDARDS OF CONDUCT

## 5-1. Workplace Conduct

In order for all of us to function efficiently as a team, all employees must conduct themselves according to basic rules and good conduct. It would be impossible to cover every possible situation in work guidelines. If questions arise regarding rules or procedures that apply to a particular position, employees are encouraged to ask their supervisor or anyone in management. It will generally be the supervisor's responsibility to take disciplinary action against an employee. Our rules are designed to help us work together; they are really a matter of common sense and courtesy toward others. Of course, the Supervisor will always consider the overall work record of the employee and the circumstances of each particular situation.

From a practical perspective, generally, disciplinary matters deal with five (5) major areas: absenteeism and tardiness, work performance, policy/procedure violation, misconduct, and safety. As you well know, there are certain types of misconduct that are simply intolerable in the work area. The following are examples conduct that may result in immediate termination:

·   Working under the influence of alcohol or illegal drugs, or possession thereof.

·   Theft from the bank.

·   Unauthorized possession of a firearm or dangerous weapon.

·   Physical or verbal abuse of a bank customer or fellow employee.

·   Falsifying company records.

·   Gambling during working hours or on bank premises.

·   Fighting during working hours or on bank premises.

·   Willful destruction of bank information, supplies or equipment.

·   Violation of bank confidentiality rules or regulations.

·   Unexcused absence of two or more days, repeated unexcused absences and/or tardiness.

Misconduct of a lesser degree, unless the overall work record of the employee warrants otherwise, will normally result in progressive discipline with some type of warning, either written or verbal, provided prior to discharge. Horseplay, minor violations of safety rules, distracting other employees and similar misconduct would be examples of such situations.

With regard to administering discipline, supervisors will always take into account the overall work record of an employee, the circumstances of a particular situation, and the past disciplinary record of the employee. To ensure consistency, supervisors must consult Human Resources prior to taking disciplinary action or termination.

## 5-2. Problem Solving Procedure

Employees and managers are encouraged to offer advice and guidance to promote the positive development of all employees. All such frank exchanges of opinions, observations and guidance should be constructive feedback, in keeping with the philosophy of promoting the individual development of "team players."

The Company's experience has shown that when employees deal openly and directly with managers, the work environment can be excellent, communications can be clear, and attitudes can be positive. The Company makes every reasonable effort to respond effectively to employee concerns. However, the Company realizes that misunderstandings, conflicts and/or dissatisfaction may arise in any organization. If this occurs, employees should feel free to express those concerns to a responsible Company representative in hopes of resolving the matter as quickly as possible.

To encourage informal resolution of concerns/problems, employees should bring the matter to the attention of their manager at the earliest opportunity possible. Most situations can be resolved at this level.

If the concerns/problems cannot be successfully resolved between employees and their manager, or if the employees feel discussion with their manager is inappropriate, they should direct the matter to their Human

Resources Business Partner. If contact with Human Resources is not appropriate under the circumstances, employees should contact their Executive Officer. Final resolutions will be made and the employees will be advised of the decisions.

The relationship between employees and the Company is very important. It should be open enough to resolve most work-related problems. However, the above problem solving procedure is not to be construed as a means of preventing, limiting or delaying the circumstances where the Company deems disciplinary action appropriate.

## 5.3. Employee Relationships

Ameris Bank strongly believes that a work environment where employees maintain clear boundaries between employee personal and business interactions is necessary for effective business operations. Although this guidance does not prevent the development of friendships or romantic relationships between co-workers, it does establish boundaries as to how relationships are conducted during working hours and within the working environment. This guidance does not preclude or interfere with the rights of employees protected by any applicable statute concerning the employment relationship.

During working time and in working areas, employees are expected to conduct themselves in an appropriate workplace manner that does not interfere with others or with overall productivity. During nonworking time, such as lunches, breaks, and before and after work periods, employees engaging in personal exchanges in nonwork areas should observe an appropriate workplace manner to avoid offending other workers or putting others in an uncomfortable position. Employees are strictly prohibited from engaging in physical contact that would in any way be deemed inappropriate in the workplace by a reasonable person while anywhere on company premises, whether during working hours or not.

Employee off-duty conduct is generally regarded as private, as long as such conduct does not create problems within the workplace. An exception to this principle, however, is romantic or sexual relationships between supervisors and subordinates. Any supervisor, manager, executive or other company official with Ameris Bank must disclose the existence of a romantic or sexual relationship with another co-worker. Disclosure may be made to the individual's immediate supervisor or the managing director of HR. Ameris Bank will review the circumstances to determine whether any conflict of interest exists. When a conflict-of-interest or potential risk is identified due to a company official's relationship with a co-worker, Ameris Bank will work with the parties involved to consider options for resolving the situation.

Failure to cooperate with Ameris Bank to resolve a conflict or problem caused by a romantic or sexual relationship between co-workers or among managers, supervisors or others in positions of authority in a mutually agreeable fashion may be deemed insubordination and result in disciplinary action up to and including termination.

The provisions of this guidance apply regardless of the sexual orientation of the parties involved.

Any concerns about the administration of this policy should be addressed to the Managing Director of HR.

## 5-4. Attendance

You were hired to perform an important function at the Company. As with any group effort, operating effectively takes cooperation and commitment from everyone. Therefore, your attendance and punctuality are very important. Unauthorized absences and tardiness are expensive, disruptive and place an unfair burden on your fellow employees and your managers. We expect excellent attendance from each of you. Excessive absenteeism or tardiness will result in disciplinary action, up to and including termination of employment.

We do recognize, however, that there are times when absences and tardiness cannot be avoided. In such cases, you are expected to notify your manager as early as possible, but no later than one (1) hour before the start of your work day for absences, and fifteen (15) minutes before the start of your work day for tardiness, except in cases of extreme emergency. Asking another employee, friend or relative to give this notice on your behalf, is generally unacceptable and may constitute grounds for disciplinary action. Please call, email or send a text message, stating the nature of your situation and its expected duration, every day that you are absent, unless specifically instructed otherwise. You are expected to confirm with your manager that your message was

CONFIDENTIAL

AMERIS000461

received. Employees must provide their manager with an explanation and, if requested, with documentary proof of the circumstances surrounding their tardiness or absence after being late or absent, to the extent permitted by applicable law.

If absence due to illness is for three (3) or more consecutive days, a statement from a physician may be required before being permitted to return to work. This information will be recorded and maintained as part of the employee's HR employment file. Failure to notify the Company promptly and properly of any absences may result in disciplinary action, up to and including termination of employment. The Company reserves the right to require employees to submit to an examination, by a physician designated and paid by the Company, if there is any question concerning ability to work or the frequency of absences, to the extent permitted by applicable law.

Absences of three (3) successive scheduled workdays without appropriate notification generally will be considered a voluntary resignation of your employment with the Company.

Employees who report for work in a condition deemed not fit for work, whether because of illness or any other reason, will not be allowed to work, and will not be paid for hours when they are unable to work, unless otherwise required by applicable law.

Pre-approved time missed for doctor or dental appointments may be made up in the same workweek. Four or more hours for doctor or dental appointments is to deducted from vacation or sick leave by entering the time off in UKG Pro; if such leave is not available, the leave will be unpaid.

## 5-5. Professional Dress

Because we are an organization whose success is based on trust and respect in our community, you are expected to have a professional, conservative appearance and be appropriately dressed. This expectation also includes proper grooming and hygiene. Although many of us work in non-client contact environments, we are bankers within each community and should be cognizant of always portraying a professional impression.

It is the Company's goal to provide you with the information you need in order to make decisions regarding your appearance. In addition, it is not the intent of the Company to limit your religious expression. It is also the Company's goal to provide you with any training you need on how to best present yourself. If you have questions or would like additional training, please review the dress code standards available in the Employee Center of The Mane Connection, or contact your manager.

Should you violate any part of this policy, contact your Human Resources Business Partner to assist you in resolving the violation.

## 5-6. Health and Safety

The health and safety of employees and others on Company property are of critical concern to the Company. The Company intends to comply with all health and safety laws applicable to our business. To this end, we must rely upon employees to ensure that work areas are kept safe and free of hazardous conditions. Employees are required to be conscientious about workplace safety, including proper operating methods, and recognize dangerous conditions or hazards. Any unsafe conditions or potential hazards should be reported to management immediately, even if the problem appears to be corrected. Any suspicion of a danger present on the Company's premises, or in a product, facility, piece of equipment, process or business practice for which the Company is responsible should be brought to the attention of management immediately.

- All standard safety procedures must be followed. When starting, stopping, or changing the speed of machinery, operators must ensure proper clearance of other individuals, debris, and materials.

- Employees must familiarize themselves with IT.550 Information Security and RISK.200 Bank Security, as well as the Security Manual (located on The Mane Connection), all firefighting and evacuation procedures. Employees should further familiarize themselves with all exits proximate to their work area. Access to firefighting equipment must be kept clear.

- No smoking is allowed except where specifically authorized.

- All injuries and accidents (including but not limited to those involving Company vehicles) regardless of their severity, must be reported immediately to the employee's manager.

CONFIDENTIAL

- Employees who are injured on the job are required to report for treatment as requested by a doctor or medical provider. Employees will not be permitted to return to work without written approval of a doctor or medical provider.

- "Earbud" style headphones may only be worn in one ear at a time for the purpose of mobile phone communication only. All other headphone use is prohibited, including in Company vehicles.

Periodically, the Company may issue rules and guidelines governing workplace safety and health. The Company may also issue rules and guidelines regarding the handling and disposal of hazardous substances and waste. All employees should familiarize themselves with these rules and guidelines, as strict compliance will be expected.

Any workplace injury, accident, or illness must be reported to the employee's manager as soon as possible, regardless of the severity of the injury or accident.

## 5-7. Smoking

Smoking (including use of electronic cigarettes) is prohibited at all times in Company vehicles, and in Company premises, except in designated outside smoking areas, where permitted by applicable law. Compliance with this policy is mandatory for all employees and persons visiting the Company, with no exceptions. The Company will designate outside smoking areas as permitted by applicable law. Contact your manager for additional information or to be shown designated smoking areas.

Employees who violate this policy may be subject to disciplinary action, up to and including termination of employment. Any disputes involving smoking and any employees with questions should discuss their issues/concerns with their manager. Employees will not be subject to retaliation for reporting violations of this policy in good faith.

## 5-8. Confidential Company Information

During the course of work, an employee may become aware of confidential Company information about the Company's business, including but not limited to information regarding Company trade secrets, finances, pricing, products and new product development, business processes, software and computer programs, marketing strategies, vendors, and clients and potential clients. It is extremely important that all such information remain confidential, and particularly not be disclosed to our competitors. Any employee who improperly copies, removes (whether physically or electronically), uses or discloses confidential information to anyone outside of the Company may be subject to disciplinary action, up to and including termination of employment. Employees also are prohibited from attempting to obtain confidential information for which they have not received access or authorization. Employees may be required to sign an agreement reiterating these obligations.

With regard to client information, this information is of the most confidential nature and employees must not, under any circumstances, reveal this information to those not authorized to receive it. No matter how trivial or unimportant any transaction may appear to be, it should not be discussed outside the Company. The affairs of the Company's clients must be held in strict confidence. Trust is the very foundation of our profession. If we do not betray this trust, our clients will have faith in our integrity. On the other hand, one careless comment can destroy in a minute the goodwill and confidence that it has taken years to build.

This policy will not be used to, nor should it be interpreted to, interfere with, restrain, or prevent lawful employee communications regarding wages, hours, or other terms and conditions of employment.

## 5-9. Use of Communication and Computer Systems

The Company's communication and computer systems are intended primarily for business purposes and may be used only during working time. This includes the computers, related hardware, software and networks as well as the phone, voice mail, electronic communication (such as email, text and instant messages) and Internet systems. Any personal use must be incidental, must not interfere with operations or performance, and must not violate any Company policy or applicable law. Users have no legitimate expectation of privacy in regard to their use of the systems.

Because of the speed at which communications and computer systems evolve, the Company maintains its complete communication and computer systems policies on The Mane Connection for ease of updating. Employees are expected to be comply with those policies, which this Handbook incorporates by reference. (IT.100 Acceptable Use and IT.550 Information Security)

## 5-10. Use of Social Media

The Company respects the right of any employee to maintain a blog or web page or to participate in social networking on or through websites or services such as Facebook, Twitter, LinkedIn, or similar sites/services. However, to protect Company interests and ensure employees focus on their job duties, the Company has created a Social Media Policy, which is available on The Mane Connection. Employees are expected to comply with that policy, which this Handbook incorporates by reference. (MKTG.300 Social Media Engagement Policy and MKTG.350 Social Media Policy/Community Guidelines)

## 5-11. Publicity/Statements to the Media & Disclosing Information to Other Outside Parties

All media inquiries regarding the position of the Company as to any issues must be referred to the Chief Risk Officer of the Company. Only the Chief Executive Officer or the Chief Risk Officer is authorized to make or approve public statements on behalf of the Company. No employees, unless specifically designated by the Chief Executive Officer or the Chief Risk Officer, are authorized to make those statements on behalf of the Company. Any employee wishing to write and/or publish an article, paper, or other publication on behalf of the Company must first obtain approval from the Chief Risk Officer.

In addition to the above, in order to protect employees, contractors, clients, and the Company from harm, do not provide, disclose, or make public information regarding confidential and proprietary information to other outside parties (individuals, organizations, or companies).

This policy will not be used to, nor should it be interpreted to, interfere with, restrain, or prevent lawful employee communications regarding wages, hours, or other terms and conditions of employment.

## 5-12. Operation of Vehicles

All employees must be authorized, by their manager, before driving Company-owned or leased vehicles or personal vehicles in conducting Company business and must possess a current, valid driver's license, adequate insurance coverage, and an acceptable driving record. Any change in license status or driving record must be reported to management immediately.

A valid driver's license must be in your possession while operating a vehicle off or on Company property. It is the responsibility of every employee to drive safely and obey all traffic, vehicle safety, and parking laws or regulations. Drivers must demonstrate safe driving habits at all times.

Employees driving Company-owned or leased vehicles may also be subject to a DMV check, as permitted by applicable state or local law.

## 5-13. Personal and Company-Provided Portable Communication Devices

Company-provided portable communication devices (PCDs), including approved cell phones, personal digital assistants, and tablets, should be used primarily for business purposes. Employees have no reasonable expectation of privacy in regard to the use of such devices, and all use is subject to monitoring, to the maximum extent permitted by applicable law. This includes as permitted the right to monitor personal communications as necessary.

Some employees may be authorized to use their own PCD for business purposes. These employees must contact the IT department to configure their PCD for business use. Communications sent via a personal PCD also may subject to monitoring if sent through the Company's networks and the PCD must be provided for inspection and review upon request, both to the extent permitted by applicable law.

All conversations, text and instant messages and emails for business purposes must be professional. When sending an electronic message or using a PCD/tablet for business purposes, whether it is a Company-provided or personal device, employees must comply with applicable Company guidelines, including policies on

CONFIDENTIAL

harassment, discrimination, conduct, confidentiality, equipment use and operation of vehicles. Personal use of Company-issued PCD during working hours should be limited to emergency situations.

If an employee who uses a personal PCD for business resigns or is terminated, the employee will be required to submit the device to the IT department for resetting on or before their last day of work. At that time, the IT department will reset and remove all information from the device, including but not limited to, Company information and the employee's personal data (such as contacts, emails, texts and photographs). The IT department will make efforts to provide employees with the personal data in another form (e.g., on a disk) to the extent practicable; however, the employee may lose some or all personal data saved on the device. If the PCD device is not submitted to the IT department for processing, the Company reserves the right to remotely remove all Company applications and Company data from the PCD.

Employees may not use their personal PCD for business unless they agree to submit the device to the IT department on or before their last day of work for resetting and removal of Company information. This is the only way currently possible to ensure that all Company information is removed from the device at the time of termination. The removal of Company information is crucial to ensure compliance with the Company's confidentiality and proprietary information policies and objectives. The Company reserves the right to wipe PCDs remotely. The use of any device for Company purposes is an acknowledgment of such right to remotely remove all Company applications and Company data from the PCD. Employees using their personal PCD recognize and acknowledge that the removal of Company information, even on personal devices, may result in the loss of the employee's personal data, though the IT department will try to avoid removal of such information.

The Company expressly prohibits any employee from making or receiving excessive personal calls using a Company-supplied cellular phone, except in the event of an emergency. In addition, all charges resulting from unauthorized calls, may be assessed against the employee and deducted from the employee's wages, to the extent permitted by applicable law. Any employee who is found to have violated these guidelines may be subject to disciplinary action, up to and including termination of employment.

Please note that whether employees use a Company-issued device or their personal PCD, the Company's electronic communications policies, including but not limited to, proper use of communications and computer systems, remain in effect. Employees are expected to be comply with this policy, which this Handbook incorporates by reference. (IT.100 Acceptable Use)

## Portable Communication Device Use While Driving

Texting and emailing while driving is prohibited in all circumstances. Employees who drive on Company business must abide by all state or local laws prohibiting or limiting PCD use while driving. To the extent a PCD is used to talk while driving, a hands-free option must be used at all times.

Regardless of the circumstances, including slow or stopped traffic, employees should proceed to a safe location off the road and safely stop the vehicle before placing or accepting a call. If placing or accepting a call is absolutely necessary while the employee is driving, and permitted by law, the employee, assuming they feel comfortable doing so, must use a hands-free option to place or receive the call.

Under no circumstances should employees feel that they need to place themselves at risk to fulfill business needs.

Since this policy does not require any employee to use a PCD while driving, employees who are charged with traffic violations resulting from the use of their PCDs while driving will be solely responsible for all liabilities that result from such actions.

## 5-14. Use of Facilities, Equipment and Property

Equipment essential in accomplishing job duties is often expensive and may be difficult to replace. When using property, employees are expected to exercise care, perform required maintenance, and follow all operating instructions, safety standards, and guidelines.

Please notify your manager if any equipment, machines, or tools appear to be damaged, defective, or in need

of repair. Prompt reporting of loss, damages, defects, and the need for repairs could prevent deterioration of equipment and possible injury to employees or others. The manager can answer any questions about an employee's responsibility for maintenance and care of equipment used on the job.

Personal use of Company postage or overnight carriers is not permitted. In addition, it is not permissible to use of the Company services or contractors for personal use. Stationary and office supplies are purchased for use in conducting business activities; do not use or take Company stationary or office supplies for personal use. Facsimiles and copiers are for business use only; personal use is not acceptable.

Phones are a very important business tool of the Company and much of its business is transacted by phone. Phones also provide a valuable service to our clients. Therefore, it is necessary to limit all personal calls (from business phones or personal cellular phones) to an absolute minimum in terms of number and duration. Relatives and friends should be informed of this policy and the need to limit personal calls except for emergency situations.

## 5-15. Solicitation and Distribution

To avoid distractions, solicitation by an employee of another employee is prohibited while either employee is on working time. "Working time" is the time an employee is engaged, or should be engaged, in performing their work tasks for the Company. Solicitation of any kind by non-employees on Company premises is prohibited at all times.

Distribution of advertising material, handbills, printed or written literature of any kind in working areas of the Company is prohibited at all times. Distribution of literature by non-employees on Company premises is prohibited at all times.

The only exception to this policy is for bank sponsored fundraising events for non-profit purposes to the extent doing so does not interfere with other employees' working time.

Statement of Unions: We appreciate the support of our employees and our customers and hereby reaffirm our commitment to treat employees with respect and dignity, as well as to provide an open line of communication to all levels of management. We believe any employee concerns can be best addressed through frank discussion in an atmosphere of mutual respect and cooperation, without the involvement of outsiders. We value employees as individuals, and we want to be responsive to their concerns and issues.

We believe that unions do not serve any useful purpose, as their desire is to obtain union dues, fees, fines and assessments from employees through creating a perception that employees need representation. Unions typically do this by raising issues in the workplace that they purport to solve. Actually, unions have no such power. We believe problems are best solved by everyone working together. Under the law, the union has no power to make the Company do anything it does not feel is in its best interests. Rest assured, the Company is committed to providing its employees with job security and a bright future with the Company. Unions do not offer us any help in achieving this goal.

If anyone ever asks you to sign a union card or participate in any union activity, we want you to know that you have the legal right to refuse such attempts and to discuss any questions you may have with your Human Resources Business Partner to be sure that you have all the facts on the subject.

## 5-16. Public Employee Areas

Important notices and items of general interest are continually posted in public employee areas. Make it a practice to review posting areas frequently. This will assist you in keeping up with what is current at the Company. To avoid confusion, only authorized Company employees are permitted to post or remove material from the public employee areas.

## 5-17. Outside Employment

The Company discourages employees from holding additional jobs outside the Company. However, if pressing reasons necessitate outside employment, employees may request permission in writing to hold outside jobs at the sole discretion of the Company and as long as they meet the performance standards of their jobs and obtain prior written approval from their Human Resources Business Partner.

CONFIDENTIAL

If the Company determines that an employee's outside work interferes with performance or the ability to meet the job requirements as they are modified from time to time, the employee may be asked to terminate the outside employment if he or she wishes to remain with the Company.

Outside employment that constitutes a conflict of interest, actual or potential, is prohibited. Failure to disclose outside employment is grounds for disciplinary action, up to and including termination of employment.

## 5-18. Resignation and Termination of Employment

### A. Retirement
An employee retiring from the Company should notify his or her manager and your Human Resources Business Partner at least 30 days prior to the retirement date. Human Resources will provide guidance regarding retirement functions and/or gifts.

### B. Notice
Other employees planning to leave employment are encouraged to provide written notice of at least two weeks to their manager. Your thoughtfulness will be appreciated.

### C. Exit Interview
Employees who resign may be asked to participate in an exit interview with Human Resources, if possible.

### D. Company Property
Upon termination of employment or as otherwise requested by management, all Company property (e.g., I.D. cards, keys, fobs, building access cards, credit cards, uniforms, manuals, electronic equipment, etc.) must be returned to the appropriate manager. Employees also must return all of the Company's confidential information upon separation or as otherwise requested by management. Financial obligations should be resolved on or before the last day at work. Employees are responsible for the theft of or damage to Company property. The Company may deduct the value of such from the final paycheck to the extent permitted by applicable law. If any action at law or equity is necessary to recover any property the employee failed to return upon their separation, the prevailing party shall be entitled to reasonable attorneys' fees, costs, and necessary disbursements in addition to any other relief to which such party may be entitled.

### E. Continuing Health Insurance Coverage
Under certain circumstances, terminated employees may be eligible to continue health insurance coverage through COBRA for a period of time after employment ends. Please contact Human Resources via Outlook ^HR Solutions, HRSolutions@amerisbank.com, or call 229-616-6103 for more information.

## 5-19. A Few Closing Words
This Handbook is intended to give you a broad summary of things you should know about the Company. The information in this Handbook is general in nature and, should questions arise, any member of management should be consulted for complete details. While we intend to continue the policies, rules, and benefits described in this Handbook, the Company, in its sole discretion, may always amend, add to, delete from or modify the provisions of this Handbook and/or change its interpretation of any provision set forth in this Handbook. Please do not hesitate to speak to your manager or HR Business Partner if you have any questions about the Company or its employment policies and practices.

# SECTION 6-STATE SPECIFIC INFORMATION

The Company is a multi-state employer and also conducts business across the United States. This section includes information that is state specific outside of our traditional banking (branch and office locations) footprint in Georgia, Florida, Alabama and South Carolina.

    a. New Jersey Addendum

    b. New York Addendum

# EMPLOYEE HANDBOOK ACKNOWLEDGMENT (TO INCLUDE STATE-SPECIFIC ADDENDUMS)

This Employee Handbook and State-Specific Addendums are important documents intended to help you become acquainted with the Company. These documents are intended to provide guidelines and general descriptions only; they are not the final word in all cases. Individual circumstances may call for individual attention.

Because the Company's operations may change, the contents of this Handbook may be changed at any time, with or without notice, in an individual case or generally, at the sole discretion of management.

Please read the following statements and sign below to indicate your receipt and acknowledgment of this Employee Handbook and State-Specific Addendums (as applicable for your work location).

I electronically received (or in paper form, if requested) a copy of the Company's Employee Handbook and State-Specific Addendums. I agree to read, familiarize myself, and comply with the contents of the Handbook and Addendums (including without limitation the prohibition of harassment and discrimination). I understand that the policies, rules and benefits described within are subject to change at the sole discretion of the Company at any time, and I agree to comply with any subsequent revisions, modifications or changes as may be implemented by the Company after this date.

I further understand that my employment is terminable at will, either by myself or the Company, with or without cause or notice, regardless of the length of my employment or the granting of benefits of any kind.

I understand that no contract of employment other than "at will" has been expressed or implied, and that no representative of the Company other than the Chief Executive Officer is authorized to provide any employee or employees with an employment contract or special arrangement concerning terms or conditions of employment and that any such agreement must be writing and signed by the Chief Executive Officer.

I understand that my signature below indicates that I have read and understand the above statements, and that I have received a copy (electronic or paper form) of the Company's Employee Handbook to include State-Specific Addendums. The Handbook is also accessible in the Employee Center of The Mane Connection.

Employee's Printed Name: _____ Date: _____

Employee's Signature: _____

The signed original or e-copy of this acknowledgment should be provided to Human Resources, and it will be filed in your HR employment file.

# 6-1.A. NEW JERSEY STATE-SPECIFIC HANDBOOK ADDENDUM

## 1.1 Addendum Statement

This State-Specific Addendum ("Addendum") is designed to acquaint you with the organization and provide you with information about working conditions, employee benefits and policies affecting your employment in the particular state in which you work. It is not intended to, and this Addendum shall not, constitute terms or conditions of employment or a contractual agreement or arrangement with the Company. You are required to read the Addendum, become familiar with its contents, ask questions if there is something you do not understand and fully comply with the intent and spirit of all provisions of the Addendum. One of our objectives is to provide a work environment that is conducive to both personal and professional growth. It describes many of your responsibilities as an employee and outlines the programs developed by the employer to benefit the employee.

The Company reserves the right to revise, supplement, or rescind any policies or portion of this Addendum from time to time as it deems appropriate, in its sole and absolute discretion, with or without notice to its employees. Nothing in this Addendum creates a contract between employees and the Company, nor a contractual right to any benefits described herein.

The policies and provisions contained in the Addendum supersede all other previous state-specific addendums, but do not supersede the provisions provided in the main Handbook, and may not be altered without the written approval of an Executive Officer of the Company.

The Company adheres to the policy of employment at will, which permits the Company or the employee to terminate the employment relationship at any time, for any reason, with or without cause or notice.

Neither this Handbook nor any other verbal or written communication by a management representative is, nor should it be considered to be, an agreement, contract of employment, express or implied, or a promise of treatment in any particular manner in any given situation.

Any modification of at-will status in an individual case or collectively is only valid if contained in a writing and signed by an Executive Officer of the Company.

## 1.2 Disclosure of User Name or Passwords

The Company will not require an employee to disclose any user name or password to a personal account through any electronic communication device. This does not prohibit employer from requiring disclosure of any user name or password to employee's the Company account(s) created because of his or her position of employment.

## 1.3 New Jersey Law Against Discrimination

The Company's policy is to treat all employees with respect and dignity and to provide a workplace that is free from discrimination. The Company is committed to protecting all employees from illegal discrimination, and to providing equal employment opportunities to qualified individuals. In additional to protections provided under any applicable federal law, the Company will treat all employees equally without regard to regardless of race, creed, color, national origin, nationality, ancestry, age, sex (including pregnancy), familial status, marital status, domestic partnership or civil union status, affectional or sexual orientation, gender identity or expression, atypical heredity cellular or blood trait, genetic information, liability for military service, mental or physical disability, perceived disability, and AIDS and HIV status or any other category protected by State Law. Equal employment opportunities will be extended to all persons in all aspects of the employer-employee relationship, including recruitment, hiring, training, compensation, promotions, transfers, disciplinary action, layoff, recall, and termination.

The Company will not: interfere with, restrain, or deny the exercise of any right provided under any state law; discharge or discriminate against any person for opposing any practice made unlawful by the state law; or discharge or discriminate against any person for his or her involvement in any proceeding under or relating to any applicable state law.

Please refer to the main Handbook for more information regarding discrimination and harassment. If you feel you have been discriminated against or harassed, please use the same procedure found in the harassment section of the main handbook to report any incidences of discrimination, harassment, or sexual harassment. The Company will not retaliate against any employee for reporting any incidents.

## 1.4 New Jersey Family Leave Act (NJFLA):

If an employee has worked for 20 or more workweeks during the current or immediately preceding calendar year, has worked at least 12 months for the Company, and has worked at least 1,000 base hours during the immediately preceding 12-month period, the Company will allow employees to take unpaid leave under the NJFLA for: (1) the birth or adoption of a child ; (2) for bonding with a newborn child conceived through a gestational carrier agreement, or with a newly placed foster child; (3) for bonding on an intermittent basis; and (4) serious health condition of a child, parent, or spouse or civil union partner. The employee will be eligible to take leave under this Act for up to 12 weeks during a 24-month period calculated using a rolling 24-month period, measured backward from the date of any leave taken under this Act. The Company will require the employee to use paid leave for any leave taken under this section. Any leave that qualifies as leave under both the FMLA and NJFLA will run concurrently.

Employees taking leave to care for a newly born or adopted child must commence the leave within one year of the birth or adoption of the child and must take the leave in consecutive weeks, to a maximum of 12. The Company may allow the employee to take leave on a different schedule. The Company may deny leave to "key employees" as defined by the statute.

An employee returning from NJFLA leave is entitled to be reinstated to the position the employee held immediately prior to taking the NJFLA leave. If that position has been filled, the Company will reinstate the employee to a position of like status, unless the Company has implemented a reduction in force or lay off and the employee would have lost his or her position had he or she not been on leave.

The employee must give the Company notice of the required leave as reasonably practical, but 30 days' notice is preferred. For the birth or adoption of the child, employees are required to give the Company at least 30 days' notice.

## 1.5 New Jersey Security and Financial Empowerment Act (NJ SAFE Act):

The Company will allow an employee to take up to 20 days of leave for an employee who was the victim of domestic violence or sexual assault or whose family member (including parent-in-law, sibling, grandparent, grandchild, any individual related by blood or any other individual with a close association equivalent of a family relationship) was the victim of violence or sexual assault. Leave under this section may be taken once in a 12-month period following an incident of domestic violence or sexual assault. Leave may be taken for the purpose of engaging in any of the following activities as they relate to an incident of domestic violence or sexually violent offense:

- Seeking medical attention for, or recovering from, physical or psychological injuries or recovering from, physical or psychological injuries caused by domestic or sexual violence to the employee or the employee's child, parent, spouse, domestic partner or civil union partner;

- Obtaining services from a victim services organization for the employee or the employee's child, parent, spouse, domestic partner or civil union partner;

- Obtaining psychological or other counseling for the employee or the employee's child, parent, spouse, domestic partner or civil union partner;

- Participating in safety planning, temporarily or permanently relocating, or taking other actions to increase the safety of the employee or the employee's child, parent, spouse, domestic partner, or civil union partner from future domestic or sexual violence or to ensure economic security;

- Seeking legal assistance or remedies to ensure the health and safety of the employee or the employee's child, parent, spouse, domestic partner or civil union partner including preparing for or participating in any civil or criminal legal proceeding related to or derived from domestic or sexual violence; or

· Attending, participating in, or preparing for a criminal or civil court proceeding relating to an incident of domestic or sexual violence of which the employee or the employee's child, parent, spouse, domestic partner or civil union partner, was a victim

To be eligible for leave under this section, the employee must be employed for at least 12 months by the Company and have worked more than 1,000 hours in those preceding 12 months. Employees may take leave in no less than one day increments. Leave under this section will run concurrently with leave taken under the New Jersey Family Leave Act and/or the Family and Medical Leave Act.

The Company may ask for supporting documentation for leave under this section. The Company will not discharge, harass, or otherwise discriminate or retaliate against employees with respect to compensation, terms, conditions or privileges of employment on the basis that the employee took leave under this section.

## 1.6 The New Jersey Pregnant Workers Fairness Act
The Company recognizes that adding a member to the family is an exciting time. However, pregnancy for some may be strenuous. The Company will not discriminate against women who are expecting a child and will provide reasonable accommodations to help cope with the stresses of pregnancy. The Company will provide the following accommodations if the employee expresses the need for such:

· Additional bathroom breaks;

· Breaks for increased water intake;

· Periodic rest;

· Assistance with manual labor;

· Job restructuring or modified work schedules; and/or

· Temporary transfers to less strenuous or hazardous work.

The Company will work with the employee with any attempts at reasonable modifications; however, the Company is unable to provide accommodations that would cause an undue hardship on its operations. Nothing in this section is meant to expand or modify an employees' right to paid or unpaid leave under existing laws.

## 1.7 Military Leave
In addition to the rights granted by the Uniform Service Members Employment and Reemployment Rights Act, the Company will excuse an employee for membership in the New Jersey National Guard or Reserves. Employees are provided a military leave of absence for up to 5 years cumulative active duty, including absences for drills or active training in addition to active duty.

## 1.8 New Jersey (Paid) Family Leave Law
New Jersey's Family Temporary Disability Leave Law (often referred to as the Paid Family Leave Law) provides that eligible employees may be entitled to take up to twelve (12) weeks of paid leave to care for newborn or adopted children or a family member with a serious health condition in any twelve (12) month period.

Any employee may receive eighty-five percent (85%) of his/her weekly compensation, up to the statutory maximum, during any 12 month period. If the employee takes intermittent leave as explained below, the employee is eligible to receive a pro-rated amount per day, for up to 42 days, during any 12 month period.

If an employee also satisfies the criteria for FMLA or NJ FLA, the paid weeks under New Jersey Paid Family Leave is included in the 12 weeks of FMLA and NJ FLA (i.e., the leaves will be deemed to run concurrently). New Jersey Paid Family Leave provides a monetary benefit, only, and job protection is not contained in the statute.

No benefits are payable if the employee is receiving: temporary disability benefits, workers compensation, unemployment benefits, full paid time accruals or if the employee is working.

Employees are subject to a one-week waiting period before being eligible to receive benefits except where an employee is currently receiving temporary benefits for a pregnancy-related disability, in which case there is no waiting period. Employees will use employer-paid vacation, personal or sick time during the statutory one-week waiting period.

Employees will continue to earn any applicable personal, vacation and sick accruals while on paid leave and this will be added to the accruals earned before the paid leave upon the employees' return to active work. If the employee does not return to work when the paid leave ends, only the accruals earned before the leave will be credited to the employee.

## Types of Paid Family Leave:

An eligible employee may obtain family leave benefits for the following types of leaves:

i. To provide care for a family member who has a serious health condition; or

ii. To bond with a child during the first 12 months after the child's birth or provided the covered employee or the domestic partner or civil union partner of the covered employee is a biological parent of the child, or the first 12 months after the placement of the child for adoption with the covered employee.

Care includes physical care, emotional support, visitation, assistance in treatment, transportation, arranging for changes in care, assistance with essential daily living matters and personal attendant services.

Family members include biological, adopted or foster children less than 19 years of age; a child over 19 years of age that is incapable of self-care, due to a physical or mental impairment; a spouse; domestic partner or civil union partner; biological, foster, adopted parents or stepparents; or a person who was the legal guardian of the eligible employee when the employee was a child.

A serious health condition is an illness, injury, impairment, or physical or mental condition that requires inpatient care in a hospital, hospice, or residential medical facility; or continuing medical treatment or continuing supervision by a healthcare provider.

## Birth or Adoption of a Child:

Paid family leave may be taken at any time within one year of the birth or adoption of a child. The 6 weeks of leave must be taken consecutively unless the Company and the employee mutually agree on a plan that allows the employee to take the leave during non-consecutive weeks.

The employee is required to provide 30 days' notice prior to taking paid family leave if the leave is taken in one continuous period, and 15 days' notice if leave is taken intermittently. If leave is taken in one continuous period and if the employee does not provide 30 days advance notice, s/he may forfeit 2 weeks of the leave, unless the failure to provide notice was for unforeseeable reasons.

## Serious Health Condition:

An employee taking paid family leave for 6 consecutive weeks in connection with a family member's serious health condition is required to provide a medical certification from the health care provider to the Employer in a reasonable and practical manner, unless an emergency or other unforeseen circumstance precludes prior notice.

The employee must make a reasonable effort to schedule the leave so as not to unduly disrupt the Company's operations.

## Intermittent Leave:

Paid family leave taken in conjunction with a family member's serious health condition may be taken intermittently. Intermittent leave is defined as 42 separate days of leave within a 12-month period. The employee must make a reasonable effort to schedule the leave so as not to unduly disrupt the Company's operations and, if possible, provide a schedule of days for the intermittent leave. The employee must provide 15 days' advance notice unless an emergency or other unforeseen circumstance precludes advance notice.

## Application for Benefits:

Paid family leave benefits are administered by the New Jersey Department of Labor & Workforce Development. It is the employee's responsibility to apply for benefits directly with the State. The employee must provide the Department of Labor with a Notice, claim and medical certification (if necessary) not later than 30 days after the leave begins.

## 1.9 New Jersey Emergency Responders Employment Protection Act

The New Jersey Emergency Responder Employment Protection Act protects voluntary emergency responders who are absent from work because they are either:

- Serving as volunteer emergency responders during a state of emergency declared by the US President or the New Jersey Governor.
- Actively engaging in responding to an emergency alarm.

Employees may take unpaid leave to serve as volunteer firefighters or volunteer ambulance personnel when the governor declares a state of emergency, unless the leave would cause undue hardship to the Company's business.

An employee must provide the Company with written notice from the head of the employee's volunteer fire department or volunteer ambulance service, advising of the employee's status as a volunteer firefighter or member of a volunteer ambulance service.

On the employee's return to work, the Company may request a notarized statement from the head of the employee's volunteer fire department or volunteer ambulance service certifying the period of time, or times, the employee responded to a declared emergency.

## 1.10 Cellular Phone Usage When Driving

Employees with cell phones must refrain from using their phone while driving. "Using" a cell phone or electronic communication device includes, but is not limited to, talking or listening to another person on the phone, or text messaging or sending an electronic message via the cell phone or electronic communication device.

Safety must come before all other concerns. Regardless of the circumstances, including slow or stopped traffic, employees should proceed to a safe location off the road and safely stop the vehicle before placing or accepting a call. If acceptance of a call is absolutely necessary while the employee is driving, the employee must use a hands-free option and advise the caller that he/she is unable to speak at that time and will return the call shortly.

Employees who do not drive the Company's cars but use a cell phone for business use also must abide by the above regulations.

Under no circumstances should employees feel that they need to place themselves at risk to fulfill business needs.

Since this policy does not require any employee to utilize a cell phone while driving, employees who are charged with traffic violations resulting from the use of their cell phones while driving will be solely responsible for all liabilities that result from such actions.

## 1.11 The New Jersey Earned Sick Leave Law

New Jersey employees accrue 1 hour of earned sick leave for every 30 hours worked, up to a maximum of 40 hours in a "benefit year." Employees may carry over a maximum of 40 hours of leave into a subsequent 12-month period benefit year.

Qualifying reasons for earned leave. Employees can take earned leave for the following reasons:

A mental or physical illness, injury, "adverse health condition," or treatment for any of these, or preventive medical care for the employee.

A mental or physical illness, injury, "adverse health condition," or treatment for any of these, or preventive medical care for the employee's family member.

Domestic or sexual violence where the victim is the employee or the employee's family member. This includes medical care, services of a domestic violence agency or victim services organization, counseling, relocation, and legal services.

Closure of the employee's workplace or the school of the employee's child for an epidemic or other public health emergency, or a determination by a public health official that the employee or family member would jeopardize the health of others.

School conferences, defined broadly, for the employee's child.

"Family Member." A "family member" under the law includes the employee's children (biological, adopted, foster, stepchildren, legal wards) and the child of the employee's domestic or civil union partner. Other covered family members are grandchildren, siblings, spouses, domestic or civil union partners, parents, and grandparents of the employee. Siblings of spouses, or domestic or civil union partners, of the employee are also covered family members. In addition, any other blood relative of the employee "whose close association with the employee is the equivalent of a family relationship" is a covered family member.

Paid leave already offered by the Company can count toward leave under the Earned Sick Leave Law.

**Notification requirements:**

Apart from the specified situations in which the Company may seek documentation of the need for earned sick leave (see below), any request for earned sick leave is presumed valid. If leave is foreseeable, the employee shall provide seven days' notice. If the leave is not foreseeable, the employee provide notice as soon as practicable.

If any earned leave is more than three days, the Company has the right to ask for documentation. For medical treatment of an employee or employee's family member, a doctor's note is acceptable documentation as long as it indicates the need for leave and, if possible, the duration.

CONFIDENTIAL

# 6-1.B. NEW YORK STATE-SPECIFIC HANDBOOK ADDENDUM

## 1.1 Addendum Statement

This State-Specific Addendum ("Addendum") is designed to acquaint you with the organization and provide you with information about working conditions, employee benefits and policies affecting your employment in the particular state in which you work. It is not intended to, and this Addendum shall not, constitute terms or conditions of employment or a contractual agreement or arrangement with the Company. You are required to read the Addendum, become familiar with its contents, ask questions if there is something you do not understand and fully comply with the intent and spirit of all provisions of the Addendum. One of our objectives is to provide a work environment that is conducive to both personal and professional growth. It describes many of your responsibilities as an employee and outlines the programs developed by the employer to benefit the employee.

The Company reserves the right to revise, supplement, or rescind any policies or portion of this Addendum from time to time as it deems appropriate, in its sole and absolute discretion, with or without notice to its employees. Nothing in this Addendum creates a contract between employees and the Company, nor a contractual right to any benefits described herein.

The policies and provisions contained in the Addendum supersede all other previous state-specific addendums, but do not supersede the provision provided in the main Handbook, and may not be altered without the written approval of an Executive Officer of the Company.

## 1.2 Voting Leave

If an employee makes a request two days prior to the day of the election and there are not four hours between the opening of the polls and the start of the employees shift or four hours between the end of an employee's shift and the closing of the polls, The Company will allow the employee to either be late to work or leave early to allow the employee a full four hour window of time to vote. The Company will pay the employee's regular salary for up to three hours of the time taken off.

The Company will not retaliate or tolerate retaliation against any employee who seeks or obtains leave under this policy.

## 1.3 New York Human Rights Law

The Company's policy is to treat all employees with respect and dignity and to provide a workplace that is free from discrimination. The Company is committed to protecting all employees from illegal discrimination, and to providing equal employment opportunities to qualified individuals. In additional to protections provided under any applicable federal law, The Company will treat all employees equally without regard to regardless of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, familial status, marital status, or domestic violence victim status, or any other category protected by State Law. Equal employment opportunities will be extended to all persons in all aspects of the employer-employee relationship, including recruitment, hiring, training, compensation, promotions, transfers, disciplinary action, layoff, recall, and termination.

The Company will not compel an employee who is pregnant to take a leave of absence, unless the employee is prevented by pregnancy from performing the activities involved in the job or occupation in a reasonable manner.

The Company will provide reasonable accommodations to those with known disabilities or pregnancy related conditions of an employee, prospective employee, or member in connection with a job, unless those accommodations would be an undue hardship on the operations of The Company's business.

The employee must cooperate in providing medical or other information that is necessary to verify the existence of the disability or pregnancy-related condition, or that is necessary for consideration of the accommodation. The Company will keep the medical information confidential.

The Company will also make reasonable accommodations for sincerely held religious beliefs, unless it is not reasonable or The Company would suffer an undue hardship to accommodate the employee's sincerely held religious beliefs.

The Company will not: interfere with, restrain, or deny the exercise of any right provided under any state law; discharge or discriminate against any person for opposing any practice made unlawful by the state law; or discharge or discriminate against any person for his or her involvement in any proceeding under or relating to any applicable state law.

Please refer to the main Handbook for more information regarding discrimination and harassment. If you feel you have been discriminated against or harassed, please use the same procedure found in the harassment section of the main handbook to report any incidences of discrimination, harassment, or sexual harassment. The Company will not retaliate against any employee for reporting any incidents.

## 1.4 Pregnancy Accommodations

Pregnancy discrimination is a form of sex discrimination and familial status discrimination. Treating pregnancy-related conditions differently from other medical conditions is also disability discrimination. Therefore, The Company will provide reasonable accommodation of pregnancy-related conditions. The Company recognizes that adding a member to the family is an exciting time. However, pregnancy for some may be strenuous. The Company will not discriminate against women who are expecting a child and will provide reasonable accommodations to help cope with the stresses of pregnancy. The Company will provide the following accommodations if the employee expresses the need for such:

- Additional bathroom breaks;
- Breaks for increased water intake;
- Periodic rest;
- Assistance with manual labor;
- Job restructuring or modified work schedules; and/or
- Temporary transfers to less strenuous or hazardous work.

The Company will work with the employee with any attempts at reasonable modifications, however, The Company will be unable to provide accommodations that would cause an undue hardship on its operations. Nothing in this section is meant to expand or modify an employees' right to paid or unpaid leave under existing laws.

The Company will not retaliate against an employee who has complained of pregnancy discrimination or who has sought and/or been granted a reasonable accommodation for a pregnancy-related condition.

## 1.5 Rights of Nursing Mothers to Express Breast Milk in the Work Place

After the birth of a child, The Company will provide reasonable unpaid break time or permit an employee to use paid break time or meal time each day to allow an employee to express breast milk for her nursing child for up to three years following child birth. The Company will make reasonable efforts to provide a room or other location, in close proximity to the work area, where an employee can express milk in privacy. The Company will not discriminate in any way against an employee who chooses to express breast milk in the workplace.

The employee must give advanced notice to The Company for her desire for accommodations under this policy.

The Company will provides unpaid breaks of no less than 20 minutes, but employee can elect to take shorter unpaid breaks for this purpose. The Company will provide breaks once every three hours if requested by the employee. An employee desires, The Company will allow the employee to work before or after her shift to make up for the unpaid break time if the additional time falls within The Company's normal working hours.

The Company will make reasonable efforts to provide a private room or other location for the purpose of expressing breast milk. However, The Company will not provide a room or other locations if it is significantly impracticable, inconvenient, or unreasonably expensive.

CONFIDENTIAL                                   AMERIS000477

The Company is not responsible for insuring the safekeeping of expressed milk stored in any refrigerator on its premises.

## 1.6 Victims of Domestic Violence Accommodations

The Company will make reasonable accommodations to permit a victim of domestic or sexual violence to perform his or her job, including schedule modifications or security measures, unless doing so would impose an undue hardship on The Company, as well as time to seek medical attention for related injuries and/or to obtain related legal and crisis services.

The Company may require the employee to provide documentation certifying that he or she is a victim of such violence. Documentation will be kept in the strictest confidence.

The Company will allow an employee to take reasonable time off from work to obtain or attempt to obtain a protective order or other relief under the state's domestic violence law. An employee who is absent to seek such relief must follow The Company's usual leave policy and practices.

## 1.7 New York Military Spouse Leave Act

If an employee (i) works an average of twenty or more hours per week, regardless of length of employment; and (ii) has a spouse serving in the military who is on leave, including members of the U.S. armed forces, national guard or reserves who have been deployed during a period of military conflict to a combat zone, The Company will grant a leave of absence due to potential adverse effects resulting from the leave. The leave is up to ten days, unpaid, and employee will not be required to use any accrued paid leave during this time, although employee may elect to use accrued paid leave.

## 1.8 Sick Time Off Policy for Employees Working in New York City

### Accrual of Sick Time

Eligible employees will begin to accrue paid sick time on the employee's date of hire.

Sick time is accrued at a rate of 1 hour for every 30 hours worked, up to a maximum accrual of 40 hours in a single calendar year.

### How Sick Time May be Used

Eligible employees may begin to use paid sick time upon accrual.

Paid sick time may be used in one (1) hour increments.

Eligible employees may use up to 40 hours of paid sick time in any calendar year. In addition, employees may carry over up to 40 unused accrued hours of paid sick time from one calendar year to the next, but still can only use a maximum of 40 hours of paid sick time in any one year.

### Reasons Sick Time May be Used

Sick time may be used only in the event of:

- An eligible employee's mental or physical illness, injury or health condition or need for medical diagnosis, care or treatment of a mental or physical illness injury or health condition or need for preventive medical care; or

- Care of an eligible family member who needs medical diagnosis, care or treatment of a mental or physical illness, injury or health condition or who needs preventive medical care; or

- Closure of the workplace by order of a public official due to a public health emergency or such employee's need to care for a child whose school or childcare provider has been closed by order of a public official due to a public health emergency.

Eligible family members include an employee's spouse or registered domestic partner; parent, parent-in-law or parent of a domestic partner; child or child of a domestic partner, including a biological, adopted or foster

child, a stepchild, a legal ward, or a child of an employee standing in loco parentis; siblings, including half-siblings, step-siblings and siblings related through adoption; grandchildren and grandparents.

An employee who uses sick time for purposes other than those permitted by this policy will be subject to disciplinary action, up to and including termination from employment.

### Requesting Sick Time/Documentation
An employee must provide 7 days' notice if the need for sick time is foreseeable. When the need for sick time is unforeseeable, an employee must provide notice as soon as practicable.

If sick time is for more than 3 consecutive days, The Company may request that the employee provide supporting documentation from a licensed health care provider establishing the need for and duration of sick time.

### Rate of Pay and Overtime
Sick time is paid based on the employee's straight time pay rate in effect at the time the sick time is taken. Sick time is not considered time worked for the purpose of calculating overtime for the week in which the sick time was taken.

Salaried exempt employees will be assumed to work 40 hours in a week unless the employee's regular workweek is less than forty 40 hours, in which case sick time accrues based upon that regular workweek.

### Separation from Employment
Compensation for accrued and unused paid sick time is not provided upon separation of employment for any reason.

If an employee is rehired by The Company within six (6) months of separation, previously accrued but unused sick time will be immediately reinstated.

### Interplay with Other Laws
The guidelines set forth in this policy do not supersede applicable federal, state or local law regarding leaves of absence, including leave taken under the Family and Medical Leave Act ("FMLA") and/or as a reasonable accommodation under the Americans with Disabilities Act or Americans with Disabilities Act Amendments Act of 2008, or any other applicable federal, state or local law, including those prohibiting discrimination and/or harassment.

Sick time will run concurrently with any leave taken under any federal, state or local law, including, but not limited to, leaves taken under the FMLA.

### Retaliation
The Company will not retaliate, nor tolerate retaliation, against any employee who seeks or obtains sick time under this policy. Eligible employees may contact Human Resources or the New York City Department of Consumer Affairs with any complaints.

## 1.9 New York Jury Duty and Court Attendance Leave
Eligible employees will be paid a minimum of $40 per day for the first three days of jury duty, pursuant to New York law.

In the event that an employee has to take time off for jury duty and/or court appearances, the employee should contact his or her manager once notification is received and provide the following: the role to be served, provide the expected date(s) out of the office, and supply supporting documentation, such as a jury duty notification or court subpoena.

Full-time employees will not be paid for time spent in court as a plaintiff or a defendant, unless the employee requests to use sick time. Time off for voluntary duty, such as volunteering to testify, requires The Company's approval in advance of the requested time off.

If an employee is required to appear in court as a result of a subpoena for which the employee is a third party to the issue, the employee will be paid for the time required by the court, at The Company's discretion.

CONFIDENTIAL

Verification from the court clerk of having served may be required and if court sessions do not require employee attendance for the entire workday, when possible the employee is expected to return to work for the remaining hours of the day.

The Company will not retaliate, or tolerate retaliation, against any employee who takes leave under this policy.

## 1.10 New York Crime Victim/Witness Leave

An eligible employee may take time off from work, without pay, for any of the following reasons:

- To comply with a subpoena to testify in a criminal proceeding (including time off to consult with the district attorney);
- To give a statement at a sentencing proceeding;
- To give a victim impact statement at a pre-sentencing proceeding; or
- To give a statement at a parole board hearing.

An employee is eligible for time off under this policy if he or she is:

- The victim of the crime at issue in the proceedings;
- The victim's next of kin;
- The victim's representative if the victim is deceased as a result of the offense;
- A "Good Samaritan"; or
- Pursuing an application or the enforcement of an order of protection as provided under relevant law.

For purpose of this policy, a "Good Samaritan" is someone who acts in good faith to apprehend a person who has committed a crime in his or her presence, to prevent a crime or an attempted crime from occurring, or to aid a law enforcement officer in effecting an arrest. A victim's representative is a person who represents or stands in the place of another person, including but not limited to, an agent, attorney, guardian, conservator, executor, heir, or parent of a minor.

An employee must notify Human Resources of the need to take a leave under this policy no later than the day before the absence. In addition, the employee must provide Human Resources with verification of his or her service upon request.

The Company will not retaliate, or tolerate retaliation, against any employee who seeks or obtains leave under this policy.

## 1.11 New York Rest and Meal Periods

An employee who works a shift of more than 6 hours which extends over the noon meal period (11 a.m. to 2 p.m.) is entitled to a 30 minute non-compensable meal period to be taken between 11 a.m. and 2 p.m. If an employee starts his or her shift before 11 a.m. and continues after 7 p.m., the employee is entitled to the 30 minute noon meal period and an additional 20 minute break between 5 p.m. and 7 p.m.

An employee who works a shift of more than 6 hours starting between the hours of 1:00 p.m. and 6:00 a.m. is entitled to a meal period of at least 45 minutes in the middle of his or her shift.

Meal periods should be scheduled to allow for adequate department group coverage. If an employee is required to perform any work duties during lunch, the employee must record the time spent working and will be compensated accordingly.

Time spent working during the meal period will be counted toward a non-exempt employee's total hours worked.

## 1.12 New York Volunteer Emergency Responder Leave

Employees may take unpaid leave to serve as volunteer firefighters or volunteer ambulance personnel when the governor declares a state of emergency, unless the leave would cause undue hardship to The Company's business.

An employee must provide The Company with written notice from the head of the employee's volunteer fire department or volunteer ambulance service, advising of the employee's status as a volunteer firefighter or member of a volunteer ambulance service.

On the employee's return to work, The Company may request a notarized statement from the head of the employee's volunteer fire department or volunteer ambulance service certifying the period of time, or times, the employee responded to a declared emergency.

## 1.13 New York Blood and Bone Marrow Donation Leave Policy

Employees who work an average of 20 or more hours per week are entitled to up to three (3) hours of unpaid leave in any in any calendar year to donate blood, bone marrow or organ. Employees must give one day's (24 hour) notice of their intention to donate. Employees must provide documentation to their manager immediately after such leave is taken.

Employees who work an average of 20 or more hours per week and choose to undergo a medical procedure to donate bone marrow will be provided with unpaid time off, as determined by the employee's physician, not to exceed 24 hours without The Company's approval.

Employees seeking leave to donate bone marrow must provide The Company with verification from a physician setting forth the purpose and length of each leave required by the employee.

The Company will not retaliate, nor tolerate retaliation, against any employee who seeks or obtains leave under this policy.

# APPENDIX A

# EMPLOYEE RIGHTS
## UNDER THE FAMILY AND MEDICAL LEAVE ACT

### THE UNITED STATES DEPARTMENT OF LABOR WAGE AND HOUR DIVISION



**LEAVE ENTITLEMENTS**

Eligible employees who work for a covered employer can take up to 12 weeks of unpaid, job-protected leave in a 12-month period for the following reasons:

- The birth of a child or placement of a child for adoption or foster care;
- To bond with a child (leave must be taken within one year of the child's birth or placement);
- To care for the employee's spouse, child, or parent who has a qualifying serious health condition;
- For the employee's own qualifying serious health condition that makes the employee unable to perform the employee's job;
- For qualifying exigencies related to the foreign deployment of a military member who is the employee's spouse, child, or parent.

An eligible employee who is a covered servicemember's spouse, child, parent, or next of kin may also take up to 26 weeks of FMLA leave in a single 12-month period to care for the servicemember with a serious injury or illness.

An employee does not need to use leave in one block. When it is medically necessary or otherwise permitted, employees may take leave intermittently or on a reduced schedule.

Employees may choose, or an employer may require, use of accrued paid leave while taking FMLA leave. If an employee substitutes accrued paid leave for FMLA leave, the employee must comply with the employer's normal paid leave policies.

**BENEFITS & PROTECTIONS**

While employees are on FMLA leave, employers must continue health insurance coverage as if the employees were not on leave.

Upon return from FMLA leave, most employees must be restored to the same job or one nearly identical to it with equivalent pay, benefits, and other employment terms and conditions.

An employer may not interfere with an individual's FMLA rights or retaliate against someone for using or trying to use FMLA leave, opposing any practice made unlawful by the FMLA, or being involved in any proceeding under or related to the FMLA.

**ELIGIBILITY REQUIREMENTS**

An employee who works for a covered employer must meet three criteria in order to be eligible for FMLA leave. The employee must:

- Have worked for the employer for at least 12 months;
- Have at least 1,250 hours of service in the 12 months before taking leave;* and
- Work at a location where the employer has at least 50 employees within 75 miles of the employee's worksite.

*Special "hours of service" requirements apply to airline flight crew employees.

**REQUESTING LEAVE**

Generally, employees must give 30-days' advance notice of the need for FMLA leave. If it is not possible to give 30-days' notice, an employee must notify the employer as soon as possible and, generally, follow the employer's usual procedures.

Employees do not have to share a medical diagnosis, but must provide enough information to the employer so it can determine if the leave qualifies for FMLA protection. Sufficient information could include informing an employer that the employee is or will be unable to perform his or her job functions, that a family member cannot perform daily activities, or that hospitalization or continuing medical treatment is necessary. Employees must inform the employer if the need for leave is for a reason for which FMLA leave was previously taken or certified.

Employers can require a certification or periodic recertification supporting the need for leave. If the employer determines that the certification is incomplete, it must provide a written notice indicating what additional information is required.

**EMPLOYER RESPONSIBILITIES**

Once an employer becomes aware that an employee's need for leave is for a reason that may qualify under the FMLA, the employer must notify the employee if he or she is eligible for FMLA leave and, if eligible, must also provide a notice of rights and responsibilities under the FMLA. If the employee is not eligible, the employer must provide a reason for ineligibility.

Employers must notify its employees if leave will be designated as FMLA leave, and if so, how much leave will be designated as FMLA leave.

**ENFORCEMENT**

Employees may file a complaint with the U.S. Department of Labor, Wage and Hour Division, or may bring a private lawsuit against an employer.

The FMLA does not affect any federal or state law prohibiting discrimination or supersede any state or local law or collective bargaining agreement that provides greater family or medical leave rights.



For additional information or to file a complaint:

# 1-866-4-USWAGE
(1-866-487-9243)    TTY: 1-877-889-5627

# www.dol.gov/whd
U.S. Department of Labor  |  Wage and Hour Division

**WHD**
WAGE AND HOUR DIVISION

WH1420   REV 04/16

CONFIDENTIAL





Corporate Policies Section # 80.100

CONFIDENTIAL                           AMERIS000483

EFF 07.01.2022