# EXHIBIT 15

AMERIS BANCORP, SUBSIDIARIES AND AFFILIATES

# CALIFORNIA EMPLOYEE HANDBOOK



# CALIFORNIA HANDBOOK STATEMENT

This California Handbook is designed to employees working in California with the organization and provide you with information about working conditions, employee benefits and policies affecting your employment in California. It is not intended to, and this California Handbook shall not, constitute terms or conditions of employment or a contractual agreement or arrangement with Ameris Bank and or its subsidiaries or affiliates (the "Company"). You are required to read the California Handbook, become familiar with its contents, ask questions if there is something you do not understand and fully comply with the intent and spirit of all provisions of the California Handbook.

The Company reserves the right to revise, supplement, or rescind any policies or portion of this California Handbook from time to time as it deems appropriate, in its sole and absolute discretion, with or without notice to its employees. Nothing in this California Handbook creates a contract between employees and the Company, nor a contractual right to any benefits described herein.

The policies and provisions contained in the California Handbook supersede all other previous state-specific California Handbooks or Addenda including the Balboa Capital Corporation Employee Handbook, but except where required by law or as specifically stated, do not supersede the provisions provided in the main Ameris Bancorp, Subsidiaries and Affiliates Employee Handbook, and may not be altered without the written approval of an Executive Officer of the Company.

The California Handbook is intended to supplement and expand on existing Ameris policies as may be required by California law. It should be read together with other Ameris comprehensive policies as spelled out in the Ameris Bancorp, Subsidiaries and Affiliates Employee Handbook (Corporate Policies Section #80-100) and other policy documents.

Employees should direct any questions concerning Ameris policies broadly or in California to Human Resources.

By my signature below, I acknowledge that I have read this Disclaimer and that I understand it.


_____    _____

Employee Signature                                        Date


_____

Employee's Printed Name



# IT IS MY PLEASURE TO WELCOME YOU TO OUR COMPANY!

Since our beginning in 1971, we have enjoyed a rich history built on a solid foundation of character and service. While the banking industry has encountered many changes over the past decades, our core values—Integrity, Honesty, Teamwork, High Standards and Equal Dignity—continue to serve us well. These testaments are building blocks of The Ameris Approach and position us to deliver one-of-a-kind, exceptional customer experiences.

We are excited about our future, and I want you to be energized about our Company. Each of us has an important role in making a difference, and I encourage you to seize the opportunity to achieve success, both professionally and personally.

Welcome to the Ameris Team!

Palmer Proctor
Ameris Bank Chief Executive Officer

# ABOUT THIS HANDBOOK

This Handbook has been prepared to assist you in finding the answers to many questions that you may have regarding your employment with Ameris Bancorp, its banking subsidiary, Ameris Bank, or subsidiaries and affiliates (for purposes of this Handbook, referred to as "us", "we", or the "Company"). Please take the necessary time to read this Handbook.

We do not expect this Handbook to answer all of your questions. Your manager and Human Resources will also be major sources of information.

Neither this Handbook nor any other verbal or written communication by a management representative is, nor should it be considered to be, an agreement, contract of employment, express or implied, or a promise of treatment in any particular manner in any given situation. The Company adheres to the policy of employment at will, which permits the Company or the employee to terminate the employment relationship at any time, for any reason, with or without cause or notice.

Any modification of at-will status is only valid if contained in writing and signed by an Executive Officer of the Company.

Many matters covered by this Handbook, such as benefit plan descriptions, are also described in separate Company documents. These Company documents are always controlling over any statement made in this Handbook or by any member of management.

This Handbook states only general Company guidelines. The Company may, at any time, in its sole discretion, modify its interpretation of, vary from, or change anything stated in this Handbook, as well as any other Company guidelines, policies, practices, working conditions or benefits, in an individual case or generally, with or without notice. Nothing in this Handbook should be construed as a promise of specific treatment in any specific situation upon which an employee should rely.

Your employment is at will. This means your employment is for an indefinite period of time and it is subject to termination by you or the Company, with or without cause, with or without notice, and at any time. Nothing in this handbook or any other policy of the Company shall be interpreted to be in conflict with or to eliminate or modify in any way, your at-will employment status.

This Handbook supersedes all prior Handbooks.

# OUR STORY

Ameris Bank opened its doors as American Banking Company on October 1, 1971 with one location in Moultrie, Georgia. Since then, we have always stood for strength and courage; pride and fierce determination. These characteristics hold true today, as we continue to grow and expand beyond our southern Georgia roots. In 1979, our first acquisition occurred, and the rest is history. 30+ acquisitions later and we are now the premier community bank in the Southeast.

The founding board envisioned a bank for the future and set out to create one known for its steadfast combination of character, service and value. Over 45 years later, our colleagues continue to hold true to these core traits enriching our legacy by providing advanced products and services, anchored by traditional, home-town values, with the purpose of improving the lives of our customers and supporting our communities.

While we have a rich legacy, Ameris Bank is a far cry from the status quo of big box banking. We have been, and always will be, a strong bank that isn't afraid to be bold to best serve our customers and communities.

**The Ameris Approach** defines who we are. It's how we interact, serve and support each other. It's how we conduct business with the people who bank with us. The Ameris Approach encompasses all the elements that make our culture unique. It's up to you to live it. To approach your work, your colleagues, your communities the Ameris way.

## Our Mission

The mission of Ameris Bank is to be a major financial service provider through empowered employees creating a positive community impact and delivering a competitive shareholder return.

## Our Vision

Ameris Bank will be a high-performing community bank providing an exceptional customer experience with well-trained, empowered employees.

## Our Purpose

The purpose of Ameris Bank is to bring financial peace of mind to our communities one person at a time.

## Our Experience Expectations

Attention, Understanding and Personal

## Our Values

Integrity, Equal Dignity, Teamwork, Honesty, High Standards

# EMPLOYEE HANDBOOK

# TABLE OF CONTENTS

DISCLAIMER.................................................................................................................................... 2

ABOUT THIS HANDBOOK ............................................................................................................ 4

CALIFORNIA FAIR EMPLOYMENT & HOUSING ACT ............................................................. 7

1.2 CALIFORNIA PREGNANCY DISABILITY LEAVE ................................................................ 10

1.3 LACTATION ACCOMMODATION ........................................................................................ 11

1.4 CALIFORNIA FAMILY RIGHTS ACT (CFRA) ....................................................................... 12

1.5 FAMILY TEMPORARY DISABILITY INSURANCE (PAID FAMILY LEAVE BENEFITS)........... 13

1.6 CALIFORNIA PAID SICK LEAVE ELIGIBLE EMPLOYEES ................................................... 13

1.7 WORKERS' COMPENSATION LEAVE ................................................................................... 14

1.8 CALIFORNIA FAMILY MILITARY LEAVE.............................................................................. 15

1.9 CALIFORNIA FAMILY MILITARY LEAVE ACT FOR SPOUSES OF MILITARY MEMBERS ...... 15

1.10 CALIFORNIA VOLUNTEER CIVIL SERVICE PERSONNEL ................................................ 15

1.11 CIVIL AIR PATROL LEAVE ................................................................................................. 15

1.12 CALIFORNIA TIME OFF FOR VOTING ............................................................................. 16

1.13 CALIFORNIA LEAVE FOR VICTIMS OF CRIME, DOMESTIC VIOLENCE, SEXUAL ASSAULT OR STALKING .............................................................................................. 16

1.14 CALIFORNIA VICTIMS OF CRIME LEAVE TO ATTEND JUDICIAL PROCEEDINGS ............ 17

1.15 CALIFORNIA TIME OFF FOR PARENTS............................................................................ 17

1.16 CALIFORNIA BONE MARROW AND ORGAN DONOR LEAVE ...................................... 18

1.17. REHABILITATION LEAVE................................................................................................... 18

1.18 LITERACY ASSISTANCE ..................................................................................................... 18

1.19 CALIFORNIA EMPLOYEE CLASSIFICATIONS, MEAL & REST PERIODS AND OVERTIME EXEMPT/NONEXEMPT ........................................................................................ 19

# California Fair Employment & Housing Act

## Equal Employment Opportunity

The Company's policy is to provide equal employment and advancement opportunity to all applicants and employees, employment decisions at the Company will be based on merit, qualifications, and abilities. The Company does not discriminate in employment opportunities or practices on the basis of race, color, religious creed (including religious dress and grooming practices), gender, gender identity, gender expression, transgender, sex stereotyping, sexual orientation, sex (which includes pregnancy, childbirth, breastfeeding or related medical conditions), veteran and military status, marital status, registered domestic partner status, age, national origin (including language use restrictions) or ancestry, physical or mental disability (including HIV and AIDS), medical condition (cancer and genetic information or characteristics), or any other characteristic protected by federal, state, or local laws. It also prohibits unlawful discrimination based on the perception that anyone has any of those characteristics, or is associated with a person who has or is perceived as having any of those characteristics. This policy governs all aspects of employment, including but not limited to, recruitment, selection, job assignment, compensation, disciplinary action, promotion, termination, and access to benefits and training.

The Company also will make reasonable accommodations for all qualified employees or applicants with known disabilities, provided that such accommodations will not impose an undue hardship on the Company.

The Company also will make reasonable accommodations for the religious observances and practices of employees, including with respect to employee work schedules, religious dress practices and religious grooming practices, unless doing so would result in an undue hardship.

Any employee who has any questions regarding the company's Equal Employment Opportunity Policy, who feels that the policy has been violated, or who feels that he or she has been discriminated against, harassed, retaliated against, or otherwise treated unfairly as a result of being a member of any of the categories specified above, must immediately bring the matter directly to the attention of his or her supervisor, any manager, the Human Resources Department. Appropriate disciplinary action, up to and including termination, may be taken against any employee who violates this policy.

## Harassment, Discrimination, and Retaliation

The Company is committed to providing a work environment free of harassment, discrimination, retaliation, and disrespectful or other unprofessional conduct based on race; religion (all aspects of religious beliefs, observance or practice, including religious dress and grooming practices); color; national origin; ancestry; physical disability; mental disability; medical condition (including cancer or a record or history of cancer); genetic information; sex (including pregnancy, childbirth, breastfeeding or related medical conditions); gender identity or expression; trans-gender status, sexual orientation; marital status; registered domestic partner status; veteran status, current or prospective service in the uniformed services; age; or any other protected class under federal, state, or local law. It also prohibits discrimination, harassment, disrespectful or unprofessional conduct based on the perception that anyone has any of those characteristics, or is associated with a person who has or is perceived as having any of those characteristics.

In addition, the Company prohibits retaliation against individuals who raise complaints of discrimination or harassment or who participate in workplace investigations. All such conduct violates company policy.

## Harassment, Harassment Prevention and Bullying

The Company's policy prohibiting harassment applies to all persons involved in the operation of the company. The Company prohibits harassment, disrespectful, or unprofessional conduct by any employee of the company, including supervisors, managers, and co-workers. The Company's anti-harassment policy also applies to vendors, customers, independent contractors, interns, volunteers, persons providing services pursuant to a contract, and other persons with whom you come into contact while working, as well as other types of work relationships as defined by law.

Prohibited harassment, disrespectful, or unprofessional conduct includes, but is not limited to, the following behavior:

- Verbal conduct such as epithets, derogatory jokes or comments, slurs or unwanted sexual advances, invitations, comments, posts, or messages;

- Visual displays such as derogatory and/or sexually-oriented posters, photography, cartoons, drawings, or gestures;

- Physical conduct including assault, unwanted touching, intentionally blocking normal movement or interfering with work because of sex, race, or any other protected basis;

- Threats and demands to submit to sexual requests or sexual advances as a condition of continued employment, or to avoid some other loss and offers of employment benefits in return for sexual favors;

- Retaliation for reporting or threatening to report harassment; and

- Communication via electronic media of any type that includes any conduct that is prohibited by state and/or federal law or by company policy.

Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and other verbal, visual, or physical conduct of a sexual nature when (1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment, (2) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting the individual, or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment, even if there are no tangible or economic job consequences. Sexual harassment does not need to be motivated by sexual desire to be unlawful or to violate this policy. For example, hostile acts toward an employee because of his/her gender can amount to sexual harassment, regardless of whether the treatment is motivated by sexual desire.

The term "sexual harassment" includes many forms of offensive behavior. Here are some types of behaviors that may be violations of this policy:

- Making sexually suggestive comments, jokes, advances, or offering employment benefits in exchange for sexual favors.

- Teasing, bullying, making fun of or making derogatory remarks about someone's age, race, sexual orientation, disability, or gender.

- Posting, passing around, or displaying sexually suggestive or obscene printed materials or objects.

- Gender-based harassment including harassment by someone of the same sex as the victim. Sexual harassment is considered to be sex discrimination in violation of federal and state law.

Prohibited harassment is not just sexual harassment but harassment based on any protected category. Additionally, abusive conduct, defined as any conduct of an employer or employee in the workplace, with malice, that a reasonable person would find hostile, offensive, and unrelated to an employer's legitimate business interests will not be tolerated.

In addition to the above, the Company does not condone and will take all steps to prevent and stop bullying in all work sites. Verbal bullying is saying or writing mean things. Verbal bullying includes: teasing, name-calling, inappropriate sexual comments, taunting, threatening to cause harm, social bullying, which is sometimes referred to as relational bullying and involves hurting someone's reputation or relationships, spreading rumors about someone, or embarrassing someone in public. Physical bullying involves hurting a person's body or possessions. Physical bullying includes: hitting/kicking/pinching, spitting, tripping/pushing, taking or breaking someone's things, making mean or rude hand gestures,

## Pay Discrimination

Pay discrimination between employees performing substantially similar work based on gender, race, ethnicity or prior compensation history, as defined by the California Fair Pay Act and federal law, is prohibited. Pay differentials may be valid in certain situations defined by law. Employees will not be retaliated against for

AMERIS000491

inquiring about or discussing wages. However, the Company is not obligated to disclose the wages of other employees.

## Anti-Retaliation

The Company will not retaliate against you for filing a complaint or participating in any workplace investigation and will not tolerate or permit retaliation by management, employees, or co-workers. It is prohibited for supervisors, managers, and co-workers, as well as third parties such as vendors or customers, to retaliate against an employee because the employee has complained about harassment, discrimination, retaliation, abusive conduct, or participated in an investigation, proceeding, or hearing based on such a complaint and is a serious violation of this policy.

## Complaint Process

Ameris Bank strives to make every employee feel comfortable and confident in approaching any member of management, at any level, with concerns. If you believe that you have been the subject of otherwise observed harassment, discrimination, retaliation or other unacceptable behavior, please bring it to the attention of your supervisor, Human Resources, the Diversity and Inclusion Officer, or Report It!- Ameris Bank's anonymous hotline. Instructions for utilizing Report It! are located in the Employee Center of the Mane Connection.

You also should be aware that the Federal Equal Employment Opportunity Commission and the California Department of Fair Employment and Housing investigate and prosecute complaints of prohibited harassment, discrimination, and retaliation in employment. If you think you have been harassed or discriminated against or that you have been retaliated against for resisting, complaining, or participating in an investigation, you may file a complaint with the appropriate agency. The DFEH can be contacted at (800) 884-1684; or for the hearing impaired, (TTY) (800) 700-2320; or visit the department's website at www.dfeh.ca.gov. The Equal Employment Opportunity Commission (EEOC) can be reached by calling (800) 669-4000 or for the hearing impaired, (800) 669-6820. EEOC field office information is available at www.eeoc.gov.

Supervisors must refer all complaints involving harassment, discrimination, retaliation, or other prohibited conduct to the Company's Human Resources department in effort to resolve the complaint.

When the Company receives allegations of misconduct, it will immediately undertake a fair, timely, thorough, and objective investigation of the allegations in accordance with all legal requirements. The Company will reach reasonable conclusions based on the evidence collected.

The Company will maintain confidentiality to the extent possible. However, the Company cannot promise complete confidentiality. The Company's duty to investigate and take corrective action may require the disclosure of information to individuals with a need to know.

Complaints will be:

· Responded to in a timely manner

· Kept confidential to the extent possible

· Investigated impartially by qualified personnel in a timely manner

· Documented and tracked for reasonable progress

· Given appropriate options for remedial action and resolution

· Closed in a timely manner

The Company may exercise its discretion to put certain interim measures in place, such as a suspension, leave of absence or a transfer, while the investigation proceeds. At the conclusion of the investigation, if the Company determines a policy violation has occurred, it may, at its sole discretion, take remedial action, up to and including termination of employment.

Because the Company is committed to avoiding even the appearance of impropriety with respect to harassment, it may take corrective action toward any employee for inappropriate conduct learned during the course of any investigation, regardless of whether the conduct amounts to a violation of law or even a violation of this policy. If a person who is found to have engaged in inappropriate conduct is not employed by

CONFIDENTIAL

AMERIS000492

the Company, it will take whatever corrective action it determines is reasonable and appropriate under the circumstances.

Any individual who is found to have engaged in unlawful harassment may be personally liable for his/her actions. Depending on the circumstances, the Company might or might not provide legal representation to employees accused of illegal harassment.

## 1.2 California Pregnancy Disability Leave

**Eligibility.** Pregnant employees are encouraged to continue working, according to the advice of their medical provider. Female employees affected by pregnancy, childbirth, or related medical conditions, or affected by a condition related to pregnancy, childbirth, or a related medical condition, are entitled to the following:

**Transfer.** Upon request the Company will temporarily transfer the employee to a less strenuous position or to less hazardous duties, if the transfer request is based on medical advice, and the requested transfer can be reasonably accommodated.

**Reasonable Accommodation.** Upon request the Company will make a reasonable accommodation, if the accommodation request is based on medical advice, and the requested accommodation is effective in enabling the employee to perform the essential functions of her job.

**Leave of Absence.** An employee actually disabled because of pregnancy, childbirth or a related medical condition is eligible for up to four months of pregnancy disability leave. The leave of absence need not be taken in one continuous period of time. Pregnancy Disability Leave (PDL) does not run concurrently with California Family Rights Act (CFRA) leave to care for the newborn baby, if applicable. Federal and Medical Leave Act (FMLA), if applicable, does run concurrently with Pregnancy Disability Leave (PDL).

**Notice Requirements.** Employees must give at least 30 days' advance notice to the Company before a pregnancy-related disability leave or pregnancy-related transfer is to begin if the need for the leave or transfer is foreseeable. If 30 days' notice is not possible, the employee should give notice as soon as possible.

To support a request for a pregnancy-related disability leave or pregnancy-related transfer or accommodation, the employee must present written certification from her health care provider that contains the following information:

- The date on which (i) the employee became disabled, or (ii) the employee's need for a transfer or other accommodation became medically advisable;
- The probable duration of the period(s) of disability or the employee's need for a transfer or other accommodation; and
- A statement that, (i) due to the disability, the employee is unable to perform one or more of the essential functions of her position without undue risk to herself, her baby, or to other persons, or (ii) due to the employee's pregnancy, transfer or another accommodation is medically advisable.

The Company may ask the employee for recertification at reasonable intervals, but no more often than every 30 days, unless (1) the employee requests an extension of her leave; (2) the circumstances described by the employee's original certification have changed significantly; or (3) the Company learns of information that casts doubt upon the continuing validity of the employee's original certification.

**Compensation and Benefits.** Pregnancy Disability Leave is generally unpaid. Employees may substitute accrued vacation, but are not compelled to do so. Employees may be eligible to receive benefits under the Company's Short-Term Disability Plan. An employee should apply for California State Disability Insurance (SDI) benefits, as soon as she becomes disabled. SDI forms are generally available from health care providers. Please contact Human Resources for additional information Pregnancy Disability Leave. Accrual of vacation and holiday pay will be suspended during a Pregnancy Disability Leave, and will resume upon return to active employment.

Subject to the terms, conditions and limitations of the applicable plans, during a Pregnancy Disability Leave,

group medical plan coverage for the employee and her dependents will be maintained at the level and under the conditions coverage would have been provided if the employee had remained continuously employed. The obligation continues up to a maximum of 4 months. Thereafter, an employee may elect to continue coverage pursuant to COBRA. When the employee returns from leave, benefits will again be provided by the Company, according to all applicable plans. Under certain circumstances, if the employee does not return from leave, the Company can recoup premium payments from the employee that were paid on the employee's behalf during leave.

**Reinstatement after Leave.** If before the expiration of four months, an employee is released to resume work on her anticipated date of return, the employee will be reinstated on that date. If she is ready to return earlier than the expiration of approved leave, she must notify the Company of her readiness to return, and the Company will reinstate her within two (2) business days, where feasible, after notice of the changed circumstances. Reasonable extensions of leave will be considered for approval if the employee provides proper documentation before the original expiration date. Failure to report to work upon expiration of leave will be deemed a voluntary termination of employment.

When an employee is ready to return to work, she must obtain a written release from her health care provider certifying that she is able to perform all of the essential duties of her job, with or without reasonable accommodation. The Company will reinstate an employee to the job she held before the leave or transfer began unless the employee would not otherwise have been employed in the same job at the time reinstatement is requested for legitimate business reasons unrelated to the leave.

If the Company cannot reinstate an employee to her job, it will offer the employee a comparable position for which she is qualified, provided that a comparable position is available either at the time she returns to work or within 60 days after her return. An employee has no greater rights under this policy to a comparable job than if she had continued working and not taken leave. The Company reserves the right to select the best qualified candidate for any job vacancy.


## 1.3 Lactation Accommodation

The Company recognizes the health benefits of breastfeeding for both parent and child.  Therefore, the Company provides a supportive environment to encourage breastfeeding or the expressing of breast milk by employees during work hours.  In accordance with federal and California State laws, it is the policy of the Company to accommodate nursing employees' lactation needs. All nursing employees are eligible under this policy.

**Milk Expression Breaks.** Breastfeeding employees are allowed to breastfeed or express milk during work hours. As much as is reasonably possible the employee will use their normal breaks and meal times.  For time that may be needed beyond the usual break times, employees may use vacation, personal leave time or may make up the time as negotiated with their supervisors.  If additional time is needed and the employee chooses not to use vacation time, personal leave time or cannot work out make up the time, the time taken will be unpaid.

**Location to Express Milk.** The Company will make "reasonable" efforts to identify a location in close proximity to the nursing employee's work area.  To the fullest extent possible, the location will meet the following criteria:

1.  The space will be equipped with an electrical outlet.

2.  The space will have comfortable seating.

3.  The space will not be a toilet or bathroom, or a closet or storage room.

4.  The location will provide adequate privacy.

5.  The location may be a private office or conference room that can be secured to provide adequate privacy.

6.  The space will be sanitary.

7.  The space will include or will be near a facility where hand washing can take place and where breast pump equipment can be cleaned.

**Equipment and Storage.** Employees are responsible for bringing their own breast pump equipment and for cleaning their own breast pump equipment.  Express milk may be stored in personal and marked containers and placed in the Company refrigerator unit.

**Employee Responsibility.** Breastfeeding employees are responsible for keeping milk expression areas clean, using anti-microbial wipes to clean the pump and the area around it.  Employees are also responsible for keeping the general lactation room clean for the next user.

An employee who has need for lactation accommodation should inform her supervisor and review this policy and discuss any scheduling issues that may arise from the need for expressing breast milk.

**Non-Discrimination.** Breastfeeding should not constitute a source of discrimination in employment or in access to employment.  It is prohibited under this policy to harass a breastfeeding employee; such conduct unreasonable interferes with an employee's work performance and creates an intimidated hostile of offensive working environment.  Any incident of harassment of breastfeeding employee will be addressed in accordance with the Company's policies for discrimination and harassment.

**Filing a Complaint.** Nursing employees who feel they have been denied appropriate accommodations or have been harassed due to breastfeeding or expressing milk are encouraged to contact Human Resources.  You also may file a report/claim with the California Labor Commissioner's Bureau of Field Enforcement (BOFE) at the BOFE office nearest your place of employment. The complaint must be filed within three years of the alleged unlawful action. In addition, if you feel like you have been a victim of retaliation for either asserting a right to lactation accommodation or for complaining to the Labor Commissioner about the failure of the Company to provide this accommodation, you may file a retaliation claim with the Labor Commissioner's Office You must file a retaliation claim with the Labor Commissioner's Office within six months of the alleged retaliation.


## 1.4 California Family Rights Act (CFRA)

The Company will grant family and medical leave in accordance with the requirements of applicable state and federal law in effect at the time the leave is granted.  The requirements and procedures for requesting and taking leave for this purpose are generally the same as for leave to care for other family members, as stated in the FMLA policy in the Ameris Bancorp, Subsidiaries and Affiliates Employee Handbook, except that:

a) CFRA does not run concurrently with a California employee's pregnancy disability leave but is available as leave to care for the newborn baby, if applicable;

b) CFRA is available to care for an immediate family member (employee's child, parent, grandparent, grandchild, sibling, spouse, or domestic partner;

c) When both employees are employed by Company, and request simultaneous leave for the birth or placement for adoption or foster care of a child, Company will provide each parent no more than a total of 12 workweeks family/medical leave for this reason (CFRA only). The Company may request that the employees schedule their respective time off in a manner to minimize disruption to the operations of Company; and

d) Under CFRA there is no requirement that an employee work at a location where there are at least 50 employees within 75 miles.

All leave time taken to care for a registered domestic partner will be counted against the employee's CFRA family and medical leave law entitlement to the fullest extent permitted by law.  No greater or lesser leave benefits will be granted than those set forth in California law.  In certain situations, the federal law requires that provisions of state law apply.  In any case, employees will be eligible for the most generous benefits available under applicable law.

**Guarantee of Employment**

The Company will guarantee your return to your position or comparable position upon conclusion of your leave.

**Health Insurance Coverage**

To the extent the Company provides group health insurance coverage for its employees, The Company will maintain and pay for coverage for your health insurance during your CFRA leave on the same terms and conditions as for employees who are actively at work. We reserve the right to seek to recover coverage costs if the conditions outlined by CFRA leave are not met.

## 1.5 Family Temporary Disability Insurance (Paid Family Leave Benefits)

California based employees are covered by California's Paid Family Leave (PFL) benefit. The PFL fund is administered by the California Employment Development Department ("EDD"), not the Company, which means that employees must apply to the EDD to receive this benefit. Through the PFL fund, the EDD will provide eligible employees with a wage supplement for a maximum of eight weeks within a 12-month period. PFL benefits may be available from the EDD for a leave of absence for the following:

- For the birth or placement of a child, as defined by the PFL law, for adoption or foster care within one year of the birth or placement of the child; or
- To care for an immediate family member (spouse, registered domestic partner, child or parent, as defined by the PFL law) who is seriously ill and requires care.

PFL benefits will be coordinated with an otherwise authorized leave of absence and PFL is not a separate entitlement to a leave of absence, only a funding mechanism. In such circumstances, the use of PFL benefits and/or paid time off during the leave period will not extend the length of the leave beyond what is required by applicable law and/or Company policy. Employee benefits do not accrue during a leave of absence unless otherwise required by law or by applicable Company policies.

## 1.6 California Paid Sick Leave Eligible Employees

All employees who have worked in California for 30 or more days within a year from the start of their employment will be entitled to paid sick time. However, employees are not eligible to take paid sick time until they have worked for the Company for 90 days from their date of hire.

**Sick Pay Amount**

Eligible employees will receive sick leave as outlined in Ameris Bancorp, Subsidiaries and Affiliates Employee Handbook policy, up to 56 hours of paid sick time in a calendar year or additional leave as may be required by local laws.

You will need to meet the 90 day employment requirement before taking any leave. Exempt employees are presumed to work 40 hours per workweek for purposes of sick time accrual. If their normal workweek is less than 40 hours, accrual will be based on their normal workweek. The Company does not pay employees for unused paid sick leave. Employees who are rehired with one year of separation from employment may be eligible for reinstatement of previously accrued paid sick time.

**Cap on Accrual**

Employees by carrying over sick leave from one year to the next, can accrue a maximum of sixty-seven days. After an employee has reached this maximum amount, no additional paid sick time will be earned until some or all of the employee's accrued paid sick time is used.

**Qualifying Reasons for Paid Sick Leave**

Paid sick time can be used for the following reasons:

- Diagnosis, care or treatment of an existing health condition for an employee or covered family member, as defined below.

CONFIDENTIAL

- Preventive care for an employee or an employee's covered family member.

- For certain, specified purposes when the employee is a victim of domestic violence, sexual assault or stalking.

For purposes of paid sick leave, a covered family member includes:

- A child defined as a biological, foster or adopted child; a stepchild; or a legal ward, regardless of the age or dependency status of the child. A "child" also may be someone for whom you have accepted the duties and responsibilities of raising, even if he or she is not your legal child.

- A "parent" defined as a biological, foster or adoptive parent; a stepparent; or a legal guardian of an employee or the employee's spouse or registered domestic partner. A parent may also be someone who accepted the duties and responsibilities of raising you when you were a minor child, even if he or she is not your legal parent.

- A spouse.

- A registered domestic partner.

- A grandparent.

- A grandchild.

- A sibling.

### Use of Paid Sick Leave
If the need for paid sick leave is foreseeable, employees shall provide advance oral or written notification to their supervisor. If the need for paid sick leave is not foreseeable, employees shall provide notice to their supervisor as soon as practicable.

An employee's use of paid sick time may run concurrently with other leaves under local, state or federal law.

### Incremental Use
Paid sick leave can be used in 1 hour increments.


## 1.7 Workers' Compensation Leave
The Company furnishes workers' compensation insurance coverage at its expense. Workers' compensation insurance is intended to provide for medical care and income for lost time resulting from injuries on the job and those illnesses caused by your work. If you are injured on the job or made ill by working, report the injury or illness, no matter how minor, to management immediately.

Workers compensation insurance coverage is not available for injuries that occur during your voluntary participation in any off-duty recreational, social or athletic activity that is not part of your work-related duties, even if sponsored by the Company.

To ensure quality care in case of work-related injury or illness, the Company will direct you to an appropriate health care provider during the first 30 days of the injury or illness. If you wish to be treated by your own health care provider instead, you must notify the Company in writing before the injury or illness.

Employees who need to take a leave of absence due to a work-related illness or injury for which workers' compensation insurance benefits apply will be entitled to such a leave for the duration of the temporary disability status unless business justification warrants earlier termination. When an employee is entitled to FMLA/CFRA leave and workers' compensation leave, the leaves will run concurrently.

All employees should remember that workers' compensation fraud is a felony in California (and in other states as well). When an employee makes a workers' compensation claim knowing that the injury or illness is not work related, that is a felony. When an employee allows a doctor, therapist or attorney to use a workers' compensation claim to make money by exaggerating the need for treatment or other benefits, such activity is also a crime. The Company will take all actions necessary to prosecute cases of workers' compensation fraud.

## 1.8 California Family Military Leave

Pursuant to California Military and Veterans Code Section 395.10, the Company will provide up to ten (10) days of time off to a California employee if the employee's spouse (as defined under California law) is a qualified member of the armed forces (as defined under California law) who is deployed home during a period of military conflict. The employee must work an average of twenty or more hours per week, and must also provide the Company with notice of his/her spouse's deployment within two business days of the employee's receipt of official notice of such deployment. The leave will be unpaid, unless the employee chooses to use available accrued PTO. Leave provided under California Military and Veterans Code Section 395.10 is in addition to any other leave that such employee may be entitled to take.

## 1.9 California Family Military Leave Act for Spouses of Military Members

The Company will provide unpaid leave for eligible employees who are married to deployed military service men or women. Eligible employees can take a family military leave of absence when their spouse is on leave from their deployment during a time of military conflict. The Company will provide up to 10 days of unpaid leave to eligible employees.

A qualified employee must be working an average of 20 hours a week or more, per week and must be a spouse of a qualified member of the US Armed Forces, National Guard, or Reserves. The "qualified military member" is one who has been deployed at a time considered as a military conflict, to an area that is defined as a combat one by the President of the United States. Qualified employees must provide Reddy Ice with the following, in order to be eligible for family military leave:

- A notice of intention to take family military leave within 2 business days of receiving official notice of his/her spouse's leave from deployment; and

- Documentation that certifies that the employee's military spouse will be on leave from deployment, during the dates that the family military leave is requested.

## 1.10 California Volunteer Civil Service Personnel

No employee shall be disciplined for taking time off to perform emergency duty as a volunteer firefighter, peace officer, or emergency rescue personnel. Employees are also eligible for unpaid leave for required training. If an employee is an official volunteer firefighter, peace officer or emergency rescue personnel, he/she must alert the supervisor that he/she may have to take time off for emergency duty. When taking time off for emergency duty, please alert the supervisor and Human Resources before doing so when possible. An employee may use any accrued PTO, otherwise this leave will be unpaid.

## 1.11 Civil Air Patrol Leave

The Company will not discriminate against an employee for membership in the Civil Air Patrol. Additionally, the Company will not retaliate against an employee for requesting or taking Civil Air Patrol leave. The Company will provide not less than 10 days per year of leave but no more than 3 days at a time to employees who are volunteer members of the California Wing of the Civil Air Patrol. Employees must have been employed by the Company for at least 90 days immediately preceding the commencement of leave, and must be duly directed and authorized by a political entity that has the authority to authorize an emergency operational mission of the California Wing of the Civil Air Patrol. Employees must request leave with as much notice as possible in order to respond to an emergency operational mission of the California Wing of the Civil Air Patrol. Leave under this policy is unpaid. An employee taking leave under this policy will not be required to exhaust accrued vacation, personal leave, sick leave or any other type of accrued leave prior to taking unpaid Civil Air Patrol Leave. Following leave under this policy, an employee must return to work as soon as practicable and must provide evidence of the satisfactory completion of civil air patrol service. If the employee complies with these requirements, the employee will be restored to their prior position without loss of status, pay, or other benefits.

## 1.12 California Time Off for Voting

If an employee does not have sufficient time outside of working hours to vote in an official state-sanctioned election, the employee may take off enough working time to vote. Such time off shall be taken at the beginning or the end of the regular working shift, whichever allows for more free time, and the time taken off shall be combined with the voting time available outside of working hours to a maximum of two hours combined. Under these circumstances, an employee will be allowed a maximum of two hours of time off during an election day without loss of pay. When possible, an employee requesting time off to vote shall give his or her supervisor at least two days' notice.

## 1.13 California Leave for Victims of Crime, Domestic Violence, Sexual Assault or Stalking

Company provides employees who are victims of crime, domestic violence, sexual assault or stalking with unpaid leave to:

- Seek medical attention for injuries caused by crime, domestic violence, sexual assault, or stalking.

- Obtain services from a crime victim, domestic violence shelter, program, or rape crisis center as a result of a crime, domestic violence, sexual assault, or stalking.

- Obtain psychological counseling related to an experience of crime, domestic violence, sexual assault, or stalking.

- Participate in safety planning and take other actions to increase safety from future crimes, domestic violence, sexual assault, or stalking, including temporary or permanent relocation;

- Obtain any of the above listed services in connection with an immediate family member who is deceased as the direct result of a crime.

- You must provide reasonable advance notice of your intention to take leave for the above reasons unless advanced notice is not feasible. If an unscheduled absence occurs, you must provide the following documentation within a reasonable amount of time after your absence:

- A police report indicating that you were a victim of domestic violence, sexual assault, or stalking or a family member is deceased as a direct result of a crime

- A court order protecting or separating you from the perpetrator of an act of domestic violence, sexual assault, or stalking, or other evidence from the court or prosecuting attorney stating that you have appeared in court; or

- Documentation from a licensed medical professional, domestic violence counselor, sexual assault counselor, licensed health care provider, or counselor stating that you were undergoing treatment for physical or mental injuries or abuse resulting from victimization of an act of domestic violence, sexual assault, stalking or related to the death of a family member as a direct result of a crime.

- You may use available vacation, personal leave, accrued paid sick leave, or compensatory time off for your leave unless you are covered by a collective-bargaining agreement that states otherwise.

Leave under this policy will run concurrently with other types of leave where permitted under applicable law.

Company will maintain the confidentiality of anyone requesting time off or requesting an accommodation under this policy, except as required by federal or state law or as necessary to protect your safety in the workplace.

The Company will not retaliate against a victim of crime, domestic violence, sexual assault, or stalking for requesting or obtaining leave in accordance with applicable law and this policy.

CONFIDENTIAL

## 1.14 California Victims of Crime Leave to Attend Judicial Proceedings

A California employee who is themselves a victim or who is the family member of a victim of a violent felony or serious felony may take time off from work under the following circumstances:

- the crime must be a violent or serious felony, as defined by law; and

- the employee must be the victim of a crime, or must be an immediate family member of a victim, a registered domestic partner of a victim, or the child of a registered domestic partner of a victim.

An immediate family member is defined as: a spouse, child, stepchild, brother, stepbrother, sister, stepsister, mother, stepmother, father or stepfather.

A registered domestic partner means a domestic partner who is registered in accordance with California state law.

The absence from work must be in order to attend judicial proceedings related to a crime listed above. Such judicial proceedings include any delinquency proceeding, involving a post-arrest release decision, plea, sentencing, post-conviction release decision, or any proceeding in which a right of the victim is an issue.

In advance of the absence, the employee must provide the Company with reasonable advance notice and a copy of the notice of each scheduled proceeding. If providing advance notice is not feasible or if an unscheduled absence occurs, the Company may require the employee to provide certification of the judicial proceeding as provided by law. The time off will be unpaid unless the employee elects to use accrued vacation.

The Company shall maintain the confidentiality of any employee requesting or taking time off under this policy, as provided by law. In addition, the Company will not discharge or in any manner discriminate or retaliate against any employee for requesting or taking time off under this policy, and prohibits such retaliation by others.

Employees should contact Human Resources for more information.


## 1.15 California Time Off For Parents

Employees are encouraged to participate in the school activities of their child (ren). The time off is subject to all of the following conditions:

- Parents, guardians, grandparents, stepparents, foster parents, person standing in loco parentis to a child having custody of one or more children in kindergarten or grades one to 12 or with a licensed child care provider may take time off for a school activity;

- The time off for school activity participation cannot exceed eight hours in any calendar month, or a total of 40 hours each school year;

- Employees planning to take time off for school visitations must provide as much advance notice as possible to their supervisor;

- If both parents are employed by the Company, the first employee to request such leave will receive the time off. The other parent will receive the time off only if the leave is approved by his or her supervisor;

- Employees must use accrued paid time off in order to receive compensation for this time off;

- Employees who do not have accrued paid time off available will take the time off without pay, and

- Employees must provide their supervisor with documentation from the school verifying that the employee participated in a school activity on the day of the absence for that purpose.

The employee can also use time off to address a "child care provider or school emergency." There is not an eight hour per calendar month limitation on this emergency usage. The employee must give notice to the employer.

A child care provider or school emergency means that the employee's child cannot remain in a school or with a child care provider due to one of the following:

- The school or child care provider has requested that the child be picked up, or has an attendance policy (excluding planned holidays) that prohibits the child from attending or requires the child to be picked up from the school or child care provider;

- Behavioral or discipline problems;

- Closure or unexpected unavailability of the school or child care provider, excluding planned holidays; or

- A natural disaster, including, but not limited to, fire, earthquake or flood.

The employee is also entitled to unpaid time off, upon reasonable notice, when required to appear at a child's school because the child has been suspended. In accordance with California Labor Code Section 230.7, no discriminatory action will be taken against an employee who takes time off for this purpose.

## 1.16 California Bone Marrow and Organ Donor Leave

Under California law, employees may take up to thirty (30) days of paid leave within any one-year period for the purpose of donating his or her organ to another person. Also, employees may take up to five (5) days of paid leave within any one-year period for the purpose of donating his or her bone marrow to another person. An additional unpaid leave of up to 30 business days in a 12-month period may be granted to an employee donating an organ.

In order to receive a leave of absence under this policy, the employee must provide a written verification that they are an organ or bone marrow donor and that there is a medical necessity for the donation of the organ or bone marrow. Any period of leave shall not be considered a break in continuous service for the purpose of salary adjustments, paid time off, annual leave, or seniority. This leave is designed to be available in addition to leaves granted by the Family Medical Leave Act, the California Family Rights Act and/or Company policy. This leave does not run concurrently with FMLA or CFRA type leaves.

Upon expiration of this leave, the employee shall be restored to his or her previous position, or an equivalent position, although the Company reserves the right to decline to restore the employee to their previous position or an equivalent position because of conditions unrelated to the employee's exercise of their leave rights under this policy.

## 1.17. Rehabilitation Leave

An employee may be entitled to rehabilitation leave if he or she voluntarily enters and participates in an alcohol or drug rehabilitation program. Such leave may be taken as an adjusted work schedule or a leave of absence provided the leave does not impose undue hardship on the Company. An employee requesting rehabilitation leave must inform his or her supervisor as soon as practicable of the need for such leave.

Employees must be prepared to provide Human Resources with certification to verify the employee's participation in such a program, and the Company will maintain confidentiality to the fullest extent possible. The Company will attempt to safeguard the privacy of an employee's participation in the rehabilitation program. Rehabilitation leave is unpaid; however, employees may use accrued paid time off for this purpose. Whether or not rehabilitation leave is available or requested will not prohibit Company from refusing to hire, or discharging an employee who, because of the employee's current use of alcohol or drugs, is unable to perform his or her duties, or cannot perform the duties in a manner which would not endanger his or her health or safety or the health or safety of others.

## 1.18 Literacy Assistance

The Company is committed to providing reasonable accommodations to employees who need assistance to participate in an adult literacy education program, provided the accommodation does not impose an undue hardship on the Company. Assistance from the Company may include, but is not limited to, unpaid time off or an adjusted work schedule so that the employee may participate in a literacy program; providing the employee

with locations of local literacy education programs; or arranging for a literacy education provider to visit the jobsite. If you need assistance in enrolling in such a program, please contact Human Resources.

## 1.19 California Employee Classifications, Meal & Rest Periods and Overtime Exempt/Nonexempt

The Company complies with federal and state laws governing minimum wage, hours, overtime pay, and working conditions for employees. Consistent with these laws, all Company positions are designated either exempt or nonexempt. These designations indicate, among other things, eligibility for overtime pay as defined by the federal Fair Labor Standards Act and the California Labor Code and applicable Wage Orders or local ordinance.

### Exempt

Exempt employees are exempt from overtime provisions of the federal Fair Labor Standards Act and the California Labor Code and applicable Wage Orders or local ordinance. Exempt employees may be required to work extended hours as required to complete their job duties. Exempt employees will not receive overtime pay.

### Nonexempt

The overtime and minimum wage provisions of the federal Fair Labor Standards Act and the California Labor Code and applicable Wage Orders or local ordinance, cover nonexempt employees. Nonexempt employees are entitled to overtime pay for work in excess of 8 hours in a day or 40 hours in a workweek. However, nonexempt employees must not work overtime unless such overtime is approved in advance in writing by their supervisor. Nonexempt employees also are required to take certain rest breaks and meal periods, to the extent required by California law.

The Company provides meal and rest periods by making them available to nonexempt employees, to the extent and in the manner required by applicable state law. For example, non-exempt employees in California are required to take meal and rest periods under the following terms:

### Meal Periods

A non-compensable meal period of at least thirty (30) uninterrupted minutes is provided to all non-exempt employees who work five (5) or more hours in a day, unless not required pursuant to applicable law. The time when meal periods are scheduled varies among departments, depending on the business needs of each department, however the meal period must begin no later than the end of the employee's fifth hour of work. A second non-compensable meal period of at least thirty (30) uninterrupted minutes is provided to all non¬exempt employees who work ten (10) or more hours in a day, unless not required pursuant to applicable law. The second meal period must begin no later than the end of the employee's tenth hour of work. Non-exempt employees are required to take meal periods, and must not eat at their desks or workstations or perform any work during the meal period. Non-exempt employees are entirely relieved from duty during their meal period and may leave Company premises. Employees are responsible for recording or reporting the beginning and end of each meal period, and should be prepared to resume work promptly after the conclusion of the meal period.

### Rest Periods

All employees also will be provided one ten (10) minute paid rest period per every four (4) hours worked, or major fraction thereof, except that no rest period will be provided when an employee works less than three and one-half hours total in a day. "Major fraction" means any period over two hours. Thus, an employee is entitled to a second paid ten (10) minute rest period for shifts over six hours, a third paid ten (10) minute rest period for shifts over ten (10) hours, and so forth. Employees are expected to schedule their rest breaks at their discretion, unless otherwise instructed by a supervisor. However, to the extent possible, rest breaks should be scheduled in the middle of each four (4) hour period of the employee's work schedule. Rest periods may not be combined with or added to an employee's meal period, or used to cover tardiness or leaving early.

### Overtime Wages

In California, overtime is paid at one and a half (11/2 X) the regular rate for hours worked in excess of 40 hours

per week, or in excess of 8 hours up to and including 12 hours in any workday. Twice (2 X) the regular rate will be paid for all hours worked in excess of 12 hours on any workday. Work performed on the seventh consecutive day worked in a workweek will be compensated at one and a half times the regular rate for the first 8 hours, and double time for work in excess of 8 hours. This provision does not apply to employees who are exempt under the provisions of applicable state and federal law. Employees must seek approval from their managers before working overtime. Employees will be paid for all overtime worked in accordance with state and federal law.

## Make-Up Time

Non-exempt employees in California may make up work time that would be lost as a result of personal obligations, if the make-up time is approved in advance and only if the time is made up in the same workweek in which the time was missed. Make-up time is paid at the employee's straight-time rate of pay. To qualify, the make-up time must not cause the employee to work over 11 hours in a workday or over 40 hours in a workweek. These arrangements are only permissible to accommodate an employee's scheduling needs. Ameris Bank does not encourage, discourage, or solicit its employees to use make-up time. Supervisors are not permitted to provide "comp time" to avoid application of the standard overtime rules.

All requests to work make-up time must be submitted to the employee's manager for advance approval by using the California Make-Up Time Request form, which can be found on the Mane Connection. The form must be submitted for approval at least 24 hours before the employee's requested make-up time is to occur. The manager is responsible for completing the form by documenting their approval, modification, or declination of the request and providing both the employee and Human Resources with copies of the completed form and prior to the time the employee's requested make-up time is to occur.

If a personal obligation will recur at a fixed time over a succession of weeks, the employee may request to make up work time for up to four weeks in advance, if the make-up time is performed in the same workweek in which the time was missed.

Ameris Bank considers requests to work make-up time from non-exempt employees on an case-by-case basis and reserves the right to grant, deny, or modify requests in its sole discretion. Questions regarding this policy should be directed to the Human Resources Department.



Corporate Policies Section # 80.100

CONFIDENTIAL                    AMERIS000504

EFF 07.01.2022

AMERIS BANCORP, SUBSIDIARIES AND AFFILIATES
# CALIFORNIA EMPLOYEE HANDBOOK



CONFIDENTIAL                    AMERIS000505

# CALIFORNIA HANDBOOK STATEMENT

This California Handbook is designed to employees working in California with the organization and provide you with information about working conditions, employee benefits and policies affecting your employment in California. It is not intended to, and this California Handbook shall not, constitute terms or conditions of employment or a contractual agreement or arrangement with Ameris Bank and or its subsidiaries or affiliates (the "Company"). You are required to read the California Handbook, become familiar with its contents, ask questions if there is something you do not understand and fully comply with the intent and spirit of all provisions of the California Handbook.

The Company reserves the right to revise, supplement, or rescind any policies or portion of this California Handbook from time to time as it deems appropriate, in its sole and absolute discretion, with or without notice to its employees. Nothing in this California Handbook creates a contract between employees and the Company, nor a contractual right to any benefits described herein.

The policies and provisions contained in the California Handbook supersede all other previous state-specific California Handbooks or Addenda including the Balboa Capital Corporation Employee Handbook, but except where required by law or as specifically stated, do not supersede the provisions provided in the main Ameris Bancorp, Subsidiaries and Affiliates Employee Handbook, and may not be altered without the written approval of an Executive Officer of the Company.

The California Handbook is intended to supplement and expand on existing Ameris policies as may be required by California law. It should be read together with other Ameris comprehensive policies as spelled out in the Ameris Bancorp, Subsidiaries and Affiliates Employee Handbook (Corporate Policies Section #80-100) and other policy documents.

Employees should direct any questions concerning Ameris policies broadly or in California to Human Resources.

By my signature below, I acknowledge that I have read this Disclaimer and that I understand it.

_____          _____

Employee Signature          Date

_____

Employee's Printed Name



# IT IS MY PLEASURE TO WELCOME YOU TO OUR COMPANY!

Since our beginning in 1971, we have enjoyed a rich history built on a solid foundation of character and service. While the banking industry has encountered many changes over the past decades, our core values—Integrity, Honesty, Teamwork, High Standards and Equal Dignity—continue to serve us well. These testaments are building blocks of The Ameris Approach and position us to deliver one-of-a-kind, exceptional customer experiences.

We are excited about our future, and I want you to be energized about our Company. Each of us has an important role in making a difference, and I encourage you to seize the opportunity to achieve success, both professionally and personally.

Welcome to the Ameris Team!

Palmer Proctor
Ameris Bank Chief Executive Officer

# ABOUT THIS HANDBOOK

This Handbook has been prepared to assist you in finding the answers to many questions that you may have regarding your employment with Ameris Bancorp, its banking subsidiary, Ameris Bank, or subsidiaries and affiliates (for purposes of this Handbook, referred to as "us", "we", or the "Company"). Please take the necessary time to read this Handbook.

We do not expect this Handbook to answer all of your questions. Your manager and Human Resources will also be major sources of information.

Neither this Handbook nor any other verbal or written communication by a management representative is, nor should it be considered to be, an agreement, contract of employment, express or implied, or a promise of treatment in any particular manner in any given situation. The Company adheres to the policy of employment at will, which permits the Company or the employee to terminate the employment relationship at any time, for any reason, with or without cause or notice.

Any modification of at-will status is only valid if contained in writing and signed by an Executive Officer of the Company.

Many matters covered by this Handbook, such as benefit plan descriptions, are also described in separate Company documents. These Company documents are always controlling over any statement made in this Handbook or by any member of management.

This Handbook states only general Company guidelines. The Company may, at any time, in its sole discretion, modify its interpretation of, vary from, or change anything stated in this Handbook, as well as any other Company guidelines, policies, practices, working conditions or benefits, in an individual case or generally, with or without notice. Nothing in this Handbook should be construed as a promise of specific treatment in any specific situation upon which an employee should rely.

Your employment is at will. This means your employment is for an indefinite period of time and it is subject to termination by you or the Company, with or without cause, with or without notice, and at any time. Nothing in this handbook or any other policy of the Company shall be interpreted to be in conflict with or to eliminate or modify in any way, your at-will employment status.

This Handbook supersedes all prior Handbooks.

# OUR STORY

Ameris Bank opened its doors as American Banking Company on October 1, 1971 with one location in Moultrie, Georgia. Since then, we have always stood for strength and courage; pride and fierce determination. These characteristics hold true today, as we continue to grow and expand beyond our southern Georgia roots. In 1979, our first acquisition occurred, and the rest is history. 30+ acquisitions later and we are now the premier community bank in the Southeast.

The founding board envisioned a bank for the future and set out to create one known for its steadfast combination of character, service and value. Over 50 years later, our colleagues continue to hold true to these core traits enriching our legacy by providing advanced products and services, anchored by traditional, home-town values, with the purpose of improving the lives of our customers and supporting our communities.

While we have a rich legacy, Ameris Bank is a far cry from the status quo of big box banking. We have been, and always will be, a strong bank that isn't afraid to be bold to best serve our customers and communities.

**The Ameris Approach** defines who we are. It's how we interact, serve and support each other. It's how we conduct business with the people who bank with us. The Ameris Approach encompasses all the elements that make our culture unique. It's up to you to live it. To approach your work, your colleagues, your communities the Ameris way.

## Our Mission
The mission of Ameris Bank is to be a major financial service provider through empowered employees creating a positive community impact and delivering a competitive shareholder return.

## Our Vision
Ameris Bank will be a high-performing community bank providing an exceptional customer experience with well-trained, empowered employees.

## Our Purpose
The purpose of Ameris Bank is to bring financial peace of mind to our communities one person at a time.

## Our Experience Expectations
Attention, Understanding and Personal

## Our Values
Integrity, Equal Dignity, Teamwork, Honesty, High Standards

# EMPLOYEE HANDBOOK

# TABLE OF CONTENTS

DISCLAIMER ............................................................................................................................. 2

ABOUT THIS HANDBOOK ......................................................................................................... 4

CALIFORNIA FAIR EMPLOYMENT & HOUSING ACT ............................................................. 7

1.2 CALIFORNIA PREGNANCY DISABILITY LEAVE ............................................................. 10

1.3 LACTATION ACCOMMODATION .................................................................................... 11

1.4 CALIFORNIA FAMILY RIGHTS ACT (CFRA) .................................................................. 12

1.5 FAMILY TEMPORARY DISABILITY INSURANCE (PAID FAMILY LEAVE BENEFITS) ......... 13

1.6 CALIFORNIA PAID SICK LEAVE ELIGIBLE EMPLOYEES ............................................... 13

1.7 WORKERS' COMPENSATION LEAVE .............................................................................. 14

1.8 CALIFORNIA FAMILY MILITARY LEAVE .......................................................................... 15

1.9 CALIFORNIA FAMILY MILITARY LEAVE ACT FOR SPOUSES OF MILITARY MEMBERS ...... 15

1.10 CALIFORNIA VOLUNTEER CIVIL SERVICE PERSONNEL ............................................. 15

1.11 CIVIL AIR PATROL LEAVE ............................................................................................ 15

1.12 CALIFORNIA TIME OFF FOR VOTING .......................................................................... 16

1.13 CALIFORNIA LEAVE FOR VICTIMS OF CRIME, DOMESTIC VIOLENCE,
SEXUAL ASSAULT OR STALKING ......................................................................................... 16

1.14 CALIFORNIA VICTIMS OF CRIME LEAVE TO ATTEND JUDICIAL PROCEEDINGS ........... 17

1.15 CALIFORNIA TIME OFF FOR PARENTS ......................................................................... 17

1.16 CALIFORNIA BONE MARROW AND ORGAN DONOR LEAVE ....................................... 18

1.17. REHABILITATION LEAVE .............................................................................................. 18

1.18 LITERACY ASSISTANCE ............................................................................................... 18

1.19 BEREAVEMENT LEAVE ................................................................................................. 19

1.20 EMERGENCY CONDITIONS ......................................................................................... 19

1.21 CALIFORNIA EMPLOYEE CLASSIFICATIONS, MEAL & REST PERIODS
AND OVERTIME EXEMPT/NONEXEMPT ............................................................................... 19

# California Fair Employment & Housing Act

## Equal Employment Opportunity

The Company's policy is to provide equal employment and advancement opportunity to all applicants and employees, employment decisions at the Company will be based on merit, qualifications, and abilities.

The Company does not discriminate in employment opportunities or practices on the basis of race, color, religious creed (including religious dress and grooming practices), gender, gender identity, gender expression, transgender, sex stereotyping, sexual orientation, sex (which includes pregnancy, childbirth, breastfeeding reproductive health decision making or related medical conditions), veteran and military status, marital status, registered domestic partner status, age, national origin (including language use restrictions) or ancestry, physical or mental disability (including HIV and AIDS), medical condition (cancer and genetic information or characteristics), or any other characteristic protected by federal, state, or local laws. It also prohibits unlawful discrimination based on the perception that anyone has any of those characteristics, or is associated with a person who has or is perceived as having any of those characteristics. This policy governs all aspects of employment, including but not limited to, recruitment, selection, job assignment, compensation, disciplinary action, promotion, termination, and access to benefits and training.

The Company also will make reasonable accommodations for all qualified employees or applicants with known disabilities, provided that such accommodations will not impose an undue hardship on the Company.

The Company also will make reasonable accommodations for the religious observances and practices of employees, including with respect to employee work schedules, religious dress practices and religious grooming practices, unless doing so would result in an undue hardship.

Any employee who has any questions regarding the company's Equal Employment Opportunity Policy, who feels that the policy has been violated, or who feels that he or she has been discriminated against, harassed, retaliated against, or otherwise treated unfairly as a result of being a member of any of the categories specified above, must immediately bring the matter directly to the attention of his or her supervisor, any manager, the Human Resources Department. Appropriate disciplinary action, up to and including termination, may be taken against any employee who violates this policy.

## Harassment, Discrimination, and Retaliation

The Company is committed to providing a work environment free of harassment, discrimination, retaliation, and disrespectful or other unprofessional conduct based on race; religion (all aspects of religious beliefs, observance or practice, including religious dress and grooming practices); color; national origin; ancestry; physical disability; mental disability; medical condition (including cancer or a record or history of cancer); genetic information; sex (including pregnancy, childbirth, breastfeeding or related medical conditions); gender identity or expression; trans-gender status, sexual orientation; marital status; registered domestic partner status; veteran status, current or prospective service in the uniformed services; age; or any other protected class under federal, state, or local law. It also prohibits discrimination, harassment, disrespectful or unprofessional conduct based on the perception that anyone has any of those characteristics, or is associated with a person who has or is perceived as having any of those characteristics.

In addition, the Company prohibits retaliation against individuals who raise complaints of discrimination or harassment or who participate in workplace investigations. All such conduct violates company policy.

## Harassment, Harassment Prevention and Bullying

The Company's policy prohibiting harassment applies to all persons involved in the operation of the company. The Company prohibits harassment, disrespectful, or unprofessional conduct by any employee of the company, including supervisors, managers, and co-workers. The Company's anti-harassment policy also applies to vendors, customers, independent contractors, interns, volunteers, persons providing services pursuant to a contract, and other persons with whom you come into contact while working, as well as other types of work relationships as defined by law.

Prohibited harassment, disrespectful, or unprofessional conduct includes, but is not limited to, the following behavior:

- Verbal conduct such as epithets, derogatory jokes or comments, slurs or unwanted sexual advances, invitations, comments, posts, or messages;

- Visual displays such as derogatory and/or sexually-oriented posters, photography, cartoons, drawings, or gestures;

- Physical conduct including assault, unwanted touching, intentionally blocking normal movement or interfering with work because of sex, race, or any other protected basis;

- Threats and demands to submit to sexual requests or sexual advances as a condition of continued employment, or to avoid some other loss and offers of employment benefits in return for sexual favors;

- Retaliation for reporting or threatening to report harassment; and

- Communication via electronic media of any type that includes any conduct that is prohibited by state and/or federal law or by company policy.

Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and other verbal, visual, or physical conduct of a sexual nature when (1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment, (2) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting the individual, or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment, even if there are no tangible or economic job consequences. Sexual harassment does not need to be motivated by sexual desire to be unlawful or to violate this policy. For example, hostile acts toward an employee because of his/her gender can amount to sexual harassment, regardless of whether the treatment is motivated by sexual desire.

The term "sexual harassment" includes many forms of offensive behavior. Here are some types of behaviors that may be violations of this policy:

- Making sexually suggestive comments, jokes, advances, or offering employment benefits in exchange for sexual favors.

- Teasing, bullying, making fun of or making derogatory remarks about someone's age, race, sexual orientation, disability, or gender.

- Posting, passing around, or displaying sexually suggestive or obscene printed materials or objects.

- Gender-based harassment including harassment by someone of the same sex as the victim. Sexual harassment is considered to be sex discrimination in violation of federal and state law.

Prohibited harassment is not just sexual harassment but harassment based on any protected category. Additionally, abusive conduct, defined as any conduct of an employer or employee in the workplace, with malice, that a reasonable person would find hostile, offensive, and unrelated to an employer's legitimate business interests will not be tolerated.

In addition to the above, the Company does not condone and will take all steps to prevent and stop bullying in all work sites. Verbal bullying is saying or writing mean things. Verbal bullying includes: teasing, name-calling, inappropriate sexual comments, taunting, threatening to cause harm, social bullying, which is sometimes referred to as relational bullying and involves hurting someone's reputation or relationships, spreading rumors about someone, or embarrassing someone in public. Physical bullying involves hurting a person's body or possessions. Physical bullying includes: hitting/kicking/pinching, spitting, tripping/pushing, taking or breaking someone's things, making mean or rude hand gestures,

## Pay Discrimination

Pay discrimination between employees performing substantially similar work based on gender, race, ethnicity or prior compensation history, as defined by the California Fair Pay Act and federal law, is prohibited. Pay differentials may be valid in certain situations defined by law. Employees will not be retaliated against for

inquiring about or discussing wages. However, the Company is not obligated to disclose the wages of other employees.

## Anti-Retaliation

The Company will not retaliate against you for filing a complaint or participating in any workplace investigation and will not tolerate or permit retaliation by management, employees, or co-workers. It is prohibited for supervisors, managers, and co-workers, as well as third parties such as vendors or customers, to retaliate against an employee because the employee has complained about harassment, discrimination, retaliation, abusive conduct, or participated in an investigation, proceeding, or hearing based on such a complaint and is a serious violation of this policy.

## Complaint Process

Ameris Bank strives to make every employee feel comfortable and confident in approaching any member of management, at any level, with concerns. If you believe that you have been the subject of otherwise observed harassment, discrimination, retaliation or other unacceptable behavior, please bring it to the attention of your supervisor, Human Resources, the Diversity and Inclusion Officer, or Report It!- Ameris Bank's anonymous hotline. Instructions for utilizing Report It! are located in the Employee Center of the Mane Connection.

You also should be aware that the Federal Equal Employment Opportunity Commission and the California Department of Fair Employment and Housing investigate and prosecute complaints of prohibited harassment, discrimination, and retaliation in employment. If you think you have been harassed or discriminated against or that you have been retaliated against for resisting, complaining, or participating in an investigation, you may file a complaint with the appropriate agency. The DFEH can be contacted at (800) 884-1684; or for the hearing impaired, (TTY) (800) 700-2320; or visit the department's website at www.dfeh.ca.gov. The Equal Employment Opportunity Commission (EEOC) can be reached by calling (800) 669-4000 or for the hearing impaired, (800) 669-6820. EEOC field office information is available at www.eeoc.gov.

Supervisors must refer all complaints involving harassment, discrimination, retaliation, or other prohibited conduct to the Company's Human Resources department in effort to resolve the complaint.

When the Company receives allegations of misconduct, it will immediately undertake a fair, timely, thorough, and objective investigation of the allegations in accordance with all legal requirements. The Company will reach reasonable conclusions based on the evidence collected.

The Company will maintain confidentiality to the extent possible. However, the Company cannot promise complete confidentiality. The Company's duty to investigate and take corrective action may require the disclosure of information to individuals with a need to know.

Complaints will be:

· Responded to in a timely manner

· Kept confidential to the extent possible

· Investigated impartially by qualified personnel in a timely manner

· Documented and tracked for reasonable progress

· Given appropriate options for remedial action and resolution

· Closed in a timely manner

The Company may exercise its discretion to put certain interim measures in place, such as a suspension, leave of absence or a transfer, while the investigation proceeds. At the conclusion of the investigation, if the Company determines a policy violation has occurred, it may, at its sole discretion, take remedial action, up to and including termination of employment.

Because the Company is committed to avoiding even the appearance of impropriety with respect to harassment, it may take corrective action toward any employee for inappropriate conduct learned during the course of any investigation, regardless of whether the conduct amounts to a violation of law or even a violation of this policy. If a person who is found to have engaged in inappropriate conduct is not employed by

CONFIDENTIAL

the Company, it will take whatever corrective action it determines is reasonable and appropriate under the circumstances.

Any individual who is found to have engaged in unlawful harassment may be personally liable for his/her actions. Depending on the circumstances, the Company might or might not provide legal representation to employees accused of illegal harassment.

## 1.2 California Pregnancy Disability Leave

**Eligibility.** Pregnant employees are encouraged to continue working, according to the advice of their medical provider. Female employees affected by pregnancy, childbirth, or related medical conditions, or affected by a condition related to pregnancy, childbirth, or a related medical condition, are entitled to the following:

**Transfer.** Upon request the Company will temporarily transfer the employee to a less strenuous position or to less hazardous duties, if the transfer request is based on medical advice, and the requested transfer can be reasonably accommodated.

**Reasonable Accommodation.** Upon request the Company will make a reasonable accommodation, if the accommodation request is based on medical advice, and the requested accommodation is effective in enabling the employee to perform the essential functions of her job.

**Leave of Absence.** An employee actually disabled because of pregnancy, childbirth or a related medical condition is eligible for up to four months of pregnancy disability leave. The leave of absence need not be taken in one continuous period of time. Pregnancy Disability Leave (PDL) does not run concurrently with California Family Rights Act (CFRA) leave to care for the newborn baby, if applicable. Federal and Medical Leave Act (FMLA), if applicable, does run concurrently with Pregnancy Disability Leave (PDL).

**Notice Requirements.** Employees must give at least 30 days' advance notice to the Company before a pregnancy-related disability leave or pregnancy-related transfer is to begin if the need for the leave or transfer is foreseeable. If 30 days' notice is not possible, the employee should give notice as soon as possible.

To support a request for a pregnancy-related disability leave or pregnancy-related transfer or accommodation, the employee must present written certification from her health care provider that contains the following information:

- The date on which (i) the employee became disabled, or (ii) the employee's need for a transfer or other accommodation became medically advisable;
- The probable duration of the period(s) of disability or the employee's need for a transfer or other accommodation; and
- A statement that, (i) due to the disability, the employee is unable to perform one or more of the essential functions of her position without undue risk to herself, her baby, or to other persons, or (ii) due to the employee's pregnancy, transfer or another accommodation is medically advisable.

The Company may ask the employee for recertification at reasonable intervals, but no more often than every 30 days, unless (1) the employee requests an extension of her leave; (2) the circumstances described by the employee's original certification have changed significantly; or (3) the Company learns of information that casts doubt upon the continuing validity of the employee's original certification.

**Compensation and Benefits.** Pregnancy Disability Leave is generally unpaid. Employees may substitute accrued vacation, but are not compelled to do so. Employees may be eligible to receive benefits under the Company's Short-Term Disability Plan. An employee should apply for California State Disability Insurance (SDI) benefits, as soon as she becomes disabled. SDI forms are generally available from health care providers. Please contact Human Resources for additional information Pregnancy Disability Leave. Accrual of vacation and holiday pay will be suspended during a Pregnancy Disability Leave, and will resume upon return to active employment.

Subject to the terms, conditions and limitations of the applicable plans, during a Pregnancy Disability Leave,

group medical plan coverage for the employee and her dependents will be maintained at the level and under the conditions coverage would have been provided if the employee had remained continuously employed. The obligation continues up to a maximum of 4 months. Thereafter, an employee may elect to continue coverage pursuant to COBRA. When the employee returns from leave, benefits will again be provided by the Company, according to all applicable plans. Under certain circumstances, if the employee does not return from leave, the Company can recoup premium payments from the employee that were paid on the employee's behalf during leave.

**Reinstatement after Leave.** If before the expiration of four months, an employee is released to resume work on her anticipated date of return, the employee will be reinstated on that date. If she is ready to return earlier than the expiration of approved leave, she must notify the Company of her readiness to return, and the Company will reinstate her within two (2) business days, where feasible, after notice of the changed circumstances. Reasonable extensions of leave will be considered for approval if the employee provides proper documentation before the original expiration date. Failure to report to work upon expiration of leave will be deemed a voluntary termination of employment.

When an employee is ready to return to work, she must obtain a written release from her health care provider certifying that she is able to perform all of the essential duties of her job, with or without reasonable accommodation. The Company will reinstate an employee to the job she held before the leave or transfer began unless the employee would not otherwise have been employed in the same job at the time reinstatement is requested for legitimate business reasons unrelated to the leave.

If the Company cannot reinstate an employee to her job, it will offer the employee a comparable position for which she is qualified, provided that a comparable position is available either at the time she returns to work or within 60 days after her return. An employee has no greater rights under this policy to a comparable job than if she had continued working and not taken leave. The Company reserves the right to select the best qualified candidate for any job vacancy.


## 1.3 Lactation Accommodation

The Company recognizes the health benefits of breastfeeding for both parent and child.  Therefore, the Company provides a supportive environment to encourage breastfeeding or the expressing of breast milk by employees during work hours.  In accordance with federal and California State laws, it is the policy of the Company to accommodate nursing employees' lactation needs. All nursing employees are eligible under this policy.

**Milk Expression Breaks.** Breastfeeding employees are allowed to breastfeed or express milk during work hours. As much as is reasonably possible the employee will use their normal breaks and meal times.  For time that may be needed beyond the usual break times, employees may use vacation, personal leave time or may make up the time as negotiated with their supervisors.  If additional time is needed and the employee chooses not to use vacation time, personal leave time or cannot work out make up the time, the time taken will be unpaid.

**Location to Express Milk.** The Company will make "reasonable" efforts to identify a location in close proximity to the nursing employee's work area.  To the fullest extent possible, the location will meet the following criteria:

1.  The space will be equipped with an electrical outlet.

2.  The space will have comfortable seating.

3.  The space will not be a toilet or bathroom, or a closet or storage room.

4.  The location will provide adequate privacy.

5.  The location may be a private office or conference room that can be secured to provide adequate privacy.

6.  The space will be sanitary.

7.  The space will include or will be near a facility where hand washing can take place and where breast pump equipment can be cleaned.

**Equipment and Storage.** Employees are responsible for bringing their own breast pump equipment and for cleaning their own breast pump equipment. Express milk may be stored in personal and marked containers and placed in the Company refrigerator unit.

**Employee Responsibility.** Breastfeeding employees are responsible for keeping milk expression areas clean, using anti-microbial wipes to clean the pump and the area around it. Employees are also responsible for keeping the general lactation room clean for the next user.

An employee who has need for lactation accommodation should inform her supervisor and review this policy and discuss any scheduling issues that may arise from the need for expressing breast milk.

**Non-Discrimination.** Breastfeeding should not constitute a source of discrimination in employment or in access to employment. It is prohibited under this policy to harass a breastfeeding employee; such conduct unreasonable interferes with an employee's work performance and creates an intimidated hostile of offensive working environment. Any incident of harassment of breastfeeding employee will be addressed in accordance with the Company's policies for discrimination and harassment.

**Filing a Complaint.** Nursing employees who feel they have been denied appropriate accommodations or have been harassed due to breastfeeding or expressing milk are encouraged to contact Human Resources. You also may file a report/claim with the California Labor Commissioner's Bureau of Field Enforcement (BOFE) at the BOFE office nearest your place of employment. The complaint must be filed within three years of the alleged unlawful action. In addition, if you feel like you have been a victim of retaliation for either asserting a right to lactation accommodation or for complaining to the Labor Commissioner about the failure of the Company to provide this accommodation, you may file a retaliation claim with the Labor Commissioner's Office You must file a retaliation claim with the Labor Commissioner's Office within six months of the alleged retaliation.

## 1.4 California Family Rights Act (CFRA)

The Company will grant family and medical leave in accordance with the requirements of applicable state and federal law in effect at the time the leave is granted. The requirements and procedures for requesting and taking leave for this purpose are generally the same as for leave to care for other family members, as stated in the FMLA policy in the Ameris Bancorp, Subsidiaries and Affiliates Employee Handbook, except that:

a) CFRA does not run concurrently with a California employee's pregnancy disability leave but is available as leave to care for the newborn baby, if applicable;

b) CFRA is available to care for an immediate family member (employee's child, parent, grandparent, grandchild, sibling, spouse, domestic partner or a designated person who is related by blood or whose association with you is the equivalent of a family relationship. If leave is required for a designated person, employees are limited to designating one person during any 12 month period.

c) When both employees are employed by Company, and request simultaneous leave for the birth or placement for adoption or foster care of a child, Company will provide each parent no more than a total of 12 workweeks family/medical leave for this reason (CFRA only). The Company may request that the employees schedule their respective time off in a manner to minimize disruption to the operations of Company; and

d) Under CFRA there is no requirement that an employee work at a location where there are at least 50 employees within 75 miles.

All leave time taken to care for a registered domestic partner will be counted against the employee's CFRA family and medical leave law entitlement to the fullest extent permitted by law. No greater or lesser leave benefits will be granted than those set forth in California law. In certain situations, the federal law requires that provisions of state law apply. In any case, employees will be eligible for the most generous benefits available under applicable law.

### Guarantee of Employment
The Company will guarantee your return to your position or comparable position upon conclusion of your leave.

### Health Insurance Coverage
To the extent the Company provides group health insurance coverage for its employees, The Company will maintain and pay for coverage for your health insurance during your CFRA leave on the same terms and conditions as for employees who are actively at work. We reserve the right to seek to recover coverage costs if the conditions outlined by CFRA leave are not met.

## 1.5 Family Temporary Disability Insurance (Paid Family Leave Benefits)
California based employees are covered by California's Paid Family Leave (PFL) benefit. The PFL fund is administered by the California Employment Development Department ("EDD"), not the Company, which means that employees must apply to the EDD to receive this benefit. Through the PFL fund, the EDD will provide eligible employees with a wage supplement for a maximum of eight weeks within a 12-month period. PFL benefits may be available from the EDD for a leave of absence for the following:

- For the birth or placement of a child, as defined by the PFL law, for adoption or foster care within one year of the birth or placement of the child; or
- To care for an immediate family member (spouse, registered domestic partner, child or parent, as defined by the PFL law) who is seriously ill and requires care.

PFL benefits will be coordinated with an otherwise authorized leave of absence and PFL is not a separate entitlement to a leave of absence, only a funding mechanism. In such circumstances, the use of PFL benefits and/or paid time off during the leave period will not extend the length of the leave beyond what is required by applicable law and/or Company policy. Employee benefits do not accrue during a leave of absence unless otherwise required by law or by applicable Company policies.

## 1.6 California Paid Sick Leave Eligible Employees
All employees who have worked in California for 30 or more days within a year from the start of their employment will be entitled to paid sick time. However, employees are not eligible to take paid sick time until they have worked for the Company for 90 days from their date of hire.

### Sick Pay Amount
Eligible employees will receive sick leave as outlined in Ameris Bancorp, Subsidiaries and Affiliates Employee Handbook policy, up to 56 hours of paid sick time in a calendar year or additional leave as may be required by local laws.

You will need to meet the 90 day employment requirement before taking any leave. Exempt employees are presumed to work 40 hours per workweek for purposes of sick time accrual. If their normal workweek is less than 40 hours, accrual will be based on their normal workweek. The Company does not pay employees for unused paid sick leave. Employees who are rehired with one year of separation from employment may be eligible for reinstatement of previously accrued paid sick time.

### Cap on Accrual
Employees by carrying over sick leave from one year to the next, can accrue a maximum of sixty-seven days. After an employee has reached this maximum amount, no additional paid sick time will be earned until some or all of the employee's accrued paid sick time is used.

### Qualifying Reasons for Paid Sick Leave
Paid sick time can be used for the following reasons:

- Diagnosis, care or treatment of an existing health condition for an employee or covered family member, as defined below.

CONFIDENTIAL

- Preventive care for an employee or an employee's covered family member.

- For certain, specified purposes when the employee is a victim of domestic violence, sexual assault or stalking.

For purposes of paid sick leave, a covered family member includes:

- A child defined as a biological, foster or adopted child; a stepchild; or a legal ward, regardless of the age or dependency status of the child. A "child" also may be someone for whom you have accepted the duties and responsibilities of raising, even if he or she is not your legal child.

- A "parent" defined as a biological, foster or adoptive parent; a stepparent; or a legal guardian of an employee or the employee's spouse or registered domestic partner. A parent may also be someone who accepted the duties and responsibilities of raising you when you were a minor child, even if he or she is not your legal parent.

- A spouse.

- A registered domestic partner.

- A grandparent.

- A grandchild.

- A sibling.

- A designated person who is related by blood or whose association with you is the equivalent of a family relationship. If leave is required for a designated person, employees are limited to designating one person during any 12 month period.

### Use of Paid Sick Leave

If the need for paid sick leave is foreseeable, employees shall provide advance oral or written notification to their supervisor. If the need for paid sick leave is not foreseeable, employees shall provide notice to their supervisor as soon as practicable.

An employee's use of paid sick time may run concurrently with other leaves under local, state or federal law.

### Incremental Use

Paid sick leave can be used in 1 hour increments.

## 1.7 Workers' Compensation Leave

The Company furnishes workers' compensation insurance coverage at its expense. Workers' compensation insurance is intended to provide for medical care and income for lost time resulting from injuries on the job and those illnesses caused by your work. If you are injured on the job or made ill by working, report the injury or illness, no matter how minor, to management immediately.

Workers compensation insurance coverage is not available for injuries that occur during your voluntary participation in any off-duty recreational, social or athletic activity that is not part of your work-related duties, even if sponsored by the Company.

To ensure quality care in case of work-related injury or illness, the Company will direct you to an appropriate health care provider during the first 30 days of the injury or illness. If you wish to be treated by your own health care provider instead, you must notify the Company in writing before the injury or illness.

Employees who need to take a leave of absence due to a work-related illness or injury for which workers' compensation insurance benefits apply will be entitled to such a leave for the duration of the temporary disability status unless business justification warrants earlier termination. When an employee is entitled to FMLA/CFRA leave and workers' compensation leave, the leaves will run concurrently.

All employees should remember that workers' compensation fraud is a felony in California (and in other states as well). When an employee makes a workers' compensation claim knowing that the injury or illness is

not work related, that is a felony. When an employee allows a doctor, therapist or attorney to use a workers' compensation claim to make money by exaggerating the need for treatment or other benefits, such activity is also a crime. The Company will take all actions necessary to prosecute cases of workers' compensation fraud.

## 1.8 California Family Military Leave

Pursuant to California Military and Veterans Code Section 395.10, the Company will provide up to ten (10) days of time off to a California employee if the employee's spouse (as defined under California law) is a qualified member of the armed forces (as defined under California law) who is deployed home during a period of military conflict. The employee must work an average of twenty or more hours per week, and must also provide the Company with notice of his/her spouse's deployment within two business days of the employee's receipt of official notice of such deployment. The leave will be unpaid, unless the employee chooses to use available accrued PTO. Leave provided under California Military and Veterans Code Section 395.10 is in addition to any other leave that such employee may be entitled to take.

## 1.9 California Family Military Leave Act for Spouses of Military Members

The Company will provide unpaid leave for eligible employees who are married to deployed military service men or women. Eligible employees can take a family military leave of absence when their spouse is on leave from their deployment during a time of military conflict. The Company will provide up to 10 days of unpaid leave to eligible employees.

A qualified employee must be working an average of 20 hours a week or more, per week and must be a spouse of a qualified member of the US Armed Forces, National Guard, or Reserves. The "qualified military member" is one who has been deployed at a time considered as a military conflict, to an area that is defined as a combat one by the President of the United States. Qualified employees must provide Reddy Ice with the following, in order to be eligible for family military leave:

- A notice of intention to take family military leave within 2 business days of receiving official notice of his/her spouse's leave from deployment; and

- Documentation that certifies that the employee's military spouse will be on leave from deployment, during the dates that the family military leave is requested.

## 1.10 California Volunteer Civil Service Personnel

No employee shall be disciplined for taking time off to perform emergency duty as a volunteer firefighter, peace officer, or emergency rescue personnel. Employees are also eligible for unpaid leave for required training. If an employee is an official volunteer firefighter, peace officer or emergency rescue personnel, he/she must alert the supervisor that he/she may have to take time off for emergency duty. When taking time off for emergency duty, please alert the supervisor and Human Resources before doing so when possible. An employee may use any accrued PTO, otherwise this leave will be unpaid.

## 1.11 Civil Air Patrol Leave

The Company will not discriminate against an employee for membership in the Civil Air Patrol. Additionally, the Company will not retaliate against an employee for requesting or taking Civil Air Patrol leave. The Company will provide not less than 10 days per year of leave but no more than 3 days at a time to employees who are volunteer members of the California Wing of the Civil Air Patrol. Employees must have been employed by the Company for at least 90 days immediately preceding the commencement of leave, and must be duly directed and authorized by a political entity that has the authority to authorize an emergency operational mission of the California Wing of the Civil Air Patrol. Employees must request leave with as much notice as possible in order to respond to an emergency operational mission of the California Wing of the Civil Air Patrol. Leave under this policy is unpaid. An employee taking leave under this policy will not be required to exhaust accrued vacation, personal leave, sick leave or any other type of accrued leave prior to taking unpaid Civil Air Patrol

Leave. Following leave under this policy, an employee must return to work as soon as practicable and must provide evidence of the satisfactory completion of civil air patrol service. If the employee complies with these requirements, the employee will be restored to their prior position without loss of status, pay, or other benefits.

## 1.12 California Time Off for Voting

If an employee does not have sufficient time outside of working hours to vote in an official state-sanctioned election, the employee may take off enough working time to vote. Such time off shall be taken at the beginning or the end of the regular working shift, whichever allows for the most free time, and the time taken off shall be combined with the voting time available outside of working hours to a maximum of two hours combined. Under these circumstances, an employee will be allowed a maximum of two hours of time off during an election day without loss of pay. When possible, an employee requesting time off to vote shall give his or her supervisor at least two days' notice.

## 1.13 California Leave for Victims of Crime, Domestic Violence, Sexual Assault or Stalking

Company provides employees who are victims of crime, domestic violence, sexual assault or stalking with unpaid leave to:

- Seek medical attention for injuries caused by crime, domestic violence, sexual assault, or stalking.

- Obtain services from a crime victim, domestic violence shelter, program, or rape crisis center as a result of a crime, domestic violence, sexual assault, or stalking.

- Obtain psychological counseling related to an experience of crime, domestic violence, sexual assault, or stalking.

- Participate in safety planning and take other actions to increase safety from future crimes, domestic violence, sexual assault, or stalking, including temporary or permanent relocation;

- Obtain any of the above listed services in connection with an immediate family member who is deceased as the direct result of a crime.

- You must provide reasonable advance notice of your intention to take leave for the above reasons unless advanced notice is not feasible. If an unscheduled absence occurs, you must provide the following documentation within a reasonable amount of time after your absence:

- A police report indicating that you were a victim of domestic violence, sexual assault, or stalking or a family member is deceased as a direct result of a crime

- A court order protecting or separating you from the perpetrator of an act of domestic violence, sexual assault, or stalking, or other evidence from the court or prosecuting attorney stating that you have appeared in court; or

- Documentation from a licensed medical professional, domestic violence counselor, sexual assault counselor, licensed health care provider, or counselor stating that you were undergoing treatment for physical or mental injuries or abuse resulting from victimization of an act of domestic violence, sexual assault, stalking or related to the death of a family member as a direct result of a crime.

- You may use available vacation, personal leave, accrued paid sick leave, or compensatory time off for your leave unless you are covered by a collective-bargaining agreement that states otherwise.

Leave under this policy will run concurrently with other types of leave where permitted under applicable law.

Company will maintain the confidentiality of anyone requesting time off or requesting an accommodation under this policy, except as required by federal or state law or as necessary to protect your safety in the workplace.

The Company will not retaliate against a victim of crime, domestic violence, sexual assault, or stalking for

requesting or obtaining leave in accordance with applicable law and this policy.

## 1.14 California Victims of Crime Leave to Attend Judicial Proceedings

A California employee who is themselves a victim or who is the family member of a victim of a violent felony or serious felony may take time off from work under the following circumstances:

· the crime must be a violent or serious felony, as defined by law; and

· the employee must be the victim of a crime, or must be an immediate family member of a victim, a registered domestic partner of a victim, or the child of a registered domestic partner of a victim.

An immediate family member is defined as: a spouse, child, stepchild, brother, stepbrother, sister, stepsister, mother, stepmother, father or stepfather.

A registered domestic partner means a domestic partner who is registered in accordance with California state law.

The absence from work must be in order to attend judicial proceedings related to a crime listed above. Such judicial proceedings include any delinquency proceeding, involving a post-arrest release decision, plea, sentencing, post-conviction release decision, or any proceeding in which a right of the victim is an issue.

In advance of the absence, the employee must provide the Company with reasonable advance notice and a copy of the notice of each scheduled proceeding. If providing advance notice is not feasible or if an unscheduled absence occurs, the Company may require the employee to provide certification of the judicial proceeding as provided by law. The time off will be unpaid unless the employee elects to use accrued vacation.

The Company shall maintain the confidentiality of any employee requesting or taking time off under this policy, as provided by law. In addition, the Company will not discharge or in any manner discriminate or retaliate against any employee for requesting or taking time off under this policy, and prohibits such retaliation by others.

Employees should contact Human Resources for more information.

## 1.15 California Time Off For Parents

Employees are encouraged to participate in the school activities of their child (ren). The time off is subject to all of the following conditions:

· Parents, guardians, grandparents, stepparents, foster parents, person standing in loco parentis to a child having custody of one or more children in kindergarten or grades one to 12 or with a licensed child care provider may take time off for a school activity;

· The time off for school activity participation cannot exceed eight hours in any calendar month, or a total of 40 hours each school year;

· Employees planning to take time off for school visitations must provide as much advance notice as possible to their supervisor;

· If both parents are employed by the Company, the first employee to request such leave will receive the time off. The other parent will receive the time off only if the leave is approved by his or her supervisor;

· Employees must use accrued paid time off in order to receive compensation for this time off;

· Employees who do not have accrued paid time off available will take the time off without pay, and

· Employees must provide their supervisor with documentation from the school verifying that the employee participated in a school activity on the day of the absence for that purpose.

The employee can also use time off to address a "child care provider or school emergency." There is not an eight hour per calendar month limitation on this emergency usage. The employee must give notice to the employer.

CONFIDENTIAL

A child care provider or school emergency means that the employee's child cannot remain in a school or with a child care provider due to one of the following:

- The school or child care provider has requested that the child be picked up, or has an attendance policy (excluding planned holidays) that prohibits the child from attending or requires the child to be picked up from the school or child care provider;

- Behavioral or discipline problems;

- Closure or unexpected unavailability of the school or child care provider, excluding planned holidays; or

- A natural disaster, including, but not limited to, fire, earthquake or flood.

The employee is also entitled to unpaid time off, upon reasonable notice, when required to appear at a child's school because the child has been suspended. In accordance with California Labor Code Section 230.7, no discriminatory action will be taken against an employee who takes time off for this purpose.

## 1.16 California Bone Marrow and Organ Donor Leave

Under California law, employees may take up to thirty (30) days of paid leave within any one-year period for the purpose of donating his or her organ to another person. Also, employees may take up to five (5) days of paid leave within any one-year period for the purpose of donating his or her bone marrow to another person. An additional unpaid leave of up to 30 business days in a 12-month period may be granted to an employee donating an organ.

In order to receive a leave of absence under this policy, the employee must provide a written verification that they are an organ or bone marrow donor and that there is a medical necessity for the donation of the organ or bone marrow. Any period of leave shall not be considered a break in continuous service for the purpose of salary adjustments, paid time off, annual leave, or seniority. This leave is designed to be available in addition to leaves granted by the Family Medical Leave Act, the California Family Rights Act and/or Company policy. This leave does not run concurrently with FMLA or CFRA type leaves.

Upon expiration of this leave, the employee shall be restored to his or her previous position, or an equivalent position, although the Company reserves the right to decline to restore the employee to their previous position or an equivalent position because of conditions unrelated to the employee's exercise of their leave rights under this policy.

## 1.17. Rehabilitation Leave

An employee may be entitled to rehabilitation leave if he or she voluntarily enters and participates in an alcohol or drug rehabilitation program. Such leave may be taken as an adjusted work schedule or a leave of absence provided the leave does not impose undue hardship on the Company. An employee requesting rehabilitation leave must inform his or her supervisor as soon as practicable of the need for such leave.

Employees must be prepared to provide Human Resources with certification to verify the employee's participation in such a program, and the Company will maintain confidentiality to the fullest extent possible. The Company will attempt to safeguard the privacy of an employee's participation in the rehabilitation program. Rehabilitation leave is unpaid; however, employees may use accrued paid time off for this purpose. Whether or not rehabilitation leave is available or requested will not prohibit Company from refusing to hire, or discharging an employee who, because of the employee's current use of alcohol or drugs, is unable to perform his or her duties, or cannot perform the duties in a manner which would not endanger his or her health or safety or the health or safety of others.

## 1.18 Literacy Assistance

The Company is committed to providing reasonable accommodations to employees who need assistance to participate in an adult literacy education program, provided the accommodation does not impose an undue

hardship on the Company. Assistance from the Company may include, but is not limited to, unpaid time off or an adjusted work schedule so that the employee may participate in a literacy program; providing the employee with locations of local literacy education programs; or arranging for a literacy education provider to visit the jobsite. If you need assistance in enrolling in such a program, please contact Human Resources.

## 1.19 Bereavement Leave

Regular full- or part-time staff members are eligible for up to five days (three paid and two unpaid) of bereavement leave to attend to family obligations due to a death in the immediate family, a close relative, member of the household or relationship of vital importance. Bereavement leave does not need to be taken on consecutive days, but the leave must be completed within three months of the date of the family member's date of death.

Unpaid time may be requested to attend funerals, memorial services or other bereavement related activities for friends or extended relations, or for employees who need more time off than the leave provided above.

## 1.20 Emergency Conditions

The Company will not take or threaten adverse action against any staff member for the following, provided the Company is not considered an exempt entity and the employee is proceeding because of an emergency condition:

1. Refusing to report to, or leaving a workplace or worksite within an affected area because the staff member has a reasonable belief that the workplace or worksite is unsafe; or 2. Accessing their mobile device or other communications device for seeking emergency assistance, assessing the safety of the situation, or communicating with a person to verify their safety.

Emergency condition for the purposes of this policy means there are (a) conditions of disaster or extreme peril to the safety of persons or property at the workplace or worksite caused by natural forces or a criminal act or (b) an order to evacuate a workplace, a worksite, a worker's home, or the school of a worker's child due to natural disaster or a criminal act. An emergency condition does not include a health pandemic.

## 1.21 California Employee Classifications, Meal & Rest Periods and Overtime Exempt/Nonexempt

The Company complies with federal and state laws governing minimum wage, hours, overtime pay, and working conditions for employees. Consistent with these laws, all Company positions are designated either exempt or nonexempt. These designations indicate, among other things, eligibility for overtime pay as defined by the federal Fair Labor Standards Act and the California Labor Code and applicable Wage Orders or local ordinance.

### Exempt

Exempt employees are exempt from overtime provisions of the federal Fair Labor Standards Act and the California Labor Code and applicable Wage Orders or local ordinance. Exempt employees may be required to work extended hours as required to complete their job duties. Exempt employees will not receive overtime pay.

### Nonexempt

The overtime and minimum wage provisions of the federal Fair Labor Standards Act and the California Labor Code and applicable Wage Orders or local ordinance, cover nonexempt employees. Nonexempt employees are entitled to overtime pay for work in excess of 8 hours in a day or 40 hours in a workweek. However, nonexempt employees must not work overtime unless such overtime is approved in advance in writing by their supervisor. Nonexempt employees also are required to take certain rest breaks and meal periods, to the extent required by California law.

The Company provides meal and rest periods by making them available to nonexempt employees, to the extent and in the manner required by applicable state law. For example, non-exempt employees in California are

CONFIDENTIAL

required to take meal and rest periods under the following terms:

## Meal Periods

A non-compensable meal period of at least thirty (30) uninterrupted minutes is provided to all non-exempt employees who work five (5) or more hours in a day, unless not required pursuant to applicable law. The time when meal periods are scheduled varies among departments, depending on the business needs of each department, however the meal period must begin no later than the end of the employee's fifth hour of work. A second non-compensable meal period of at least thirty (30) uninterrupted minutes is provided to all non¬exempt employees who work ten (10) or more hours in a day, unless not required pursuant to applicable law. The second meal period must begin no later than the end of the employee's tenth hour of work. Non-exempt employees are required to take meal periods, and must not eat at their desks or workstations or perform any work during the meal period. Non-exempt employees are entirely relieved from duty during their meal period and may leave Company premises. Employees are responsible for recording or reporting the beginning and end of each meal period, and should be prepared to resume work promptly after the conclusion of the meal period.

## Rest Periods

All employees also will be provided one ten (10) minute paid rest period per every four (4) hours worked, or major fraction thereof, except that no rest period will be provided when an employee works less than three and one-half hours total in a day. "Major fraction" means any period over two hours. Thus, an employee is entitled to a second paid ten (10) minute rest period for shifts over six hours, a third paid ten (10) minute rest period for shifts over ten (10) hours, and so forth. Employees are expected to schedule their rest breaks at their discretion, unless otherwise instructed by a supervisor. However, to the extent possible, rest breaks should be scheduled in the middle of each four (4) hour period of the employee's work schedule. Rest periods may not be combined with or added to an employee's meal period, or used to cover tardiness or leaving early.

## Overtime Wages

In California, overtime is paid at one and a half (11/2 X) the regular rate for hours worked in excess of 40 hours per week, or in excess of 8 hours up to and including 12 hours in any workday. Twice (2 X) the regular rate will be paid for all hours worked in excess of 12 hours on any workday. Work performed on the seventh consecutive day worked in a workweek will be compensated at one and a half times the regular rate for the first 8 hours, and double time for work in excess of 8 hours. This provision does not apply to employees who are exempt under the provisions of applicable state and federal law. Employees must seek approval from their managers before working overtime. Employees will be paid for all overtime worked in accordance with state and federal law.

## Make-Up Time

Non-exempt employees in California may make up work time that would be lost as a result of personal obligations, if the make-up time is approved in advance and only if the time is made up in the same workweek in which the time was missed. Make-up time is paid at the employee's straight-time rate of pay. To qualify, the make-up time must not cause the employee to work over 11 hours in a workday or over 40 hours in a workweek. These arrangements are only permissible to accommodate an employee's scheduling needs. Ameris Bank does not encourage, discourage, or solicit its employees to use make-up time. Supervisors are not permitted to provide "comp time" to avoid application of the standard overtime rules.

All requests to work make-up time must be submitted to the employee's manager for advance approval by using the California Make-Up Time Request form, which can be found on the Mane Connection. The form must be submitted for approval at least 24 hours before the employee's requested make-up time is to occur. The manager is responsible for completing the form by documenting their approval, modification, or declination of the request and providing both the employee and Human Resources with copies of the completed form and prior to the time the employee's requested make-up time is to occur.

If a personal obligation will recur at a fixed time over a succession of weeks, the employee may request to make up work time for up to four weeks in advance, if the make-up time is performed in the same workweek in which

the time was missed.

Ameris Bank considers requests to work make-up time from non-exempt employees on an case-by-case basis and reserves the right to grant, deny, or modify requests in its sole discretion. Questions regarding this policy should be directed to the Human Resources Department.



Corporate Policies Section # 80.100

CONFIDENTIAL                                    AMERIS000526

EFF 01.01.2023

# AMERIS BANK

## <u>CONFIDENTIAL INFORMATION AGREEMENT</u>

As a condition of employment with Ameris Bank and in consideration of the mutual covenants, conditions and obligations set forth below in this Agreement, Ameris Bank and I, the employee (hereafter "Employee") agree as follows:

1.    Ameris Bank hereby employs Employee in the capacity of (job title) <u>Conversion Team</u> and Employee hereby accepts such employment on the terms and conditions set forth herein. Employee will perform such duties as are assigned to him or her from time to time by the appropriate officers of Ameris Bank.

2.    *Confidential Information*.  Employee acknowledges that, as a result of his employment with Ameris Bank, he may become acquainted with the following confidential information or trade secrets of Ameris Bank: Ameris Bank's customer, supplier and employee information; including, but not limited to, contractual agreements with customers, lists of past, present, or prospective customers, customer sales summaries, customer files or customer-related correspondence, customer lists, customer requirements and other customer data not generally available to the public, as well as customer information within the scope of the Gramm-Leach-Bliley, Financial Services  Modernization Act of 1999, 15 U.S.C. Section 6801 *et. seq.*; Ameris Bank's financial and marketing information and projections, including but not limited to, market surveys, marketing objectives, and marketing strategies; Ameris Bank's products and services and the pricing for same, including, but not limited to, price books or other pricing information, and other information about costs, profits, sales, and markets; Ameris Bank's business methods and procedures, including, but not limited to, Ameris Bank's operations and/or processes and formulas, plans, drawings, flow charts, ratios, secret processes or machines, inventions, designs, drawings, blueprints, software, concepts, prototypes, techniques, procedures, systems, methods, studies, research projects, new product development plans, software, databases or other technology created, developed or compiled by Ameris Bank; hardware and software configurations developed by Ameris Bank; and other commercially sensitive information the secrecy of which is valued by Ameris Bank (collectively, "Confidential Information").

3.    *Trade Secrets.*  For purposes of this Agreement, the term "Trade Secrets" shall have the meaning ascribed to it in the Georgia Trade Secrets Act (the "Act"), as now in force or hereafter amended, O.C.G.A. Section 10-1-761(4).

CONFIDENTIAL                    AMERIS000527

# CONFIDENTIAL INFORMATION AGREEMENT *(cont.)*

4.    Employee agrees that, except as required in the course of his/her employment by Ameris Bank, Employee will not duplicate, remove, transfer, disclose or utilize, nor knowingly allow any other person to duplicate, remove, transfer, disclose or utilize, such Trade Secrets or Confidential Information.

5.    With respect to any Confidential Information, whatever its nature and form and whether obtained orally, by observation, from written materials or otherwise during or as the result of Employee's employment by Ameris Bank, Employee agrees:

(a)    to hold all such Confidential Information in strict confidence, and not publish or otherwise disclose any portion thereof during Employee's employment and for a two (2) year period after termination except with prior written consent of the President of Ameris Bank;

(b)    during Employee's employment and for a two (2) year period after termination, to make no use of any such Confidential Information except such use as is required in the performance of Employee's duties for Ameris Bank or with prior written consent of the President of Ameris Bank;

(c)    upon termination of Employee's employment, whether voluntary or involuntary, or upon Ameris Bank's request, to deliver to Ameris Bank, without copying or summarizing, all written materials and all models, mechanisms, documents, records, and tangible things and the like containing or relating to such Confidential Information, all of which shall be and remain the sole property of Ameris Bank.  For this purpose, "written materials" shall be deemed to include letters, memoranda, reports, notes, notebooks, books of account, data, drawings, prints, plans, specifications, formulas and all other documents or writings, and all copies thereof.

6.    With respect to any Trade Secrets, whatever their nature and form and whether obtained orally, by observation, from written materials or otherwise during or as the result of Employee's employment by Ameris Bank, Employee agrees:

(a)    to hold all such Trade Secrets in strict confidence, and not publish or otherwise disclose any portion thereof.

(b)    to make no use of any such Trade Secrets except such use as is required in the performance of Employee's duties for Ameris Bank or with prior written consent of the President of Ameris Bank;

CONFIDENTIAL                                                        AMERIS000528

# CONFIDENTIAL INFORMATION AGREEMENT *(cont.)*

    (c)      upon termination of Employee's employment, whether voluntary or involuntary, or upon Ameris Bank's request, to deliver to Ameris Bank, without copying or summarizing, all written materials and all models, mechanisms, documents, records, and tangible things and the like containing or relating to such Trade Secrets, all of which shall be and remain the sole property of Ameris Bank. For this purpose, "written materials" shall be deemed to include letters, memoranda, reports, notes, notebooks, books of account, data, drawings, prints, plans, specifications, formulas and all other documents or writings, and all copies thereof.

7.     *Customer Non-Solicitation*. For a period of twelve (12) months after termination of his employment for any reason (whether voluntary or involuntary), Employee agrees that he will not solicit or attempt to solicit any customers or former customers of Ameris Bank with whom Employee had material contact during the twelve (12) months immediately prior to the conclusion of his employment with Ameris Bank. For purposes of the preceding sentence, "material contact" shall mean interaction, which takes place in an effort to further a business relationship. The prohibition contained in this Section shall apply only to actual or attempted solicitation for the purpose of marketing or selling products or services which compete with those products or services offered by Ameris Bank which were offered by Ameris Bank at the conclusion of Employee's employment.

8.     This Agreement is severable, such that the invalidity of any term of this Agreement shall not affect the validity of any other term.

9.     The services rendered by Employee to Ameris Bank in the course of his/her employment may be of a special, unique and extraordinary character, and breach by Employee of any provision of this Agreement will cause Ameris Bank irreparable injury and damage. Therefore, Ameris Bank shall be entitled, in addition to all other remedies available to it, to injunctive and equitable relief to prevent a breach of this Agreement, or any part of it, and to secure its enforcement. In the event Ameris Bank utilizes the services of an in-house or outside attorney for the purposes of enforcing any of the provisions of this Agreement, Ameris Bank shall be entitled to recover its attorney's fees, costs, and expenses of such enforcement efforts, in addition to all damages and other remedies recoverable by Ameris Bank.

10.    The employee has provided Ameris Bank copies of all agreements with previous employers under which the employee has agreed not to compete or otherwise agreed to limit the use of Trade Secrets

CONFIDENTIAL                    AMERIS000529

# CONFIDENTIAL INFORMATION AGREEMENT *(cont.)*

11.    While employed by Ameris Bank, the Employee will not engage in any other business or employment without the prior written approval from the Personnel Committee of Ameris Bank.

12.    Employee understands and agrees that his/her employment is at-will and that this agreement does not guarantee continuation of employment with Ameris Bank for any period of time.  Employee also understands that only the President/CEO of Ameris Bank has the authority to change the employee's at-will status; that any change must be made in writing and signed by the President/CEO of Ameris Bank; and that at any time or for any reason Employee may resign his/her position, or Ameris Bank may terminate his/her employment.

13.    Upon termination of Employee's employment, whether voluntary or involuntary, the Employee agrees that for twelve (12) months after termination, the Employee will not solicit, divert, or hire, or attempt to solicit, divert or hire any person who is employed or retained by Ameris Bank without prior written approval from the President/CEO of the Ameris Bank.

**I hereby acknowledge that I have read the Confidential Information, understand it, and agree to be bound by its restrictions.**

_____
**Signature**

_____
**Name**

_____
**Date**

CONFIDENTIAL                    AMERIS000530



## VACATION BENEFITS
*Effective Date: 01/01/2021*

Vacation time off is available to eligible employees to provide opportunities for rest, relaxation, and personal pursuits. Employees in the following employment classifications are eligible to earn and use vacation days/hours as described in this policy:

● Regular Full-Time [40 hours]    ● Regular Part-Time [30 hours]    ● Part-Time Under 30 [20 hours minimum]

The "vacation year" corresponds to the calendar year, January 1 through December 31. Vacation time is accrued on a monthly basis however, eligible employees are allotted their annual vacation days at the beginning of the year to plan and schedule throughout the year.  All vacation plan balances will be available to view by employees <u>after</u> the first payroll of the year.

While vacation is granted initially based on an employee's anniversary reached in the vacation year, it is to be understood that the amount granted initially assumes continued employment through December 31 of the vacation year.

Should an employee leave the Company before the end of the year, the vacation time <u>will be prorated.</u> If more vacation time has been used than earned/accrued based on length of employment, earned vacation accrual and last date of employment, the exiting employee may be required to reimburse the Company for the portion of over used vacation.

### AVAILABLE VACATION & VACATION ACCURAL

Vacation days are made available to eligible employees at the beginning of the year and accrued monthly according to the employees' length of employment, employee classification and officer title.

Length of employment or tenure is based on the employee's seniority date and is measured by the number of years and months an employee serves the Company.

Employee classification and pay for vacation days:
- **Regular Full-Time [40 hours]** employees are paid the equivalent of **8 hours** straight time pay
- **Regular Part-Time [30 hours]** employees are paid the equivalent of **6 hours** straight time pay
- **Part-Time Under 30 [20 hours minimum]** employees are paid the equivalent of **4 hours** straight time pay

| Eligible Employee Classification Type | 1st year Nonofficer Vac Calculation | | | Annual Hours | Monthly Accrual Hours |
|---|---|---|---|---|---|
| | Days | | Hours | | |
| Regular Full-Time [40 hours] | 10 | x | 8 | 80 | 6.66 |
| Regular Part-Time [30 hours] | 10 | x | 6 | 60 | 5 |
| Part-Time Under 30 [20 hours minimum] | 10 | x | 4 | 40 | 3.33 |

CONFIDENTIAL                    AMERIS000531



Officers of the bank are nominated and appointed by the Company's board of directors.  Bank officers will be granted additional vacation after being board approved. Please reference the chart below and officer election section for additional details.

| Years of Service | Seniority/ Hire Year | Vacation Due | | |
|---|---|---|---|---|
| | | Non-Officer | Officer, including VP | Officer, SVP and Above |
| < 1 year (New Hire) | Current Year (2021) | Vacation prorated based on hire date please reference New Hires section. | | |
| 1 | 2020 | 10 days | 15 days | 20 days |
| 2 | 2019 | 11 days | 16 days | 21 days |
| 3 | 2018 | 12 days | 17 days | 22 days |
| 4 | 2017 | 13 days | 18 days | 23 days |
| 5 | 2016 | 15 days | 20 days | 25 days |
| 6 | 2015 | 16 days | 21 days | 25 days |
| 7 | 2014 | 17 days | 22 days | 25 days |
| 8 | 2013 | 18 days | 23 days | 25 days |
| 9 | 2012 | 19 days | 24 days | 25 days |
| 10 | 2011 | 20 days | 25 days | 25 days |
| 11 | 2010 | 21 days | 25 days | 25 days |
| 12 | 2009 | 22 days | 25 days | 25 days |
| 13 | 2008 | 23 days | 25 days | 25 days |
| 14 | 2007 | 24 days | 25 days | 25 days |
| 15 or more | 2006 or before | 25 days* | 25 days* | 25 days* |

*The maximum vacation days allowed is 25 days.  Employees may carry over up to 5 days of unused vacation from the previous year, for a total maximum of 30 days (25 standard vacation hours and up to 5 days of unused vacation carry over hours). Please reference the unused vacation time section below.*

## NEW HIRES

During the initial 90 day introductory period, newly hired employees are not eligible to use vacation. However, after successfully completing the introductory period, the new hire will accrue vacation time according to the month of employment and appropriate designation as follows:

| Month of Employment | Vacation Eligibility |
|---|---|
| January | 10 days |
| February | 9 days |
| March | 8 days |
| April | 7 days |
| May | 6 days |
| June | 5 days |
| July | 4 days |
| August | 3 days |
| September | 2 days |
| October- December | 1 day |

CONFIDENTIAL                    AMERIS000532



If an employee takes vacation within the first year of hire and subsequently leaves before his or her first anniversary date of service, then that employee will be required to reimburse the Company for that portion of used vacation days, over and above the monthly accrual hours of 6.66, 5 or 3.33 respective to the employees length of employment, employee classification type and date of separation.

## STATUS CHANGE

### Increase in Work Hours (from fewer hours worked to more hours worked)

Employees who have a status change from fewer hours worked to more hours worked (i.e. from a 20 hour position to a 30 or 40 hour position; or from a 30 hour position to a 40 hour position) will receive vacation for the remainder of that calendar year based on the new hire schedule shown above. Thereafter, they will accrue vacation days in accordance with their most recent date of hire.

### Decrease in Work Hours (from more hours worked to fewer hours worked)

Employees with a minimum of one (1) year of service who have a status change more hours worked to fewer hours worked (i.e. from a 30 hour position to a 20 hour position; or from a 40 hour position to a 20 or 30 hour position) will have any unused vacation days for the remainder of that calendar year prorated. Thereafter, they will accrue future vacation days in accordance with their most recent date of hire.

If the new status is Part Time – 10 Hours, unused vacation days for the remainder of that calendar year will be prorated and paid out.

### Officer Elections

Once nominated and after board approval, employees newly elected or promoted to an officer position on or before June 30th are eligible for an additional week (or more) of vacation in the current plan year based on the officer title designated. Officer elections approved after June 30th will receive an additional week (or more) of vacation the following plan year. The maximum amount of standard vacation allowed is 25 days.

## UNUSED VACATION TIME

At year end, if unused vacation time remains, those unused accrued time, **up to 5 days,** will **automatically** carryover for use in the following year. Any **excess** amount over 5 days **will be forfeited** by the employee. The maximum allowed for vacation carry over is 5 days.

The unused vacation carryover hours will be separated from the standard vacation plan and assigned as **vacation carry over**. All vacation plan balances (standard vacation and vacation carry over) will be available to view by employees after the first payroll of the year.

The remaining balance of vacation days/hours transferred into the vacation carry over plan should be scheduled first and must be used within the calendar year. While the standard vacation plan allows for carry over up to 5 days, any hours remaining in the vacation carry over plan from the previous year will **NOT** rollover to the following year and therefore will be forfeited, if unused.

Any exception to vacation carryover will require advance approval by executive or the human resources department.

## VACATION SCHEDULING

Length of employment may determine priority in scheduling vacation days. Employees' vacation days must be approved in advance by their supervisor or manager so that appropriate accommodations can be made for their absence and are contingent upon business needs and staffing requirements. Requests should be made at a minimum of two (2) weeks prior to the scheduled time off.

CONFIDENTIAL                                    AMERIS000533



Employees who have accrued 10 or more days of vacation time must take 5 days consecutively. The 5 day consecutive period may include a holiday. The remaining time may be taken independently, with supervisor approval made in advance.

From time to time and based on several factors including business needs and staffing requirements, vacation may be granted in less than full week increments to those who are eligible for two weeks or less vacation.

Vacation may be taken in 1-hour increments, with supervisor approval.
When scheduling vacation employees may request a minimum of 1 hour and a maximum of 8 hours per day.

Remaining vacation from the previous year, up to 5 days will be assigned as vacation carry over.
Vacation carry over hours should be scheduled and used first, otherwise those hours will be forfeited at year end, if unused.

CONFIDENTIAL                    AMERIS000534