# EXHIBIT 16

**Patrick Byrne - 603794 - Ameris Bank**

# Acceptable Use Policy

Document                     Acceptable Use Policy

Category                     ONB-Policies

Message                      **Instructions:**

1. **Download** the *'Acceptable Use Policy'* document by clicking on the hyperlinked document title above.

2. **Read** and **Review** the document downloaded

3. **Check** the **box** next to **'Accept ?'**

4. **Click SAVE** (located at the top right of the page)

5. Select **'Yes'** on the *Confirmation* pop up message

By checking the box next to **'Accept'**, I acknowledge I have been given access to and reviewed the

Acceptable Use Policy and understand it is solely my responsibility to abide by the guidelines and

standards contained within these documents. I also understand that I should consult with HR or my

manager with any questions I have regarding the information provided.

I understand this acknowledgement form will be maintained as part of my employment records.


Acceptable Use Policy

All Policies and (required) Programs will be reviewed and approved each calendar year by the Board of Directors ("Board") or an appropriate committee of the Board ("Committee"), even if there are no changes.  Changes to existing and/or new Policies will also be reviewed and approved as described above and may occur at any time during the calendar year.

| | |
|---|---|
| Functional Division: | Information Technology |
| Corporate Executive Sponsor: | Chief Innovation Officer |
| Senior-Level Responsibility: | EVP, Infrastructure |
| Date Board Approved, if required: | N/A |
| Date Committee Approved: | 11/17/2020 |
| Policy Name: | Acceptable Use Policy |
| Policy Number: | IT.100 |

Full Policy Attached as a download.



AMERIS000103

24.1

| Status | Status Date | Comments |
|--------|-------------|----------|
| Accepted | 12/16/2021 9:24 AM | |

AMERIS000104

24.2



# Acceptable Use Policy

All Policies and (required) Programs will be reviewed and approved each calendar year by the Board of Directors ("Board") or an appropriate committee of the Board ("Committee"), even if there are no changes. Changes to existing and/or new Policies will also be reviewed and approved as described above and may occur at any time during the calendar year.

| | |
|---|---|
| **Functional Division:** | **Information Technology** |
| **Corporate Executive Sponsor:** | **Chief Innovation Officer** |
| **Senior-Level Responsibility:** | **EVP, Infrastructure** |
| | |
| **Date Board Approved, if required:** | **N/A** |
| **Date Committee Approved:** | **11/17/2020** |
| | |
| **Policy Name:** | **Acceptable Use Policy** |
| **Policy Number:** | **IT.100** |

Acceptable Use Policy                    1                    Date Approved: 11/17/2020

CONFIDENTIAL                    AMERIS000352

24.3

## OVERVIEW

This policy is applicable to Ameris Bank and all officers and employees thereof. Employees who violate any of the guidelines set in the policy may be subject to disciplinary action including written warnings, revocation of access privileges, and termination. Ameris Bank also retains the right to report any illegal violations to the appropriate authorities.

## SCOPE

This policy addresses the acceptable use of computer systems, networks, mobile devices, removeable media, internet, voice systems, and email communications.

## RESPONSIBILITY

The SVP, Infrastructure or designee will have the primary responsibility for overseeing compliance with all provisions of this policy. All employees of Ameris Bank have the responsibility of complying with this policy. Additionally, all employees will be required to review this policy annually. Unauthorized activities are prohibited and will be brought to the attention of Bank management and could result in disciplinary actions for those in violation of this policy.

## RISK MANAGEMENT

An Information Technology Steering Committee has been established, consisting of members of the bank's senior management and department representatives. The Chief Innovation Officer or designee serves as the committee chairperson. The committee meets on a regular basis to monitor system risks and oversee the purchase of hardware and software. The risks in the following areas will be monitored on a continuing basis: hardware, software, access control, data integrity and retention. Risk management and assessment also encompasses disaster recovery plans for continued operation of Ameris Bank.

## GENERAL PRINCIPLES

- Systems provided for employee use are considered company resources and are intended to be used for business purposes. Limited personal use is permitted; however, usage may be monitored for unusual or unacceptable activity and logged.
- Employees are responsible for any violation of policy or malfeasance committed under their user name.

## COMPUTER SYSTEMS

Ameris Bank employees depend on the proper operation of the bank's computer systems to do their job. Ensuring the reliability of these machines and thereby your ability to execute your job duties is dependent upon your cooperation. All employees must agree to, and abide by, the conditions and requirements of this policy.

### User Responsibility

All users of Ameris Bank systems will:

Acceptable Use Policy                    2                    Date Approved: 11/17/2020

CONFIDENTIAL                    AMERIS000353

24.4

- Lock their computers when leaving their terminal unattended. Users should not depend upon the system configured time out feature to secure their session.
- Log off their computers when leaving the bank.
- Save word processing, spreadsheet, database or any other data files to the appropriate file store assigned to them. It is the user's responsibility to back up files to a network server on a regular basis if stored in a location other than a network server (i.e., local hard drive).
- Report to the Help Desk as soon as possible if any device is lost or stolen.
- Not engage in online gaming during working hours or install any gaming software on company devices.
- Not access non job-related streaming media on company devices.
- Not use company equipment or other resources for any purpose other than that authorized by the SVP, Infrastructure or his designee
- Not make any changes or modifications to the bank's devices or software without the approval of the Chief Innovation Officer or his designee. Requests for changes should be directed to the Help Desk.

## NETWORK ACCESS

You, as an employee of Ameris Bank, are given access to private customer data and proprietary company information through the bank's network. It is your duty under law to safeguard this information, to ensure its accuracy and protect its privacy. It is likewise the bank's duty under law to ensure that its employees honor their legal obligations. One-way Ameris Bank accomplishes this is by monitoring and logging all transactions and requests for information over the network.

Before you can access the network, you are required to enter your username and password. Since you are the only person who knows the password for your username, only you can log in using it. And since you are the only person who can log in under your username, the bank holds you responsible for transactions and/or requests logged using that username.

## User Responsibility

All users accessing company network will:

- Change their password whenever they know or suspect that it is no longer secure and not known to any other person.
- Use passwords that meet or exceed the network requirements for passwords as established by each system.
- Change their passwords when required by each systems established parameters for password age.
- Not divulge their passwords to anyone including support personnel.
- Not use easily guessed passwords such as their first or last name, the word "PASSWORD", their birth date, phone number, etc.
- Not examine, change, or use another person's files, output, or username for which they do not have explicit authorization.
- Not reveal or publicize confidential or proprietary information which includes, but is not limited to financial information, confidential client information, marketing strategies and plans, databases and any information contained therein, client lists, computer software source codes, computer/network access codes, and business relationships.
- Not use company equipment or other resources for any purpose other than that authorized by the Chief Innovation Officer or his designee.
- Not disable or remove security software from company devices.

CONFIDENTIAL                    AMERIS000354

24.5

**NETWORK ATTACHED DEVICES**

Connecting non-approved computing or computing devices to the Ameris network is prohibited unless specifically authorized by the Information Technology Department. Devices include but are not limited to portable drives, data keys/USB keys/thumb drives, portable music devices, smart phones, tablet computers, notebook computers, desktop computers, or any mass storage device not specifically listed in this policy. A network connection is defined as any connection either wired or wireless that enables the transportation of data between two or more network connected devices. Examples of network connections include, but are not limited to, serial, parallel, USB, patch cable, Bluetooth, wireless or any other communication means not specifically defined by this policy. Only approved devices which are issued and documented by the Information Technology Department may be used to connect to the Ameris Bank network.

Employees should understand the following:

- All network attached devices and any associated peripheral devices are monitored by the Information Technology Department. The Information Technology Department asserts and maintains authority over all network attached devices and peripherals and reserves the right to confiscate any device not approved for use on the Ameris Bank network.
- The Information Technology Department will maintain an inventory of all approved devices by type and serial number. Any device that is used to connect to the Ameris Bank network to transfer or transport data must use 256-bit Advanced Encryption Standard (AES) hardware-based encryption. Encrypted information must be accessible using passwords that comply with the standard for complex passwords.
- Unless specifically authorized, employees are prohibited from changing the network settings, security settings, passwords, port settings, BIOS instructions, or attempting in any other way to circumvent security restrictions on the Ameris Bank network or attached devices.
- Connecting an unauthorized device to the Ameris Bank network and/or transferring data using an unauthorized device is considered a potentially serious security breach and a cause for disciplinary action up to and including termination.

**MOBILE DEVICES**

The purpose of this section is to identify the process and procedures for purchasing and supporting mobile computing devices such as laptops, cellular phones, smart phones, etc. The processes and procedures in this document have been established based on industry standards, best business practices, and available information technology resources.

**Assignment of Devices**

All mobile devices that are connected to or synchronized to Ameris Bank's network will be purchased by Ameris Bank or may be a personal device that has been approved by an Executive Officer of Ameris Bank. Mobile devices may be provided based on the following:
- Executive Officer
- Officers and Employees, based on job responsibilities requiring mobility and frequent access to communications, at the SVP, Infrastructure's discretion and with the approval of the appropriate Executive Officer for that person.
- Employees who travel 50% or greater from their home base as part of their job responsibility.

Acceptable Use Policy                     4                  Date Approved: 11/17/2020

CONFIDENTIAL                 AMERIS000355

24.6

Mobile devices may be provided based on the above criteria and/or job function. To request such designation, employees must complete a Security Access Request form. To be eligible for this designation, a bona fide business purpose relevant to the employee's position must be clearly explained. This request must be approved by the Chief Innovation Officer or designee.

Personally owned devices that will be allowed for use on the Ameris Bank network are cellular smart phones that meet the following requirements:

- Support industry standard AES 256-bit encryption.
- Support complex passwords.
- Support remote management of device.
- Is a supported device of the Mobile Device Management platform being utilized by Ameris Bank Information Technology Department. Note: All Android devices will be managed by MAM (Mobile Application Management) in order to access company resources. MAM will not permit the use of the native Android mail application.
- Approved by the SVP, Infrastructure or designee.
- Devices should only include Ameris Bank information approved and provided via the Mobile Device Management platform with the exception of the owner's personal data.

All mobile bank-owned devices purchased by Ameris Bank, and any and all information contained on them is the sole property of Ameris Bank and must be returned to the Information Technology Department (IT) upon termination of employment. All mobile devices connected to the Ameris Bank network and resources are subject to random audits to insure the devices are meeting the security and software requirements imposed by IT for each device. Any device approved for use but not owned by Ameris Bank will be subject to the following conditions:

- Owner of device acknowledges and agrees that Ameris Bank Information Technology Department
  - May remove any or all content, **including data belonging to the device owner,** due to termination of employment, or at the request of senior management.
  - Monitors all connected devices and can, via remote tools, manage and change settings on the device.
  - In the process of managing device, has access to all data or information stored on device, including data belonging to device owner.
  - Will review all data or information contained on a device in the event that an audit of said device is performed including data belonging to device owner.

**Reimbursement of Personal Devices**

The Company's Expense Policy will include approved reimbursement procedures, if any, for personally owned devices up to $60.00 per month.

**Supported Hardware and Software**

The Information Technology Department will provide hardware/software installation, the appropriate security tools and synchronization support for approved mobile devices. Supported hardware/software is to be determined by the Information Technology Department. Any unsupported hardware may not be connected to the bank's computers or network. Any software other than the standard supported software must be approved and purchased by the Information

CONFIDENTIAL                AMERIS000356

24.7

Technology Department on a case-by-case basis prior to loading. Copies of software, licenses, and receipts are maintained on file in the Information Technology Department.

## Supported Functions

Synchronization between the employee's bank computer and his/her mobile device for the following functions are considered supported:
- Microsoft Outlook (e-Mail, Calendar, Contacts, To Do List, etc.).
- Microsoft Word & Excel documents.
- Other data as specifically approved.

Synchronizing or connecting a **bank** owned mobile device to a home computer or other non-Ameris Bank computer/network is not allowed. Synchronizing or connecting a **personal** device to an Ameris Bank computer/network device is prohibited.

## Service and Support

Service of bank owned equipment shall be the responsibility of the Information Technology Department. All requests for mobile device support must be entered into the bank's Help Desk. The Help Desk will prioritize all requests and assign staff accordingly. Calls to third parties for service should be placed only after consulting with the Help Desk or Information Technology Department for bank owned and personally owned devices. Damaged or broken mobile devices must not be sent to retail vendors until IT has removed all bank data and information from the device. A mobile device must be erased by the Information Technology Department before it is sent to a repair center or manufacturer. Devices that are personally owned must be wiped of all Ameris Bank information by IT before said device is repaired or replaced by the owner.

Bank owned mobile devices will be included on the bank's hardware inventory from the time of purchase until the device is disposed of according to industry standards for disposal and information destruction. Personally owned devices will be inventoried and tracked by the Mobile Device Management platform being utilized by the Information Technology Department. The Information Technology Department will erase all information from all mobile devices as outlined in the Information Security Program prior to disposal or replacement.

## Security Controls

Mobile devices by their very nature are a security risk. Accordingly, the following security controls must be utilized:
- Power-on passwords are required. Complex passwords must be supported by the device.
- Mobile devices will be set to automatically lock after a maximum of 10 minutes of inactivity.
- Anti-virus software will be loaded on applicable devices. Each user is responsible for ensuring the device is connected to the network and updated by Ameris Bank's various systems.
- Encryption must be supported by any device that will store Ameris Bank data.

## User Responsibilities

All users of mobile devices are responsible for the protection of their devices.

The use of a mobile device is a privilege and the user of such device is responsible for:

CONFIDENTIAL                          AMERIS000357

24.8

- Not storing sensitive customer information on a mobile device unless it is for a specific business purpose.
- Not leaving devices unattended in public places.
- Not plugging devices into unknown or possibly infected systems.
- Not synchronizing bank owned devices to any computer.
- Not synchronizing personal devices with any bank owned computer/network device.
- Not using simple passwords to access mobile device or putting passwords in writing.
- Maintaining the confidentiality of his/her password and changing the password on a regular basis.
- Not leaving the devices at the office overnight and taking them home every day for resiliency purposes".

If a mobile device is lost or stolen, the user must contact the Help Desk immediately and follow up via the Incident Management process.

All users must acknowledge the Mobile Computer Policy annually as part of the information security policy acknowledgements.

**International Travel**

In order to mitigate the risk of data loss which might occur when traveling internationally, Ameris Bank has implemented the following procedures:
- Notify the helpdesk two weeks prior to international travel dates.
- Laptops and removable media are prohibited from leaving the United States.
- Cellphones and iPads should be backed up prior to departure.
- Advise travelers that foreign countries monitor, intercept and record electronic communications and customs agent may copy the contents of the device. Practice caution when communicating confidential or insider information.
- Cellphones do not typically have international capabilities and the service must be enabled by the helpdesk in order to function.
- Report any issues to the helpdesk immediately upon return to the US.

**REMOVABLE MEDIA**

This section defines standards, procedures, and restrictions for end-users who have legitimate business requirements to connect portable removable media to any infrastructure within Ameris Bank's internal network(s) or related technology resources. This removable media policy applies to, but is not limited to, all devices and accompanying media that fit the following device classifications:

- Portable USB-based memory sticks, also known as flash drives, or thumb drives, jump drives, or key drives.
- Memory cards in SD, xD, CompactFlash, Memory Stick or any related flash-based supplemental storage media.
- USB card readers that allow connectivity to a PC.
- Portable MP3 and MPEG-playing music and media player-type devices such as iPods with internal flash or hard drive-based memory that support a data storage function.

CONFIDENTIAL                        AMERIS000358

24.9

- PDAs, cell phone handsets and smartphones with internal flash or hard drive-based memory that support a data storage function.
- Digital cameras with internal or external memory support.
- Removable memory-based media, such as rewritable DVDs and CDs.
- Any hardware that provides connectivity to USB devices through means such as wireless (WiFi, WiMAX, irDA, Bluetooth, among others) or wired network access.

This applies to any hardware and related software that could be used to access corporate resources, even if said equipment is not corporately sanctioned, owned, or supplied. The overriding goal is to protect the integrity of the private and confidential client and business data that resides within Ameris Bank's technology infrastructure. The intention is to prevent this data from being deliberately or inadvertently moved outside the enterprise network and/or the physical premises where it can potentially be accessed by unsanctioned resources. A breach of this type could result in loss of information, damage to critical applications, loss of revenue, and damage to the company's public image. Therefore, all users employing removable media and/or USB-based technology to backup, store, and otherwise access corporate data of any type must adhere to company-defined processes for doing so.

**Applicability**

This applies to all Ameris Bank employees, including full and part-time staff, contractors, freelancers, and other agents, who utilize either company-owned or personally-owned removable media and/or USB-based technology to store, back up, relocate or access any organization or client-specific data. Such access to this confidential data is a privilege, not a right, and forms the basis of the trust Ameris Bank has built with its clients, supply chain partners and other constituents. Consequently, employment at Ameris Bank does not automatically guarantee the initial and ongoing ability to use these devices within the enterprise technology environment.

It addresses a range of threats to – or related to the use of – enterprise data:

| Threat | Description |
|---|---|
| Loss | Devices used to transfer or transport work files could be lost or stolen. |
| Theft | Sensitive corporate data is deliberately stolen and sold by an employee. |
| Copyright | Software copied onto portable memory device could violate licensing. |
| Spyware | Spyware or tracking code enters the network via memory media. |
| Malware | Viruses, Trojans, Worms and other threats could be introduced via external media. |
| Compliance | Loss or theft of financial and/or personal and confidential data could expose the enterprise to the risk of non-compliance with various identity theft and privacy laws. |

Addition of new hardware, software, and/or related components to provide additional USB-related connectivity within corporate facilities will be managed at the sole discretion of IT. Non-sanctioned use of USB-based hardware, software, and/or related components to back up, store, and otherwise access any enterprise-related data is strictly forbidden.

CONFIDENTIAL                        AMERIS000359

24.10

**Responsibilities**

The SVP, Infrastructure of Ameris Bank has the overall responsibility for the confidentiality, integrity, and availability of corporate data. The Chief Innovation Officer of Ameris Bank has delegated the execution and maintenance of Information Technology and Information Systems to the SVP, Infrastructure. Other IT staff under the direction of the SVP, Infrastructure are also responsible for following the procedures and policies within Information Technology and Information Systems.

All Ameris Bank employees have the responsibility to act in accordance with company policies and procedures.

**Affected Technology**

All USB-based devices and the USB ports used to access workstations and other related connectivity points within the corporate firewall will be centrally managed by Ameris Bank's IT department and will utilize encryption and strong authentication measures. Although IT is not able to manage the external devices – such as home PCs – to which these memory resources will also be connected, end-users are expected to adhere to the same security protocols when connected to non-corporate equipment. Failure to do so will result in immediate suspension of all network access privileges so as to protect the company's infrastructure.

**Appropriate Use**

It is the responsibility of any employee of Ameris Bank who is connecting a USB-based memory device to the organizational network to ensure that all security protocols normally used in the management of data on conventional storage infrastructure are also applied here. It is imperative that any portable memory that is used to conduct Ameris Bank business be utilized appropriately, responsibly, and ethically. Failure to do so will result in immediate suspension of that user's account. Based on this, the following rules must be observed:

**Access Control**

1. IT reserves the right to refuse, by physical and non-physical means, the ability to connect removable media and USB devices to corporate and corporate-connected infrastructure. IT will engage in such action if it feels such equipment is being used in such a way that puts the company's systems, data, users, and clients at risk.

2. Prior to initial use on the corporate network or related infrastructure, all USB-related hardware and related software must be registered with IT. A list of approved USB devices and related software is maintained by IT. Although IT currently allows only listed devices to be connected to enterprise infrastructure, it reserves the right to update this list in future.

3. Users who wish to connect such devices to non-corporate network infrastructure to gain access to enterprise data must employ, for their devices and related infrastructure, a company-approved personal firewall and any other security measure deemed necessary by the IT department. Enterprise data is not to be accessed on any hardware that fails to meet Ameris Bank's established enterprise IT security standards.

4. Ameris Bank will maintain a list of approved USB-based memory devices and related software applications and utilities. Devices that are not on this list may not be connected to corporate infrastructure.

Acceptable Use Policy                    9                    Date Approved: 11/17/2020

CONFIDENTIAL                    AMERIS000360

24.11

## Security

1. Employees using removable media and USB-related devices and related software for data storage, back up, transfer or any other action within Ameris Bank's technology infrastructure will, without exception, use secure data management procedures. A simple password is insufficient. See the Ameris Bank's password policy for additional background. Employees agree to never disclose their passwords to anyone, particularly to family members if business work is conducted from home.

2. All USB-based devices that are used for business interests must be pre-approved by IT and must employ reasonable physical security measures. End-users are expected to secure all such devices used for this activity whether or not they are actually in use and/or being carried. This includes, but is not limited to, passwords, encryption, and physical control of such devices whenever they contain enterprise data. Any non-corporate computers used to synchronize with these devices will have installed whatever anti-virus and anti-malware software deemed necessary by Ameris Bank's IT department. Anti-virus signature files on any additional client machines – such as a home PC – on which this media will be used must be updated in accordance with existing company policy.

3. All removable media will be subject to quarantine upon return to the office before they can be fully utilized on enterprise infrastructure.

4. Passwords and other confidential data as defined by Ameris Bank's IT department are not to be stored on portable storage devices.

5. End-users must apply new passwords every business/personal trip where company data is being utilized on USB-based memory devices.

6. Any USB-based memory device that is being used to store Ameris Bank data must adhere to the authentication requirements of Ameris Bank's IT department. In addition, all hardware security configurations (personal or company-owned) must be pre-approved by Ameris Bank's IT department before any enterprise data-carrying memory can be connected to it.

7. Employees, contractors, and temporary staff will follow all enterprise-sanctioned data removal procedures to permanently erase company-specific data from such devices once their use is no longer required.

## Help & Support

1. Ameris Bank's IT department will support its sanctioned hardware and software but is not accountable for conflicts or problems caused by the use of unsanctioned media. This applies even to devices already known to the IT department.

2. Employees, contractors, and temporary staff will make no modifications of any kind to company-owned and installed hardware or software without the express approval of Ameris Bank's IT department. This includes, but is not limited to, reconfiguration of USB ports.

3. IT may restrict the use of Universal Plug and Play on any client PCs that it deems to be particularly sensitive. IT also reserves the right to disable this feature on PCs used by employees in specific roles.

4. IT reserves the right to summarily ban the use of these devices at any time. IT need not provide a reason for doing so, as protection of confidential data is the highest and only priority.

5. IT reserves the right to physically disable USB ports to limit physical and virtual access.

CONFIDENTIAL                    AMERIS000361

24.12

6. IT reserves the right, through policy enforcement and any other means it deems necessary, to limit the ability of end-users to transfer data to and from specific resources on the enterprise network.

**Organizational Protocol**

1. IT can and will establish audit trails in all situations it feels merited. Such trails will be able to track the attachment of an external device to a PC, and the resulting reports may be used for investigation of possible breaches and/or misuse. The end-user agrees to and accepts that his or her access and/or connection to Ameris Bank's networks may be monitored to record dates, times, duration of access, etc., in order to identify unusual usage patterns or other suspicious activity. This is done in order to identify accounts/computers that may have been compromised by external parties. In all cases, data protection remains Ameris Bank's highest priority.

2. The end-user agrees to immediately report to his/her manager and Ameris Bank's IT department any incident or suspected incidents of unauthorized data access, data loss and/or disclosure of company resources, databases, networks, etc.

3. Ameris Bank will not reimburse employees if they choose to purchase their own USB-based memory devices.

4. Any questions relating to ~~this policy~~ removable media should be directed to IT.


**INTERNET ACCESS**

Internet access is deemed to be a business tool providing a source of information with the potential for benefiting all areas of Ameris Bank and enhancing customer service, customer retention, and growth. Therefore, it is the policy of Ameris Bank that management will approve Internet access as deemed appropriate and will determine what components of the Internet will be available (email, World Wide Web, newsgroups, list-servers, social media sites, etc.). All employees accessing the Internet on company equipment or on a company Internet access account should become proficient in its capabilities, practice proper network etiquette, and agree to the conditions and requirements below:

**User Responsibility**

- Not knowingly visit prohibited Internet sites including those that contain obscene, hateful or other objectionable materials;
- Not send or receive any material, whether by email, voice mail, memoranda or oral conversation, that is obscene, defamatory, harassing, intimidating, offensive, discriminatory, or which is intended to annoy, harass, or intimidate another person.
- Not solicit non-company business for personal gain or profit.
- Not use the Internet or email for any illegal purpose.
- Not use the Internet or email for offensive or vulgar messages such as messages that contain sexual or racial comments or for any messages that do not conform to Ameris Bank's policies against harassment and discrimination.
- Not attempt to download or install any software or electronic files without the express consent of the Chief Innovation Officer or his designee.
- Not represent personal opinions as those of Ameris Bank or purport to represent Ameris Bank when not authorized to do so.
- Not make or post indecent remarks, proposals, or materials.

CONFIDENTIAL              AMERIS000362

24.13

- Not upload, download, or otherwise transmit commercial software or any copyrighted materials.
- Not intentionally interfere with the normal operation of the network in a manner which substantially hinders others in their use of the network.
- Not reveal or publicize confidential or proprietary information which includes, but is not limited to: financial information, confidential client information, marketing strategies and plans, databases and any information contained therein, client lists, computer software source codes, computer/network access codes, and business relationships.
- Not perform any other uses identified by Ameris Bank as inappropriate.
- Not share passwords with any other user.
- Not identify themselves in any way other than honestly, accurately, and completely while participating in chats or newsgroups, or when setting up accounts on outside computer systems.

## TELEPHONY AND ELECTRONIC COMMUNICATION

Ameris Bank provides its employees with access to a number of devices and services to facilitate business communications. Similar to Internet and email access, telephone, voicemail, fax, instant messaging and cell phone services are available for business purposes with the intent of facilitating customer service and general operating efficiency. Limited personal use of these services is generally permitted provided that it is not disruptive, is conducted during appropriate times, and does not present material costs to the bank.

### User Responsibility

- Limit personal telephone calls during work hours.
- Use voicemail professionally. Greetings should be courteous, but not provide unnecessary details that could be used to facilitate a fraud or security breach.
- Password-protect voicemail boxes according to the bank's password standards. Messages should be returned promptly, and voicemail boxes should be purged of old messages regularly.
- Not leave faxes unattended on machines in public or unsecured areas as they may contain confidential information.
- Not make or attempt international calls without express consent of executive management.
- Not accept or facilitate any collect charges from a third party or accept or make calls which will result in reverse charges to Ameris Bank.
- Understand that there is no expectation of privacy when using Ameris Bank voice systems. All data and voice traffic are monitored and can be recorded if deemed necessary and approved by executive management.
- Internal instant messaging is monitored and archived for retention purposes.
- Text messaging causes drivers to take their eyes off the road and at least one hand off the steering wheel, endangering both themselves and others. Texting while driving on official business or while using Ameris Bank owned equipment is strongly discouraged and prohibited in circumstances where it is against state law.

## EMAIL COMMUNICATION

Email is a critical mechanism for business communications. However, use of electronic mail systems and services are a privilege, not a right, and therefore must be used with respect and in accordance with the

CONFIDENTIAL                          AMERIS000363

24.14

goals of Ameris Bank.

This section outlines appropriate and inappropriate use of Ameris Bank's email systems and services in order to minimize disruptions to services and activities, as well as comply with applicable policies and laws. It applies to all email systems and services owned by Ameris Bank, all email account users/holders (both temporary and permanent), and all company email records.

**Personal Use**

Personal use of the bank's email system should be kept to a minimum. As previously stated, the bank may monitor email both incoming and outgoing on a regular basis. Accessing personal email or alternate email accounts, such as Gmail, Hotmail, Yahoo, etc., is prohibited.

**Account Activation/Termination**

Email access at is controlled through individual accounts and passwords. Each user of the email system is required to read and sign a copy of this Email Acceptable Use Policy prior to receiving an email access account and password. It is the responsibility of the employee to protect the confidentiality of their account and password information.

All permanent employees of will receive an email account. Email accounts will be granted to third-party non- employees or temporary employees on a case-by-case basis as approved of the SVP, Infrastructure or his designee. Applications for temporary accounts must be submitted to the Ameris Bank Security Department. All terms, conditions, and restrictions governing email use are applicable to these temporary users of the email systems and must be documented by a signed agreement.

Email access will be terminated when the employee or third party terminates their association with Ameris Bank. Ameris Bank is under no obligation to store or forward the contents of an individual's email account after the term of their employment has ceased.

**General Expectations of End Users**

Ameris Bank delivers official communications via email. As a result, employees with email accounts are expected to check their email in a consistent and timely manner so that they are aware of important company announcements and updates, as well as for fulfilling business and role-oriented tasks. Users are responsible for mailbox management, including organization and purging of old data records.

Users are expected to remember that email sent from the company's email accounts reflects on the company. Please comply with normal standards of professional and personal courtesy and conduct. Users should also understand that email constitutes a legal position on any matter discussed or reviewed in the communication and the information is discoverable in a court of law.

**Appropriate Use**
Individuals are encouraged to use email to further the goals and objectives of Ameris Bank. The types of activities that are encouraged include:

- Communicating with fellow employees, business partners, and clients within the context of an individual's assigned responsibilities.
- Acquiring or sharing information necessary or related to the performance of an individual's

CONFIDENTIAL                        AMERIS000364

24.15

assigned responsibilities.
- Participating in educational or professional development activities.

**Inappropriate Use**

Ameris Bank's email systems and services are not to be used for purposes that could be reasonably expected to strain storage or bandwidth. An individual's email use should not interfere with the normal operations of Ameris Bank's email system and services. Email use will comply with all applicable laws, all Ameris Bank policies, and all Ameris Bank contracts.

The following activities are deemed inappropriate uses of Ameris Bank's systems and services and are prohibited:

- Use of email for illegal or unlawful purposes, including copyright infringement, obscenity, libel, slander, fraud, defamation, plagiarism, harassment, intimidation, forgery, impersonation, soliciting for illegal pyramid schemes, and computer tampering (e.g. spreading of computer viruses).
- Solicit non-company business for personal profit or gain.
- Represent personal opinions as those of the banks when not authorized to do so.
- Send customer information, such as account numbers, passwords, etc., by unencrypted email. These items should be communicated using secure email, regular mail or in person. To send a secure email, type the word SECURE in the subject line.
- Use of email in any way that violates Ameris Bank's policies, rules, or administrative orders, including, but not limited to items not specifically listed.
- Viewing, copying, altering, or deletion of email accounts or files belonging to Ameris Bank or another individual without authorized permission.
- Opening email attachments from unknown or unsigned sources. Attachments are the primary source of computer viruses and should be treated with utmost caution.
- Sharing email account passwords with another person or attempting to obtain another person's email account password. Email accounts are only to be used by the registered user.
- Use of third-party email systems for Ameris Bank business is prohibited.
- Accessing third party email systems from Ameris Bank systems or devices is prohibited.
- Sending or forwarding email communications to third party email systems with the intent of circumnavigating Ameris Bank Email Acceptable Use Policy, Acceptable Use policy, Information Security Policy or security procedures is prohibited.
- Excessive personal use of Ameris Bank email resources. Ameris Bank allows limited personal use for communication with family and friends, independent learning, and public service so long as it does not interfere with staff productivity, pre-empt any business activity, or consume resource levels deemed excessive by the Information Technology Department. Ameris Bank prohibits personal use of its email systems and services for unsolicited mass mailings, non-Ameris Bank commercial activity, political campaigning, dissemination of chain letters, and use by non-employees.

**Monitoring and Confidentiality**

The email systems and services used at Ameris Bank are owned by the company, and are therefore its property. This gives Ameris Bank the right to monitor any and all email traffic passing through its email system. This monitoring may include, but is not limited to, inadvertent reading by IT staff during the normal course of managing the email system, review by the legal team or any of its designees during

CONFIDENTIAL                    AMERIS000365

24.16

the email discovery phase of litigation, observation by management in cases of suspected abuse or to monitor employee efficiency.

In addition, archival and backup copies of email messages may exist, despite end-user deletion, in compliance with Ameris Bank's records retention policy. The goals of these backup and archiving procedures are to ensure system reliability, prevent business data loss, meet regulatory and litigation needs, and to provide business intelligence. Backup copies exist primarily to restore service in case of failure. Archival copies are designed for quick and accurate access by company delegates for a variety of management and legal needs. Both backups and archives are governed by the company's document retention policies. These policies indicate that email must be kept for up to 7 years.

If Ameris Bank discovers or has good reason to suspect activities that do not comply with applicable laws or this policy, email records may be retrieved and used to document the activity in accordance with due process. All reasonable efforts will be made to notify an employee if his or her email records are to be reviewed. Notification may not be possible, however, if the employee cannot be contacted, as in the case of employee absence due to vacation or if notification would be considered damaging to the investigation.

Use extreme caution when communicating confidential or sensitive information via email. Keep in mind that all email messages sent outside of Ameris Bank become the property of the receiver. A good rule is to not communicate anything that you wouldn't feel comfortable being made public. Demonstrate particular care when using the "Reply" command during email correspondence to ensure the resulting message is not delivered to unintended recipients.

**Reporting Misuse**

Any allegations of misuse should be promptly reported to the Information Technology Department. If you receive an offensive email, do not forward, delete, or reply to the message. Instead, report it directly to the department listed above.

**Reporting an Information Breach**

In the course of preparing and sending communications via email systems, there is an inherent risk of an information breach if a communication was sent to an incorrect recipient. If a communication is sent in error that meets any of the following criteria:

- Contains attachment(s) which have information that can be classified as Personally Identifiable Information,
  i.e. tax records, client records, financial statements, SSN, credit information, etc.
- Contains information that would be considered intellectual property of Ameris Bank.
- Contains information that could negatively impact Ameris Bank's results or operations if exposed to competitors or other entities.
- Contains language or information that could expose Ameris Bank to litigation.
- Contains information not specifically listed here but which poses a risk to Ameris Bank.

Immediate notification of such data breach must be communicated via the incident management process.

CONFIDENTIAL                    AMERIS000366

24.17

**Reporting Phishing Emails**

Phishing is when a fraudster uses fraudulent emails, texts, or copycat websites to trick users into sharing valuable personal information – such as account numbers, Social Security numbers, or login IDs and passwords to further compromise systems to commit fraud. Ameris Bank uses KnowBe4 to facilitate phishing training. Colleagues should report phishing attempts using the Phish Alert icon within Outlook. The Information Technology Systems team will use the input to block malicious emails.

**Disclaimer**

Ameris Bank assumes no liability for direct and/or indirect damages arising from the user's use of Ameris Bank's email system and services. Users are solely responsible for the content they disseminate. Ameris Bank is not responsible for any third-party claim, demand, or damage arising out of use the Ameris Bank's email systems or services.

**Policy Non-Compliance**

Failure to comply with the Policy and Agreement may, at the full discretion of the organization, result in the suspension of any or all technology use and connectivity privileges, disciplinary action, and possibly termination of employment. The appropriate Manager or Director will be advised of breaches of this policy and will be responsible for appropriate remedial action which may include disciplinary action, including suspension or termination of employment.

**AUDIT AND INDEPENDENT REVIEW**

The Bank has designated the Internal Audit Department to conduct periodic risk based internal audit reviews of the Bank's efforts to adhere to the guidelines of this policy. Results of the audit are reported to the Audit Committee. It is the responsibility of the Chief Innovation Officer to take appropriate action to correct any exceptions found as a result of the audit.

CONFIDENTIAL                    AMERIS000367

24.18