**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

---

| | |
|---|---|
| **From**: | pateb@balboacapital.com [pateb@balboacapital.com] |
| **Sent**: | 5/11/2023 2:19:23 PM |
| **To**: | Rodriguez, Laura [laura.rodriguez@amerisbank.com] |
| **Subject**: | Re: ██████ - LTIP |

Thank you Laura.


On May 11, 2023, at 10:14 AM, Rodriguez, Laura <Laura.Rodriguez@amerisbank.com> wrote:


Hi Pat,

You will be paid the remaining funds in the 2022 LTIP pool on 5/15/2023. This totals $12,150.29

This is equal to the $15k we pulled back from ████████ less the $2,849.71 we paid to ████████ later in February.

Thank you,

**Laura Rodriguez**
**Ameris Bank** | SVP, Director of Compensation Practices
3490 Piedmont Road NE, Suite 420
Atlanta, Georgia 30305
(D) 404.639.6578  | (C) 404.729.2483 | (F) 404.506.9389
laura.rodriguez@amerisbank.com

Please visit us online at www.amerisbank.com

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Wednesday, May 10, 2023 3:55 PM
**To:** Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>
**Subject:** RE: ████████ LTIP


Hi Laura,

Please send the $15k to me in the next payroll.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com
<image001.png>


**From:** Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>
**Sent:** Monday, February 13, 2023 5:44 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Subject:** ████████ LTIP

**EXHIBIT**

**31**

CONFIDENTIAL

AMERIS001560

37.1

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Pat –

Should the $15k that was pulled from ███ be appropriated to you?

If so, are you agreeable to waiting until 2/28 to receive this $15k? I'd like to keep this as easy as possible for payroll
…

Thank you,

**Laura Rodriguez**
**Ameris Bank** | SVP, Director of Compensation Practices
3490 Piedmont Road NE, Suite 420
Atlanta, Georgia 30305
(D) 404.639.6578  | (C) 404.729.2483 | (F) 404.506.9389
laura.rodriguez@amerisbank.com

Please visit us online at www.amerisbank.com

CONFIDENTIAL