# EXHIBIT 19

# AMERIS BANK

Ameris Bank
3490 Piedmont Rd, NE Suite 420
Atlanta, GA 30305
866-616-6020

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/01/2023 |
| Period End Date | 02/15/2023 |
| Pay Date | 02/15/2023 |
| Document | 433030 |
| Net Pay | $2,758,084.10 |

## Pay Details

**Patrick Byrne**
70 Monarch Bay Dr
Dana Point, CA 92629
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 603794 | Pay Group | Semi-Monthly |
| SSN | XXX-XX-XXXX | Location | RemoteCA-C |
| Job | Balboa Chief Exec Officer | Cost Center | 890 - 890 Balboa Capital |
| Pay Rate | $173.3106 | Bus Unit | BALBOA - Balboa Capital |
| Pay Frequency | Semi-Monthly | Region | EVPJL - Chief Strategy Officer |
| | | Officer | EVP - Executive Vice President |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Auto Allowance | | $620.00 | $1,860.00 |
| Bonus-PY | | $5,690,261.19 | $5,840,261.19 |
| GTL Imputed | | $64.50 | $193.50 |
| Holiday | 0.0000 | $0.00 | $4,159.46 |
| Regular Pay | 86.6700 | $15,020.83 | $36,743.59 |
| Vacation | 0.0000 | $0.00 | $4,159.46 |
| Vacation Pymt | 0.0000 | $0.00 | $18,024.31 |

**Total Hours** 86.6700

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401K | $0.00 | Yes | $0.00 | $30,000.00 | $0.00 | $0.00 |
| Accident Ins | $12.34 | Yes | $12.34 | $37.02 | $0.00 | $0.00 |
| Child Life | $1.04 | No | $1.04 | $2.08 | $0.00 | $0.00 |
| Dental | $65.04 | Yes | $65.04 | $195.12 | $7.65 | $22.95 |
| EE Sup Life | $44.78 | No | $44.78 | $89.56 | $0.00 | $0.00 |
| FSA Medical | $114.58 | Yes | $114.58 | $343.74 | $0.00 | $0.00 |
| GTL Imputed | $64.50 | No | $64.50 | $193.50 | $0.00 | $0.00 |
| Medical | $497.97 | Yes | $497.97 | $1,493.91 | $580.98 | $1,742.94 |
| Vision | $13.16 | Yes | $13.16 | $39.48 | $0.00 | $0.00 |
| Vol Sps Life | $14.93 | No | $14.93 | $29.86 | $0.00 | $0.00 |
| 401K ER | $0.00 | No | $0.00 | $0.00 | $0.00 | $1,383.28 |
| Basic Ch Life | $0.00 | No | $0.00 | $0.00 | $0.75 | $2.25 |
| Basic Life | $0.00 | No | $0.00 | $0.00 | $21.53 | $64.59 |
| LTD | $0.00 | No | $0.00 | $0.00 | $19.50 | $58.50 |
| Wellthy | $0.00 | No | $0.00 | $0.00 | $1.10 | $3.30 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $5,705,263.43 | $1,980,466.86 | $2,016,446.96 |
| Employee Medicare | $5,705,263.43 | $134,055.95 | $136,927.37 |
| Social Security Employee Tax | $0.00 | $0.00 | $9,932.40 |
| CA State Income Tax | $5,705,263.43 | $832,531.27 | $854,545.03 |
| CA Disability Employee | $0.00 | $0.00 | $1,378.48 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| FMLA | 0.0000 | 0.0000 | 480.0000 |
| Sick New | 0.0000 | 0.0000 | 200.0000 |
| STL | 0.0000 | 4.0000 | 108.0000 |
| VAC | 0.0000 | 0.0000 | 200.0000 |
| Vac Carry Over | 0.0000 | 0.0000 | 40.0000 |
| Volunteer Paid Time Off | 0.0000 | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx4958 | Checking | $2,758,084.10 |
| Total | | $2,758,084.10 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $5,705,966.52 | $5,705,263.43 | $2,947,054.08 | $828.34 | $2,758,084.10 |
| YTD | $5,905,401.51 | $5,873,292.24 | $3,019,230.24 | $32,424.27 | $2,853,747.00 |

AMERIS000068