# EXHIBIT 21

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3

 4                                     .
    PATRICK BYRNE,                     .    Case No.:
 5                                     .    8:24-cv-01989-MWC-JDEx
             Plaintiff,                .
 6                                     .    Atlanta, Georgia
         vs.                           .
 7                                     .    November 4, 2025
    AMERIS BANK,                       .
 8                                     .    10:25 a.m.
             Defendant.                .
 9                                     .
    . . . . . . . . . . . . . . . .

10

11

12                      CONFIDENTIAL

13                VIDEOTAPED DEPOSITION OF

14                      SUFHAN MAJID

15                  Taken by the Plaintiff

16

17

18          CANDICE EDWARDS, GA-CCR, CER, CDR
                Esquire Deposition Solutions
19

20

21

22

23

24  Proceedings recorded by a reporter using electronic
    sound recording; transcript produced by the reporter and
25  transcriber.
```



SUFHAN MAJID  Confidential  
BYRNE vs AMERIS BANK

November 04, 2025  
21

```
 1   A.   Yes.  That is as stated.  Think you missed a word
 2   on there, but yes.
 3   Q.   In essence, you were reaching out -- or you were
 4   asking David Sparacio, who was your supervisor, to see
 5   the attached LTIP calculation for Balboa Capital,
 6   correct?
 7            MS. YEE:  Same objections.  Document speaks
 8   for itself.
 9            THE WITNESS:  That -- that is the intention
10   of the email.  Yes.
11   BY MR. CORCORAN:
12   Q.   Was that the general policy or procedure that after
13   you prepared the LTIP calculation, you would reach out
14   to David Sparacio and ask him to review it and approve
15   it?
16   A.   Yes.  He is --
17            MS. YEE:  Over -- hold on.  Overbroad.  Lacks
18   foundation.  Calls for speculation and vague.
19            THE WITNESS:  He is my supervisor and would
20   review.
21   BY MR. CORCORAN:
22   Q.   All right.  Let's talk about the LTIP calculation.
23   How did you prepare the LTIP calculation?
24            MS. YEE:  Overbroad.  Vague.
25            THE WITNESS:  I would pull data from our
```



```
 1   reporting software, TM -- TM1.
 2   BY MR. CORCORAN:
 3   Q.  Was TM1 reporting software that Ameris Bank used or
 4   Balboa Capital used or both?
 5   A.  Ameris --
 6           MS. YEE:  Lacks foundation.  Overbroad.
 7   Calls for speculation.
 8   BY MR. CORCORAN:
 9   Q.  You can answer.
10   A.  Ameris Bank would use that.
11           THE REPORTER:  Can you speak up for me a
12   little bit?
13           THE WITNESS:  Yes.
14           THE REPORTER:  Thank you.
15   BY MR. CORCORAN:
16   Q.  Did Balboa Capital have its own accounting software
17   that would feed into TM1?
18           MS. YEE:  Calls for speculation.  Vague.
19   Overbroad.
20           THE WITNESS:  No, it would not speak directly
21   to TM1.
22   BY MR. CORCORAN:
23   Q.  The TM1 software that Ameris Bank used, where did
24   the data that you would pull from TM1 come from?
25           MS. YEE:  Vague.  Ambiguous.
```



```
 1                 THE WITNESS:  I truly don't know the full
 2    architecture of how the data flowed.
 3    BY MR. CORCORAN:
 4    Q.  Do you know how --
 5    A.  It's from the general ledger.
 6    Q.  General ledger is often referred to as GL, correct?
 7                 MS. YEE:  Vague.
 8                 THE WITNESS:  Yes.
 9    BY MR. CORCORAN:
10    Q.  What data would you pull from TM1?
11                 MS. YEE:  Overbroad.  Vague.
12                 THE WITNESS:  It is a reporting tool, so any
13    cost center reports or anything needed.
14    BY MR. CORCORAN:
15    Q.  I'm sorry.  What?
16    A.  Any cost center reports needed can be pulled from
17    TM1.
18    Q.  What was the cost center for Balboa Capital?
19    A.  890 and 891.
20    Q.  The cost center data for Balboa Capital in 890,
21    where did that data come from?
22                 MS. YEE:  Vague.
23    BY MR. CORCORAN:
24    Q.  You can answer.
25    A.  I -- again, I don't know the full architecture, but
```

