# EXHIBIT 24

**From:** Byrne, Patrick [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E819B69829A41D782F6C061E2565DB9-BYRNE, PATR]
**Sent:** 11/3/2023 5:37:49 PM
**To:** Silva, Phil [phils@balboacapital.com]
**Subject:** FW: Q3 2023 LTIP
**Attachments:** image001.png; LTIP calculation 9.30.2023 sm actual 10.10 - QTD.xlsx; Deals charged off before 120 for equipment repossessed 9.30.23.xlsx; SuperTrump Tax Benefits FMV 08.23 All v3.xlsx; Overhead 2022 and 9.30.23.xlsx; Interim Rent DS v4 10.16.23.xlsx; Depreciation 6.30.23.xls; LTIP calculation 9.30.2023 sm actual 10.10 - QTD pat edits 11.2.23.xlsx

fyi

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

**From:** Stokes, Nicole <Nicole.Stokes@amerisbank.com>
**Sent:** Friday, November 3, 2023 9:04 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** LaHaise, James <James.LaHaise@amerisbank.com>
**Subject:** Fwd: Q3 2023 LTIP

Pat,
I do not agree with these adjustments. Would you like to set up a time next week to discuss?

Thank you!
Nicole

**Nicole S. Stokes**
**Ameris Bank** | EVP, Chief Financial Officer
3490 Piedmont Rd NE, Suite 1550 | Atlanta, GA 30305
(D) 404-240-1514

nicole.stokes@amerisbank.com

Visit us online at www.amerisbank.com

Begin forwarded message:

**From:** "Majid, Sufhan" <Sufhan.Majid@amerisbank.com>
**Date:** November 3, 2023 at 11:29:32 AM EDT
**To:** "Sparacio, David" <david.sparacio@amerisbank.com>, "Stokes, Nicole" <nicole.stokes@amerisbank.com>, "Roux, Matt" <Matt.Roux@amerisbank.com>
**Subject: FW: Q3 2023 LTIP**

Nicole – see below for LTIP adjustments proposed by Pat.



Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Friday, November 3, 2023 11:12 AM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Cc:** Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>; Sparacio, David <David.Sparacio@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** FW: Q3 2023 LTIP

Hi Sufhan,

In reviewing the LTIP, a few items need to be revised.

1. A decision was made to change the accounting specific to repossessions in Q1 2023, this resulted in additional charge-offs of $1,297,386 for Q3. See Deals charged off before 120 for equipment repossessed 9.30.23. We have added this back as a change in accounting made by others and not within our control should not be included.
2. Depreciation for pre-acquisition assets has been erroneously deducted. This is approximately $52,644 per quarter which was calculated last quarter. See Depreciation 6.30.23.
3. Overhead compensation for Accounting, Credit, IT, and Marketing of $1,711,946 for Q3 needs to be added back. See attached Overhead 2022 and 9.30.23. This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead). As previously and consistently communicated, we did not consent to these departments not reporting into Balboa.
4. The tax benefits to Ameris were $199,694 for August. Extrapolated for Q3 results in $599,083 in savings. See SuperTrump Tax Benefits FMV 08.23 All v3.
5. The accounting of interim rent was changed which is not consistent with past practices. This resulted in a $1,218,445 income reduction. See Interim Rent v4 10.16.23.

I have revised the LTIP calculation based on the above in the LTIP calculation 9.30.2023 pat edits 11.2.23 spreadsheet. I have highlighted the changes in rows 148-160.

Based on these revisions, the LTIP target for Q3 was met, so please include my bonus for Q3 in the 11/15/23 payroll.

Thank you for your prompt attention to this matter, and let me know if you have any questions.

Best regards,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Monday, October 16, 2023 1:44 PM
**To:** Byrne, Patrick <pateb@balboacapital.com>; Silva, Phil <phils@balboacapital.com>
**Cc:** Parker, Heather <Heather.Parker@balboacapital.com>; Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>; Sparacio, David <David.Sparacio@amerisbank.com>
**Subject:** RE: Q3 2023 LTIP

Pat – see attached for the QTD LTIP

Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Monday, October 16, 2023 11:40 AM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Cc:** Parker, Heather <Heather.Parker@balboacapital.com>; Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>; Sparacio, David <David.Sparacio@amerisbank.com>
**Subject:** RE: Q3 2023 LTIP

Hi Sufhan,

Will you complete the LTIP calculation for Q3 only. I now only see the YTD number.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com
<image001.png>

---

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Wednesday, October 11, 2023 6:36 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>; Silva, Phil <phils@balboacapital.com>
**Cc:** Parker, Heather <Heather.Parker@balboacapital.com>; Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>; Sparacio, David <David.Sparacio@amerisbank.com>
**Subject:** Q3 2023 LTIP

Hey Pat and Phil –

Attached is the reviewed September 2023 LTIP. Please let us know if you have any questions.

Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

AMERIS BANK | WE'RE WITH YOU.