| | |
|---|---|
| **From:** | Stokes, Nicole [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AFA275E9DBB241499944067CFD7EDEDE-NICOLE.STOK] |
| **Sent:** | 1/29/2024 10:39:23 PM |
| **To:** | LaHaise, James [james.lahaise@amerisbank.com] |
| **Subject:** | LTIP Discussion Points |
| **Attachments:** | 2023 Pat LTIP.docx |

For our conversation around LTIP......thanks!

Nicole


**Nicole S. Stokes**
**Ameris Bank** | EVP, Chief Financial Officer
3490 Piedmont Rd NE, Suite 1550 | Atlanta, GA 30305
(D) 404-240-1514
nicole.stokes@amerisbank.com

Visit us online at www.amerisbank.com



CONFIDENTIAL                                                                                                                                                    AMERIS002282

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Pat's Comments: (Nicole's replies in red)

In reviewing the Q4 2023 LTIP, a few items need to be revised.

1. The accounting of stipulated judgments was changed which is not consistent with past practices. This resulted in a $449,553 in reduced income. See 99X STIP- original STIP Amount.
2. Depreciation for pre-acquisition assets has been erroneously deducted. This is $36,435 in Q4 2023. See CC 890 2023 YTD Depreciation schedule. Ameris purchased assets at book value so Balboa never fully expensed the asset – the depreciation expense was included in Pioneer Operating Model. No adjustments should be made for LTIP.
3. Overhead compensation for Accounting, Credit, IT, and Marketing of $1,493,090 for Q4 2023 needs to be added back. See attached Overhead 2022 and 2023. This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead). As previously and consistently communicated, we did not consent to these departments not reporting into Balboa. These departments were not indirect costs – they continued to support Balboa directly. Reporting lines were changed for SOX control issues, but job duties did not change. ███████████████████████████████████ No adjustment should be made for LTIP.
4. The tax benefits to Ameris were $407,538 for Q4 2023. See SuperTrump Portfolio Q1 Q2 Q3 Q4 2022 v2. LTIP is based on pre-tax income. Therefore, no LTIP adjustment is warranted for a tax benefit.
5. The accounting of interim rent was changed which is not consistent with past practices. This resulted in a $755,729 in reduced income. See 12.31.2023 Interim Rent Entry. The accounting of interim rent was changed with the impact of ASC842. This pending accounting change was identified in the due diligence process and the impact was processed in the Pioneer Operating Model ███████████████████████████ Therefore, no impact should be made to the LTIP calculation.
6. A decision was made to change the accounting specific to repossessions in Q1 2023 which is not consistent with past practices, this resulted in additional charge-offs of $160,062 in Q4. See Deals charged off before 120 for equipment repossessed 12.31.23.

Nicole's Comments:

1. If we agree to #1 and #6 above, the hurdle is still not met and no payment is due on LTIP for 2023
2. We never charged the ████████ for MHT charge offs against the LTIP calculation – I believe the agreement shows that we should have charged for those
3. I believe the Pioneer Model included $82,000 a quarter of auditor fees that we never charged for the LTIP calculation. We were charged separate fees from KPMG for additional audit fees related to controls that we never charged the LTIP – we can go back and get the exact amount of those invoices and charge the calculation.

CONFIDENTIAL
AMERIS002283