| | |
|---|---|
| From: | LaHaise, James [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D5DD0DC8FC3E499A942AC9190EFDF471-LAHAISE, JA] |
| Sent: | 1/5/2024 1:54:09 PM |
| To: | Sparacio, David [david.sparacio@amerisbank.com] |
| CC: | Majid, Sufhan [sufhan.majid@amerisbank.com]; Stokes, Nicole [nicole.stokes@amerisbank.com] |
| Subject: | RE: Interim Rent Question on Open Invoices |

You are correct. I will address again.

Thanks

**James A. LaHaise**
Ameris Bank | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

---

From: Sparacio, David <David.Sparacio@amerisbank.com>
Sent: Thursday, January 4, 2024 2:10 PM
To: LaHaise, James <James.LaHaise@amerisbank.com>
Cc: Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Stokes, Nicole <Nicole.Stokes@amerisbank.com>
Subject: FW: Interim Rent Question on Open Invoices

Jim – Nicole mentioned that you and her discussed any possible manual adjustments to Pat's LTIP calculation and the message was we were not going to make any. Pat continues to pound on the interim rent issue and he is incorrect as the agreement clearly states it is based on GAAP financials, which is not consistent with his past practices as he has historically accounting for interim rent on a cash basis. I've also told him in the past the we in accounting can't make adjustments to LTIP unless the message comes from you and Nicole.

I don't know why he keeps bringing this up but if you could remind him of this issue we would appreciate it.

Thanks.

DS

---

From: Byrne, Patrick <pateb@balboacapital.com>
Sent: Thursday, January 4, 2024 1:47 PM
To: Majid, Sufhan <Sufhan.Majid@amerisbank.com>
Cc: Sparacio, David <David.Sparacio@amerisbank.com>; Parker, Heather <Heather.Parker@balboacapital.com>; Silva, Phil <phils@balboacapital.com>
Subject: RE: Interim Rent Question on Open Invoices

Thank you Sufhan.

If I am understanding this correctly the choice is to recognize [REDACTED] in Dec 2023 and the rest over a multi-year amortization period OR recognize [REDACTED] in Q1 2024 when the cash comes in. If I have this correct then I support taking the [REDACTED] in Q1 2024 when the cash comes in. To be clear, this effects the financial reporting side and not the LTIP.

For the LTIP, interim rent should be recognized when the cash is received which is consistent with past practices.

Thank you,



**Patrick Byrne**
Chief Executive Officer
Balboa Capital, A Division of Ameris Bank
(D) 949-553-3415 | pateb@balboacapital.com



**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Thursday, January 4, 2024 9:00 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Sparacio, David <David.Sparacio@amerisbank.com>; Parker, Heather <Heather.Parker@balboacapital.com>
**Subject:** FW: Interim Rent Question on Open Invoices

Hey Pat –

I reviewed the Open Interim Rent invoices as January 3rd, 2024 when all the AP was posted. For Leases with open interim rent invoices, the max I could see us having to recognize on an accrual basis is ▮▮▮. we would have to do a lot of manual efforts to track the cash received and the manual entries in 2024 to reverse things when the cash is received on these. We were thinking it was immaterial to the financials and not worth the effort to track that.

On the plus side, in 2024, these will be recognized on a cash basis at 100% when received as long as the interim rent LP side is set up appropriately since we are just going to make the Q3 2023 and Q4 2023 adjustments and not set up more recurring manual efforts for future periods to let the system handle the accounting.

Please let me know if you have any issues with that or are opposed to that.


Thanks,

**Sufhan Majid, CPA**
Ameris Bank | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

**From:** Parker, Heather <Heather.Parker@balboacapital.com>
**Sent:** Wednesday, January 3, 2024 2:00 PM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Sparacio, David <David.Sparacio@amerisbank.com>
**Subject:** RE: Interim Rent Question on Open Invoices

Sufhan,

I support the accuracy, efficiency, and immateriality rationale for allowing the open invoices as of 12/31/23 to be recognized on a cash basis. H

I also want to point out that some the amounts on your spreadsheet are for prefund interest rather than interim rent. For example, ▮▮▮▮ funded on 12/21/23. The invoice below breaks out a charge of $6,787.28 related to prefund interest from the $58,753.63 charge for interim. This most likely only affects ▮▮▮▮ ▮▮▮▮ and ▮▮▮▮ which have 2 amounts listed.



**Heather Parker**
**Ameris Bank** | SVP, Balboa Capital Risk Manager
575 Anton Blvd, 12th Floor | Costa Mesa, CA 92626
(D) 949.553.3430 | heather.parker@balboacapital.com



**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Wednesday, January 3, 2024 7:32 AM
**To:** Parker, Heather <Heather.Parker@balboacapital.com>; Sparacio, David <David.Sparacio@amerisbank.com>
**Subject:** Interim Rent Question on Open Invoices

Hey Heather –

Wanting to see if you agree with my logic on open invoices for interim rent.. it's a bit chicken scratchy at this point but if we recognize only say 45% of interest income on these in the first month on an accrual basis, then for all the open invoices that are out there for mostly newly funded Ameris lease types, the max adjustment will just be around ▇ that needs to be recognized. Depending on the interim rent period it could be as low as ▇. and some of the interim rents may even be for January so those wouldn't qualify.

I'd honestly propose we leave these on a cash basis when they get recognized next year because we aren't going to be making anymore interim rent adjustments next year once the system is taking that interim rent and moving it to the start of the lease period. It'll cause more adjustments next year because we'd have to individually track all these leases and when a cash payment comes in, reverse it against what we booked. It's severely immaterial and the juice isn't worth the squeeze on this subset of the population.

Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com