# EXHIBIT 29

**Sent**: 1/17/2024 3:56:10 PM
**To**: LaHaise, James [james.lahaise@amerisbank.com]
**Subject**: RE: Q3 2023 LTIP

Thank you!

Given that we hit the

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com



---

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Friday, December 22, 2023 7:52 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Subject:** RE: Q3 2023 LTIP

Pat,  We will be remitting your Q3 incentive payment that should be in the 12/30/23 payroll.  In addition, I have included an interest payment of $1,003.00 (4% interest for 61 days), which is for missing the 30-day post quarter end payment date in your employment agreement.

Happy Holidays and I look forward to a great 2024.

Jim

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Wednesday, December 20, 2023 11:46 PM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Subject:** RE: Q3 2023 LTIP

Hi Jim,

My Q3 bonus based on hitting the LTIP target for Q3 has still not been paid and we have not discussed as you said we would.

The bonus has now been withheld for over two months now.

Please remit as soon as possible.

CONFIDENTIAL                                                                                           AMERIS001046

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com



---

**From:** Byrne, Patrick
**Sent:** Thursday, November 16, 2023 10:22 AM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Subject:** RE: Q3 2023 LTIP

Hi Jim,

I believe my statement around the quarterly bonus is accurate and I am sorry that you construe any view that I have that does not align with yours as counterproductive.

I am on vacation next week but I am happy to talk anytime the following week that works for you.

Best,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com



---

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Thursday, November 16, 2023 10:02 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Subject:** RE: Q3 2023 LTIP

Pat, Your statement that we missed your quarterly bonus again is wholly inaccurate and quite counterproductive. As with your Q2 LTIP calculation, the Q3 adjustments to the calculation you have made have been not mutually agreed to by us. I will take a look at them and call you to discuss.

Are you available early next week?

Thanks

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305

CONFIDENTIAL

(D) 404.240.1536 | (C) 404.538.2203

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Wednesday, November 15, 2023 10:42 AM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** FW: Q3 2023 LTIP

Hi Jim,

I noticed that my Q3 bonus based on hitting the LTIP target for Q3 was not in my paycheck today.

This is the second consecutive quarter that my bonus has been withheld.

Please remit as soon as possible.

Thank you for your prompt attention to this matter.

Best regards,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com



---

**From:** Byrne, Patrick
**Sent:** Friday, November 3, 2023 8:12 AM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Cc:** Rodriguez, Laura <laura.rodriguez@amerisbank.com>; Sparacio, David <david.sparacio@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** FW: Q3 2023 LTIP

Hi Sufhan,

In reviewing the LTIP, a few items need to be revised.

1.      A decision was made to change the accounting specific to repossessions in Q1 2023, this resulted in additional charge-offs of $1,297,386 for Q3.  See Deals charged off before 120 for equipment repossessed 9.30.23.  We have added this back as a change in accounting made by others and not within our control should not be included.
2.      Depreciation for pre-acquisition assets has been erroneously deducted.  This is approximately $52,644 per quarter which was calculated last quarter.  See Depreciation 6.30.23.
3.      Overhead compensation for Accounting, Credit, IT, and Marketing of $1,711,946 for Q3 needs to be added back.  See attached Overhead 2022 and 9.30.23.  This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead).  As previously and consistently communicated, we did not consent to these departments not reporting into Balboa.

AMERIS001048

4.      The tax benefits to Ameris were $199,694 for August.  Extrapolated for Q3 results in $599,083 in savings.  See SuperTrump Tax Benefits FMV 08.23 All v3.

5.      The accounting of interim rent was changed which is not consistent with past practices.  This resulted in a $1,218,445 income reduction.  See Interim Rent v4 10.16.23.

I have revised the LTIP calculation based on the above in the LTIP calculation 9.30.2023 pat edits 11.2.23 spreadsheet.  I have highlighted the changes in rows 148-160.

Based on these revisions, the LTIP target for Q3 was met, so please include my bonus for Q3 in the 11/15/23 payroll.

Thank you for your prompt attention to this matter, and let me know if you have any questions.

Best regards,


**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com



**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Monday, October 16, 2023 1:44 PM
**To:** Byrne, Patrick <pateb@balboacapital.com>; Silva, Phil <phils@balboacapital.com>
**Cc:** Parker, Heather <Heather.Parker@balboacapital.com>; Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>; Sparacio, David <David.Sparacio@amerisbank.com>
**Subject:** RE: Q3 2023 LTIP

Pat – see attached for the QTD LTIP



Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600  | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Monday, October 16, 2023 11:40 AM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Cc:** Parker, Heather <Heather.Parker@balboacapital.com>; Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>; Sparacio, David <David.Sparacio@amerisbank.com>
**Subject:** RE: Q3 2023 LTIP

Hi Sufhan,

Will you complete the LTIP calculation for Q3 only.  I now only see the YTD number.

AMERIS001049

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com



---

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Wednesday, October 11, 2023 6:36 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>; Silva, Phil <phils@balboacapital.com>
**Cc:** Parker, Heather <Heather.Parker@balboacapital.com>; Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>; Sparacio, David <David.Sparacio@amerisbank.com>
**Subject:** Q3 2023 LTIP

Hey Pat and Phil –

Attached is the reviewed September 2023 LTIP.  Please let us know if you have any questions.


Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600  | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

AMERIS001050