# EXHIBIT 30

| | |
|---|---|
| **From:** | LaHaise, James [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D5DD0DC8FC3E499A942AC9190EFDF471-LAHAISE, JA] |
| **Sent:** | 8/4/2023 4:46:40 PM |
| **To:** | Byrne, Patrick [pateb@balboacapital.com] |
| **CC:** | Stokes, Nicole [nicole.stokes@amerisbank.com]; Silva, Phil [phils@balboacapital.com] |
| **Subject:** | RE: LTIP Calculation |

Pat, I thought we agreed on Tuesday that we would have this resolved by Wednesday 8/9 and I am working through the calculations. I will send you my calculations before the end of the day. We can then discuss on Monday.

Thanks

## James A. LaHaise
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Friday, August 4, 2023 10:30 AM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Stokes, Nicole <Nicole.Stokes@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** FW: LTIP Calculation

Jim,

I need my bonus for Q1 and Q2 to be paid out. I have been more than patient here as the Q2 bonus has been withheld for several weeks the Q1 bonus has been withheld for over three months.

While I don't concede any of the points made below, if you correct the error in the adjusted provision calculation (#5 below) and you amortize the Repos Monies of $2,214,514 over 12 months as you suggested, then the LTIP hurdle is met.

I have revised the LTIP calculation based on the above in the blue tabs of the LTIP calculation 6.30.2023 estimate revised 8.4.23 spreadsheet. I have highlighted the changes in rows 147-153.

I am happy to discuss further, but I no longer want my bonuses to be withheld.

Thank you,

## Patrick Byrne
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com





AMERIS001413