EXHIBIT 22

| | |
|---|---|
| From: | Stokes, Nicole [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AFA275E9DBB241499944067CFD7EDEDE-NICOLE.STOK] |
| Sent: | 7/24/2023 5:01:20 PM |
| To: | LaHaise, James [james.lahaise@amerisbank.com] |
| Subject: | Fwd: LTIP Calculation |
| Attachments: | image001.png; REPOS MONIES APPLIED TO STREAM 4.4.23 UPDATED FOR SALES with inventoried assets.xlsx; Depreciation 6.30.23.xls; Ameris Portfolio Snapshot 06.30.2023_updated 7.13.2023.xlsx; Overhead 2022 and 6.30.23.xlsx; LTIP calculation 6.30.2023 estimate revised 7.23.23.xlsx |

I need to look at this closer, but I don't agree with the overhead charge change he wants to make. Doesn't matter who they report too - they are doing Balboa work and was part of his run rate pre-acquisition.

**Nicole S. Stokes**
**Ameris Bank** | EVP, Chief Financial Officer
3490 Piedmont Rd NE, Suite 1550 | Atlanta, GA 30305
(D) 404-240-1514

nicole.stokes@amerisbank.com

Visit us online at www.amerisbank.com

Begin forwarded message:

**From:** "Majid, Sufhan" <Sufhan.Majid@amerisbank.com>
**Date:** July 24, 2023 at 12:52:59 PM EDT
**To:** "Stokes, Nicole" <nicole.stokes@amerisbank.com>, "Sparacio, David" <david.sparacio@amerisbank.com>, "Roux, Matt" <Matt.Roux@amerisbank.com>
**Subject: Fwd: LTIP Calculation**

Hey - wanted to loop y'all into this request..

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Monday, July 24, 2023 11:48:58 AM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Cc:** Sparacio, David <David.Sparacio@amerisbank.com>; Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>; Silva, Phil <phils@balboacapital.com>; LaHaise, James <James.LaHaise@amerisbank.com>
**Subject:** RE: LTIP Calculation

Sufhan,

I hope you had a great weekend.

In reviewing the LTIP, a few items need to be revised.

1. A decision was made to change the accounting specific to repossessions in Q1 2023, resulting in additional charge-offs of ▮▮▮▮▮. See cell D6 on the summary tab of the Repos Monies applied to the Stream spreadsheet. We have added this back as a change in accounting made by others and not within our control should not be included.
2. Depreciation for pre-acquisition assets has been erroneously deducted. This was approximately $52,644 per quarter. See pre Acquisition tab on the Depreciation 6.30.23 spreadsheet.
3. The quarterly net charge-offs for Q2 were ▮▮▮▮▮. Please review the Summary 2021-2023 Quarterly tab cell L12 on the Ameris Snapshot spreadsheet.

4.   Overhead compensation for Accounting, IT, and Marketing needs to be added back. See attached overhead spreadsheet. This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead).

[REDACTED]

I have revised the LTIP calculation based on the above in the blue tabs of the LTIP calculation 6.30.2023 spreadsheet. I have highlighted the changes in rows 147-157.

Based on these revisions, the LTIP targets for Q1 and Q2 were met, so please include my bonus for Q1 and Q2 in the 7/30/23 payroll.

Thank you for your prompt attention to this matter, and let me know if you have any questions.

Best regards,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

---

From: Majid, Sufhan <Sufhan.Majid@amerisbank.com>
Sent: Wednesday, July 12, 2023 11:15 AM
To: Byrne, Patrick <pateb@balboacapital.com>
Cc: Sparacio, David <David.Sparacio@amerisbank.com>; Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>
Subject: LTIP Calculation

Pat – attached is the LTIP calculation as of Q2 2023.

Please let us know if you have any questions in regards to the calculation.

Thanks!

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

CONFIDENTIAL

AMERIS001662