# EXHIBIT 34

|          |                                                                                                                                                                                                                                                        |
|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| From:    | Byrne, Patrick                                                                                                                                                                                                                                         |
| Sent:    | Monday, January 15, 2024 4:42 PM                                                                                                                                                                                                                       |
| To:      | Majid, Sufhan; Sparacio, David; Silva, Phil                                                                                                                                                                                                            |
| Subject: | December 2023 LTIP                                                                                                                                                                                                                                     |
| Attachments: | 99X STIP - original STIP amount.xlsx; CC 890 2023 YTD Depreciation schedule.xls; Overhead 2022 and 2023.xlsx; SuperTrump Portfolio Q1 Q2 Q3 Q4 2022 v2.xlsx; 12.31.2023 Interim Rent Entry.xlsx; Deals charged off before 120 for equipment repossessed 12.31.23.xlsx; LTIP calculation  12.31.2023 final with pat edits 1.14.24.xlsx |

Hi Sufan,

In reviewing the LTIP, a few items need to be revised.

1. The accounting of stipulated judgments was changed which is not consistent with past practices.  This resulted in a $554,191 in reduced income.  See 99X STIP- original STIP Amount.
2. Depreciation for pre-acquisition assets has been erroneously deducted.  This is $145,741 in 2023.  See CC 890 2023 YTD Depreciation schedule.
3. Overhead compensation for Accounting, Credit, IT, and Marketing of $6,505,966 for 2023 needs to be added back.  See attached Overhead 2022 and 2023.  This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead).  As previously and consistently communicated, we did not consent to these departments not reporting into Balboa.
4. The tax benefits to Ameris was $1,398,874 for 2023.  See SuperTrump Portfolio Q1 Q2 Q3 Q4 2022 v2.
5. The accounting of interim rent was changed which is not consistent with past practices.  This resulted in a $1,974,174 in reduced income.  See 12.31.2023 Interim Rent Entry.
6. A decision was made to change the accounting specific to repossessions in Q1 2023 which is not consistent with past practices, this resulted in additional charge-offs of $1,457,448 in Q3 and Q4.  See Deals charged off before 120 for equipment repossessed 12.31.23.

I have revised the LTIP calculation which results in an LTIP payout of $3,037,750.  See LTIP calculation 12.31.2023 final with pat edits 11.14.24.

Thank you for your prompt attention to this matter and let me know if you have any questions.

Best regards,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com



**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Wednesday, January 10, 2024 10:18 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>; Sparacio, David <David.Sparacio@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** RE: December 2023 LTIP

Pat –

Attached is the final LTIP based on the financials as of 12/31/2023 now that the books are officially closed.

Thanks,

## Sufhan Majid, CPA
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600  | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Monday, January 8, 2024 2:24 PM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Sparacio, David <David.Sparacio@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** RE: December 2023 LTIP

Thanks Sufhan.

We will submit our usual adjustments after the financials are completed.

## Patrick Byrne
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com



---

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Monday, January 8, 2024 10:58 AM
**To:** Sparacio, David <David.Sparacio@amerisbank.com>; Byrne, Patrick <pateb@balboacapital.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** December 2023 LTIP

Pat –

Here is what we have so far for LTIP based on the financials. Today is the last day for close entries by around 4 pm EST. provision and taxes will be posted and show up tomorrow but that shouldn't impact LTIP since those are added back.

Thanks,

## Sufhan Majid, CPA
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600  | Atlanta, GA 30305
(D) 404.639.6519 | <u>Sufhan.Majid@amerisbank.com</u>

**DOCUMENT PRODUCED IN NATIVE FORMAT**

**Please review native file: AMERIS0000788**

CONFIDENTIAL                                              AMERIS000788

**DOCUMENT PRODUCED IN NATIVE FORMAT**

**Please review native file: AMERIS0000789**

**CONFIDENTIAL**                                           **AMERIS000789**

**DOCUMENT PRODUCED IN NATIVE FORMAT**

**Please review native file: AMERIS0000790**

CONFIDENTIAL                                               AMERIS000790

**DOCUMENT PRODUCED IN NATIVE FORMAT**

**Please review native file: AMERIS0000791**

**DOCUMENT PRODUCED IN NATIVE FORMAT**

**Please review native file: AMERIS0000792**

CONFIDENTIAL                                    AMERIS000792

**DOCUMENT PRODUCED IN NATIVE FORMAT**

**Please review native file: AMERIS0000793**

**CONFIDENTIAL**              **AMERIS000793**

**DOCUMENT PRODUCED IN NATIVE FORMAT**

**Please review native file: AMERIS0000794**

CONFIDENTIAL                    AMERIS000794