# EXHIBIT 37

| | |
|---|---|
| From: | Byrne, Patrick [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E819B69829A41D782F6C061E2565DB9-BYRNE, PATR] |
| Sent: | 1/31/2024 10:42:05 PM |
| To: | LaHaise, James [james.lahaise@amerisbank.com] |
| CC: | Silva, Phil [phils@balboacapital.com] |
| Subject: | RE: Summary of compensation owed |
| Attachments: | 2022 LTIP Revision.msg; FW_ Security Deposits.msg; December 2023 LTIP .msg |

Jim,

Attached are the three e-mails I am referencing.

1.   Security Deposits- $2,024,765.  See e-mail dated 1/27/24.
2.   2022 LTIP- $1,457,057.  See e-mail dated 11/29/24.
3.   2023 LTIP -$3,037,750.  See e-mail dated 1/15/24.

Please remit the first two immediately and confirm the third will be paid out on February 15.

Thank you,


**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com



---

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Wednesday, January 31, 2024 11:54 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** RE: Summary of compensation owed

Pat,  Thank you for sending this.  I don't see an email on 1/22/24 that you referenced.  I do have an email dated 1/23/24 that references the 2023 LTIP.  Is that the same email?  If not please resend the 1/22/24 email.  Thanks

We have reviewed these in the past and will do so again and get back to you.

Jim


**James A. LaHaise**
Ameris Bank | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Wednesday, January 31, 2024 11:11 AM

**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** Summary of compensation owed

Hi Jim,

Here is a list of items that we need to be paid on.

1.  Security Deposits- $2,024,765.  See e-mail dated 1/27/24.
2.  2022 LTIP- $1,457,057.  See e-mail dated 11/29/24.
3.  2023 LTIP -$3,037,750.  See e-mail dated 1/22/24.

Please remit the first two immediately and confirm the third will be paid out on February 15.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com



CONFIDENTIAL                                                                                                    AMERIS002244