# EXHIBIT 38

| | |
|---|---|
| **From:** | Byrne, Patrick [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E819B69829A41D782F6C061E2565DB9-BYRNE, PATR] |
| **Sent:** | 6/8/2024 2:57:41 PM |
| **To:** | pateb17@yahoo.com |
| **Subject:** | FW: Q1 2024 LTIP revision |
| **Attachments:** | STIP Deals - Booked vs Cash Received Q1 2024.xlsx; CC 890 as of 3.31.24 Depreciation.xls; Overhead 2022 2023 2024.xlsx; SuperTrump Portfolio Q1.24.xlsx; LTIP calculation 3.31.2024 with pat edits.xlsx |

# Patrick Byrne
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

---

**From:** Byrne, Patrick
**Sent:** Monday, May 6, 2024 8:33 AM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Sparacio, David <david.sparacio@amerisbank.com>; Silva, Phil <phils@balboacapital.com>; LaHaise, James <James.LaHaise@amerisbank.com>; Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Rodriguez, Laura <laura.rodriguez@amerisbank.com>
**Subject:** Q1 2024 LTIP revision

Hi Jim,

In reviewing the Q1 2024 LTIP, a few items need to be revised.

1. The accounting of stipulated judgments was changed which is not consistent with past practices. This resulted in a $1,151,287 in reduced income. See STIP Deals- Booked vs. Cash Received Q12024.
2. Depreciation for pre-acquisition assets has been erroneously deducted. This is $19,814 in Q1 2024. See CC 890 as of 3.31.24 Depreciation.
3. Overhead compensation for Accounting, Credit, IT, and Marketing of $1,835,445 for Q1 2024 needs to be added back. See attached Overhead 2022 2023 2024. This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead). As previously and consistently communicated, we did not consent to these departments not reporting to Balboa.
4. The tax benefits to Ameris were $412,335 for Q1 2024. See SuperTrump Portfolio Q1.24.
5. The adjusted provision calculation is off. It should be $4,187,856. See LTIP calculation 3.31.2024 with pat edits cell C 158.

I have revised the Q1 2024 LTIP calculation which results in an LTIP EBT exceeding the LTIP target. See LTIP calculation 3.31.2024 with pat edits.

Accordingly, please ensure that my bonus is paid for Q1 is paid out on 5/1/15/24.

Thank you for your prompt attention to this matter and let me know if you have any questions.

Best regards,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

CONFIDENTIAL                                    AMERIS001111