# EXHIBIT 40

**AMERIS BANK**

# 2023 Senior Manager Performance Review

### Patrick Byrne, Balboa Chief Exec Officer

**Effective date** 01/01/2024

## Review Summary

### Contributors

- Jim A. LaHaise, Manager - Due: 01/31/2024
- Patrick Byrne, Employee

### Instructions

Thank you for taking the time to complete this performance evaluation. Please review your notes from the entire year, and include examples to support your ratings.

### Ratings

|  | Manager Rating |
|---|---|
| **Competencies** | 3.00 Met Expectations |
| **Overall Rating** | 3.00 Met Expectations |

### Final Score

**Score: 3.00** Met Expectations

EXHIBIT 44

### Signatures and Final Comments

If an employee disagrees with any of the information contained in this document, he or she can submit a written statement explaining his or her position, which will be maintained as part of his or her employee personnel file.

| | |
|---|---|
| **Patrick Byrne**, Employee<br>Signed: 01/31/2024 | Despite significant governors put on the growth of Balboa by Ameris in 2023, including but not limited to restrictions on hiring, restrictions on portfolio purchases and reporting lines for key departments (Credit, IT, Accounting, and Marketing) switched to reporting to Ameris: Balboa was able to achieve 115% of it 2023 goal for the Long-Term Incentive Plan (LTIP)- $57.2mil attained versus a plan of $48.5mil. |

AMERIS000095

46.1

**Jim A. LaHaise**, Manager  
Signed: 01/31/2024

No comments are available.

---

## Competencies

### Instructions

Please complete this section completely, providing a rating and comments for each competency.

### Section Ratings

**Manager Rating**

**3.00** Met Expectations

### Rating Scale

| Title | Description |
|---|---|
| 1 - Did Not Meet Expectations | The objective was not met. Insufficient effort was made toward accomplishing the objective. |
| 2 - Partially Met Expectations | The objective was not met. While a reasonable effort was made to meet certain portions of the objectives, the overall results were less than the stated objectives. |
| 3 - Met Expectations | The objective was consistently met. Stated objectives were achieved at the specified levels. |
| 4 - Met and Frequently Exceeded Expectations | The objective was consistently met. Stated objectives were achieved in a manner that exceeded the plan expectations. Contribution to the organization's objectives was at a high level. |
| 5 - Exceeded Expectations | The objective was consistently exceeded. Stated objectives were far surpassed with a significant top-level contribution to the organization's objectives. |

### Competency Ratings Competency Comments

1. **1.0 The Ameris Approach**                                Competency Weight **20%**
   Consistently delivers on the Ameris Approach, our one-of-a-kind exceptional experience, with all customers and colleagues.
   - Is attentive in all interactions including customers, direct reports and colleagues.
   - Strives to fully understand objectives so they can provide appropriate solutions
   - Treats people with kindness and accommodates their individual needs
   - Demonstrates our core values of Integrity, Equal Dignity, Teamwork, Honesty, and High Standards
   - Contributes to Ameris having a positive impact in the community

AMERIS000096

46.2

| Type | Employee |
|---|---|
| **Patrick Byrne**, Employee | No comments are available. |
| **Jim A. LaHaise**, Manager<br>**3 - Met Expectations** | Pat's leadership of the Balboa division is built on a value proposition of exceptional customer experience, solution oriented, and high standards. |

2. **1.1 Performance Objectives**                                              Competency Weight   25%

   Consistently meets the objectives outlined for their role with respect to:
   - Quantity, quality, and completeness of the daily and overall functions of the role

   - Properly follows policies and procedures

   - Completes all assigned training in a timely fashion

| Type | Employee |
|---|---|
| **Patrick Byrne**, Employee | No comments are available. |
| **Jim A. LaHaise**, Manager<br>**3 - Met Expectations** | 1. Using the 1% cost of funds LTIP method, the division income before tax was $48MM, or 98% of original projections<br>2. Loans grew 27%, and were the division exceed budgeted growth by 18%<br>3. Revenue grew $30MM YOY, and expenses rose $6.6MM, which allowed the efficiency ration to improve<br>4. Adjusted loan losses were $39.5MM, or 3.4% of avg YTD loan balances, which prevented the division from exceeding the LTIP target.<br>5. With standard FTP pricing the company did not make a profit for the year.<br><br>Goal: 10% growth in originations from top 50 broker and vendor relationships<br>Result: 31% growth in originations from top 50 broker and vendor relationships<br><br>Goal: Originations growth of 8% over 2022 totaling $741M<br>Result: 13% growth totaling $778M<br><br>Goal: 90% Retention of Top 20 Revenue Producers<br>Result: 95% Retention of Top 20 Revenue Producers |

3. **1.2 Initiative and Reliability**                                          Competency Weight   15%

   Consistently demonstrates the following characteristics:
   - Arrives to work on time daily, has solid attendance; plans ahead for absences when possible and makes sure that deadlines and customer needs are proactively handled

   - Takes initiative to handle problems and/or troubleshoot issues before they escalate; looks for ways to

AMERIS000097

contribute to the team's success without being asked

| Type | Employee |
|---|---|
| **Patrick Byrne**, Employee | No comments are available. |
| **Jim A. LaHaise**, Manager<br>**3 - Met Expectations** | Pat is an active leader and strives every day to improve the division. |

4. **2.0 Leading the Team**  Competency Weight  20%
   Consistently demonstrates the following characteristics:
   - Sets clear objectives for direct reports

   - Coaches and develops staff to drive high performance (provides ongoing, constructive feedback as well as recognition for great work)

   - Makes time to be available for staff

| Type | Management |
|---|---|
| **Patrick Byrne**, Employee | No comments are available. |
| **Jim A. LaHaise**, Manager<br>**3 - Met Expectations** | No comments are available. |

5. **3.0 Living the 7 Key Leadership Traits at Ameris**  Competency Weight  20%
   - Enthusiasm about our Vision and Strategy

   - Others First, Always

   - High Performing Passion

   - Serious about Coaching and Promoting Staff

   - Accountable for Results

   - Experts, Always Improving

   - Dedicated to Customer Service

| Type | Senior Management |
|---|---|
| **Patrick Byrne**, Employee | No comments are available. |

| | |
|---|---|
| **Jim A. LaHaise**, Manager<br>**3 - Met Expectations** | No comments are available. |

---

## Career Development Discussion Acknowledgement

### Instructions

As part of Ameris Bank's career development initiative, please ensure you are having a conversation with your employee about their desired career path.

### Questions and comments

1. **Please acknowledge this discussion by typing "yes" in the comment box.**
   Required

   | | |
   |---|---|
   | **Patrick Byrne**, Employee | *No comments are available.* |
   | **Jim A LaHaise**, Manager | Yes |

---

## Overall Comments

### Instructions

This comment is for any other feedback you wish to provide. It may be further clarification on goals and competencies or it may be something unrelated that you just want to make sure is included. This comment will be viewable as part of the approved review.

### Comments

---

## Developmental Comments

### Instructions

Enter comments outlining development plans, action steps to accomplish them, and desired outcomes.

### Comments

AMERIS000099

46.5

| | |
|---|---|
| **Jim A. LaHaise**, Manager | Pat is unhappy with the level of autonomy he has in leading the division. There are strained relationships with some leaders in the company. We would like for Pat to continue a long term role leading the division, so he will need to decide if he would like to continue in that role. |

AMERIS000100

46.6