# EXHIBIT 41



# 2022 Senior Manager Performance Review

**Patrick Byrne,** Balboa Chief Exec Officer

**Effective date** 01/01/2023

## Review Summary

### Contributors

- Jim A. LaHaise, Manager - Due: 02/17/2023
- Patrick Byrne, Employee

### Instructions

Thank you for taking the time to complete this performance evaluation. Please review your notes from the entire year, and include examples to support your ratings.

### Ratings

|  | **Manager Rating** |
|---|---|
| **Competencies** | **4.10** Met and Frequently Exceeded Expectations |
| **Overall Rating** | **4.10** Met and Frequently Exceeded Expectations |

### Final Score

**Score: 4.10** Met and Frequently Exceeded Expectations

### Signatures and Final Comments

If an employee disagrees with any of the information contained in this document, he or she can submit a written statement explaining his or her position, which will be maintained as part of his or her employee personnel file.

**Patrick Byrne,** Employee       No comments are available.
Signed: 02/16/2023

**Jim A. LaHaise,** Manager       No comments are available.
Signed: 02/16/2023

# Competencies

## Instructions

Please complete this section completely, providing a rating and comments for each competency.

## Section Ratings

**Manager Rating**

**4.10** Met and Frequently Exceeded Expectations

## Rating Scale

| Title | Description |
|---|---|
| 1 - Did Not Meet Expectations | The objective was not met. Insufficient effort was made toward accomplishing the objective. |
| 2 - Partially Met Expectations | The objective was not met. While a reasonable effort was made to meet certain portions of the objectives, the overall results were less than the stated objectives. |
| 3 - Met Expectations | The objective was consistently met. Stated objectives were achieved at the specified levels. |
| 4 - Met and Frequently Exceeded Expectations | The objective was consistently met. Stated objectives were achieved in a manner that exceeded the plan expectations. Contribution to the organization's objectives was at a high level. |
| 5 - Exceeded Expectations | The objective was consistently exceeded. Stated objectives were far surpassed with a significant top-level contribution to the organization's objectives. |

## Competency Ratings Competency Comments

1. **1.0 The Ameris Approach**                                         Competency Weight    **20%**
   Consistently delivers on the Ameris Approach, our one-of-a-kind exceptional experience, with all customers and colleagues.
   - Is attentive in all interactions including customers, direct reports and colleagues.

   - Strives to fully understand objectives so they can provide appropriate solutions

   - Treats people with kindness and accommodates their individual needs

   - Demonstrates our core values of Integrity, Equal Dignity, Teamwork, Honesty, and High Standards

   - Contributes to Ameris having a positive impact in the community

Type                                      Employee

AMERIS000089

| | |
|---|---|
| **Patrick Byrne**, Employee | No comments are available. |
| **Jim A. LaHaise**, Manager<br>**3 - Met Expectations** | No comments are available. |

2. **1.1 Performance Objectives**  Competency Weight  **25%**
   Consistently meets the objectives outlined for their role with respect to:
   - Quantity, quality, and completeness of the daily and overall functions of the role
   - Properly follows policies and procedures
   - Completes all assigned training in a timely fashion

| Type | Employee |
|---|---|
| **Patrick Byrne**, Employee | No comments are available. |
| **Jim A. LaHaise**, Manager<br>**5 - Exceeded Expectations** | See attached board report for 2022 performance against goals. |

3. **1.2 Initiative and Reliability**  Competency Weight  **15%**
   Consistently demonstrates the following characteristics:
   - Arrives to work on time daily, has solid attendance; plans ahead for absences when possible and makes sure that deadlines and customer needs are proactively handled
   - Takes initiative to handle problems and/or troubleshoot issues before they escalate; looks for ways to contribute to the team's success without being asked

| Type | Employee |
|---|---|
| **Patrick Byrne**, Employee | No comments are available. |
| **Jim A. LaHaise**, Manager<br>**3 - Met Expectations** | No comments are available. |

4. **2.0 Leading the Team**  Competency Weight  **20%**
   Consistently demonstrates the following characteristics:
   - Sets clear objectives for direct reports
   - Coaches and develops staff to drive high performance (provides ongoing, constructive feedback as well as recognition for great work)
   - Makes time to be available for staff

AMERIS000090

| | |
|---|---|
| Type | Management |
| **Patrick Byrne**, Employee | No comments are available. |
| **Jim A. LaHaise**, Manager<br>**5 - Exceeded Expectations** | The integration of the long time private company into a publicly traded financial institution is challenging. Pat exceeded expectations in his leadership of the that difficult leadership task while leading the company to exceed our performance expectations fo 2022. |

5. **3.0 Living the 7 Key Leadership Traits at Ameris**     Competency Weight   **20%**

- Enthusiasm about our Vision and Strategy

- Others First, Always

- High Performing Passion

- Serious about Coaching and Promoting Staff

- Accountable for Results

- Experts, Always Improving

- Dedicated to Customer Service

| | |
|---|---|
| Type | Senior Management |
| **Patrick Byrne**, Employee | No comments are available. |
| **Jim A. LaHaise**, Manager<br>**4 - Met and Frequently Exceeded Expectations** | Pat maintains a high level of passion for delivering high performing results and keeping his team focused on delivering on their core value proposition. |

# Overall Comments

## Instructions

This comment is for any other feedback you wish to provide. It may be further clarification on goals and competencies or it may be something unrelated that you just want to make sure is included. This comment will be viewable as part of the approved review.

## Comments

AMERIS000091

**Jim A LaHaise**, Manager        Exceptional first year as part of Ameris Bank.  Thank you for your leadership and continued support fo Ameris Bank's business banking strategies.

## Developmental Comments

### Instructions

Enter comments outlining development plans, action steps to accomplish them, and desired outcomes.

### Comments

**Jim A. LaHaise**, Manager        No comments are available.

AMERIS000092