# EXHIBIT 43

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
PATRICK BYRNE, an            )
individual,                  )
                             )
          Plaintiff,         )
                             ) Case No.
     vs.                     ) 8:24-cv-01989-MWC(JDEx)
                             )
AMERIS BANK, a Georgia       )
corporation,                 )
                             )
          Defendant.         )
_____)
```

VIDEO DEPOSITION OF HEATHER J. PARKER

NOVEMBER 17, 2025

IRVINE, CALIFORNIA

Job No. 161683

Pages 1 - 215

Reported by

Cynthia J. Vega, CA CSR 6640, RMR, RDR, CCRR 95

```
                                                              65
 1    ambiguous as to "risky."  And assumes facts not in
 2    evidence.
 3            But you can answer.
 4            THE WITNESS:  I don't know what would have
 5    happened if I had declined that job, but it was a
 6    need at the time.
 7    BY MR. CORCORAN:
 8       Q.   When you say "it was a need," you mean you
 9    needed a job; right?
10            MS. FODE:  Lacks foundation.
11            THE WITNESS:  I needed a job, and Ameris
12    Bank needed a risk manager for the division.
13    BY MR. CORCORAN:
14       Q.   This period of time during the acquisition
15    of Balboa Capital by Ameris Bank was a very hectic
16    and stressful time for you in the accounting
17    department; true?
18            MS. FODE:  Vague and ambiguous.
19            You can answer.
20            THE WITNESS:  I would say at the time of
21    the acquisition, there was a substantial increase
22    in workload.  We needed to prepare financial
23    statements as of the closing date, which is not part
24    of our normal procedures.  I did assist with, you
25    know, the accounting transition with respect to the
```