# EXHIBIT 44

| | |
|---|---|
| From: | Byrne, Patrick [pateb@balboacapital.com] |
| Sent: | 5/14/2024 4:39:38 AM |
| To: | Parker, Heather [heather.parker@balboacapital.com]; Silva, Phil [phils@balboacapital.com] |
| Subject: | RE: IDC Change |
| Attachments: | image001.png |

Thank you for your analysis, Heather.

What are embedded referral fees?

Can you point to the specific language in ASC 842 for leases and ASC 310-20-30-5 for purchase loans that limit deferred costs outside of referral fees and commissions?

A purchased loan that has a 1% referral fee to a vendor is a purchase since the amount financed is different from the invoice?

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

---

**From:** Parker, Heather <Heather.Parker@balboacapital.com>
**Sent:** Thursday, May 9, 2024 10:05 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** RE: IDC Change

Pat,

There is still a need to designate the deals as "purchases" because Compliance needs the original loan amount, as well as purchased amount, for CRA reporting. They check a sample of contracts to ensure that the amounts they are reporting match contract documents (i.e., invoices). I don't see how we can recharacterize purchases because of this compliance reporting. A purchased loan is where Balboa's amount financed is different from the customer's original loan amount.

David Sparacio provided accounting guidance on purchased transactions to a group including Nicole. Since the Ameris risk tolerance for compliance is low, they are conservative with their accounting methodology. Balboa's practice of embedding referral fees in the amount financed is consistent with ASC 310-20-30-5. Whether we keep referral fees embedded or separate them out, they can be deferred along with commission expense. It's simpler to keep them embedded.

I agree that it would be better to defer credit and funding costs as we do with loans that we originate. However, ASC 842 for leases and ASC 310-20-30-5 for purchase loans limit deferred costs to referral fees and commissions.

Heather

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Thursday, May 9, 2024 9:07 AM
**To:** Silva, Phil <phils@balboacapital.com>
**Cc:** Parker, Heather <Heather.Parker@balboacapital.com>
**Subject:** FW: IDC Change

Phil,

Do we have any portfolio buys in the works? If so, we need to book as individual deals and not use the code for portfolio purchases.

We will book the deals at the SOFR swap spread +250. We will then pay the difference between the rate we are receiving and the SOFR swap spread in points to the vendor.

Please see the attached example.

Let's communicate this to Cam, Sophia, Jacquie, etc. as soon as possible.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

---

**From:** Sparacio, David <David.Sparacio@amerisbank.com>
**Sent:** Wednesday, May 8, 2024 10:33 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Stokes, Nicole <Nicole.Stokes@amerisbank.com>; LaHaise, James <James.LaHaise@amerisbank.com>; Gordon, Paxton <Paxton.Gordon@amerisbank.com>; Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Parker, Heather <Heather.Parker@balboacapital.com>
**Subject:** Re: IDC Change

Pat - Sure. The specific language is in ASC 310-20-30-5 and can be found on the FASB website. The direct wording is "The initial investment in a purchased loan or group of loans shall include the amount paid to the seller plus any fees paid or less any fees received. The initial investment frequently differs from the related loan's prinicpal amount at the date of purchase. All other costs incurred in connection with acquiring purchased loans or committing to purchase loans shall be charged to expense as incurred."

Thanks.

DS

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Wednesday, May 8, 2024 10:42 AM
**To:** Sparacio, David <David.Sparacio@amerisbank.com>
**Cc:** Stokes, Nicole <Nicole.Stokes@amerisbank.com>; LaHaise, James <James.LaHaise@amerisbank.com>; Gordon, Paxton <Paxton.Gordon@amerisbank.com>; Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Parker, Heather <Heather.Parker@balboacapital.com>
**Subject:** RE: IDC Change

Hi David,

Will you please forward the specific language in ASC 310-20 (FAS91) which "prohibits deferring internal costs on purchased loans, whether purchased as a single or group of loans." Please also include the specific language for purchased leases.

Thank you,

CONFIDENTIAL                                                                                                                         AMERIS001785

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

---

**From:** Sparacio, David <David.Sparacio@amerisbank.com>
**Sent:** Wednesday, May 8, 2024 6:02 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Stokes, Nicole <Nicole.Stokes@amerisbank.com>; LaHaise, James <James.LaHaise@amerisbank.com>; Gordon, Paxton <Paxton.Gordon@amerisbank.com>; Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Subject:** IDC Change
**Importance:** High

Pat - As you are aware, a quarterly analysis of the IDC asset for your business unit has historically been performed for accuracy. Past practice has been to tweak (either up or down) the IDC rate on future deals if the analysis deemed the current asset was not accurate. While this practice achieved the same result at year-end of deferred costs, it did not ensure the book value of each loan/lease was correct on a granular level. Additionally, the drastic increase in the volume of purchased equipment loans (PRTPCH type) in 1Q 2024 has accelerated inaccuracy in deferred costs as the system is programmed to automatically defer 5.88% of new deals.

As we have analyzed the deferral process deeper, we have decided to make the following changes to the IDC process to remain GAAP compliant:

1.    On purchased loans we will retroactively (to Jan 2024) apply a deferral rate of 0.25% versus the 5.88% that was deferred in 1Q (this will remain the new rate for future purchased loans). This is driven by the language contained in ASC 310-20 (FAS91) which prohibits deferring internal costs on purchased loans, whether purchased as a single or group of loans. The 25 bps deferral rate represents the commissions we pay on these deals. In order to correct what has been systematically booked in 1Q we will book an adjusting entry to reverse the ~$1.4MM that was over deferred in 1Q (resulting in increased expense).
2.    On purchased leases we will retroactively (to Jan 2024) apply a deferral rate of 0.25% versus the 1.90% that was deferred in 1Q (this will remain the new rate for future purchased leases). Similar to the treatment on purchased loans, ASC 842 prohibits deferring internal costs on purchases and the 1Q adjusting entry will be ~$0.19MM (resulting in increased expense).
3.    On the non-purchased loans our analysis has determined that the deferral rate should increase from 5.88% to 6.30%, and we should also book an adjustment for 1Q activity for that new rate. The impact of this will be an additional deferral of ~$905K (resulting in a reduction of expense).
4.    The analysis on the lease portfolio has determined that there is no change in the deferral rate, and as such the rate will remain unchanged at 1.90%.

The net effect of these 1Q adjustments will be posted on April 1 as it is not material enough to reopen the books for the prior period. The total impact will be an increase to expense (and reduction in the asset) of approximately $663K.

Please let us know if you have any questions.

Thanks!

**David A. Sparacio**
**Ameris Bank**
EVP, Corporate Controller
(D) 404.553.2837
(C) 205.520.8490
david.sparacio@amerisbank.com



CONFIDENTIAL					AMERIS001787