# EXHIBIT 45

| | |
|---|---|
| **Sent:** | 1/11/2023 4:17:20 PM |
| **To:** | LaHaise, James [james.lahaise@amerisbank.com]; McKendry, Bill [bill.mckendry@amerisbank.com] |
| **Subject:** | Balboa Loan Issue at Year-End and Pat's response |

Jim and Bill – Wanted to bring you in the loop here. We have an issue come up today with Balboa Loans at the end of the year – there was approximately $1.1 million of 120+ days past due Balboa loans that should have been charged off and were not processed. Pat believes it is Accounting's responsibility to decision and process charge-offs, which is a clear violation of our internal controls. Accounting is not responsible for charge off decisioning. We have pushed back on him and tried to clarify this, but he is persistent.

I am not asking for you to get involved, but I do think it is important for you to see the conversations and his lack of understanding of segregation of duties and responsibilities in loan operations, accounting and credit. In addition, our accounting system is not Lease Plus. LeasePlus is the loan servicing platform – owned by Loan Operations (Jacquie's group – not Accounting/Sufhan's group). Our Accounting system is FIS GL.

David Sparacio is patiently communicating with Pat to resolve this and continue to get his understanding of loan operations versus accounting. Heather Parker is also involved and seems to be in agreement with Sufhan/David/Nicole on responsibilities and process.

On a side note, had these loans been charged off correctly, his LTIP accrual would be $350,000 less.

Here is his last e-mail to Sufhan (Director of Accounting):

Sufhan,

While Portfolio Management can provide some oversight, and with all due respect, it is Accounting that is ultimately responsible for the integrity of the data and the reporting that comes out of our Accounting system, in this case, LeasePlus. Further to this point concerning incentives and conflicts, the Portfolio Management department is incented on portfolio performance, so it doesn't make sense from a control standpoint to make them the final arbiter.

My intent is not to assign blame but rather to lay out clear areas of responsibility such that this doesn't happen again.

We had a system that worked for years, maybe decades, and we had a slight lapse. It happens. It is time to fix it and move forward.

Respectfully,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com


**Nicole S. Stokes**
**Ameris Bank** | EVP, Chief Financial Officer
3490 Piedmont Rd NE, Suite 1550 | Atlanta, GA 30305
(D) 404-240-1514
nicole.stokes@amerisbank.com

Visit us online at www.amerisbank.com



EXHIBIT

14

CONFIDENTIAL

AMERIS002131



CONFIDENTIAL

AMERIS002132