From: Silva, Phil [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FEDB3D2F263141C1B058E87DDDD792EF-SILVA, PHIL]
Sent: 5/2/2024 5:03:14 PM
To: Byrne, Patrick [pateb@balboacapital.com]
Subject: Re: LTIP & Jim Visit Agenda

Specific to the 2025 offer/contract, I have not heard anything other than we should expect something in the next week or so after Jim speaks to Nicole (per Monday's call with Jim). After reading all of the emails, it is my opinion that the 2023 LTIP is dead and has been for some time.

**Phil Silva**
President
Balboa Capital, a Division of Ameris Bank
(D) 949.553.3491 | (C) 509.981.3940 | phils@balboacapital.com





---

From: Byrne, Patrick <pateb@balboacapital.com>
Date: Thursday, May 2, 2024 at 8:10 AM
To: Silva, Phil <phils@balboacapital.com>
Subject: RE: LTIP & Jim Visit Agenda

I have received no offers on the LTIP nor have I heard anything on the 2025 compensation plan. Have you?

**Patrick Byrne**
Chief Executive Officer
Balboa Capital, A Division of Ameris Bank
(D) 949-553-3415 | pateb@balboacapital.com

---

From: Silva, Phil <phils@balboacapital.com>
Sent: Friday, April 12, 2024 12:20 PM
To: Byrne, Patrick <pateb@balboacapital.com>
Cc: Silva, Phil <phils@balboacapital.com>
Subject: LTIP & Jim Visit Agenda

Good afternoon Pat. To answer your questions...No and yes.

Here is what I do know/think....

- The LTIP seems to have been the impetus for the breakage of our relationship
- Since the purchase, our people have regular performance reviews, regular raises, paid commensurate with the marketplace and great benefits/vacation
  - Off cycle salary increases have really brought people into line

CONFIDENTIAL

EXHIBIT 45

AMERIS001544

45.1

- I believe that after we leave, this will be a good place for them to retire from or continue and grow in their careers
- The Balboa management team has come together, fused together and is VERY cohesive
- This is by far the best team I have ever been associated with
- I feel incredibly blessed by the 5 bullets above

I am busy with the normal and the upcoming Town Hall today and this weekend, but I plan to review the LTIP emails once again to better brief myself for our upcoming meeting with Jim. I would like schedule some time (the 3 of us) so we can come to some agreement or never talk about it at the conclusion of the meeting. The major points of contention are as follows, right? It has been hard for me to fully embrace it like you since I was not part of the negotiation of the Purchase/LTIP Agreement. On the Ameris side, I hear "GAAP is GAAP," way higher Trucking and Working Capital losses based on decisions we made and of course we need to pay for IT, Marketing, Accounting, etc. since they are devoted to Balboa exclusively.

| | |
|---|---:|
| Stips 900 deals | $ 554,191 |
| Depreciation | 145,741 |
| Overhead Adjustment | 6,505,966 |
| Tax Benefits | 1,398,874 |
| Interim Adjustment | 1,974,174 |
| Total | $10,578,946 |
| | |
| Repossessed Equipment | $ 1,457,448 |

Lastly, it seems like it is getting late in the process. I would like to know, since we were not extended, what the offer is for 2025 and beyond.

**Phil Silva**
**President**
**Balboa Capital, a Division of Ameris Bank**
(D) 949.553.3491 | (C) 509.981.3940 | phils@balboacapital.com





---

From: Byrne, Patrick <pateb@balboacapital.com>
Date: Friday, April 12, 2024 at 7:14 AM
To: Silva, Phil <phils@balboacapital.com>
Subject: FW: Follow-up: 2024 Bonuses

Good morning, Phil,

Do you see any significant LTIP payout this year?

Do you care?

CONFIDENTIAL

AMERIS001545

Thanks,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

---

**From:** Byrne, Patrick
**Sent:** Thursday, April 11, 2024 9:52 AM
**To:** Silva, Phil <phils@balboacapital.com>; Baker, Cheryl <cheryl.baker@balboacapital.com>; Fields, Sophia <sophiaf@balboacapital.com>; Sexton, David <davidls@balboacapital.com>; Grant, Jim <jim.grant@balboacapital.com>; Parker, Heather <Heather.Parker@balboacapital.com>; Edson, Todd <toddme@balboacapital.com>; Emert, Jacquie <jacquiee@balboacapital.com>; Chiongson, Michelle <michelleac@balboacapital.com>; Ontal, Patrick <patrickgo@balboacapital.com>
**Subject:** FW: Follow-up: 2024 Bonuses

Ameris calculation of the LTIP through 3/31/24.

YTD through 3/1/24

| | | |
|---|---|---|
| Earnings Before Taxes | | ████ |
| LTIP target | | ████ |
| Deficit | | ████ |

---

**From:** Byrne, Patrick
**Sent:** Wednesday, March 13, 2024 8:15 AM
**To:** Silva, Phil <phils@balboacapital.com>; Rasmussen, Robert <robertjr@balboacapital.com>; Baker, Cheryl <cheryl.baker@balboacapital.com>; Fields, Sophia <sophiaf@balboacapital.com>; Sexton, David <davidls@balboacapital.com>; Grant, Jim <jim.grant@balboacapital.com>; Parker, Heather <Heather.Parker@balboacapital.com>; Edson, Todd <toddme@balboacapital.com>; Emert, Jacquie <jacquiee@balboacapital.com>; Chiongson, Michelle <michelleac@balboacapital.com>; Ontal, Patrick <patrickgo@balboacapital.com>
**Subject:** FW: Follow-up: 2024 Bonuses

Ameris calculation of the LTIP through 2/29/24.

YTD through 2/1/24

| | | | |
|---|---|---|---|
| Earnings Before Taxes | | ████ | |
| LTIP target | ░░░ | ████ | ░░░ |
| Deficit | | ████ | |

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

---

**From:** Byrne, Patrick
**Sent:** Friday, February 9, 2024 7:53 AM
**To:** Silva, Phil <phils@balboacapital.com>; Rasmussen, Robert <robertjr@balboacapital.com>; Baker, Cheryl <cheryl.baker@balboacapital.com>; Fields, Sophia <sophiaf@balboacapital.com>; Sexton, David

&lt;davidls@balboacapital.com&gt;; Grant, Jim &lt;jim.grant@balboacapital.com&gt;; Parker, Heather &lt;Heather.Parker@balboacapital.com&gt;; Edson, Todd &lt;toddme@balboacapital.com&gt;; Emert, Jacquie &lt;jacquiee@balboacapital.com&gt;; Chiongson, Michelle &lt;michelleac@balboacapital.com&gt;; Ontal, Patrick &lt;patrickgo@balboacapital.com&gt;
**Subject:** RE: Follow-up: 2024 Bonuses

Ameris' calculation of the LTIP for January.

| January 2024 | |
|---|---|
| Earnings Before Taxes | ▮ |
| LTIP target | ▮ |
| Deficit | ▮ |

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

**From:** Byrne, Patrick
**Sent:** Monday, February 5, 2024 6:14 AM
**To:** Silva, Phil &lt;phils@balboacapital.com&gt;; Rasmussen, Robert &lt;robertjr@balboacapital.com&gt;; Baker, Cheryl &lt;cheryl.baker@balboacapital.com&gt;; Fields, Sophia &lt;sophiaf@balboacapital.com&gt;; Sexton, David &lt;davidls@balboacapital.com&gt;; Grant, Jim &lt;jim.grant@balboacapital.com&gt;; Parker, Heather &lt;Heather.Parker@balboacapital.com&gt;; Edson, Todd &lt;toddme@balboacapital.com&gt;; Emert, Jacquie &lt;jacquiee@balboacapital.com&gt;; Chiongson, Michelle &lt;michelleac@balboacapital.com&gt;; Ontal, Patrick &lt;patrickgo@balboacapital.com&gt;
**Subject:** RE: Follow-up: 2024 Bonuses

Folks,

Many people have asked me to lay out the numbers so you can better understand the bonus situation, so I will try to do so as succinctly as possible.

I agree with Phil on most of the points below. Still, I would add that I thought that we had a great year considering the significant governors put on the growth of Balboa by Ameris in 2023, including but not limited to the restrictions on hiring, the limitation on portfolio purchases, the floors on interest rates, and the reporting lines for key departments (Credit, IT, Accounting, and Marketing) switched to reporting to Ameris.

Despite these headwinds, for 2023, Balboa was able to achieve:

▮ in earnings before tax based on the Long-Term Incentive Plan (LTIP) model compared to a goal of ▮ of the plan.

Our results in 2023 were after an outstanding 2022, which produced:

▮ in earnings before tax based on the Long-Term Incentive Plan (LTIP) model compared to a goal of ▮ of the plan.

There is a disagreement on how the LTIP is calculated, which I have been raising with executive management since April 2023. For 2023, Ameris calculates the LTIP at ▮, slightly lower than the ▮ mil goal, resulting in no bonuses.

The LTIP goal for 2024 ramps up again to ▮. Given the continued constraints on growth (the bank wants ▮ growth across the board), similar losses as last year (most economists are predicting a downturn in 2024), and no change in the way Ameris calculates the LTIP (we produced ▮ in 2023 based on their calculation- ▮ below the 2024 goal); the prospects for any bonuses in 2024 are bleak.

I am sorry I don't have better news, but hopefully, this addresses your questions on the numbers.

Please feel free to let me know if you have any questions.

Onward and upward,

Pat

**Patrick Byrne**
Chief Executive Officer
Balboa Capital, A Division of Ameris Bank
(D) 949-553-3415 | pateb@balboacapital.com



AMERIS BANK | WE'RE WITH YOU.

---

**From:** Silva, Phil <phils@balboacapital.com>
**Sent:** Thursday, February 1, 2024 8:47 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>; Rasmussen, Robert <robertjr@balboacapital.com>; Baker, Cheryl <Cheryl.Baker@balboacapital.com>; Fields, Sophia <sophiaf@balboacapital.com>; Sexton, David <davidls@balboacapital.com>; Grant, Jim <jim.grant@balboacapital.com>; Parker, Heather <Heather.Parker@balboacapital.com>; Edson, Todd <toddme@balboacapital.com>; Emert, Jacquie <jacquiee@balboacapital.com>; Chiongson, Michelle <michelleac@balboacapital.com>; Ontal, Patrick <patrickgo@balboacapital.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** Follow-up: 2024 Bonuses

Guys,

Good morning. As a follow up to our conversation yesterday, it is my opinion that we will not be receiving additional bonuses this year like we have the last two years. After growing north of ▮ in 2021 and 2002 with very low losses, 2023 was much more challenging with the added cost of deposits, freezes on hiring, increased scrutiny with rates and high losses, primarily in trucking.

Ameris is very supportive of equipment finance and I am hoping we will be able return to these types of bonuses in 2025.

I have been candid with my direct reports and I would encourage you to do the same with yours.

Call me if you should have any questions.

Best,

**Phil Silva**
President
Balboa Capital, a Division of Ameris Bank
(D) 949.553.3491 | (C) 509.981.3940 | phils@balboacapital.com



CONFIDENTIAL

AMERIS001549

45.6