# EXHIBIT 48

| | |
|---|---|
| From: | Silva, Phil [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FEDB3D2F263141C1B058E87DDDD792EF-SILVA, PHIL] |
| Sent: | 3/9/2024 7:20:54 PM |
| To: | Byrne, Patrick [pateb@balboacapital.com] |
| CC: | Silva, Phil [phils@balboacapital.com] |
| Subject: | Re: Employment contract |

Pat,

Thank you for the apology. Accepted. Let me be very clear on a few things.

If you don't implicitly trust me as a partner and friend after 17 years, there is nothing else I can do. Without exception, I have consistently supported you without fail. Frankly, these every other week dustups are fatiguing me.

- I am 100% invested in growing this business
- I am here to spur our people and our accounts higher; be a positive influence
- I don't have time to spend on what things aren't; negativity
- The LTIP is your fight. You negotiated it. We agreed on this

With regards to Jim and Ameris…

- I have been very clear with them and you that we are a much better company with you
- They want you to be here if you want to be here
- I didn't know about the non-renewal, but I am guessing the LTIP 1% structure was the reason
- You are probably up next with regards to a renewal and they will attend to me after that based on the outcome with you
- Without the auto-renewal, I guess everything is up in the air. I am not familiar with this process, don't know what to expect, but I will deal with it as I know more

Lastly, Jim calls me occasionally to check in. Conversations mainly revolve around things like Vartana (approval, $2.3M vs. $3.7M, etc.), sales leadership for the bank, Car Putty, Banes Capital, etc. You know about all of these exchanges. He separately speaks to you about Non-Insurance, Security Deposits, etc.

I don't want to get in the middle. I am not playing both sides, but I do want both to work in harmony. I am just trying to do my job to the best of my ability.

**Phil Silva**
President
**Balboa Capital, a Division of Ameris Bank**
(D) 949.553.3491 | (C) 509.981.3940 | phils@balboacapital.com



From: Byrne, Patrick <pateb@balboacapital.com>
Date: Friday, March 8, 2024 at 9:10 AM
To: Silva, Phil <phils@balboacapital.com>
Subject: Re: Employment contract

Good morning, Phil,

You are right, I owe you an apology.

First off, I meant to say in my text that "I didn't want to talk now" not that I didn't want to talk ever.

You have told me that you are letting me know of all your conversations with Jim, you not disclosing to Jim anything we have discussed unless we agreed in advance, and that you did not have any advance warning of my or your non-renewal notices; therefore, I need to take you at your word.

I apologize for overreacting here. I hope you accept my sincere apology.

Mea culpa,

Pat

---

**From:** Silva, Phil <phils@balboacapital.com>
**Sent:** Thursday, March 7, 2024 12:34:00 PM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** Re: Employment contract

You are probably right Pat. We shouldn't talk. As I mentioned in my text to you, you are being incredibly disrespectful to me and I don't deserve it after all this time. You owe me an apology. I have kept you updated on everything. PS – I got the same letter.

## Phil Silva
### President
**Balboa Capital, a Division of Ameris Bank**
(D) 949.553.3491 | (C) 509.981.3940 | phils@balboacapital.com



---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Date:** Thursday, March 7, 2024 at 10:23 AM
**To:** Silva, Phil <phils@balboacapital.com>
**Subject:** Fwd: Employment contract

It looks like I am up next.

I assume you did not receive a similar non-renewal notice and that you have already discussed it, in addition to many other things you have not made me privy to, with Jim.

---

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Thursday, March 7, 2024 7:45 AM

**To:** Byrne, Patrick <pateb@balboacapital.com>
**Subject:** Employment contract

Pat, Attached is non-renewal notice. Want to give us plenty of time to work through our long term plan together.

Best,

Jim


### James A. LaHaise
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203
james.lahaise@amerisbank.com

