# EXHIBIT 51

| | |
|---|---|
| **From:** | LaHaise, James [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D5DD0DC8FC3E499A942AC9190EFDF471-LAHAISE, JA] |
| **Sent:** | 3/7/2024 3:45:42 PM |
| **To:** | Byrne, Patrick [pateb@balboacapital.com] |
| **Subject:** | Employment contract |
| **Attachments:** | Byrne non-renewal notice 032024.pdf |

Pat, Attached is non-renewal notice. Want to give us plenty of time to work through our long term plan together.

Best,

Jim


**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203
james.lahaise@amerisbank.com



CONFIDENTIAL                                                                                                          AMERIS001752



March 6, 2023

*Via Email Delivery and FedEx*

Patrick Byrne
70 Monarch Bay Dr.
Dana Point, CA 92629

    Re:   Employment Agreement dated as of December 10, 2021 (the "Agreement")

Dear Pat:

    This letter shall serve as notice, pursuant to Section 1 of the Agreement, that Ameris Bank has determined to not renew the Agreement beyond the expiration of its Initial Term (as defined in the Agreement) on December 31, 2024.

                                     Sincerely,

                                       James A. LaHaise
                                     Chief Strategy Officer