# EXHIBIT 53

| | |
|---|---|
| **From:** | Byrne, Patrick[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E819B69829A41D782F6C061E2565DB9-BYRNE, PATR] |
| **Sent:** | Fri 6/28/2024 5:04:40 PM (UTC) |
| **To:** | pateb17@yahoo.com[pateb17@yahoo.com] |
| **Subject:** | FW: Agenda tomorrow |

### Patrick Byrne
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Tuesday, June 25, 2024 10:46 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** Re: Agenda tomorrow

Ok.  Please give me some times tomorrow that work for you.  Thanks.
**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd NE, 15th Floor, Atlanta, GA 30305
(D) 404-240-1536(M) 404-538-2203

> On Jun 25, 2024, at 1:29 PM, Byrne, Patrick <pateb@balboacapital.com> wrote:
>
> Sorry for the late notice but I will be unable to attend the meeting.

### Patrick Byrne
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Monday, June 24, 2024 12:58 PM
**To:** Byrne, Patrick <pateb@balboacapital.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** Agenda tomorrow

Gentlemen,  Here is what is on my list.  Can we move call to 1:30?

    1. Anything June or Q2 issues that would impact current run rate?
    2. Doug is joining to discuss non-insurance fees reversal and crediting past due loans.

3.  Nicole is joining to discuss purchased/originated loan booking issues and controls.

Let me know what you have on your list.

Thanks


**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203
james.lahaise@amerisbank.com
<image001.png>

CONFIDENTIAL                                                                                                                                    AMERIS002285