# EXHIBIT 54

# LaHaise, James

| | |
|---|---|
| **Subject:** | Pat and Jim call |
| **Start:** | Thu 6/27/2024 1:30 PM |
| **End:** | Thu 6/27/2024 2:30 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | LaHaise, James |

Spoke to Pat Byrne to notify him of termination effect June 30, 2024. Access to system will stop tomorrow at 5:00.  He asked to send notice to attorney as well.  Send notice to yahoo email.

CONFIDENTIAL                                                                                                                      AMERIS002286

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

1

CONFIDENTIAL                                                                                      AMERIS002287

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Thursday, June 27, 2024 2:55 PM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Subject:** Kerry Irwin



## Patrick Byrne
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. It is not an offer or acceptance, and it is not intended to be all or part of an agreement. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any review, use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by return e-mail and delete this e-mail from your system. The sender does not accept liability for any damage caused by any virus transmitted by this e-mail or any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

CONFIDENTIAL                                                                                      AMERIS002288