1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AMERIS BANK'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT AS TO EACH OF PLAINTIFF'S CLAIMS**<br><br>Judge: Hon. Michelle Williams Court<br>Date: February 13, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 6A<br><br>Discovery Cut-Off: November 28, 2025<br>Pretrial Conference: May 22, 2026<br>Trial Date: June 1, 2026 |

On February 13, 2026, at 1:30 p.m., Defendant Ameris Bank's ("Ameris") Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment ("Motion"), came before this Court, the Honorable Michelle Williams Court, United States District Judge, presiding.

After full consideration of the evidence, and all written and oral arguments and evidence submitted on the Motion from both parties, and the issues having been duly heard and a decision having been duly rendered, there being no triable issue of fact and Ameris being entitled to judgment as a matter of law, IT IS HEREBY ORDERED:

1. Ameris's Motion is granted, in full, as to each claim pleaded by Plaintiff Patrick Byrne ("Plaintiff").

2. Plaintiff's first cause of action for Wrongful Termination in Violation of Public Policy is dismissed with prejudice.

3. Plaintiff's second cause of action for Whistleblower Retaliation in Violation of California Labor Code § 1102.5 is dismissed with prejudice.

4. Plaintiff's third cause of action for Failure to Pay All Wages at Termination in Violation of California Labor Code §§ 201 and 203 is dismissed with prejudice.

5. Plaintiff's fourth cause of action for Unfair Competition in Violation of California Business and Professions Code § 17200 is dismissed with prejudice.

6. Plaintiff cannot recover punitive damages as a matter of law with no evidence of malice, fraud, or oppression.

7. Judgment is entered in favor of Ameris, and against Plaintiff, as to each claim pleaded by Plaintiff.

**IT IS SO ORDERED.**

Dated: _____

By: _____
Hon. Michelle Williams Court
United States District Judge