1
2
3
4
5
6
7
8
9       **UNITED STATES DISTRICT COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  PATRICK BYRNE, an individual, | Case No. 8:24-cv-01989-MWC (JDEx) |
| 13              Plaintiff, | **[PROPOSED] ORDER GRANTING** |
| 14  vs. | **DEFENDANT AMERIS BANK'S APPLICATION FOR LEAVE TO** |
| 15  AMERIS BANK, a Georgia corporation, | **FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION FOR** |
| 16 | **SUMMARY JUDGMENT, OR IN** |
| 17              Defendant. | **THE ALTERNATIVE, FOR** |
| 18 | **PARTIAL SUMMARY JUDGMENT AS TO EACH OF PLAINTIFF'S** |
| 19 | **CLAIMS** |
| 20 | |
| 21 | Hon. Michelle Williams Court |
| | Date: February 13, 2026 |
| 22 | Time: 1:30 p.m. |
| | Place: Courtroom 6A |
| 23 | |
| 24 | Discovery Cut-Off: November 28, 2025 |
| 25 | Pre-trial Conference: May 22, 2026 |
| | Trial: June 1, 2026 |
| 26 | |

27
28

On February 13, 2025, Defendant Ameris Bank's ("Defendant") Application for Leave to Seal Documents Under Seal, came for hearing before this Court, the Honorable Michelle Williams Court, United States District Judge, presiding.

After full consideration of the evidence, and all written and oral arguments and evidence submitted on the motion, and the issues having been duly heard and a decision having been duly rendered:

IT IS HEREBY ORDERED:

1. The Court finds that there are compelling reasons to seal the material at issue; and

2. The Court GRANTS the application and ORDERS the following materials be filed under seal:

   a. Ameris's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment;

   b. Ameris's Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Its Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment; and

   c. The following Exhibits (or redacted portions of Exhibits) to Ameris's Motion for Summary Judgment:

| COE Exhibit | Description | List of Documents or Portion of Documents Needing to be Sealed and Basis for Sealing |
|---|---|---|
| 4 | 2022 LTIP Calculation Spreadsheet, AMERIS000738, Declaration of James LaHaise in support of Defendant Ameris Bank's Motion for Summary Judgment, or in the alternative, for Partial Summary Judgment ("LaHaise Decl."), Para. 8. | (Entirely redacted) Table lists exact calculation of 2022 non-public division earnings before taxes ("EBT") against target EBT. |

| COE Exhibit | Description | List of Documents or Portion of Documents Needing to be Sealed and Basis for Sealing |
|---|---|---|
| 33 | 2023 LTIP Calculation Spreadsheet, AMERIS000739, LaHaise Decl., Para 8. | (Entirely redacted) Table lists exact calculation of 2023 non-public division EBT against target EBT. |
| 7 | Deposition of Nicole Stokes, Pages 72, 73, 74, 75, 218. | (Partially redacted) The redacted portions of this document contain sensitive and non-public information relating to the calculation of bonus pool funds and costs of funds and calculation of 2022 and 2023 non-public division EBT against target EBT. |
| 3 | Balboa Capital Long-Term Cash Incentive Plan ("LTIP"), AMERIS000221-234, LaHaise Decl., Para. 3. | (Partially redacted) The redacted portions of this document contain sensitive and non-public information relating to the cost of funds and calculation of bonus pool funds. |
| 17 | May 6, 2024 Email Chain between James LaHaise and Patrick Byre regarding Summary of Compensation Owed, AMERIS001776, 1778, 1780-82, LaHaise Decl., Para. 14. | (Partially redacted) The redacted portions of this document contain sensitive and non-public information relating to the calculation of bonus pool funds and costs of funds and calculation of 2022 and 2023 non-public division EBT against target EBT. |
| 18 | May 11, 2023 Email from Patrick Byrne regarding Third Party Employee LTIP payout, AMERIS001560-61, Deposition of Patrick Byrne, Volume II, 198:10-200:6. | (Partially redacted) Non-party employee identities only redacted. |
| 20 | June 6, 2023 Email from Patrick Byrne to James LaHaise re: 2022 and Q1 2023 LTIP calculations, AMERIS001207-08, LaHaise Decl., Para. 9. | (Partially redacted) Non-public division earnings before taxes ("EBT") only redacted. |
| 23, 31 | July 24, 2023 Email from Nicole Stokes to James Lahaise re: LTIP calculation, AMERIS001661-62, | (Partially redacted) Loan "charge-offs" and pricing model calculations for internal income statements redacted. |

| COE Exhibit | Description | List of Documents or Portion of Documents Needing to be Sealed and Basis for Sealing |
|---|---|---|
| | Declaration of Nicole Stokes in support of Defendant Ameris Bank's Motion for Summary Judgment, or in the alternative, for Partial Summary Judgment ("Stokes Decl."), Para. 5. | |
| 25 | January 19, 2024 Email from Nicole Stokes to James Lahaise attaching Stokes' response to Patrick Byrne's comments re: Q4 2023 LTIP , AMERIS002282-83, Stokes Decl., Para. 5. | (Partially redacted) - The redacted portions of this document contain sensitive and confidential information relating to internal pricing models. |
| 26 | January 3, 2024 Email Majid to Parker and Sparacio re Interim rent question on open invoices, AMERIS001806-09, Stokes Decl., Para. 9. | (Partially redacted) The redacted portions of this document contain sensitive and confidential information relating to loan "charge-offs," internal accrual data for leases, and accounting protocols. |
| 27 | 2024.01.05 Email from David Sparacio to Byrne regarding Ameris accounting policies, AMERIS001036-45, Stokes Decl., Para. 9. | (Partially redacted) The redacted portions of this document contain sensitive and confidential information relating to internal loss calculations on stipulated deals. |
| 28, 42 | August 4, 2023 Email from LaHaise to Byrne discussing LTIP calculation for Q2 2023, AMERIS001695-98, LaHaise Decl., Para. 12. | (Partially redacted) The redacted portions of this document contain sensitive and non-public information relating to the calculation of 2022 and 2023 non-public division EBT against target EBT. |
| 47 | May 2, 2024 Email from Phil Silva to Byrne regarding LTIP and LaHaise Visit Agenda, AMERIS001544-48, Deposition of Patrick Byrne, Volume II, 252:18-253:19. | (Partially redacted) The redacted portions of this document contain sensitive and non-public information relating to calculation of 2022 and 2023 non-public division EBT against target EBT and 2024 target EBT. |
| 50 | December 8, 2023 Email | (Partially redacted) The redacted portions of |

| COE Exhibit | Description | List of Documents or Portion of Documents Needing to be Sealed and Basis for Sealing |
|---|---|---|
| | from James LaHaise to Patrick Byrne re 2024 budget and LTIP Potential, AMERIS001462, LaHaise Decl., Para. 12. | this document contain sensitive and confidential information relating to internal pricing models. |

**IT IS SO ORDERED.**

By:

Dated: _____    _____

Hon. Michelle Williams Court
United States District Judge