Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, CA 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Attorneys for Defendant
AMERIS BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**DEFENDANT AMERIS BANK'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT AS TO EACH OF PLAINTIFF'S CLAIMS**<br><br>Hon. Michelle Williams Court<br>Date: February 13, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 6A<br><br>Discovery Cut-Off: November 28, 2025<br>Pre-trial Conference: May 22, 2026<br>Trial: June 1, 2026 |

Pursuant to Local Rule 79-5.2.2(a) and the Stipulated Protective Order entered in this action on June 20, 2025, Defendant Ameris Bank ("Ameris") hereby submits this Application for Leave to File Documents Under Seal in Support of Its Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment as to Each of Plaintiff's Claims.

Ameris's Application for Leave to File Documents Under Seal is based on this Application, the Declaration of Stacy L. Fode filed under seal concurrently herewith, the [Proposed] Order attached hereto, and all records and filings in this action.

Ameris respectfully requests leave to file the following documents under seal: (1) Ameris's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment ("Memorandum"); (2) Ameris's Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Its Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment ("SSUF"); and (3) the following Exhibits (or redacted portions of Exhibits) to Ameris's Motion for Summary Judgment that Ameris has designated as "CONFIDENTIAL" pursuant to the Stipulated Protective Order entered in this action:

| Exhibit | Description | Basis for Sealing |
|---|---|---|
| 4 | 2022 LTIP Calculation Spreadsheet, AMERIS000738, Declaration of James LaHaise in support of Defendant Ameris Bank's Motion for Summary Judgment, or in the alternative, for Partial Summary Judgment ("LaHaise Decl."), Para. 8. | (Entirely redacted) Table lists exact calculation of 2022 non-public division earnings before taxes ("EBT") against target EBT. **OPPOSED** |
| 33 | 2023 LTIP Calculation Spreadsheet, AMERIS000739, LaHaise Decl., Para 8. | (Entirely redacted) Table lists exact calculation of 2023 non-public division EBT against target EBT. **OPPOSED** |
| 7 | Deposition of Nicole Stokes, Pages 72, 73, 74, 75, 218. | (Partially redacted) The redacted portions of this document contain sensitive and non- |

| Exhibit | Description | Basis for Sealing |
|---|---|---|
|  |  | public information relating to the calculation of bonus pool funds and costs of funds and calculation of 2022 and 2023 non-public division EBT against target EBT.<br>**OPPOSED** |
| 3 | Balboa Capital Long-Term Cash Incentive Plan ("LTIP"), AMERIS000221-234, LaHaise Decl., Para. 3. | (Partially redacted) The redacted portions of this document contain sensitive and non-public information relating to the cost of funds and calculation of bonus pool funds.<br>**OPPOSED** |
| 17 | May 6, 2024 Email Chain between James LaHaise and Patrick Byre regarding Summary of Compensation Owed, AMERIS001776, 1778, 1780-82, LaHaise Decl., Para. 14. | (Partially redacted) The redacted portions of this document contain sensitive and non-public information relating to the calculation of bonus pool funds and costs of funds and calculation of 2022 and 2023 non-public division EBT against target EBT.<br>**OPPOSED** |
| 18 | May 11, 2023 Email from Patrick Byrne regarding Third Party Employee LTIP payout, AMERIS001560-61,<br>Deposition of Patrick Byrne, Volume II, 198:10-200:6. | (Partially redacted) Non-party employee identities only redacted.<br>**OPPOSED** |
| 20 | June 6, 2023 Email from Patrick Byrne to James LaHaise re: 2022 and Q1 2023 LTIP calculations, AMERIS001207-08, LaHaise Decl., Para. 9. | (Partially redacted) Non-public division earnings before taxes ("EBT") only redacted.<br>**OPPOSED** |
| 23, 31 | July 24, 2023 Email from Nicole Stokes to James Lahaise re: LTIP calculation, AMERIS001661-62,<br>Declaration of Nicole Stokes in support of Defendant Ameris Bank's Motion for Summary Judgment, or in the alternative, for Partial Summary Judgment | (Partially redacted) Loan "charge-offs" and pricing model calculations for internal income statements redacted.<br>**OPPOSED** |

| Exhibit | Description | Basis for Sealing |
|---|---|---|
| | ("Stokes Decl."), Para. 5. | |
| 25 | January 19, 2024 Email from Nicole Stokes to James Lahaise attaching Stokes' response to Patrick Byrne's comments re: Q4 2023 LTIP, AMERIS002282-83, Stokes Decl., Para. 5. | (Partially redacted) - The redacted portions of this document contain sensitive and confidential information relating to internal pricing models. **OPPOSED** |
| 26 | January 3, 2024 Email Majid to Parker and Sparacio re Interim rent question on open invoices, AMERIS001806-09, Stokes Decl., Para. 9. | (Partially redacted) The redacted portions of this document contain sensitive and confidential information relating to loan "charge-offs," internal accrual data for leases, and accounting protocols. **OPPOSED** |
| 27 | 2024.01.05 Email from David Sparacio to Byrne regarding Ameris accounting policies, AMERIS001036-45, Stokes Decl., Para. 9. | (Partially redacted) The redacted portions of this document contain sensitive and confidential information relating to internal loss calculations on stipulated deals. **OPPOSED** |
| 28, 42 | August 4, 2023 Email from LaHaise to Byrne discussing LTIP calculation for Q2 2023, AMERIS001695-98, LaHaise Decl., Para. 12. | (Partially redacted) The redacted portions of this document contain sensitive and non-public information relating to the calculation of 2022 and 2023 non-public division EBT against target EBT. **OPPOSED** |
| 47 | May 2, 2024 Email from Phil Silva to Byrne regarding LTIP and LaHaise Visit Agenda, AMERIS001544-48, Deposition of Patrick Byrne, Volume II, 252:18-253:19. | (Partially redacted) The redacted portions of this document contain sensitive and non-public information relating to calculation of 2022 and 2023 non-public division EBT against target EBT and 2024 target EBT. **OPPOSED** |
| 50 | December 8, 2023 Email from James LaHaise to Patrick Byrne re 2024 budget and LTIP Potential, AMERIS001462, LaHaise Decl., Para. 12. | (Partially redacted) The redacted portions of this document contain sensitive and confidential information relating to internal pricing models. **OPPOSED** |

As detailed in the Declaration of Stacy L. Fode, the above-referenced Exhibits contain highly sensitive confidential, proprietary and trade secret information,

including sensitive non-public financial information. Ameris seeks to seal only two single-page Exhibits in their entirety (Exs. 4 and 33). Ameris seeks to file the other Exhibits with only minor redactions of its sensitive and non-public financial information. The redactions in the Memorandum and SSUF are limited to the same information redacted in the exhibits.

In addition, pursuant to Local Rule 79-5.2.2(b), Ameris also respectfully requests leave to file under seal the following Exhibits to Ameris's Motion for Summary Judgment that *Plaintiff* designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order entered in this action.

| COE Exhibit | Description of Document Designated "CONFIDENTIAL" By Plaintiff |
|---|---|
| 1 | Excerpts of Deposition Testimony of Patrick Byrne, October 20, 2025, 63:13-64:6, 66:17-18, 73:5-9, 74:1, 86:24-25, 87:5-8, 88:21, 90:1-2, 90:16-18. |
| 8 | December 10, 2021 Employment Agreement between Ameris Bank and Patrick Byrne, AMERIS000238-259. |
| 9 | Chief Executive Officer Job Description, AMERIS000235-37. |
| 10 | Patrick Byrne's W2 for 2022, AMERIS000006-10. |
| 11 | Patrick Byrne's W2 for 2023, AMERIS000011-16. |
| 12 | Patrick Byrne's W2 for 2024, AMERIS000035. |

In accordance with Local Rules 7-3 and 79-5.2.2—and as set forth in the attached Declaration of Stacy L. Fode—Ameris made several attempts to meet and confer with Plaintiff regarding this Application and the materials designated by Plaintiff as "CONFIDENTIAL," but was unable to complete the meet and confer process given Plaintiff's then-counsel's inability and refusal to do so.

//
//
//

For the foregoing reasons, Ameris respectfully requests that the Court issue an order permitting Ameris to file the above-referenced documents under seal.

Dated: December 26, 2025  **NUKK-FREEMAN & CERRA**

By: */s/Stacy L. Fode*
Stacy L. Fode, Esq.
Nana J. Yee, Esq.
Attorney for Defendant
AMERIS BANK