REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

