From: pateb@balboacapital.com [pateb@balboacapital.com]
Sent: 5/11/2023 2:19:23 PM
To: Rodriguez, Laura [laura.rodriguez@amerisbank.com]
Subject: Re: ▇▇▇ - LTIP

Thank you Laura.

On May 11, 2023, at 10:14 AM, Rodriguez, Laura <Laura.Rodriguez@amerisbank.com> wrote:

Hi Pat,

You will be paid the remaining funds in the 2022 LTIP pool on 5/15/2023. This totals $12,150.29

This is equal to the $15k we pulled back from ▇▇▇ less the $2,849.71 we paid to ▇▇▇ later in February.

Thank you,

**Laura Rodriguez**
**Ameris Bank** | SVP, Director of Compensation Practices
3490 Piedmont Road NE, Suite 420
Atlanta, Georgia 30305
(D) 404.639.6578  |  (C) 404.729.2483  |  (F) 404.506.9389
laura.rodriguez@amerisbank.com

Please visit us online at www.amerisbank.com

From: Byrne, Patrick <pateb@balboacapital.com>
Sent: Wednesday, May 10, 2023 3:55 PM
To: Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>
Subject: RE: ▇▇▇ LTIP

Hi Laura,

Please send the $15k to me in the next payroll.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com
<image001.png>

From: Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>
Sent: Monday, February 13, 2023 5:44 AM
To: Byrne, Patrick <pateb@balboacapital.com>
Subject: ▇▇▇ LTIP


EXHIBIT 31

Pat –

Should the $15k that was pulled from ▇▇▇ be appropriated to you?

If so, are you agreeable to waiting until 2/28 to receive this $15k? I'd like to keep this as easy as possible for payroll …

Thank you,

**Laura Rodriguez**
**Ameris Bank** | SVP, Director of Compensation Practices
3490 Piedmont Road NE, Suite 420
Atlanta, Georgia 30305
(D) 404.639.6578 | (C) 404.729.2483 | (F) 404.506.9389
laura.rodriguez@amerisbank.com

Please visit us online at www.amerisbank.com

CONFIDENTIAL

AMERIS001561