| | |
|---|---|
| Sent: | 8/4/2023 7:40:52 PM |
| To: | Byrne, Patrick [pateb@balboacapital.com] |
| CC: | Stokes, Nicole [nicole.stokes@amerisbank.com]; Silva, Phil [phils@balboacapital.com]; Spencer, Jody [jody.spencer@amerisbank.com] |
| Subject: | RE: LTIP Calculation |
| Attachments: | LTIP calculation 6.30.2023 adjusted for MHT and Recovery (003).xlsx |

Pat, Here is our calculation. As we discussed in our meeting together, your expectation for adjusting the LTIP calculation for depreciation and direct administrative employee expense is not correct since they are direct operating expenses and the LTIP agreement contemplated direct operating expenses to be charged to the division. Here is a summary of the attached LTIP calculator with our adjustments. See attached worksheet for details.

- For Q1 2023 LTIP calculation, we agree to amortize the ▊ charged off loans be amortized monthly for the 12 months on 2023 LTIP calculation. This resulted in the division exceeding the LTIP EBT trigger of ▊ and triggered your quarterly incentive to be paid and a Q1 YTD LTIP accrual of $185,589.00
- For Q2 2023 LTIP calculation, we agree that MHT charge off of ▊ be deducted from the charge off calculation of the LTIP. This resulted in the division exceeding the LTIP YTD EBT trigger of ▊ (Q1 trigger of ▊ plus Q2 trigger of ▊). This YTD result for the division again triggered your quarterly incentive to be paid and adjusted the YTD LTIP accrual to $116,864.
- I have reviewed the calculation for the ▊ Provision for Loan Loss and they are correct in the worksheet and align to the language of the LTIP agreement. The agreement contemplated that we would maintain a loan loss provision equal to ▊ of the outstanding balance of the portfolio plus actual loan losses during the period. In other words, at the end of each quarter, we should always end up with a ▊ loan loss provision after we deduct the amount of actual loan losses. Therefore calculating ▊ times the quarter end outstanding loan balance is correct.

I will get payroll to submit your quarterly incentive on Monday, which should bring this open issue to a close.

These were the open issues I had from our meeting on Tuesday.
- LTIP charge off adjustments for the recovery account and MHT.
- How the ▊ provision for loan losses in the LTIP calculator is calculated.
- Depreciation and direct expenses charged to the division.
- Taking unclaimed security deposits from pre-acquisition into income.

I think this and my previous email on the indemnity escrow should close the open issue we discussed in our meeting on Tuesday.

I appreciate your collaboration in getting these items closed.

Thank you.

**James A. LaHaise**
Ameris Bank | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

From: Byrne, Patrick <pateb@balboacapital.com>
Sent: Friday, August 4, 2023 10:30 AM



To: LaHaise, James <James.LaHaise@amerisbank.com>
Cc: Stokes, Nicole <Nicole.Stokes@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
Subject: FW: LTIP Calculation

Jim,

I need my bonus for Q1 and Q2 to be paid out. I have been more than patient here as the Q2 bonus has been withheld for several weeks the Q1 bonus has been withheld for over three months.

While I don't concede any of the points made below, if you correct the error in the adjusted provision calculation (#5 below) and you amortize the Repos Monies of ▮▮▮▮▮ over 12 months as you suggested, then the LTIP hurdle is met.

I have revised the LTIP calculation based on the above in the blue tabs of the LTIP calculation 6.30.2023 estimate revised 8.4.23 spreadsheet. I have highlighted the changes in rows 147-153.

I am happy to discuss further, but I no longer want my bonuses to be withheld.

Thank you,

**Patrick Byrne**
Chief Executive Officer
Balboa Capital, A Division of Ameris Bank
(D) 949-553-3415 | pateb@balboacapital.com



---

From: Byrne, Patrick
Sent: Tuesday, August 1, 2023 3:12 PM
To: LaHaise, James <James.LaHaise@amerisbank.com>
Cc: Stokes, Nicole <nicole.stokes@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
Subject: FW: LTIP Calculation

Here is the latest correspondence on the 2023 LTIP.

**Patrick Byrne**
Chief Executive Officer
Balboa Capital, A Division of Ameris Bank
(D) 949-553-3415 | pateb@balboacapital.com



---

From: Byrne, Patrick
Sent: Monday, July 24, 2023 8:49 AM
To: Majid, Sufhan <Sufhan.Majid@amerisbank.com>
Cc: Sparacio, David <david.sparacio@amerisbank.com>; Rodriguez, Laura <laura.rodriguez@amerisbank.com>; Silva, Phil

<phils@balboacapital.com>; LaHaise, James <James.LaHaise@amerisbank.com>
Subject: RE: LTIP Calculation

Sufhan,

I hope you had a great weekend.

In reviewing the LTIP, a few items need to be revised.

1. A decision was made to change the accounting specific to repossessions in Q1 2023, resulting in additional charge-offs of ▮▮▮▮. See cell D6 on the summary tab of the Repos Monies applied to the Stream spreadsheet. We have added this back as a change in accounting made by others and not within our control should not be included.
2. Depreciation for pre-acquisition assets has been erroneously deducted. This was approximately $52,644 per quarter. See pre Acquisition tab on the Depreciation 6.30.23 spreadsheet.
3. The quarterly net charge-offs for Q2 were ▮▮▮▮. Please review the Summary 2021-2023 Quarterly tab cell L12 on the Ameris Snapshot spreadsheet.
4. Overhead compensation for Accounting, IT, and Marketing needs to be added back. See attached overhead spreadsheet. This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead).
5. The adjusted provision is ▮▮▮▮ annualized, so your formula in cell i151 on the Balboa Inc statement Q1 and Balboa Inc statement Q2 needs to divide ▮▮▮▮ by 4 for Q1 and ▮▮▮▮ by 2 for Q2.

I have revised the LTIP calculation based on the above in the blue tabs of the LTIP calculation 6.30.2023 spreadsheet. I have highlighted the changes in rows 147-157.

Based on these revisions, the LTIP targets for Q1 and Q2 were met, so please include my bonus for Q1 and Q2 in the 7/30/23 payroll.

Thank you for your prompt attention to this matter, and let me know if you have any questions.

Best regards,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com



---

From: Majid, Sufhan <Sufhan.Majid@amerisbank.com>
Sent: Wednesday, July 12, 2023 11:15 AM
To: Byrne, Patrick <pateb@balboacapital.com>
Cc: Sparacio, David <David.Sparacio@amerisbank.com>; Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>
Subject: LTIP Calculation

Pat – attached is the LTIP calculation as of Q2 2023.

Please let us know if you have any questions in regards to the calculation.

Thanks!

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600  | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

CONFIDENTIAL