Stacy L. Fode (SBN 199883)
sfode@nfclegal.com
Nana Yee (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C**.
550 West C Street, Suite 910
San Diego, CA 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

*Attorneys for Defendant*
AMERIS BANK

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| PATRICK BYRNE, an Individual, | Case No. 8:24-cv-01989-MWC (JDEx) |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| AMERIS BANK, a Georgia corporation | |
| Defendant. | |

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 550 West C Street, Suite 910, San Diego, California 92101.

On December 26, 2025, I served the foregoing documents described as:

- **DECLARATION OF STACY L. FODE IN SUPPORT OF DEFENDANT AMERIS BANK'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT AS TO EACH OF PLAINTIFF'S CLAIMS;**
- **UNREDACTED EXHIBITS 3, 4, 7, 17, 18, 20, 23 and 31, 25, 26, 27, 28 and 42, 33, 47, 50;**
- **PROOF OF SERVICE**

on the interested parties in this action as set forth below in the following manner.

| | |
|---|---|
| Esperanza Cervantes Anderson, Esq.<br>1037 N Allen Avenue<br>Pasadena, California 91104<br>esperanza@esperanzaanderson.com | Matthew T. Sessions, Esq.<br>msessions@allenmatkins.com<br>Stacey A. Villagomez, Esq.<br>svillagomez@allenwatkins.com<br>Allen Watkins<br>2010 Main Street, 8th Floor<br>Irvine, CA 92614 |

*Attorneys for Plaintiff*

☒ **BY ELECTRONIC MAIL:** I caused to be served by electronic transmission (e-mail) to the parties and/or their attorney(s) of record stated above. The document(s) was/were transmitted by electronic transmission. The transmission was reported as complete and without error.

☒ **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on December 26, 2025, at San Diego, California.

_____
Clara Castañeda, Paralegal
ccastaneda@nfclegal.com