# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PATRICK BYRNE, an Individual,

Plaintiff(s)

v.

AMERIS BANK, a Georgia corporation

Defendant(s)

CASE NUMBER
8:24-cv-01989-MWC-JDE

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY (DKT. 90)**

☒ The Court hereby orders that the request of:

Patrick Byrne        ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

☒ to substitute   Matthew T. Sessions; Stacey A. Villagomez   who are

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

2010 Main Street, 8th Floor
*Street Address*

Irvine, CA 92614               msessions@allenmatkins.com;
                               svillagomez@allenmatkins.com
*City, State, Zip*             *E-Mail Address*

(949) 553-1313      (949) 553-8354      307098; 317081
*Telephone Number*  *Fax Number*        *State Bar Number*

as attorney of record instead of   Esperanza Cervantes Anderson
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of  Esperanza Cervantes Anderson
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for  Plaintiff

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  December 23, 2025

_____
U. S. District Judge

G–01 ORDER (02/24)    ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY