# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>　　　　　　　　PLAINTIFF,<br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>　　　　　　　　Defendants. | Case No.: 8:24-cv-01989- MWC (JDEx)<br><br>**ORDER DENYING AS MOOT *EX PARTE* APPLICATION FOR: (1) LEAVE TO WITHDRAW AS COUNSEL OF RECORD; (2) TWO-WEEK EXTENSION OF EXPERT REBUTTAL DISCLOSURE DEADLINE AND EXPERT DISCOVERY CUT-OFF (DKT. 89)** |

　　　The Court has read and considered the Ex Parte Application ("Application") of Attorney Esperanza Cervantes Anderson and Law Office of Esperanza Cervantes Anderson ("Attorney") for an Order permitting the withdrawal of Attorney as counsel for Plaintiff Patrick Byrne ("Plaintiff"). Dkt. # 89. Attorney Anderson and attorneys working in her law office, including T. Stephen Corcoran, request a Court order relieving them as counsel for Plaintiff and granting a two-week extension of the expert rebuttal disclosure deadline and expert discovery cutoff. *Id*. Defendant filed a notice of non-opposition to the ex parte application. Dkt. # 91. The Court has since granted the requested deadline extensions. Dkt. # 92. Plaintiff

subsequently filed a request to substitute attorney, Dkt. # 90, which the Court grants in a separate order.

In light of the foregoing, the requested relief in the Application has been addressed. Accordingly, the Application is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

DATED: December 29, 2025

_____
HON. MICHELLE WILLIAMS COURT
United States District Judge