Nana Yee, Esq. (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C**.
633 West Fifth Street
26th & 28th Floors
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual<br><br>v.  Plaintiff(s)<br><br>AMERIS BANK, a Georgia Corporation<br><br>Defendant(s). | CASE NUMBER<br><br>8:24-cv-01989-MWC (JDEx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

McCaw Grossman, Kirsten
*Applicant's Name (Last Name, First Name & Middle Initial)*

973-665-9100           973-665-9101
*Telephone Number*      *Fax Number*

kgrossman@nfclegal.com
*E-Mail Address*

of  **NUKK-FREEMAN & CERRA, P.C.**
26 Main Street, Suite 202
Chatham NJ 07928

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Ameris Bank

*Name(s) of Party(ies) Represent*       ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Yee, Nana J.
*Designee's Name (Last Name, First Name & Middle Initial)*

272783           213-737-6832       973-665-9101
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

nyee@nfclegal.com
*E-Mail Address*

of  **NUKK-FREEMAN & CERRA, P.C**.
633 West Fifth Street
26th & 28th Floors
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

                                         **U.S. District Judge/U.S. Magistrate Judge**