1

2

3

4

5

6

7

8

9            **UNITED STATES DISTRICT COURT**

10           **CENTRAL DISTRICT OF CALIFORNIA**

11

12   PATRICK BYRNE, an individual,          Case No. 8:24-cv-01989-MWC (JDEx)

13            Plaintiff,                     **ORDER DENYING WITHOUT**
                                             **PREJUDICE DEFENDANT AMERIS**
14   vs.                                     **BANK'S APPLICATION FOR**
                                             **LEAVE TO FILE DOCUMENTS**
15   AMERIS BANK, a Georgia corporation,     **UNDER SEAL IN SUPPORT OF ITS**
                                             **MOTION FOR SUMMARY**
16            Defendant.                     **JUDGMENT, OR IN THE**
                                             **ALTERNATIVE, FOR PARTIAL**
17                                           **SUMMARY JUDGMENT AS TO**
                                             **EACH OF PLAINTIFF'S CLAIMS**
18                                           **(DKTS. [94], [95])**

19

20

21

22

23

24

25

26

27

28

1   Pending before the Court is Defendant Ameris Bank's ("Defendant")
2   Application for Leave to File Documents Under Seal ("Application") in Support of its
3   Motion for Summary Judgment ("MSJ"), which it filed on December 26, 2025.  Dkts. #
4   94, 95 ("*App.*").  In support of the Application, Defendant attaches the Declaration of
5   Stacy L. Fode.  Dkt # 96 ("*Fode Decl.*").   Defendant seeks to seal documents it
6   designated as confidential under a stipulated protective order and avers that the
7   documents contain confidential and proprietary business information and trade secrets,
8   including sensitive and non-public financial information.  *App.* 4:27-5:1.  Defendant
9   also seeks to redact portions of its Memorandum of Points and Authorities and Separate
10  Statement of Uncontroverted Facts in support of its MSJ which reference documents
11  for which good cause exists to be sealed.  *Id.*  Defendant also seeks to redact documents
12  designated by Plaintiff as confidential.  *Id.* 5:6-20.

13  Defendant's counsel attests that Defendant attempted to meet and confer with
14  Plaintiff's then-counsel on December 18 and 19, 2025 but was unable to do so
15  regarding the present Application.  *App.* 5:21-25, Fode *Decl.* ¶¶ 15–19.

16  On December 22, 2025, Plaintiff filed a request to substitute attorney.  Dkt. # 90.
17  The Court granted the request on December 23, 2025. Dkt. # 97.

18  On December 30, 2025, newly-added counsel for Plaintiff filed a declaration in
19  response to the Application stating that they had not met and conferred with Defendant
20  regarding the motion to seal and has not yet been served with unsealed copies of the
21  supporting documents. Dkt. # 98.

22  In light of the parties' representations, and in light of Local Rule 79-5.2.2's
23  requirement that a party seeking to file documents under seal (i) with regards to
24  documents Defendant designated confidential, inform the Court whether anyone
25  opposes the Application, and (ii) with regards to information designated as confidential
26  by Plaintiff, confer with Plaintiff at least 3 days before seeking to seal those documents,
27  the Court **DENIES WITHOUT PREJUDICE** the Application to seal.  Defendant is
28  **DIRECTED** to meet and confer with Plaintiff regarding the contents of the materials it

seeks to have sealed and file a renewed application to seal no later than **7 days** from the

date of issuance of this Order.


      **IT IS SO ORDERED.**


By: _____

Dated: January 5, 2026

        Hon. Michelle Williams Court
        United States District Judge