UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Michelle Williams Court<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE FOR LIMITED PURPOSE OF COMPLETING DEPOSITION OF DR. DAVID LECHUGA**<br><br>Disc. Cutoff:  November 28, 2025<br>Trial Date:     June 1, 2026 |
|---|---|

Upon consideration of Plaintiff Patrick Byrne's ("Plaintiff") and Defendant Ameris Bank's ("Defendant") Stipulation to Extend Expert Discovery Deadline for a Limited Purpose, and good cause appearing therefor, it is hereby ORDERED:

1. The Parties' Stipulation to extend the expert discovery cut-off solely for the limited purpose of completing the deposition of Dr. David Lechuga is GRANTED.

2. The expert discovery cut-off is extended through January 23, 2026, for the sole purpose of completing the deposition of Dr. David Lechuga.

3. No other deadlines or dates set forth in the Court's Scheduling Order are continued or otherwise modified.

**IT IS SO ORDERED.**

HON. MICHELLE WILLIAMS COURT
United States Judge for the
Central District of California

# **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 2010 Main Street, 8th Floor, Irvine, California 92614-7214.

On January 9, 2026, I served the within document(s) described as:

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE FOR LIMITED PURPOSE OF COMPLETING DEPOSITION OF DR. DAVID LECHUGA**

on the interested parties in this action as stated below:

Stacy L. Fode, Esq  
Nana J. Yee, Esq  
NUKK-FREEMAN & CERRA, P.C.  
550 West C Street, Suite 910  
San Diego, CA 92101  
sfode@nfclegal.com  
nyee@nfclegal.com  

*Attorneys for Defendant*  
*AMERIS BANK*

Kirsten Grossman, Esq.  
Zachary Brower, Esq.  
NUKK-FREEMAN & CERRA, PC  
Chatham Executive Center  
26 Main Street, Suite 202  
Chatham, New Jersey 07928  
kgrossman@nfclegal.com  
zbrower@nfclegal.com  

cc: Clara Castañeda,  
ccastaneda@nfclegal.com  
Patricia Hoffman  
phoffman@nfclegal.com  

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** , I caused a true copy of the document to be sent to the persons at the corresponding electronic address as indicated above on the above-mentioned date. My electronic notification address is apineda@allenmatkins.com.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on January 9, 2026, at Irvine, California.

| Anabel Pineda | */s/ Anabel Pineda* |
|---|---|
| (Type or print name) | (Signature of Declarant) |

LAW OFFICES  
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

[PROPOSED] ORDER GRANTING STIPULATION

4922-5944-9479.1