1  Stacy L. Fode, Esq. (SBN 199883)
2  sfode@nfclegal.com
   Nana J. Yee, Esq. (SBN 272783)
3  nyee@nfclegal.com
4  **NUKK-FREEMAN & CERRA, P.C.**
   550 West C Street, Suite 910
5  San Diego, CA 92101
6  Telephone: 619.292.0515
   Facsimile: 619.566.4741
7
8  Attorneys for Defendant
   AMERIS BANK
9
10              **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| 13  PATRICK BYRNE, an individual, | Case No. 8:24-cv-01989-MWC (JDEx) |
| 14         Plaintiff, | **DEFENDANT AMERIS BANK'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT AS TO EACH OF PLAINTIFF'S CLAIMS** |
| 15  | |
| 16  vs. | |
| 17  AMERIS BANK, a Georgia corporation, | |
| 18  | |
| 19         Defendant. | |
| 20  | |
| 21  | Hon. Michelle Williams Court |
| 22  | Date: February 13, 2026 |
| | Time: 1:30 p.m. |
| 23  | Place: Courtroom 6A |
| 24  | |
| 25  | Discovery Cut-Off: November 28, 2025 |
| | Pre-trial Conference: May 22, 2026 |
| 26  | Trial: June 1, 2026 |

27
28

---

*PATRICK BYRNE v. AMERIS BANK*                                Case No. 8:24-cv-01989
DEFENDANT'S APPLICATION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 79-5.2.2(a) and the Stipulated Protective Order entered in this action on June 20, 2025, Defendant Ameris Bank ("Ameris") hereby submits this Application for Leave to File Documents Under Seal in Support of Its Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment as to Each of Plaintiff's Claims.

Ameris's Application for Leave to File Documents Under Seal is based on this Application, the Declaration of Stacy L. Fode filed under seal concurrently herewith, the [Proposed] Order attached hereto, and all records and filings in this action.

Ameris respectfully requests leave to file the following documents under seal: (1) Ameris's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment ("Memorandum"); (2) Ameris's Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Its Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment ("SSUF"); and (3) the following Exhibits (or redacted portions of Exhibits) to Ameris's Motion for Summary Judgment that Ameris has designated as "CONFIDENTIAL" pursuant to the Stipulated Protective Order entered in this action:

| Exhibit | Description | Basis for Sealing |
|---|---|---|
| 4 | 2022 LTIP Calculation Spreadsheet, AMERIS000738, Declaration of James LaHaise in support of Defendant Ameris Bank's Motion for Summary Judgment, or in the alternative, for Partial Summary Judgment ("LaHaise Decl."), Para. 8. | (Entirely redacted) Table lists confidential and non-public information relating to 2022 division earnings before taxes ("EBT") **UNOPPOSED** |
| 33 | 2023 LTIP Calculation Spreadsheet, AMERIS000739, LaHaise Decl., Para 8. | (Entirely redacted) Table lists confidential and non-public information relating to 2023 division EBT. **UNOPPOSED** |
| 7 | Deposition of Nicole Stokes, Pages 72, 73, 74, 75, 218. | (Partially redacted) The redacted portions of this document contain confidential and non- |

| Exhibit | Description | Basis for Sealing |
|---|---|---|
|  |  | public information relating to 2022 and 2023 division EBT and employee bonus pool. **UNOPPOSED** |
| 3 | Balboa Capital Long-Term Cash Incentive Plan ("LTIP"), AMERIS000221-234, LaHaise Decl., Para. 3. | (Partially redacted) The redacted portions of this document contains confidential and non-public information relating to the cost of funds and employee bonus pool. **UNOPPOSED** |
| 17 | May 6, 2024 Email Chain between James LaHaise and Patrick Byre regarding Summary of Compensation Owed, AMERIS001776, 1778, 1780-82, LaHaise Decl., Para. 14. | (Partially redacted) The redacted portions of this document contain confidential and non-public information relating to the cost of funds, employee bonus pool and 2022 and 2023 division EBT. **UNOPPOSED** |
| 18 | May 11, 2023 Email from Patrick Byrne regarding Third Party Employee LTIP payout, AMERIS001560-61, Deposition of Patrick Byrne, Volume II, 198:10-200:6. | (Partially redacted) The only information redacted is the identity of a non-party employee. **UNOPPOSED** |
| 20 | June 6, 2023 Email from Patrick Byrne to James LaHaise re: 2022 and Q1 2023 LTIP calculations, AMERIS001207-08, LaHaise Decl., Para. 9. | (Partially redacted) The redacted portion of this document contains confidential and non-public information relating to division EBT. **UNOPPOSED** |
| 23, 31 | July 24, 2023 Email from Nicole Stokes to James Lahaise re: LTIP calculation, AMERIS001661-62, Declaration of Nicole Stokes in support of Defendant Ameris Bank's Motion for Summary Judgment, or in the alternative, for Partial Summary Judgment ("Stokes Decl."), Para. 5. | (Partially redacted) The redacted portion of this document contains confidential and non-public information relating to division earnings and losses. **UNOPPOSED** |
| 25 | January 19, 2024 Email from Nicole Stokes to James Lahaise attaching Stokes' response to | (Partially redacted) - The redacted portions of this document contain confidential and non-public information relating to division |

| Exhibit | Description | Basis for Sealing |
|---|---|---|
|  | Patrick Byrne's comments re: Q4 2023 LTIP, AMERIS002282-83, Stokes Decl., Para. 5. | pricing models.<br>**UNOPPOSED** |
| 26 | January 3, 2024 Email Majid to Parker and Sparacio re Interim rent question on open invoices, AMERIS001806-09, Stokes Decl., Para. 9. | (Partially redacted) The redacted portions of this document contain confidential and non-public information relating division earnings and losses and accounting protocols.<br>**UNOPPOSED** |
| 27 | 2024.01.05 Email from David Sparacio to Byrne regarding Ameris accounting policies, AMERIS001036-45, Stokes Decl., Para. 9. | (Partially redacted) The redacted portions of this document contain confidential and non-public information relating to division earnings and losses.<br>**UNOPPOSED** |
| 28, 42 | August 4, 2023 Email from LaHaise to Byrne discussing LTIP calculation for Q2 2023, AMERIS001695-98, LaHaise Decl., Para. 12. | (Partially redacted) The redacted portions of this document contain confidential and non-public information relating to the calculation of 2022 and 2023 non-public division EBT against target EBT.<br>**UNOPPOSED** |
| 47 | May 2, 2024 Email from Phil Silva to Byrne regarding LTIP and LaHaise Visit Agenda, AMERIS001544-48, Deposition of Patrick Byrne, Volume II, 252:18-253:19. | (Partially redacted) The redacted portions of this document contain confidential and non-public information relating to 2022 and 2023 division EBT.<br>**UNOPPOSED** |
| 50 | December 8, 2023 Email from James LaHaise to Patrick Byrne re 2024 budget and LTIP Potential, AMERIS001462, LaHaise Decl., Para. 12. | (Partially redacted) The redacted portions of this document contain confidential and non-public information relating to division pricing models.<br>**UNOPPOSED** |

As detailed in the Declaration of Stacy L. Fode, the above-referenced Exhibits contain highly sensitive confidential, proprietary and trade secret information, including sensitive non-public financial information. Ameris seeks to seal only two single-page Exhibits in their entirety (Exs. 4 and 33). Ameris seeks to file the other

Exhibits with only minor redactions of its sensitive and non-public financial information. The redactions in the Memorandum and SSUF are limited to the same information redacted in the exhibits.

In addition, pursuant to Local Rule 79-5.2.2(b), Ameris also respectfully requests leave to file under seal the following Exhibits to Ameris's Motion for Summary Judgment that *Plaintiff* designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order entered in this action.

| COE Exhibit | Description of Document Designated "CONFIDENTIAL" By Plaintiff |
|---|---|
| 1 | Excerpts of Deposition Testimony of Patrick Byrne, October 20, 2025, 63:13-64:6, 66:17-18, 73:5-9, 74:1, 86:24-25, 87:5-8, 88:21, 90:1-2, 90:16-18. |
| 8 | December 10, 2021 Employment Agreement between Ameris Bank and Patrick Byrne, AMERIS000238-259. |
| 9 | Chief Executive Officer Job Description, AMERIS000235-37. |
| 10 | Patrick Byrne's W2 for 2022, AMERIS000006-10. |
| 11 | Patrick Byrne's W2 for 2023, AMERIS000011-16. |
| 12 | Patrick Byrne's W2 for 2024, AMERIS000035. |

In accordance with Local Rules 7-3 and 79-5.2.2—and as set forth in the attached Declaration of Stacy L. Fode— on Tuesday, January 6, 2026, counsel for the parties held a meet and confer call during which they discussed each of the exhibits included in this Application. Plaintiff's counsel stated they would discuss with their client and provide a response for each exhibit as soon as possible due to the January 12, 2026 deadline to re-file the Application.

On January 8, 2026, Plaintiff stated that he would not be opposing any of the exhibits in the Application.

//

//

For the foregoing reasons, Ameris respectfully requests that the Court issue an order permitting Ameris to file the above-referenced documents under seal.

Dated: January 9, 2026    **NUKK-FREEMAN & CERRA**

By: */s/Stacy L. Fode*
Stacy L. Fode, Esq.
Nana J. Yee, Esq.
Attorney for Defendant
AMERIS BANK