UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>**ORDER GRANTING STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE FOR LIMITED PURPOSE OF COMPLETING DEPOSITION OF DR. DAVID LECHUGA (DKT. 103)** |

Upon consideration of Plaintiff Patrick Byrne's ("Plaintiff") and Defendant Ameris Bank's ("Defendant") Stipulation to Extend Expert Discovery Deadline for a Limited Purpose, and good cause appearing therefor, it is hereby **ORDERED**:

1. The Parties' Stipulation to extend the expert discovery cut-off solely for the limited purpose of completing the deposition of Dr. David Lechuga is **GRANTED**.

2. The expert discovery cut-off is extended through January 23, 2026, for the sole purpose of completing the deposition of Dr. David Lechuga.

3. No other deadlines or dates set forth in the Court's Scheduling Order are continued or otherwise modified.

Case 8:24-cv-01989-MWC-JDE   Document 106   Filed 01/14/26   Page 2 of 2   Page ID #:4419

**IT IS SO ORDERED.**

Dated: January 14, 2026

_____
HON. MICHELLE WILLIAMS COURT
United States Judge for the
Central District of California