MATTHEW SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: msessions@allenmatkins.com
        svillagomez@allenmatkins.com
        mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>　　　　Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Michelle Williams Court<br><br>**COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFF PATRICK BYRNE'S OPPOSITION TO DEFENDANT AMERIS BANK'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 13, 2026<br>Time: 1:30 p.m.<br>Ctrm: 6A<br><br>Disc. Cutoff: November 28, 2025<br>Trial Date: June 1, 2026 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4909-8081-2425.1

Case No. 8:24-cv-01989-MWC-JDE
COMPENDIUM OF EXHIBITS

Plaintiff Patrick Byrne ("Byrne" or "Plaintiff") submits the following exhibits in support of its Opposition to Defendant Ameris Bank's ("Ameris" or "Defendant") Motion for Summary Judgment, or, in the alternative, for Partial Summary Judgment. Authentication for said exhibits is contained in the parenthetical following each exhibit referenced below:

| Ex. No. | Document Description | Bates No. | Authenticated By: |
|---|---|---|---|
| 55. | April 28, 2022 Email from LaHaise to Byrne re: LTIP Calculation | AMERIS001187 | Byrne Decl., Para. 19 |
| 56. | February 2, 2023 Email from Byrne to LaHaise re: 2022 LTIP Payouts | AMERIS001198 | Byrne Decl., Para. 7 |
| 57. | July 24, 2023 Email from Byrne to Sufan re: LTIP Calculation | AMERIS001414 | Byrne Decl., Para. 18 |
| 58. | February 28, 2024 Email chain between Byrne and Silva re: Department Update | AMERIS001521 | Byrne Decl., Para. 31 |
| 59. | Ameris's 2021 Letter of Interest (LOI) regarding the transaction to acquire Balboa Capital Corporation. | PLAINTIFF01137-01146 | Byrne Decl., Para. 4 |
| 60. | February 10, 2023 Email Thread from Laura Rodriguez to Byrne re: APPROVED: 2022 LTIP Payouts | AMERIS001202-001206 | Byrne Decl., Para. 7 |
| 61. | Deposition Excerpts of Maryellen Sebold | | Villagomez Decl., Para. 2 |
| 62. | Deposition Excerpts of Deborah Dickson | | Villagomez Decl., Para. 3 |
| 63. | Project Pioneer Memorandum, 2021 | PLAINTIFF 000435-000498 | Byrne Decl., Para. 2. |
| 64. | January 19, 2024 Email from Phil Silva to Byrne re: Rob Rasmussen Update | PLAINTIFF 001531-001533 | Byrne Decl., Para. 24 |

| | |
|---|---|
| Dated: January 23, 2026 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>MATTHEW SESSIONS<br>STACEY A. VILLAGOMEZ<br>MADISON E. LARSEN<br><br>By:   */s/ Matthew Sessions*<br>       MATTHEW SESSIONS<br>       Attorneys for Plaintiff<br>       PATRICK BYRNE |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4909-8081-2425.1

-3-

Case No. 8:24-cv-01989-MWC-JDE
COMPENDIUM OF EXHIBITS