# PROJECT PIONEER

**Confidential Information Memorandum | 2021**

-Strictly Private & Confidential-

**PLAINTIFF 000435**

## Safe Harbor & Correspondence



This Confidential Information Memorandum (the "Memorandum") contains selected information pertaining to the business and operations of Balboa Capital Corporation ( "Balboa" or the "Company"). This Memorandum has been prepared primarily from information supplied by the Company. Keefe, Bruyette & Woods, Inc. ("KBW") has not made an independent evaluation or appraisal of any assets or liabilities of the Company. The sole purpose of this Memorandum is to assist the recipient in deciding whether to proceed with further investigations of the Company and consideration of a possible transaction. The use of this Memorandum for any other purpose is not authorized. This Memorandum does not purport to be all-inclusive or necessarily contain all the information that the recipient may desire in investigating the Company nor does it purport to provide any legal, tax or financial advice to the recipient. The recipient of this Memorandum should make its own independent investigations and analysis of the Company and its own assessment of all information and material provided by the Company and KBW and satisfy itself as to accuracy, reliability and completeness of such information. This Memorandum has been prepared for informational purposes only and upon the express understanding that it will be used for the sole purpose set forth above. The Company and KBW (including their respective officers, directors, agents, advisors or other representatives) do not make any express or implied representation or warranty as to the accuracy or completeness of the information contained herein or made available (whether communicated in oral or written form) in connection with any further investigation of the Company. In particular, no representation or warranty is given as to the achievement or reasonableness of any financial projections, management estimates, business prospects, returns or market data. The Company and KBW expressly disclaim any and all liability which may be based on this Memorandum or any of its contents, errors therein or omissions therefrom. The recipient shall be entitled to rely solely on any representations and warranties made to it in any definitive transaction agreement.

An interested party who, after receipt and review of the materials contained herein, elects not to proceed, should immediately return this Memorandum to KBW, retaining no photocopies or other records of the information contained herein. In furnishing this Memorandum, neither the Company nor KBW undertakes any obligation to provide the recipient with access to any additional information. The release of this Memorandum and any documents, materials and information relating to the Company is governed by a confidentiality agreement between the recipient and the Company. The acceptance by the recipient of the process overview set forth in this Memorandum does not constitute an agreement in principal or letter of intent with respect to the terms of any possible  transaction between the recipient and the Company.

All questions concerning the Company and the process should be directed to Mr. Mike Jones or Mr. Daniel Larrea, whose contact information is below. Balboa and KBW request that no Company personnel be contacted directly without first obtaining the consent of KBW.

| Keefe, Bruyette & Woods, Inc. 70 West Madison, Suite 2401 Chicago, IL 60602 | | | |
| --- | --- | --- | --- |
| Mike Jones | Daniel Larrea | Paras Kaushal | Jonathan Granowitz |
| Managing Director | Director | Associate | Analyst |
| 312.423.8215 | 281.798.1604 | 312.423.8276 | 212.887.7754 |
| jonesmi@kbw.com | larread@kbw.com | kaushalp@kbw.com | granowitzj@kbw.com |

PLAINTIFF 000436



# Table Of Contents



| Section | Page |
|---|---|
| 1. Executive Summary | 4 |
| 2. Investment Highlights | 15 |
| 3. Industry Overview | 26 |
| 4. Balboa Overview | 29 |
| 5. Portfolio Summary | 45 |
| 6. Executive Management & Organizational Structure | 52 |
| 7. Historical & Projected Financial Information | 57 |



**PLAINTIFF 000437**

# SECTION 1 | EXECUTIVE SUMMARY



PLAINTIFF 000438

# Leading Independent Finance Company In $670B Market



## 33-Year Track Record as an Innovative, Entrepreneurial, Value-Added Equipment Finance Provider…

› *Leasing's Best Kept Secret* – One of the largest and last remaining privately held independent equipment finance companies serving small and medium-businesses (SMB)

› *Equipment Financing* – Provides equipment financing to SMBs across many industry sectors

› *Partnerships* – National account equipment/software vendors and direct calling efforts drive originations from a wide variety of SMBs

› *Significant Salesforce* – Salesforce management expertise drives vendor relationships and direct origination growth

› *Strong Risk Adjusted Returns* – Conservative underwriting and proprietary operating systems have produced low average annual net losses of approximately 1.5% with 10.5% average gross revenue yields [1]

› *Sophisticated Marketing* – Allows for efficient low-cost lead acquisitions and opportunities to increase loan volume with relatively minimal incremental marketing expense

› *Fully-Integrated Proprietary Technology Platform* – Quick turnaround times, same-day funding, 24/7 vendor access, and real time reporting with scalable capacity to generate $1B in annual originations

› *Strong Commitment To Compliance* – Core focus validated by long-term financing relationships with multiple leading financial institutions and successful issuance of seven securitizations

› *Classic American Success Story* – 100% owned by its founder who leads a management team with over 30 years of average industry experience and that has worked together on average for over 15 years

### …with Technology in its Veins…

| | |
|---|---|
| **BALBOALEASE** | › Automated instant credit decisions, fast and easy funding, risk-based underwriting and pricing, and electronic signature |
| **PORTAL 360** | › Dynamic vendor management tool, self service accessibility, strong client retention, flexible and customizable |
| **Data & Analytics** | › Company has 33 years of credit data and undertakes extensive analytics on its portfolio |

## …Providing Broad, Flexible Solutions to Address a Massive Market

| Technology-Driven Lending Platform… | …Powers a Broad Array of Credit Solutions… | …Delivered through Multiple Distribution Channels… | …Supported by Proven Underwriting and Risk Management… | …To a Massive Market [2] |
|---|---|---|---|---|

**BALBOA CAPITAL**

**Highly Automated**

Online    Mobile

Equipment Finance Agreements (Loans)

Equipment Leases

Working Capital Loans

**National Account Vendors**



**Direct Sales**
$1M-$50M+ in revenue

**Over $3B in Originations**
*Highly predictable credit performance*

**Low Loss Rates**
*1.5% Avg. Annual Net Losses / High Residual Realizations*

**$350B**
Small Ticket Equipment Finance Market
**+ $320B**
SMB Working Capital Finance Market
**= $670B Combined Market Opportunity**

1. Gross Yield calculated as Total Revenue as a percentage of Earning Assets. Earnings Assets = Average Net Direct Financing Leases (are inclusive of pre-fundings, residual values and working capital loans)
2. Please see page 27 for calculation of market size





PLAINTIFF 000439



# Unique Equipment Finance Opportunity



| Business Summary | |
|---|---|

| | |
|---|---|
| **Founded:** | › 1988 |
| **Headquarters:** | › Costa Mesa (Orange County), California |
| **Market Position:** | › Premier SMB finance company offering financial solutions to businesses nationwide |
| **End Users:** | › Small and medium-sized businesses |
| **Distribution:** | › Financial solutions distributed through national account partnerships with equipment vendors, franchisors and direct calling efforts |
| **Portfolio:** | › Strong portfolio performance with modest losses, attractive returns and strong end-of-lease realizations |

**Portfolio Statistics[1]**

| | |
|---|---|
| *Average Equipment Finance Amount:* | › $47,336 (>99% of Portfolio) |
| *Gross Revenue Yield* | › 10.5%[2] |
| *Wtd. Avg. Equip. Finance Contractual Yield:* | › 9.9%[3] |
| *Wtd. Avg. Equip. Finance Original Term:* | › 55 months |
| *Repeat Business[3]:* | › 35% |
| *Wtd. Avg. FICO Score:* | › 734 |
| *Wtd. Avg. SBSS Score:* | › 198 |
| *Wtd. Avg. Time in Business* | › 18 years |
| *# of Obligors:* | › 18,527 |

| | |
|---|---|
| **Employees:** | › 187 |
| **Employee Testimonials:** | › www.youtube.com/user/BalboaCapital |
| **Website:** | › www.balboacapital.com |

| Investment Highlights |
|---|

| | |
|---|---|
| Innovative Technology-Driven Equipment Finance Company | Time-Tested, Very Profitable Economic Model |
| Impressive Credit Performance Through Economic Cycles | Broad, Multi-Product Capabilities |
| Multiple Origination Channels Drive Growth and Diversity | Highly-Automated, Fully-Integrated Technology Platform |
| Diversified and Capital-Efficient Funding Sources | Highly Effective, Tenured, Low Cost Marketing & Sales |
| Experienced and Tenured Management Team with Proven Track Record | |

1. Portfolio data as of December 31, 2020, unless otherwise noted
2. Based on 2020 Gross Yield calculated as Total Revenue as a percentage of Earning Assets
3. Based on the number of leases and loans funded to repeat customers as a percentage of total leases and loans funded in 2020



**PLAINTIFF 000440**

# Proprietary Technology Driven Platform



### Balboa's Online Vendor Management Tool



*The Ultimate Sales Tool for Vendors and Third Party Originator Relationships*


**Self Service**


**Highly Scalable**

**Robust Reporting**


**Simple Integration**


**Customizable**

### Balboa's Proprietary Workflow Platform

**BALBOALEASE**

*Engine that Fuels Quick, Efficient Credit Decisions and Fundings*


**Automated Platform**


**Unmatched Product Offering**


**Life Cycle Integration**


**Instant Decisions**


**Electronic Documentation**

**Technology Drives Competitive Advantages**

| Same-Day Document Retrieval | Growing to 50% Auto-Decisioned | 96% One Hour Credit Turnaround | 93% Same-Day Fundings | e-Power of Attorney | 99% ACH | 95% e-Signatures |
|---|---|---|---|---|---|---|

| **Visibility** | **Predictability** | **Strong Credit** |
|---|---|---|
| **10.0%** | **1.2%** | **1.5%** |
| Projected Annual Originations Growth | 30+ Day Delinquency Rate | Average Annual Net Loss[1] |

1. For a given seasoned static pool of originations, the cumulative net charge-offs are translated into Average Annual Net Losses as follows: (a) Pabst proprietary model shows "principal" is returned on average after 30.07 months or over 2.51 years; (b) With total cumulative net charge-offs of 3.62%, the Average Annual Net Losses are 1.45% (equal to 3.62% divided by 2.51 years). See page 64 for reference

PLAINTIFF-000441



# Strong Value Proposition



*Over its 33-year history, Balboa has cultivated a dynamic culture, developed tremendous technological capabilities, and assembled a talented, tenured team that has resulted in intimate vendor relationships and exceptional customer loyalty*

## Dynamic Culture

› Unique combination of humble, unselfish attitudes coupled with a competitive drive
› Highly competitive
  – External tenacity – "no participation trophies"
  – Internal collaboration to win
› Vendor Agility
  – Highly tailored vendor programs
  – Focus on value-added vendor solutions
  – Find prudent ways to say "Yes" and enhance vendor "stickiness"
› Compliance Focused
  – Significant prior bank and large company experience
  – Institutional validation from lenders and rating agencies

## Intimate Vendor Relationships

### Technology Drives Vendor Sales

› Help vendors "close" sales with exceptional processing speed and prompt funding
  – Online application via PC, tablet or smartphone
  – Instantaneous credit decisions
  – Streamlined electronic documentation & e-Signature
  – Contract commences at customer's location

### Sales Management Core Competency

› Salesforce and sales management core competency drives vendor relationship growth (and direct sales)
› Push and downloadable reports tracking activity, backlog, funding, delinquency and losses
› Lease maturity reporting alerts clients when their customers are due for an upgrade to new equipment and/or software

## Highly Trusted and Well Respected Brand Leading to Significant Repeat Business

### Exceptional Net Promoter Score[1]

77%

12%

6%

4%

4%

3%

-2%

### Customer Service Testimonials

› Multitude of service accolades through unscripted video testimonials



*Balboa's YouTube channel contains more than 50 unscripted video customer testimonials*

TrustPilot Score **4.7**[2]

### Strong Repeat Business

› 1.4 transactions per customer and growing
› More than 61% repeat business for direct customers
› Approximately 30% repeat business for National Account customers



PLAINTIFF 000442

1. Scores reflect most recent update per Customer Guru's website (https://customer.guru). Net Promoter Scores measure the degree to which a customer is a "promoter" or "detractors." NPS has become the leading measure of brand loyalty. Scores higher than 50 are rare and reflect high brand loyalty.
2. On a scale from 1 to 5



# Solid Growth



## Balboa is an excellent originator...



**Total Originations by Channel[1]**

$ in millions

- National Account Vendor
- Medium Business Direct
- Small Business Direct

+11% CAGR

## ...producing high quality asset growth...



**Total Assets**

$ in millions

+7% CAGR

## ...which drives strong revenues with minimal losses...



**Gross Revenue**

$ in millions

Gross Revenue Yield

Net Charge-Offs

## ...and an attractive earnings profile



**Adjusted Earnings Before Tax[2]**

$ in millions

+20% CAGR



1. National Account Vendor Partners channel includes relationship driven business with national account vendors. Small Business Direct includes businesses with revenues less than $10 million. Medium Business Direct includes businesses with revenues between $10-$50+ million.
2. Operating expenses exclude bank fees and interest expense adjusted for bank cost of funds. Cost of funds adjustment calculated by applying an interest rate of 1.0% to average debt outstanding (vs. a 0.67% average cost of interest bearing liabilities of banks in the KRX index for the most recent quarter available per SNL Financial).

PLAINTIFF-000443



# Portfolio Performance through COVID

› Balboa has always had a strong performing portfolio with closely managed credit risk, annual charge-offs of ~1% of gross MLPs, and minimal delinquencies.

› Through COVID-19 the Company decided not to grant payment deferrals and was able to manage the impact of the pandemic on its portfolio.

› Delinquencies rose through the second quarter of 2020 as expected at the height of the pandemic.

› Since May 2020, the delinquencies have continued to decline sequentially each month.

› The current portfolio is now performing at levels better than pre-COVID periods.

› The strength of the portfolio is further evidenced by the fact that the company was able to complete a successful securitization transaction in November 2020, which was endorsed by investors and rating agencies including Moody's, DBRS and Kroll.



**30+ Day Delinquency % has Returned to Pre-COVID Levels**

| Month | Delinquency % |
|-------|---------------|
| Mar-20 | 1.69% |
| Apr-20 | 2.99% |
| May-20 | 3.97% |
| Jun-20 | 3.87% |
| Jul-20 | 3.07% |
| Aug-20 | 2.27% |
| Sep-20 | 1.96% |
| Oct-20 | 1.54% |
| Nov-20 | 1.37% |
| Dec-20 | 1.19% |
| Jan-21 | 1.11% |
| Feb-21 | 1.13% |
| Mar-21 | 1.01% |

Note: Delinquency data as of March 31, 2021



PLAINTIFF 000444

# Management Discussion – Strategic Initiatives

**BALBOA** C A P I T A L

## Strong Momentum for Continuing Growth:

› Balboa experienced sequential originations growth of 33% and 30% in Q3'20 and Q4'20, respectively. The Company's strong growth has continued into 2021, with Q1'21 originations of $80.0M, reflecting a 28% year-over-year increase.

› Confidence in the broader equipment finance industry remains positive with tailwinds from increasing economic activity as the vaccine roll-out and herd immunity progress, pent-up demand for equipment, government stimulus and accommodating central bank policy.

› Balboa continues to be the equipment finance provider of choice - the 2021 Net Promoter Scores (NPS) was recently released and Balboa had the second highest score in the financial sector (77/100), ahead of JP Morgan, Goldman Sachs and Visa, among others.

## Long-Tenured Leadership:

› Balboa's senior management team of three has ~100 years of collective experience and has worked together for more than fifteen years.

› Many of the Company's key senior leaders in Operations and Sales have been at the Company longer than anywhere else. This includes Balboa's legacy leaders and those coming from American Express and other large bank institutions such as Bank of America and First Interstate Bank.

› Salespeople stay because Balboa "gets their deals done." This helps the sale team members retain and grow existing and new relationships.

## Adaptability to Rising Interest Rates:

› The Company has generally been able to pass along rate increases to its borrowers in rising rate environments. Since December 2015, it has raised its rates 4 times.

› As its equipment financing contracts have fixed rates, Balboa's portfolio is not exposed to interest rate risk.

› The Company completed its seventh securitization ($201M) in November 2020 with a weighted average fixed rate of 1.2%.

## Broadening Credit & Funding:

› Balboa is continuing to refine its underwriting models in order to cast a wider net in providing approvals for applicants ranging from A to E credits with appropriate risk-based pricing across the credit spectrum.

› The Company is further differentiating itself from competitors and enhancing its value proposition to its vendor partners and borrowers with speed of processing (96% in 1 hour) and ease of documentation and funding (93% same day, 96% e-Signature, 100% ACH).

› The Company recently more than doubled the transaction size it finances, up to $1,000,000.

**Equipment Finance Industry Confidence Index[1]**



Strong outlook for equipment finance companies with industry confidence index at its highest level since April 2018

1. Equipment Leasing & Finance Foundation's March 2021 Monthly Confidence Index


**PLAINTIFF 000445**



# Management Discussion – Strategic Initiatives (Cont'd)



## Further Technology Enhancements:

› Portal 360, Balboa's vendor and salesperson management tool, continues to be enhanced based on input from valued vendors, brokers and internal user team.

› The Company will book $300M of originations in 2021, but its technology platform was built for $1B – *Its Best Days Are Ahead!*

› Balboa completed its Disaster Recovery project with two new remote-located data centers.

## Exceptional Marketing:

› Recently, Balboa was ranked in the top 22K of ALL web sites in the United States and number one in Equipment Financing.

› The Company has continued to refine the relationship between vendor sales and direct sales, generating more leads and lowering the cost of acquisition.

› Balboa continues to develop and provide online and offline content for its vendor partners driving increased interest and application activity.

## Vendor Originations Growth with Both Existing and New Partners:

› Vendor sales had its largest month by $5.5M in December of 2020 with $28.1M in originations. Vendor originations momentum has continued into 2021 with March originations totaling to $26.5M.

› The Company's Autodesk and Survey business registered $37.7M in 2020.

› Balboa has continued to increase originations with Ritchie Brothers from $1.8M in 2016 to $16.4M in 2020. Balboa expects to exceed $20M-$25M in 2021.

› The Company bolstered its penetration in the medium duty truck space by adding Penske Truck ($5.0M) and Ryder Truck ($3.2M) in 2020 as new partners in addition to its existing business with Enterprise Truck ($3.7M).

› Express Tech-Financing (formerly known as Currency Capital), a recent acquisition by Sandhills Publishing, funded $9.2M in 2020 and should prove to be an even more productive account in 2021.

› The Company signed Marmon/Cornelius while funding $4.2M into McDonald's franchises upgrading their soda-dispensing machines.

  – The Company recently hired a very experienced business development salesperson in the franchise space to assist it in further penetrating this segment. The individual also has roots back to American Express.

› While COVID-19 affected its aesthetic laser business because of closed medical offices in 2020, the Company has regrouped, retrenched and further refined its pricing which is based on tenure and medical specialty/earning potential, placing it in the upper tiers compared to other new entry lenders.

› Balboa is excited about new signings such as Samsara Networks, Xcelerate/Tesla, GAMOA/McDonald's and Wise Funding.

› The Company launched two broker segments, equipment finance and working capital, in 2020. It expects to collectively fund $21.6M in 2021 from these channels after funding $11.0M in 2020.

› Balboa is also starting to entertain the acquisition of small portfolios ranging from $1-$10M.

## Direct Sales Initiatives:

› After adjusting to the adverse effects from COVID-19, the Company has continued to develop apprentices while adding experienced talent from the industry to its ever-expanding salesforce.

› Balboa has retained, promoted and continued to develop a talented team of deserving sales leaders.



**PLAINTIFF 000446**

## Management Discussion – Strategic Initiatives (Cont'd)



### Robust and Expanding Sales Team:

› With the assistance of an amped-up, sales-driven recruiting team, the Company funded $8.7M in originations in March 2021 from vendor salespeople hired in 2018 or later. In 2021, expected originations from this group equates to $85M.

› The Company has seen opportunities with some dislocation at competitors such as Region's Bank/Ascentium Capital, M&T/People's/Leaf, CIT/Direct Capital, LCA, Marlin, Tandem, Huntington/TCF/BB&T and Partner's Capital.

### Opportunities to Drive Continued Future Growth:

› A new owner with access to lower cost funding could drive Balboa to capture a significantly larger share of originations volume from the portion of its vendor partners' business that is rate sensitive.

› Having an owner with a larger balance sheet would also drive growth in earning assets by providing the Company the ability to price larger transactions more competitively and allow larger exposures with individual customers.



**PLAINTIFF 000447**

## Transaction Rationale and Process



*Balboa Capital Corporation has retained Keefe, Bruyette & Woods ("KBW") as its financial advisor to assist with a potential sale of the Company.*

### Transaction Overview

› Balboa is 100% owned by its founder and Chief Executive Officer, Patrick Byrne.

› Mr. Byrne's preferred transaction is a 100% sale of the business where he stays on full time for up to three more years.

### Process Overview

› KBW will provide interested parties a process letter outlining instructions for submitting a proposal to acquire Balboa.

› KBW is available to answer questions and provide additional information as may be requested.



**PLAINTIFF 000448**

# SECTION 2 | INVESTMENT HIGHLIGHTS



**PLAINTIFF 000449**

## Investment Highlights



**1** Premier Technology-Driven Equipment Finance Company

**2** Time-Tested, Very Profitable Economic Model

**3** Impressive Credit Performance Through Economic Cycles

**4** Multiple Origination Channels Drive Growth and Diversity

**5** Highly Effective, Tenured, Low Cost Marketing & Sales

**6** Broad, Multi-Product Capabilities

**7** Highly-Automated, Fully-Integrated Technology Platform

**8** Diversified and Capital-Efficient Funding Sources

**9** Experienced and Tenured Management Team with Proven Track Record

**PLAINTIFF 000450**





# 1 Premier Technology-Driven Equipment Finance Company

*Balboa is a well-established loan and lease platform that leverages technology to grow volume, drive exceptional profitability, and provide superior credit quality and risk management*

| Established Platform | |
|---|---|
| **History:** | Founded in 1988 – 33-year track record as a dependable lender to SMBs |
| **Volume:** | > $3B in financing provided to customers since inception |
| **Origination Channels:** | National account vendor partners & direct to customer |
| **Underwriting:** | Disciplined approach resulting in exceptional credit performance |
| **Collections:** | Progressive policies and procedures and residual realizations consistently above book value |
| **Technology:** | Fully-integrated, highly-automated platform drives efficiency across all processes |
| **Portfolio:** | ~$540M in Net Investment in Direct Financing Leases (Net DFLs) diversified by geography and equipment type |
| **Financing Sources:** | Long-term relationships with multiple leading financial institutions provide further validation |
| **Culture:** | Entrepreneurial, fast moving and agile |
| **Management:** | Experienced and cohesive team that has worked together on average for over a decade |

## Extraordinary Growth

| Origination Volume | Investment in Net DFLs | Total Revenues |
|---|---|---|
|  |  |  |



**PLAINTIFF 000451**





# ② Time-Tested, Very Profitable Economic Model

*Balboa's financing processes generate a portfolio of transactions with predictable and attractive financial profiles*

| Attractive Gross Revenue Yield[1]  10.5% | Average Annual Net Loss[2]  1.5% |
|---|---|

| Attractive Efficiency Ratio[3]  38.2% | Strong Adj. Pre-Tax ROAE[4][5]  52.0% |
|---|---|

### High-Margin, Predictable Economic Model

| $ in millions | 2021E | % of Avg. Earning Assets | % of Avg. Total Assets | % of Total Revenue |
|---|---|---|---|---|
| Total Revenues | $59.1 | 10.5% | 9.4% | 100.0% |
| Provision for Losses | (8.4) | (1.5%) | (1.3%) | (14.1%) |
| Operating Expenses[5] | (20.6) | (3.7%) | (3.3%) | (34.8%) |
| EBIT | 30.2 | 5.4% | 4.8% | 51.1% |
| Total Interest Expense, Adj.[4] | (5.3) | (0.9%) | (0.8%) | (9.0%) |
| Adj. Earnings Before Tax | $24.9 | 4.4% | 4.0% | 42.1% |

› Historically Balboa has realized strong results and is projecting it will continue to drive similar outstanding performance well into the future.





1. Gross Yield calculated as Total Revenue as a percentage of Earning Assets. Earnings Assets = Avg. Net DFLs (are inclusive of pre-fundings, residual values and working capital loans)
2. For a given seasoned static pool of originations, the cumulative net chargeoffs are translated into Average Annual Net Losses as follows: (a) Payments are made over 55 months and the "principal" is returned on average after 30.07 months or over 2.51 years; (b) With total cumulative net chargeoffs of 3.62%, the Average Annual Net Losses are 1.45% (equal to 3.62% divided by 2.51 years). See page 64 for reference
3. Efficiency Ratio calculated as net SG&A expense as a percent of Net Interest Income (Total Revenues less Total Interest Expense, Adjusted)
4. Interest expense adjusted for bank cost of funds. Cost of funds adjustment calculated by applying an interest rate of 1.0% to average debt outstanding (vs. a 0.67% average cost of interest bearing liabilities of banks in the KRX index for the most recent quarter available per SNL Financial).
5. Operating expense excludes bank fees.
6. Capital defined as the sum of Subordinate Debt and Total Shareholder Equity

PLAINTIFF 000452



### ③ Impressive Credit Performance Through Economic Cycles

*Balboa's disciplined underwriting culture coupled with its immense database of customer credit data collected over 33 years have driven excellent credit performance and effective risk management over multiple economic cycles*

**Avg. Customer Characteristics**

**Data Driven, Disciplined Underwriting**



**Proprietary Underwriting & Risk Management**

Time in Business:
18 Years

Guarantor FICO Score:
734

SBSS Score:
198[4]

Application → Commercial Data | Proprietary Scorecards → Thorough, Prompt Decisions (96% < 1hr)

Consumer Data | Rich Data Repository

Economic Data | Robust Reporting & Analytics

Business Rules | Vendor Monitoring

Channel & Product Specific Underwriting[1]

**Proven Track Record of Managing Credit Performance Through Economic Cycles**

*After experiencing a brief uptick in net charge-offs during the middle of the COVID-19 pandemic, the Company's loss rates have moderated and are nearing pre-pandemic levels*



1.55%[2]
1.38%[3]
0.49%[2]

— Net Charge-offs as a % of MLP    — Net Charge-offs as a % of MLP last 6 months annualized    ····· Avg. Net Charge-offs as a % of MLP

1.  Balboa maintains separate underwriting scorecards by channel and product including vendor, direct, working capital, commercial vehicle, office products, etc.
2.  Reflects net charge-off performance as of February 2021
3.  Reflects average monthly net charge-off rate since 2017
4.  The Company replaced SBSS scores with its own proprietary algorithm, The Balboa Score, in Q4 2020



**PLAINTIFF 000453**



# ④ Multiple Origination Channels Drive Growth and Diversity

*The Company has multiple origination channels to market its equipment financing solutions and small business loans.*

## National Account Vendor Partners

| Technology | Healthcare | Commercial Vehicles | Industrial |
|---|---|---|---|



## Direct

### Small Business

› Primarily application only

› Owner-operated businesses

› Leads generated from National Account Vendor Partners channel

› Out-bound and In-bound call sourcing (pay-per-click, pay-per-lead, web-driven)

› Customer revenues ($1M to $10M)

› Attractive risk-adjusted average yields

### Medium Business

› Require business and personal financials

› Larger obligors

› Out-bound sourcing

› Customer revenues ($10M to $50M+)

› Attractive risk-adjusted average yields

## National Account Vendor Partners Volume[1]



## Small Business Volume / Medium Business Volume




PLAINTIFF 000454



# 5 Highly Effective, Tenured, Low Cost Marketing & Sales



*Balboa leverages its technology capabilities to implement effective marketing strategies that support its salesforce, which has facilitated growth and helped build a profitable and poised business*

## Sales & Marketing Overview

› The Company uses a variety of highly effective marketing efforts to grow the business, such as its direct salesforce marketing to national account vendors, search engine marketing / optimization, targeted e-mails, social media, content creation (e.g. white papers, blogging, etc.), tradeshows, direct mail, and the Balboa website and a variety of other new business generation activities.

› The Company's salesforce, with 104 personnel, targets companies ranging in size from $1M-$50M+ in revenue across many industries, is technology-driven, and closely managed with monitoring of more than 15 key performance measures (e.g. number of calls, lead to application ratio, funding ratio, etc.).



**National Account Vendor Partners**

*Vendor relationships drive wholesale access to their equipment purchasing customers*



**Franchise Marketing**

*Implicit and explicit endorsements from franchisors or franchisee purchasing corporations*



**Online Sales Management System**

*Equipment vendors manage business real-time using Portal360*



**Lead Generating Website**

*Top equipment financing website with highest U.S. web traffic; generates ~2,000 leads per month*



**Marketing Automation**

*CRM integration, reporting & analytics, lead scoring*



**Content Creation**

*Whitepapers, infographics, video content, blogs, press releases, e-brochures*





**Email Communications**

*Strategic, lead-nurturing, event driven email, AI sales assistant which contacts, qualifies and follows up with prospects*



**Tradeshows**

*Exhibit and attend over 50 equipment related tradeshows per year*



**Social Media Strategy**

*Strong social media presence (Twitter, Facebook, Instagram, LinkedIn, etc.), video testimonials*



**Direct Mail**

*Model optimized for those prospects most likely to fund profitably*



**Search Engine Marketing**

*Search engine optimization, 350 keywords on first page of Google*



**PLAINTIFF 000455**

**6  Broad, Multi-Product Capabilities**



*The Company provides multiple financing alternatives delivered through multiple channels to reach a broad spectrum of SMBs*

### Multiple financing alternatives…

| Product Offerings | Diverse Equipment Types | Funding Sizes | Various Terms | Risk-Based Pricing |
|---|---|---|---|---|
| › Equipment Finance Agreements (Loans)<br>› Equipment Leases<br>› Working Capital Loans | › Healthcare<br>› Titled Vehicles<br>› Machinery<br>› Computers/Software<br>› Many more | › Increasing funding sizes<br>› Hold limits up to $1M | › 6 months to 7 years<br>› Weighted average of 55 months | › Gross yield adjusted based on credit grade |

### …effectively delivered through efficient processes…

| Processing Speed | Prompt Funding | Ease of Doing Business | Highly Efficient Outreach |
|---|---|---|---|
| › BalboaLease<br>› 96% credit decisions in less than one hour | › 93% of transactions are funded the same-day | › Instant docs generation<br>› Minimal hard copy documentation required<br>› e-Signature | › Portal360 provides vendor on-line access<br>› Balboa*Quote*<br>› Transaction prioritization |

### …reaches a broad spectrum of SMBs.

| Massive SMB Market | Nationwide Funding: All 50 States | Revenues up to $50MM and beyond | Multiple Industries | Diverse Collateral Types |
|---|---|---|---|---|



PLAINTIFF 000456



**7  Highly-Automated, Fully-Integrated Technology Platform**

*Balboa has developed a highly automated and scalable platform with capacity to accelerate growth and increase efficiency that allows vendors to increase consistency and sell more equipment – faster, easier and with greater profitability*

## Balboa Capital Technology Platform

**1  Sales (3rd Party)** 
› CRM fully-customized to Balboa's needs
› Fully-integrated with all other platforms
› Puts sales reps in front of prospects most likely to buy and optimizes conversion from prospect to customer with a regimented communication strategy consisting of calls, e-mails, and voicemails

**2  Marketing** pardot
› Deploys lead nurturing campaigns, conducts surveys, and helps in creating a marketing driven lead scoring model
› AI sales assistant which contacts, qualifies and follows up with prospects
› Drives awareness and retention (~35% repeat business)

**3  Underwriting (BalboaLease)**  **Decision Time** *96% within 1 hour*
› Proprietary underwriting & risk management system with rich data repository, robust reporting & deal monitoring
› Separate underwriting scorecards by product and channel
› 96% of applications are decided in-house within an hour
› 30% of applications are auto-decisioned (soon to be 60%)

**4  Documentation & Funding (BalboaLease)** 
› Proprietary, online application system streamlines documentation process, and ensures all documents are consistent and secure
› Documents can be created 24/7
› 93% same-day funding if documents are received and executed
› 95% e-Signature allows for fast funding

**5  Payments + Collections (BalboaLease)** 
› Proprietary customer portal allowing customer access to view their account and make payments 99% of which are via ACH
› Decreases dependency on Customer Service /Portfolio Mgmt. resources
› LeasePlus / Microsoft Dynamics (3rd party) allows for daily invoicing including lease accounting and financial statement generation

**6  Reporting (BalboaLease)** 
› Data manipulation and reporting (3rd party)
› Customized reporting, which allows report viewer to drill down or back up to see information from multiple perspectives
› Producing algorithms for both risk monitoring and credit decisioning

**BALBOALEASE**
*The Catalyst to Quick, Efficient Credit Decisions and Fundings*
› Automatically pulls and displays all pertinent credit information
› Automatic emails regarding status
› Streamlines the documentation and funding process


PORTAL 360  BALBOA QUOTE
*The Ultimate Sales Tool for Equipment Vendors*
› Enables vendor partners to independently estimate payments, generate proposals, enter applications, create and send documents, track progress and access 24/7 reporting
› Reporting alerts vendors to all upgrade / new sale opportunities
› Increases relationship stickiness



Same-Day Document Retrieval | Instant Docs Generation
One Hour Credit Turnaround | 99% ACH Payments
Same-Day Fundings | e-Signatures

**Visibility**   **Predictability**   **Efficiency**

**10.0%** Projected Originations CAGR | **1.2%** 30+ Day Delinquency Rate | **~ 1.5%** Average Annual Net Losses[1]

---



1. For a given seasoned static pool of originations, the cumulative net charge-offs are translated into Average Annual Net Losses as follows: (a) Principal is amortized such that 50% of the "principal" is returned on average after 30.07 months or over 2.51 years; (b) With total cumulative net charge-offs of 3.62%, the Average Annual Net Losses are 1.45% (equal to 3.62% divided by 2.51 years). See page 64 for reference

PLAINTIFF-000457



# 8 Diversified and Capital-Efficient Funding Sources

*Balboa has access to a diversified mix of funding sources at attractive terms provided by leading financial institutions that further substantiate the Company's operations*

**Third-Party Validation** - Many lenders, underwriters, and rating agencies are continually monitoring the Company's credit performance

**Diversified** - Multiple senior credit providers, ready access to securitization market, institutional junior debt

**Scalable** - Strong performance has led to high interest in participating in the Company's facilities

**Funding Sources by Committed Amount**[2]





**Financing Overview**[1]

$ in millions

| Debt Type | Committed | Outstanding | Facility | Provider(s) |
|---|---|---|---|---|
| **Senior Debt** | | | | |
| Recourse LOC | $50 | $0 | Operating Revolver | BMO |
| Non-Recourse Lines of Credit (All lines of credit are pre-payable without cost at any time) | $100 | $0 | Warehouse Line | TRUIST |
| | $50 | $0 | Warehouse Line | CREDIT SUISSE |
| | $100 | $0 | Warehouse Line | Capital One |

| | Original | Remaining | Facility | Provider(s) |
|---|---|---|---|---|
| Securitizations (All securitizations are callable without cost except for the 2020 issuance which will be callable without cost in November 2021 at a then projected balance of $116M) | $266 | $56 | 2018-1 Term Securitization | CREDIT SUISSE |
| | $409 | $238 | 2019-1 Term Securitization | CREDIT SUISSE |
| | $201 | $182 | 2020-1 Term Securitization | TRUIST |

| Debt Type | Committed | Outstanding | Facility | Provider(s) |
|---|---|---|---|---|
| **Junior Debt** (1% prepayment penalty if repaid before May 15, 2023) | $40 | $40 | Subordinated Debt | NAPIER PARK |

**Loan Sales**

› Strategic whole loan sales to manage size concentrations and credit exposure
› Over 20 active non-recourse relationships with numerous funding sources (primarily banks)



1. Financing amounts as of December 31, 2020
2. Committed amount based on Remaining amount for securitizations

**PLAINTIFF 000458**



## 9 Experienced and Tenured Management Team with Proven Track Record

*Balboa has cultivated an experienced and cohesive management team with expertise from independent finance companies and banks*

### Diversity of Experience

› Balboa has a cross generational employee mix consisting of a balance between tenured employees with a vast amount of industry experience and young talented professionals.

– The Company's recruiting department has a database of over 2,000 professionals that it calls on.

› Senior management has over 150 years of collective experience and has worked together on average for over a decade during which time they have developed a foundation of trust allowing each executive to execute on the Company's objectives by utilizing their specific skillsets and experience. There is little overlap of responsibilities on an everyday basis.

› Many of the Company's key senior leaders in sales and operations have been with Balboa longer than any of their prior employers.

› Employees across the organization strive to achieve the same goals in a highly competitive culture; there are no "participation trophies" at Balboa.

› Entrepreneurial, agile and fast moving culture attracts recent college graduates and millennials to all Company disciplines.

› The Company invests significant time, energy, and money in its young people, which has created an impressive team of young talent rarely seen in the industry.



### Balboa Management

| Executive | Title | Age | Experience Balboa | Experience Total | Prior Experience / Education |
|---|---|---|---|---|---|
| Patrick Byrne | CEO & Founder | 57 | 33 | 33 | |
| Phil Silva | President | 62 | 14 | 34 | |
| Rob Rasmussen | COO & CRO | 56 | 16 | 32 | |
| Heather Parker | CFO | 50 | 3 | 22 | |
| Jim Grant | VP of Portfolio Mgmt. | 63 | 2 | 38 | |
| Michelle Chiongson | General Counsel | 46 | 12 | 19 | |
| **Total** | | | **80** | **178** | |
| **Average** | | | **15** | **30** | |

**PLAINTIFF 000459**



# SECTION 3 | INDUSTRY OVERVIEW



PLAINTIFF 000460

# Significant Market Opportunity



## U.S. Investment in Capital goods and Software[1]

› In 2021, the U.S. economy is expected to invest over $1.9 trillion in capital goods and software (excluding real estate)
  – ~$900 billion is expected to be financed through loans, leases and other financial instruments



## Small Ticket Equipment Financing and SMB Working Capital Finance

**Small Ticket Equipment Financing Market**



**SMB Working Capital Finance Market**





**$670 Billion Combined Opportunity**



1. Source: ELFA Website / Equipment Finance in 2020: Special COVID-19 Impact Issue
2. Management estimate
3. U.S. Small Business Administration U.S. Small Business Economic Profile (as of 12/31/20)
4. FRBNY Small Business Credit Survey 2020    5. KBW Estimates

PLAINTIFF 000461

## Competitive Landscape



**(1)** *Alternative Sources for Financing Needs*

› One of Balboa's largest competitors is cash. Small business owners often pay for equipment without financing or may not believe convenient financing solutions are available to them.
› The Company also competes with financing provided directly by equipment manufacturers or other captive financing sources.

**(2)** *Small Business Financing Alternatives*

› When a small and medium-sized business decides to seek financing solutions, they can choose from several lending sources. The Company competes with:

— **National, Regional, and Local Banks**
  ○ Costly combination of physical branches and manually intensive underwriting procedures
  ○ Inflexible financing solutions with little focus on serving the SMB market or non-investment grade credits
  ○ Balboa targets financing sizes in ranges below where most banks will participate
— **Small Local Competitors**
  ○ Smaller 1-5 person brokers call on SMB owners
  ○ Not a direct lender with own capital and front line decision-making
— **Equipment Finance Competitors**
  ○ Not all have established lending practices in all 50 states
  ○ Business is often limited to leasing
  ○ Credit decisions can take multiple days, while Balboa makes 96% of its decisions within one hour
  ○ Most competitors lack system integration with vendors and franchises
  ○ Representative equipment finance competitors:

    

   

   

     

    

PLAINTIFF 000462



# SECTION 4 | BALBOA OVERVIEW



**PLAINTIFF 000463**

# Premier Small & Medium-Sized Business (SMB) Finance Company



## Balboa Capital Corporation

› Balboa Capital, headquartered in Costa Mesa, CA, is one of the largest independent equipment finance companies in the U.S.:
  - Operating since 1988, direct lender since 1995
  - Over $3 billion in originations since inception
  - 187 employees, 104 salespeople
  - Senior management with an average of 30+ years of industry experience

› The Company offers equipment financing solutions to businesses with revenues ranging from $1M-$50M+.

› Balboa provides fast credit decisions, instant docs generation, fast and easy funding and hands-on support for its customers through the financing process.

› As a growing business, Balboa understands the challenges of small and medium-sized businesses, and the Company provides real solutions that resonate with its customers.

› Balboa has developed a highly scalable, nationwide platform built on conservative underwriting and credit procedures.

› The Company has a highly diversified portfolio with over 17,800 transactions[1]:
  - Minimal customer concentration (largest customer <1% of the overall portfolio)
  - Customers across all 50 States

› Balboa has instilled a strong credit underwriting (average SBSS[2] and FICO score of 198 and 734, respectively) based on 33 years of credit data collected over multiple economic cycles.

› The Company has realized strong performance throughout multiple economic cycles (average annual net losses of 1.5%).



1. Excludes contracts with $0 of Minimum Lease Payments Receivable (MLPR) as of 12/31/20
2. The Company replaced SBSS scores with its own proprietary algorithm, The Balboa Score, in Q4 2020

PLAINTIFF 000464



# Proven Track Record of Success



*Balboa was founded over 33 years ago and has built a premier small and medium-sized business finance company, which prides itself on an entrepreneurial, ultra-competitive culture*

| 1988 – 1995 Purely Broker | 1995 - 2007 Broker and Direct Originator Expansion to Medium Direct & Vendor Segments | 2007–2021 Builds and continually enhances technology Growth Accelerates with National Account Vendor |
|---|---|---|

**Founding**
Pat Byrne and partner launch Balboa Capital

**Channel Expansion**
Started Direct Medium Business Segment

**1st Securitization**
Completed First Term Securitization

**Portal 360**
Portal360 Launched

**Vendor Focus**
Company Focuses on Vendors and Exits the Broker Business

**>$100M Originated**
Balboa Surpasses $100M in Annual Originations ($171M)

**2nd Securitization**
Completed Second Term Securitization

**Rate Increases**
Underwriting enhancements allow better profitability by increasing rates and fees[1]

**Risk-Based Underwriting**
Collateral based and pricing based underwriting

**6th Securitization**
Completed Sixth Term Securitization

*Year*

Continuing Growth

| 1988 | 1995 | 2002 | 2004 | 2007 | 2009 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|

**Transition**
Company Engages in Direct Lending

**Pat Byrne is Sole Owner**
Pat Byrne Becomes Sole Owner of Balboa Capital

**Nat'l Account Vendor Partners**
Launched Vendor Segment

**Working Capital Loans**
Started Working Capital Segment

**Direct Channel**
Started Direct Enterprise Segment

**Balboa Score Introduced**
Company Introduces its proprietary credit score model Balboa Score

**Portal 360 Enhancement**
Portal360 enhancements include 2-way messaging, customer center, and robust partner reporting

**>$300M Originations**
Balboa Surpasses $300M in Annual Originations ($321M)

**7th Securitization**
Completed Seventh Term Securitization

| | 2002 | 2004 | 2007 | 2009 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|------|------|------|------|------|------|------|------|------|------|------|------|
| Originations ($ in millions) | $70 | $61 | $87 | $38 | $171 | $223 | $281 | $272 | $242 | $321 | $319 | $261 |



1. Have subsequently raised rates and fees three times following the original December 2015 increase

**PLAINTIFF 000465**

# Diverse Product Offering



***Balboa offers a variety of products to help business owners grow their business and fulfill their equipment and technology needs***

› Balboa's equipment finance contracts provide for the obligor to pay a steady periodic stream of payments over a defined term
  – Most contracts have application-only limits up to $250K and terms from 24 to 84 months
  – Approximately 13% of the Company's contracts have security deposits, equal to 1.3x the periodic payments on a weighted average basis
  – The monthly payment amount and term are contractually fixed. There is no stated interest rate

| | Equipment Finance | | | Working Capital Loans |
|---|---|---|---|---|
| | **Equipment Finance Agreements (Loans)[1]** | **Equipment Leases** | **Additional Equipment Finance Offerings** | **Daily Repayment Business Loans** |
| **Description:** | › Loan Agreements used to finance equipment and/or associated services and soft costs | › Customer can buy the equipment at lease termination for Fair Market Value | **Wrap Lease:** Allows current Balboa customers to close out their current lease and roll it into a new lease along with the financing of the new collateral.<br><br>**Business Expansion:** Equipment financing on an application-only basis up to $100K or more for businesses opening a new location as an expansion. Financing above $100K is available upon submission of a full financial package.<br><br>**Refinance Program:** Balboa offers a top-rated refinance program for hard collateral leases. Application-only limits of $10K to $250K with length of terms typically between 24 and 60 months.<br><br>**New Business Program:** Balboa can provide financing to businesses operating for less than two years. Direct Debit/ACH payments and personal guarantees are required. Application-only limits of $5K to $50K and typical terms between 24 and 36 months with enhanced yields.<br><br>**Sale Lease Back:** For customers who have paid cash for new equipment within the last ninety days, Balboa can convert the purchase into a lease with low monthly payments. | › Unsecured loan that can be used for general business needs |
| **% of MLPR[2]:** | 92% | 7% | | <1% |
| **% of Contracts:** | 82% | 17% | | <1% |
| **Wtd. Avg. Original Term (Months):** | 56 | 53 | | 13 |
| **Equipment Title:** | Customer[3] | Balboa | | Not Applicable |
| **Lease Termination:** | › No residual interest; customer continues to own the equipment | › Customer has option to purchase equipment, renew the lease, or return the equipment | | › No equipment collateral; payments terminate once Balboa is paid-in-full |
| **Fee Structure:** | › Contractual fixed monthly payments with no stated principal amount or interest rate | › Contractual fixed monthly payments with no stated principal amount or interest rate | | › Daily ACH payments based on predetermined rate factor |
| **Depreciation Tax Advantage:** | Customer | Balboa | | Not Applicable |



1. Loans include Equipment Finance Agreements (EFAs), Rentals, and Fixed Buyout Leases, which offer customers the ability to buy the equipment at the end of the term for a predetermined price (typically $1.00)
2. MLPR is Minimum Lease Payments Receivable on the balance sheet – see page 60
3. For Fixed Buyout Leases, Balboa holds the equipment title

PLAINTIFF 000466

## Multiple Origination Channels



› The Company utilizes a sales team of 104 people to help distribute its products to potential customers
› Sales efforts are focused on direct originations (generally sourced through in-bound calls) and partnerships with equipment vendors and franchisors
  – The National Account Vendor salesforce focuses on generating/maintaining relationships that represent a future stream of low cost originations
  – The Small and Medium Business channels focus on connecting with the end user or client
› Sales team members can offer equipment financing and other small business loan products to serve a variety of financing needs



**National Account Vendors**
*35 Salespeople*

› Vendor sales are made to the supplier or vendor of the equipment or software rather than the end user
› Salespeople work in tandem with equipment manufacturers, dealers and their salespeople by training them to use easy and convenient financing to sell more equipment and/or services
› Relationship-oriented approach drives multiple transactions and repeatable volume
› Larger vendor partners can submit multiple applications and funded transactions per month
› Most vendor relationships are not exclusive. After the initial commitment, there is a continual attempt by the salespeople to capture and secure a larger share of the vendor partner's business.

**Other Vendors – Franchise & 3rd Party Originators**
*11 Salespeople*

› Other Vendors consists primarily of relationships with Franchises and 3rd Party Originators
› Once a franchisor relationship is established, salespeople call on franchisee end users
› Franchisee customers typically own multiple franchise locations (5-10) and affiliations
› This is the only sales channel in the vendor segment that works directly with end users
› These salespeople also work with the vendors in this sales channel and also look to foster those relationships

**Small Business Direct**
*24 Salespeople*

› Each salesperson conducts approximately 100 calls per day, primarily following up on in-bound leads, existing customers, and prospects consisting of small business owners with sales under $10M
› Objective is to determine whether the small business is acquiring equipment or has a need for working capital and, if they do, to secure a credit application
› After a credit application is approved, a senior salesperson will assist in the closing and funding of the transaction

**Medium Business Direct**
*25 Salespeople*

› Salespeople conduct approximately 100 calls per day, calling primarily on existing customers and prospects, with businesses with revenues ranging from $10-$50M
  – Another small team calls on businesses with revenues greater than $50M
› Rather than a small business owner, the targeted decision maker tends to be a CFO, Treasurer, or Controller
› Sales cycle tends to be slightly longer and usually involves developing multiple contacts; however, these are larger and more lucrative transactions

**Sales Channels**

**Vendors**

**Direct Originations**



PLAINTIFF 000467

# Strong Historical Origination Volume Growth



**Total Origination Volume**

*$ in millions*



Legend:
- National Account Vendor
- Medium Business Direct
- Small Business Direct

Origination Volume ($M)

> In response to increases in the Fed Funds Rate, the Company raised its rates and fee revenue multiple times beginning in December 2015. While this curtailed the Company's originations in 2017, it positioned Balboa for increased future profitability. Growth accelerated in 2018 due to further penetration of existing National Vendor Channel customers and expansion into attractive markets.

> Originations decreased in 2020 due to demand decreasing and the Company becoming more selective in funding new loans and leases as it evaluated the impact of Covid-19 on its existing and potential new customers.

| | 2009¹⁾ | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | $38.4 | $44.8 | $59.8 | $93.6 | $171.0 | $222.7 | $281.3 | $272.4 | $241.5 | $321.2 | $318.6 | $261.5 | $299.7 | $329.7 | $362.6 | $398.9 | $438.8 |
| National Account Vendor | $9.0 | $15.4 | $24.8 | $40.3 | $85.9 | $132.4 | $181.8 | $191.5 | $166.8 | $212.3 | $217.8 | $191.9 | $233.0 | $256.3 | $282.0 | $310.1 | $341.2 |
| Medium Business Direct | | | $18.6 | $28.6 | $45.3 | $38.4 | $44.1 | $38.0 | $33.9 | $64.0 | $61.4 | $46.5 | $53.6 | $59.0 | $64.9 | $71.3 | $78.5 |
| Small Business Direct | $11.7 | $13.9 | $16.3 | $24.8 | $39.8 | $52.0 | $55.5 | $42.9 | $40.8 | $44.8 | $39.4 | $23.0 | $13.1 | $14.4 | $15.8 | $17.4 | $19.1 |
| *Total Originations* | *(57.6%)* | *16.6%* | *33.6%* | *56.5%* | *82.6%* | *30.3%* | *26.3%* | *(3.2%)* | *(11.3%)* | *33.0%* | *(0.8%)* | *(17.9%)* | *14.6%* | *10.0%* | *10.0%* | *10.0%* | *10.0%* |

**YoY Growth**

Note: Lighter shaded bars in graph reflect actual origination volumes and darker shaded bars represent forecasted origination volumes

1. In 2009 the Company exited the third party originator business. Volumes also decreased due to decreased borrowing activity of small businesses suffering from the Great Recession and due to management's conservative take on credit at the time given economic conditions

PLAINTIFF 000468

# Case Study – Ritchie Bros.



## Relationship Narrative



› Long standing relationship with GE Capital

› Company transitioned after the breakup of GE Capital to a host of other lenders to fill various niches

› Besides the low priced Wells Fargo, they were looking for an independent to replace Direct Capital because of the perceived pulling back after the purchase by CIT; Marlin Leasing did not measure up

› Sought an equipment finance company with the following attributes
– Used construction equipment, vehicles and trailers
– Auction-based model
– Capability of financing their applicants with other vendor/dealers
– "Follow the Customer"

› Opportunity was referred to Balboa's Vendor team by our Middle Market Direct sales leader

› Conversations started at the beginning of 2015

› Applications were received in May of 2016

## Unique Value Proposition

› Balboa secured the business over larger competitors because of its unique value proposition

› API integration for system-to-system connection for application entry and document generation (2018)

› Fast and consistent credit underwriting
– 96% under one hour, app-only up to $250K
– NEW - Collateral-enhanced underwriting – Grades A through E
– Risk-based pricing
– Credit Insurance Financing (2018)

› Convenient funding of transactions
– 93% funding same day, before 6:00PM EST
– Assistance with titling process
– New - No titles required prior to funding for trailer assets under $50K
– Refining and streamlining other funding and titling requirements and processes

› Ability to finance their previous applicants, end user-driven customers ("Follow the Customer")

› Operations-to-Operation points of contacts (2018)

› Origination volume of $16.4M in 2020 and expected to increase to $25.0M in 2021

### Account Competitors



| Origination Volume | | | | |
|---|---|---|---|---|
| **2016** | **2017** | **2018** | **2019** | **2020** |
| $1.8M | $13.0M | $16.6M | $13.4M | $16.4M |



PLAINTIFF 000469

## Case Study – Aesthetic Lasers



### Industry & Opportunity

   

   

› Premise: As the population ages, there is an ever-growing demand and desire to look younger

› Unlike plastic surgery and other procedures such as liposuction, aesthetic lasers provide a non-invasive procedure that performs many functions from body sculpture (fat deposits in trouble areas), age spots, scar, tattoo and hair removal, vein repair and skin tightening

› At the same time, physicians are looking for additional income streams without the burden and ever-decreasing reimbursement from insurance companies

› All of these procedures are by credit card and 100% kept by the physician. In most cases, patients return for additional treatments

› Expected growth in this industry is about 10%-15% through 2024

### Unique Value Proposition

› Balboa won business over larger competitors because of its unique value proposition and long-term commitment to the segment

› Fast and consistent credit underwriting
  – Extensive experience with aesthetic laser underwriting
  – 96% under one hour, app-only up to $250K depending on specialty
  – Auto-decisioning and instant documentation generation for weekend shows
  – Flexible payments

› Convenient funding of transactions
  – 93% funding same day, before 6:00PM EST

› Industry leading Portal 360 Vendor Management Tool
  – 2-Way messaging
  – Customer service bolt on
  – Robust real-time reporting
  – e-Signature

› NEW - Risk-based pricing based on medical specialty and static pool experience

› We secure personal guarantees from all physicians

› Lesser credits are financed by Amur, Quality Leasing, LCA, and North Mill

› Origination volume of approximately $50M in 2021

› NEW - Generation of additional fees and commission recoveries

› Business is stable based on disciplined underwriting and static pool analysis and decision making

### Account Competitors

    

| Origination Volume | | | | |
|---|---|---|---|---|
| **2016** | **2017** | **2018** | **2019** | **2020**[1] |
| $28.4M | $41.8M | $83.1M | $76.5M | $19.6M |

1.  Decline in 2020 volume due to physician offices being closed during the pandemic



PLAINTIFF 000470

# Case Study – Medium Duty Trucks

**BALBOA** CAPITAL

## Industry & Opportunity

  

› Premise: In pandemic and in changing times and trends, people are working from home

› There has been an increased and heightened need for home delivery, referred to as the *last mile*

› Balboa has enjoyed a long-term relationship with Enterprise Truck dating back to 2012

› Developed a relationship with Ryder Truck and Penske in the beginning of 2020 after pursuing them for 2-3 years

› CIT's pulling back of Direct Capital's underwriting guidelines has further opened up the opportunity with these accounts. We continue to compete against Daimler and to a smaller extent Marlin Leasing

## Unique Value Proposition

› Balboa secures the business and continues to compete for share because of its unique value proposition

› Fast and consistent credit underwriting
  – 96% under one hour, 98% under two hours
  – Increase in fast auto-decisioning
  – An ever-growing presence in commercial vehicle financing, specifically in used medium duty vehicles
  – Casting a wider net providing approvals with credit grades A through E with commensurate pricing based on risk

› Convenient funding of transactions
  – 100% ACH
  – 98% e-Signature for those drivers in transit
  – Continuing to refine titling process
  – Introduced electronic POA

› Top down and bottoms up sales approach including executives and sales desk coverage at the various vendor's field locations

› Origination volume in 2021 expected to reach $15M



Account Competitors

PLAINTIFF 000471





# Case Study – Select Opportunities with a Bank Owner for Balboa

*Balboa has long-standing vendor relationships, many of which date back to the mid 1990s. While Balboa has generally been able to preserve these relationships over many years, origination volume from certain vendors has declined more recently due to pricing pressure, particularly from banks. With a bank owner and a lower cost of funds, Balboa believes it could recapture a significant amount of volume from these vendors.*

| Graybar Financial Services | Bush Truck Leasing | Woodworking | Intech Funding/ Verdant Commercial Capital |
|---|---|---|---|
|  |  |  |  |

## Graybar Financial Services

**Relationship Overview:**
› Relationship dates back to the 1980s
› 7+year old private label equipment finance relationship with $16.1M funded since late 2014

**Business Opportunity:**
› $20M+ per year in potential originations with lower cost of funds and ability to provide more competitive pricing

**Unique Value Proposition:**
› Portal 360
› e-Signature
› 2-way messaging
› Private Label relationship

## Bush Truck Leasing

**Relationship Overview:**
› Strong relationship with senior management for many years

**Business Opportunity:**
› $10M- $20M+ opportunity

**Unique Value Proposition:**
› Private label, customized documentation
› Financing the route, versus the driver
› Invoicing by Bush, Balboa receives payment from corporate sponsor first with overages remitted to Bush by Balboa
› Customized reporting

## Woodworking

**Relationship Overview:**
› Entrenched in this industry for many years
› Relationships date back to the 1990's

**Business Opportunity:**
› $20M+ with more competitive rates

**Unique Value Proposition:**
› Experienced, fast and consistent underwriting
› Easy and convenient documentation and funding
› A-C+ risk-based pricing with structuring
› NEW - A through E credit grades and approvals with commensurate risk-based pricing

## Intech Funding/ Verdant Commercial Capital

**Relationship Overview:**
› Comprised of industry veterans
› An existing customer, Intech, was purchased by Verdant
› Intech relationship dates back to early 2013
› Started doing business with Verdant in late 2019

**Business Opportunity:**
› $40M+ with more competitive rates

**Unique Value Proposition:**
› Fast and consistent underwriting
› Casting a wider net in Credit from A through E credit grades and pricing
› Use of Verdant's documents and billing with Perfect Pay
› Finances various equipment types

| Account Competitors | Account Competitors | Account Competitors | Account Competitors |
|---|---|---|---|
|   |     |  |  |

PLAINTIFF 000472



## Comprehensive Marketing Strategy

**BALBOA** CAPITAL

*Balboa is on the cutting edge of using all marketing tools to further the Balboa Capital brand and to reach small and medium businesses*

**Go-To Market Strategy**

*Integrated Marketing Communication Efforts To All Sales Channels*

**Marketing Approach**
› Balboa structured similar to an ad agency with professional writers/bloggers, technologists, and specialists in social media, organic search, email drip, and direct mail campaigns
› Also apply more traditional strategies, such as trade show attendance and graphic design
› Overall objective is to create incremental "at bats" or selling opportunities for the Company's sales team

**Vendor**
› Direct salesforce follows up on applications and transactions generated from vendor partners
› Current portfolio includes over 5,800 different vendors
› Balboa has relationships with over 35,000 approved vendors

**Franchise Marketing**
› Implicit endorsements from franchisors
› Potentially thousands of franchisees in each concept

**Lead Generating Website**
› Website generates 2,000 leads every month
› Top equipment finance website with the highest U.S. web traffic

**Deploying Marketing Automation**
› CRM Integration
› Reporting & Analytics
› Lead Scoring
› AI Website Chat Bot

**Email Communications**
› Strategic Lead-Nurturing Campaigns
› Ongoing Email Efforts
› AI Sales Assistant

**Search Engine Marketing**
› Search Engine Optimization
› 400 Keywords on First Page of Google

**Social Media Strategy**
› Strong Social Media Presence – Twitter, Facebook, Instagram, LinkedIn etc.
   – 35k+ followers
› Video Testimonials on YouTube Channel

**Online Sales Management System**
› Portal360 increases stickiness of Balboa's relationship with vendors
› Allows Balboa to track vendor relationships over time

**Content Creation**
› Whitepapers
› Infographics
› Video Content
› Blogs
› Press Releases
› e-Brochures

**Tradeshows**
› Exhibit and attend over 50 equipment related tradeshows per year



**PLAINTIFF 000473**

# Significant Sales Talent



*One of Balboa's core strengths is its salesforce developed over many years. The sales team is highly effective and relies heavily on the Company's technology to originate and manage vendor and direct client relationships, and to efficiently close transactions.*

**Proprietary, Highly-Automated Technology Systems** **+** **Superior Relationship Management & Efficiency in Funding Transactions** **=** **Attractive Platform for Retaining Existing & Recruiting New Sales Talent**

## Sales Team Overview

› The Company employs 104 salespeople, including three senior sales management team members that average over a decade with Balboa

› Balboa's top-performing salespeople average over five years with Balboa

› The Company closely monitors its sales team's performance through internally developed productivity reports that track key sales metrics such as:
  – Number of calls
  – Average calls
  – Call duration
  – Lead response time
  – Number of applications
  – Lead to application ratio
  – Approval ratio and dollars
  – Funding ratio
  – Approved backlog
  – Booked gross margin and originations
  – Return business rate

## Technology-Driven

› Balboa has had significant success retaining key sales people and attracting new talent by promoting its proprietary technology systems that allow for more effective relationship management and an efficient funding process

 

› Dynamic vendor management tool providing sales team ability to effectively manage and maximize relationships

› 24/7 access to monitor transactions throughout their lifecycle
› Flexible and customizable



› Automated workflow platform driving efficiency from application to funding

› 96% of transactions processed in <1 hour

› 93% of approved transaction are funded the same day

## Sales Compensation

› Balboa salespeople receive salary (on average approximately $52,000) plus commission

› Commissions are paid depending on origination channel, tenure, and past success

› As a percentage of equipment costs, commissions average 3.0% for the small business channel, 6.0% for the medium business channel, and 0.6% for the National Account Vendor Partners channel



**PLAINTIFF 000474**

# Thorough, Technology-Driven Underwriting



*All initial applications go through the same underwriting process. 96% of applications are decisioned within one hour.*

## Application Review Process

**Step 1**
*Key Credit Data is Automatically Pulled from Multiple Sources*

› Experian, Equifax / PayNet and LexisNexis data are pulled automatically

› Previous payment history with Balboa is also considered

**Step 2**
*Balboa Score Calculated*

› Algorithm based on individual pay history, industry, Experian data, Equifax / PayNet data, LexisNexis and Balboa pay history

› Separate scorecards by product and channel

› Scoring based on credit data collected over 33 years and through multiple economic cycles – developed by three PhDs

**Step 3**
*Credit Decision*

› Approximately 25% (soon to be 50%) of applications receive an auto-decision (auto decisions have ~50% approval rates)

› Over 400 discrete data points per application are considered in credit decision

› Transactions not auto approved/declined are queued to a Credit Analyst based on the analyst's credit authority and number of transactions he or she has reviewed that day

## Technology Creates Competitive Advantage

*For many of Balboa's competitors, credit assessment is inherently difficult because small business data is constantly changing as the business evolves and is scattered across a myriad of online and offline sources*

**One Single Integrated Technology Platform**
Regardless of origination channel or deal type, all transactions are tracked on the same platform from customer acquisition, to underwriting and funding, to servicing and collections

**Quickly and Comprehensively Accesses Information**
The Company automatically collects all relevant information needed to underwrite a basic credit. Larger financial packages are quickly obtained from the applicant and included on the same underwriting platform

**Constantly Improving Balboa Score**
With each application and funded deal, the 33 year data set expands and the Balboa Score improves

**Result: Predictability in Assessing Creditworthiness**

### Credit Score Gradation[1]

| Grade | Current MLPR | % of Total MLPR | Weighted Average | | | | Average Ann. Net Loss[4] | Spread[5] |
|---|---|---|---|---|---|---|---|---|
| | | | Yield[2] | FICO | SBSS[3] | Time in Business | | |
| A's | $315.3 | 48.1% | 9.5% | 754 | 207 | 21 | 0.9% | 8.6% |
| B's | $247.1 | 37.7% | 10.0% | 728 | 195 | 17 | 1.8% | 8.2% |
| C and Below | $93.0 | 14.2% | 13.4% | 696 | 180 | 12 | 2.4% | 10.9% |
| Total | $655.4 | 100.0% | 10.3% | 734 | 198 | 18 | 1.5% | 8.8% |

1. Portfolio data as of 12/31/2020
2. Yield is based on financing amount and agreed upon lease / loan payments excluding any fees
3. The Company replaced SBSS scores with its own proprietary algorithm, The Balboa Score, in Q4 2020
4. For a given seasoned static pool of originations, the cumulative net charge-offs are translated into Average Annual Net Losses as follows: (a) Pay down occurs such that 80% of "principal" is returned on average after 30.07 months or over 2.51 years; (b) With total cumulative net charge-offs of 3.62%, the Average Annual Net Losses are 1.45% (equal to 3.62% divided by 2.51 years). See page 64 for reference
5. Spread = Yield – Average Annual Net Loss

PLAINTIFF-000475



# Efficient Closing, Documentation and Funding Processes



*Balboa streamlines documentation to efficiently fund approved transactions*

## Documentation & Funding

› When a transaction is credit approved, the Credit Analyst finalizes terms, documentation requirements, and support for decision in BalboaLease. Sales and vendors receive notification of credit approval via Portal 360, Salesforce and email that includes all terms and documentation requirements

  − The Company has streamlined its documentation process, which includes automatic documentation population, and e-Signature capabilities

  − Balboa's enhanced service, responsiveness and ease of doing business has provided high customer service scores and high levels of repeat business

› The sales person auto-populates the documents according to the terms contained in the approval, and electronically forwards the documents to the customer or vendor

› The obligor will sign and may return the documents via e-Signature, or email

› The system reads the document and routes the document package to the appropriate person on the funding team, who reconciles against the documentation checklist required for funding (BalboaLease ensures that no transactions are funded without the documentation requirements satisfied)

› Upon pre-audit confirmation that all required documentation is electronically filed, the funding request is authorized and issued to Accounting for vendor payment, final audit and booking

› Balboa's vendor partners are updated by email through each milestone from application entry to funding

› 93% same-day funding if documents are received and signed from the obligor

## Servicing & Billing

› Balboa generates invoices through its internal, proprietary platform to ensure accuracy and integration

› Charges are itemized in email notifications and invoices are posted to Portal 360 and the Company's customer portal

  − Approximately 99% of new obligors make payments through ACH

  − Late fees of 10%-15% are charged if the scheduled payment amount is not received within three to five days of the due date

## Key Provisions of Documentation

### Equipment Finance Agreements (Loans)

› The transaction is a loan, not a lease, with contractual monthly payments

› The customer retains title to the equipment

› There is no residual interest or rental payments post-termination

### Leases

› The transaction is a lease, not a loan, without a stated interest rate or principal amount

› Rental payments may not be reduced or cancelled for any reason whatsoever

› FMV lease termination options must typically be selected six months before end of the original term

› In the event notice is not received, the lease will renew for twelve months at the existing monthly payment

### Working Capital

› Payments are fixed

› Payments are made via daily or weekly ACH withdrawals

› There is no equipment or collateral

› Personal guarantees are required



**PLAINTIFF 000476**

# Active Loan Servicing and Collections



*Balboa maintains a thorough and disciplined collections process and actively pursues charged-off accounts until collected*

| Collections | Legal Process |
|---|---|

### Collections

**<30 Days Past Due**

› The Company offers a 3-5 day grace period before a payment is considered past due
› Following the grace period, the account will be added to a daily list of queues generated by IT and distributed through the Portfolio Management System
  – Past due notice automatically sent via email
  – Collectors will also begin making calls that increase in frequency the more delinquent an account becomes (every three days, two days, one day)
› If no contact is made, intent to file default sent at 15 days past due
› Formal letter of default sent at 25 days past due
› Skip tracing and field chase conducted by third-parties where appropriate

**30-60 Days Past Due**

› Reevaluate creditworthiness and ability to pay by pulling Experian, Equifax / PayNet, and Lexis Nexis reports
› Account acceleration letter sent at 31 days
› Typically considered for repossession at 31 days past due
  – Balboa uses five primary national re-marketing agencies to assist with repossessions
  – Approximately 80-85% of repossessions are agreed to by the obligor (voluntary repossessions) and 15-20% require the repossession entity to find and take the equipment (involuntary repossessions)
› Transaction is submitted to Legal

**60-120 Days Past Due**

› The Company takes legal action
  – Complaint first filed locally
  – After 30-day period to answer the Complaint, if not answered, a Default Judgment is obtained
  – Default Judgment is obtained and Balboa pursues collection

**120+ Days Past Due**

› Account is charged-off
› Charge-offs pursued until collected

### Legal Process

**1 Legal Submission Meeting**

› Review transaction in default and determine whether legal process is appropriate
› Factors Considered:
  – Corporation Only v. Personal Guarantors
  – Size of transaction
  – In California v. Outside California
  – Creditworthiness (FICO, Balboa Score, on-going entity)
  – Personal Assets (Real Estate)
  – Collateral (Equipment)

**2A Hold Until Collectability Increases**

**2B Transaction Submitted to Legal**

**File Complaint**

**Response Filed** | **No Response Filed**

**Response Filed**
› Handle litigation including hearings, discovery, motions, settlement conferences, and sometimes trial
› Jury trials: Coordinate with outside counsel

**No Response Filed**

**In California**
Judgement Entered

**Outside California**
Coordinate with outside counsel to domesticate judgement

Execute on judgement (liens, bank levies, wage, garnishment, etc.)



**PLAINTIFF 000477**

# Multiple Avenues for Driving Future Growth



**1  National Account Vendor Partners (Share)**
*Increase in wallet share from National Account Vendor Partners*

**2  National Account Vendor Partners (Number)**
*Increase in number of high volume National Account Vendor Partners*

**3  Transaction Sizes**
*Increase average transaction size by offering more competitive rates on larger deals with higher credit quality and better paying end-users*

**4  Direct Sales Following Up with Vendor Customers**
*Direct sales pursuit of incremental business from customers that were originally introduced through vendor channel*

**5  High Growth Verticals**
*Increase penetration into key high growth industry verticals, such as aesthetic lasers, information technology, commercial vehicles, and construction, machinery and industrial (CMI)*

**6  Technology**
*Further advancement of technology utilization and integration*

**7  Recruitment of Experienced Vendor and Direct Salespeople**
*Strategically add salespeople from competitors*

**8  Portfolio Acquisitions**
*$1M-$10M portfolio purchases from vendors and third-party originators*

- The Company is projecting origination growth to ~$440M by 2025, based on increased deal size, vendor penetration, marketing efficiency, technology utilization, and product offering expansion
- With a bank owner that has access to lower cost deposit funding, Balboa believes it would drive even stronger future growth

**PLAINTIFF 000478**

# SECTION 5 | PORTFOLIO SUMMARY



PLAINTIFF 000479

# High Quality, Diverse Portfolio[1]

**BALBOA** CAPITAL

*The following pages provide a detailed representation of Balboa's loan and lease portfolio, including those sold to the Company's bankruptcy-remote subsidiaries. In total, the portfolio represents a diversified collection of high performing transactions*

| Portfolio as of December 31, 2020 | Aggregate | Median | Average |
|---|---|---|---|
| Number of Contracts | $21,836 | -- | -- |
| **Deal Size** | | | |
| Current Min. Lease Payment Receivable | $655,429,156 | $11,000 | $30,016 |
| Booked Residual Value for FMV Leases | $16,744,165 | $1,520 | $4,546 |
| Original Term Length (in months) [2] | -- | 58 | 55 |
| **Customer Characteristics [2]** | | | |
| FICO Score | -- | 730 | 734 |
| SBSS Score [3] | -- | 197 | 198 |
| Time in Business | -- | 14 | 18 |
| **Characteristics by Channel** | | | |
| **Original Equipment Cost** | | | |
| National Account Vendor | $782,439,432 | $23,974 | $41,990 |
| Small Business Direct | $83,083,357 | $30,410 | $42,585 |
| Medium Business Direct | $170,171,355 | $74,019 | $133,993 |
| Total Portfolio | $1,035,694,144 | $26,564 | $47,431 |
| **Contract Implicit Rate [2]** | | | |
| National Account Vendor | -- | 8.7% | 9.2% |
| Small Business Direct | -- | 0.0% | 17.1% |
| Medium Business Direct | -- | 0.0% | 11.1% |
| Total Portfolio | -- | 9.0% | 10.3% |

| Other Portfolio Characteristics | Number of Contracts | Current Min. Lease Payment Receivable |
|---|---|---|
| **Origination Channel Mix** | | |
| National Account Vendor | 18,615 (85%) | $506M (77%) |
| Small Business Direct | 1,951 (9%) | $47M (7%) |
| Medium Business Direct | 1,270 (6%) | $103M (16%) |
| **Payment Type** | | |
| ACH Deposit | 18,985 (87%) | $612M (93%) |
| Check | 2,401 (11%) | $38M (6%) |
| Credit Card | 450 (2%) | $6M (1%) |
| **Titled vs. Non-Titled Equipment** | | |
| Titled | 3,460 (16%) | $135M (21%) |
| Non-Titled | 18,376 (84%) | $521M (79%) |
| **New vs. Used Equipment** | | |
| New | 18,029 (83%) | $532M (81%) |
| Used | 3,805 (17%) | $123M (19%) |
| **Payment Frequency** | | |
| Quarterly | 2,186 (10%) | $111M (17%) |
| Monthly | 16,886 (77%) | $358M (55%) |
| Other | 2,764 (13%) | $187M (29%) |



1. Includes Working Capital Loans, where applicable, which represents approximately 0.5% of total contracts and 0.9% of MLPR
2. Average based on a weighted average calculated using MLPR as of 12/31/20
3. The Company replaced SBSS scores with its own proprietary algorithm, The Balboa Score, in Q4 2020

PLAINTIFF 000480

# High Quality, Diverse Portfolio (Cont'd)



## Segmentation by Equipment



- Trucks, 15.0%
- Medical, 24.8%
- Other, 33.5%
- Computer Software 5.3%
- Plant Equipment 5.1%
- Construction 4.6%
- Computer Equipment 4.1%
- Trailers 3.8%
- Surveying & Engineering 3.7%

## Segmentation by Industry



- Doctor Offices and Clinics, 24.7%
- Other 56.6%
- Local Trucking w.o Storage 6.6%
- Trucking Ex. Local 3.0%
- Nonclassifiable Establishments 2.5%
- Business Services 2.4%
- Restaurants 2.2%
- Car Dealerships 2.0%

## Segmentation by Geography



- CA, 20.1%
- TX, 11.9%
- FL, 7.8%
- Other, 42.8%
- NY 4.7%
- GA 3.7%
- IL 3.5%
- NC 2.6%
- NJ

## Segmentation by Customer



- Other, 96.0%
- Largest Customer, 0.7%
- Top 2-10 2.8%
- Top 11-20, 1.2%



Note: Segmentation based on minimum lease payments receivable

**PLAINTIFF 000481**



# Delinquency Rates Historically Lower than the Broader Industry

*Credit performance has generally been superior to both banks and other equipment finance companies*



Delinquency History (30+ Days)

| Balboa: | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Current (<30 Days) | 98.68% | 98.85% | 99.37% | 99.20% | 99.53% | 99.36% | 98.98% | 98.96% | 98.79% | 98.03% | 98.81% |
| 30+ Days | 1.32% | 1.15% | 0.63% | 0.80% | 0.47% | 0.64% | 1.02% | 1.04% | 1.21% | 1.97% | 1.19% |
| 60+ Days | 0.69% | 0.41% | 0.17% | 0.45% | 0.23% | 0.46% | 0.59% | 0.41% | 0.46% | 1.21% | 0.63% |
| 90+ Days | 0.42% | 0.12% | 0.11% | 0.28% | 0.12% | 0.27% | 0.40% | 0.20% | 0.15% | 0.49% | 0.44% |



(1) Commercial and Industrial Delinquencies based on Delinquency Rate on Commercial and Industrial Loans for All Commercial Banks as of December 31, 2020.
(2) Equipment Finance & Lease Association (ELFA) Industry Data reflects receivables over 30 days past due as provided in the monthly leasing and finance index as of December 31, 2020.
(3) Balboa data reflects percentage of current or delinquent loans by bucket based on minimum lease payments receivable.

PLAINTIFF 000482

# Exceptional Historical Credit Performance



*Cumulative Net Losses as a percentage of the original lease receivable have remained consistently low*

## Cumulative Net Loss Static Pool Results – All Channels

**Cumulative Charge-Offs – Net of Recoveries**

| Vintage Year | Cumulative Net Loss | Average Annual Net Loss[2] |
|---|---|---|
| 2008 | 6.5% | 2.6% |
| 2009 | 2.4% | 1.0% |
| 2010 | 1.5% | 0.6% |
| 2011 | 1.2% | 0.5% |
| 2012 | 1.4% | 0.6% |
| 2013 | 2.1% | 0.8% |
| 2014 | 3.2% | 1.3% |
| 2015 | 3.6% | 1.4% |
| 2016 | 3.8% | 1.5% |
| 2017 | 4.3% | 1.7% |
| 2018 | 4.9% | 1.9% |
| 2019 | 2.6% | NA |
| 2020 | 0.2% | NA |

Losses on 2017 and 2018 pools were slightly higher than average as a direct result of COVID, when these vintages were at the traditionally steepest part of the loss curve (months 13-36). Losses were concentrated in the medical sector as doctors' offices closed, doctors' brought on lawyers to fight Balboa's collection attempts and with COVID legal remedies were delayed, all limiting the Company's recovery efforts. This was further exacerbated by Balboa providing very few deferments (0.4% vs. competitors at 20%-25%). Moving forward, the Company expects to recover on these charged-off accounts at a higher rate than its historical average as most doctors' are still in business, their offices are open and their credit reports demonstrate they have an ability to pay.

*(Chart: Cumulative Net Losses as % of Original Receivable, Y-axis 0%–8%, X-axis Months 1–100, vintage year lines labeled 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, All Years[1])*

Note: Portfolio data as of December 31, 2020 and reflects cumulative net losses as a percentage of originations by annual vintage
1.  Based on cumulative losses for annual vintages from 2008-2020
2.  For a given seasoned static pool of originations, the cumulative net charge-offs are translated into Average Annual Net Losses as follows: (a) Payments are made over 55 months and the "principal" is returned on average after 30.07 months or over 2.51 years; (b) With total cumulative net charge-offs of 3.62%, the Average Annual Net Losses are 1.45% (equal to 3.62% divided by 2.51 years). See page 64 for reference

**PLAINTIFF 000483**



# Exceptional Historical Credit Performance (Cont'd)



*After accounting for end of term extension rents and residual sale gains, the Company has never experienced an aggregate net loss for a matured vintage*

## Cumulative Net Loss Static Pool Results – All Channels



**Cumulative Charge-Offs – Net of Recoveries, Extension Rents, & Residual Sales Proceeds**

Losses on 2017 and 2018 pools were slightly higher than average as a direct result of COVID, when these vintages were at the traditionally steepest part of the loss curve (months 13-36). Losses were concentrated in the medical sector as doctors' offices closed, doctors' brought on lawyers to fight Balboa's collection attempts and with COVID legal remedies were delayed, all limiting the Company's recovery efforts. This was further exacerbated by Balboa providing very few deferments (0.4% vs. competitors at 20%-25%). Moving forward, the Company expects to recover on these charged-off accounts at a higher rate than its historical average as most doctors' are still in business, their offices are open and their credit reports demonstrate they have an ability to pay.

Note: Portfolio data as of December 31, 2020 and reflects cumulative net losses, including extension rents and residual sale proceeds, as a percentage weighted by original annual usage.
1.   Based on cumulative losses for annual vintages from 2008-2020

**PLAINTIFF 000484**

# Consistent Residual Realization



| Commentary |
|---|

› For all Fair Market Value equipment leases, Balboa typically books a residual value of 19%

› The 19% accounts for both the expected buyout price of the equipment, plus any extension payment beyond the contractual term

› The Company has historically realized residual value over twice of the 19% they book at inception

| Portfolio Composition by Contract Type | | | | | |
|---|---|---|---|---|---|

*$ in millions*

| Deal Type | Number of Contracts | % of Total | Current MLPR | % of Total | Wtd. Avg. Yield |
|---|---|---|---|---|---|
| Loan[1] | 17,849 | 82.5% | $592.5 | 91.6% | 9.5% |
| FMV | 3,683 | 17.0% | $48.4 | 7.5% | 15.2% |
| Working Capital | 116 | 0.5% | $5.6 | 0.9% | 59.7% |
| **Total** | **21,648** | | **$646.5** | **100.0%** | **10.3%** |

| Residual Realization |
|---|

### Residual Realization as a % of Amount Booked



Legend: ■ Booked Residual as a % of Equipment Cost[2]   ■ Actual Realization as % of Equipment Cost   ◆ Residual recoveries as a % of Amount Booked



Note: Portfolio data as of December 31, 2020
(1)   Loans include Equipment Finance Agreements (EFAs), Rentals, and Fixed Buyout Leases, which offer customers the ability to buy the equipment at lease termination for pre-determined price (typically $1.00)
(2)   A small portion of leases have residuals booked below the standard 19%, which results in a slightly lower average for the total portfolio

**PLAINTIFF 000485**

**SECTION 6  |**  EXECUTIVE MANAGEMENT & ORGANIZATIONAL STRUCTURE

**PLAINTIFF 000486**



# Highly Seasoned Executive Management



*Executive management has over 30 years of average industry experience*



### Patrick Byrne
*Chief Executive Officer & Founder*

Patrick Byrne is the CEO, founder, and sole-owner of Balboa Capital Corporation. A visionary entrepreneur, Mr. Byrne launched Balboa Capital in 1988 with only $4,000 and today the company is one of the largest and most respected independent financing firms in the country. With 33 years of experience with the Company he oversees all aspects of Balboa's strategic direction and goals, while ensuring operational excellence within every department. Mr. Byrne received a B.A. degree in Economics and B.S. degree in Finance from the University of Arizona. Additionally, Mr. Byrne earned a joint M.B.A. from Columbia University and The London Business School.

   

---



### Phil Silva
*President*

Phil Silva joined Balboa Capital in 2007. A long-time financing industry professional with over 34 years of leasing experience (14+ with Balboa), Mr. Silva leads the Company's sales divisions. Prior to joining Balboa, Mr. Silva was part of American Express' senior leadership team, where he started and led their National Account's team and was General Manager of their Healthcare, Franchise, Business Loan and Marketing teams. Mr. Silva received a B.A. degree in Business Management from Whitworth College in Spokane, Washington.

  

---



### Rob Rasmussen
*Chief Operating Officer & Chief Risk Officer*

Rob Rasmussen joined Balboa Capital as the Chief Operating Officer in 2004. Mr. Rasmussen has 32 years of leasing experience (16 with Balboa) in Credit and Operations. Prior to joining Balboa, Rob was employed at American Express Business Finance, where he served as the Director of Risk and Operations for its Vendor Finance division. His career also spans over 10 years of combined experience at Bell Atlantic Tricon and GE Capital in healthcare and corporate finance. Mr. Rasmussen received a B.S. degree in Finance from California State University, Fullerton, and an M.B.A from Pepperdine University.

   



**PLAINTIFF 000487**

# Highly Seasoned Executive Management (Cont'd)



*Executive management has over 30 years of average industry experience*



**Heather Parker**
*Chief Financial Officer*

Heather Parker joined Balboa Capital in 2018 as Controller and in 2020 became Chief Financial Officer. Ms. Parker has over 15 years leasing experience. Prior to joining Balboa, Ms. Parker was Director of Accounting and Compliance for Go Capital, LLC, a startup leasing company. Prior to that, she worked at the leasing advisory firm Lockwood Capital, in the Structured Asset Finance group at Dresdner Kleinwort (now Commerzbank), and in the Leasing and Capital Group at Bank of America. She also worked for Arthur Andersen LLP. Ms. Parker has a B.A. in Quantitative Economics from Stanford University and an M.B.A. from the Anderson School at UCLA. Ms. Parker is a Certified Public Accountant.

    

---



**James J. Grant**
*Vice President of Portfolio Management*

Jim joined Balboa Capital Corporation as Vice President of Portfolio Management in 2019. Mr. Grant has an extensive 37 year career in the Financial Service Industry including General Motors Acceptance Corporation, American Express Corporation, First Interstate Bancorporation, CNH Capital, LEAF Commercial Capital Corporation, and SEQUA Corporation. Mr. Grant served Honorably and was a highly decorated member of the US Army Paratroopers.

    

---



**Michelle Chiongson**
*General Counsel*

Michelle Chiongson joined Balboa in 2008 and as the General Counsel. Prior to joining Balboa, she was an Associate Attorney at Hines Smith Carder where her practice focused on civil litigation for construction defect, insurance defense and business litigation matters. Ms. Chiongson is a graduate of the University of California, Irvine where she earned Bachelor of Arts Degrees in English and Criminology, Law, and Society. She went on to earn a Juris Doctorate from Chapman University, Fowler School of Law.

 



**PLAINTIFF 000488**

# Organizational Structure



*Balboa's senior management averages over 30 years of industry experience, while senior sales leadership averages over 13 years with the Company and 20 years of relevant industry experience*

**Patrick Byrne, CEO**
Experience
Balboa: 33
Total: 33
Oversee # of People: 186

**Phil Silva, President**
Experience
Balboa: 14
Total: 34
Oversee: 185

**Rob Rasmussen**
**COO/Chief Risk Officer**
Experience
Balboa: 16
Total: 32
Oversee: 80[2]

*Operations*

**Kevin Umeda**
**Manager of Sales**
*Planning & Recruiting*
Experience
Balboa: 13
Total: 18
Oversee: 32

*Small Business*

**David White**
**VP of Sales**
*Commercial Sales*
Experience
Balboa: 17
Total: 17
Oversee: 9

*Medium Business*

**Kevin Umeda**
**Manager of Sales**
*Enterprise Sales*
Experience
Balboa: 13
Total: 18
Oversee: 15

*Medium Business*

**Patrick Ontal**
**VP of Sales**
*Vendor Services*
Experience
Balboa: 14
Total: 34
Oversee: 45

*Vendor & Franchise*

**Sophia Fields**
**Director of Operations**
*Documentation*
Experience
Balboa: 15
Total: 24
Oversee: 16

**David Sexton**
**Operations Manager**
*Documentation*
Experience
Balboa: 7
Total: 29
Oversee: 2

**Terry Gong**
**Credit Manager**
*Credit*
Experience
Balboa: 9
Total: 22
Oversee: 7

**Heather Parker**
**CFO**
*Accounting*
Experience
Balboa: 3
Total: 22
Oversee: 14

**Michelle Chiongson**
**In House Counsel**
*Legal & HR*
Experience
Balboa: 12
Total: 19
Oversee: 4

**Todd Edson**
**Sr. IT Ops Manager**
*Information Technology*
Experience
Balboa: 21
Total: 21
Oversee: 15

**Jim Grant**
**Vice President**
*Portfolio Management*
Experience
Balboa: 2
Total: 37
Oversee: 15

## Total Employees by Function[1]

| Segment | Headcount |
|---|---|
| Senior Management | 3 |
| Sales – Small Business Direct | 24 |
| Sales – Medium Business Direct | 25 |
| Sales – National Account Vendor | 42 |
| Sales – 3rd Party Originations | 4 |
| Documentation | 17 |
| Credit & Syndications | 11 |
| Accounting | 15 |
| Legal & Human Resources | 5 |
| Portfolio Management | 16 |
| Information Technology | 16 |
| Recruiting | 5 |
| Marketing | 4 |
| **Total** | **187** |



1. As of February 2021
2. 5 marketing team members and 4 recruiting team members report directly to Kevin Umeda

**PLAINTIFF 000489**

# Corporate Legal Structure[1]



*Patrick Byrne (Founder, Chairman & CEO) is the sole owner of Balboa Capital Corporation*

## Balboa Capital Corporation

## (C-Corp)

## ("Balboa" or the "Company")

› Formed September 1988
› Originator of all SMB financings
› Seller/Servicer for securitizations
› Warehouse line of credit (BMO): $50M (<$1M outstanding)
› Sub Notes (Napier Park): $40M

## Bankruptcy-Remote Special Purpose Subsidiaries ("SPS")

| BCC Funding IX LLC ("BCC IX") | BCC Funding XII LLC ("BCC XII") | BCC Funding XIV LLC ("BCC XIV") | BCC Funding XV LLC ("BCC XV") | BCC Funding XVI LLC ("BCC XVI") | BCC Funding XVII LLC ("BCC XVII") | BCC Titled Trust ("BCC Trust") | Pacific National Re, LTD ("Pacific Re") |
|---|---|---|---|---|---|---|---|
| › Asset-backed revolving line of credit (SunTrust) | › Asset-backed revolving line of credit (Credit Suisse) | › Fifth securitization (Credit Suisse) | › Asset-backed revolving line of credit (Capital One) | › Sixth securitization (Credit Suisse) | › Seventh securitization (Truist) | › Formed to hold titles on behalf of all special purpose subsidiaries | › Formed Oct. 2007 |
| › Commitment: $100M | › Commitment: $100M | › Initial balance: $266M | › Commitment: $100M | › Initial balance: $409M | › Initial balance: $201M | | › Turks and Caicos domiciled insurance company |
| › Current balance: $0M | › Current balance: $0M | › Current balance $56M | › Current balance: $0M | › Current balance $238M | › Current balance: $182M | | › Reinsure equipment financed by Balboa where obligors have not obtained insurance |
| › Callable upon 30 days notice | › Callable upon 30 days notice | › Transfers and assigns original (or copy) of each title to BCC Titling Trust | › Closed August 2018 | › Transfers and assigns original (or copy) of each title to BCC Titling Trust | › Transfers and assigns original (or copy) of each title to BCC Titling Trust | | › Reinsures (at 70% on a quota share basis) insurance policies underwritten by Assurant (a Fortune 500 insurance company) |
| | | › Callable at any time | › Callable upon 30 days notice | › Callable at any time | › Callable Nov. 2021 | | |
| | | › Wtd. Avg. Rate = 2.98% | | › Wtd. Avg. Rate = 2.54% | › Wtd. Avg. Rate = 1.20% | | |



1. Current balances as of December 31, 2020

PLAINTIFF 000490

# SECTION 7  | HISTORICAL & PROJECTED FINANCIAL INFORMATION



PLAINTIFF 000491

# Powerful Economic Model with Increasing Operating Leverage



*The Company's gross revenues are expected to grow at a compound annual growth rate of 8% vs. 6% for SG&A expense, creating significant operating leverage*

## Operating Expenses vs. Gross Revenue





## Components of Operating Expenses



| Percent of Gross Revenue | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021E | 2022E | 2023E | 2024E | 2025E |
| Personnel | 40.1% | 34.8% | 38.5% | 38.8% | 34.8% | 36.8% | 34.2% | 32.8% | 32.4% | 32.5% |
| Office | 4.1% | 4.5% | 3.9% | 4.3% | 3.8% | 3.5% | 3.0% | 2.9% | 2.8% | 2.8% |
| Portfolio Mgmt. | 1.7% | 3.9% | 4.0% | 4.0% | 3.3% | 2.4% | 2.2% | 2.1% | 2.1% | 2.0% |
| Computer | 2.4% | 2.9% | 2.4% | 2.9% | 3.4% | 3.4% | 3.2% | 3.0% | 2.9% | 2.9% |
| Corporate | 2.9% | 3.2% | 3.5% | 4.6% | 4.2% | 2.8% | 2.5% | 2.3% | 2.3% | 2.2% |
| Marketing | 3.0% | 1.5% | 2.6% | 3.5% | 2.4% | 0.7% | 0.6% | 0.5% | 0.5% | 0.5% |
| Vendor | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other | 10.5% | 11.9% | 15.6% | 13.5% | 10.1% | 14.0% | 13.2% | 12.7% | 13.0% | 13.5% |
| **Total** | **64.9%** | **62.8%** | **70.6%** | **71.7%** | **62.1%** | **63.6%** | **58.8%** | **56.3%** | **56.0%** | **56.4%** |

Note: SG&A expense excludes impact of IDC & bank fees
(1) SG&A expense as a percent of net interest income (total revenues less interest expense, adjusted)

**PLAINTIFF 000492**

Page | 58



# Income Statement



| $ in millions | Historical | | | | Projected | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | For the year ended December 31, | | | | For the year ending December 31, | | | | |
| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
| **Originations (by channel)** | | | | | | | | | |
| National Account Vendor Partners Channel | $166.8 | $212.3 | $217.8 | $191.9 | $233.0 | $256.3 | $282.0 | $310.1 | $341.2 |
| Small Business Direct Channel | 40.8 | 44.8 | 39.4 | 23.0 | 13.1 | 14.4 | 15.8 | 17.4 | 19.1 |
| Medium Business Direct Channel | 33.9 | 64.0 | 61.4 | 46.5 | 53.6 | 59.0 | 64.9 | 71.3 | 78.5 |
| Total Origination Volume | $241.5 | $321.2 | $318.6 | $261.5 | $299.7 | $329.7 | $362.6 | $398.9 | $438.8 |
| _Average Deal Size at Origination (actual dollars)_ | | | | | | | | | |
| National Account Vendor Partners Channel | $37,506 | $46,947 | $46,758 | $40,146 | $47,067 | $50,632 | $54,197 | $57,762 | $61,327 |
| Small Business Direct Channel | $38,816 | $45,684 | $47,697 | $53,475 | $55,973 | $60,213 | $64,453 | $68,693 | $72,932 |
| Medium Business Direct Channel | $84,584 | $143,276 | $133,222 | $111,837 | $109,663 | $117,970 | $126,277 | $134,583 | $142,889 |
| **Income Statement** | | | | | | | | | |
| **Revenue** | | | | | | | | | |
| Gain on sale of financing transactions | $8.5 | $12.6 | $13.2 | $10.4 | $9.6 | $10.4 | $11.4 | $12.4 | $13.6 |
| Lease income, net | 26.0 | 30.3 | 33.8 | 34.0 | 37.7 | 44.3 | 49.8 | 53.5 | 56.5 |
| Gain on sale of residual interest in equipment | 4.2 | 4.6 | 3.1 | 3.5 | 2.6 | 2.6 | 2.6 | 2.6 | 2.6 |
| Other income | 9.6 | 11.6 | 11.7 | 9.9 | 9.3 | 10.1 | 11.0 | 11.7 | 12.4 |
| Gain / (Loss) on Derivatives | 0.6 | 0.4 | (0.6) | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total revenues | $49.0 | $59.5 | $61.2 | $57.6 | $59.1 | $67.4 | $74.7 | $80.2 | $85.1 |
| Provision for losses on direct financing leases | 11.9 | 4.5 | 5.3 | 15.1 | 8.4 | 6.2 | 9.8 | 10.3 | 10.8 |
| **SG&A Expenses** | | | | | | | | | |
| Personnel expenses | $17.0 | $22.9 | $23.7 | $20.1 | $21.7 | $23.1 | $24.5 | $26.0 | $27.6 |
| Office expenses | 2.2 | 2.4 | 2.7 | 2.2 | 2.1 | 2.0 | 2.1 | 2.2 | 2.4 |
| Portfolio management expenses | 1.9 | 2.4 | 2.4 | 1.9 | 1.4 | 1.5 | 1.6 | 1.7 | 1.7 |
| Computer Expenses[1] | 1.4 | 1.5 | 1.8 | 2.0 | 2.0 | 2.1 | 2.2 | 2.4 | 2.5 |
| Corporate Expenses | 1.6 | 2.1 | 2.8 | 2.4 | 1.6 | 1.7 | 1.7 | 1.8 | 1.9 |
| Marketing Expenses | 0.7 | 1.5 | 2.2 | 1.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| Vendor Expenses | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Expenses[2] | 5.8 | 9.3 | 8.3 | 5.8 | 8.3 | 8.9 | 9.5 | 10.5 | 11.4 |
| Total SG&A expenses | $30.7 | $42.0 | $43.9 | $35.7 | $37.6 | $39.7 | $42.1 | $45.0 | $48.0 |
| IDC Deferral / Reclassification | (13.7) | (20.5) | (20.0) | (16.3) | (17.1) | (18.8) | (20.6) | (22.7) | (25.0) |
| Total SG&A expenses (after IDC deferral) | $17.0 | $21.5 | $23.9 | $19.4 | $20.6 | $20.9 | $21.5 | $22.3 | $23.0 |
| **Earnings Before Interest & Tax (EBIT)** | $20.0 | $33.5 | $32.0 | $23.1 | $30.2 | $40.3 | $43.4 | $47.6 | $51.2 |
| Total interest expense, Adjusted[3] | 4.3 | 4.7 | 5.1 | 5.2 | 5.3 | 5.7 | 6.2 | 6.6 | 6.9 |
| Adjusted Earnings Before Tax | $15.8 | $28.7 | $26.9 | $17.8 | $24.9 | $34.6 | $37.2 | $41.1 | $44.3 |



1. Excludes non recurring consultant expense of $0.3M in 2019
2. Excludes bank fees and non recurring settlement expense of $2.3M in 2017 and $2.1M in 2018
3. Interest expense adjusted for bank cost of funds. Cost of funds adjustment calculated by applying an interest rate of 1.0% to average debt outstanding (vs. a 0.67% average cost of interest bearing liabilities of banks in the KRX index for the most recent quarter available per SNL Financial).

PLAINTIFF 000493

# Balance Sheet



| $ in millions | Historical | | | | Projected | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | As of December 31, | | | | As of December 31, | | | | |
| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
| **Assets** | | | | | | | | | |
| Total Cash & Cash Equivalents | $31.1 | $42.3 | $75.5 | $46.9 | $39.1 | $35.4 | $32.7 | $33.1 | $35.4 |
| Minimum Lease Payments Receivable | 502.4 | 579.1 | 620.6 | 595.9 | 647.3 | 706.9 | 762.9 | 804.4 | 861.1 |
| Unearned Income | (69.3) | (86.6) | (93.2) | (85.1) | (90.1) | (93.7) | (96.7) | (101.4) | (109.6) |
| Residual Values | 15.2 | 16.1 | 15.4 | 15.0 | 17.9 | 19.5 | 21.1 | 22.2 | 23.8 |
| Initial Direct Costs | 19.3 | 24.9 | 25.9 | 24.0 | 24.2 | 25.2 | 26.5 | 28.2 | 30.8 |
| Allowance for Losses | (10.7) | (10.4) | (10.8) | (12.9) | (10.7) | (8.4) | (9.1) | (9.7) | (10.3) |
| Net Investment in Direct Financing Leases [1] | $456.8 | $523.1 | $558.0 | $536.9 | $588.6 | $649.5 | $704.7 | $743.7 | $795.7 |
| Fixed Assets | 2.2 | 1.5 | 1.4 | 1.0 | 0.9 | 0.8 | 0.8 | 0.8 | 0.8 |
| Other Assets | 14.5 | 14.8 | 20.3 | 20.6 | 23.9 | 26.3 | 28.5 | 30.1 | 32.2 |
| Total Assets | $504.7 | $581.7 | $655.1 | $605.4 | $652.5 | $711.9 | $766.7 | $807.7 | $864.2 |
| **Liabilities** | | | | | | | | | |
| Accounts Payable | $22.1 | $25.5 | $24.5 | $20.4 | $21.8 | $23.6 | $25.4 | $26.8 | $28.5 |
| Accrued Liabilities | 4.2 | 5.7 | 6.5 | 4.0 | 6.0 | 6.6 | 7.1 | 7.5 | 8.1 |
| Income Tax Payable | 13.8 | 15.7 | 16.9 | 16.9 | 16.9 | 16.9 | 16.9 | 16.9 | 16.9 |
| Current Liabilities | $40.1 | $46.9 | $48.0 | $41.3 | $44.7 | $47.1 | $49.5 | $51.3 | $53.5 |
| Equipment Loan | 0.0 | 0.0 | 0.8 | 0.6 | 0.4 | 0.3 | 0.1 | 0.0 | 0.0 |
| Note Payable - PPP | 0.0 | 0.0 | 0.0 | 3.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Senior Debt | 399.7 | 465.6 | 523.2 | 476.3 | 515.2 | 564.6 | 609.2 | 642.7 | 688.8 |
| Subordinated Debt | 30.0 | 30.0 | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 |
| Total Liabilities | $469.8 | $542.4 | $611.9 | $561.1 | $601.3 | $652.0 | $698.8 | $734.0 | $782.3 |
| **Shareholders' Equity** | | | | | | | | | |
| Total Shareholders' Equity | $34.9 | $39.2 | $43.2 | $44.3 | $51.2 | $59.9 | $67.8 | $73.7 | $81.9 |
| Liabilities and Shareholders' Equity | $504.7 | $581.7 | $655.1 | $605.4 | $652.5 | $711.9 | $766.7 | $807.7 | $864.2 |
| Gross Yield [2] | 10.9% | 12.2% | 11.3% | 10.5% | 10.5% | 10.9% | 11.0% | 11.1% | 11.1% |



1. Includes Working Capital Loans and Equipment Finance Agreements
2. Total revenues as a percentage of average net investment in direct financing leases

**PLAINTIFF 000494**



# Origination Growth Projections

In response to increases in the Fed Funds Rate, the Company raised its rates and fee revenue multiple times beginning in December 2015. While this curtailed the Company's originations in 2017, it positioned Balboa for increased future profitability. Growth accelerated in 2018 due to further penetration of existing National Vendor Channel customers and expansion into attractive markets.

Demand decreased and Originations decreased in 2020 due to demand decreasing and the Company becoming more selective in funding new loans and leases as it evaluated the impact of Covid-19 on its existing and potential new customers.

+14% CAGR

+10% CAGR

Legend:
- National Account Vendor
- Small Business Direct
- Medium Business Direct

Origination Volume ($M)

| | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018A | 2019A | 2020A | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | $93.6 | $171.0 | $222.7 | $281.3 | $272.4 | $241.5 | $321.2 | $318.6 | $261.5 | $299.7 | $329.7 | $362.6 | $398.9 | $438.8 |
| Medium Business Direct | $29 | $45 | $38 | $44 | $38 | $34 | $64 | $61 | $47 | $54 | $59 | $65 | $71 | $78 |
| Small Business Direct | $25 | $40 | $52 | $55 | $43 | $41 | $45 | $39 | $23 | $13 | $14 | $16 | $17 | $19 |
| National Account Vendor | $40 | $86 | $132 | $182 | $191 | $167 | $212 | $218 | $192 | $233 | $256 | $282 | $310 | $341 |

## Projected Originations Detail ($M)

| | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018A | 2019A | 2020A | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| National Account Vendor | $40.3 | $85.9 | $132.4 | $181.8 | $191.5 | $166.8 | $212.3 | $217.8 | $191.9 | $233.0 | $256.3 | $282.0 | $310.1 | $341.2 |
| Growth | 62.2% | 113.4% | 54.0% | 37.3% | 5.3% | (12.9%) | 27.3% | 2.5% | (11.9%) | 21.4% | 10.0% | 10.0% | 10.0% | 10.0% |
| Small Business Direct | $24.8 | $39.8 | $52.0 | $55.5 | $42.9 | $40.8 | $44.8 | $39.4 | $23.0 | $13.1 | $14.4 | $15.8 | $17.4 | $19.1 |
| Growth | 51.6% | 60.6% | 30.7% | 6.8% | (22.6%) | (5.0%) | 9.7% | (11.9%) | (41.6%) | (43.3%) | 10.0% | 10.0% | 10.0% | 10.0% |
| Medium Business Direct | $28.6 | $45.3 | $38.4 | $44.1 | $38.0 | $33.9 | $64.0 | $61.4 | $46.5 | $53.6 | $59.0 | $64.9 | $71.3 | $78.5 |
| Growth | 53.3% | 58.3% | (15.2%) | 14.8% | (13.7%) | (10.7%) | 88.8% | (4.1%) | (24.2%) | 15.2% | 10.0% | 10.0% | 10.0% | 10.0% |
| Total Originations | $93.6 | $171.0 | $222.7 | $281.3 | $272.4 | $241.5 | $321.2 | $318.6 | $261.5 | $299.7 | $329.7 | $362.6 | $398.9 | $438.8 |
| Growth | 56.5% | 82.6% | 30.3% | 26.3% | (3.2%) | (11.3%) | 33.0% | (0.8%) | (17.9%) | 14.6% | 10.0% | 10.0% | 10.0% | 10.0% |



PLAINTIFF 000495

# Projection Assumptions Summary

**BALBOA** CAPITAL

| | Historical | | | | Projected | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | For the year ended December 31, | | | | For the year ending December 31, | | | | |
| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
| **Originations Assumptions** | | | | | | | | | |
| _Gross Originations Growth_ | | | | | | | | | |
| National Account Vendor Partners Channel | (12.9%) | 27.3% | 2.5% | (15.5%) | 14.9% | 10.0% | 10.0% | 10.0% | 10.0% |
| Small Business Direct Channel | (5.0%) | 9.7% | (11.9%) | (41.6%) | (43.3%) | 10.0% | 10.0% | 10.0% | 10.0% |
| Medium Business Direct Channel | (10.7%) | 88.8% | (4.1%) | (24.2%) | 15.2% | 10.0% | 10.0% | 10.0% | 10.0% |
| Total Originations Growth | (11.3%) | 33.0% | (0.8%) | (17.9%) | 14.6% | 10.0% | 10.0% | 10.0% | 10.0% |
| _Percentage of Originations Retained_ | | | | | | | | | |
| National Account Vendor Partners Channel | 98.1% | 98.2% | 97.4% | 99.1% | 98.0% | 98.0% | 98.0% | 98.0% | 98.0% |
| Small Business Direct Channel | 57.7% | 59.1% | 39.9% | 54.4% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% |
| Medium Business Direct Channel | 61.3% | 43.8% | 43.2% | 60.1% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% |
| Total Percent of Originations Retained | 86.1% | 81.9% | 79.8% | 88.3% | 89.7% | 89.7% | 89.7% | 89.7% | 89.7% |
| _Yield Assumptions_ | | | | | | | | | |
| National Account Vendor Partners Channel | 8.8% | 9.3% | 9.4% | 8.6% | 8.5% | 8.5% | 8.5% | 8.5% | 8.5% |
| Small Business Direct Channel | 21.0% | 18.1% | 19.1% | 25.2% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% |
| Medium Business Direct Channel | 12.2% | 13.8% | 10.8% | 11.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Total Yield | 10.5% | 10.7% | 10.2% | 10.7% | 10.7% | 10.4% | 10.4% | 10.4% | 10.4% |
| Average Term | 49.8 | 52.0 | 51.9 | 46.7 | 47.0 | 47.0 | 47.0 | 47.0 | 47.0 |
| **Asset Quality Assumptions** | | | | | | | | | |
| Allowance for Losses (% of Ending MLPs) | 2.1% | 1.8% | 1.7% | 2.2% | 1.6% | 1.2% | 1.2% | 1.2% | 1.2% |
| Allowance for Losses (Multiple of LTM NCOs)[1] | 1.3x | 2.2x | 2.2x | 1.0x | 1.0x | 1.0x | 1.0x | 1.0x | 1.0x |
| Provision (% of Ending MLPs) | 2.4% | 1.7% | 1.7% | 2.5% | 1.3% | 0.9% | 1.3% | 1.3% | 1.3% |
| Net Charge-Offs (% of Ending MLPs) | 1.6% | 0.8% | 0.8% | 2.2% | 1.6% | 1.2% | 1.2% | 1.2% | 1.2% |
| **Operating Expense Assumptions** | | | | | | | | | |
| Growth in SG&A Expense before IDC Deferral and Reclass[2] | 0.5% | 22.5% | 14.9% | (16.2%) | (4.2%) | 4.0% | 4.0% | 5.1% | 4.8% |
| Commissions / Gross Originations | 1.5% | 2.1% | 1.7% | 1.7% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% |
| Vendor Referral Fees / National Account Vendor Originations | 2.9% | 3.8% | 3.2% | 2.7% | 3.6% | 3.5% | 3.5% | 3.5% | 3.5% |
| Initial Direct Costs Deferred / Retained Originations | 6.4% | 7.5% | 7.0% | 6.7% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% |
| **Other Revenue Assumptions** | | | | | | | | | |
| Gain / (Loss) on Sale of Leased Equipment ($000) | $1,460 | $1,758 | $589 | $736 | $580 | $580 | $580 | $580 | $580 |
| Extension Rent Payments ($000) | $2,728 | $2,882 | $2,515 | $2,734 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |



1. The Company sets its Allowance for Losses to be at a minimum equal to the prior twelve months Net Charge-Offs (NCOs). Recently the Allowance for Losses has materially exceeded the prior twelve months Net Charge-Offs. The Company expects to decrease the Allowance for Losses to 1.0 times the prior twelve months Net Charge-Offs in 2020.
2. Excludes commissions and vendor referral fees

PLAINTIFF 000496

# Projected Income Statement - Observations



**Upside Opportunity for Greater Results Relative to the Modeled Financial Projections**

1. **Incremental Volume with Bank Cost of Funds** – Balboa has not adjusted its model for potential incremental business it could achieve with a bank's cost of funds. With a lower funding cost the Company could generate incremental volume through:
   › Larger transactions – with a lower cost of funds Balboa would be more competitive on larger transactions that are generally more competitively priced
   › Increase penetration of vendor partners – a lower cost of funds would allow the Company to increase its share of its vendor partners' volume that is rate sensitive
   › Greater direct business – Balboa stands to increase business in its direct channel with a lower cost of funds as it generates more leads from winning larger transactions and increasing its share of its vendor partners' business
   › Buy-side syndications – a lower funding cost would provide opportunities for Balboa to buy transactions from other lenders that meet the Company's credit appetite

2. **Portfolio / Tuck-in Acquisitions** – Balboa has recently evaluated several portfolio acquisition opportunities from various sources ranging from $1M-$10M in size and completed the acquisition of a $1M portfolio.
   › It is expected that such opportunities will continue to arise in the near-term as lenders that were impacted by the COVID-19 pandemic seek to sell portfolios in order to address capital needs.
   › Balboa would target acquisitions of small-ticket leasing portfolios with economics similar to its existing portfolio, which would allow it to efficiently and prudently evaluate opportunities.

3. **Prepayments** – The model does not currently take into account the occurrence of pre-payments. Approximately 10% of contracts will prepay at some point in their life. Upon pre-payment, an obligor pays the entire remaining amount of future lease payments due. Prepayments accelerate income and reduce the MLP balance without a reduction in earnings.

4. **Ability to Use Balboa's Net Operating Losses** – As of December 31, 2019, Balboa had net operating losses of $20.2M, which begin to expire in 2032
   › The NOL results from tax net operating losses
   › The Company has a net deferred tax liability resulting from higher GAAP Income than Tax Income
   › The DTL is a result of the accelerated recognition of initial direct costs and from the depreciation of assets on FMV deals
   › The following summarizes the net operating loss carryforwards for federal tax purposes as of December 31, 2019:

| Expiration date, December 31: | |
|---|---:|
| 2032 | 5,998,647 |
| 2035 | 3,719,298 |
| 2036 | 4,357,448 |
| 2037 | 3,628,922 |
| No expiration | 2,522,171 |
| | $20,226,486 |



**PLAINTIFF 000497**

# Lease Cash Flows



| Assumptions[1] | |
|---|---|
| Original Amount Financed (Principal) | $47,336 |
| Rate | 9.9% |
| Term (Months) | 55 |
| Total Payments / MLP | $59,098 |
| Cumulative Loss Rate | 3.6% |

- For a given seasoned static pool of originations, the cumulative net charge-offs are translated into Average Annual Net Losses as follows:
  › In the example below payments are made over 55 months and the "principal" of $47,336 is returned on average after 30.07 months or 2.51 years.
  › With total cumulative net-charge-offs of 3.62%, the Average Annual Net Losses are 1.45% (=3.62%/2.51 years).

## Detailed Lease Cash Flow Schedule

| Period | Remaining MLPR | Beginning Principal | Total Payment | Principal Payment | Interest Payment | Ending Principal | Period x | Principal Paid | = | Period Wtd. Principal |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | $59,098 | | | | | $47,336 | | | | |
| 1 | 58,024 | 47,336 | 1,075 | 683 | 391 | 46,653 | 1 | 683 | | 683 |
| 2 | 56,949 | 46,653 | 1,075 | 689 | 386 | 45,964 | 2 | 689 | | 1,378 |
| 3 | 55,875 | 45,964 | 1,075 | 695 | 380 | 45,269 | 3 | 695 | | 2,084 |
| 4 | 54,800 | 45,269 | 1,075 | 700 | 374 | 44,569 | 4 | 700 | | 2,802 |
| 5 | 53,726 | 44,569 | 1,075 | 706 | 368 | 43,862 | 5 | 706 | | 3,531 |
| 6 | 52,651 | 43,862 | 1,075 | 712 | 363 | 43,150 | 6 | 712 | | 4,272 |
| 7 | 51,577 | 43,150 | 1,075 | 718 | 357 | 42,433 | 7 | 718 | | 5,025 |
| 8 | 50,502 | 42,433 | 1,075 | 724 | 351 | 41,709 | 8 | 724 | | 5,791 |
| 9 | 49,428 | 41,709 | 1,075 | 730 | 345 | 40,979 | 9 | 730 | | 6,568 |
| 10 | 48,353 | 40,979 | 1,075 | 736 | 339 | 40,243 | 10 | 736 | | 7,358 |
| 11 | 47,279 | 40,243 | 1,075 | 742 | 333 | 39,501 | 11 | 742 | | 8,161 |
| 12 | 46,204 | 39,501 | 1,075 | 748 | 326 | 38,753 | 12 | 748 | | 8,977 |
| 13 | 45,130 | 38,753 | 1,075 | 754 | 320 | 37,999 | 13 | 754 | | 9,805 |
| 14 | 44,055 | 37,999 | 1,075 | 760 | 314 | 37,238 | 14 | 760 | | 10,647 |
| 15 | 42,981 | 37,238 | 1,075 | 767 | 308 | 36,472 | 15 | 767 | | 11,501 |
| 16 | 41,906 | 36,472 | 1,075 | 773 | 301 | 35,698 | 16 | 773 | | 12,370 |
| 17 | 40,832 | 35,698 | 1,075 | 779 | 295 | 34,919 | 17 | 779 | | 13,251 |
| 18 | 39,757 | 34,919 | 1,075 | 786 | 289 | 34,133 | 18 | 786 | | 14,147 |
| 19 | 38,683 | 34,133 | 1,075 | 792 | 282 | 33,341 | 19 | 792 | | 15,056 |
| 20 | 37,608 | 33,341 | 1,075 | 799 | 276 | 32,542 | 20 | 799 | | 15,979 |
| 21 | 36,534 | 32,542 | 1,075 | 806 | 269 | 31,736 | 21 | 806 | | 16,917 |
| 22 | 35,459 | 31,736 | 1,075 | 812 | 262 | 30,924 | 22 | 812 | | 17,869 |
| 23 | 34,385 | 30,924 | 1,075 | 819 | 256 | 30,105 | 23 | 819 | | 18,836 |
| 24 | 33,310 | 30,105 | 1,075 | 826 | 249 | 29,279 | 24 | 826 | | 19,817 |
| 25 | 32,236 | 29,279 | 1,075 | 833 | 242 | 28,447 | 25 | 833 | | 20,813 |
| 26 | 31,161 | 28,447 | 1,075 | 839 | 235 | 27,607 | 26 | 839 | | 21,825 |
| 27 | 30,087 | 27,607 | 1,075 | 846 | 228 | 26,761 | 27 | 846 | | 22,852 |
| 28 | 29,012 | 26,761 | 1,075 | 853 | 221 | 25,908 | 28 | 853 | | 23,894 |

| Period | Remaining MLPR | Beginning Principal | Total Payment | Principal Payment | Interest Payment | Ending Principal | Period x | Principal Paid | = | Period Wtd. Principal |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 27,937 | 25,908 | 1,075 | 860 | 214 | 25,047 | 29 | 860 | | 24,952 |
| 30 | 26,863 | 25,047 | 1,075 | 868 | 207 | 24,180 | 30 | 868 | | 26,025 |
| 31 | 25,788 | 24,180 | 1,075 | 875 | 200 | 23,305 | 31 | 875 | | 27,115 |
| 32 | 24,714 | 23,305 | 1,075 | 882 | 193 | 22,423 | 32 | 882 | | 28,221 |
| 33 | 23,639 | 22,423 | 1,075 | 889 | 185 | 21,534 | 33 | 889 | | 29,344 |
| 34 | 22,565 | 21,534 | 1,075 | 897 | 178 | 20,637 | 34 | 897 | | 30,483 |
| 35 | 21,490 | 20,637 | 1,075 | 904 | 171 | 19,733 | 35 | 904 | | 31,639 |
| 36 | 20,416 | 19,733 | 1,075 | 911 | 163 | 18,822 | 36 | 911 | | 32,812 |
| 37 | 19,341 | 18,822 | 1,075 | 919 | 156 | 17,903 | 37 | 919 | | 34,002 |
| 38 | 18,267 | 17,903 | 1,075 | 927 | 148 | 16,976 | 38 | 927 | | 35,209 |
| 39 | 17,192 | 16,976 | 1,075 | 934 | 140 | 16,042 | 39 | 934 | | 36,434 |
| 40 | 16,118 | 16,042 | 1,075 | 942 | 133 | 15,100 | 40 | 942 | | 37,677 |
| 41 | 15,043 | 15,100 | 1,075 | 950 | 125 | 14,151 | 41 | 950 | | 38,939 |
| 42 | 13,969 | 14,151 | 1,075 | 958 | 117 | 13,193 | 42 | 958 | | 40,218 |
| 43 | 12,894 | 13,193 | 1,075 | 965 | 109 | 12,227 | 43 | 965 | | 41,516 |
| 44 | 11,820 | 12,227 | 1,075 | 973 | 101 | 11,254 | 44 | 973 | | 42,832 |
| 45 | 10,745 | 11,254 | 1,075 | 982 | 93 | 10,272 | 45 | 982 | | 44,168 |
| 46 | 9,671 | 10,272 | 1,075 | 990 | 85 | 9,283 | 46 | 990 | | 45,523 |
| 47 | 8,596 | 9,283 | 1,075 | 998 | 77 | 8,285 | 47 | 998 | | 46,897 |
| 48 | 7,522 | 8,285 | 1,075 | 1,006 | 68 | 7,279 | 48 | 1,006 | | 48,290 |
| 49 | 6,447 | 7,279 | 1,075 | 1,014 | 60 | 6,265 | 49 | 1,014 | | 49,704 |
| 50 | 5,373 | 6,265 | 1,075 | 1,023 | 52 | 5,242 | 50 | 1,023 | | 51,137 |
| 51 | 4,298 | 5,242 | 1,075 | 1,031 | 43 | 4,211 | 51 | 1,031 | | 52,591 |
| 52 | 3,224 | 4,211 | 1,075 | 1,040 | 35 | 3,171 | 52 | 1,040 | | 54,065 |
| 53 | 2,149 | 3,171 | 1,075 | 1,048 | 26 | 2,123 | 53 | 1,048 | | 55,560 |
| 54 | 1,075 | 2,123 | 1,075 | 1,057 | 18 | 1,066 | 54 | 1,057 | | 57,077 |
| 55 | 0 | 1,066 | 1,075 | 1,066 | 9 | 0 | 55 | 1,066 | | 58,614 |
| Total | | $59,098 | $47,336 | $11,763 | | | Total | $47,336 | | $1,423,252 |



1. Original Amount Financed (Principal), Rate, and Term (Months) are based on the Company's equipment finance portfolio (excluding working capital loans) as of 6/30/20

PLAINTIFF 000498

Page | 64

# PROJECT PIONEER

**Confidential Information Memorandum | 2021**

-Strictly Private & Confidential-

PLAINTIFF 000499

## Safe Harbor & Correspondence



This Confidential Information Memorandum (the "Memorandum") contains selected information pertaining to the business and operations of Balboa Capital Corporation ( "Balboa" or the "Company"). This Memorandum has been prepared primarily from information supplied by the Company. Keefe, Bruyette & Woods, Inc. ("KBW") has not made an independent evaluation or appraisal of any assets or liabilities of the Company. The sole purpose of this Memorandum is to assist the recipient in deciding whether to proceed with further investigations of the Company and consideration of a possible transaction. The use of this Memorandum for any other purpose is not authorized. This Memorandum does not purport to be all-inclusive or necessarily contain all the information that the recipient may desire in investigating the Company nor does it purport to provide any legal, tax or financial advice to the recipient. The recipient of this Memorandum should make its own independent investigations and analysis of the Company and its own assessment of all information and material provided by the Company and KBW and satisfy itself as to accuracy, reliability and completeness of such information. This Memorandum has been prepared for informational purposes only and upon the express understanding that it will be used for the sole purpose set forth above. The Company and KBW (including their respective officers, directors, agents, advisors or other representatives) do not make any express or implied representation or warranty as to the accuracy or completeness of the information contained herein or made available (whether communicated in oral or written form) in connection with any further investigation of the Company. In particular, no representation or warranty is given as to the achievement or reasonableness of any financial projections, management estimates, business prospects, returns or market data. The Company and KBW expressly disclaim any and all liability which may be based on this Memorandum or any of its contents, errors therein or omissions therefrom. The recipient shall be entitled to rely solely on any representations and warranties made to it in any definitive transaction agreement.

An interested party who, after receipt and review of the materials contained herein, elects not to proceed, should immediately return this Memorandum to KBW, retaining no photocopies or other records of the information contained herein. In furnishing this Memorandum, neither the Company nor KBW undertakes any obligation to provide the recipient with access to any additional information. The release of this Memorandum and any documents, materials and information relating to the Company is governed by a confidentiality agreement between the recipient and the Company. The acceptance by the recipient of the process overview set forth in this Memorandum does not constitute an agreement in principal or letter of intent with respect to the terms of any possible  transaction between the recipient and the Company.

All questions concerning the Company and the process should be directed to Mr. Mike Jones or Mr. Daniel Larrea, whose contact information is below. Balboa and KBW request that no Company personnel be contacted directly without first obtaining the consent of KBW.

| Keefe, Bruyette & Woods, Inc. 70 West Madison, Suite 2401 Chicago, IL 60602 | | | |
|---|---|---|---|
| Mike Jones | Daniel Larrea | Paras Kaushal | Jonathan Granowitz |
| Managing Director | Director | Associate | Analyst |
| 312.423.8215 | 281.798.1604 | 312.423.8276 | 212.887.7754 |
| jonesmi@kbw.com | larread@kbw.com | kaushalp@kbw.com | granowitzj@kbw.com |

**PLAINTIFF 000500**



# Table Of Contents



| Section | Page |
|---|---|
| 1. **Executive Summary** | **4** |
| 2. **Investment Highlights** | **15** |
| 3. **Industry Overview** | **26** |
| 4. **Balboa Overview** | **29** |
| 5. **Portfolio Summary** | **45** |
| 6. **Executive Management & Organizational Structure** | **52** |
| 7. **Historical & Projected Financial Information** | **57** |



**PLAINTIFF 000501**

# SECTION 1  |  EXECUTIVE SUMMARY



PLAINTIFF 000502

# Leading Independent Finance Company In $670B Market



| 33-Year Track Record as an Innovative, Entrepreneurial, Value-Added Equipment Finance Provider… |
|---|

› *Leasing's Best Kept Secret* – One of the largest and last remaining privately held independent equipment finance companies serving small and medium-businesses (SMB)

› *Equipment Financing* – Provides equipment financing to SMBs across many industry sectors

› *Partnerships* – National account equipment/software vendors and direct calling efforts drive originations from a wide variety of SMBs

› *Significant Salesforce* – Salesforce management expertise drives vendor relationships and direct origination growth

› *Strong Risk Adjusted Returns* – Conservative underwriting and proprietary operating systems have produced low average annual net losses of approximately 1.5% with 10.5% average gross revenue yields[1]

› *Sophisticated Marketing* – Allows for efficient low-cost lead acquisitions and opportunities to increase loan volume with relatively minimal incremental marketing expense

› *Fully-Integrated Proprietary Technology Platform* – Quick turnaround times, same-day funding, 24/7 vendor access, and real time reporting with scalable capacity to generate $1B in annual originations

› *Strong Commitment To Compliance* – Core focus validated by long-term financing relationships with multiple leading financial institutions and successful issuance of seven securitizations

› *Classic American Success Story* – 100% owned by its founder who leads a management team with over 30 years of average industry experience and that has worked together on average for over 15 years

| …with Technology in its Veins… |
|---|

**BALBOALEASE** › Automated instant credit decisions, fast and easy funding, risk-based underwriting and pricing, and electronic signature

**PORTAL 360** › Dynamic vendor management tool, self service accessibility, strong client retention, flexible and customizable

**Data & Analytics** › Company has 33 years of credit data and undertakes extensive analytics on its portfolio

| …Providing Broad, Flexible Solutions to Address a Massive Market |
|---|

| Technology-Driven Lending Platform… | …Powers a Broad Array of Credit Solutions… | …Delivered through Multiple Distribution Channels… | …Supported by Proven Underwriting and Risk Management… | …To a Massive Market[2] |
|---|---|---|---|---|



**BALBOA CAPITAL**

**Highly Automated**

Online    Mobile

**Equipment Finance Agreements (Loans)**

**Equipment Leases**

**Working Capital Loans**



**National Account Vendors**

AUTODESK  IR  FPC FINANCIAL SERVICES  VAR
PENSKE  TAMCO  Graybar Financial Services®
rb RITCHIE BROS.  Home1  PCC  McDonald's
VERDANT  Intech Funding Corp  SUBWAY
express finance LICENSEGO  BUSH  MMP  Cornelius  Ryder
BIESSE  samsara  enterprise  Rydell

**Direct Sales**
$1M-$50M+ in revenue

**Over $3B in Originations**
*Highly predictable credit performance*

**Low Loss Rates**
*1.5% Avg. Annual Net Losses / High Residual Realizations*

**$350B**
Small Ticket Equipment Finance Market
**+ $320B**
SMB Working Capital Finance Market
**= $670B** Combined Market Opportunity

PLAINTIFF_000503

 KBW

1. Gross Yield calculated as Total Revenue as a percentage of Earning Assets. Earnings Assets = Average Net Direct Financing Leases (are inclusive of pre-fundings, residual values and working capital loans)
2. Please see page 27 for calculation of market size

# Unique Equipment Finance Opportunity



| Business Summary | |
| --- | --- |
| **Founded:** | › 1988 |
| **Headquarters:** | › Costa Mesa (Orange County), California |
| **Market Position:** | › Premier SMB finance company offering financial solutions to businesses nationwide |
| **End Users:** | › Small and medium-sized businesses |
| **Distribution:** | › Financial solutions distributed through national account partnerships with equipment vendors, franchisors and direct calling efforts |
| **Portfolio:** | › Strong portfolio performance with modest losses, attractive returns and strong end-of-lease realizations |

**Portfolio Statistics[1]**

| | |
| --- | --- |
| *Average Equipment Finance Amount:* | › $47,336 (>99% of Portfolio) |
| *Gross Revenue Yield* | › 10.5%[2] |
| *Wtd. Avg. Equip. Finance Contractual Yield:* | › 9.9%[3] |
| *Wtd. Avg. Equip. Finance Original Term:* | › 55 months |
| *Repeat Business[3]:* | › 35% |
| *Wtd. Avg. FICO Score:* | › 734 |
| *Wtd. Avg. SBSS Score:* | › 198 |
| *Wtd. Avg. Time in Business* | › 18 years |
| *# of Obligors:* | › 18,527 |

| | |
| --- | --- |
| **Employees:** | › 187 |
| **Employee Testimonials:** | › www.youtube.com/user/BalboaCapital |
| **Website:** | › www.balboacapital.com |

## Investment Highlights

| | |
| --- | --- |
| **Innovative Technology-Driven Equipment Finance Company** | **Time-Tested, Very Profitable Economic Model** |
| **Impressive Credit Performance Through Economic Cycles** | **Broad, Multi-Product Capabilities** |
| **Multiple Origination Channels Drive Growth and Diversity** | **Highly-Automated, Fully-Integrated Technology Platform** |
| **Diversified and Capital-Efficient Funding Sources** | **Highly Effective, Tenured, Low Cost Marketing & Sales** |

**Experienced and Tenured Management Team with Proven Track Record**



1. Portfolio data as of December 31, 2020, unless otherwise noted
2. Based on 2020 Gross Yield calculated as Total Revenue as a percentage of Earning Assets
3. Based on the number of leases and loans funded to repeat customers as a percentage of total leases and loans funded in 2020

**PLAINTIFF 000504**

## Proprietary Technology Driven Platform



**Balboa's Online Vendor Management Tool**



*The Ultimate Sales Tool for Vendors and Third Party Originator Relationships*

 **Self Service**   **Highly Scalable**  **Robust Reporting**   **Simple Integration**   **Customizable**

**Balboa's Proprietary Workflow Platform**

**BALBOALEASE**

*Engine that Fuels Quick, Efficient Credit Decisions and Fundings*

 **Automated Platform**   **Unmatched Product Offering**   **Life Cycle Integration**   **Instant Decisions**   **Electronic Documentation**

**Technology Drives Competitive Advantages**

| Same-Day Document Retrieval | Growing to 50% Auto-Decisioned | 96% One Hour Credit Turnaround | 93% Same-Day Fundings | e-Power of Attorney | 99% ACH | 95% e-Signatures |
|---|---|---|---|---|---|---|

| Visibility | Predictability | Strong Credit |
|---|---|---|
| **10.0%** Projected Annual Originations Growth | **1.2%** 30+ Day Delinquency Rate | **1.5%** Average Annual Net Loss[1] |

1.  For a given seasoned static pool of originations, the cumulative net charge-offs are translated into Average Annual Net Losses as follows: (a) Pay-down analysis shows that "principal" is returned on average after 30.07 months or over 2.51 years; (b) With total cumulative net charge-offs of 3.62%, the Average Annual Net Losses are 1.45% (equal to 3.62% divided by 2.51 years). See page 64 for reference

PLAINTIFF-000505





# Strong Value Proposition

*Over its 33-year history, Balboa has cultivated a dynamic culture, developed tremendous technological capabilities, and assembled a talented, tenured team that has resulted in intimate vendor relationships and exceptional customer loyalty*

## Dynamic Culture

› Unique combination of humble, unselfish attitudes coupled with a competitive drive
› Highly competitive
  – External tenacity – "no participation trophies"
  – Internal collaboration to win
› Vendor Agility
  – Highly tailored vendor programs
  – Focus on value-added vendor solutions
  – Find prudent ways to say "Yes" and enhance vendor "stickiness"
› Compliance Focused
  – Significant prior bank and large company experience
  – Institutional validation from lenders and rating agencies

## Intimate Vendor Relationships

### Technology Drives Vendor Sales

› Help vendors "close" sales with exceptional processing speed and prompt funding
  – Online application via PC, tablet or smartphone
  – Instantaneous credit decisions
  – Streamlined electronic documentation & e-Signature
  – Contract commences at customer's location

### Sales Management Core Competency

› Salesforce and sales management core competency drives vendor relationship growth (and direct sales)
› Push and downloadable reports tracking activity, backlog, funding, delinquency and losses
› Lease maturity reporting alerts clients when their customers are due for an upgrade to new equipment and/or software

## Highly Trusted and Well Respected Brand Leading to Significant Repeat Business

### Exceptional Net Promoter Score[1]



77%

12%  6%  4%  4%  3%

-2%

### Customer Service Testimonials

› Multitude of service accolades through unscripted video testimonials



*Balboa's YouTube channel contains more than 50 unscripted video customer testimonials*

★★★★★

TrustPilot Score  4.7[2]

### Strong Repeat Business

› 1.4 transactions per customer and growing
› More than 61% repeat business for direct customers
› Approximately 30% repeat business for National Account customers


1. Scores reflect most recent update per Customer Guru's website (https://customer.guru). Net Promoter Scores measure the degree to which a customer is a "promoter" or "detractor." NPS has become the leading measure of brand loyalty. Scores higher than 50 are rare and reflect high brand loyalty.
2. On a scale from 1 to 5

**PLAINTIFF-000506**

# Solid Growth



## Balboa is an excellent originator...



$ in millions

**Total Originations by Channel[1]**

- National Account Vendor
- Medium Business Direct
- Small Business Direct

+11% CAGR

Actual | Projected

## ...producing high quality asset growth...



$ in millions

**Total Assets**

+7% CAGR

Actual | Projected

## ...which drives strong revenues with minimal losses...



$ in millions

**Gross Revenue**

Gross Revenue Yield

Net Charge-Offs

Actual | Projected

## ...and an attractive earnings profile




$ in millions

**Adjusted Earnings Before Tax[2]**

+20% CAGR

Actual | Projected



1. National Account Vendor Partners channel includes relationship driven business with national account vendors. Small Business Direct includes million. Medium Business Direct includes businesses with revenues between $10-$50+ million.
2. Operating expenses exclude bank fees and interest expense adjusted for bank cost of funds. Cost of funds adjustment calculated by applying an interest rate of 1.0% to average debt outstanding (vs. a 0.67% average cost of interest bearing liabilities of banks in the KRX index for the most recent quarter available per SNL Financial).

PLAINTIFF-000507

## Portfolio Performance through COVID

> Balboa has always had a strong performing portfolio with closely managed credit risk, annual charge-offs of ~1% of gross MLPs, and minimal delinquencies.

> Through COVID-19 the Company decided not to grant payment deferrals and was able to manage the impact of the pandemic on its portfolio.

> Delinquencies rose through the second quarter of 2020 as expected at the height of the pandemic.

> Since May 2020, the delinquencies have continued to decline sequentially each month.

> The current portfolio is now performing at levels better than pre-COVID periods.

> The strength of the portfolio is further evidenced by the fact that the company was able to complete a successful securitization transaction in November 2020, which was endorsed by investors and rating agencies including Moody's, DBRS and Kroll.



**30+ Day Delinquency % has Returned to Pre-COVID Levels**

Note: Delinquency data as of March 31, 2021

**PLAINTIFF 000508**

# Management Discussion – Strategic Initiatives

## Strong Momentum for Continuing Growth:

› Balboa experienced sequential originations growth of 33% and 30% in Q3'20 and Q4'20, respectively. The Company's strong growth has continued into 2021, with Q1'21 originations of $80.0M, reflecting a 28% year-over-year increase.

› Confidence in the broader equipment finance industry remains positive with tailwinds from increasing economic activity as the vaccine roll-out and herd immunity progress, pent-up demand for equipment, government stimulus and accommodating central bank policy.

› Balboa continues to be the equipment finance provider of choice - the 2021 Net Promoter Scores (NPS) was recently released and Balboa had the second highest score in the financial sector (77/100), ahead of JP Morgan, Goldman Sachs and Visa, among others.

## Long-Tenured Leadership:

› Balboa's senior management team of three has ~100 years of collective experience and has worked together for more than fifteen years.

› Many of the Company's key senior leaders in Operations and Sales have been at the Company longer than anywhere else. This includes Balboa's legacy leaders and those coming from American Express and other large bank institutions such as Bank of America and First Interstate Bank.

› Salespeople stay because Balboa "gets their deals done." This helps the sale team members retain and grow existing and new relationships.

## Adaptability to Rising Interest Rates:

› The Company has generally been able to pass along rate increases to its borrowers in rising rate environments. Since December 2015, it has raised its rates 4 times.

› As its equipment financing contracts have fixed rates, Balboa's portfolio is not exposed to interest rate risk.

› The Company completed its seventh securitization ($201M) in November 2020 with a weighted average fixed rate of 1.2%.

## Broadening Credit & Funding:

› Balboa is continuing to refine its underwriting models in order to cast a wider net in providing approvals for applicants ranging from A to E credits with appropriate risk-based pricing across the credit spectrum.

› The Company is further differentiating itself from competitors and enhancing its value proposition to its vendor partners and borrowers with speed of processing (96% in 1 hour) and ease of documentation and funding (93% same day, 96% e-Signature, 100% ACH).

› The Company recently more than doubled the transaction size it finances, up to $1,000,000.

**Equipment Finance Industry Confidence Index[1]**



Strong outlook for equipment finance companies with industry confidence index at its highest level since April 2018

1. Equipment Leasing & Finance Foundation's March 2021 Monthly Confidence Index


**PLAINTIFF 000509**



# Management Discussion – Strategic Initiatives (Cont'd)



## Further Technology Enhancements:

› Portal 360, Balboa's vendor and salesperson management tool, continues to be enhanced based on input from valued vendors, brokers and internal user team.

› The Company will book $300M of originations in 2021, but its technology platform was built for $1B – *Its Best Days Are Ahead!*

› Balboa completed its Disaster Recovery project with two new remote-located data centers.

## Exceptional Marketing:

› Recently, Balboa was ranked in the top 22K of ALL web sites in the United States and number one in Equipment Financing.

› The Company has continued to refine the relationship between vendor sales and direct sales, generating more leads and lowering the cost of acquisition.

› Balboa continues to develop and provide online and offline content for its vendor partners driving increased interest and application activity.

## Vendor Originations Growth with Both Existing and New Partners:

› Vendor sales had its largest month by $5.5M in December of 2020 with $28.1M in originations. Vendor originations momentum has continued into 2021 with March originations totaling to $26.5M.

› The Company's Autodesk and Survey business registered $37.7M in 2020.

› Balboa has continued to increase originations with Ritchie Brothers from $1.8M in 2016 to $16.4M in 2020. Balboa expects to exceed $20M-$25M in 2021.

› The Company bolstered its penetration in the medium duty truck space by adding Penske Truck ($5.0M) and Ryder Truck ($3.2M) in 2020 as new partners in addition to its existing business with Enterprise Truck ($3.7M).

› Express Tech-Financing (formerly known as Currency Capital), a recent acquisition by Sandhills Publishing, funded $9.2M in 2020 and should prove to be an even more productive account in 2021.

› The Company signed Marmon/Cornelius while funding $4.2M into McDonald's franchises upgrading their soda-dispensing machines.

   – The Company recently hired a very experienced business development salesperson in the franchise space to assist it in further penetrating this segment. The individual also has roots back to American Express.

› While COVID-19 affected its aesthetic laser business because of closed medical offices in 2020, the Company has regrouped, retrenched and further refined its pricing which is based on tenure and medical specialty/earning potential, placing it in the upper tiers compared to other new entry lenders.

› Balboa is excited about new signings such as Samsara Networks, Xcelerate/Tesla, GAMOA/McDonald's and Wise Funding.

› The Company launched two broker segments, equipment finance and working capital, in 2020. It expects to collectively fund $21.6M in 2021 from these channels after funding $11.0M in 2020.

› Balboa is also starting to entertain the acquisition of small portfolios ranging from $1-$10M.

## Direct Sales Initiatives:

› After adjusting to the adverse effects from COVID-19, the Company has continued to develop apprentices while adding experienced talent from the industry to its ever-expanding salesforce.

› Balboa has retained, promoted and continued to develop a talented team of deserving sales leaders.



**PLAINTIFF 000510**

## Management Discussion – Strategic Initiatives (Cont'd)



### Robust and Expanding Sales Team:

› With the assistance of an amped-up, sales-driven recruiting team, the Company funded $8.7M in originations in March 2021 from vendor salespeople hired in 2018 or later. In 2021, expected originations from this group equates to $85M.

› The Company has seen opportunities with some dislocation at competitors such as Region's Bank/Ascentium Capital, M&T/People's/Leaf, CIT/Direct Capital, LCA, Marlin, Tandem, Huntington/TCF/BB&T and Partner's Capital.

### Opportunities to Drive Continued Future Growth:

› A new owner with access to lower cost funding could drive Balboa to capture a significantly larger share of originations volume from the portion of its vendor partners' business that is rate sensitive.

› Having an owner with a larger balance sheet would also drive growth in earning assets by providing the Company the ability to price larger transactions more competitively and allow larger exposures with individual customers.



**PLAINTIFF 000511**

## Transaction Rationale and Process



*Balboa Capital Corporation has retained Keefe, Bruyette & Woods ("KBW") as its financial advisor to assist with a potential sale of the Company.*

### Transaction Overview

› Balboa is 100% owned by its founder and Chief Executive Officer, Patrick Byrne.

› Mr. Byrne's preferred transaction is a 100% sale of the business where he stays on full time for up to three more years.

### Process Overview

› KBW will provide interested parties a process letter outlining instructions for submitting a proposal to acquire Balboa.

› KBW is available to answer questions and provide additional information as may be requested.



**PLAINTIFF 000512**

# SECTION 2 | INVESTMENT HIGHLIGHTS



**PLAINTIFF 000513**

## Investment Highlights



**1** Premier Technology-Driven Equipment Finance Company

**2** Time-Tested, Very Profitable Economic Model

**3** Impressive Credit Performance Through Economic Cycles

**4** Multiple Origination Channels Drive Growth and Diversity

**5** Highly Effective, Tenured, Low Cost Marketing & Sales

**6** Broad, Multi-Product Capabilities

**7** Highly-Automated, Fully-Integrated Technology Platform

**8** Diversified and Capital-Efficient Funding Sources

**9** Experienced and Tenured Management Team with Proven Track Record

PLAINTIFF 000514





# ① Premier Technology-Driven Equipment Finance Company

*Balboa is a well-established loan and lease platform that leverages technology to grow volume, drive exceptional profitability, and provide superior credit quality and risk management*

| Established Platform | |
|---|---|
| **History:** | Founded in 1988 – 33-year track record as a dependable lender to SMBs |
| **Volume:** | > $3B in financing provided to customers since inception |
| **Origination Channels:** | National account vendor partners & direct to customer |
| **Underwriting:** | Disciplined approach resulting in exceptional credit performance |
| **Collections:** | Progressive policies and procedures and residual realizations consistently above book value |
| **Technology:** | Fully-integrated, highly-automated platform drives efficiency across all processes |
| **Portfolio:** | ~$540M in Net Investment in Direct Financing Leases (Net DFLs) diversified by geography and equipment type |
| **Financing Sources:** | Long-term relationships with multiple leading financial institutions provide further validation |
| **Culture:** | Entrepreneurial, fast moving and agile |
| **Management:** | Experienced and cohesive team that has worked together on average for over a decade |

## Extraordinary Growth









**PLAINTIFF 000515**



## 2 Time-Tested, Very Profitable Economic Model

*Balboa's financing processes generate a portfolio of transactions with predictable and attractive financial profiles*

| Attractive Gross Revenue Yield[1] |
|:---:|
| **10.5%** |

| Average Annual Net Loss[2] |
|:---:|
| **1.5%** |

| Attractive Efficiency Ratio[3] |
|:---:|
| **38.2%** |

| Strong Adj. Pre-Tax ROAE[4][5] |
|:---:|
| **52.0%** |

### High-Margin, Predictable Economic Model

| $ in millions | 2021E | % of Avg. Earning Assets | % of Avg. Total Assets | % of Total Revenue |
|---|---|---|---|---|
| Total Revenues | $59.1 | 10.5% | 9.4% | 100.0% |
| Provision for Losses | (8.4) | (1.5%) | (1.3%) | (14.1%) |
| Operating Expenses[5] | (20.6) | (3.7%) | (3.3%) | (34.8%) |
| EBIT | 30.2 | 5.4% | 4.8% | 51.1% |
| Total Interest Expense, Adj.[4] | (5.3) | (0.9%) | (0.8%) | (9.0%) |
| Adj. Earnings Before Tax | $24.9 | 4.4% | 4.0% | 42.1% |

› Historically Balboa has realized strong results and is projecting it will continue to drive similar outstanding performance well into the future.





### ...Drives Earnings...

$ in millions   **Adj. Earnings Before Tax[4][5]**



### ...Solid Asset Returns...

**Adj. Pre-Tax ROAA[4][5]**



### ...and Strong Equity Returns

**Adj. Pre-Tax Return on Capital[4][5][6]**

1. Gross Yield calculated as Total Revenue as a percentage of Earning Assets. Earnings Assets = Avg. Net DFs (are inclusive of pre-fundings, residual values and working capital loans)
2. For a given seasoned static pool of originations, the cumulative net chargeoffs are translated into Average Annual Net Losses as follows: (a) Payments are made over 55 months and the "principal" is returned on average after 30.07 months or over 2.51 years; (b) With total cumulative net chargeoffs of 3.62%, the Average Annual Net Losses are 1.45% (equal to 3.62% divided by 2.51 years). See page 64 for reference
3. Efficiency Ratio calculated as net SG&A expense as a percent of Net Interest Income (Total Revenues less Total Interest Expense, Adjusted)
4. Interest expense adjusted for bank cost of funds. Cost of funds adjustment calculated by applying an interest rate of 1.0% to average debt outstanding (vs. a 0.67% average cost of interest bearing liabilities of banks in the KRX index for the most recent quarter available per SNL Financial).
5. Operating expense excludes bank fees.
6. Capital defined as the sum of Subordinate Debt and Total Shareholder Equity

PLAINTIFF 000516





# ③ Impressive Credit Performance Through Economic Cycles

*Balboa's disciplined underwriting culture coupled with its immense database of customer credit data collected over 33 years have driven excellent credit performance and effective risk management over multiple economic cycles*



**Avg. Customer Characteristics**

**Time in Business:**
18 Years

**Guarantor FICO Score:**
734

**SBSS Score:**
198[4]

**Data Driven, Disciplined Underwriting**

**Proprietary Underwriting & Risk Management**

Application →

| Commercial Data | Proprietary Scorecards |
| Consumer Data | Rich Data Repository |
| Economic Data | Robust Reporting & Analytics |
| Business Rules | Vendor Monitoring |

→ **Thorough, Prompt Decisions (96% < 1hr)**

**Channel & Product Specific Underwriting**[1]



**Proven Track Record of Managing Credit Performance Through Economic Cycles**

*After experiencing a brief uptick in net charge-offs during the middle of the COVID-19 pandemic, the Company's loss rates have moderated and are nearing pre-pandemic levels*

1.55%[2]
1.38%[3]
0.49%[2]

—— Net Charge-offs as a % of MLP    —— Net Charge-offs as a % of MLP last 6 months annualized    ⋯⋯ Avg. Net Charge-offs as a % of MLP



1. Balboa maintains separate underwriting scorecards by channel and product including vendor, direct, working capital, commercial vehicle, office products, etc.
2. Reflects net charge-off performance as of February 2021
3. Reflects average monthly net charge-off rate since 2017
4. The Company replaced SBSS scores with its own proprietary algorithm, The Balboa Score, in Q4 2020

PLAINTIFF 000517



**④ Multiple Origination Channels Drive Growth and Diversity**



*The Company has multiple origination channels to market its equipment financing solutions and small business loans.*

## National Account Vendor Partners

| Technology | Healthcare | Commercial Vehicles | Industrial |
|---|---|---|---|



## Direct

### Small Business

› Primarily application only

› Owner-operated businesses

› Leads generated from National Account Vendor Partners channel

› Out-bound and In-bound call sourcing (pay-per-click, pay-per-lead, web-driven)

› Customer revenues ($1M to $10M)

› Attractive risk-adjusted average yields

### Medium Business

› Require business and personal financials

› Larger obligors

› Out-bound sourcing

› Customer revenues ($10M to $50M+)

› Attractive risk-adjusted average yields

### National Account Vendor Partners Volume[1]

$ in millions

| | '17 | '18 | '19 | '20 | '21 | '22 | '23 | '24 | '25 |
|---|---|---|---|---|---|---|---|---|---|
| | $167 | $212 | $218 | $192 | $233 | $256 | $282 | $310 | $341 |

+10% CAGR · Actual · Projected

### Small Business Volume

$ in millions

| | '17 | '18 | '19 | '20 | '21 | '22 | '23 | '24 | '25 |
|---|---|---|---|---|---|---|---|---|---|
| | $41 | $45 | $39 | $23 | $13 | $14 | $16 | $17 | $19 |

+10% CAGR · Actual · Projected



### Medium Business Volume

$ in millions

| | '17 | '18 | '19 | '20 | '21 | '22 | '23 | '24 | '25 |
|---|---|---|---|---|---|---|---|---|---|
| | $34 | $64 | $61 | $47 | $54 | $59 | $65 | $71 | $78 |

+10% CAGR · Actual · Projected



 1.  3rd Party Originations accounted for 4% of total National Account Vendor originations in 2020

PLAINTIFF 000518



**5** **Highly Effective, Tenured, Low Cost Marketing & Sales**

*Balboa leverages its technology capabilities to implement effective marketing strategies that support its salesforce, which has facilitated growth and helped build a profitable and poised business*

### Sales & Marketing Overview

› The Company uses a variety of highly effective marketing efforts to grow the business, such as its direct salesforce marketing to national account vendors, search engine marketing / optimization, targeted e-mails, social media, content creation (e.g. white papers, blogging, etc.), tradeshows, direct mail, and the Balboa website and a variety of other new business generation activities.

› The Company's salesforce, with 104 personnel, targets companies ranging in size from $1M-$50M+ in revenue across many industries, is technology-driven, and closely managed with monitoring of more than 15 key performance measures (e.g. number of calls, lead to application ratio, funding ratio, etc.).



**National Account Vendor Partners**

*Vendor relationships drive wholesale access to their equipment purchasing customers*



**Franchise Marketing**

*Implicit and explicit endorsements from franchisors or franchisee purchasing corporations*



**Online Sales Management System**

*Equipment vendors manage business real-time using Portal360*



**Lead Generating Website**

*Top equipment financing website with highest U.S. web traffic; generates ~2,000 leads per month*



**Marketing Automation**

*CRM integration, reporting & analytics, lead scoring*



**Content Creation**

*Whitepapers, infographics, video content, blogs, press releases, e-brochures*





**Email Communications**

*Strategic, lead-nurturing, event driven email, AI sales assistant which contacts, qualifies and follows up with prospects*



**Tradeshows**

*Exhibit and attend over 50 equipment related tradeshows per year*



**Social Media Strategy**

*Strong social media presence (Twitter, Facebook, Instagram, LinkedIn, etc.), video testimonials*



**Direct Mail**

*Model optimized for those prospects most likely to fund profitably*



**Search Engine Marketing**

*Search engine optimization, 350 keywords on first page of Google*

**PLAINTIFF 000519**



**6  Broad, Multi-Product Capabilities**



*The Company provides multiple financing alternatives delivered through multiple channels to reach a broad spectrum of SMBs*

## Multiple financing alternatives…

| Product Offerings | Diverse Equipment Types | Funding Sizes | Various Terms | Risk-Based Pricing |
|---|---|---|---|---|
| › Equipment Finance Agreements (Loans)<br>› Equipment Leases<br>› Working Capital Loans | › Healthcare<br>› Titled Vehicles<br>› Machinery<br>› Computers/Software<br>› Many more | › Increasing funding sizes<br>› Hold limits up to $1M | › 6 months to 7 years<br>› Weighted average of 55 months | › Gross yield adjusted based on credit grade |

## …effectively delivered through efficient processes…

| Processing Speed | Prompt Funding | Ease of Doing Business | Highly Efficient Outreach |
|---|---|---|---|
| › BalboaLease<br>› 96% credit decisions in less than one hour | › 93% of transactions are funded the same-day | › Instant docs generation<br>› Minimal hard copy documentation required<br>› e-Signature | › Portal360 provides vendor on-line access<br>› Balboa*Quote*<br>› Transaction prioritization |

## …reaches a broad spectrum of SMBs.

| Massive SMB Market | Nationwide Funding: All 50 States | Revenues up to $50MM and beyond | Multiple Industries | Diverse Collateral Types |
|---|---|---|---|---|



**PLAINTIFF 000520**



# 7 Highly-Automated, Fully-Integrated Technology Platform

*Balboa has developed a highly automated and scalable platform with capacity to accelerate growth and increase efficiency that allows vendors to increase consistency and sell more equipment – faster, easier and with greater profitability*

## Balboa Capital Technology Platform

**1** Sales (3rd Party) 
› CRM fully-customized to Balboa's needs
› Fully-integrated with all other platforms
› Puts sales reps in front of prospects most likely to buy and optimizes conversion from prospect to customer with a regimented communication strategy consisting of calls, e-mails, and voicemails

**2** Marketing **pardot**
› Deploys lead nurturing campaigns, conducts surveys, and helps in creating a marketing driven lead scoring model
› AI sales assistant which contacts, qualifies and follows up with prospects
› Drives awareness and retention (~35% repeat business)

**3** Underwriting (BalboaLease)  **Decision Time** *96% within 1 hour*
› Proprietary underwriting & risk management system with rich data repository, robust reporting & deal monitoring
› Separate underwriting scorecards by product and channel
› 96% of applications are decided in-house within an hour
› 30% of applications are auto-decisioned (soon to be 60%)

**4** Documentation & Funding (BalboaLease) 
› Proprietary, online application system streamlines documentation process, and ensures all documents are consistent and secure
› Documents can be created 24/7
› 93% same-day funding if documents are received and executed
› 95% e-Signature allows for fast funding

**5** Payments + Collections (BalboaLease) 
› Proprietary customer portal allowing customer access to view their account and make payments 99% of which are via ACH
› Decreases dependency on Customer Service /Portfolio Mgmt. resources
› LeasePlus / Microsoft Dynamics (3rd party) allows for daily invoicing including lease accounting and financial statement generation

**6** Reporting (BalboaLease) 
› Data manipulation and reporting (3rd party)
› Customized reporting, which allows report viewer to drill down or back up to see information from multiple perspectives
› Producing algorithms for both risk monitoring and credit decisioning



**BALBOALEASE**
*The Catalyst to Quick, Efficient Credit Decisions and Fundings*
› Automatically pulls and displays all pertinent credit information
› Automatic emails regarding status
› Streamlines the documentation and funding process

*The Ultimate Sales Tool for Equipment Vendors*
› Enables vendor partners to independently estimate payments, generate proposals, enter applications, create and send documents, track progress and access 24/7 reporting
› Reporting alerts vendors to all upgrade / new sale opportunities
› Increases relationship stickiness



Same-Day Document Retrieval

Instant Docs Generation

One Hour Credit Turnaround

99% ACH Payments

Same-Day Fundings

e-Signatures

Visibility | Predictability | Efficiency

**10.0%** Projected Originations CAGR | **1.2%** 30+ Day Delinquency Rate | **~ 1.5%** Average Annual Net Losses[1]

1. For a given seasoned static pool of originations, the cumulative net charge-offs are translated into Average Annual Net Losses as follows: (a) Pass-through "principal" is returned on average after 30.07 months or over 2.51 years; (b) With total cumulative net charge-offs of 3.62%, the Average Annual Net Losses are 1.45% (equal to 3.62% divided by 2.51 years). See page 64 for reference

PLAINTIFF-000521





# 8 Diversified and Capital-Efficient Funding Sources

*Balboa has access to a diversified mix of funding sources at attractive terms provided by leading financial institutions that further substantiate the Company's operations*

**Third-Party Validation** - Many lenders, underwriters, and rating agencies are continually monitoring the Company's credit performance

**Diversified** - Multiple senior credit providers, ready access to securitization market, institutional junior debt

**Scalable** - Strong performance has led to high interest in participating in the Company's facilities



**Funding Sources by Committed Amount**[2]

- Junior Debt 3%
- Recourse LOC 4%
- Non Recourse LOC 24%
- Securitization 69%



**Financing Overview**[1] ($ in millions)

| Debt Type | | Committed | Outstanding | Facility | Provider(s) |
|---|---|---|---|---|---|
| Senior Debt | Recourse LOC | $50 | $0 | Operating Revolver | BMO |
| | Non-Recourse Lines of Credit (All lines of credit are pre-payable without cost at any time) | $100 | $0 | Warehouse Line | TRUIST |
| | | $50 | $0 | Warehouse Line | CREDIT SUISSE |
| | | $100 | $0 | Warehouse Line | Capital One |

| | | Original | Remaining | Facility | Provider(s) |
|---|---|---|---|---|---|
| | Securitizations (All securitizations are callable without cost except for the 2020 issuance which will be callable without cost in November 2021 at a then projected balance of $116M) | $266 | $56 | 2018-1 Term Securitization | CREDIT SUISSE |
| | | $409 | $238 | 2019-1 Term Securitization | CREDIT SUISSE |
| | | $201 | $182 | 2020-1 Term Securitization | TRUIST |

| Debt Type | Committed | Outstanding | Facility | Provider(s) |
|---|---|---|---|---|
| **Junior Debt** (1% prepayment penalty if repaid before May 15, 2023) | $40 | $40 | Subordinated Debt | NAPIER PARK |

**Loan Sales**
› Strategic whole loan sales to manage size concentrations and credit exposure
› Over 20 active non-recourse relationships with numerous funding sources (primarily banks)

1. Financing amounts as of December 31, 2020
2. Committed amount based on Remaining amount for securitizations

**PLAINTIFF 000522**



## ⑨ Experienced and Tenured Management Team with Proven Track Record

*Balboa has cultivated an experienced and cohesive management team with expertise from independent finance companies and banks*

### Diversity of Experience

› Balboa has a cross generational employee mix consisting of a balance between tenured employees with a vast amount of industry experience and young talented professionals.

   – The Company's recruiting department has a database of over 2,000 professionals that it calls on.

› Senior management has over 150 years of collective experience and has worked together on average for over a decade during which time they have developed a foundation of trust allowing each executive to execute on the Company's objectives by utilizing their specific skillsets and experience. There is little overlap of responsibilities on an everyday basis.

› Many of the Company's key senior leaders in sales and operations have been with Balboa longer than any of their prior employers.

› Employees across the organization strive to achieve the same goals in a highly competitive culture; there are no "participation trophies" at Balboa.

› Entrepreneurial, agile and fast moving culture attracts recent college graduates and millennials to all Company disciplines.

› The Company invests significant time, energy, and money in its young people, which has created an impressive team of young talent rarely seen in the industry.



### Balboa Management

| Executive | Title | Age | Experience Balboa | Experience Total | Prior Experience / Education |
|-----------|-------|-----|-------|-------|------------------------------|
| Patrick Byrne | CEO & Founder | 57 | 33 | 33 | |
| Phil Silva | President | 62 | 14 | 34 | |
| Rob Rasmussen | COO & CRO | 56 | 16 | 32 | |
| Heather Parker | CFO | 50 | 3 | 22 | |
| Jim Grant | VP of Portfolio Mgmt. | 63 | 2 | 38 | |
| Michelle Chiongson | General Counsel | 46 | 12 | 19 | |
| **Total** | | | **80** | **178** | |
| **Average** | | | **15** | **30** | |

**PLAINTIFF 000523**



# SECTION 3  |  INDUSTRY OVERVIEW



**PLAINTIFF 000524**

# Significant Market Opportunity



## U.S. Investment in Capital goods and Software[1]

› In 2021, the U.S. economy is expected to invest over $1.9 trillion in capital goods and software (excluding real estate)
  – ~$900 billion is expected to be financed through loans, leases and other financial instruments



$ in billions

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|
| Non-Financed Equipment Industry | $658 | $720 | $720 | $732 | $599 | $624 | $664 | $904 | $884 |
| Equipment Finance Industry | $659 | $722 | $770 | $835 | $1,006 | $975 | $1,003 | $903 | $992 |

## Small Ticket Equipment Financing and SMB Working Capital Finance

### Small Ticket Equipment Financing Market



- **$1.9 Trillion** — $1.9T total annual investment in equipment
- **$998 Billion** — $998B is financed through loans, leases, and other channels
- **$350 Billion Annually** — ~$350B is financed for equipment costs less than $250K[2]

### SMB Working Capital Finance Market



- **31.7 Million** — 31.7M SMBs in the U.S.[3]
- **13.6 Million** — Identifiable Market[4]: 43% of SMBs Seeking Credit
- **10.6 Million** — Servable Market[4]: 78% of SMBs Seeking Credit < $250K
- **9.2 Million SMBs or $320 Billion, Annually** — Target Market[4]: 87% of SMBs seeking LOC or business loans or 9.2M SMBSs or $320B annually @ ~$35K per SMB[5]




**$670 Billion Combined Opportunity**

1. Source: ELFA Website / Equipment Finance in 2020: Special COVID-19 Impact Issue
2. Management estimate
3. U.S. Small Business Administration U.S. Small Business Economic Profile (as of 12/31/20)
4. FRBNY Small Business Credit Survey 2020    5. KBW Estimates



PLAINTIFF 000525

# Competitive Landscape



**1** *Alternative Sources for Financing Needs*

› One of Balboa's largest competitors is cash. Small business owners often pay for equipment without financing or may not believe convenient financing solutions are available to them.
› The Company also competes with financing provided directly by equipment manufacturers or other captive financing sources.

**2** *Small Business Financing Alternatives*

› When a small and medium-sized business decides to seek financings solutions, they can choose from several lending sources. The Company competes with:

- **National, Regional, and Local Banks**
  o Costly combination of physical branches and manually intensive underwriting procedures
  o Inflexible financings solutions with little focus on serving the SMB market or non-investment grade credits
  o Balboa targets financing sizes in ranges below where most banks will participate
- **Small Local Competitors**
  o Smaller 1-5 person brokers call on SMB owners
  o Not a direct lender with own capital and front line decision-making
- **Equipment Finance Competitors**
  o Not all have established lending practices in all 50 states
  o Business is often limited to leasing
  o Credit decisions can take multiple days, while Balboa makes 96% of its decisions within one hour
  o Most competitors lack system integration with vendors and franchises
  o Representative equipment finance competitors:

    

   

   

    

    

**PLAINTIFF 000526**



# SECTION 4 | BALBOA OVERVIEW



**PLAINTIFF 000527**

# Premier Small & Medium-Sized Business (SMB) Finance Company



### Balboa Capital Corporation

› Balboa Capital, headquartered in Costa Mesa, CA, is one of the largest independent equipment finance companies in the U.S.:
  − Operating since 1988, direct lender since 1995
  − Over $3 billion in originations since inception
  − 187 employees, 104 salespeople
  − Senior management with an average of 30+ years of industry experience

› The Company offers equipment financing solutions to businesses with revenues ranging from $1M-$50M+.

› Balboa provides fast credit decisions, instant docs generation, fast and easy funding and hands-on support for its customers through the financing process.

› As a growing business, Balboa understands the challenges of small and medium-sized businesses, and the Company provides real solutions that resonate with its customers.

› Balboa has developed a highly scalable, nationwide platform built on conservative underwriting and credit procedures.

› The Company has a highly diversified portfolio with over 17,800 transactions[1]:
  − Minimal customer concentration (largest customer <1% of the overall portfolio)
  − Customers across all 50 States

› Balboa has instilled a strong credit underwriting (average SBSS[2] and FICO score of 198 and 734, respectively) based on 33 years of credit data collected over multiple economic cycles.

› The Company has realized strong performance throughout multiple economic cycles (average annual net losses of 1.5%).



**Equipment Financing** — Up to $1M for new or used business equipment. Quick turnarounds and simple documentation

**Small Business Loans** — Up to $250K with basic application. No collateral and flexible structuring are offered

**National Account Vendor**
*Vendors / Franchisors*

**Direct Origination Channel**
*Small & Medium Business*

**96% Credit Decisions < 1 Hour**

**93% Same-Day Fund Rate**

**> $3 Billion Funded**

**33 Years Helping Businesses Grow**



1. Excludes contracts with $0 of Minimum Lease Payments Receivable (MLPR) as of 12/31/20
2. The Company replaced SBSS scores with its own proprietary algorithm, The Balboa Score, in Q4 2020

PLAINTIFF 000528



# Proven Track Record of Success

*Balboa was founded over 33 years ago and has built a premier small and medium-sized business finance company, which prides itself on an entrepreneurial, ultra-competitive culture*

**1988 – 1995** Purely Broker

**1995 - 2007** Broker and Direct Originator Expansion to Medium Direct & Vendor Segments

**2007 – 2021** Builds and continually enhances technology Growth Accelerates with National Account Vendor

**Founding**
Pat Byrne and partner launch Balboa Capital

**Channel Expansion**
Started Direct Medium Business Segment

**1st Securitization**
Completed First Term Securitization

**Portal 360**
Portal360 Launched

**Vendor Focus**
Company Focuses on Vendors and Exits the Broker Business

**>$100M Originated**
Balboa Surpasses $100M in Annual Originations ($171M)

**2nd Securitization**
Completed Second Term Securitization

**Rate Increases**
Underwriting enhancements allow better profitability by increasing rates and fees[1]

**Risk-Based Underwriting**
Collateral based and pricing based underwriting

**6th Securitization**
Completed Sixth Term Securitization

**Continuing Growth**

*Year*

| 1988 | 1995 | 2002 | 2004 | 2007 | 2009 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|

**Transition**
Company Engages in Direct Lending

**Pat Byrne is Sole Owner**
Pat Byrne Becomes Sole Owner of Balboa Capital

**Nat'l Account Vendor Partners**
Launched Vendor Segment

**Working Capital Loans**
Started Working Capital Segment

**Direct Channel**
Started Direct Enterprise Segment

**Balboa Score Introduced**
Company Introduces its proprietary credit score model Balboa Score

**Portal 360 Enhancement**
Portal360 enhancements include 2-way messaging, customer center, and robust partner reporting

**>$300M Originations**
Balboa Surpasses $300M in Annual Originations ($321M)

**7th Securitization**
Completed Seventh Term Securitization

| | 2002 | 2004 | 2007 | 2009 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|------|------|------|------|------|------|------|------|------|------|------|------|
| Originations ($ in millions) | $70 | $61 | $87 | $38 | $171 | $223 | $281 | $272 | $242 | $321 | $319 | $261 |



1. Have subsequently raised rates and fees three times following the original December 2015 increase

**PLAINTIFF 000529**

# Diverse Product Offering

**BALBOA CAPITAL**

*Balboa offers a variety of products to help business owners grow their business and fulfill their equipment and technology needs*

› Balboa's equipment finance contracts provide for the obligor to pay a steady periodic stream of payments over a defined term
  − Most contracts have application-only limits up to $250K and terms from 24 to 84 months
  − Approximately 13% of the Company's contracts have security deposits, equal to 1.3x the periodic payments on a weighted average basis
  − The monthly payment amount and term are contractually fixed. There is no stated interest rate

| | Equipment Finance | | | Working Capital Loans |
|---|---|---|---|---|
| | **Equipment Finance Agreements (Loans)[1]** | **Equipment Leases** | **Additional Equipment Finance Offerings** | **Daily Repayment Business Loans** |
| **Description:** | › Loan Agreements used to finance equipment and/or associated services and soft costs | › Customer can buy the equipment at lease termination for Fair Market Value | **Wrap Lease:** Allows current Balboa customers to close out their current lease and roll it into a new lease along with the financing of the new collateral. | › Unsecured loan that can be used for general business needs |
| **% of MLPR[2]:** | 92% | 7% | **Business Expansion:** Equipment financing on an application-only basis up to $100K or more for businesses opening a new location as an expansion. Financing above $100K is available upon submission of a full financial package. | <1% |
| **% of Contracts:** | 82% | 17% | | <1% |
| **Wtd. Avg. Original Term (Months):** | 56 | 53 | **Refinance Program:** Balboa offers a top-rated refinance program for hard collateral leases. Application-only limits of $10K to $250K with length of terms typically between 24 and 60 months. | 13 |
| **Equipment Title:** | Customer[3] | Balboa | | Not Applicable |
| **Lease Termination:** | › No residual interest; customer continues to own the equipment | › Customer has option to purchase equipment, renew the lease, or return the equipment | **New Business Program:** Balboa can provide financing to businesses operating for less than two years. Direct Debit/ACH payments and personal guarantees are required. Application-only limits of $5K to $50K and typical terms between 24 and 36 months with enhanced yields. | › No equipment collateral; payments terminate once Balboa is paid-in-full |
| **Fee Structure:** | › Contractual fixed monthly payments with no stated principal amount or interest rate | › Contractual fixed monthly payments with no stated principal amount or interest rate | **Sale Lease Back:** For customers who have paid cash for new equipment within the last ninety days, Balboa can convert the purchase into a lease with low monthly payments. | › Daily ACH payments based on predetermined rate factor |
| **Depreciation Tax Advantage:** | Customer | Balboa | | Not Applicable |



1. Loans include Equipment Finance Agreements (EFAs), Rentals, and Fixed Buyout Leases, which offer customers the ability to buy the equipment for a specified residual price (typically $1.00)
2. MLPR is Minimum Lease Payments Receivable on the balance sheet – see page 60
3. For Fixed Buyout Leases, Balboa holds the equipment title

PLAINTIFF 000530

## Multiple Origination Channels

**BALBOA** CAPITAL

› The Company utilizes a sales team of 104 people to help distribute its products to potential customers
› Sales efforts are focused on direct originations (generally sourced through in-bound calls) and partnerships with equipment vendors and franchisors
  – The National Account Vendor salesforce focuses on generating/maintaining relationships that represent a future stream of low cost originations
  – The Small and Medium Business channels focus on connecting with the end user or client
› Sales team members can offer equipment financing and other small business loan products to serve a variety of financing needs



**National Account Vendors**
*35 Salespeople*

› Vendor sales are made to the supplier or vendor of the equipment or software rather than the end user
› Salespeople work in tandem with equipment manufacturers, dealers and their salespeople by training them to use easy and convenient financing to sell more equipment and/or services
› Relationship-oriented approach drives multiple transactions and repeatable volume
› Larger vendor partners can submit multiple applications and funded transactions per month
› Most vendor relationships are not exclusive. After the initial commitment, there is a continual attempt by the salespeople to capture and secure a larger share of the vendor partner's business.

**Other Vendors – Franchise & 3rd Party Originators**
*11 Salespeople*

› Other Vendors consists primarily of relationships with Franchises and 3rd Party Originators
› Once a franchisor relationship is established, salespeople call on franchisee end users
› Franchisee customers typically own multiple franchise locations (5-10) and affiliations
› This is the only sales channel in the vendor segment that works directly with end users
› These salespeople also work with the vendors in this sales channel and also look to foster those relationships

**Small Business Direct**
*24 Salespeople*

› Each salesperson conducts approximately 100 calls per day, primarily following up on in-bound leads, existing customers, and prospects consisting of small business owners with sales under $10M
› Objective is to determine whether the small business is acquiring equipment or has a need for working capital and, if they do, to secure a credit application
› After a credit application is approved, a senior salesperson will assist in the closing and funding of the transaction

**Medium Business Direct**
*25 Salespeople*

› Salespeople conduct approximately 100 calls per day, calling primarily on existing customers and prospects, with businesses with revenues ranging from $10-$50M
  – Another small team calls on businesses with revenues greater than $50M
› Rather than a small business owner, the targeted decision maker tends to be a CFO, Treasurer, or Controller
› Sales cycle tends to be slightly longer and usually involves developing multiple contacts; however, these are larger and more lucrative transactions



**PLAINTIFF 000531**

# Strong Historical Origination Volume Growth



## Total Origination Volume

$ in millions

**Legend:**
- National Account Vendor
- Medium Business Direct
- Small Business Direct

> Originations decreased in 2020 due to demand decreasing and the Company becoming more selective in funding new loans and leases as it evaluated the impact of Covid-19 on its existing and potential new customers.

> In response to increases in the Fed Funds Rate, the Company raised its rates and fee revenue multiple times beginning in December 2015. While this curtailed the Company's originations in 2017, it positioned Balboa for increased future profitability. Growth accelerated in 2018 due to further penetration of existing National Vendor Channel customers and expansion into attractive markets.

Origination Volume ($M)

| | 2009(1) | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | $38.4 | $44.8 | $59.8 | $93.6 | $171.0 | $222.7 | $281.3 | $272.4 | $241.5 | $321.2 | $318.6 | $261.5 | $299.7 | $329.7 | $362.6 | $398.9 | $438.8 |
| National Account Vendor | $9.0 | $15.4 | $24.8 | $40.3 | $85.9 | $132.4 | $181.8 | $191.5 | $166.8 | $212.3 | $217.8 | $191.9 | $233.0 | $256.3 | $282.0 | $310.1 | $341.2 |
| Medium Business Direct | | | $18.6 | $28.6 | $45.3 | $38.4 | $44.1 | $38.0 | $33.9 | $64.0 | $61.4 | $46.5 | $53.6 | $59.0 | $64.9 | $71.3 | $78.5 |
| Small Business Direct | $11.7 | $13.9 | $16.3 | $24.8 | $39.8 | $52.0 | $55.5 | $42.9 | $40.8 | $44.8 | $39.4 | $23.0 | $13.1 | $14.4 | $15.8 | $17.4 | $19.1 |
| **YoY Growth** | | | | | | | | | | | | | | | | | |
| *Total Originations* | (57.6%) | 16.6% | 33.6% | 56.5% | 82.6% | 30.3% | 26.3% | (3.2%) | (11.3%) | 33.0% | (0.8%) | (17.9%) | 14.6% | 10.0% | 10.0% | 10.0% | 10.0% |

Note: Lighter shaded bars in graph reflect actual origination volumes and darker shaded bars represent forecasted origination volumes
1. In 2009 the Company exited the third party originator business. Volumes also decreased due to decreased borrowing activity of small businesses suffering from the Great Recession and due to management's conservative take on credit at the time given economic conditions

PLAINTIFF 000532

