**Subject:** Fwd: Rob Rasmussen Update
**From:** "Byrne, Patrick" <pateb@balboacapital.com>
**Date:** 1/20/2024, 4:35 PM
**To:** Anthony Byrne <pateb17@yahoo.com>

---

**From:** Silva, Phil <phils@balboacapital.com>
**Sent:** Friday, January 19, 2024 3:35 PM
**To:** Edwards, Jon <jon.edwards@amerisbank.com>; Phelps, Ben <Ben.Phelps@amerisbank.com>; Strange, Doug <Doug.Strange@amerisbank.com>; LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Mandel, Dave <Dave.Mandel@amerisbank.com>; Exum, John M <JohnM.Exum@amerisbank.com>; Huckaby, Stephanie <Stephanie.Huckaby@amerisbank.com>; Byrne, Patrick <pateb@balboacapital.com>
**Subject:** Re: Rob Rasmussen Update

Let us huddle up and get back with you.

**Phil Silva**
President

**Balboa Capital, a Division of Ameris Bank**
(D) 949.553.3491 | (C) 509.981.3940 | phils@balboacapital.com

---

**From:** Edwards, Jon <jon.edwards@amerisbank.com>
**Sent:** Friday, January 19, 2024 3:28:18 PM
**To:** Phelps, Ben <Ben.Phelps@amerisbank.com>; Strange, Doug <Doug.Strange@amerisbank.com>; LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Mandel, Dave <Dave.Mandel@amerisbank.com>; Silva, Phil <phils@balboacapital.com>; Exum, John M <JohnM.Exum@amerisbank.com>; Huckaby, Stephanie <Stephanie.Huckaby@amerisbank.com>
**Subject:** Re: Rob Rasmussen Update

I'm okay with that.

Sent from my iPhone.

Jon Edwards
Ameris Bank
Chief Credit Officer
229.798.2401

PLAINTIFF 001531

**From:** Phelps, Ben <Ben.Phelps@amerisbank.com>
**Sent:** Friday, January 19, 2024 4:17:22 PM
**To:** Strange, Doug <Doug.Strange@amerisbank.com>; LaHaise, James <James.LaHaise@amerisbank.com>; Edwards, Jon <jon.edwards@amerisbank.com>
**Cc:** Mandel, Dave <Dave.Mandel@amerisbank.com>; Silva, Phil <phils@balboacapital.com>; Exum, John M <JohnM.Exum@amerisbank.com>; Huckaby, Stephanie <Stephanie.Huckaby@amerisbank.com>
**Subject:** RE: Rob Rasmussen Update

Hello,

Dave and Phil followed our below instructions on the review. After reading it, I spoke with John and Stephanie and we believe the review could be problematic. Can we complete his position elimination before the review is due on 1/31?

**Ben Phelps, SPHR**

**Ameris Bank** | VP, Sr. HR Business Partner
3490 Piedmont Rd NE, Suite 750 | Atlanta, GA 30305
(D) 404.639.6724 | (C) 404.333.9662 | ben.phelps@amerisbank.com



**From:** Exum, John M <JohnM.Exum@amerisbank.com>
**Sent:** Thursday, January 11, 2024 2:03 PM
**To:** Phelps, Ben <Ben.Phelps@amerisbank.com>; Strange, Doug <Doug.Strange@amerisbank.com>
**Cc:** Mandel, Dave <Dave.Mandel@amerisbank.com>; LaHaise, James <James.LaHaise@amerisbank.com>; Edwards, Jon <jon.edwards@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** RE: Rob Rasmussen Update

Agreed. I would treat him like everyone else with Ben's carve outs in mind.

**John M. Exum**

**Ameris Bank** | SVP, Corporate Counsel
300 South Main St. | Moultrie, Georgia 31768
(D) 229.616.6201 | (C) 229.456.5294 | John.Exum@amerisbank.com



**From:** Phelps, Ben <Ben.Phelps@amerisbank.com>
**Sent:** Thursday, January 11, 2024 1:59 PM
**To:** Strange, Doug <Doug.Strange@amerisbank.com>; Exum, John M <JohnM.Exum@amerisbank.com>
**Cc:** Mandel, Dave <Dave.Mandel@amerisbank.com>; LaHaise, James <James.LaHaise@amerisbank.com>; Edwards, Jon <jon.edwards@amerisbank.com>; Silva, Phil <phils@balboacapital.com>

PLAINTIFF 001532

**Subject:** RE: Rob Rasmussen Update

Hello Doug,

It can be good or bad, but it needs to be fair and honest. Since performance isn't the reason we are eliminating the position then it doesn't hurt us either way. They should not mention FMLA or his leave at all. He should be rated on the work he did while he was here. They also shouldn't mention anything about the complaint or the reason behind Balboa's Credit moving to Ameris.

## Ben Phelps, SPHR

**Ameris Bank** | VP, Sr. HR Business Partner
3490 Piedmont Rd NE, Suite 750 | Atlanta, GA 30305
(D) 404.639.6724 | (C) 404.333.9662 | ben.phelps@amerisbank.com




**From:** Strange, Doug <Doug.Strange@amerisbank.com>
**Sent:** Thursday, January 11, 2024 1:54 PM
**To:** Phelps, Ben <Ben.Phelps@amerisbank.com>; Exum, John M <JohnM.Exum@amerisbank.com>
**Cc:** Mandel, Dave <Dave.Mandel@amerisbank.com>; LaHaise, James <James.LaHaise@amerisbank.com>; Edwards, Jon <jon.edwards@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** FW: Rob Rasmussen Update

Ben/John,

The evaluation of Rob's job will carryover into February, which means we will cross the deadline for Rob's performance review to be completed. I believe that Dave Mandel and Phil Silva are both having input in Rob's review. As such, can either of you offer guidance on his review?

Thanks

## Doug Strange

Ameris Bank | EVP – Managing Director of Credit Administration
300 South Main Street | Moultrie, GA 31768
(D) 229.616.6220
(M) 229.798.5554
Doug.Strange@Amerisbank.com

*Ameris Bank's Credit Culture – Built on the Principles of Soundness, Profitability, and Growth*

Visit us online at www.amerisbank.com



PLAINTIFF 001533