MATTHEW SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
         svillagomez@allenmatkins.com
         mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>    Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge Michelle Williams Court<br><br>**DECLARATION OF STACEY A. VILLAGOMEZ IN SUPPORT OF OPPOSITION TO DEFENDANT AMERIS BANK'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  February 13, 2026<br>Time:  1:30 p.m.<br>Ctrm:  6A<br><br>Disc. Cutoff:  November 28, 2025<br>Trial Date:     June 1, 2026 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4918-5866-0746.1

Case No. 8:24-cv-01989-MWC-JDE
DECL. OF STACEY A. VILLAGOMEZ ISO OPPOSITION
TO DEFENDANT AMERIS BANK'S MOTION FOR
SUMMARY JUDGMENT

## <u>DECLARATION OF STACEY A. VILLAGOMEZ</u>

I, Stacey A. Villagomez, declare as follows:

1.      I am an attorney at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel of record for Plaintiff Patrick Byrne in the above-captioned action.  I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      True and correct excerpts from the remote deposition transcript of Maryellen Sebold, taken on January 16, 2026, are attached to Plaintiff's Compendium of Evidence as **Exhibit 61**.

3.      True and correct excerpts from the remote deposition transcript of Deborah Dickson, taken on January 16, 2026, are attached to Plaintiff's Compendium of Evidence as **Exhibit 62**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 23, 2026, at Irvine, California.

_____
STACEY A. VILLAGOMEZ

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4918-5866-0746.1                    -2-

Case No. 8:24-cv-01989-MWC-JDE
DECL. OF STACEY A. VILLAGOMEZ ISO OPPOSITION
TO DEFENDANT AMERIS BANK'S MOTION FOR
SUMMARY JUDGMENT