MATTHEW SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: msessions@allenmatkins.com
        svillagomez@allenmatkins.com
        mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>  Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge Michelle Williams Court<br><br>**PLAINTIFF PATRICK BYRNE'S APPLICATION TO FILE DOCUMENT UNDER SEAL**<br><br>Date: February 13, 2026<br>Time: 1:30 p.m.<br>Ctrm: 6A<br><br>Disc. Cutoff: November 28, 2025<br>Trial Date: June 1, 2026 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4899-7277-4282.1

PLAINTIFF PATRICK BYRNE'S
APPLICATION TO FILE DOCUMENT UNDER SEAL

Pursuant to Local Rule 79-5.2.2(b), Plaintiff Patrick Byrne respectfully requests leave to file under seal certain exhibits submitted in support of Plaintiff's Opposition to Defendant Ameris Bank's Motion for Summary Judgment. These exhibits were designated "CONFIDENTIAL" by Defendant under the Stipulated Protective Order entered in this action.

In compliance with Local Rules 7-3 and 79-5.2.2, and as stated in the accompanying Declaration of Stacey A. Villagomez, counsel for the parties met and conferred by Zoom on January 16, 2026 regarding the exhibits identified in this Application. Plaintiff advised that it intended to rely on documents designated as confidential by Defendant in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and that Plaintiff would not oppose any sealing requested by Defendant. Defendant's counsel advised that she would confer with her client regarding the proposed sealing.

On February 22, 2026, Defendant's counsel advised that Defendant did not expect to provide proposed redactions before Plaintiff's filing and would submit any proposed redactions in connection with its declaration pursuant to Local Rule 79-5.2.2. Plaintiff reserves all rights to oppose any proposed redactions.

For the foregoing reasons, Plaintiff respectfully requests that the Court issue an order permitting Plaintiff to file the following documents under seal:

| COE Ex. No. | Description of Document Designated "CONFIDENTIAL" By Defendant |
|---|---|
| 55. | April 28, 2022 Email from LaHaise to Byrne re: LTIP Calculation (AMERIS001187) |
| 56. | February 2, 2023 Email from Byrne to LaHaise re: 2022 LTIP Payouts (AMERIS001198) |
| 57. | July 24, 2023 Email from Byrne to Sufan re: LTIP Calculation (AMERIS001414) |
| 58. | February 28, 2024 Email chain between Byrne and Silva re: Department Update (AMERIS001521) |

| COE Ex. No. | Description of Document Designated "CONFIDENTIAL" By Defendant |
|---|---|
| 59. | Ameris's 2021 Letter of Interest (LOI) regarding the transaction to acquire Balboa Capital Corporation (PLAINTIFF01137-01146) |
| 60. | February 10, 2023 Email Thread from Laura Rodriguez to Byrne re: APPROVED: 2022 LTIP Payouts (AMERIS001202-001206) |
|  | Plaintiff Patrick Byrne's Statement of Genuine Issues In Support of Opposition to Motion for Summary Judgment |

Dated: January 23, 2026

ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
MATTHEW SESSIONS
STACEY A. VILLAGOMEZ
MADISON E. LARSEN

By: _____/s/ Matthew Sessions_____
MATTHEW SESSIONS
Attorneys for Plaintiff
PATRICK BYRNE