UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>　　　　Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Michelle Williams Court<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PATRICK BYRNE'S APPLICATION TO FILE DOCUMENT UNDER SEAL**<br><br>Date:　February 13, 2026<br>Time:　1:30 p.m.<br>Ctrm:　6A<br><br>Disc. Cutoff:　November 28, 2025<br>Trial Date:　June 1, 2026 |

On February 13, 2026, Plaintiff Patrick Byrne's ("Byrne") Application for Leave to File Documents Under Seal ("Application"), came for hearing before this Court, the Honorable Michelle Williams Court, United States District Court Judge, presiding.

After full consideration of the evidence, and all written and oral arguments and evidence submitted on the Application, and issues having been duly heard and a decision having been duly rendered:

IT IS HEREBY ORDERED:

1. The Court finds that there are compelling reasons to seal the material at issue; and

2. The Court GRANTS the Application and ORDERS the following materials be filed under seal:

    a. Byrne's Statement of Genuine Issues In Support of his Opposition to Defendant Ameris Bank's ("Ameris") Motion for Summary Judgment, or, in the Alternative, for Partial Summary Judgment ("Opposition"); and

    b. The following exhibits to Byrne's Opposition:

| COE Exh. No. | Description of Document Designated "CONFIDENTIAL" By Defendant | Document or Portion of Document Needing to Be Sealed |
|---|---|---|
| 55. | April 28, 2022 Email from LaHaise to Byrne re: LTIP Calculation (AMERIS001187) | Entirely redacted per Ameris's request. |
| 56. | February 2, 2023 Email from Byrne to LaHaise re: 2022 LTIP Payouts (AMERIS001198) | Entirely redacted per Ameris's request. |
| 57. | July 24, 2023 Email from Byrne to Sufan re: LTIP Calculation (AMERIS001414) | Entirely redacted per Ameris's request. |
| 58. | February 28, 2024 Email chain between Byrne and Silva re: Department Update (AMERIS001521) | Entirely redacted per Ameris's request. |

| COE Exh. No. | Description of Document Designated "CONFIDENTIAL" By Defendant | Document or Portion of Document Needing to Be Sealed |
|---|---|---|
| 59. | Ameris's 2021 Letter of Interest (LOI) regarding the transaction to acquire Balboa Capital Corporation (PLAINTIFF01137-01146) | Entirely redacted per Ameris's request. |
| 60. | February 10, 2023 Email Thread from Laura Rodriguez to Byrne re: APPROVED: 2022 LTIP Payouts (AMERIS001202-001206) | Entirely redacted per Ameris's request. |

**IT IS SO ORDERED.**

Dated: _____          _____
                                    Hon. Michelle William Court
                                    United States District Judge