MATTHEW SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
         svillagomez@allenmatkins.com
         mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>  Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge Michelle Williams Court<br><br>**PROOF OF SERVICE**<br><br>Date:  February 13, 2026<br>Time:  1:30 p.m.<br>Ctrm:  6A<br><br>Disc. Cutoff:  November 28, 2025<br>Trial Date:    June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4912-8077-4538.1

-1-

Case No. 8:24-cv-01989-MWC-JDE
PROOF OF SERVICE

# **PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen (18) and am not a party to this action.  My business address is 2010 Main Street, 8th Floor, Irvine, California 92614-7214.

On January 23, 2026, I served the within document(s) described as:

- **DECLARATION OF STACEY A. VILLAGOMEZ IN SUPPORT OF APPLICATION TO FILE DOCUMENT UNDER SEAL;**

- **UNREDACTED VERSION OF PLAINTIFF PATRICK BYRNE'S STATEMENT OF GENUINE ISSUES AND ADDITIONAL FACTS**

- **UNREDACTED EXHIBITS 55-60**

on the interested parties in this action as stated below:

| | |
|---|---|
| Stacy L. Fode, Esq<br>Nana J. Yee, Esq<br>NUKK-FREEMAN & CERRA, P.C.<br>550 West C Street, Suite 910<br>San Diego, CA 92101<br>sfode@nfclegal.com<br>nyee@nfclegal.com | Attorneys for Defendant<br>AMERIS BANK |

Kirsten Grossman, Esq.
Zachary Brower, Esq.
NUKK-FREEMAN & CERRA, PC
Chatham Executive Center
26 Main Street, Suite 202
Chatham, New Jersey 07928
kgrossman@nfclegal.com
zbrower@nfclegal.com
ccastaneda@nfclegal.com
phoffman@nfclegal.com

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Pursuant to Fed. R. Civ. P. 5, E.D. Cal. L.R. 135, and all other applicable law, I caused a true copy of the foregoing document to be sent to the persons at the corresponding electronic address as indicated above on the above-mentioned date.  My electronic notification address is svillagomez@allenmatkins.com.  I am readily familiar with this firm's Microsoft Outlook electronic mail system and did not receive any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on January 23, 2026, at Irvine, California.

|  |  |
|---|---|
| Stacey A. Villagomez | */s/ Stacey A. Villagomez* |
| (Type or print name) | (Signature of Declarant) |