1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   PATRICK BYRNE, an Individual,          Case No. 8:24-cv-01989-MWC-JDE

11            Plaintiff,
                                            **ORDER RE PLAINTIFF PATRICK**
12        vs.                               **BYRNE'S APPLICATION TO FILE**
                                            **DOCUMENT UNDER SEAL**
13   AMERIS BANK, a Georgia corporation,    **(DKT. 109)**

14            Defendant.

15

16

17

18        Pending before the Court is Plaintiff Patrick Byrne's ("Plaintiff") Application

19   for Leave to File Documents Under Seal ("Application") in support of his Opposition

20   to Defendant Ameris Bank's ("Defendant") Motion for Summary Judgment, or in the

21   Alternative, for Partial Summary Judgment.  Dkt. # 109 ("*App.*").  Plaintiff seeks to

22   seal six exhibits Defendant designated confidential (Exhibits 55 to 60) and the portion

23   of his Statement of Genuine Issues referring to those exhibits. *See generally App.*

24        On January 27, 2026, Defendant filed a declaration seeking to establish that all

25   or part of the designated material is sealable, in compliance with Local Rule 79-

26   5.2.2(b).  Dkt. # 112.  Defendant agreed with Plaintiff's proffered confidential

27   designation except one exhibit (Exhibit 58) for which it withdrew the confidential

28   designation. *See id.*

                                                    ORDER RE PLAINTIFF PATRICK BYRNE'S
                                                    APPLICATION TO FILE DOCUMENT UNDER SEAL

After full consideration of the evidence, and all written and oral arguments and evidence submitted on the Application, the Court finds that there are compelling reasons to seal the material at issue, and that the parties have complied with the applicable procedures in the Local Rules.

Accordingly, the Court **GRANTS** the Application and **ORDERS** the following materials be filed under seal:

1.    Plaintiff's Statement of Genuine Issues In Support of his Opposition to Defendant's Motion for Summary Judgment, or, in the Alternative, for Partial Summary Judgment; and

2.    The following exhibits to Plaintiff's Opposition, as redacted by Defendant, *see* Dkt. # 112:

| COE Exh. No. | Description of Document Designated "CONFIDENTIAL" By Defendant |
|---|---|
| 55. | April 28, 2022 Email from LaHaise to Byrne re: LTIP Calculation (AMERIS001187) |
| 56. | February 2, 2023 Email from Byrne to LaHaise re: 2022 LTIP Payouts (AMERIS001198) |
| 57. | July 24, 2023 Email from Byrne to Sufan re: LTIP Calculation (AMERIS001414) |
| 58. | Ameris's 2021 Letter of Interest (LOI) regarding the transaction to acquire Balboa Capital Corporation (PLAINTIFF01137-01146) |
| 59. | February 10, 2023 Email Thread from Laura Rodriguez to Byrne re: APPROVED: 2022 LTIP Payouts (AMERIS001202-001206) |

**IT IS SO ORDERED.**

Dated: January 29, 2026

_____
Hon. Michelle William Court
United States District Judge

ORDER RE PLAINTIFF PATRICK BYRNE'S
APPLICATION TO FILE DOCUMENT UNDER SEAL