| | |
|---|---|
| 1 | Stacy L. Fode, Esq. (SBN 199883) |
| 2 | sfode@nfclegal.com |
|   | Nana J. Yee, Esq. (SBN 272783) |
| 3 | nyee@nfclegal.com |
|   | **NUKK-FREEMAN & CERRA, P.C.** |
| 4 | 550 West C Street, Suite 910 |
|   | San Diego, CA 92101 |
| 5 | Telephone: 619.292.0515 |
|   | Facsimile: 619.566.4741 |
| 6 | |
| 7 | Attorneys for Defendant |
|   | AMERIS BANK |
| 8 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual, | Case No. 8:24-cv-01989-MWC (JDEx) |
| Plaintiff, | **DEFENDANT AMERIS BANK'S NOTICE OF MOTION *IN LIMINE* NO. 1 TO EXCLUDE REPORT AND TESTIMONY FROM PLAINTIFF'S EXPERT DEBORAH DICKSON AS UNTIMELY** |
| vs. | |
| AMERIS BANK, a Georgia corporation, | |
| Defendant. | |
| | Judge: Hon. Michelle Williams Court |
| | Date: March 13, 2026 |
| | Time: 1:30 p.m. |
| | Place: Courtroom 6A |
| | |
| | Discovery Cut-Off: November 28, 2025 |
| | Pretrial Conference: May 22, 2026 |
| | Trial Date: June 1, 2026 |

TO PLAINTIFF PATRICK BYRNE AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on March 13, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard by the above-entitled Court, the Honorable Michelle Williams Court, presiding, located 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565, Defendant Ameris Bank ("Ameris") will and hereby does move the Court for the following orders:

1. For an order excluding the expert report and opinions of Plaintiff Patrick Byrne's ("Byrne") designated expert, Deborah Dickson ("Ms. Dickson") pursuant to Rules 26 and 37 of the Federal Rule of Civil Procedure and other rules and case authorities cited in the motion; and

2. For an order precluding Byrne's counsel or any other witnesses, from referring to or introducing evidence, references to evidence, testimony or argument relating to any testimony, reports, declarations or statements of opinion by Ms. Dickson purporting to constitute testimony of an expert witness in this action.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 and Judge Court's Scheduling Order (Dkt. No. 22).

This Motion is based on this Notice of Motion, the Memorandum of Law, the Declaration of Stacy L. Fode in Support and exhibits attached thereto, the complete files and records in this action, and any further oral and/or documentary evidence that may be presented at or before the hearing in this matter.

Dated: February 6, 2026                **NUKK-FREEMAN & CERRA**

By:
*s/Stacy L. Fode*
Stacy L. Fode, Esq.
Nana J. Yee, Esq.
Attorney for Defendant
AMERIS BANK

---

*Patrick Byrne v. Ameris Bank*                                              Case No. 8:24-01989
Defendant Ameris Bank's Notice of Motion *In Limine* No. 1 to Exclude Report
and Testimony from Plaintiff's Expert Deborah Dickson as Untimely                 Page 1