# EXHIBIT C

# Clara Castaneda

| | |
|---|---|
| **From:** | Villagomez, Stacey <svillagomez@allenmatkins.com> |
| **Sent:** | Friday, January 2, 2026 4:48 PM |
| **To:** | Nana Yee; Stacy Fode; Clara Castaneda; Zachary Brower; Kirsten Grossman |
| **Cc:** | Sessions, Matthew; Hicks, Kimberly; Armienta, Sylvia |
| **Subject:** | Byrne/Ameris Bank – Expert Rebuttal Report of Deborah Dickson |
| **Attachments:** | 2026.01.02 Dickson Rebuttal Report.pdf |

**EXTERNAL MESSAGE**

Counsel:

Attached is a service copy of the Rebuttal Expert Report of Deborah Dickson.

This rebuttal report is based on the information and materials made available to date. We expressly reserve all rights to supplement this disclosure in accordance with Rule 26(e), including to the extent additional or newly discovered information is produced or otherwise made available.

Thanks,
Stacey Villagomez

**Stacey A. Villagomez** | Senior Counsel
Allen Matkins Leck Gamble Mallory & Natsis LLP
2010 Main Street, 8th Floor, Irvine, CA 92614-7214
Direct (213) 955-5637 | Main (949) 553-1313
svillagomez@allenmatkins.com | Bio

# Allen Matkins

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.