# EXHIBIT E

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
PATRICK BYRNE,                  )
an individual,                  )   CASE No:
                                )   8:24-cv-01989-MWC (JDEx)
          PLAINTIFF,            )
                                )
                                )
    vs.                         )
                                )
                                )
AMERIS BANK,                    )
a Georgia corporation,          )
                                )
                                )
                                )
                                )
          DEFENDANT.            )
_____/
```

DEPOSITION OF DEBORAH DICKSON, taken on behalf of Defendant via Zoom. Beginning at 2:00 p.m. and ending at 5:00 p.m. PST on January 15th, 2026, before Victor Telles, Certified Shorthand Reporter, CSR No. 14695.

Deborah Dickson											January 15, 2026

```
 1        Q    So what's the total time you spent preparing
 2   this rebuttal report?
 3        A    Me personally, or everyone?
 4        Q    Personally.
 5        A    Oh, a lot of time.
 6        Q    Do you have a best estimate?
 7        A    Approximately 40 hours.
 8        Q    And I assume this is in front of you, this
 9   Exhibit 3.  This is the final version of your report,
10   which you produced to us on January 2nd, 2026;
11   correct?
12        A    Correct.
13        Q    Were there drafts or marked-up versions before
14   this?
15        A    No, we don't keep drafts.  We just type over.
16        Q    And prior to this report being finalized, did
17   your attorneys, or plaintiff, or anyone else review this
18   report before it was finalized?
19        A    Not that I recall.
20        Q    So, were all of your opinions included in this
21   report?
22        A    I have some additional opinions I would like
23   to present today.
24        Q    So are you saying some of your opinions were
25   not included in this report?
```

Deborah Dickson                                                     January 15, 2026

```
 1        A    What I'm saying is, subsequent to issuing this
 2   report, I made a calculation on some alternative
 3   opinions.  They're very similar to what's in this
 4   report.  I just have an alternative calculation that I
 5   would like to present.
 6        Q    And what was the reason that they were not
 7   included before you finalized this report?
 8        A    I had probably one week to get this report
 9   prepared.  And in reviewing the report and thinking
10   through all the documents preparing for my deposition, I
11   wanted to add another calculation.
12        Q    Are you saying that some of the opinions
13   included in this rebuttal report, which you produced on
14   January 2nd, 2026, may not be complete or accurate?
15             MS. VILLAGOMEZ:  Objection.  Form.
16             THE WITNESS:  No, I'm not saying that.
17        BY MS. YEE:
18        Q    Well, do you would agree with me that the
19   purpose of the rebuttal report is to disclose all of
20   your rebuttal opinions; correct?
21             MS. VILLAGOMEZ:  Objection.  Argumentative.
22             MS. YEE:  You can answer.
23             THE WITNESS:  My point is that subsequent to
24   the preparation of this report, I thought about another
25   calculation, and I ran that calculation, and I would
```

Deborah Dickson                                                    January 15, 2026

```
 1   like to present that as an alternative calculation.
 2              It's very similar to what's in this report.
 3   It's just using a couple different numbers in them.
 4      BY MS. YEE:
 5      Q    So you wanted to use this deposition to
 6   supplement your previously produced rebuttal report;
 7   correct?
 8              MS. VILLAGOMEZ:  Objection.  Form.
 9              THE WITNESS:  I don't know what to say to
10   that.  I just have an alternative set of calculations
11   about like to present.
12      BY MS. YEE:
13      Q    Let me ask you this:  Either your opinions are
14   fully disclosed in the report, or you're withholding
15   your opinions that are not disclosed.
16              Which is it?
17              MS. VILLAGOMEZ: Objection.  Form.  Objection.
18    Argumentative.  Asked and answered.
19              THE WITNESS:  I don't have an answer to that.
20   I'm sorry.
21              MS. YEE:  Let the record reflect that the
22   witness has been unable to state whether her opinions
23   are fully disclosed in her report.
24
25   ///
```

Deborah Dickson                                          January 15, 2026

1    They were put into normal accounting format, and it also
2    included the alternative calculation that I would like
3    to present.
4         Q    So those -- I would just call them additional
5    or extra documents that you were just talking about, or
6    including your expert file, were not listed on page 15
7    of your report; correct?
8         A    Well, those are documents that we prepared.
9    At least, my own report, I prepared it.  The balance
10   sheets and income statement reformatting, my office
11   prepared.  So these are not documents that we received
12   and considered.  These are additional documents that
13   were included in the production.
14        Q    Okay.  So those additional documents, they are
15   not cited anywhere in your rebuttal report; correct?
16        A    I would assume Ms. Sebold's report is cited in
17   my rebuttal report.  The supplemental numbers are not.
18   And I don't believe I cite my own report in my report.
19   And I don't know whether I cite the reformatting of the
20   financial statements, so the accountants can read them.
21        Q    It's really not a trick question.  So the
22   expert file you produced includes materials beyond what
23   you disclosed in your report on page 15; right?
24        A    Please ask the question again.
25        Q    So the expert file you produced on January

Deborah Dickson                                                          January 15, 2026

1   13th, 2026 includes materials, or documents, beyond
2   what you disclosed in your report, on page 15 that we're
3   looking at?
4           MS. VILLAGOMEZ:  Objection.  Asked and
5   answered.
6           THE WITNESS:  Yes.
7           MS. YEE:  Thank you.
8       BY MS. YEE:
9       Q    Let me ask you this.  Did you receive some of
10  this additional documents, or new documents, extra
11  documents, after you finalized -- finalized and produced
12  your report on January 2nd, 2026?
13          MS. VILLAGOMEZ:  Objection.  Form.
14          THE WITNESS:  No.  As I explained to you, my
15  office prepared those documents, so it's nothing we
16  received.
17      BY MS. YEE:
18      Q    You just didn't list some of those in your
19  report?
20          MS. VILLAGOMEZ:  Objection.  Argumentative.
21          THE WITNESS:  That's correct because my
22  page 15 discusses documents and information that I
23  considered.  It doesn't discuss those items in which I
24  actually made a calculation or prepared a schedule
25  myself.

Deborah Dickson											January 15, 2026

1       A      Yes.
2       Q      Same question for Heather Parker?
3       A      Yes.
4       Q      Understood.  So when you reviewed these
5    documents, including depo transcripts, did you review
6    them in full?  You know, I could say, just to be
7    precise, word-for-word or did you skim them?
8       A      In full, word-for-word.
9       Q      Did you review or read anything regarding this
10   case that's not in your file that you produced on
11   January 13th, 2026?
12      A      Not that I recall.
13      Q      So Ms. Dickson, you would agree with me that a
14   reader of your report, your rebuttal report, dated
15   January 2nd, 2026, wouldn't know that you've reviewed
16   additional materials, including but not limited to,
17   those in your expert file beyond those listed on
18   page 15; correct?
19             MS. VILLAGOMEZ:  Objection.  Form.
20   Argumentative.
21             THE WITNESS:  I don't know what to say there.
22   I mean, I'm not going to spend a ton of time talking
23   about what someone might understand about or not
24   understand about my report.  So I have no comment other
25   than that.

1        Q.   BY MS. YEE:  So you can't answer that
2   question?
3        A    That's correct.
4        Q    Or you choose not to answer that question?
5        A    I cannot answer that --
6             MS. VILLAGOMEZ:  Objection.  Argumentative.
7             THE WITNESS:  I cannot answer that question.
8        BY MS. YEE:
9        Q    I'll move on.  So you were disclosed in
10  plaintiff's initial expert disclosure; correct?
11       A    Yes, that's my understanding.
12       Q    And you were retained on, I believe, based on
13  the initial expert disclosure, that you were retained to
14  testify in trial regarding defendant, Ameris Bank's LTIP
15  calculations and alleged economic damages, among other
16  things; correct?
17            MS. VILLAGOMEZ:  Objection.  Form.
18            THE WITNESS:  I was retained to review the
19  documents, look at the LTIP calculations, make my own
20  LTIP calculations, review the report of opposing expert
21  Ms. Sebold, and also review any calculations related to
22  what are commonly described as security deposits.
23       BY MS. YEE:
24       Q    At the time of the initial expert disclosure
25  and designation, no written expert report from you was

```
 1   produced by plaintiff at the time; correct?
 2              MS. VILLAGOMEZ:  Objection.  Form.
 3              THE WITNESS:  I don't know the date on the
 4   expert disclosure.  If you could help me with that,
 5   please.
 6              MS. YEE:  It's December 5th, 2025.
 7              THE WITNESS:  Then yes.  That's correct.
 8        BY MS. YEE:
 9        Q    So you did not provide to plaintiff, or you
10   know, his counsel your expert report on or before that
11   deadline; correct?
12        A    Correct.
13        Q    So the first time any written opinions or
14   calculations from you were disclosed was in this
15   document, your report, Rule 26(a)(2)(B) Expert Report of
16   Deborah Dickson; correct?
17        A    Well, the first report that I prepared was
18   dated January 2nd, 2026.
19        Q    Yeah, and that's the only report; right?
20        A    Yes.
21        Q    You understand that your rebuttal report is
22   limited to responding to opinions actually offered by
23   the opposing expert, Ms. Sebold; correct?
24              MS. VILLAGOMEZ:  Objection.  Form.  Objection.
25   Calls for a legal conclusion.
```

Deborah Dickson                                                          January 15, 2026

```
 1              MS. YEE:  You can answer.
 2              THE WITNESS:  I do not understand that.
 3       BY MS. YEE:
 4       Q    Do you understand your role as a rebuttal
 5  expert?
 6              MS. VILLAGOMEZ:  Same objections.
 7              THE WITNESS:  Again, that's a legal matter
 8  that I will leave to the attorneys.
 9       BY MS. YEE:
10       Q    Based on your experience and knowledge as an
11  expert?
12              MS. VILLAGOMEZ:  Same objections.
13              MS. YEE:  Can you answer that question.
14              THE WITNESS:  What is the question?
15       BY MS. YEE:
16       Q    Do you understand that your rebuttal report is
17  limited to responding to opinions actually offered by
18  the opposing expert, Ms. Sebold; correct?
19              MS. VILLAGOMEZ:  Same objections for the
20  record.
21              THE WITNESS:  That would be a legal issue that
22  I will leave to the attorneys.
23       BY MS. YEE:
24       Q    I disagree, it's not a legal issue.  Do you
25  know that your attorney told us that because you are the
```

```
 1   rebuttal expert, that's why your deposition should go
 2   second, and after our expert, Ms. Sebold?
 3           MS. VILLAGOMEZ:  Objection.  Misstates facts.
 4   Mischaracterizes the testimony.
 5           MS. YEE:  You can answer.
 6           MS. VILLAGOMEZ:  I'm not done.  Argumentative.
 7           MS. YEE:  You can answer.
 8           THE WITNESS:  I'm not aware of the
 9   conversations that occurred.
10       BY MS. YEE:
11       Q   Do you understand that rebuttal testimony is
12   not intended to provide opinions that should have been
13   disclosed in an initial expert report?
14           MS. VILLAGOMEZ: Objection.  Form.  Calls for
15   legal conclusion.
16           THE WITNESS:  Again, that's an issue that I
17   will leave to the attorneys.
18       BY MS. YEE:
19       Q   It's not a legal conclusion, but you refuse to
20   answer; right?  I'm only asking, based on your knowledge
21   and experience as an expert, which you are.  And you
22   understand that's the scope of the rebuttal testimony?
23           MS. VILLAGOMEZ:  Asked and answered.
24           THE WITNESS:  I have no further comment in
25   that area.
```

Deborah Dickson                                          January 15, 2026

```
 1          Q    Can you tell me, what that assignment, or
 2   clarity, that it provided to you?
 3          A    The assignment would be that we needed to get
 4   a report out by, I think it was, January 2nd, 2026.
 5   And our assignment was to review the LTIP agreement,
 6   make our own calculations, and identify whether, for the
 7   years '22 and '23, Mr. Byrne exceeded the thresholds.
 8   Our assignment was also to look at the commitment fees
 9   related to the nonrefundable security deposits and
10   identify if there would be any numbers there that would
11   be presented.  And also to review Ms. Sebold's report
12   and create comments therein.
13          Q    Well, your new counsel substituted in, and the
14   court approved the substitution, on December 29th,
15   2025.
16               When did they give you these additional
17   assignments?
18          A    Probably pretty close to that date because it
19   was not a fun time between December 29th and January
20   2nd.  I can tell you that.
21          Q    Well, even though you understood that at that
22   point, you did not provide your initial expert report;
23   correct?
24          A    I don't know how to answer that.
25          Q    Isn't it true that your assignment should be,
```

Deborah Dickson											January 15, 2026

```
 1                THE WITNESS:  Okay.
 2        BY MS. YEE:
 3        Q    So, just lastly, have we discussed all the
 4   opinions that you intend to offer at trial?
 5        A    I have one more than I would like to offer.
 6        Q    Was that opinion already included, or
 7   disclosed in your rebuttal report, or is this a
 8   different or new expert opinion?
 9        A    I have an alternate opinion that I would like
10   to provide also.
11        Q    Okay, go ahead.
12        A    Okay.  I provided it in the documents that I
13   sent you, and it's very similar to my three pages at the
14   back of my report.  So, as you know, I have Exhibit 3.
15   Now I have an Exhibit 3A.  In my initial report, I have
16   Exhibit 4; and now, I have Exhibit 4A.  And then in my
17   initial report, I have Exhibit 5; and now, I have
18   Exhibit 5A.
19                And the difference in those, so I don't take
20   too much of your time, is rather than pulling the
21   numbers in the LTIP calculation, the charge-off numbers
22   straight off the LTIP workbook, I looked at the actual
23   net charge-offs for the change in the balance sheet, and
24   ran those through my adjustment instead.  And also
25   identified that a very small part of the direct finance
```

Deborah Dickson                                              January 15, 2026

1  leases should not have been included.  And so, it's just
2  really updated calculations based on the same format as
3  what's in my report.
4      Q    Just to clarify.  You mentioned a "3A."  Is it
5  a "3A," "4A," and "5A"?
6      A    Correct.
7      Q    And those, you know, were not included in your
8  original rebuttal report, but you said you have provided
9  those documents was part of your expert file; correct?
10     A    Correct.  Correct.
11     Q    But these -- I guess, you know, you call it
12 "alternative" or "new calculations"; 3A through 5A.
13 These are -- these were not timely disclosed; correct?
14          MS. VILLAGOMEZ:  Objection.  Form.  Calls for
15 speculation.  Calls for legal conclusion.
16          THE WITNESS:  I don't know.
17     BY MS. YEE:
18     Q    But they were not in original report.  You
19 just testified to that; correct?
20     A    Correct.
21     Q    So can you tell me, are these documents based
22 on any new informations was first documented that you
23 did not receive at the time before you finalized your
24 rebuttal report?
25     A    They are not based on any new information.

Deborah Dickson                                                January 15, 2026

1        Q    So they were based on information you were
2   already in possession of before you finalized your
3   rebuttal report; correct?
4        A    Correct.
5             MS. YEE:  So I just want to state for the
6   record that I reserve the right to depose you on these
7   additional or new opinions.  And, you know, I also
8   reserve the right to file a motion in limine, motion to
9   strike or Daubert motion on these issues.
10            And I think that's all I have for today.
11   Right on time.
12            MS. VILLAGOMEZ:  Okay, thanks Nana.  I'm also
13   going to be forwarding this to protective order right
14   now.
15            MS. YEE:  Thank you.
16            THE VIDEOGRAPHER:  All right.  This concludes
17   today's deposition.  We're now going off the record.
18   The time is 5:00 p.m.
19      (Deposition of DEBORAH DICKSON concluded at 5:00 P.M.)
20                         ---o0o---
21
22
23
24
25

Deborah Dickson											January 15, 2026

```
 1   UNITED STATES DISTRICT COURT                    )
                                                    ) ss:
 2   CENTRAL DISTRICT OF CALIFORNIA                  )

 3

 4          CERTIFICATE OF REPORTER

 5

 6          I, Victor M. Telles, Certified Shorthand

 7   Reporter, hereby certify that the witness in the

 8   foregoing deposition was by me duly sworn to tell the

 9   truth, the whole truth and nothing but the truth in the

10   within-entitled cause;

11          That said deposition was taken down in

12   shorthand by me, a disinterested person, at the time and

13   place therein stated, and that the testimony of the said

14   witness was thereafter reduced to typewriting, by

15   computer, under my direction and supervision; that the

16   foregoing is a true record of the testimony given.

17          I further certify that I am not of counsel or

18   attorney for either or any of the parties to the said

19   deposition, nor in any way interested in the event of

20   this cause, and that I am not related to any of the

21   parties thereto.

22

23

24   _____
     VICTOR M. TELLES, CSR No. 14695
25
```