Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, CA 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Attorneys for Defendant
AMERIS BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**DEFENDANT AMERIS BANK'S NOTICE OF MOTION *IN LIMINE* NO. 2 TO EXCLUDE OPINIONS AND TESTIMONY FROM PLAINTIFF'S EXPERT DEBORAH DICKSON UNDER FRE 702 AND DAUBERT**<br><br>Judge: Hon. Michelle Williams Court<br>Date: March 13, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 6A<br><br>Discovery Cut-Off: November 28, 2025<br>Pretrial Conference: May 22, 2026<br>Trial Date: June 1, 2026 |

TO PLAINTIFF PATRICK BYRNE AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on March 13, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard by the above-entitled Court, the Honorable Michelle Williams Court, presiding, located 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565, Defendant Ameris Bank ("Ameris") will and hereby does move the Court for the following orders:

1. For an order excluding the expert report and opinions of Plaintiff Patrick Byrne's ("Byrne") designated expert, Deborah Dickson ("Ms. Dickson"), pursuant to Federal Rule of Evidence ("FRE") 702, *Daubert v. Merrell Dow Pharm. Inc.* 509 U.S. 579 (1993) and its progeny, and other rules and case authorities cited in the motion; and

2. For an order precluding Byrne's counsel or any other witnesses, from referring to or introducing evidence, references to evidence, testimony or argument relating to any testimony, reports, declarations or statements of opinion by Ms. Dickson purporting to constitute testimony of an expert witness in this action.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 and Judge Court's Scheduling Order (Dkt. No. 22).

This Motion is based on this Notice of Motion, the Memorandum of Law, the Declaration of Stacy L. Fode in Support including the exhibits attached thereto, the complete files and records in this action, and any further oral and/or documentary evidence that may be presented at or before the hearing in this matter.

Dated: February 6, 2026 **NUKK-FREEMAN & CERRA**

By: */s/ Stacy L. Fode*
Stacy L. Fode, Esq.
Nana J. Yee, Esq.
Attorney for Defendant
AMERIS BANK

---

*Patrick Byrne v. Ameris Bank* Case No. 8:24-01989
Defendant Ameris Bank's Notice of Motion *In Limine* No. 2 to Exclude
Opinions and Testimony From Plaintiff's Expert Deborah Dickson
Under FRE 702 and Daubert Page 2