# EXHIBIT A

Esperanza Cervantes Anderson | SBN 197953
T. Stephen Corcoran | SBN 167880
**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**
1037 N Allen Avenue
Pasadena, California 91104
Tel.:  (626) 219-6773
Fax:   (626) 389-8911

Attorneys for PLAINTIFF
PATRICK BYRNE

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendants. | Case No.: 8:24-cv-01989<br><br>**PLAINTIFF PATRICK BYRNE'S INITIAL EXPERT DISCLOSURES** |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure as well as all applicable rules of the Central District of California and this Court, after a good faith inquiry, and based on information now known and reasonably available, Plaintiff PATRICK BYRNE ("Plaintiff") submits herein his Initial Expert Disclosures, all of which are made expressly subject to and without waiving any applicable privileges or exemptions. All Initial Expert Disclosures are further made subject to and without waiving any objections as to relevancy, competency, materiality, and/or admissibility at trial. Furthermore, all Initial Expert Disclosures are made subject to and without waiving Plaintiff's right to object to the use at trial

- 1 -

of such disclosures, documents, and/or any related information obtained therefrom. Moreover, all Initial Expert Disclosures herein are made subject to and without waiving the right to object to any additional demand for disclosure or other discovery related to such Initial Expert Disclosures. In addition, Plaintiff reserves the right under Fed. R. Civ. P. 26(e) to amend or supplement these Initial Expert Disclosures and/or all other discovery responses.

## 1. RETAINED EXPERTS

Anthony E. Reading, Ph.D.,

Dr. Reading has been retained by Plaintiff and is expected to testify at trial regarding the nature, extent, and causation of Plaintiff's injuries due to Defendant Ameris Bank's ("Defendant") retaliation, up to and including Defendant's wrongful termination of Plaintiff's employment. Dr. Reading is further expected to testify at trial regarding Plaintiff's continuing psychiatric and psychological condition needs since his termination; his future psychiatric and psychological treatment needs in relation to his injuries due to his alleged wrongful termination and other violations by Defendant of Plaintiff's employment rights, including but not limited to Defendant's retaliation; the reasonableness, necessity and cost of Plaintiff's psychiatric and psychological care; and Plaintiff's prognosis.

Dr. Reading's curriculum vitae is attached herein as **Exhibit A**. Dr. Reading's fee schedule is attached herein as **Exhibit B**.

Dr. Reading's hourly fee for evaluation, chart review and report preparation is $675. Dr. Reading's hourly fee for psychological testing is $280. Dr. Reading's hourly fee for deposition testimony is $1,000. Dr. Reading's hourly fee per half day of court testimony is $4,000.

A copy of Dr. Reading's report for this case is attached hereto as **Exhibit C.**

///

///

PLAINTIFF'S INITIAL EXPERT DISCLOSURES

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

1

<u>Deborah Dickson, CPA, CFE, CFF, MAFF, Smith Dickson, LLP</u>

2   Ms. Dickson has been retained by Plaintiff and is expected to testify at trial

3 regarding Defendant's calculations of the LTIP at issue in this case as well as

4 economic damages suffered by Plaintiff as a result of the incident, including but not

5 necessarily limited to loss of past and future earnings, loss of earnings potential,

6 lost value of benefits, benefit packages, and other employee compensation and/or

7 incentives as they relate to loss of income and/or earnings capacity, and the present

8 value for all future economic damages (whether wages, benefits, medical expenses

9 or otherwise). Also, assuming a bifurcated trial, if the jury makes a finding of

10 malice, fraud or oppression, Ms. Dickson will testify to issues regarding

11 Defendant's and/or their related entities' financial condition, ability to pay and/or

12 net worth for purposes of determining an appropriate amount of punitive damages.

13 If the trial is not bifurcated, then Ms. Dickson will express financial

14 condition/ability to pay opinions in phase one of the trial. Ms. Dickson will be

15 sufficiently familiar with this matter to submit to a meaningful oral deposition

16 concerning the matters she intends to testify to at trial.

17   Ms. Dickson's curriculum vitae is attached hereto as **Exhibit D**. The rate

18 sheet for Smith Dickson, LLP is attached hereto as **Exhibit E**. Ms. Dickson is a

19 managing partner at Smith Dickson. Ms. Dickson's hourly fee for document review

20 and consultation is $500. Ms. Dickson's hourly fee for deposition testimony and

21 trial is $550.

22

23

<u>Ryan Nguyen, CPA, CFE, Smith Dickson, LLP</u>

24   Mr. Nguyen has been retained by Plaintiff and is expected to testify at trial

25 regarding Defendant's calculations of the LTIP at issue in this case as well as

26 economic damages suffered by Plaintiff as a result of the incident, including but not

27 necessarily limited to loss of past and future earnings, loss of earnings potential,

28

PLAINTIFF'S INITIAL EXPERT DISCLOSURES

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

lost value of benefits, benefit packages, and other employee compensation and/or incentives as they relate to loss of income and/or earnings capacity, and the present value for all future economic damages (whether wages, benefits, medical expenses or otherwise). Also, assuming a bifurcated trial, if the jury makes a finding of malice, fraud or oppression, Mr. Nguyen will testify to issues regarding Defendant's and/or their related entities' financial condition, ability to pay and/or net worth for purposes of determining an appropriate amount of punitive damages. If the trial is not bifurcated, then Mr. Nguyen will express financial condition/ability to pay opinions in phase one of the trial. Mr. Nguyen will be sufficiently familiar with this matter to submit to a meaningful oral deposition concerning the matters she intends to testify to at trial.

Mr. Nguyen's curriculum vitae is attached herein as **Exhibit F**. The rate sheet for Smith Dickson, LLP is attached hereto as **Exhibit E**. Mr. Nguyen is a partner at Smith Dickson. Mr. Nguyen's hourly fee for document review, consultation and testimony in deposition or trial is $485.

## 2.  OTHER PARTY, SUPPLEMENTAL, AND REBUTTAL WITNESSES

Plaintiff reserves Plaintiff's rights under Rule 26 and any constitutional, statutory, or common law rights Plaintiff may have to call as expert witnesses at trial any of the experts designated by any other party, to augment this list, including based on ongoing discovery and internal investigation, and, should any party designate or counter-designate any additional expert, to call experts not listed above as rebuttal witnesses to impeach the testimony of any other expert witness testimony offered at trial, and/or to call any other expert witnesses at trial with respect to the general substance of anticipated testimony of the witness designated. Plaintiff also reserves the right to elicit expert testimony of percipient witnesses in this matter.

PLAINTIFF'S INITIAL EXPERT DISCLOSURES

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

1

2   DATED:  December 5, 2025.    **LAW OFFICE OF ESPERANZA ANDERSON**

3   By:

4   _____
    Esperanza Anderson, Esq.

5   Attorney for PLAINTIFF
    PATRICK BYRNE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

PLAINTIFF'S INITIAL EXPERT DISCLOSURES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

PLAINTIFF'S INITIAL EXPERT DISCLOSURES

# CURRICULUM VITAE

## ANTHONY EDWARD READING

PLACE OF BIRTH:                 Hartley Wintney, England
CITIZENSHIP:                    United Kingdom, United States
SOCIAL SECURITY NUMBER:   xxx-xx-xxxx

## EDUCATION:

| 1969 – 1972 | BSc | University College of Swansea, University of Wales, Psychology |
| 1972 – 1974 | MPhil | Institute of Psychiatry, University of London, U.K, Clinical Psychology |
| 1975 – 1979 | Ph.D. | King's College Hospital Medical School, University of London, U.K. Psychology |

## CURRENT ACTIVITIES:

Private Practice: Clinical and Forensic Psychology

## LICENSURE:

Charted Clinical Psychologist, British Psychological Society
Associate Fellow, British Psychological Society
Chartered Scientist, British Psychological Society
Licensed Psychologist, State of California #Psy 7525
Qualified Medical Examiner, State of California #963348
Licensed Psychologist, State of Oregon #3978

## PROFESSIONAL EXPERIENCE:

| 1992 – | Clinical Professor, Dept of Psychiatry & Biobehavioral Sciences, UCLA School of Medicine, Voluntary |
| 1986 – 92 | Associate Clinical Professor, Dept of Psychiatry & Biobehavioral Sciences, UCLA School of Medicine |
| 1989 – 92 | Associate Clinical Professor, Department of Obstetrics and Gynecology, UCLA School of Medicine |
| 1986 – 1990 | Director, Psychological Studies, Department of Obstetrics and Gynecology, Cedars Sinai Medical Center |
| 1983 – 1986 | Adjunct Assistant Professor, Department of Psychiatry and Biobehavioral Sciences, UCLA School of Medicine |
| 1983 – 1986 | Adjunct Assistant Professor, Department of Medicine, UCLA School of Medicine |
| 1983 – 1985 | Associate Director, Mark Taper Center for Health Enhancement, Education and |

2

|  | Research, UCLA Medical Center |
|---|---|
| 1982 – 1985 | Chief of Psychological Services, Center for Health Enhancement, Education and Research, UCLA School of Medicine |
| 1982 – | Private practice |
| 1981 – 1982 | Visiting Assistant Professor, Department of Obstetrics and Gynecology, UCLA School of Medicine |
| 1981 – 1982 | Visiting Assistant Professor, Department of Psychiatry and Biobehavioral Sciences, UCLA School of Medicine |
| 1980 – 1981 | Visiting Assistant Professor, Department of Psychiatry and Behavioral Sciences, School of Medicine, University of Southern California |
| 1979 – 1981 | Lecturer in Psychology, King's College Hospital, London, U.K |
| 1978 – 1981 | Co-Director, Psychosexual Clinic, King's College Hospital, London, U.K. |
| 1977 – 1981 | Senior Clinical Psychologist, King's College Hospital, London, U.K. |
| 1976 – 1977 | Regional Tutor in Abnormal Psychology, S.E. Thames Clinical Psychology Regional Training Scheme., London, U.K. |
| 1974 – 1977 | Clinical Psychologist, King's College Hospital, London, U.K. |
| 1972 – 1974 | Assistant Psychologist, Institute of Psychiatry and the Maudsley and Bethlem Royal Joint Hospitals, London, U.K. |

**PROFESSIONAL SOCIETIES**:

United States
   California State Psychological Association
   American Psychological Association

United Kingdom
   British Psychological Society
   Clinical Division of the British Psychological Society
   Health Psychology Special Interest Group

**AWARDS**:

1975   Research Award: Medical Research Council
1976   Research Award: World Health Organization
1977   Research Award: World Health Organization
1978   Research Award: Nuffield Foundation
1979   Associate Fellow of the British Psychological Society
1980   Fellow of the Sir Frances Galton Society
1981   Research Award: American Cancer Society
1984   Research Award: National Institutes of Health
1985   Research Award: MacArthur Foundation
1985   Research Award: Kroc Foundation

**PROFESSIONAL ACTIVITIES**:

| | |
|---|---|
| 1974 – 1981 | Neuropsychologist, Dept of Neurology, King's College Hospital |
| 1974 – 1981 | Clinical Psychologist, Dept of Psychological Medicine, In Patient Professorial Psychiatric Unit, King's College Hospital |
| 1974 – 1981 | Clinical Psychologist, Dept of Psychological Medicine, King's College Hospital |
| 1977 – 1981 | Consultant on Contraceptive Acceptability Research, Margaret Pyke Clinic for Research in Family Planning, Middlesex Hospital, University of London, England. |
| 1977 – 1981 | Member of the World Health Organization's Task Force on the Acceptability of Male Antifertility Methods in Clinical Trial. |
| 1981 – 1982 | Faculty, UCLA Dept of Psychiatry, Anxiety Disorders Clinic |
| 1981 – 1982 | Faculty and Convenor of Behavioral Medicine Research Seminar Series, Dept of Psychiatry, UCLA School of Medicine |
| 1981 – 2013 | Member of UCLA Professional Staff, Resnick Neuropsychiatric Hospital, Clinical |
| 1982 | Study Group Member on Pain Measurement, National Institute of Neurological and Communicative Disorders and Stroke. |
| 1981 – 1982 | Consultant to Los Angeles Regional Family Planning Council on Psychosocial Aspects of Fertility Awareness Methods. |
| 1983 – 1985 | Participating Scientist in MacArthur Network on the Antecedents and Consequences of Health Damaging and Health Promoting Behavior. |
| 1984 – 1985 | Consultant to Family Health International on the Acceptability of Fertility Regulating Methods. |
| 1984 – 1986 | Senior Consultant, U.S. Corporate Health Management. |
| 1985 | Member of Scientific Review Group on Pain, NIH |
| 1986 – 1987 | Committee on Membership.  International Association for the Study of Pain. |
| 1986 – 1988 | Collaborating Scientist:  National Center for Health Statistics, Evaluation of NCHS Pain Data. |
| 1986 | Consultant to Cedars Sini Medical Center Employee Assistance Program |
| 1989 | Member of UNESCO Task Force on Human Fetuses for Research or Therapeutic Purposes. |
| 1990 | Member of Health Professional Advisory Committee for the Southern California Chapter of the March of Dimes Birth Defects Foundation. |
| 1990 – 1995 | Director, Insomnia Program, Cedars Sinai Medical Center Sleep Disorders Center |
| 1995 | Participating Scientist NICHHD Conference on Biopsychology of Infertility |

| 1997 – | UCLA Medical Center Psychologist Quality Assurance Subcommittee (Founding Member) |
| 1998 – 1998 | Los Angeles County Psychological Association Victim Treatment Panel |
| 1999 – | Qualified Medical Examiner, Industrial Medical Council, State of California |
| 2005 – 2008 | Strategic Consultant, Angels Gate Cultural Center, San Pedro. |
| 2009 | Invited Participant, Board of Psychology Supplemental Examination Item Review Workshop |
| 2013 – | Member of UCLA Professional Staff, Administrative, Resnick Neuropsychiatric Hospital, UCLA |

## HOSPITAL APPOINTMENTS:

Professional Staff Member (Clinical):

>Resnick Neuropsychiatric Hospital, UCLA Medical Center

Past Peer Review Activities:

>Pain
>British Journal of Clinical Psychology
>Health Psychology
>Journal of Psychosomatic Obstetrics and Gynecology
>Ethology and Sociobiology
>Psychological Bulletin
>Obstetrics and Gynecology
>Journal of Compliance in Health Care
>Journal of Reproductive and Infant Psychology
>American Journal of Obstetrics and Gynecology
>Fertility and Sterility
>Journal of Personality and Social Psychology
>Psychosomatic Medicine
>Ultrasound in Obstetrics and Gynecology

Past Editorial Board:
>Clinical Biomechanics
>Pain (Psychology Panel)
>Annals of Behavioral Medicine
>Abstracts Committee - American Fertility Society
>Psychological Special Interest Group

## BOOKS (Published):

1.  Reading, A.E. Some Parameters of Self-Monitoring.  MPhil Thesis, University of London Library, 1974.

2.  Reading, A.E. Psychological Preparation:  Its Effects on Gynecological Pain.  University of London Library, 1979.

3.  Reading, A.E.  Psychological Aspects of Pregnancy.  Longman
    Press, London and New York, 1983.

**CHAPTERS IN BOOKS**:

1.  Reading, A.E. and Newton, J.R.  Pain Assessment in
    gynecology.  In L. Carenza and L. Zichella (Eds).  Emotion
    and Reproduction, Vol 20B, pp. 985-990, Academic Press,
    London 1979.

2.  Reading, A.E. and Cox, D.N.  The Measurement of Pain.  In
    D.J. Oborne, M. Gruneberg and D.R. Eiser (Eds).  Research in
    Psychology and Medicine, Vol 1: Physical Aspects:  Pain,
    Stress and Organic Process.  pp. 20-26.  Academic Press,
    London, 1979.

3.  Reading, A.E.  The management of pain in gynecology.  In J.
    Barber and C. Adrien (Eds).  Psychological Management of
    Chronic Pain, pp. 137-149.  Brunner-Mazel, New York, 1982.

4.  Reading, A.E. and Campbell, S.  The psychological effects of
    ultrasound scanning in pregnancy, In Advances in
    Psychosomatic Obstetrics and Gynecology.  Eds. H.J. Prill
    and M. Stauber.  Springer-Verlag, New York, 371-372.

5.  Reading, A.E.  Pain and attribution theory.  In C. Brewin
    and C. Antaki (Eds).  Attribution and the management of the
    pain patient.  In C. Antaki and C. Brewin (Eds).
    Attributions and Psychological Change Applications of
    Attribution Theory to Clinical and Educational Psychology.
    pp. 157-174.  Academic Press, London, 1983.

6.  Reading, A.E., Bonding:  An evaluation of the concept and
    its implications for obstetric practice.  In J.W. Studd
    (Ed.) Progress in Obstetrics and Gynecology, Vol III, pp.
    128-135.  Churchill Livington, Edinburgh, 1983.

7.  Reading, A.E.  The McGill Pain Questionnaire: A reappraisal.
    In R. Melzack (Ed.).  Pain Measurement.  Raven Press, New
    York, 55-62, 1983.

8.  Reading. A.E.  Testing pain mechanics in persons in pain.
    In P.D. Wall and R. Melzack (Eds.).  Textbook of pain, pp.
    195-204.  Churchill Livingston, London, 1984.

9.  Reading, A.E.  Psychological issues arising from
    ultrasonography in obstetrics.  In L. Dennerstein and M.
    Senarelens (Eds.).  The Young Women:  Psychosomatic Aspects
    of Obstetrics and Gynecology, Excerpta Medica, 1983, 370-
    373.

10. Bragonier, J.R. and Reading, A.E.  Human Sexuality.  In J.E.
    Moore and N.F. Hacker (Eds.).  Essentials of Obstetrics and
    Gynecology, W.B. Saunders, 1986, 371-376.

11.  Reading, A.E. and Bragonier, J.R.  Sexual Assault.  In J.E.
     Moore and N.F. Hacker (Eds.).  Essentials of Obstetrics and
     Gynecology, W.B. Saunders, 1985, 377-380.

12.  Cohen, R.S., Ferrer-Brechner, T. Pavlov, A. and Reading,
     A.E.  A prospective evaluation of cancer pain patients.
     In Proceedings of the IV World Congress of Pain, Ed. by
     J.J. Bonica, Raven Press, In Press.

13.  Reading, A.E.  Testing Pain Mechanisms in Persons in Pain.
     In P.D. Wall and R. Melzack.  Textbook of Pain, 2nd Edition,
     1989, pp. 269-283, Churchill-Livingston.

14.  Reading, A.E.  Psychological effects of ultrasound.  In F.
     Chervenak, C. Lsaarson and S. Campbell (Ed) Textbook of
     Ultrasound in Obstetrics and Gynecology, Littlejohn,
     1992 (In press).

15.  Reading, A.E.  Anxiety and Stress.  In G.D. Wilson (Ed)
     Your Personality and Potential, Salem House, Topsfield,
     Mass, 1989, pp.168-173.

16.  Reading, A.E.  The Signs of Stress.  In G.D. Wilson (Ed)
     Your Personality and Potential, Salem House, Topsfield,
     Mass, 1989, pp. 180-187.

17.  Reading, A.E. Learning to Relax.  In G.D. Wilson (Ed)
     Your Personality and Potential, Salem House, Topsfield,
     Mass, 1989, pp. 194-199.

18.  Reading, A.E.  The Clinical Testing of Pain.  In Back Pain:
     An International Review.  J.K. Peterson and E. Burn,
     Kluwer Academic Publishers, London, 1990, pp. 27-36.

19.  Reading, A.E.  Psychological Aspects of the New Reproductive
     Technologies.  In E. van Hall and W. Everaerd (Eds)
     Proceedings of the 5th World Congress of Psychosomatic
     Obstetrics and Gynecology.  Parthenon Press, United Kingdom,
     503-512, 1989.

20.  Reading, A.E.  Pain.  In Psychological Perspectives on
     Women's Health.  Vincent J. Adesso, Diane M. Reddy & Raymond
     Fleming (Eds) Hemisphere Publishing Corp., 1988.

21.  Reading, A.E.  The Treatment of Infertility.  In C. Dunkel-
     Schetter & A. Stanton.  Psychological Approaches to
     Infertility.  Pergemon Press, 1991, pp. 183-196.

22.  Reading, A.E.  Ultrasound and high risk pregnancies.  In E.
     van Hall and W. Everaerd (Eds) Proceedings of the 5th World
     Congress of Psychosomatic Obstetrics and Gynecology.
     Parthenon Press, United Kingdom, pp.116-123, 1989.

23.  Reading, A.E.  A measure of fetal attachment.  In E. Van
Hall and W. Everaerd (Eds) Proceedings of the 5th World
Congress of Psychosomatic Obstetrics and Gynecology.
Parthenon Press, United Kingdom, pp. 452-461, 1989.

24.  Reading, A.E.  Pain as a subject of epidemiological enquiry.
NCHS Report on Chronic Pain, 1988.

25.  Reading, A.E.  Your sex and your health.  In J. Erchen &
L. Wallace (Eds)  The Complete Mind & Body Book, Simon and
Schuster, New York, pp. 26-33.

26.  Reading, A.E.  Your sex and your health.  In J. Erchen &
L. Wallace (Eds)  The Complete Mind & Body Book, Simon and
Schuster, New York, pp. 60-65.

27.  Reading, A.E.  Psychological aspects of preterm delivery:
Proceedings of the 10th International Congress of Psychosomatic
Ob Gyn, Parthenon Press, 1992.

28.  Reading, A.E.  Consumer perception of infertility.
In Proceedings of the 10th International Congress of
Psychosomatic Ob Gyn, Parthenon Press, 1992.

29.  Reading AE & Bragonier, JR Human Sexuality & Sexual Assault. In
J Moore & NF Hacker (Eds)
Essentials of Obstetrics & Gynecology. W B Saunders, 532-543
(1998)

30.  Rapkin AJ & Reading AE Chronic pelvic pain. In: Current roblems
in Obstetrics & Gynecology & Fertility. Ed by JS Berek, Mosby-
Year Book 14 (4) 1991

31.  Reading, AE. Sexual aspects of infertility and its treatment. In
Infertility and Reproductive Medicine. Clinics of North America.
Ed by M P Diamond, A H DeCherney & D A Greenfield, W.B Saunders,
1993

32.  Reading, AE Health Psychology: An Overview. The Los Angeles
Psychologist, Jan/Feb 1999, 3.

33.  Reading, AE Cognitive-behavioral approaches to psychotherapy. The
Los Angeles Psychologist, 1999, Sept/Oct, 7-22

**RESEARCH PAPERS (Published)**:

1.  Reading, A.E. and Hemsley, D.R.  Categorization and choice
reaction time.  Bull Psychonom. Soc., 6: 129-130, 1975.

2.  Reading, A.E. and Raw, M.T.D.  The treatment of mandibular
dysfunction pain:  Possible applications of psychological
methods.  Brit. Dent. J., 6:201-205, 1976.

3.  Raw, M.T.D. and Reading, A.E.  Psychology and dental care.

Dental Update, 313-317, 1976.

4.  Reading, A.E.  Biofeedback Training:  An evaluation.
    Hospital Update, 3:660-675, 1976.

5.  Reading, A.E. and Newton, J.R.  A comparison of primary
    dysmenorrhea and intrauterine device related pain. Pain
    3:265-276, 1977.

6.  Reading, A.E. and Newton, J.R.  Psychological factors in IUD
    use:  A review.  J. Biosoc. Sci., 9:317-323, 1977.

7.  Newton, J.R. and Reading, A.E.  The effects of psychological
    preparation on pain at IUD insertion.  Contraception, 16:
    523-532, 1977.

8.  Reading, A.E. and Newton, J.R.  A card sort method of pain
    assessment.  J. Psychosom. Res., 22:503-512, 1978.

9.  Reading, A.E.  Psychological preparation for medical and
    surgical procedures.  Hospital Update, 721-725, 1978.

10.  Reading, A.E., Reid, C. and Newton, J.R.  A card sort method
     of pain assessment in gynaecology.  Acta Obstet. et Gynaec.
     Scand., 58:105-113, 1979.

11.  Reading, A.E.  The role of psychological factors in IUD
     continuation.  Soc. Sci., and Med., 13A:631-640, 1979.

12.  Reading, A.E.  The short term effects of psychological
     preparation for surgery.  Soc. Sci and Med., 13A: 641-664,
     1979.

13.  Reading, A.E., Harris, C. and Newton, J.R.  Attitudes and
     contraceptive choice.  Psychol. Reps., 44:1243-1246, 1979.

14.  Reading, A.E.  The internal structure of the McGill Pain
     Questionnaire in dysmenorrhea patients.  Pain, 7:353-358,
     1979.

15.  Newton, J.R. and Reading, A.E.  An analysis of the intensity
     and quality of gynaecological pain.  Acta Obstet. et
     Gynaecol. Scand., 59:143-148, 1980.

16.  Reading, A.E., Sledmere, C.M., and Newton, J.R.  Attitudes
     towards permanent contraceptive methods.  J. Biosoc. Sci.,
     12:383-392, 1980.

17.  Reading, A.E.  Contributor to World Health Organization
     Psychosocial Task Force Report:  Acceptability of drugs for
     male fertility regulation:  A prospectus and some
     preliminary data.  Contraception, 21:121-134, 1980.

18.  Reading, A.E.  A comparison of pain rating scales.  J.

Psychosom. Res., 24: 119-126, 1980.

19.  Reading, A.E.  Pain and episiotomy.  MIMS Journal, Nov.
33-38, 1980.

20.  Reading, A.E.  Psychological preparation for surgery:
Patient recall of information.  J. Psychosom. Res., 25:
57-62, 1981.

21.  Reading, A.E. and Goldstuck, N.D.  The influence of clinic
factors on IUD continuation rates.  Bull. Eugenics Soc.,
13:117-124, 1981.

22.  Sledmere, C.M., Reading, A.E., Young, O. and Siddle, N.
The psychological response to vabra curettage in menopause
clinics.  Maturitas, 3:205-215, 1981.

23.  Reading, A.E. and Goldstuck, N.D.  Effect of clinic related
factors on continuation rates of IUDs.  Contracept. Deliv.
Syst., 3:1-9, 1982.

24.  Reading, A.E., Sledmere, C., Cox, D.N. and Campbell, S.
How women view postepisiotomy pain.  Brit. Med. J., 284:
243-245, 1982.

25.  Reading, A.E. and Cox, D.N.  The effects of ultrasound
examination on maternal anxiety levels.  J. Behav. Med., 5:
237-247, 1982.

26.  Reading, A.E.  A critical analysis of psychological factors
in the management and treatment of chronic pelvic pain.
Int. J. Psychiat. Med., 12:129-139, 1982-1983.

27.  Reading, A.E., Campbell, S., Cox, D.N. and Sledmere, C.M.
Health beliefs and health behavior during pregnancy.
Psychol. Med., 12:379-383, 1982.

28.  Reading, A.E.  Strategic and methodological aspects of
behavioral medicine.  Brit. J. Clin. Psychol., 21: 79-84,
1982.

29.  Reading, A.E.  The effects of psychological preparation on
pain and recovery following minor gynecological surgery:
A preliminary report.  J. Clin. Psychol., 38:504-512, 1982.

30.  Reading, A.E., Everitt, B.S. and Sledmere, C.M.  The McGill
Pain Questionnaire:  A replications of its construction.
Brit. J. Clin. Psychol., 21:339-349, 1982.

31.  Campbell, S., Reading, A.E., Cox, D.N., Sledmere, C.M.
Mooney, R., Chudleigh, P., Beedle, J. and Ruddick, H.
Ultrasound scanning in pregnancy:  The short-term
psychological effects of early real-time scans.  J.
Psycholsom. Obstet. and Gynaecol., 1-2:57-61, 1982.

32.  Reading, A.E.  A comparison of the McGill Pain Questionnaire in chronic and acute pain.  Pain. 134:185-192, 1982.

33.  Reading, A.E., Sledmere, C.M. and Cox, D.N.  Psychological issues arising from the development of new male contraceptives. Bull Brit. Psychol. Soc., 35:369-371, 1982.

34.  Reading, A.E., Sledmere, C.M. and Cox, D.N.  A survey of patient attitudes towards artificial insemination by donor. J. Psychosom. Res., 26:429-433, 1982.

35.  Reading, A.E.  The management of anxiety related to vaginal examination.  J. Psychosom. Obstet. and Gynaecol., 1:99-102, 1982.

36.  Reading, A.E.  Contributor to World Health Organization Psychosocial Task Force Report:  Hormonal fertility regulation for males:  Acceptability and effects on sexuality.  Stud. in Fam. Plan., 13:328-342, 1982.

37.  Cox, D.N. and Reading, A.E.  Personality profiles of somwen attending AID clinics.  Pers. and Individ. Diff's., 4:213 -214, 1983.

38.  Reading, A.E.  The influence of maternal anxiety on the course and outcome of pregnancy:  A review.  Health Psychol., 2:187-202, 1983.

39.  Reading, A.E., Hand, D. and Sledmere, C.M.  A comparison of The McGill Pain Questionnaire and a random checklist in the evaluation of clinical pain.  Pain, 16:375-383, 1983.

40.  Reading, A.E.  A comparison of the accuracy and reactivity of methods of monitoring male sexual behavior.  J. Behav. Asses., 5:11-24, 1983.

41.  Reading, A.E.  Pain measurement and experience.  J. Psychosom. Res., 27L415-420, 1983.

42.  Siddle, N.D., Whitehead, M.I., Sledmere, C.M., Young, O. and Reading, A.E.  A controlled trial of Naproxen sodium for relief of pain associated with vabra curettage suction curettage.  Br. J. Obstet. Gynec., 90:864-869, 1983.

43.  Reading, A.E. and Wiest, W.M.  A survey of sexual behavior in a sample of normal males.  Arch. Sex. Behav., 13:69-83, 1984.

44.  Reading, A.E., Campbell, S., Cox, D.N. and Sledmere, C.M. A study of psychological change over the course of pregnancy:  Attitudes towards the fetus neonate.  Health Psychol., 3:211-221, 1984.

45.  Chapman, C.R., Casey, K.L., Dubner, R., Foley, K.M.,
     Gracely, R.H. and Reading, A.E.  Pain measurement:  An
     overview.  Pain, 22:1-31, 1985.

46.  Reading, A.E. and Cox, D.N.  Predictors of labor pain.
     Pain, 22:309-315, 1985.

47.  Reading, A.E.  Psychologist's role in medical setting:  A
     continuing controversy.  Bulletin of the Clinical Division
     of British Psychological Society, 50:47-50, 1985.

48.  Cohen, R.S., Brechner, T.F., Pavlov, A., and Reading, A.E.
     Comparison of cancer pain and chronic benign pain patients
     on dimensions of pain, intensity, effect, approach to
     treatment.  Clin. J. Pain, 1:205-209, 1986.

49.  Cohen, B.S., Brechner, T.F., Pavlov, A. and Reading, A.E.
     Prospective evaluation of pain patients treatment outcome
     in patients referred to a cancer pain center.  Clin. J.
     Pain, 1:105-109, 1986.

50.  Reading, A.E. and Platt, L.D.  A controlled evaluation of
     the psychological effects on women of fetal diagnostic
     testing in prenatal care.  J. Reproduc. Med., 30:907-910,
     1986.

51.  Hand, D.J. and Reading, A.E.  The McGill Pain Questionnaire:
     Internal structure.  Psychol. Reports, 59:763-770, 1986.

52.  Reading, A.E.  Pain assessment methods in mechanical
     dysfunction.  Clinical Biomechanics, 1:222-227, 1986.

53.  Rapkin, A.G., Chang, L.C. and Reading, A.E.  A double blind
     controlled study of progesterone in the management of pre-
     menstrual syndrome.  J. Obstet. Gynaecol., 7:217-220, 1987.

54.  Rapkin, A.J., Edulmuth, E., Chang, L.C, Reading, A.E.,
     McGuire, M.T. and Su, T. Ping.  Whole blood serotonin in
     premenstrual syndrome.  Obstet. and Gynec., 70:533-538,
     1987.

55.  Rapkin, A.J., Chang, L.C. and Reading, A.E.  Comparison of
     retrospective and prospective assessment of premenstrual
     symptoms.  Psychol. Reports, 62:55-60, 1988.

56.  Reading, A.E., Cox, D.N. and Campbell, S.  Patient
     acceptability of diagnostic ultrasound in prenatal care.
     J. Psychosom. Obstet. & Gynec., 8:191-198, 1988.

57.  Wilson, G.D. and Reading, A.E.  Pelvic Shape, Gender Role
     Conformity and Sexual Satisfaction.  Pers. and Individ.
     Diff's., 10 (5):577-579, 1989.

58.  Cox, D.N. and Reading, A.E.  Fluctuations in state anxiety

over the course of pregnancy and the relationship to outcome.  <u>J. Psychosom. Obstet. & Gynec</u>., 10:71-78, 1989.

59.  Rapkin, A.J., Buckman, T.D., Sutphin, M.S., Chang, L.C. and Reading, A.E.  Platelet monoamine Oxidase B activity in women with premenstrual syndrome.  <u>Am J. Obstet. & Gynec</u>., 159(6):1536-1540, 1988.

60.  Reading, A.E., Chang, L.C. and Kerin, J.F.  Psychological changes over the course of IVF-ET.  <u>J. Reproduc Infant Psychol</u>., 7:95-103, 1989.

61.  Reading, A.E., Chang, L.C. and Kerin, J.F.  Attitudes and anxiety levels in women conceiving through IVF.  <u>Fertil Steril</u>., 52(1):95-99, 1989.

62.  Kerin, J.F., Quinn, P.J., Stone, B.A., Serafini, P.C., Batzofin, J., Reading, A.E., Wade, M.C., and Marrs, R.M. The Way Forward for in vitro Fertilization in Man. <u>J. Reprod. Fertil. Steril</u>., 36:161-172, 1988.

63.  Reading, A.E.  Decision making and in vitro fertilization. The influence of emotional stater.  <u>J. Psychosom. Obstet. and Gynecol</u>., 10:107-112, 1989.

64.  Kassannese, B., Kennedy, K., Forrest, K., Danzer, H., Reading, A. and Hughes, H.  A study of the vaginal contraception sponge used without the fertility awareness method.  <u>Contraception</u>, 40:701-714, 1989.

65.  Krantz, D.S., Schneiderman, N., Chesney, M.A., McCann, B.S., Reading, A.E., Roskies, E., Stoney, C.M. and Williams, R.B. Biobehavioral research on cardiovascular disorders.  <u>Health Psychol</u>., 8:737-746, 1989.

66.  Reading, A.E. and Kerin, J.F.  Psychological aspects of providing infertility services.  <u>J. Reproduc. Med</u>., 34:861-871, 1989.

67.  Rapkin, A.J., Chang, L.C. and Reading, A.E.  Mood and Cognitive Style in Premenstrual Syndrome.  <u>Obstetics and Gynecology</u>, 74:644-649, 1989.

68.  Rapkin, A.J., Chang, L.C., McGuire, M.T. and Reading, A.E. Tryptophan loading in premenstrual syndrome.  <u>J. Obstet & Gynecol</u>., 10:140-144, 1989.

69.  Reading, A.E.  Stress management in the workplace. <u>Business Insights</u>, 1:20-26, 1991.

70.  Reading, A.E.  Cognitive model of premenstrual syndrome. <u>Clinical Obstet. and Gynecol</u>., 1992, In press.

71.  Reading, A.E..  Sexual aspects of infertility and its

treatment.  <u>Infertility and Reproduc. Med.</u>, Clinics of
North America, 1992, In press.

72.  Rapkin, A.J. and Reading, A.E.  Management and
of pelvic pain.  <u>Current Problems in Obstet, Gynecology
and Fertil.</u>, 14:101-137, 1991.

73.  Rapkin, A.J., Reading, A.E., Woo, S.R. Tryptophan and neutran
amino acids in premenstrual syndrome.
<u>Am. J. Obstet. and Gynecol.</u>, 165:1830-1833, 1991.

74.  Rapkin, AJ, Shoupe, D, Reading AE, Mahesh, V. Decreased Opioid
tone in PMS: LH response to naloxone. <u>J Soc Gynec Invest</u> Mar-
April 1996 p 93-98

75.  Morgan, M, Rapkin, AJ, D'Elia, Reading, AE & Goldman, L Cognitive
functioning in premenstrual syndrome. <u>Obstet Gynecol</u> 88 961-966
1996

76.  Marcus, AC, Crane, LA, Kaplan, CP, Reading, AE, Savage, E,
Gunning, J, Bernstein, G & Berek, Js (1992). Improving adherence
to screening follow up among women with abnormal Pap smears.
<u>Medical Care</u>, 30, 216-230

77.  Wong, N.D. and Reading, A.E. (1989) Type A behavior, sex and
personality correlates of exercise treadmill test
performance.  <u>Pers. and Individ. Differences</u>. 10, 991-996.

78. Cho, J.C. Barkopoulos, P. & Reading, A.E. Treatment of Insomnia, An Update. Brit Med J, in press

## <u>EDITORIALS, LETTERS TO THE EDITORS AND WRITINGS FOR POPULAR PRESS:</u>

1.  Reading, A.E.   On the language of pain.  <u>Pain</u>, 9:281, 1980.

2.  Reading, A.E.  On a comparison of pain rating scales.  <u>J.
Psychosom. Res</u>., 26:463, 1982.

3.  Reading, A.E.  How women view postepisiotomy pain.  <u>Brit.
Med. J.</u>, 284:1041-1042, 1982.

4.  Reading, A.E., Cox, D.M. and Campbell, S.  Ultrasound
scanning in pregnancy:  The therapeutic effects of feedback.
<u>Ultrasound in Med. and Biol.</u>, 8:323-324, 1982.

5.  Reading, A.E.  Measurement of male sexuality in
contraceptive research.  <u>Bull. Br. Psychol. Soc</u>., 1983.

6.  Reading, A.E.  Patient referral.  <u>Bull. Br. Psychol. Soc</u>.,
36:356, 1983.

7.  Reading, A.E.  The clinical testing of pain.  <u>J. Manu. Med</u>.,
1989.

8.  Reading, A.E.  Informed consent and AID.  <u>Fertil & Steril</u>,

14

(In press), 1989.

9.  Reading, A.E.  Stress Coping Mechanisms Aid Patient Care. The Practice Consultant, 1:7-8, 1990.

## **ABSTRACTS**:

1.  Reading, A.E.  The effects of visual search requirements on choice reaction time.  Bull. Br. Psychol. Soc., 27:367, 1973.

2.  Reading, A.E. and Cox, D.N.  The psychological impact of ultrasound scanning in pregnancy.  Bull. Br. Psychol. Soc., 34:25, 1981.

3.  Reading, A.E. and Cox, D.N.  An evaluation of methods of measuring male sexuality.  Bull. Br. Psychol. Soc., 34: 191-192, 1981.

4.  Reading, A.E., Sledmere, C.M., Campbell, S., Cox, D.N., Mooney, R., Chudleigh, P., Beedle, J. and Ruddick, H.  The psychological effects of ultrasound in antenatal clinics. Brit. J. Radiol., 54:546, 1981.

5.  Reading, A.E., Sledmere, C.M. and Everitt, B.S.  The McGill Pain Questionnaire:  A replication.  Pain, 11:151, 1981.

6.  Cox, D.N. and Reading, A.E.  Ultrasound scanning in pregnancy:  A novel form of feedback.  Biol. Psychol., 11:278, 1980.

7.  Reading, A.E., Sledmere, C.M. and Cox, D.N. Survey of attitudes towards artificial insemination by donor. Ob/Gyn Digest, p. 12, August 1983.

8.  Cohen, R.S., Ferrer-Brechner, T., Pavlov, A. and Reading, A.E.   Prospective evaluation of treatment outcome in patients referred to a cancer pain center.  Pain Suppl., 2:214, 1984.

9.  Reading, A.E., Chang, L.C., Randle, D., Meldrum, D.R., Judd, H.L.  Psychosocial correlates of response to treatment of pain associated with endometriosis.  Pain Suppl., 4: 323, 1987.

10.  Reading, A.E.  Verbal scales and the assessment of pain. Pain Suppl. 4:332, 1987.

11.  Reading, A.E., Chang, L.C., Stone, B. and Kerin, J.F.  The stress of staffing an IVF-ET program.  Fertil & Steril, (In press).

12.  Reading, A.E. and Chang, L.C.  Anxiety levels and attitude ratings in relation to an IVF pregnancy.  Fertil & Steril.,

(In press).

13.  Rapkin, A.J., Chang, L.C. and Reading, A.E.  Menstrual cycle variation in mood and cognitive processing in PMS and controls.  Fertil. & Steril., (In press).

14.  Reading, A.E. and Chang, L.C.  An evaluation of psychological processes over the course of IVF-ET.  Fertil. & Steril., (In press).

15.  Rapkin, A.J., Buckman, T.D. and Reading, A.E.  Platelet monamine oxidase B in premenstrual syndrome.  Society for Gynecological Investigation, Baltimore, Maryland, 1988.

16.  Reading, A.E.  Psychological and social aspects of the new reproductive technologies.  J. Psychosom. Obstet. Gynecol., 10(1):7, 1989.

17.  Reading, A.E.  Psychological and neuroendocrine reactions to antepartum testing.  J. Psychosom. Obstet. Gynecol., 10(1):17, 1989.

18.  Reading, A.E.  The measurement of fetal attachment over the course of pregnancy.  J. Psychosom. Obstet. Gynecol., 10(1):51, 1989.

19.  Reading, A.E.  Ultrasound in high risk pregnancy.  J. Psychosom. Obstet. Gynecol., 10(1):62, 1989.

20.  Reading, A.E., Chang, L.C. and Kerin, J.F.  Attitudes and anxiety levels of women conceiving through in vitro fertilization (IVF) or gamete intrafallopian transfer (GIFT).  Fertil. & Steril., 52(1):95-99, 1989.

21.  Rapkin, A.J., Meyer, C.B. and Reading, A.E.  Cognitive processing and premenstrual syndrome.  Fertil. & Steril., 52, 1989.

22.  Meyer, C.B. and Reading, A.E.  Intrusive thoughts and infertility as an index of emotional processing.  Fertil. & Steril., 52, 1989.

23.  Reading, A.E. and Quinn, K.  Explanatory style and infertility.  Fertil. & Steril., 52, 1989.

24.  Rapkin, A.J., Reading, A.E. & Kames, L.D. Psychological aspects o women presenting for treatment for pain associated with endometriosis. American Pain Society Meeting, Phoenix, AZ Oct 1989

25. Rapkin, A.J., Poland, R. & Reading, A.E. Electroencephalographic sleep in women with premenstrual syndrome. Society for Gynecological Investigation meeting, St Loius, MO, March 1990

16

26. Rapkin, A.J., Reading, A.E. & Woo, S. Tryptophan and neutral amino acids in premenstrual syndrome. Society for Gynecological Investigation meeting, San Antonio, TX 1991

27. Rapkin, A.J., Shoupe, D., Reading, A.E. & Mahesh, V. Decreased opioid tone in PMS: LH response to naloxone. Society for Gynecological Investigation, Chicago, IL 1995.

## PRESENTATIONS (Since 1979):

### By Invitation:

1.  Convenor of Pain Symposium at the First International Conference on Psychology and Medicine, University of Swansea, 1979.

2.  Convenor of Symposium on Psychology in Obstetrics and Gynecology at the Clinical Division of The British Psychological Society's Summer School, York, 1981.

3.  Convenor of Workshop on Pelvic Pain and Dysmenorrhea at the Third World Congress on Pain, Edinburgh, 1981.

4.  Convenor of Workshop on Psychological Approaches to the Management of Pain.  Institute of Psychiatry, 1981.

5.  Convenor of Symposium on Pelvic Pain in Women at the American Pain Society Annual Meeting, Florida, 1982.

6.  Convenor of Workshop on New Insights to Menstrual Disability, UCLA Extension, 1982.

7.  Convenor of Symposium on Risk Reduction and Health Enhancement in Pregnancy.  American Psychological Association, Los Angeles, 1983.

8.  Convenor of Workshop on McGill Pain Questionnaire. American Pain Society, 1985.

9.  Convenor of Workshop on the Management of Pain of Gynecological Origin.  American Pain Society, Washington, D.C., 1986.

10.  Convenor of Topical Seminar on Verbal Assessment Methods. World Congress on Pain, 1987.

11.  Convenor of Symposium on Psychological Aspects of Prenatal Technology.  International Congress on Psychosomatic Obstetrics and Gynecology.  Amsterdam, 1989.

12.  Convenor of Symposium on Mood and Premenstrual Syndrome. American Psychological Association Science Weekend, New Orleans, Louisiana, 1989.

13. Convenor of Symposium on Psychological aspects of Reproductive Medicine, Pacific Coast Fertility Society, Rancho Mirage, 1994.

**<u>Invited Papers</u>**:

1.  Reading, A.E.  Pain and Childbirth.  The case of episiotomy. British Association for the Advancement of Science, University of Salford, 1980.

2.  Reading, A.E.  Antenatal bonding.  Perinatal resources meeting of the European and North American Society of Obstetricians, University of London, 1980.

3.  Reading, A.E.  Towards an understanding of the chronic pelvic pain patient.  British Psychological Society and Royal College of Obstetricians and Gynecologists Joint Meeting on Psychology and Gynecology, Birmingham, 1981.

4.  Reading, A.E., Campbell, S. and Cox, D.N.  Is pelvic pain ever functional?  Scientific meeting of the Royal College of Obstetricians and Gynecologists, London, 1981.

5.  Cox, D.N., Sledmere, C.M. and Reading, A.E.  Clinical psychology and prenatal care.  Clinical Division of the British Psychological Society's summer school, York, 1981.

6.  Reading, A.E.  Further thoughts on the multidimensional assessment of pain.  American Psychological Association Annual Meeting, Washington, D.C., 1982.

7.  Reading, A.E.  Future research objectives in the study of pelvic pain.  American Pain Society Annual Meeting, Florida, 1982.

8.  Reading, A.E.  Issues in the measurement of pain.  Annual Meeting of the Society of Psychosomatic Research, Royal College of Physicians, London, 1982.

9.  Reading, A.E.  Psychological effects of fetal assessment techniques.  Contemporary Obstetric Practice, Institute for Perinatal Research, 1982.

10.  Reading, A.E.  Psychological change during pregnancy. Fourth Annual Meeting of the Society for Behavioral Medicine, Baltimore, 1983.

11.  Reading, A.E.  Smoking and alcohol in pregnancy:  The effects of fetal feedback via ultrasound.  American Psychological Association, Los Angeles, 1983.

12.  Reading, A.E.  Psychological management of the cancer pain patient.  UCLA Extension Program in Pain Management, 1983.

13.  Reading, A.E.  Clinical pain measurement.  California

18

Medical Association Annual Meeting, 1983.

14.  Reading, A.E.  Changing smoking and alcohol consumption during pregnancy.  American Psychological Association, Annual Conference, 1983.

15.  Reading, A.E.  Motivating patients towards lifestyle changes.  California Society for Cardiac Rehabilitation, 1984.

16.  Reading, A.E.  Clinical management of pelvic pain patients. California State Psychological Association Annual Meeting, 1984.

17.  Reading, A.E.  Matching patients to treatment.  Annual Meeting of the California Society for the Treatment of Alcoholism and Other Drug Dependencies, 1984.

18.  Reading, A.E.  Possible menopausal linked depressions. American Psychiatric Association Annual Meeting, 1984.

19.  Reading, A.E.  Studies with the McGill Pain Questionnaire in relation to labor and post-episiotomy pain.  IV Annual Conference in Technological Approaches to Obstetrics, San Francisco, 1984.

20.  Reading, A.E.  The Type A personality and fat intake.  UCLA Extension Program on dietary fat, heart disease and cancer, Los Angeles, 1985.

21.  Reading, A.E.  Research uses of the McGill Pain Questionnaire.  UCLA Pain Clinic Colloquium, 1986.

22.  Reading, A.E.  Pregnancy related technologies - Psychological Implication.  MacArthur Foundation workshop. In the effects of technology, pharmacology and other modern interventions in women's health.  Florida, 1987.

23.  Reading, A.E.  Developments in verbal scaling of pain: historical perspective V World Congress on Pain, Hamburg, 1987.

24.  Reading, A.E.  Pain as a subject of epidemiological study. National Center for Health Statistics Conference, San Diego, CA, 1988.

25.  Reading, A.E.  Psychological aspects of infertility.  IV World Congress on Behavior Therapy, Edinburgh, 1988.

26.  Reading, A.E.   Stress and non-coital reproduction. American Association for Behavior Therapy.  New York, 1988.

27.  Reading, A.E.  Psycholoigcal aspects of noncoital reproductive technologies.  International Congress on

Psychosomatic Obstetrics and Gynecology, Amsterdam, 1989.

28.  Reading, A.E.  Psycholoigcal state and nonstress testing in antepartum care.  International Congress on Psychosomatic Obstetrics and Gynecology, Amsterdam, 1989.

29.  Reading, A.E.  Ultrasound in high risk pregnancies. International Congress on Psychosomatic Obstetrics and Gynecology, Amsterdam, 1989.

30.  Reading, A.E.  The measurement of fetal attachment. International Congress on Psychosomatic Obstetrics and Gynecology, Amsterdam, 1989.

31.  Reading, A.E.  PMS as a psychological disorder.  UCLA Extension Conference on Controversial Diseases of the 80s, San Diego, California, 1989.

32.  Reading, A.E.  Clinical testing of pain.  Federation Internationale De Medecine Manvelle, London, 1989.

33.  Reading, A.E.  Cognitive Behavioral approaches to premenstrual syndrome and pelvic pain.  European Association for Behavioral Therapy, Vienna, 1989.

34.  Reading, A.E.  Stress management for physicians.  Torrance Memorial Medical Center.  Ojai, California, 1989.

35.  Reading, A.E.  Stress and IVF.  UCLA Extension:  IVF Meeting, Santa Barbara, CA, 1990.

36.  Reading, A.E. and Rapkin, A.J.  Workshop on management of pelvic pain.  American Fertility Society, 1990.

37.  Reading, A.E.  Psychological issues and infertility. American Fertility Society, Postgraduate Course, 1990.

38.  Reading, A.E.  Helping couples cope with IVF.  UCLA Extension:  IVF Meeting, Santa Barbara, CA, 1991.

39.  Reading, A.E.  Assessment of sexual dysfunction.  American Ferility Society, Postgraduate Course, 1991.

40.  Reading, A.E.  User perception of infertility treatments. International Congress on Psychosom. Ob Gyn, Stockholm, 1992.

41.  Reading, A.E.  Prenatal diagnosis of problem delivery: Psychological aspects.  International Congress on Psychosom. Ob Gyn.  Stockholm, 1992.

42   Reading, A E Stress Management, Dept Rehabilitation, State of California, Health & Welfare Agency Annual Regional Training Conference, December 1992

43.  Reading, A.E. Psychological aspects of sexual harassment in the
     workplace. Director's Guild, Nov 1993

44.  Reading, A.E. Psychological aspects of infertility. Pacific Coast
     Fertility Society, Rancho Mirage, 1992

45.  Reading A E. Stress Management. National Assistance League Annual
     Convention, October, 1992, Los Angeles.

47.  Reading A E  Relaxation and visualization. Interstitial Cystitis
     Association Meeting, October 1992, Los Angeles.

48.  Reading, A.E. Psychological screening of ovum donors - the UCLA
     experience. Pacific Coast Fertility Society, Rancho Mirage, 1994

49.  Reading, AE  Stress Management. UCLA Extension program on
     Preventive Cardiovascular Medicine: A Challenge for the 90's, June
     1993, Los Angeles

50.  Reading, AE Uses and Abuses of the Psychologist as expert
     witness. Century City Bar Association, 1996

51.  Reading A E. Mood Disturbances and the menopause: Understanding
     the Controversy. UCLA Extension Conference on Menopause
     Management 1997: In search of a consensus, Anaheim, September
     1997.

52.   Reading A E. Current Status of Psychology and the Law in
     Sexual Harassment: The Intersection of Psychology and Law,
     California Psychological Association, Los Angeles, Nov. 1999.

53.  Reading, A.E. Assessing the credibility of claimants in sexual
     harassment. UCLA in service, October, 2000

54. Reading, A.E. & Rosen, D. Evaluating and conveying the
     psychological impact of workplace trauma. Consumer Attorney
     Association of Los Angeles Annual Convention, Las Vegas, 2008

55. Reading, A.E. Taking the deposition of the psychological expert.
     Webinar, California Employment Lawyers Association, 2012

**By Peer Review**:

1.  Reading, A.E. and Cox, D.N.  The measurement of pain.
    First International Conference on Psychology and
    Medicine, Swansea, 1979.

2.  Reading, A.E.  An evaluation of methods assessing male
    sexuality for use in male contraceptive acceptability
    research.  Fourth World Congress on Sexology, 1979.

3.  Tyler, J.P., Hirsch, A.V., Reading, A.E., Pryor, J.P.
    and Collins, W.P.  Sexual function in men:  A placebo

trial.  Sixth International Congress of Endocrinology,
Melbourne, 1980.

4.  Reading, A.E. and Campbell, S.  An evaluation of the
psychological impact of ultrasound scanning in pregnancy.
Sixth International Congress on Psychosomatics in
Obstetrics and Gynecology, Berlin, 1980.

5.  Reading, A.E.  The effects of feedback condition of
ultrasound on maternal reactions to the fetus.  British
Psychological Society Conference on Psychology and Human
Reproduction, University of Leicester, 1980.

6.  Reading, A.E., Sledmere, C.M., Campbell, S., Mooney, R.,
Cox, D.N., Chudleigh, P., Beedle, J. and Ruddick, H.  The
psychological effects on the mother of real time
ultrasound in antenatal clinics.  British Medical Ultrasound
Society Annual Meeting, Nottingham, 1980.

7.  Cox, D.N. and Reading, A.E.  Ultrasound scanning:  A novel
form of feedback.  British Psychological Society Annual
Meeting, London, 1980.

8.  Reading, A.E. and Cox, D.N.  The therapeutic use of real
time ultrasound in pregnancy.  British Psychological Society
London Conference, London, 1980.

9.  Reading, A.E., Cox, D.N. and Sledmere, C.M.  An evaluation
of methods measuring male sexuality.  British Psychological
Society Annual Conference, Guildford, 1981.

10.  Reading, A.E., Everitt, B.S. and Sledmere, C.M.  The McGill
Pain Questionnaire:  A replication of its construction.
Third World Congress on Pain, Edinburgh, 1981.

11.  Reading, A.E., Campbell, S., Cox, D.N. and Sledmere, C.M.
The psychological impact of ultrasound in pregnancy.
American Institute of Ultrasound in Medicine Annual
Meeting, San Francisco, 1981.

12.  Cohen, R.S., Brechner, T.F. and Reading, A.E.  A survey of
subjective parameters in cancer pain patients.  American
Pain Society Annual Meeting, Florida, 1982.

13.  Cohen, B.S., Brechner, T.F., Pavlov, A., and Reading, A.E.
Prospective evaluation of treatment outcome in patients
referred to a cancer pain center.  Fourth World Congress on
Pain, 1984.

14.  Wong, N.D., Francis, C.K. and Reading, A.E.  Psychosocial
predictors of exercise treadmill test performance.  American
Heart Association Annual Conference, 1985.

15.  Reading, A.E. and Lipsker, L.  Stress management in practice

22

and at the worksite.  Workshop, California State
Psychological Association, 1986.

16.  Cox, D.N., Wittman, B.K. and Reading, A.E.  Ultrasound
scanning in pregnancy: diagnostic and psychological
implications.  First International Conference on Mental
Health and Technology, Vancouver, 1986.

17.  An Evaluation of Three Interventions Designed to Increase
Adherence Among Women with Abnormal PAP Smears.  Cushner,
I., Reading, A.E., Marcus, A., Berek, J., Crane, L., and
Kaplan, C.  Am. Soc. Public Health Annual Meeting, Las
Vegas, 1986.

18.  What Medical Practitioners Say and What Patients Hear:
An Examination of Patient's Knowledge of Their PAP Smear
Results and Treatment.  Crane, L., Kaplan, C., Marcus, A.,
Berek, J., Reading, A.E. and Cushner, I.  Am. Soc. Public
Health Annual Meeting, Las Vegas, 1986.

19.  Reading, A.E., Chang, L.C., Randle, D., Meldrum, D. and
Judd, H.R.  Psychological correlates of pain associated with
endometriosis.  Vth World Congress on Pain, Hamburg, 1987.

20.  Rapkin, A.J., Buckman, T. and Reading, A.E.  Platelet
monamine oxidase B in premenstrual syndrome.  Society of
Gynecological investigation.  Baltimore, Maryland, 1988.

21.  Reading, A.E., Kerin, J.F. and Chang, L.C.  An evaluation
of psychological processes over the course of IVF-ET.
Annual Meeting of The American Fertility Society, Atlanta,
Georgia, 1988.

22.  Rapkin, A.J., Chang, L.C. and Reading, A.E.  Menstrual cycle
variation in mood and cognitive processing in PMS and
controls.  American Fertility Society, Atlanta, Georgia,
1988.

23.  Reading, A.E., Chang, L.C., Stone, B., and Kerin, J.F.  The
stress of staffing an IVF-ET program.  American Fertility
Society, Atlanta, Georgia, 1988.

24.  Reading, A.E. and Chang, L.C.  Anxiety levels and attitude
ratings in relation to an IVF pregnancy.  American Fertility
Society, Atlanta, Georgia, 1988.

25.  Reading, A.E.  The measurement of fetal attachment over the
course of pregnancy.  Ninth International Congress of
Psychosomatic Obstetrics and Gynecology, Amsterdam, 1989.

26.  Reading, A.E., Crane, L., Kaplan, C, Cushner, I., Berek, J.
and Marcus, A.  Adherence behavior among women with abnormal
Pap smears.  Nominated as Citation Paper.  The Society of
Behavioral Medicine, San Francisco, California, 1989.

27.  Reading, A.E.  Cognitive processing and premenstrual syndrome.  American Psychological Association, Annual Convention, New Orleans, Louisiana, 1989.

28.  Marcus, A., Berek, J., Crane, L., Kaplan, C., and Reading, A.E.  Abnormal Pap smears:  Enhancing adherence.  American Public Health Association, Chicago, 1989.

29.  Reading, A.E.  An emotional processing model of infertility. Society of Reproductive and Infant Psychology, Oxford, U.K., 1989.

30.  Reading, A.E.  Psychological and social aspects of the new reproductive technologies.  Intl. Soc. Psychosom. Ob/Gyn, 1989.

31.  Reading, A.E.  Psychological and neuroendocrine reactions to antepartum testing.  Intl. Soc. Psychosom. Ob/Gyn, 1989.

32.  Reading, A.E.  The measurement of fetal attachment over the course of pregnancy.  Intl. Soc. Psychosom. Ob/Gyn, 1989.

33.  Reading, A.E.  Ultrasound in high risk pregnancy.  Intl. Soc. Psychosom. Ob/Gyn, 1989.

34.  Reading, A.E., Chang, L.C. and Kerin, J.F.  Attitudes and anxiety levels of women conceiving through in vitro fertilization (IVF) or gamete intrafallopian transfer (GIFT) American Fertility Society, 1989.

35.  Rapkin, A.J., Meyer, C.B. and Reading, A.E.  Cognitive processing and premenstrual syndrome.  American Fertility Society, 1989.

36.  Meyer, C.B. and Reading, A.E.  Intrusive thoughts and infertility as an index of emotional processing.  American Fertility Society, 1989.

37.  Reading, A.E. and Quinn, K.  Explanatory style and infertility.  American Fertility Society, 1989.

38.  Rapkin, A.J., Reading, A.E. and Kames, L.D.  Psychological aspects of women presenting for treatment for pain associated with endometriosis.  American Pain Society, Phoenix, 1989.

39.  Rapkin, A.J., McGuire, M.T., Chang, L.C. and Reading, A.E. Tryptophan loading test in premenstrual syndrome.  Society for Gynecological Investigation, San Diego, CA, 1989.

40.  Rapkin, A.J., Poland, R. and Reading, A.E.  Electro-encephalographic sleep in women with premenstrual syndrome. Society for Gynecological Investigation, St. Louis, MO,

24

1990.

41.  Reading, A.E. and Hobel, C.J.  Anxiety associated with antepartum testing.  American Society for Psychosomatic Obstetrics and Gynecology, New York City, 1990.

42.  Reading, A.E. and Rapkin, A.J.  Information processing and premenstrual syndrome.  American Society for Psychosomatic Obstetrics and Gynecology, New York City, 1990.

43.  Waldron, S. and Reading, A.E.  Information processing and infertility.  American Society for Psychosomatic Obstetrics and Gynecology, New York City, 1990.

**Miscellaneous**:

Medical Teaching Film:  Focus on Pain, by J.R. Newton and A.E. Reading, 1979, Distributed by Syntex, produced by Peter Isaacs Productions, London.

# EXHIBIT B

PLAINTIFF'S INITIAL EXPERT DISCLOSURES

Anthony E. Reading, PhD
Licensed Psychologist, PSY7525
UCLA Medical Group
Qualified Medical Examiner
Clinical Professor of Psychology
Dept. of Psychiatry & Biobehavioral Sciences
David Geffen School of Medicine at UCLA


Accounts Payable/Receivable Address:
500 N. Estrella Pkwy, Suite B2, Box 481
Goodyear, AZ 85338-4136

Tel: (310) 276-3545
Fax: (310) 276-3677
E mail: aereading@aereading.com

Fees are as follows:

| | | |
|---|---|---|
| Evaluation, chart review and report preparation: | | $675 per hour |
| Psychological testing: | | $280 per test |
| Deposition testimony: | | $1,000 per hour |
| Court testimony per | half day: | $4,000 |
| | full day: | $8,000 |
| Less than 48 hours' cancellation: | | $1,500 |
| Non-refundable portion of retainer: | | $1,000 |

# EXHIBIT C

# Designated as Confidential. Password Protected.

- 8 -

PLAINTIFF'S INITIAL EXPERT DISCLOSURES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

PLAINTIFF'S INITIAL EXPERT DISCLOSURES



# Deborah Dickson, CPA, CFE, CFF, MAFF

Deborah Dickson is an experienced CPA and expert witness, with over 30 years in the accounting profession, including more than 15 years in litigation support services and expert testimony as a forensic accountant.

---

**EXPERIENCE**

**Smith Dickson, Certified Public Accountants, LLP**                                   *Irvine, CA*

*Managing Partner*                                                                                    *1982 - Present*

- Provides forensic accounting, litigation support services and expert witness testimony with an emphasis on business disputes including fraud and embezzlement, intellectual property, real estate, trust and estate, employment, and personal injury
- Works as a forensic expert witness in Federal, State, Probate, and Family Law Courts; in arbitrations; and as a court appointed referee - providing asset and fraudulent expense tracing; economic damage analysis; lost profits and unjust enrichment calculations; forensic accounting; business valuations; financial/tax records analysis; and expert testimony
- Personally handles the tax and accounting matters for high-end business clients and owners – advising on strategic business planning, tax planning and compliance, bank financing negotiations, and financial statement presentation
- Frequently involved with due diligence and structuring of business buy/sell deals
- Is a popular speaker on subjects such as tax planning and buying/selling businesses

**PricewaterhouseCoopers, LLP (formerly Coopers & Lybrand)**              *Newport Beach, CA*

*Director of Entrepreneurial Services*                                                           *1979 - 1982*

- Provided consulting services for mid-sized companies
- Developed systems and internal controls
- Supervised audits of financial statements as well as business tax returns
- Prepared proposals and presentations to company officers

**Deloitte, LLP (formerly Touche Ross)**                                                *Newport Beach, CA*

*Senior Auditor*                                                                                         *1977 - 1979*

- Audited large, public entities and smaller, closely held organizations

**Union Bank**

*Management Track and Internal Auditor*                                                              *1977*

- Conducted surprise bank audits on offices in San Francisco, Orange, Fullerton, Newport Beach and Los Angeles



**EDUCATION**

**Golden Gate University**                                              *San Francisco, CA*
*Master's Program in Taxation courses*                                    *1990 – 1991*

**California State University, Fullerton**                              *Fullerton, CA*
*Graduate Accounting Program courses*                                    *1979 -1982*

**Brigham Young University**                                            *Provo, UT*
*Bachelor of Science Degree in Finance/Marketing*                        *1973 – 1977*

*Certifications:*
- *CFE credential (Certified Fraud Examiner)* issued by the Association of Certified Fraud Examiners (ACFE). The CFE credential denotes proven expertise in fraud prevention, detection, and deterrence. CFEs are trained to identify the warning signs and red flags that indicate evidence of fraud and fraud risk. CFEs combine knowledge of complex financial transactions with an understanding of methods, law, and how to resolve allegations of fraud.
- *CFF credential (Certified in Financial Forensics)* issued by the American Institute of Certified Public Accountants (AICPA). The CFF credential is granted exclusively to CPAs who demonstrate considerable expertise in forensic accounting through their knowledge, skills, and experience.
- *MAFF credential (Master Analyst in Financial Forensics)* issued by the National Association of Certified Valuators and Analysts (NACVA). The MAFF credential is designed to provide assurance to the legal community—the primary users of litigation consulting services—that the designee possesses a level of experience and knowledge deemed acceptable by the Institute to provide competent and professional financial forensic support services.

**ACHIEVEMENTS AND ACTIVITIES**

***Courts where expert testimony has been given:***
- U.S. District Court – Orange and Los Angeles Counties
- Superior Court – San Diego, San Bernardino, Riverside, Orange, Los Angeles, and Salt Lake Counties
- Probate Court – Los Angeles County
- Family Law Court – Orange and Riverside Counties
- Private, binding, and voluntary arbitration – multiple Counties and States

***Professional Affiliations***
- Forensic Expert Witness Association, *State of California Past President*
- Orange County Management Association, *Past President*
- J. Reuben Clark Law Society, Board Member, *Chief Financial Advisor*
- Association of Certified Fraud Examiners (ACFE), Member
- CSCPA Litigation Services Committee, Member – Sections: Economic Damages, Fraud
- Orange County Bar Association, Tax and Litigation Divisions, Associate Member
- Orange County CPA Litigation Services Committee, Member
- American Institute of Certified Public Accountants, Member
- California Society of Certified Public Accountants, Member
- Marriott School of Management, Senior Alumni Board Member
- Women Presidents' Organization, Member

- Business Valuation Certificate -   AICPA
- Segerstrom Center for the Arts, Business Leadership Council  Member
- ProVisors,  Member
- National Association of Certified Valuation Analysts (NACVA), Member
- United Way, Tocqueville Society,  Member
- Arts Orange County, Past Treasurer

### Honors and Awards

- 2016 Lifetime Achievement Award presented by National Association of Women Business Owners
- IRS Southern California Advisory Committee: One of nine CPA and law firms in Southern California selected to advise IRS Laguna Niguel Service Center on policies affecting Southern California business and individual taxpayers
- University of California, Irvine – Nominated the Amelia Earhart Corporate Award Winner.
- Orange County Business Journal "Style File" (2019)
- Segerstrom Concert Hall – two solo organ performance shows

### Speaking Engagements

Ms. Dickson is a frequent speaker and workshop leader on topics of a financial and tax nature. Some of her presentations include:

- AICPA National Accounting Conference: Ms. Dickson was recognized as one of the leading CPAs in the profession and was invited to give a two-hour presentation, following the AICPA vice chairman.
- Ms. Dickson speaks annually to CEO University on tax planning strategies.
- Ms. Dickson provides annual presentations on tax law updates to the Women President's Organization, banks, and other professional groups.

### Media

Articles

- Orange County Business Journal: "Special Report on Accounting Firms." Ms. Dickson was quoted in this special OCBJ Q&A with top leaders of the county's accounting firms.
- Marriott School of Management Exchange Magazine. Ms. Dickson's career and accomplishments were highlighted in a full-page picture and article.
- OC Business Journal: "How the Pandemic Has Impacted OC Businesses." Ms. Dickson's expert opinion was quoted in this article alongside data offered by the region's top analysts.
- Orange County Metro Magazine: "Money Detectives – On the Case with OC's Forensic Accountants." Ms. Dickson's forensic CPA activities, quotes, and picture were the subject of a two-page article.
- See smithdickson.com for articles written by Ms. Dickson

Radio

- Ms. Dickson was interviewed live on the June 6, 2013 "Critical Mass for Business" radio show. She discussed the impact of the tax code changes on closely held businesses, as well as some mitigating positive effects of changes in depreciation and other areas in the new tax code. (www.octalkradio.net).
- Ms. Dickson gave a January 8, 2013 live interview on UC Irvine's radio station, www.kuci.org, distilling the effects of the American Tax Payer Relief Act of 2012 on individuals and their businesses. (http://www.kuci.org/talk/).

# **EXHIBIT E**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

PLAINTIFF'S INITIAL EXPERT DISCLOSURES



**HOURLY RATES**
**As of January 1, 2025**

Managing Partner
    Review and Consultation            $500
    Deposition/Trial/Arbitration     550
Partner     485
Director     385
Manager     325
Supervisor     285
Senior Accountant     225
Staff Accountant     160
Associate Accountant/Bookkeeper     125

# EXHIBIT F

PLAINTIFF'S INITIAL EXPERT DISCLOSURES



# RYAN NGUYEN, CPA, CFE

---

**EXPERIENCE**    **Smith Dickson, Certified Public Accountants, LLP**    *Irvine, CA*
*Partner, Forensics & Litigation Support*    *July 2009 - Present*

- Calculate economic damages and prepare Rule 26 and other reports for commercial litigation matters involving intellectual property infringement, lost profits, fraud and embezzlement, investigative auditing, employment matters, and other issues
- Render expert witness testimony in court, arbitration/mediation, and depositions
- Manage auditing engagements in accordance with Generally Accepted Auditing Standards
- Prepare compilation and review reports in accordance with the Statements on Standards for Accounting and Review Services
- Perform tests of and recommend improvements to the internal controls of service organizations in compliance with the Statement on Standards for Attestation Engagements No. 16
- Supervise and train staff accountants
- Manage the company's basic IT functions

**Blanding, Boyer & Rockwell, LLP**    *Walnut Creek, CA*
*Auditing Intern*    *Jan. 2009 - May 2009*

- Performed analytical procedures to audit cash, payroll, A/R, A/P, fixed assets, aging schedules, undisclosed liabilities, and accruals
- Reviewed adequacy of financial statement disclosures in accordance with Generally Accepted Auditing Standards
- Tested internal control procedures and recommended action plans for improving internal controls
- Prepared individual and partnership tax returns

---

**EDUCATION**    **University of California, Berkeley, Haas School of Business**    *Berkeley, CA*
*Bachelor of Science - Business Administration*    *Class of 2009*

Relevant Business Coursework:

- Corporate Finance and Financial Statement Analysis
- Finance
- Investments
- Financial Derivatives
- Financial Information Analysis

- Financial Accounting
- Cost Accounting
- Managerial Accounting
- Macroeconomics, Microeconomic Analysis
- Marketing
- Organizational Behavior

<div style="text-align:left; writing-mode:vertical">LAW OFFICE OF ESPERANZA CERVANTES ANDERSON<br>PASADENA, CALIFORNIA</div>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action, and my business address is Law Office of Esperanza Cervantes Anderson, 1037 N. Allen Avenue, Pasadena, California 91104 (the "business").

On December 5, 2025, I served the following document(s): **PLAINTIFF PATRICK BYRNE'S INITIAL EXPERT DISCLOSURES** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Stacy L. Fode (sfode@nfclegal.com)
> Nana Yee (nyee@nfclegal.com)
> NUKK-FREEMAN & CERRA, P.C.
> 550 West C Street, Suite 910
> San Diego, California 92101

_____BY REGULAR U.S. MAIL:  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Pasadena, California.

___X____BY E-MAIL:  I sent a true and complete copy of the document(s) described above by electronic transmission to the e-mail addresses set forth opposite the name(s) of the person(s) set forth on the attached service list.

_____BY FEDERAL EXPRESS OVERNIGHT DELIVERY OR OTHER EXPRESS OVERNIGHT SERVICE:  I declare that the foregoing described document(s) was(were) deposited on the date indicated below in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on this office.

_____BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the above address(es). I sent a true and complete copy of the document(s) described above to the e-mail addresses set forth opposite the name(s) of the person(s) set forth on the attached service list pursuant to agreement by counsel to accept personal service via e-mail service.

_____(State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

___X___(Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 5, 2025 at Pasadena, California.

_____
Esperanza Cervantes Anderson

- 12 -

PLAINTIFF'S INITIAL EXPERT DISCLOSURES