# EXHIBIT F

# Clara Castaneda

| | |
|---|---|
| **From:** | Villagomez, Stacey <svillagomez@allenmatkins.com> |
| **Sent:** | Thursday, January 29, 2026 12:33 PM |
| **To:** | Kirsten Grossman; Sessions, Matthew |
| **Cc:** | Nana Yee; Stacy Fode; Zachary Brower; Clara Castaneda; Patricia Hoffman |
| **Subject:** | RE: Byrne v. Ameris | Meet and Confer |

**EXTERNAL MESSAGE**

Hi Kirsten:

Matt and I are available today from 1:00-4:00 p.m. Pacific time. Please send us a calendar invite for a time that works for you.

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

---

**From:** Kirsten Grossman <kgrossman@nfclegal.com>
**Sent:** Wednesday, January 28, 2026 4:40 PM
**To:** Sessions, Matthew <msessions@allenmatkins.com>; Villagomez, Stacey <svillagomez@allenmatkins.com>
**Cc:** Nana Yee <nyee@nfclegal.com>; Stacy Fode <SFode@nfclegal.com>; Zachary Brower <zbrower@nfclegal.com>; Clara Castaneda <CCastaneda@nfclegal.com>; Patricia Hoffman <phoffman@nfclegal.com>
**Subject:** Byrne v. Ameris | Meet and Confer

**CAUTION: External Email**

Stacey and Matt –

We reviewed Plaintiff's Summary Judgment opposition and note that it references Ms. Dickson's expert report. We'd like to set up a meet and confer call regarding Defendant's anticipated Motion to Exclude the Testimony & Report of Plaintiff's economic expert, Deborah Dickson, at the time of trial.

As you know, during Ms. Dickson's deposition on January 15, 2026, Defendant objected to Ms. Dickson's report and testimony on several grounds, including the timing and scope of the report, and advised that Defendant reserved the right to file a motion to exclude Ms. Dickson's testimony at trial. For these reasons and others that we will discuss, the testimony of Ms. Dickson should be excluded because it is not reliable, will not assist the trier of fact, and her report was not supplied in a timely manner.

**If you could provide several times <u>tomorrow/Thursday</u> during which you are available to speak, I'll send an invite**. Thanks – Kirsten G.

**Kirsten Grossman, Esq.** | Partner

Chatham Executive Center | 26 Main Street | Suite 202 | Chatham | NJ | 07928
Office 973.665.9100 | Direct 973.507.7626| Fax 973.665.9101
kgrossman@nfclegal.com  |  nfclegal.com
Bar admissions: NJ, NY



This message is intended solely for the use of the individual or entity to which it is addressed and may contain information that is confidential, privileged and/or exempt by law from disclosure. If you are not the intended recipient, you are hereby notified that any further dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete all copies. Thank you.

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.