# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>　　　　　　Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AMERIS BANK'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE OPINIONS AND TESTIMONY FROM PLAINTIFF'S EXPERT DEBORAH DICKSON UNDER FRE 702 AND DAUBERT**<br><br>Hon. Michelle Williams Court<br>Date: March 13, 2026<br>Time: 1:30p.m.<br>Place: Courtroom 6A<br><br>Discovery Cut-Off: November 28, 2025<br>Pre-trial Conference: May 22, 2026<br>Trial: June 1, 2026 |

On February 6, 2026, Defendant Ameris Bank's ("Defendant") Notice of Motion *In Limine* No. 2 to Exclude Opinions and Testimony From Plaintiff's Expert Deborah Dickson Under FRE 702 And Daubert, came for hearing before this Court, the Honorable Michelle Williams Court, United States District Judge, presiding.

After full consideration of the evidence, and all written and oral arguments and evidence submitted on the motion, and the issues having been duly heard and a decision having been duly rendered:

IT IS HEREBY ORDERED:

1. The Court GRANTS the Motion and ORDERS the following:

    a. The expert report and opinions of Plaintiff's expert, Ms. Deborah Dickson, are **EXCLUDED**.

    b. Plaintiff, his counsel, and any other witness is **PRECLUDED** from referring to or introducing evidence, references to evidence, testimony or argument relating to any testimony, reports, declarations or statements of opinion by Ms. Dickson purporting to constitute testimony of an expert witness in this action.

**IT IS SO ORDERED.**

Dated: _____

By: _____
Hon. Michelle Williams Court
United States District Judge