Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, CA 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Attorneys for Defendant
AMERIS BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**DEFENDANT AMERIS BANK'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTIONS *IN LIMINE* NOS. 1 & 2**<br><br>Hon. Michelle Williams Court<br>Place: Courtroom 6A<br><br>Discovery Cut-Off: November 28, 2025<br>Pre-trial Conference: May 22, 2026<br>Trial: June 1, 2026 |

      Pursuant to Local Rule 79-5.2.2(a) and the Stipulated Protective Order entered in this action on June 20, 2025, Defendant Ameris Bank ("Ameris") hereby submits this Application for Leave to File Documents Under Seal in Support of its Motions in Limine Nos. 1 and 2 to Exclude the Opinions and Testimony of Plaintiff Patrick Byrne's ("Byrne") economic expert, Deborah Dickson ("Dickson"), as set forth in her January 2, 2026 expert report (the "Dickson Report").

      Ameris's Application for Leave to File Documents Under Seal is based on this Application, the Declaration of Stacy L. Fode filed under seal concurrently herewith, the [Proposed] Order attached hereto, and all records and filings in this action.

      Ameris respectfully requests leave to file under seal the following document in support of Defendant's Motions in Limine Nos. 1 and 2 to Exclude the Dickson Report: (1) limited portions of the Dickson Report (Exhibit B of the Declaration of Stacy L. Fode in support of Ameris's Motions in Limine Nos. 1 and 2), which Ameris designates as "CONFIDENTIAL" pursuant to the Stipulated Protective Order entered in this action:

| Exhibit | Description | Basis for Sealing |
|---|---|---|
| B | Dickson Report, Portions to be Sealed:<ul><li>Page 1, limited portions of paragraph 5 that include only the percentage of interest cost, cost of funds, and net investments.</li><li>Page 4, limited portions of paragraph 20 that include only the percentage of net investment, loan growth, and actual net charge offs on the portfolio.</li><li>Page 5, limited portions of paragraphs 21, 22, 23</li></ul> | (Partially redacted) The redacted portions of this document contain confidential and non-public information relating to the 2022 and 2023 division EBT, employee bonus pool, cost of funds, division pricing models, and division earnings and losses. **UNOPPOSED** |

| Exhibit | Description | Basis for Sealing |
|---|---|---|
| | and 24 that include only the calculations under the LTIP for 2022 and 2023.<br>• Page 6, limited portions of paragraphs 26 and 29 that include only the calculations under the LTIP for 2022 and 2023, and the percentages of interest paid on borrowings.<br>• Page 7, limited portions of paragraphs 33 and 34 that include only the calculations related to alleged underpaid acquisition proceeds.<br>• Page 16, Ex. 3, limited to only the calculations of the total incentive pool cash bonus award for 2022.<br>• Page 17, Ex. 4, limited to only the calculations of the total incentive pool cash bonus award for 2023.<br>• Page 18, Ex. 5, limited to only the calculations of adjusted provision for loan losses per LTIP for Balboa Capital. | |

As detailed in the Declaration of Stacy L. Fode, the above-referenced Dickson Report contains highly sensitive confidential, proprietary, and trade secret information, including sensitive non-public financial information. Accordingly, Ameris seeks only limited and narrowly tailored redactions of its sensitive and non-public financial information.

1   In accordance with Local Rules 7-3 and 79-5.2.2—and as set forth in the
2   attached Declaration of Stacy L. Fode— on Friday, February 6, 2026, counsel for the
3   parties held a meet and confer call during which they discussed each of the proposed
4   redactions to the Dickson Report included in this Application. Plaintiff's counsel stated
5   that he would not be opposing the Application.

6   For the foregoing reasons, Ameris respectfully requests that the Court issue an
7   order permitting Ameris to file portions of the Dickson Report under seal.

Dated: February 6, 2026               **NUKK-FREEMAN & CERRA**

By:    *s/Stacy L. Fode*
       Stacy L. Fode, Esq.
       Nana J. Yee, Esq.
       Attorney for Defendant
       AMERIS BANK