# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>　　　　　Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**ORDER GRANTING DEFENDANT AMERIS BANK'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTIONS IN LIMINE NOS. 1 & 2 (DKT. 117)** |

On February 13, 2025, Defendant Ameris Bank's ("Defendant") Application for Leave to Seal Documents Under Seal, came for hearing before this Court, the Honorable Michelle Williams Court, United States District Judge, presiding.

After full consideration of the evidence, and all written and oral arguments and evidence submitted on the motion, and the issues having been duly heard and a decision having been duly rendered:

**IT IS HEREBY ORDERED:**

1. The Court finds that there are compelling reasons to seal the material at issue; and

2. The Court **GRANTS** the application and **ORDERS** the following materials be filed under seal:

    a. The following portions of the January 2, 2026, economic expert report of Deborah Dickson ("Dickson Report"):

| Exhibit | Description | Basis for Sealing |
|---|---|---|
| B | Dickson Report, Portions to be Sealed:<br>• Page 1, limited portions of paragraph 5 that include only the percentage of interest cost, cost of funds, and net investments.<br>• Page 4, limited portions of paragraph 20 that include only the percentage of net investment, loan growth, and actual net charge offs on the portfolio.<br>• Page 5, limited portions of paragraphs 21, 22, 23 and 24 that include only the calculations under the LTIP for 2022 and 2023. | (Partially redacted) The redacted portions of this document contain confidential and non-public information relating to the 2022 and 2023 division EBT, employee bonus pool, cost of funds, division pricing models, and division earnings and losses. **UNOPPOSED** |

| Exhibit | Description | Basis for Sealing |
|---|---|---|
| | - Page 6, limited portions of paragraphs 26 and 29 that include only the calculations under the LTIP for 2022 and 2023, and the percentages of interest paid on borrowings.<br>- Page 7, limited portions of paragraphs 33 and 34 that include only the calculations related to alleged underpaid acquisition proceeds.<br>- Page 16, Ex. 3, limited to only the calculations of the total incentive pool cash bonus award for 2022.<br>- Page 17, Ex. 4, limited to only the calculations of the total incentive pool cash bonus award for 2023.<br>- Page 18, Ex. 5, limited to only the calculations of adjusted provision for loan losses per LTIP for Balboa Capital. | |

**IT IS SO ORDERED.**

Dated: February 13, 2026

By: *[signature]*

Hon. Michelle Williams Court
United States District Judge