MATTHEW SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
         svillagomez@allenmatkins.com
         mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>  Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>  Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge Michelle Williams Court<br><br>**PLAINTIFF PATRICK BYRNE'S APPLICATION TO FILE DOCUMENT UNDER SEAL REGARDING OPPOSITION TO MOTIONS IN LIMINE**<br><br>Disc. Cutoff:  November 28, 2025<br>Trial Date:  June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4915-1971-1120.1

PLAINTIFF PATRICK BYRNE'S
APPLICATION TO FILE DOCUMENT UNDER
SEAL

Pursuant to Local Rule 79-5.2.2(b), Plaintiff Patrick Byrne respectfully requests leave to file under seal one exhibit submitted in support of Plaintiff's Oppositions to Defendant Ameris Bank's Motions in Limine Nos. 1 and 2 (Dkts. 115 & 116). This exhibit was designated "CONFIDENTIAL" by Defendant pursuant to the Stipulated Protective Order entered in this action. Specifically, Plaintiff seeks leave to file under seal the Expert Report of Maryellen Sebold.

In compliance with Local Rules 7-3 and 79-5.2.2, and as set forth in the accompanying Declaration of Stacey A. Villagomez, counsel met and conferred via Zoom on February 19, 2026, at the earliest practicable opportunity following Plaintiff's decision to rely on the document designated as confidential. During that conference, Plaintiff advised Defendant that it intended to rely on the designated document and that Plaintiff would not oppose any sealing request submitted by Defendant. Defendant's counsel indicated that she would confer with her client regarding whether Defendant would seek sealing of the document. On February 20, 2026, counsel for Defendant provided counsel for Plaintiff a version of Ms. Sebold's Expert Report that included Defendant's proposed redactions. Plaintiff does not oppose Defendant's proposed redactions.

Accordingly, Plaintiff respectfully requests that the Court grant leave to file the Expert Report of Maryellen Sebold under seal. Because the document was designated "CONFIDENTIAL" by Defendant, Defendant bears the burden of establishing that the material is sealable under applicable law and Local Rule 79-5. Plaintiff files this Application out of an abundance of caution and in compliance with the Protective Order.

For the foregoing reasons, Plaintiff respectfully requests that the Court issue and order permitting Plaintiff to file the Expert Report of Maryellen Sebold under seal.

| | |
|---|---|
| Dated: February 20, 2026 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>MATTHEW SESSIONS<br>STACEY A. VILLAGOMEZ<br>MADISON E. LARSEN<br><br>By:     */s/ Matthew Sessions*<br>    MATTHEW SESSIONS<br>    Attorneys for Plaintiff<br>    PATRICK BYRNE |