UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Michelle Williams Court<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**<br><br>Disc. Cutoff: November 28, 2025<br>Trial Date: June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4915-7478-0560.1

Case No. 8:24-cv-01989-MWC-JDE
[PROPOSED] ORDER

The Court, having considered Plaintiff Patrick Byrne's Application for Leave to File Document Under Seal (the "Application"), filed in connection with Plaintiff's Oppositions to Defendant Ameris Bank's Motions in Limine Nos. 1 and 2 (Dkts. 115 & 116), and the accompanying Declaration of Stacey A. Villagomez, and good cause appearing:

IT IS HEREBY ORDERED:

1. The Court finds that good cause exists to seal the material identified in the Application.

2. Plaintiff's Application is GRANTED.

3. The following document may be filed under seal: The Expert Report of Maryellen Sebold, submitted in support of Plaintiff's Oppositions to Defendant Ameris Bank's Motions in Limine Nos. 1 and 2.

**IT IS SO ORDERED.**

Dated: _____

Hon. Michelle William Court
United States District Judge