MATTHEW SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: msessions@allenmatkins.com
        svillagomez@allenmatkins.com
        mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Michelle Williams Court<br><br>**PROOF OF SERVICE**<br><br>Disc. Cutoff: November 28, 2025<br>Trial Date: June 1, 2026 |

# **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 2010 Main Street, 8th Floor, Irvine, California 92614-7214.

On February 21, 2026, I served the within document(s) described as:

- **DECLARATION OF STACEY A. VILLAGOMEZ IN SUPPORT OF PLAINTIFF PATRICK BYRNE'S APPLICATION TO FILE DOCUMENT UNDER SEAL REGARDING OPPOSITION TO MOTIONS IN LIMINE**

- **UNREDACTED EXPERT REPORT OF MARYELLEN SEBOLD**

on the interested parties in this action as stated below:

| | |
|---|---|
| Stacy L. Fode, Esq<br>Nana J. Yee, Esq<br>NUKK-FREEMAN & CERRA, P.C.<br>550 West C Street, Suite 910<br>San Diego, CA 92101<br>sfode@nfclegal.com<br>nyee@nfclegal.com | Attorneys for Defendant<br>AMERIS BANK |
| Kirsten Grossman, Esq.<br>Zachary Brower, Esq.<br>NUKK-FREEMAN & CERRA, PC<br>Chatham Executive Center<br>26 Main Street, Suite 202<br>Chatham, New Jersey 07928<br>kgrossman@nfclegal.com<br>zbrower@nfclegal.com<br>ccastaneda@nfclegal.com<br>phoffman@nfclegal.com | |

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Pursuant to Fed. R. Civ. P. 5, E.D. Cal. L.R. 135, and all other applicable law, I caused a true copy of the foregoing document to be sent to the persons at the corresponding electronic address as indicated above on the above-mentioned date. My electronic notification address is apineda@allenmatkins.com. I am readily familiar with this firm's Microsoft Outlook electronic mail system and did not receive any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on February 21, 2026, at Irvine, California.

| | |
|---|---|
| Anabel Pineda | */s/ Anabel Pineda* |
| (Type or print name) | (Signature of Declarant) |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4913-6056-1297.1

-2-

Case No. 8:24-cv-01989-MWC-JDE
PROOF OF SERVICE