# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> AMERIS BANK, a Georgia corporation <br><br> Defendants. | Case No. 8:24-cv-01989-MWC (JDEx) <br><br> **ORDER GRANTING THE JOINT STIPULATION TO EXTEND THE DEADLINE TO COMPLETE PRIVATE MEDIATION (DKT. 130)** |

Upon consideration of Plaintiff Patrick Byrne's ("Plaintiff") and Defendant Ameris Bank's ("Defendant") Stipulation to Extend the Deadline to Complete Private Mediation, and good cause appearing therefor, it is hereby **ORDERED**:

1. The Parties' Stipulation to Extend the Deadline to Complete Private Mediation is **GRANTED**.

-1-

2. The deadline to complete private mediation on or before March 6, 2026 is **VACATED**.

3. The Parties are now **ORDERED** to complete private mediation on or before April 9, 2026.

**IT IS SO ORDERED.**

Date: February 25, 2026



HON. MICHELLE WILLIAMS COURT
United States Judge for the
Central District of California