MATTHEW SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
         svillagomez@allenmatkins.com
         mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge Michelle Williams Court<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>Disc. Cutoff:  November 28, 2025<br>Trial Date:     June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4899-0177-2438.4

Case No. 8:24-cv-01989-MWC-JDE
PLAINTIFF'S WITNESS LIST

## PLAINTIFF'S WITNESS LIST

Plaintiff Patrick Byrne ("Byrne" or "Plaintiff") hereby submits the following Disclosure of Witnesses in advance of trial. Plaintiff identifies the witnesses he may call at trial, along with a brief summary of their anticipated testimony and estimated time for direct examination. Plaintiff reserves the right to call any witness identified by Defendant, as well as any witness necessary for impeachment or rebuttal.

The summaries set forth below are not intended to be exhaustive and are based on information presently available. Plaintiff further reserves the right to supplement or amend this disclosure as discovery continues, additional information becomes available, or as otherwise permitted by the Court.

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Patrick Byrne | Patrick Byrne is the founder and former CEO of Balboa Capital. He owned Balboa Capital until Defendant Ameris Bank ("Ameris") purchased it in 2022. Thereafter, he served as CEO of the Balboa Division of Ameris until Ameris terminated him on or about June 30, 2024. Mr. Byrne will testify regarding: (1) Pre-acquisition negotiations of Balboa Capital, (2) Balboa Capital's pre-acquisition | 8 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | accounting and business practices, (3) the Employment Agreement, (4) the LTIP Agreement and how to calculate the LTIP Pool, (5) Communications with Ameris executives regarding the LTIP; and (6) his termination and the impact the dispute had on him. | | | |
| Phil Silva | Phil Silva is the President of the Balboa Division of Ameris. He is expected to testify regarding: (1) Balboa Capital's pre-acquisition accounting and business practices, (2) Byrne's efforts to address the dispute with Ameris concerning the LTIP Pool calculation, and (3) his understanding of, and involvement in, Byrne's entitlement and receipt of any wages under the LTIP Agreement. Mr. Silva | 1.5 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | will be called as an adverse witness under FRE 611(c). | | | |
| Nicole Stokes | Nicole Stokes is the Chief Financial Officer of Ameris. She is expected to testify regarding: (1) Pre-acquisition negotiations of Balboa Capital, (2) the Employment Agreement, (3) the LTIP Agreement, (4) Ameris's calculations of the LTIP Pool, and (5) Byrne's termination. Ms. Stokes will be called as an adverse witness under FRE 611(c). | 2 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |
| Jim LaHaise | Jim LaHaise was the Chief Strategy Officer of Ameris. He served as Byrne's direct supervisor following Ameris's acquisition of Balboa Capital. He is expected to testify regarding: (1) Pre-acquisition negotiations of Balboa Capital, (2) Ameris's acquisition of Balboa Capital, (3) his role as Byrne's | 2.5 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | direct supervisor, (4) the LTIP Agreement, (5) Byrne's communications with Ameris executives regarding the LTIP, (6) Ameris's accounting practices, and (7) Byrne's termination. Mr. LaHaise will be called as an adverse witness under FRE 611(c). | | | |
| Sufhan Majid | Sufhan Majid is currently the Senior Director of Accounting at Ameris Bank. He is expected testify regarding: (1) the LTIP Agreement, (2) Ameris's interpretation of and calculations under the LTIP Agreement, (3) Ameris's accounting practices, and (4) Byrne's communications with Ameris executives regarding the LTIP. Mr. Majid will be called as an adverse witness under FRE 611(c). | 1.5 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| David Sparacio | David Sparacio was an Executive Vice President at Ameris Bank. He is expected to testify regarding (1) the LTIP Agreement, (2) Ameris's interpretation of and calculations under the LTIP Agreement, (3) Ameris's accounting practices, and (4) Byrne's communications with Ameris executives regarding the LTIP. Mr. Sparacio will be called as an adverse witness under FRE 611(c). | 1.5 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |
| Heather Parker | Heather Parker was the Chief Financial Officer of Balboa Capital before Ameris's acquisition, and is now the Director of Loan Operations at Ameris. She is expected to testify regarding: (1) her experience working at Balboa Capital and with Patrick Byrne, (2) Byrne's | 2 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4899-0177-2438.4

-6-

Case No. 8:24-cv-01989-MWC-JDE
PLAINTIFF'S WITNESS LIST

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | communications with Ameris executives regarding the LTIP, and (3) her understanding of the impact that the dispute had on Byrne. Ms. Parker will be called as an adverse witness under FRE 611(c). | | | |
| Palmer Proctor | Palmer Proctor is the CEO of Ameris Bank. He is expected to testify regarding: (1) Byrne's termination from Ameris, and (2) Ameris's position regarding Byrne's compensation under the LTIP. Mr. Proctor will be called as an adverse witness under FRE 611(c). | 1.5 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |
| Robert Rasmussen | Robert Rasmussen was Balboa's Chief Credit Officer and later its Chief Operating Officer. He will testify regarding: (1) Balboa's operations and pre-acquisition structure, (2) the LTIP Agreement, (3) | 2 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | communications and employee reliance, and (4) Byrne's leadership and performance. | | | |
| Jacquie Emert | Jacquie Emert was the Vice President of Loan Operations for the Balboa Division of Ameris Bank. She worked closely with Mr. Byrne pre-acquisition and is familiar with Balboa's accounting principles and practices. Ms. Emert will testify regarding: (1) Balboa's operations and oversight of business operations prior to the acquisition, (2) the LTIP Agreement, (3) communications during the acquisition, (3) her interactions with Ameris personnel, and (4) Byrne's conduct and leadership pre- and post-acquisition. | 2 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |
| Maryellen Sebold | Maryellen Sebold is Ameris's retained forensic accounting | 1 | Defendant to insert estimate | To be determined at the Final |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | expert who will testify regarding her calculation of damages in the action. Ms. Sebold will be called as an adverse witness under FRE 611(c). | | | Pretrial Conference |
| Deborah Dickson | Deborah Dickson is Byrne's retained forensic accounting expert and will testify regarding the same topics as Maryellen Sebold. | 2 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |
| Dr. David Lechuga | Dr. David Lechuga is Ameris's retained psychological expert. He will testify regarding the same topics as Dr. Anthony Reading. Mr. Lechuga will be called as an adverse witness under FRE 611(c). | 1 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |
| Dr. Anthony Reading | Dr. Anthony Reading is Byrne's retained psychological expert. He will testify regarding: (1) the psychological effects of Byrne's work experience at Ameris, (2) offer evidence of Byrne's psychiatric | 2 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | injury related to his work experience, (3) the causal connection between Byrne's work experience and the emotional harm he suffered, and (4) Byrne's prognosis and need for possible future treatment. | | | |
| Denise Byrne | Denise Byrne is Byrne's wife. She will testify regarding the emotional toll this dispute has taken on Byrne. | 1 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |
| Leo Hill | Leo Hill is a Director of Ameris Bank. He is expected to testify regarding: (1) Byrne's termination from Ameris, and (2) Ameris's position regarding Byrne's compensation under the LTIP. Mr. Hill will be called as an adverse witness under FRE 611(c). | .5 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |
| Jon Edwards*[1] | Jon Edwards is the Chief Credit Officer of Ameris Bank. He is expected to testify regarding: (1) Ameris's credit | .5 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |

[1] Per L.R. 16-5, an asterisk indicates a witness who may be called only if needed.

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | review of the Balboa portfolio, including the PayNet CECL model; (2) Ameris's CECL model and loan loss reserves; (3) the trucking portfolio; (4) Ameris's public statements regarding Balboa; and (5) his involvement in decisions relating to Byrne's termination. Mr. Edwards will be called as an adverse witness under FRE 611(c). | | | |
| Doug Strange* | Doug Strange is an Executive Vice President of Ameris Bank and succeeded Jon Edwards as Chief Credit Officer. He is expected to testify regarding: (1) Ameris's CECL model and loan loss reserves; (2) the transition of the Chief Credit Officer role; (3) the trucking portfolio; and (4) his involvement in decisions relating to Byrne's termination. Mr. Strange will be | .5 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | called as an adverse witness under FRE 611(c). | | | |
| Jody Spencer* | Jody Spencer is the Chief Legal Officer of Ameris Bank. He is expected to testify regarding: (1) the LTIP and Byrne's employment agreement; (2) escrow and transaction-related matters; (3) communications concerning Byrne's accounts; and (4) decisions relating to Byrne's termination. Mr. Spencer will be called as an adverse witness under FRE 611(c). | .5 | Defendant to insert estimate | To be determined at the Final Pretrial Conference |
| | **TOTAL HOURS** | **33.5 HOURS** | | |

Plaintiff anticipates approximately 33.5 hours of testimony at trial. Given the breadth of witnesses and the complexity of the issues – particularly those involving Defendant's accounting practices and LTIP determinations – additional trial time is necessary to ensure that the evidence is presented in a clear and coherent manner. Without sufficient time, Plaintiff will be required to compress or omit material testimony, which would prejudice Plaintiff's ability to fully present his case and hinder the jury's ability to reach a just verdict. Plaintiff therefore respectfully

requests that the Court extend the trial time accordingly.

Dated:  April 17, 2026

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
MATTHEW SESSIONS
STACEY A. VILLAGOMEZ
MADISON E. LARSEN

By: _____
MATTHEW SESSIONS
Attorneys for Plaintiff
PATRICK BYRNE

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4899-0177-2438.4

Case No. 8:24-cv-01989-MWC-JDE
PLAINTIFF'S WITNESS LIST

-13-