Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, CA 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Attorneys for Defendant
AMERIS BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>　　　　　Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**DEFENDANT AMERIS BANK'S WITNESS LIST**<br><br>Judge: Hon. Michelle Williams Court<br>Dept.: Courtroom 6A<br><br>Discovery Cut-Off: November 28, 2025<br>Pretrial Conference: May 22, 2026<br>Trial Date: June 1, 2026 |

TO THE ABOVE-ENTITLED COURT AND TO PLAINTIFF PATRICK BYRNE AND HIS ATTORNEY OF RECORD:

Defendant Ameris Bank ("Ameris" or "Defendant") hereby submits the following list of witnesses.

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Patrick Byrne c/o Allen Matkins 2010 Main Street, 8th Floor, Irvine, CA 92614-7214 (949) 553-1313 | Plaintiff. He is expected to testify regarding his employment with Ameris, the allegations set forth in his Complaint, and the alleged damages. Plaintiff will be called as an adverse witness according to FRE 611(c). | 6 hours | 6 hours | To be determined at the Final Pretrial Conference ("FPTC") |
| James LaHaise c/o Nukk-Freeman & Cerra, PC, 550 West C Street, Suite 910, San Diego, CA. | Ameris Chief Strategy Officer. He is expected to testify about unique and non-redundant matters including Plaintiff's onboarding | 3 hours | Plaintiff to insert estimate | To be determined at the FPTC |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| (619) 292.0515 | at Ameris, job performance, compensation and termination. Mr. LaHaise was Plaintiff's direct supervisor throughout his employment at Ameris. | | | |
| Phil Silva c/o Nukk-Freeman & Cerra, PC, 550 West C Street, Suite 910, San Diego, CA. (619) 292.0515 | He is expected to testify about unique and non-redundant matters including Plaintiff's job performance, leadership, interactions with colleagues, and conduct based on his decades of experience working with Plaintiff, both before and after the acquisition. | 2 hours | Plaintiff to insert estimate | To be determined at the FPTC |
| David Sparacio c/o Nukk-Freeman | Former Corporate Controller at Ameris. | 1 hours | Plaintiff to insert | To be determined |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| & Cerra, PC, 550 West C Street, Suite 910, San Diego, CA. (619) 292.0515 | He is expected to testify about unique and non-redundant matters including Defendant's business operations, accounting policies and practices including GAAP, workplace interactions, and his communications with Plaintiff and others concerning Plaintiff's allegations, as well as other matters relating to Plaintiff's employment. | | estimate | at the FPTC |
| Nicole Stokes c/o Nukk-Freeman & Cerra, PC, 550 West C Street, Suite 910, San Diego, CA. | Chief Financial Officer at Ameris. She is expected to testify about unique and non-redundant matters including Defendant's | 3 hours | Plaintiff to insert estimate | To be determined at the FPTC |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| (619) 292.0515 | business operations, accounting policies and practices including GAAP, workplace interactions, and her communications with Plaintiff and others concerning Plaintiff's allegations, Plaintiff's job performance, as well as other matters relating to Plaintiff's employment and compensation. | | | |
| Ross Creasy* c/o Nukk-Freeman & Cerra, PC, 550 West C Street, Suite 910, San Diego, CA. (619) 292.0515 | Ameris Chief Information Officer. He is expected to testify about unique and non-redundant matters including workplace interactions, his communications with Plaintiff and | 45 minutes | Plaintiff to insert estimate | To be determined at the FPTC |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
|  | others concerning Plaintiff's allegations, after-acquired evidence related to Plaintiff's misconduct, as well as other matters relating to Plaintiff's employment. |  |  |  |
| Bill McKendry c/o Nukk-Freeman & Cerra, PC, 550 West C Street, Suite 910, San Diego, CA. (619) 292.0515 | Ameris Chief Risk Officer. He is expected to testify about unique and non-redundant matters including workplace interactions, his communications with Plaintiff and others concerning Plaintiff's allegations, after-acquired evidence related to Plaintiff's misconduct, as well as other matters relating to Plaintiff's | 1.0 hour | Plaintiff to insert estimate | To be determined at the FPTC |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | employment. | | | |
| Denise Byrne c/o Allen Matkins 2010 Main Street, 8th Floor, Irvine, CA 92614-7214 (949) 553-1313 | Plaintiff's wife. She is expected to testify regarding her observations of Plaintiff relating to Plaintiff's alleged damages, mitigation, after-acquired evidence, as well as other matters relating to Plaintiff's claims. Ms. Byrne will be called as an adverse witness according to FRE 611(c). | 0.5 hour | Plaintiff to insert estimate | To be determined at the FPTC |
| Aidan Byrne c/o Allen Matkins 2010 Main Street, 8th Floor, Irvine, CA 92614-7214 (949) 553-1313 | Plaintiff's son. He is expected to testify regarding his observations of Plaintiff relating to his alleged damages. Mr. Byrne will be called as | .5 hours | Plaintiff to insert estimate | To be determined at the FPTC |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
|  | an adverse witness according to FRE 611(c). |  |  |  |
| Hudson Byrne c/o Allen Matkins 2010 Main Street, 8th Floor, Irvine, CA 92614-7214 (949) 553-1313 | Plaintiff's son. He is expected to testify regarding his observations of Plaintiff relating to his alleged damages. Mr. Byrne will be called as an adverse witness according to FRE 611(c). | .5 hours | Plaintiff to insert estimate | To be determined at the FPTC |
| Ella Byrne c/o Allen Matkins 2010 Main Street, 8th Floor, Irvine, CA 92614-7214 (949) 553-1313 | Plaintiff's daughter. She is expected to testify regarding her observations of Plaintiff relating to his alleged damages. Ms. Byrne will be called as an adverse witness according to FRE 611(c). | .5 hours | Plaintiff to insert estimate | To be determined at the FPTC |

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Maryellen Sebold 1925 Century Park East, 15th Floor Los Angeles, CA, 90067 (310) 246 - 3592 | Defendant's Expert. She is expected to testify regarding opinions within the scope of her expertise, including analysis of Plaintiff's allegations, claimed damages, and other matters at issue in this action. | 1.0 hours | Plaintiff to insert estimate | To be determined at the FPTC |
| Dr. David Lechuga Neurobehavioral Clinic & Counseling Center, 13 Orchard Road, Ste103, Lake Forest, CA 92630. (949)-837-3358 | Defendant's Expert. He is expected to testify regarding opinions within the scope of his expertise, including analysis of Plaintiff's allegations, claimed damages, and other matters at issue in this action. | 1.0 hour | Plaintiff to insert estimate | To be determined at the FPTC |
| | **TOTAL HOURS** | **20.75 Hours** | | |

\* Indicates that the witness will be called only if the need arises, per Court's Civil Trial Order.

///

Dated:  April 16, 2026                    **NUKK-FREEMAN & CERRA**

By:

_/s/Stacy L. Fode_
Stacy L. Fode, Esq.
Nana J. Yee, Esq.
Attorney for Defendant
AMERIS BANK