Matthew Sessions (SBN 307098)
Stacey A. Villagomez (SBN 317081)
Madison E. Larsen (SBN 364953)
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone: 949.553.1313
Facsimile: 619.566.4741
E-Mail: msessions@allenmatkins.com
　　　　svillagomez@allenmatkins.com
　　　　mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, California 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Attorneys for Defendant
AMERIS BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>　　　　Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**JOINT TRIAL EXHIBIT LIST**<br><br>Judge: Hon. Michelle Williams Court<br>Dept.: Courtroom 6A<br><br>Discovery Cut-Off: November 28, 2025<br>Pretrial Conference: May 22, 2026<br>Trial Date: June 1, 2026 |

*Patrick Byrne v. Ameris Bank*　　　　　　　　　　　　　　　Case No. 8:24-01989
JOINT TRIAL EXHIBIT LIST

To the extent any of the foregoing exhibits of Defendant Ameris Bank ("Ameris") are marked CONFIDENTIAL under the parties' Protective Order [ECF 29] Ameris is not waiving and reserves any and all rights of confidentiality under said Protective Order. The parties will meet and confer regarding confidentiality designations prior to trial.[12]

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 1. | 12/31/20 Balboa Capital Corporation and Subsidiaries Consolidated Financial Report [PLAINTIFF 000278-301] | | | | | |
| 2. | 06/18/21 RSM letter to Board of Directors; and Balboa Capital representation letter [PLAINTIFF 001079-1085] | | | | | |
| 3. | 07/15/21 Ameris Bank Code of Business and Ethics [AMERIS000415-424] | | | | | |

[1] Defendant's exhibit list includes certain documents discussing the 2024 Long-Term Incentive Plan ("2024 LTIP"), which Defendant seeks to exclude pursuant to its Motion in Limine No. 4. Defendant includes these documents on its exhibit list solely to preserve its rights in the event the Court denies the Motion in Limine, in whole or in part. By including these exhibits, Defendant does not waive any arguments raised in Motion in Limine No. 4, nor does Defendant waive any objection to the admissibility of such documents on any ground.

[2] Defendant's exhibit list includes certain documents untimely produced by Plaintiff, which Defendant seeks to exclude pursuant to its Motion in Limine No. 3. Defendant includes these documents on its exhibit list solely to preserve its rights in the event the Court denies the Motion in Limine, in whole or in part. By including these exhibits, Defendant does not waive any arguments raised in Motion in Limine No. 3, nor does Defendant waive any objection to the admissibility of such documents on any ground.

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 4. | 08/02/21 Letter from James LaHaise to Michael H. Jones regarding acquisition of Balboa Capital Corporation [PLAINTIFF 001137-1146] | | | | | |
| 5. | 12/10/21 Stock Purchase Agreement [AMERIS000 132-218] | | | | | |
| 6. | 12/10/21 Employment Agreement between Ameris Bank and Patrick Byrne [AMERIS00023 8-259] | | | | | |
| 7. | 12/10/21 Disclosure Schedules [PLAINTIFF 000244-386] | | | | | |
| 8. | 2022 Form W-2 Wage & Tax Statement [AMERIS000006- 10] | | | | | |
| 9. | 2022 Senior Manager Performance Review [AMERIS000088-92] | | | | | |
| 10. | 2022 Excel spreadsheet - Dec. 2022 Income Statement Balboa Capital [AMERIS000961] | | | | | |

*Patrick Byrne v. Ameris Bank*
JOINT TRIAL EXHIBIT LIST

Case No. 8:24-01989
Page 2

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 11. | 04/22/22 Email chain, latest email from Laura Rodriguez to Patrick Byrne regarding Balboa MGMT BONUS ACCR MAR2022 [AMERIS00I 184-1186] | | | | | |
| 12. | 04/22/22 Email chain, latest email to David Rogers regarding Approval Requested: BALBOA MGMT BONUS ACCR MAR 2022, and all attachments [AMERIS00 1861-1864] | | | | | |
| 13. | 04/28/22 Email from James LaHaise to Patrick Byrne regarding LTIP Calculation, and all attachments [AMERIS00l 187] | | | | | |
| 14. | 05/09/22 Email chain, latest email from James LaHaise and David Sparacio regarding LTIP Calculation [AMERIS00 1601-1606] | | | | | |
| 15. | 05/04/22 Email chain, latest email from Matt Roux to David Sparacio; Sufhan Majid regarding LTIP | | | | | |

*Patrick Byrne v. Ameris Bank*
JOINT TRIAL EXHIBIT LIST

Case No. 8:24-01989
Page 3

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
|  | Calculation [AMERIS001921-1926] |  |  |  |  |  |
| 16. | 06/27/22 Job description for Balboa - Chief Executive Officer [AMERIS000235-237] |  |  |  |  |  |
| 17. | 07/01/22 Ameris Bank Employee Handbook [AMERIS000425-483] |  |  |  |  |  |
| 18. | 10/19/22 Email chain, latest email from Patrick Byrne to Heather Parker regarding Efficiency Ratio, and all attachments [AMERIS000823- 24] |  |  |  |  |  |
| 19. | 12/31/22 Confidential - 2022 LTIP Calculation Spreadsheet [AMERIS000738-740] |  |  |  |  |  |
| 20. | 2023 Form W-2 Wage & Tax Statement [AMERIS00001 1-16] |  |  |  |  |  |
| 21. | 2023 Confidential - LTIP Calculation [AMERIS000739] |  |  |  |  |  |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 22. | 2023 Senior Manager Performance Review [AMERIS000095-100] , | | | | | |
| 23. | 12/07/23 Email from James LaHaise to Patrick Byrne; Phil Silva regarding 2024 budget and LTIP potential, and all attachments [AMERIS001458] | | | | | |
| 24. | 01/16/23 Email chain, latest email from Bill McKendry to James LaHaise; Nicole Stokes regarding Balboa Loan Issue at Year-End and Pat's response [AMERIS001612-l613] | | | | | |
| 25. | 01/11/23 Email Chain, latest email from Patrick Byrne to Sufhan Majid, et al. [AMERIS002208-2216] | | | | | |
| 26. | 01/12/23 Email chain, latest email from Patrick Byrne to Laura Rodriguez regarding 2022 LTIP Payouts [AMERIS000867-868] | | | | | |
| 27. | 01/17/23 Email chain, latest email from James LaHaise to Nicole Stokes regarding LTIP deferral [AMERIS001614] | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 28. | 01/17/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding Phil LTIP [AMERIS000869-870] | | | | | |
| 29. | 01/25/23 Email chain, latest email from Sufhan Majid to Patrick Byrne regarding Monthly Financial Package [AMERIS001282-1285] | | | | | |
| 30. | 01/30/23 Email chain, latest email to Patrick Byrne regarding Monthly Financial Package - 12-31-2022, and all attachments [AMERIS001954-1956] | | | | | |
| 31. | 02/02/23 Email chain, latest email from Laura Rodriguez to Patrick Bryne regarding 2022 LTIP Payouts [AMERIS00l 198-1201] | | | | | |
| 32. | 03/15/23 Email chain, latest email from James LaHaise to David Sparacio regarding Balboa FTP Charge [AMERIS00 1615-1616] | | | | | |
| 33. | 04/10/23 Email from Sufhan Majid to David Sparacio regarding Final LTIP calculation 3-31-2023, and all | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | attachments [AMERIS001963] | | | | | |
| 34. | 07/19/23 Email chain, latest email from Patrick Byrne to Jim regarding 2022 and Q1 2023 LTIP calculations, and all attachments [AMERIS000908-91OJ | | | | | |
| 35. | 07/13/23 Email chain, latest email from Sufhan Majid to Matt Roux regarding LTIP calculation 6.30.23 estimate.xlsx, and all attachments [AMERIS001969] | | | | | |
| 36. | 07/11/23 Email chain, latest email from David Sparacio to Laura Rodriguez; Sufhan Majid regarding LTIP calculation 6.30.2023 estimate.xlsx, and all attachments [AMERISOO 1965] | | | | | |
| 37. | 07/13/23 Email chain, latest email from Sufhan Majid to Patrick Byrne regarding LTIP Calculation, and all attachments [AMERIS001361-1362] | | | | | |

*Patrick Byrne v. Ameris Bank*
JOINT TRIAL EXHIBIT LIST

Case No. 8:24-01989
Page 7

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---------|-------------|-------------------------------|--------------------------------------|----------------------|---------|---------------|
| 38. | 07/14/23 Email chain, latest email from James LaHaise to David Sparacio regarding Balboa Discussion Item [AMERIS002217] | | | | | |
| 39. | 07/18/23 Email chain, latest email from Sufhan Majid to Steve Woodhull regarding LTIP Calculation [AMERIS00 I 975-1978] | | | | | |
| 40. | 07/23/23 Email chain, latest email from Patrick Byrne to Sufhan Majid regarding LTIP Calculation, and all attachments [AMERIS000930-931] | | | | | |
| 41. | 07/24/23 Email chain, latest email from Nicole Stokes to James LaHaise regarding LTIP Calculation, and all attachments [AMERIS00 1661-1662] | | | | | |
| 42. | 07/24/23 Email chain, latest email from James LaHaise to David Sparacio, et al. regarding 2022 LTIP revisions [AMERIS001352-1353] | | | | | |

*Patrick Byrne v. Ameris Bank*
JOINT TRIAL EXHIBIT LIST

Case No. 8:24-01989
Page 8

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 43. | 07/24/23 Email from Patrick Byrne to Sufhan Majid regarding 2022 LTIP revisions, and all attachments [AMERIS001981] | | | | | |
| 44. | 07/24/23 Email chain, latest email from Nicole Stokes to David Sparacio; et al. regarding LTIP calculation [AMERIS001999-2000] | | | | | |
| 45. | 07/24/23 Email chain, latest email from David Sparacio to Sufhan Majid regarding 2022 LTIP revisions [AMERIS002001-2002] | | | | | |
| 46. | 07/26/23 Email chain, latest email from James LaHaise to David Sparacio regarding Adjusted LTIP Cale, and all attachments [AMERIS002003] | | | | | |
| 47. | 08/01/23 Email chain, latest email from Patrick Byrne to James LaHaise regarding LTIP Calculation [AMERIS001414-1415] | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 48. | 08/04/23 Email chain, latest email from Patrick Byrne to Nicole Stokes; Phil Silva regarding LTIP Calculation [AMERIS00l 692-1694] | | | | | |
| 49. | 08/04/23 Email chain, latest email from James LaHaise to Patrick Byrne regarding LTIP Calculation, and all attachments [AMERIS00 1695-1698] | | | | | |
| 50. | 08/04/23 Email chain, latest email from Patrick Byrne to James LaHaise regarding LTIP Calculation, and all attachments [AMERIS001383] | | | | | |
| 51. | 08/04/23 Email chain, latest email from James LaHaise to Patrick Byrne regarding LTIP Calculation [AMERIS001413] | | | | | |
| 52. | 10/05/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding RBFS Meeting Summary, and all attachments [AMERIS00 1429-1431] | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 53. | 11/15/23 Email chain, latest email from Patrick Byrne to James LaHaise regarding Materially diminished authority, duties, and responsibilities since the acquisition, [AMERIS00 1008-1011] | | | | | |
| 54. | 11/03/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding Q3 2023 LTIP, and all attachments [AMERIS001435-1438] | | | | | |
| 55. | 11/16/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding Q3 2023 LTIP [AMERIS00 1451-1454] | | | | | |
| 56. | 1 0/12/23 Email chain, latest email from Nicole Stokes to Sufhan Majid regarding Deals charged off due to repossession of equipment [AMERIS00213 7-2138] | | | | | |
| 57. | 11/03/23 Email chain, latest email from Patrick Byrne to Sufhan Majid regarding Q3 2023 LTIP, and all attachments | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | [AMERIS001488-1490] | | | | | |
| 58. | 11/03/23 Email chain, latest email from Patrick Byrne to Nicole Stokes regarding Q3 2023 LTIP [AMERIS00l 552-1555] | | | | | |
| 59. | 11/09/23 Email chain, latest email from David Sparacio to James LaHaise regarding Q3 2023 LTIP [AMERIS00l 710-1712] | | | | | |
| 60. | 11/14/23 Email chain, latest email from Parick Byrne to Nicle Stokes; Phil Silva [AMER1S001556-1558] | | | | | |
| 61. | 11/18/23 Email chain, latest email from Sufhan Majid to Patrick Byrne; Phil Silva regarding estimated LTIP, and all attachments [AMERJS00 1455-1456] | | | | | |
| 62. | 12/08/23 Email chain, latest email from James LaHaise to Patrick Byrne regarding 2024 budget and LTIP potential [AMERJS001462- | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | 1463] | | | | | |
| 63. | 12/12/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding LTIP as of 11/30/2023 review [AMERIS001012-l 013] | | | | | |
| 64. | 12/12/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding Q3 2023 LTIP, and all attachments [AMERIS001474-1476] | | | | | |
| 65. | 12/16/23 Email chain, latest email from Patrick Byrne to James LaHaise regarding Q3 2023 LTIP and all attachments [AMERIS00 1014-1017] | | | | | |
| 66. | 12/16/23 Email chain, latest email from Patrick Byrne to James LaHaise regarding Q3 2023 LTIP [AMERIS00 1025] | | | | | |
| 67. | 12/18/23 Email chain, latest email from Phil Silva to Patrick Bryne [AMERIS002 128-2130] | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 68. | 12/21/23 Email chain, latest email from James LaHaise to Patrick Byrne; Phil Silva regarding LTIP Final Payout 2.2.23.xlsx [AMERIS00l 727-1728] | | | | | |
| 69. | 12/22/23 Email chain, latest email from James LaHaise to Patrick Byrne regarding Q3 2023 LTIP [AMERIS001249-1253] | | | | | |
| 70. | 2024 W-2 and Earnings Summary [PLAINTIFF 000035] | | | | | |
| 71. | 12/27/23 Email chain, latest email from Sufhan Majid to Patrick Byrne regarding Accounting for -900 accounts [PLAINTIFF 001504-1512] | | | | | |
| 72. | 01/04/24 Email chain, latest email from Sufhan Majid, CPA regarding Interim Rent Question on Open Invoices [AMERIS00201 l-2013] | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 73. | 01/05/24 Email chain, latest email from Patrick Byrne David Sparacio regarding Accounting for -900 accounts [AMERIS00 1036-1045] | | | | | |
| 74. | 01/05/24 Email chain, latest email from James LaHaise to David Sparacio regarding Interim Rent Question on Open Invoices [AMERIS00 1806-1809] | | | | | |
| 75. | 01/07/24 Email chain, latest email from David Sparacio to Nicole Stokes regarding Accounting for -900 accounts [AMERIS002271-228l] | | | | | |
| 76. | 01/30/24 Email chain, latest email from David Sparacio to Nicole Stokes; Sufhan Majid regarding December 2023 LTIP, and all attachments [AMERIS00l 810-1814] | | | | | |
| 77. | 01/10/24 Email chain, latest email from David Sparacio to Sufhan Majid regarding December 2023 LTIP [AMERIS002218- | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | 2219] | | | | | |
| 78. | 0l/15/24 Email chain, latest email from Patrick Byrne to Sufhan Majid regarding December 2023 LITP, and all attachments [AMERIS000785-794] | | | | | |
| 79. | 01/16/24 Email chain, latest email from Patrick Byrne to James LaHaise regarding 2023 annual performance reviews [AMERIS001254-1255] | | | | | |
| 80. | 01/16/24 Email chain, latest email from Nicole Stokes to David Sparacio regarding December 2023 LTIP [AMERIS00215 l-2153] | | | | | |
| 81. | 0l/17/24 Email chain, latest email from Patrick Byrne to James LaHaise regarding Q3 2023 LTIP [AMERIS001046-l 050] | | | | | |
| 82. | 01/19/24 Email from Nicole Stokes to James Lahaise regarding LTIP Discussion Points, and | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | all attachments [AMERIS002282-2283] | | | | | |
| 83. | 01/20/24 Email chain, latest email from Patrick Byrne to Anthony Byrne regarding Rob Rasmussen Update [PLAINTIFF 001531-001534] | | | | | |
| 84. | 01/23/24 Email chain, latest email from Sufhan Majid to Nicole Stokes regarding Q4 2023 LTIP, and all attachments [AMERIS002040-2043] | | | | | |
| 85. | 01/23/24 Email chain, latest email from David Sparacio to Nicole Stokes regarding Q4 2023 LTIP [AMERIS002155-2158] | | | | | |
| 86. | 01/25/24 Email chain, latest email from Nicole Stokes to Sufhan Majid; David Sparacio regarding December 2023 LTIP [AMERIS002168-2171] | | | | | |

*Patrick Byrne v. Ameris Bank*
JOINT TRIAL EXHIBIT LIST

Case No. 8:24-01989

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 87. | 01/27/24 Email chain, latest email from Patrick Byrne to James LaHaise regarding Security Deposits, and all attachments [AMERIS002249-2254] | | | | | |
| 88. | 01/29/24 Email from Patrick Byrne to James LaHaise regarding 2022 LTIP Revision, and all attachments [AMERIS002245] | | | | | |
| 89. | 01/30/24 Email chain, latest email from Sufhan Majid to Nicole Stokes regarding December 2023 LTIP, and all attachments [AMERIS001816-1820] | | | | | |
| 90. | 02/05/24 Email chain, latest email from James LaHaise to Patrick Bryne regarding Summary of compensation owed [AMERIS001506-1509] | | | | | |
| 91. | 03/01/24 Email chain, latest email from James LaHaise to Patrick Byrne regarding Summary of compensation owed [AMERIS00l 747-1751] | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---------|-------------|--------------------------------|---------------------------------------|-----------------------|---------|---------------|
| 92. | 01/31/24 Email chain, latest email from Patrick Byrne to James LaHaise regarding Summary of Compensation owed, and all attachments [AMERIS002243-2244] | | | | | |
| 93. | 04/11/24 Email chain, latest email to Phil Silva, et al. regarding Follow-up: 2024 Bonuses, [AMERIS001076-1079] | | | | | |
| 94. | 02/28/24 Email chain, latest email from Patrick Byrne to Phil Silva regarding Department Update [AMERIS00 1065-1067] | | | | | |
| 95. | 03/07/24 Email from James LaHaise to Patrick Byrne regarding Employment contract, and attachment [AMERIS00l 752-1753] | | | | | |
| 96. | 03/08/24 Email chain, latest email from Laura Rodriguez to Sufhan Majid regarding LTIP calculation 2.29.2024 draft [AMERIS002070-2071] | | | | | |

*Patrick Byrne v. Ameris Bank*
JOINT TRIAL EXHIBIT LIST

Case No. 8:24-01989
Page 19

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 97. | 03/09/24 Email chain, latest email from Phil Silva to Patrick Byrne regarding Employment contract [AMERIS001524-1526] | | | | | |
| 98. | 03/11/24 Email from James LaHaise to Patrick Byrne; Phil Silva regarding Ameris - Severance Protection and Restrictive Covenants Agreement, and all attachments [AMERIS00l 754-1769] | | | | | |
| 99. | 04/04/24 Email chain, latest email from David Sparacio to Laura Rodriguez regarding LTIP accrual [AMERIS002072-2073] | | | | | |
| 100. | 05/02/24 Email chain, latest email from Phil Silva to Patrick Byrne regarding LTIP & Jim Visit Agenda [AMERISOO1544-1549] | | | | | |
| 101. | 04/16/24 Email chain, latest email from Anjana Keshav to Sufuan Majid regarding L**TIP** calculation 3.31.2024 final, and all attachments [AMERIS002093- | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | 2095] | | | | | |
| 102. | 05/06/24 Email from Patrick Byrne to James LaHaise regarding Q1 2024 LTIP revision [AMERISOOl1l0-1111] | | | | | |
| 103. | 05/06/24 Email chain, latest email from James LaHaise to Patrick Byrne regarding Summary of compensation owed [AMERISOOI 776-1782] | | | | | |
| 104. | 05/08/24 Email chain, latest email from Patrick Byrne to Phil Silva, and all attachments [AMERISOOl 102-1103] | | | | | |
| 105. | 05/09/24 Email chain, latest email from Patrick Byrne to Phil Silva, and all attachments [AMERIS002267-2269] | | | | | |
| 106. | 05/21/24 Email from Phil Silva to James LaHaise; Patrick Byrne, and all attachment [AMERIS001265-1273] | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 107. | 06/27/24 Email from James LaHaise to Patrick Byrne regarding Notice of termination, and all attachments [AMERIS001792-1795] | | | | | |
| 108. | 06/28/24 Excel LTIP 5.31.24 [AMERIS00l 161] | | | | | |
| 109. | 07/02/24 Email chain, latest email from Phil Silva to Patrick Byrne regarding Leader Announcement [PLAINTIFF 01147-1153] | | | | | |
| 110. | Balboa Capital Long-Term Cash Incentive Plan [AMERIS00022 l-234] | | | | | |
| 111. | 2023 Balboa Capital, A Division of Ameris Bank, Strategic Plan, [PLAINTIFF 000811] | | | | | |
| 112. | Balboa Capital Strategy, [PLAINTIFF 000813-814] | | | | | |
| 113. | 2/21/25 Defendant's Rule 26 Initial Disclosures | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 114. | 3/24/25 Defendant's Responses to Plaintiff's Interrogatories, Set One | | | | | |
| 115. | 3/24/25 Defendant's Responses to Plaintiff's Request for Production of Documents, Set One | | | | | |
| 116. | 8/19/25 Defendant's Supplemental Responses to Plaintiff's Request for Production of Documents, Set One | | | | | |
| 117. | 9/15/25 Defendant's responses to Plaintiff's Request for Production of Documents, Set Two | | | | | |
| 118. | 9/30/25 Defendant's Supplemental Responses to Plaintiff's Request for Production of Documents, Set One | | | | | |
| 119. | 10/29/25 Defendant's Supplemental Responses to Plaintiff's Request for Production of Documents, Set Two | | | | | |
| 120. | 12/5/25 Defendant's Rule 26(a)(2) Expert Witness Disclosure | | | | | |
| 121. | 12/5/25 Anthony E. Reading's Rule 26 Report | | | | | |
| 122. | 1/2/26 Expert Report of Deborah Dickson | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 123. | 10/20/25 Excerpts of Deposition Testimony of Patrick Byrne, Vol. I | | | | | |
| 124. | 10/27/25 Excerpts of Deposition Testimony of Patrick Byrne, Vol. II | | | | | |
| 125. | 1/15/26 Excerpts of Deposition Testimony of Deborah Dickson | | | | | |
| 126. | 11/5/25 Excerpts of Deposition Testimony of James LaHaise | | | | | |
| 127. | 11/13/25 Excerpts of Deposition Testimony of James LaHaise | | | | | |
| 128. | 1/20/26 Excerpts of Deposition Testimony of David Lechuga, Ph.D. | | | | | |
| 129. | 11/4/25 Excerpts of Deposition Testimony of Sufhan Majid | | | | | |
| 130. | 11/17/25 Excerpts of Deposition Testimony of Heather J. Parker | | | | | |
| 131. | 11/19/25 Excerpts of Deposition Testimony of H. Palmer Proctor | | | | | |
| 132. | 1/16/26 Excerpts of Deposition Testimony of Anthony E. Reading | | | | | |
| 133. | 1/15/26 Excerpts of Deposition Testimony of Maryellen Sebold | | | | | |
| 134. | 10/28/25 Excerpts of Deposition Testimony of Philip F. Silva | | | | | |
| 135. | 11/3/25 Excerpts of Deposition Testimony of Nicole Stokes | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 136. | *Reserved* | | | | | |
| 137. | *Reserved* | | | | | |
| 138. | *Reserved* | | | | | |
| 301. | Balboa Capital Long-Term Cash Incentive Plan and Project Pioneer Q1 2021 Operating Model Bates Nos. AMERIS000221-234 | | | | | |
| 302. | Ameris Bank's Strategic Plan for Balboa Capital Bates Nos. PLAINTIFF000813-814 | | | | | |
| 303. | Balboa Acquisition Deal Team Members Bates Nos. PLAINTIFF000236 | | | | | |
| 304. | 2022 Active Balboa Employees (Excel Spreadsheet) and Earnings by Earnings Code Bates No. PLAINTIFF001098 | | | | | |
| 305. | 8/31/23 Balboa Capital FMV and Income Amortization (Excel Spreadsheet) Bates No. PLAINTIFF001136 | | | | | |
| 306. | 2/13/25 Patrick Byrne's LinkedIn Profile | | | | | |
| 307. | Ameris Bank's Strategic Plan for Balboa Capital in 2023 | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | Bates Nos. PLAINTIFF000811 – 000818 | | | | | |
| 308. | Ameris-Balboa Accounting and Operations Planning Meeting Notes Bates Nos. PLAINTIFF000840 – 000854 | | | | | |
| 309. | Excel Spreadsheets Produced by Plaintiff Bates Nos. PLAINTIFF001088-1136 | | | | | |
| 310. | 2021 Project Pioneer Confidential Information Memorandum Bates Nos. PLAINTIFF000908 – 000971 | | | | | |
| 311. | The Ameris Approach – Performance Objectives for Balboa Capital Bates Nos. PLAINTIFF000855 – 000858 | | | | | |
| 312. | 5/13/15 Complaint for Personal Injuries in Orange County Superior Court re: Paul Dishno v. Denise Byrne and Patrick Byrne | | | | | |
| 313. | 6/4/15 Complaint for Breach of Contract in Orange County Superior Court re: Grady-O-Grady Construction v. Patrick Byrne | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 314. | 6/18/17 Complaint for Breach of Lease Agreement in Orange County Superior Court re: Byrne v. The McFadden Family Trust | | | | | |
| 315. | 8/18/17 Complaint for Breach of Contract in Orange County Superior Court re: Artworks v. Patrick Byrne | | | | | |
| 316. | 10/16/17 Complaint for Defamation in Orange County Superior Court re: Denise Byrne, Patrick Byrne v. St. Margaret's Episcopal School | | | | | |
| 317. | 3/16/18 Limited Civil Complaint for Breach of Contract in Orange County Superior Court re: Patrick Byne v. Robert Dilbeck Masonry | | | | | |
| 318. | 12/31/20 Balboa Capital Corporation and Subsidiaries Consolidated Financial Report as of December 31, 2020 Bates Nos. PLAINTIFF000278-301 | | | | | |
| 319. | 7/1/22 Ameris Bank Employee Handbook Effective July 1, 2022 Bates Nos. AMERIS000425-483 | | | | | |
| 320. | 12/10/21 Disclosure Schedules and Stock Purchase Agreement | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
|  | between Balboa Capital and Ameris Bank Nos. PLAINTIFF000244-386 |  |  |  |  |  |
| 321. | 7/15/21 Ameris Bank 2021 Code of Business Conduct and Ethics Approved July 15, 2021 Bates Nos. AMERIS000415-424 |  |  |  |  |  |
| 322. | 11/2/21 Ameris Bank Accounting and Reporting Policy 2021 Bates Nos. AMERIS000771-784 |  |  |  |  |  |
| 323. | 12/10/21 Fully Executed Stock Purchase Agreement (SPA) Bates Nos. AMERIS000132-218 |  |  |  |  |  |
| 324. | 12/10/21 P. Byrne Employment Agreement Bates Nos. AMERIS000238-259 |  |  |  |  |  |
| 325. | 12/16/21 Ameris Bank Confidential Information Agreement Bates Nos. AMERIS000117-119 |  |  |  |  |  |
| 326. | 12/16/21 Ameris Policy Acknowledgements by P. Byrne AMERIS000103-104, 352-367 |  |  |  |  |  |
| 327. | 2021-2024 P. Byrne Wage Statements Bates Nos. AMERIS000017-84 |  |  |  |  |  |
| 328. | 2022 P. Byrne W2 Bates Nos. |  |  |  |  |  |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | AMERIS000006-10 | | | | | |
| 329. | 2022 Ameris Bank Strategic Plan for 2022 Bates Nos. PLAINTIFF000604-614 | | | | | |
| 330. | 2022 Strategic Plan for 2022 Draft Bates Nos. PLAINTIFF000637-650 | | | | | |
| 331. | 2022 Ameris Bank Strategic Plan Final Results for 2022 Bates Nos. PLAINTIFF00651-660 | | | | | |
| 332. | 2022 Balboa Capital Q3 & Q4 2022 Results Bates Nos. PLAINTIFF000625-636 | | | | | |
| 333. | 1/1/22 Long-Term Interest Plan Calculations for 2022 Bates Nos. AMERIS000738-739 | | | | | |
| 334. | Emails between David Rogers, David Sparacio, Matt Roux and Sufhan re: adjustments to Q1 2022 LTIP and Matt's calculations Bates Nos. AMERIS001904-1909 | | | | | |
| 335. | Q1 2022 LTIP Calculation with Matt Roux notes Bates No. AMERIS001910 | | | | | |
| 336. | 4/22/22 Email from L. Rodriguez to P. Byrne re BALBOA MGMT BONUS ACCR MAR 2022 Bates Nos. | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | AMERIS001184-1186 | | | | | |
| 337. | David Rogers emails Matt Roux and David Sparacio regarding adjustments to Q1 LTIP Bates Nos. AMERIS001861-1864 | | | | | |
| 338. | David Rogers emails Matt Roux and David Sparacio regarding adjustments to Q1 LTIP Bates Nos. AMERIS001866-1870 | | | | | |
| 339. | Emails between David Rogers, David Sparacio Matt Roux and Sufhan regarding adjustments to Q1 LTIP Bates No. AMERIS001872-1879 | | | | | |
| 340. | Emails between David Rogers, David Sparacio Matt Roux and Sufhan regarding adjustments to Q1 LTIP Bates No. AMERIS001880-1890 | | | | | |
| 341. | 4/28/22 Email from J. LaHaise to P. Byrne re LTIP Calculation Attaching Reconciliation Bates Nos. AMERIS001187-1195 | | | | | |
| 342. | 5/3/22 Email from Majid to Matt Roux re LTIP Calculation 3.31.22 Bates Nos. AMERIS001893-1903 | | | | | |
| 343. | 5/3/22 Email from Majid to Sparacio re | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
|  | LTIP calculation Bates Nos. AMERIS001913-18 |  |  |  |  |  |
| 344. | Emails between David Rogers, David Sparacio, Matt Roux and Sufhan re: adjustments to Q1 2022 LTIP Bates Nos. AMERIS001921-1926 |  |  |  |  |  |
| 345. | 5/18/22 Email from H. Parker to P. Byrne re Risk Committee Draft for May 19th Bates Nos. AMERIS002230-2231 |  |  |  |  |  |
| 346. | 6/27/22 Ameris Bank Chief Executive Officer Job Description for Balboa Capital Bates Nos. AMERIS000235-237 |  |  |  |  |  |
| 347. | 7/28/22 Email from H. Parker to L. Rodriguez re Commission Report for P. Byrne Bates Nos. AMERIS002232-2237 |  |  |  |  |  |
| 348. | 8/2/21 Letter to Mr. Jones from LaHaise Ameris Bank Bates Nos. PLAINTIFF01137-1146 |  |  |  |  |  |
| 349. | 8/1/22 Email from S. Majid to P. Byrne re LTIP calculation through 6/30/22 Bates Nos. AMERIS002192-2194 |  |  |  |  |  |
| 350. | 8/1/22 Email from S. Majid to P. Byrne re LTIP calculation through 6/30/22 Bates |  |  |  |  |  |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | Nos. AMERIS002200-2202 | | | | | |
| 351. | 8/1/2022 Email chain between Sufhan and Pat re: Q2 2022 LTIP calculation Bates Nos. AMERIS000798-799 | | | | | |
| 352. | Balboa Q2 2022 Income Statement and Balance Sheet Bates No. AMERIS000800 | | | | | |
| 353. | 10/19/22 Email from P. Byrne to N. Stokes FW: Efficiency Ration Bates Nos. AMERIS000823-824 | | | | | |
| 354. | 10/14/22 Email from H. Parker to G. Paxton re LTIP calculation-actual Q2 Bates Nos. AMERIS002238-2240 | | | | | |
| 355. | 11/3/22 Accounting and Reporting Policy 2022 Bates Nos. AMERIS000756-770 | | | | | |
| 356. | 2023 P. Byrne W2 for 2023 Bates Nos. AMERIS000011-16 | | | | | |
| 357. | 2023 Letter from RSM to Balboa Capital Board of Directors re Audit for 2022 PLAINTIFF001079 | | | | | |
| 358. | 2023 Ameris Bank Strategic Plan and 2022 Strategic Plan Update Bates Nos. PLAINTIFF000615 – 00624 | | | | | |
| 359. | Ameris 1st Quarter 2023 Results Investor | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | Presentation Bates Nos. PLAINTIFF000036 – 000101 | | | | | |
| 360. | Ameris Bank 2023 Strategic Plan Bates Nos. PLAINTIFF000708 – 000712 | | | | | |
| 361. | 2023 Ameris Bank Strategic Plan and 2022 Strategic Plan Update Bates Nos. PLAINTIFF000819 – 000827 | | | | | |
| 362. | Balboa Capital Metrics for 1.2023, 2.2023, and 4.2023 Bates Nos. PLAINTIFF000729 – 000741 | | | | | |
| 363. | 1/1/23 Ameris Bank California Employee Handbook Bates Nos. AMERIS000484-534 | | | | | |
| 364. | 1/11/23 Email P. Byrne to J. LaHaise re Balboa Loan Issue at Year-End and Pat's Response Bates Nos. AMERIS002131-2132 | | | | | |
| 365. | 1/11/23 Email from P. Byrne to S. Majid, H, Parker and J. Grant re Why were these deals not written off? Bates Nos. AMERIS002208-2216 | | | | | |
| 366. | 1/16/23/ Email from B. McKendry to J. LaHaise and N. Stokes re Balboa Loan Issue at Year-End and P. Byrne's Response | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | Bates Nos. AMERIS001612-1613 | | | | | |
| 367. | 1/17/23 Email from J. LaHaise to N. Stokes re LTIP Deferral Bates Nos. AMERIS001614 | | | | | |
| 368. | 1/17/23Email from P. Byrne to P. Silva re Phil LTIP Bates Nos. AMERIS000869-870 | | | | | |
| 369. | 1/23/2023 Ameris Bank Small Business Lending Review Bates Nos. PLAINTIFF000713 – 000728 | | | | | |
| 370. | 1/25/23 Email from S. Majid to P. Byrne FW: Monthly Financial Package - 12-31-2022 Bates Nos. AMERIS001282-1285 | | | | | |
| 371. | 2/2/23 Email from P. Byrne to L. Rodriguez and J. LaHase re: 2022 LTIP Payout Attachments Bates Nos. AMERIS001562-1565 | | | | | |
| 372. | 2/2/23 Email from L. Rodriguez to P. Byrne and J. LaHaise re: 2022 LTIP Payouts Bates Nos. AMERIS001198-1201 | | | | | |
| 373. | 2/10/23 L. Rodriguez Email to P. Byrne re: Approved 2022 LTIP Payouts Bates Nos. AMERIS001202-1206 | | | | | |
| 374. | 2/15/23 Payroll Record for P. Byrne Bates No. | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---------|-------------|----------------------------------|----------------------------------------|----------------------|---------|---------------|
| | AMERIS000068 | | | | | |
| 375. | 2/16/23 2022 Senior Manager Performance Review for P. Byrne Bates Nos. AMERIS000088-92 | | | | | |
| 376. | 2/28/23 Balboa Risk Committee Minutes from Nov. 15, 2022 and Agenda for Feb. 28, 2023 Bates Nos. PLAINTIFF000661 – 000707 | | | | | |
| 377. | 3/15/23 Email LaHaise to Sparacio re: Double FTP Charge Bates Nos. AMERIS001615-1616 | | | | | |
| 378. | 4/10/23 Email from S. Majid to D. Sparacio and L. Rodriguez re: Final LTIP Calculation 03.31.2023 Bates Nos. AMERIS001963-1964 | | | | | |
| 379. | 4/28/23 Ameris 2023 Earnings Conference Call Bates Nos. PLAINTIFF000828 – 000839 | | | | | |
| 380. | 5/3/23 Ameris Bank Accounting and Reporting Policy for 2023 Bates Nos. AMERIS000741-755 | | | | | |
| 381. | 5/15/23 Balboa Risk Committee Bates Nos. PLAINTIFF000742 – 000810 | | | | | |
| 382. | 6/5/23 Email from P. Byrne to J. LaHaise re: 2022 and Q1 2023 LTIP Calculations | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | Bates Nos. AMERIS001207-1208 | | | | | |
| 383. | 6/5/23 Email from P. Byrne to J. LaHaise re: 2022 and Q1 2023 LTIP Calculations Bates Nos. AMERIS001209-1227 | | | | | |
| 384. | 6/26/23 Email from P. Silva to P. Byrne re: Ameris Executive Discussion List + Security Deposits Last 12 Months Bates Nos. AMERIS002173-2176 | | | | | |
| 385. | Q2 2023 LTIP with comments Bates No. AMERIS002007 | | | | | |
| 386. | 7/10/23 Email from S. Majid to D. Sparacio and L. Rodriguez re: LTIP Calculation 6.30.2023 Estimate Bates Nos. AMERIS001969-1970 | | | | | |
| 387. | 7/11/23 Email from D. Sparacio to L. Rodriguez & S. Majid re: LTIP Calculation 6.30.2023 Estimate Bates Nos. AMERIS001965 | | | | | |
| 388. | 7/12/23 Email from S. Majid to P. Byrne re: LTIP Calculation Bates Nos. AMERIS001999-2000 | | | | | |
| 389. | 7/13/23 Email from S. Majid to P. Byrne and P. Silva re: LTIP Calculations Bates Nos. AMERIS001361-1362 | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 390. | 7/14/23 Email from J. LaHaise to D. Sparacio re: Balboa Discussion Item Bates Nos. AMERIS002217 | | | | | |
| 391. | 7/18/23 Email from S. Majid to S. Woodhull re: LTIP Calculation Bates Nos. AMERIS001975-1978 | | | | | |
| 392. | 7/18/23 Email from S. Majid to D. Sparacio re: LTIP Calculation Bates Nos. AMERIS001971-1974 | | | | | |
| 393. | 7/19/23 Email from P. Byrne to J. LaHaise FW: 2022 and Q1 2023 re: LTIP Calculations Bates Nos. AMERIS000908-910 | | | | | |
| 394. | 7/23/23 Email from P. Byrne to S. Majid, D. Sparacio, and J. LaHaise re: 2022 LTIP Revisions Bates Nos. AMERIS000958 | | | | | |
| 395. | 7/23/23 Email from P. Byrne to S. Majid and P. Silva re: Byrne's LTIP Claims Erroneous Totals Bates Nos. AMERIS000930-957 | | | | | |
| 396. | 7/24/23 Email from D. Sparacio to S. Majid, N. Stokes, and M. Rioux re 2022 LTIP Revisions Bates Nos. AMERIS002001-2002 | | | | | |
| 397. | 7/24/23 Email from N. Stokes to J. LaHaise FW: LTIP Calculation | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---------|-------------|-------------------------------|--------------------------------------|----------------------|---------|---------------|
| | Bates Nos. AMERIS001661-1662 | | | | | |
| 398. | 7/24/23 Email between P. Byrne and S. Majid re: 2022 LTIP Revisions Bates Nos. AMERIS001981 | | | | | |
| 399. | 7/24/23 Email from J. LaHaise to D. Sparacio, P. Byrne, S. Majid and L. Rodriguez re: 2022 LTIP Revisions Bates Nos. AMERIS001352-1353 | | | | | |
| 400. | 7/24/23 Email from D. Sparacio to S. Majid, N. Stokes and M. Rioux re: LTIP Calculation Bates Nos. AMERIS001979-84 | | | | | |
| 401. | 8/1/23 Email from Byrne to LaHaise, Stokes, and Silva FW: LTIP Calculation Bates Nos. AMERIS001414-1415 | | | | | |
| 402. | 8/4/23 Email from P. Byrne to J. LaHaise FW: LTIP Calculation Bates Nos. AMERIS001383-1385 | | | | | |
| 403. | 8/4/23 Email from J. LaHaise to P. Byrne re: LTIP Calculations Bates Nos. AMERIS001413 | | | | | |
| 404. | 8/4/23 Email from J. LaHaise to P. Byrne re: LTIP Calculation Bates Nos. AMERIS001692-1694 | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 405. | 8/4/23 Email from J. LaHaise to P. Byrne re: LTIP Calculation Bates Nos. AMERIS001695-1698 | | | | | |
| 406. | 8/7/23 Email from P. Silva to P. Byrne re: Agenda with Jim Bates Nos. AMERIS002183-2185 | | | | | |
| 407. | Interim Rent treatment calculation Bates No. AMERIS001022 | | | | | |
| 408. | 10/5/23 Email from P. Byrne to P. Silva re: RBFS Meeting Summary Bates Nos. AMERIS001429-1432 | | | | | |
| 409. | 11/03/23 Email from P. Byrne to N. Stokes and J. LaHaise re: Q3 2023 LTIP Bates Nos. AMERIS001552-1555 | | | | | |
| 410. | 11/3/23 Email from Byrne to Nicole re Quarter 3, 2023 LTIP Bates Nos. AMERIS001435-1439 | | | | | |
| 411. | 11/3/23 Email from P. Byrne to S. Majid re: Q3 2023 LTIP Bates Nos. AMERIS001488-1490 | | | | | |
| 412. | 11/3/23 Email from P. Byrne to J. LaHaise re: Byrne's materially diminished authorities, duties, and responsibilities Bates Nos. AMERIS001230-1232 | | | | | |
| 413. | 11/03/23 Email from | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | N. Stokes to S. Majid, D. Sparacio, M. Roux, and J. LaHaise re: Q3 2023 LITP Bates Nos. AMERIS002139-2148 | | | | | |
| 414. | 5/11/23 Email from P. Byrne to L. Rodriguez re: D. White LTIP Bates Nos. AMERIS001560-1561 | | | | | |
| 415. | 11/9/23 Email from D. Sparacio to J. LaHaise Bates Nos. AMERIS001710-1712 | | | | | |
| 416. | 11/14/23 Email from P. Byrne to N. Stokes, P. Silva re: Huddle Finalizing Tax Pricing Follow-up Call Bates Nos. AMERIS001556-1558 | | | | | |
| 417. | 11/15/23 Email from P. Byrne to J. LaHaise and P. Silva re: Materially diminished authority, duties, and responsibilities since acquisition Bates Nos. AMERIS001008-1011 | | | | | |
| 418. | 11/16/23 Email from J. LaHaise to P. Byrne re: Q3 2023 LTIP Bates Nos. AMERIS001713-1715 | | | | | |
| 419. | 11/18/23 Email from S. Majid to P, Byrne and P. Silva re: estimated LTIP Bates Nos. AMERIS001455-1456 | | | | | |
| 420. | 11/30/23 P. Byrne Employment Verification (I-9 Form) and Passport Bates | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | Nos. AMERIS000111-112 | | | | | |
| 421. | 12/2/23 Email from E. Anderson to H. Parker re: Balboa Mexico Trip Bates Nos. AMERIS002289-2298 | | | | | |
| 422. | 12/7/23 Email from J. LaHaise to P. Silva and P. Byrne re: 2024 Budget and LTIP Potential Bates Nos. AMERIS001458-1459 | | | | | |
| 423. | 12/8/23 Email from J. LaHaise to P. Byrne and P. Silva re: 2024 Budget and LTIP Potential Bates Nos. AMERIS001462-1463 | | | | | |
| 424. | 12/12/23 Email from P. Byrne to P. Silva FW: Q3 2023 LTIP Bates Nos. AMERIS001474-1476 | | | | | |
| 425. | 12/18/23 Email from P. Silva to P. Byrne re: Debrief from our last conversation: "Stay Gold Pony Boy!" Bates Nos. AMERIS002128-2130 | | | | | |
| 426. | 12/21/23 Email from J. LaHaise to P. Byrne re: LTIP Final Payout Bates Nos. AMERIS001727-1728 | | | | | |
| 427. | 12/21/23 Email from J. LaHaise to P. Byrne re: Q3 2023 LTIP Bates Nos. AMERIS001244-1248 | | | | | |
| 428. | 12/31/23 Final LTIP | | | | | |

*Patrick Byrne v. Ameris Bank*
JOINT TRIAL EXHIBIT LIST

Case No. 8:24-01989
Page 41

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | Calculations12-31-2023 Bates Nos. AMERIS000739 | | | | | |
| 429. | P. Byrne W2 for 2024 Bates Nos. PLAINTIFF000035 | | | | | |
| 430. | 1/5/24 Email from P. Byrne to S. Majid, D. Sparacio, P. Silva and H. Parker re: Interim Rent Question on Open Invoices Bates Nos. AMERIS001806-1809 | | | | | |
| 431. | 1/4/24 Email from P. Byrne to S. Majid re: Interim Rent Question on Open Invoices Bates Nos. AMERIS002011-2013 | | | | | |
| 432. | 1/5/24 Email from P. Byrne to D. Sparacio re: Ameris Accounting Policies Bates Nos. AMERIS001036-1045 | | | | | |
| 433. | 1/7/24 Email from D. Sparacio to N. Stokes re: Accounting for 900 Accounts Bates Nos. AMERIS002271-2281 | | | | | |
| 434. | 1/10/24 Email from S. Majid to D. Sparacio and N. Stokes re: December 2023 LTIP Bates Nos. AMERIS002168-2171 | | | | | |
| 435. | 1/10/24 Email from D. Sparacio to N. Stokes re: December 2023 LTIP Bates Nos. AMERIS002149-50 | | | | | |
| 436. | 1/10/24 Email from D. | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | Sparacio to S. Majid re: December 2023 LTIP Bates Nos. AMERIS002218-2219 | | | | | |
| 437. | 1/15/24 Email from P. Byrne to S. Majid, D. Sparacio, and P. Silva re: December 2023 LTIP Bates Nos. AMERIS000785-794 | | | | | |
| 438. | Q4 2023 LTIP calculation Bates No. AMERIS001505 | | | | | |
| 439. | 1/16/24 2023 Email from P. Byrne to J. LaHaise re: 2023 Annual Performance Reviews Bates Nos. AMERIS001254-1255 | | | | | |
| 440. | 1/16/24 Email from N. Stokes to D. Sparacio re: December 2023 LTIP Bates Nos. AMERIS002151-2158 | | | | | |
| 441. | 1/16/24 Email from P. Byrne to S. Majid, D. Sparacio and P. Silva re: December 2023 LTIP Bates Nos. AMERIS001134 | | | | | |
| 442. | 1/16/24 Email from S. Majid to A. Franovich re: Purchase Escrow Reconciliation and Final Distribution Bates Nos. AMERIS002220-2229 | | | | | |
| 443. | 1/23/24 Email from S. Majid to N. Stokes FW: Comments from P. Byrne re: Q4 2023 LTIP Calculation Bates Nos. AMERIS002040- | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | 2050 | | | | | |
| 444. | 1/23/24 Emails between David and Nicole regarding adjustments to 2023 LTIP based upon Pat's complaints Bates Nos. AMERIS002051-2054 | | | | | |
| 445. | 1/24/24 Email from N. Carter to H. Parker re: ITC Transaction Follow-Up Bates Nos. AMERIS002241-2242 | | | | | |
| 446. | 1/25/24 Email from S. Majid to D. Sparacio, N. Stokes re: December 2023 LTIP Bates Nos. AMERIS002159-2167 | | | | | |
| 447. | 1/27/24 Email from P. Byrne to J. LaHaise, P. Silva FW: Security Deposits Bates Nos. AMERIS001131.1-1131.6 | | | | | |
| 448. | 1/17/24 Email from Byrne to LaHaise re Security Deposits Bates Nos. AMERIS001663 | | | | | |
| 449. | 1/29/24 Email from N. Stokes to J. LaHaise re: 2023 LTIP Discussion Points Bates Nos. AMERIS002282-2283 | | | | | |
| 450. | 1/29/24 Email from Byrne to LaHaise re 2022 LTIP Revision Bates Nos. AMERIS001659 | | | | | |
| 451. | 1/29/24 Email from P. Byrne to J. LaHaise | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | and P. Silva re: 2022 LTIP Revision Bates Nos. AMERIS002245 | | | | | |
| 452. | 1/30/24 Email from S. Majid to N. Stokes re: December 2023 LTIP Bates Nos. AMERIS001816-1820 | | | | | |
| 453. | 1/31/24 2023 Senior Manager Performance Review for P. Byrne Bates Nos. AMERIS000095-100 | | | | | |
| 454. | 1/31/24 Email from P. Byrne to J. LaHaise re: Summary of Compensation Owed AMERIS002243-2266 | | | | | |
| 455. | 1/31/24 Email from P. Byrne to J. LaHaise re Summary of Compensation Owed Bates Nos. AMERIS001657 | | | | | |
| 456. | 2/1/24 Email from P. Byrne to A. Byrne (P. Byrne) FWD: Email from P. Silva to P. Byrne re: Follow-up: 2024 Bonuses Bates Nos. AMERIS001051-1052 | | | | | |
| 457. | 2/5/24 Email from P. Byrne to J. LaHaise re: Summary of Compensation Owed Bates Nos. AMERIS001054-1061 | | | | | |
| 458. | 2/5/24 Byrne email to Personal Account re: LTIP Explanation Bates Nos. AMERIS001053 | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 459. | 2/5/24 Byrne email to personal account re Summary of compensation owed Bates Nos. AMERIS001058-61 | | | | | |
| 460. | 2/9/24 Email from J. LaHaise to P. Byrne re: Summary of Compensation Owed Bates Nos. AMERIS001256-1259 | | | | | |
| 461. | 2/18/24 Email from P. Byrne to P. Silva re: Follow-up 2024 Bonuses Bates Nos. AMERIS001062-1064 | | | | | |
| 462. | 2/27/24 Email from Byrne to Silva Bates Nos. AMERIS001516 | | | | | |
| 463. | 2/28/24 Email from P. Byrne to P. Silva re: Department Update Bates Nos. AMERIS001065-1067 | | | | | |
| 464. | 2/28/24 Email from P. Silva to P. Byrne and R. Rasmussen re: Vartana Update - Tranche #001 Bates Nos. AMERIS001516-1520 | | | | | |
| 465. | 3/7/24 Email from J. LaHaise to P. Byrne re: Non-Renewal Notice Bates Nos. AMERIS001744-1752 | | | | | |
| 466. | 3/8/24 Email from P. Byrne to P. Silva re: IDC on Vartana Deals Bates Nos. AMERIS001068-1071 | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 467. | 3/9/24 Email from P. Silva to P. Byrne re: Employment contract Bates Nos. AMERIS001524-1526 | | | | | |
| 468. | 3/9/24 Email from Byrne to personal account re compensation owed Bates Nos. AMERIS002186-2191 | | | | | |
| 469. | 3/11/24 Email from J. LaHaise to P. Byrne re: Ameris-Severance Protection and Restrictive Covenants Agreement Bates Nos. AMERIS001754-1769 | | | | | |
| 470. | 3/12/24 Email from J. LaHaise to R. Creasy and M. Pierson re: Proposed Salary Increase Bates Nos. AMERIS001770-1771 | | | | | |
| 471. | 5/3/24 Email from J. LaHaise to P. Byrne and P. Silva re Balboa LTRIP 2024 run rate potential Bates No. AMERIS001772 | | | | | |
| 472. | 2024 LTIP Calculation AMERIS001773 | | | | | |
| 473. | 5/3/24 Email from L. LaHaise to N. Stokes re: Balboa LTIP 2024 run rate potential Bates No. AMERIS001774 | | | | | |
| 474. | 3/20/24 Email from P. Byrne to P. Silva re: Balboa Capital Merit Increases FINAL & Rationale Bates Nos. | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | AMERIS001075 | | | | | |
| 475. | Sufhan obtaining information requested by Pat for Q1 2024 LTIP from Lynn Luzon, Anjana Keshav and Maryellen Dampler Bates Nos. AMERIS002081-2083 | | | | | |
| 476. | 4/11/24 Email from P. Byrne to P. Silva re: Follow-up on 2024 Bonuses Bates Nos. AMERIS001076-1079 | | | | | |
| 477. | 4/12/24 Email from P. Silva to P. Byrne re: Month 28 on the Books & Next Week Bates Nos. AMERIS002180-2182 | | | | | |
| 478. | 4/13/24 Email from P. Byrne to J. LaHaise re: Summary of Compensation Owed Bates Nos. AMERIS001082-1087 | | | | | |
| 479. | 4/16/24 Email from P. Byrne to J. LaHaise re: Summary of Compensation Owed Bates Nos. AMERIS001090-1095 | | | | | |
| 480. | 5/2/24 Email from P. Silva to P. Byrne re: LTIP & Jim Visit Agenda Bates Nos. AMERIS001544-1549 | | | | | |
| 481. | 5/3/24 Email from P. Silva to P. Byrne re: Running List Bates Nos. AMERIS002177-2179 | | | | | |

*Patrick Byrne v. Ameris Bank*
JOINT TRIAL EXHIBIT LIST

Case No. 8:24-01989
Page 48

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 482. | 5/6/24 Email from J. LaHaise to P. Byrne re: Summary of Compensation Owed Bates Nos. AMERIS001776-1782 | | | | | |
| 483. | 5/8/24 Email from P. Byrne to H. Parker re: IDC Change Bates Nos. AMERIS001104-1106 | | | | | |
| 484. | 5/8/24 Email from P. Byrne to P. Silva re: IDC Change Bates Nos. AMERIS001102-1103 | | | | | |
| 485. | 5/9/24 Email from P. Byrne to P. Silva, H. Parker re: IDC Change Bates Nos. AMERIS002267-2269 | | | | | |
| 486. | 5/14/24 Email from P. Byrne to H. Parker re: IDC Designations Bates Nos. AMERIS001784-1787 | | | | | |
| 487. | 6/8/24 Email from P. Byrne to Personal Account re: Summary of Compensation Owed Bates Nos. AMERIS001117-1124 | | | | | |
| 488. | 1/5/24 Email from P. Byrne to Personal Account re: Q1 2024 LTIP Revision Bates Nos. AMERIS001110-1116 | | | | | |
| 489. | 6/24/24 Email from J. LaHaise to P. Byrne Bates Nos. AMERIS002284-2285 | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 490. | 6/26/24 Email from P. Byrne to Personal Account re: Summary of Compensation Owed Bates Nos. AMERIS001125-1143 | | | | | |
| 491. | 6/26/24 Calendar Entry for P. Byrne and J. LaHaise for Call with Byrne's Counsel and Contact Information Bates Nos. AMERIS002286-2288 | | | | | |
| 492. | 6/27/24 Notice to Employee as to Change in Relationship for P. Byrne Bates Nos. AMERIS000114, AMERIS000128-131, AMERIS000-262-293 | | | | | |
| 493. | 6/27/24 P. Byrne Email to Personal Account FWD: Email from P. Byrne to LaHaise re: 2022 LTIP Revision Bates Nos. AMERIS001144-1147 | | | | | |
| 494. | 6/27/24 Email from P. Byrne to J. LaHaise and P. Silva re: Summary of Compensation Owed Bates Nos. AMERIS001158-1159 | | | | | |
| 495. | 6/27/24 Email from P. Byrne to Personal Account FWD: Email from P. Byrne to S. Majid, D. Sparacio, P. Silva re: December 2023 LTIP Bates Nos. AMERIS001788, AMERIS000128-129 | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 496. | 6/27/24 Termination of Employment and Release Bates Nos. AMERIS001792-1797 | | | | | |
| 497. | 6/27/24 Draft Email from P. Byrne to Personal Account FWD: P. Byrne Email to S. Majid, D. Sparacio, P. Silva re: December 2023 LTIP Bates Nos. AMERIS001148-1157 | | | | | |
| 498. | 6/28/24 P. Byrne Email to Personal Account FWD: LTIP Calculation 5.31.2024 Excel + Attachment Contents Bates Nos. AMERIS001160-1161 | | | | | |
| 499. | 7/2/24 Email from P. Silva to P. Byrne FWD: E. Leal Email to P. Byrne (Disabled Account) re: Leader Announcement Bates Nos. PLAINTIFF001147-1153 | | | | | |
| 500. | 8/15/24 Ameris Bank Demand Letter to P. Byrne Bates Nos. AMERIS000219-220 | | | | | |
| 501. | 12/31/24 Letter from J. LaHaise to P. Byrne re: Non-Renewal of Employment Bates Nos. AMERIS001753 | | | | | |
| 502. | 4/2/25 Excerpts of Byrne's Objections to Ameris Requests for Production of | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | Documents | | | | | |
| 503. | 6/20/25 Stipulated Protective Order | | | | | |
| 504. | 8/15/25 P. Byrne Supplemental Responses to Interrogatories, Set One | | | | | |
| 505. | 10/7/25 Court Order on Ameris Bank's Ex Parte Application regarding Motion to Compel P. Byrne's Deposition [Dkt 69] | | | | | |
| 506. | 10/7/25 Declaration of P. Byrne in Opposition to Defendant's Ex Parte Application [Dkt 68] | | | | | |
| 507. | 10/13/25 Third Amended Notice of Deposition of Patrick Byrne | | | | | |
| 508. | 10/17/25 Civil Minutes on Ameris Bank's Ex Parte Application regarding Motion to Compel P. Byrne's Deposition [Dkt 71] | | | | | |
| 509. | 10/20/25 Excerpts of Deposition Testimony of P. Byrne Transcript Vol I & II | | | | | |
| 510. | 10/22/25 Court Minute Order - Deposition Dates | | | | | |
| 511. | 10/24/25 Fourth Amended Notice of Deposition of Patrick Byrne | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 512. | 10/28/25 Excerpts of Deposition Testimony of Phil Silva (morning) | | | | | |
| 513. | 10/31/25 Plaintiff's Sixth Amended NOD of Defendant Ameris Bank 30(b)(6) | | | | | |
| 514. | 11/3/25 Excerpts of Deposition Testimony of N. Stokes (filed under seal) | | | | | |
| 515. | 11/4/25 Excerpts of Deposition Testimony of S. Majid | | | | | |
| 516. | 11/5/25 Excerpts of Deposition Testimony 30(b)(6) | | | | | |
| 517. | 11/11/25 Plaintiff Patrick Byrne's Second Amended Notice of Deposition of Heather Parker | | | | | |
| 518. | 11/13/25 Excerpts of Deposition Testimony of J. LaHaise | | | | | |
| 519. | 11/17/25 Excerpts of Deposition Testimony of H. Parker | | | | | |
| 520. | Plaintiff's Late Production of Emails He Forwarded to His Personal Email Address Bates No. PLAINTIFF001148-1637 | | | | | |
| 521. | 1/17/24 Emails between J. LaHaise and Plaintiff P. Byrne AMERIS001046-1050 | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| 522. | 1/23/24 Emails between S. Majid and Plaintiff P. Byrne AMERIS001503-04 | | | | | |
| 523. | 2/5/24 Emails between P. Silva and Plaintiff P. Byrne AMERIS001506-09 | | | | | |
| 524. | 2/28/24 Emails between P. Silva and Plaintiff P. Byrne AMERIS001521-23 | | | | | |
| 525. | 4/17/24 Emails between S. Majid and Plaintiff P. Byrne AMERIS002098-2100 | | | | | |
| 526. | Ameris Bank Confidential Information Agreement AMERIS000527-530 | | | | | |
| 527. | 2/28/19 SACV16-01841 [Dkt. 120] Order Granting Defendant's Motion *in Limine* to Preclude the Testimony of Plaintiff's Damages Expert Deborah Dickson | | | | | |
| 528. | D. Dickson Notes Regarding Plaintiff Patrick Byrne | | | | | |
| 529. | 11/14/25 Declaration of Plaintiff P. Byrne in Support of Opposition to Defendant's Ex Parte Application for Protective Order [Dkt. | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---|---|---|---|---|---|---|
| | 80] | | | | | |
| 530. | 2/23/2 Declaration of Plaintiff Patrick Byrne in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment [Dkt. 108-8] | | | | | |
| 531. | 12/26/25 Declaration of James La Haise in Support of Defendant's Motion for Summary Judgment [Dkt. 93-04] | | | | | |
| 532. | 12/26/25 Declaration of Nicole Stokes in Support of Defendant's Motion for Summary Judgment [Dkt. 93-05] | | | | | |
| 533. | 1/23/26 Declaration of Stacey Villagomez in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment [Dkt. 108-7] | | | | | |
| 534. | 1/23/26 Declaration of J. Emert in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment [Dkt. 108-10] | | | | | |
| 535. | 1/23/26 Declaration of Robert Rasmussen in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment [Dkt. 108-9] | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---------|-------------|----------------------------------|---------------------------------------|------------------------|---------|----------------|
| 536. | Defendant Ameris Bank's Initial Disclosures | | | | | |
| 537. | Plaintiff Patrick Byrne's Initial Disclosures | | | | | |
| 538. | 4/2/24 Byrne Responses to Ameris Interrogatories, Set One | | | | | |
| 539. | 4/2/24 Byrne Responses to Ameris Request for Production of Documents, Set One | | | | | |
| 540. | 8/15/25 Byrne Supplemental Responses to Ameris Interrogatories, Set One | | | | | |
| 541. | 8/15/25 Byrne Supplemental Responses to Ameris Request for Production of Documents, Set One | | | | | |
| 542. | 9/19/25 Byrne Second Supplemental Responses to Ameris Interrogatories, Set One | | | | | |
| 543. | Expert file of Defendant's Expert Maryellen Sebold | | | | | |
| 544. | Expert file of Defendant's Expert David Lechuga | | | | | |
| 545. | Reserved | | | | | |
| 546. | Reserved | | | | | |
| 547. | Reserved | | | | | |

| Ex. No. | Description | Witness Establishing Foundation | Objections Admissibility Authenticity | Response to Objection | Date ID | Date Admitted |
|---------|-------------|----------------------------------|---------------------------------------|----------------------|---------|---------------|
| 548. | Reserved | | | | | |
| 549. | Reserved | | | | | |
| 550. | Reserved | | | | | |

Dated:  April 17, 2026                        **ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

                                By:

                                    */s/Stacey A. Villagomez*
                                    Matthew Sessions, Esq.
                                    Stacey A. Villagomez, Esq.
                                    Madison E. Larsen, Esq.
                                    Attorney for Plaintiff
                                    PATRICK BYRNE

Dated:  April 17, 2026                        **NUKK-FREEMAN & CERRA**

                                By:

                                    */s/Stacy L. Fode*
                                    Stacy L. Fode, Esq.
                                    Nana J. Yee, Esq.
                                    Attorney for Defendant
                                    AMERIS BANK

## ATTESTATION

In accordance with Central District of California Local Rules Section 5-4.3.4(a)(2)(i), I, Stacy L. Fode, attest that I have obtained concurrence in the filing of this document from the other signatories listed here.

*/s/Stacy L. Fode*

Stacy L. Fode, Esq