MATTHEW T. SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
          svillagomez@allenmatkins.com
          mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
NUKK-FREEMAN & CERRA, P.C.
550 West C Street, Suite 910
San Diego, CA 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Attorneys for Defendant
AMERIS BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>          Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge Michelle Williams Court<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Disc. Cutoff:  November 28, 2025<br>Trial Date:      June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4919-0974-6849.1

-1-

Case No. 8:24-cv-01989-MWC-JDE
JOINT STATUS REPORT REGARDING
SETTLEMENT

## JOINT STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's Civil Trial Order, Plaintiff Patrick Byrne and Defendant Ameris Bank (collectively, the "Parties") submit this Joint Status Report regarding settlement. The Parties participated in a private, in-person mediation on April 9, 2026, before Hon. Charles "Tim" W. McCoy, Jr. (Ret.) at JAMS in Irvine, California. All required parties attended. Despite good faith efforts, the mediation did not result in a resolution.

The Parties have complied with the Court's scheduling order, including the requirement to participate in mediation prior to trial. Trial is currently set for June 1, 2026.

Dated:  April 17, 2026

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
MATTHEW T. SESSIONS
STACEY A. VILLAGOMEZ
MADISON E. LARSEN

By:＿＿＿＿ /s/ *Matthew T. Sessions*
MATTHEW T. SESSIONS
Attorneys for Plaintiff
PATRICK BYRNE

Dated:  April 17, 2026

NUKK-FREEMAN & CERRA, P.C.
STACY L. FODE
NANA J. YEE
KIRSTEN GROSSMAN

By:＿＿＿＿ /s/ *Stacy L. Fode*
STACY L. FODE
Attorneys for Defendant
AMERIS BANK

## SIGNATURE ATTESTATION

Pursuant to Local Civil Rule 5-4.3.4, the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

/s/ *Matthew T. Sessions*
Matthew T. Sessions