Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, California 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Attorneys for Defendant
AMERIS BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PATRICK BYRNE, an individual,

        Plaintiff,

vs.

AMERIS BANK, a Georgia corporation,

        Defendant.

Case No. 8:24-cv-01989-MWC (JDEx)

**DEFENDANT AMERIS BANK'S NOTICE OF MOTION *IN LIMINE* NO. 3 TO EXCLUDE DOCUMENTS AND INFORMATION NOT DISCLOSED OR PRODUCED BEFORE THE CLOSE OF FACT DISCOVERY**

Judge: Hon. Michelle Williams Court
Date: May 22, 2026
Time: 1:30 p.m.
Place: Courtroom 6A

Discovery Cut-Off: November 28, 2025
Pretrial Conference: May 22, 2026
Trial Date: June 1, 2026

---

*Patrick Byrne v. Ameris Bank*        Case No. 8:24-01989
Defendant Ameris Bank's Notice of Motion *In Limine* No. 3 to Exclude Documents and Information Not Disclosed or Produced Before the Close of Discovery

TO PLAINTIFF PATRICK BYRNE AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on May 22, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard by the above-entitled Court, the Honorable Michelle Williams Court, presiding, located 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565, Defendant Ameris Bank ("Ameris") will and hereby does move the Court for the following orders:

1.  For an order excluding Plaintiff Patrick Byrne's ("Byrne") documents production bearing Bates numbers PLAINTIFF001147-1640, served on December 1, 2025, on the grounds that said production was untimely, made after the close of the discovery cutoff, and in violation of the Court's scheduling order;

2.  For an order excluding Byrne's Third Supplemental Responses and Objections to Ameris's Interrogatories, served on December 1, 2025, after the close of the discovery cutoff, on the same grounds; and

3.  For an order precluding Byrne, Byrne's counsel, or any witnesses, from referring to or introducing evidence, references to evidence, testimony or argument relating to any testimony or documents concerning Byrne's newly minted assertion that he was entitled to a fixed 62.54% share of the Long-Term incentive Plan ("LTIP") pool – a theory first raised in his January 23, 2026 Declaration in opposition to Ameris's Motion for Summary Judgment, or in the alternative, Motion for Partial Summary Judgment ("MSJ").

This Motion is made following the conference of counsel on April 10, 2026, pursuant to L.R. 7-3 and Judge Court's Scheduling Order (Dkt. No. 22).

///

///

///

///

///

*Patrick Byrne v. Ameris Bank*                                    Case No. 8:24-01989
Defendant Ameris Bank's Notice of Motion *In Limine* No. 3 to Exclude Documents and
Information Not Disclosed or Produced Before the Close of Discovery          Page 1

This Motion is based on this Notice of Motion, the Memorandum of Law, the Declaration of Stacy L. Fode in Support including the exhibits attached thereto, the complete files and records in this action, and any further oral and/or documentary evidence that may be presented at or before the hearing in this matter.

Dated:  April 17, 2026                    **NUKK-FREEMAN & CERRA**

By:   */s/Stacy L. Fode*
      Stacy L. Fode, Esq.
      Nana J. Yee, Esq.
      Attorney for Defendant
      AMERIS BANK