# EXHIBIT A

Esperanza Cervantes Anderson | SBN 197953
**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**
1037 N Allen Avenue
Pasadena, California 91104
Tel.:   (626) 219-6773
Fax:   (626) 389-8911

Attorneys for PLAINTIFF
PATRICK BYRNE

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| PATRICK BYRNE, an individual, | Case No.: 8:24-cv-01989 |
| PLAINTIFF, | |
| v. | **PLAINTIFF PATRICK BYRNE'S RULE 26 INITIAL DISCLOSURES** |
| AMERIS BANK, a Georgia corporation, | |
| Defendants. | |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, after a good faith inquiry, and based on information now known and reasonably available, Plaintiff PATRICK BYRNE ("Plaintiff") submits herein his Initial Disclosures, all of which are made expressly subject to and without waiving any applicable privileges or exemptions. All Initial Disclosures are further made subject to and without waiving any objections as to relevancy, competency, materiality, and/or admissibility at trial. Furthermore, all Initial Disclosures are made subject to and without waiving Plaintiff's right to object to the use at trial of such disclosures, documents, and/or any related information obtained therefrom. Moreover, all Initial

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

- 1 -

PLAINTIFF'S RULE 26 INITIAL DISCLOSURES

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

Disclosures herein are made subject to and without waiving the right to object to any additional demand for disclosure or other discovery related to such Initial Disclosures. In addition, Plaintiff reserves the right under Fed. R. Civ. P. 26(e) to amend or supplement these Initial Disclosures and/or all other discovery responses.

**A.    Individuals Likely to Have Discoverable Information Rule 26(a)(1)(A)(i):**

Witnesses include but are not limited to:

**Employees and former employees of Balboa (Ameris).**

The following individuals may have discoverable information regarding the allegations in the Complaint, including but not limited to, the negotiations that led to the acquisition of Balboa by Ameris; Balboa's performance following the acquisition; the requirements to obtain a cash award bonus under the LTIP; the calculation of the LTIP; Plaintiff's performance; and Plaintiff's termination. Except where indicated otherwise, the contact information for these witnesses is thought to be within the possession, custody or control of Ameris.

- Plaintiff Patrick Byrne, who may be contacted through Plaintiff's counsel;
- Robert Rasmussen, former Balboa Chief Operating Officer, who may be contacted through Plaintiff's counsel;
- Jacquie Emert, former Balboa Vice President of Accounting, who may be contacted through Plaintiff's counsel;
- Phil Silva (Balboa Vice President of Sales;
- David White (Balboa Top Sales Producer;
- David Sexton (Balboa Chief Credit Officer;
- Michelle Chiongson (Balboa Chief Legal Officer;
- Kevan Wilkinson (Balboa Marketing Manager;
- Heather Parker (Balboa Chief Financial Officer;
- Krystina Ortega (Balboa Vice President of Marketing;

- 2 -

- Nicol Maure (Balboa Marketing Manager;
- James Grant (Balboa Vice President of Portfolio Management;
- Carla Freberg (Balboa Vice President of Vendor Sales;
- Matt Edenhofer (Balboa Vice President of IT; and
- Todd Edson, Balboa Vice President of Operations.

**KBW Investment Bankers**

The following individuals may have discoverable information regarding the allegations in the Complaint, including but not limited to, the negotiations that led to the acquisition of Balboa by Ameris and to the creation of the LTIP.

- Michael Jones, (312) 320-4108; and
- Daniel Larrea, dslarrea@gmail.com, (720) 594-4155.

**Employees and former employees of Defendant Ameris**

The following individuals may have discoverable information regarding the allegations in the Complaint, including but not limited to, the negotiations that led to the acquisition of Balboa by Ameris; Balboa's performance following the acquisition; the requirements to obtain a cash award bonus under the LTIP; the calculation of the LTIP; Plaintiff's performance; and Plaintiff's termination. Except where indicated otherwise, the contact information for these witnesses is thought to be within the possession, custody or control of Ameris.

- Palmer Proctor Jr., Ameris Chief Executive Officer of Ameris Bank and Ameris Bancorp.;
- Lawton E. Bassett III, Ameris President of Ameris Bank and Ameris Bancorp Banking Group.;
- Nicole S. Stokes, Ameris Executive Vice President and Chief Financial Officer;
- Ross L. Creasy, Ameris Executive Vice President and Chief Information Officer;

///

- 3 -

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

- James A. LaHaise III, Ameris Executive Vice President and Chief Strategy Officer;
- William D. McKendry, Ameris Executive Vice President and Chief Risk Officer;
- Michael T. Pierson, Ameris Executive Vice President, Chief Governance Officer, and Corporate Secretary;
- Jody L. Spencer, Ameris Executive Vice President and Chief Legal Officer;
- Douglas D. Strange, Ameris Executive Vice President and Chief Credit Officer;
- Jon Edwards, Ameris Executive Vice President and Chief Credit Officer;
- Laura Rodriquez, Ameris head of compensation;
- Ben Phelps, Ameris Head of HR for Balboa;
- Sidney Houghton, Ameris HR manager;
- Sufhan Majid, Ameris Controller for Ameris;
- David Sparacio, Ameris Head of Accounting; and
- Billy Marvin, Ameris Head of Marketing.

**Members of the Board of Directors at Ameris Bank (2021 and 2024)**

The following individuals may have discoverable information regarding the allegations in the Complaint, including but not limited to, the negotiations that led to the acquisition of Balboa by Ameris; Balboa's performance following the acquisition; the requirements to obtain a cash award bonus under the LTIP; the calculation of the LTIP; Plaintiff's performance; and Plaintiff's termination. Except where indicated otherwise, the contact information for these witnesses is thought to be within the possession, custody or control of Ameris.

Members are thought to include the following people. The contact information for each of these individuals is in Defendant's possession, custody or

PLAINTIFF'S RULE 26 INITIAL DISCLOSURES

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

control.

- Palmer Proctor Jr.;
- James Miller;
- Leo Hill;
- William Stern;
- Elizabeth McCague;
- Robert Ezzell;
- William Bowen;
- Robert Lynch;
- Gloria O'Neal;
- Rodney Bullard;
- William Choate;
- Daniel Jeter; and
- Claire E. McLean.

**Members of the Compensation Committee of Ameris Bank**

The following individuals may have discoverable information regarding the allegations in the Complaint, including but not limited to, the requirements to obtain a cash award bonus under the LTIP; Balboa's performance during the fiscal years 2022, 2023 and 2024; the calculation of the LTIP for each of these years.

Members are thought to include Rodney D. Bullard and R. Dale Ezzell. The contact information for each of these persons is in Defendant's possession, custody or control.

**All persons involved in the decision to terminate Plaintiff's employment**.

The identity of these persons and contact information are in Defendant's possession, custody or control.

///

///

///

- 5 -

PLAINTIFF'S RULE 26 INITIAL DISCLOSURES

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

**B.** **Description of all Things in Plaintiff's Possession, Custody, or Control that Plaintiff may Use to Support His claims - Rule 26(a)(1)(A)(ii):**

The following categories of documents, which are in the possession, custody or control of Plaintiff, may be used to support his liability and damage claims:

- Documents relating to Ameris' acquisition of Balboa, including Plaintiff's employment agreement;
- Documents relating to the LTIP;
- Documents relating to the calculation by Ameris of the LTIP for 2022 and 2023;
- Documents relating to Plaintiff's complaints to Ameris' improper calculation of the LTIP for 2023;
- Documents relating to Plaintiff's performance at Ameris;
- Documents relating to Ameris' termination of Plaintiff's employment;
- Plaintiff's propounded discovery and discovery responses;
- Ameris's propounded discovery and discovery responses;
- All documents identified by Ameris in its Rule 26 Initial Disclosures and/or produced by Ameris in this action; and
- All documents and information obtained by Plaintiff in response to any third-party discovery.

Discovery and investigation have just begun. Plaintiff reserves the right to amend this disclosure statement as discovery continues to add additional documents and/or modify the document descriptions herein. In addition, Plaintiff reserves the right to rely on those documents disclosed by all other parties in connection with this action.

///

///

///

- 6 -

PLAINTIFF'S RULE 26 INITIAL DISCLOSURES

**C.    Computation of Categories of Damages – Rule 26(a)(1)(A)(iii):**

Based on the information and materials currently available, subject to change based on additional lay and expert discovery, and without prejudice to Plaintiff's right to assert proper claims of applicable privileges or immunities, Plaintiff presents the following categories of approximate estimated initial damage computations:

- Retrospective Economic Damages – Subject to Proof at Trial
- Prospective Economic Damages – Subject to Proof at Trial
- Non-Economic Damages – Subject to Proof at Trial
- Punitive Damages – Subject to Proof at Trial

Expert testimony will be required to prove each of the above categories of damage. Plaintiff will make the required disclosures in accordance with Fed. R. Civ. P. 26(a)(2) and reserves all rights to do so.

**D.    Insurance - Rule 26(a)(1)(A)(iv):**

As all information regarding any information coverage applicable to Plaintiff's claims is within the possession, custody, and control of Defendant, Plaintiff lacks any knowledge regarding insurance coverage that might be applicable to Plaintiff's claims as alleged thus far in this action.

DATED:  March 17, 2025.    LAW OFFICE OF ESPERANZA CERVANTES ANDERSON

By: _____
Esperanza Cervantes Anderson, Esq.
Attorney for PLAINTIFF
PATRICK BYRNE

- 7 -

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action, and my business address is Law Office of Esperanza Cervantes Anderson, 1037 N. Allen Avenue, Pasadena, California 91104 (the "business").

On March 17, 2025, I served the following document(s): **PLAINTIFF PATRICK BYRNE'S RULE 26 INITIAL DISCLOSURES** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Stacy L. Fode (sfode@nfclegal.com)
> Nana Yee (nyee@nfclegal.com)
> NUKK-FREEMAN & CERRA, P.C.
> 1230 Columbia Street, Suite 860
> San Diego, California 92101

_____BY REGULAR U.S. MAIL:  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Pasadena, California.

___X___BY E-MAIL:  I sent a true and complete copy of the document(s) described above by electronic transmission to the e-mail addresses set forth opposite the name(s) of the person(s) set forth on the attached service list.

_____BY FEDERAL EXPRESS OVERNIGHT DELIVERY OR OTHER EXPRESS OVERNIGHT SERVICE:  I declare that the foregoing described document(s) was(were) deposited on the date indicated below in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on this office.

_____BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the above address(es). I sent a true and complete copy of the document(s) described above to the e-mail addresses set forth opposite the name(s) of the person(s) set forth on the attached service list pursuant to agreement by counsel to accept personal service via e-mail service.

_____(State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

___X___(Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 17, 2025 at Pasadena, California.

_____
Esperanza Cervantes Anderson

PLAINTIFF'S RULE 26 INITIAL DISCLOSURES

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA