# EXHIBIT B

Esperanza Cervantes Anderson | SBN 197953
**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**
1037 N Allen Avenue
Pasadena, California 91104
Tel.: (626) 219-6773
Fax: (626) 389-8911

Attorneys for PLAINTIFF
PATRICK BYRNE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>      PLAINTIFF,<br><br>      v.<br><br>AMERIS BANK, a Georgia corporation,<br><br>      Defendants. | Case No.: 8:24-cv-01989<br><br>**PLAINTIFF PATRICK BYRNE'S AMENDED RULE 26 INITIAL DISCLOSURES** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff PATRICK BYRNE ("Plaintiff") hereby supplements his original Initial Disclosures, as follows:

**C.      Computation of Categories of Damages – Rule 26(a)(1)(A)(iii):**

Based on the information and materials currently available, subject to change based on additional lay and expert discovery, and without prejudice to Plaintiff's right to assert proper claims of applicable privileges or immunities, Plaintiff presents the following categories of approximate estimated initial damage computations:

- 1 -

PLAINTIFF'S AMENDED RULE 26 INITIAL DISCLOSURES

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

**Retrospective and Prospective Economic Damages**

Pursuant to Section 3.1 of Plaintiff's Employment Agreement, Plaintiff's compensation consisted of a base salary which was $350,000 in 2022 and was to increase at a rate of 3% annually. In 2024, Plaintiff's annual salary was $371,315. Plaintiff's annual salary was going to continue increasing at this rate each year employed. If Plaintiff had not been terminated, he would have continued working for Defendant until retirement.

Pursuant to Section 3.2 of Plaintiff's Employment Agreement, Plaintiff's compensation also included a bonus of $150,000 for each calendar quarter.

Pursuant to Section 3.3 of Plaintiff's Employment Agreement, Plaintiff was also entitled to receive a cash bonus through Defendant's Long Term Incentive Program ("LTIP").

Pursuant to Section 3.4 of Plaintiff's Employment Agreement, Plaintiff was also entitled to a paid vacation of five weeks per year.

Pursuant to Section 3.6(a) of Plaintiff's Employment Agreement, Plaintiff also received health and vision insurance and life insurance.

Pursuant to Section 3.6(a) of Plaintiff's Employment Agreement, Plaintiff also received a car allowance of $1,240 per month, which Plaintiff anticipates would have increased as his employment continued.

- Non-Economic Damages – Subject to Proof at Trial.
- Punitive Damages – Subject to Proof at Trial.
- Attorneys' fees and costs – Subject to Proof.

Expert testimony will be required to prove each of the above categories of damage. Plaintiff will make the required disclosures in accordance with Fed. R. Civ. P. 26(a)(2) and reserves all rights to do so.

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

- 2 -

DATED: June 20, 2025.

**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**

By: _____
Esperanza Cervantes Anderson, Esq.
Attorney for PLAINTIFF
PATRICK BYRNE

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

- 3 -

PLAINTIFF'S AMENDED RULE 26 INITIAL DISCLOSURES

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action, and my business address is Law Office of Esperanza Cervantes Anderson, 1037 N. Allen Avenue, Pasadena, California 91104 (the "business").

On June 20, 2025, I served the following document(s): **PLAINTIFF PATRICK BYRNE'S AMENDED RULE 26 INITIAL DISCLOSURES** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Stacy L. Fode (sfode@nfclegal.com)
> Nana Yee (nyee@nfclegal.com)
> NUKK-FREEMAN & CERRA, P.C.
> 1230 Columbia Street, Suite 860
> San Diego, California 92101

_____BY REGULAR U.S. MAIL:  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Pasadena, California.

\_\_\_X\_\_\_BY E-MAIL:  I sent a true and complete copy of the document(s) described above by electronic transmission to the e-mail addresses set forth opposite the name(s) of the person(s) set forth on the attached service list.

_____BY FEDERAL EXPRESS OVERNIGHT DELIVERY OR OTHER EXPRESS OVERNIGHT SERVICE:  I declare that the foregoing described document(s) was(were) deposited on the date indicated below in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on this office.

_____BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the above address(es). I sent a true and complete copy of the document(s) described above to the e-mail addresses set forth opposite the name(s) of the person(s) set forth on the attached service list pursuant to agreement by counsel to accept personal service via e-mail service.

_____(State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

\_\_\_X\_\_\_(Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 20, 2025 at Pasadena, California.

_____
Esperanza Cervantes Anderson

- 4 -

PLAINTIFF'S AMENDED RULE 26 INITIAL DISCLOSURES

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA