# EXHIBIT C

MATTHEW SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: msessions@allenmatkins.com
        svillagomez@allenmatkins.com
        mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge Michelle Williams Court<br><br>**PLAINTIFF'S EXHIBIT LIST**<br><br>Disc. Cutoff:  November 28, 2025<br>Trial Date:     June 1, 2026 |

Plaintiff Patrick Byrne ("Plaintiff") hereby submits the following exhibit list for the purposes of the above-referenced trial.  Inclusion on this list of a particular individual does not constitute, and should not be construed as, a representation that said exhibit will be introduced at the time of the trial.  Plaintiff reserves the right to amend and supplement this list at any time.

### PLAINTIFF'S EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 1. | 12/31/20 Balboa Capital Corporation and Subsidiaries Consolidated Financial Report [PLAINTIFF 000278-301] | | | | | |
| 2. | 06/18/21 RSM letter to Board of Directors; and Balboa Capital representation letter [PLAINTIFF 001079-1085] | | | | | |
| 3. | 07/15/21 Ameris Bank Code of Business and Ethics [AMERIS000415-424] | | | | | |
| 4. | 08/02/21 Letter from James LaHaise to Michael H. Jones regarding acquisition of Balboa Capital Corporation [PLAINTIFF 001137-1146] | | | | | |
| 5. | 12/10/21 Stock Purchase Agreement [AMERIS000132-218] | | | | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

PLAINTIFF'S EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 6. | 12/10/21 Employment Agreement between Ameris Bank and Patrick Byrne [AMERIS000238-259] | | | | | |
| 7. | 12/10/21 Disclosure Schedules [PLAINTIFF 000244-386] | | | | | |
| 8. | 2022 Form W-2 Wage & Tax Statement [AMERIS000006-10] | | | | | |
| 9. | 2022 Senior Manager Performance Review [AMERIS000088-92] | | | | | |
| 10. | 2022 Excel spreadsheet - Dec. 2022 Income Statement Balboa Capital [AMERIS000961] | | | | | |
| 11. | 04/22/22 Email chain, latest email from Laura Rodriguez to Patrick Byrne regarding Balboa MGMT BONUS ACCR MAR 2022 [AMERIS001184-1186] | | | | | |
| 12. | 04/22/22 Email chain, latest email to David Rogers regarding Approval Requested: BALBOA MGMT BONUS ACCR MAR 2022, and all attachments [AMERIS001861-1864] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 13. | 04/28/22 Email from James LaHaise to Patrick Byrne regarding LTIP Calculation, and all attachments [AMERIS001187] | | | | | |
| 14. | 05/09/22 Email chain, latest email from James LaHaise and David Sparacio regarding LTIP Calculation [AMERIS001601-1606] | | | | | |
| 15. | 05/04/22 Email chain, latest email from Matt Roux to David Sparacio; Sufhan Majid regarding LTIP Calculation [AMERIS001921-1926] | | | | | |
| 16. | 06/27/22 Job description for Balboa - Chief Executive Officer [AMERIS000235-237] | | | | | |
| 17. | 07/01/22 Ameris Bank Employee Handbook [AMERIS000425-483] | | | | | |
| 18. | 10/19/22 Email chain, latest email from Patrick Byrne to Heather Parker regarding Efficiency Ratio, and all attachments [AMERIS000823- 24] | | | | | |
| 19. | 12/31/22 Confidential - 2022 LTIP Calculation Spreadsheet [AMERIS000738-740] | | | | | |
| 20. | 2023 Form W-2 Wage & Tax Statement [AMERIS000011-16] | | | | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

PLAINTIFF'S EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 21. | 2023 Confidential - LTIP Calculation [AMERIS000739] | | | | | |
| 22. | 2023 Senior Manager Performance Review [AMERIS000095-100] | | | | | |
| 23. | 12/07/23 Email from James LaHaise to Patrick Byrne; Phil Silva regarding 2024 budget and LTIP potential, and all attachments [AMERIS001458] | | | | | |
| 24. | 01/16/23 Email chain, latest email from Bill McKendry to James LaHaise; Nicole Stokes regarding Balboa Loan Issue at Year-End and Pat's response [AMERIS001612-1613] | | | | | |
| 25. | 01/11/23 Email Chain, latest email from Patrick Byrne to Sufhan Majid, et al. [AMERIS002208-2216] | | | | | |
| 26. | 01/12/23 Email chain, latest email from Patrick Byrne to Laura Rodriguez regarding 2022 LTIP Payouts [AMERIS000867-868] | | | | | |
| 27. | 01/17/23 Email chain, latest email from James LaHaise to Nicole Stokes regarding LTIP deferral [AMERIS001614] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 28. | 01/17/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding Phil LTIP [AMERIS000869-870] | | | | | |
| 29. | 01/25/23 Email chain, latest email from Sufhan Majid to Patrick Byrne regarding Monthly Financial Package [AMERIS001282-1285] | | | | | |
| 30. | 01/30/23 Email chain, latest email to Patrick Byrne regarding Monthly Financial Package - 12-31-2022, and all attachments [AMERIS001954-1956] | | | | | |
| 31. | 02/02/23 Email chain, latest email from Laura Rodriguez to Patrick Bryne regarding 2022 LTIP Payouts [AMERIS001198-1201] | | | | | |
| 32. | 03/15/23 Email chain, latest email from James LaHaise to David Sparacio regarding Balboa FTP Charge [AMERIS001615-1616] | | | | | |
| 33. | 04/10/23 Email from Sufhan Majid to David Sparacio regarding Final LTIP calculation 3-31-2023, and all attachments [AMERIS001963] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 34. | 07/19/23 Email chain, latest email from Patrick Byrne to Jim regarding 2022 and Q1 2023 LTIP calculations, and all attachments [AMERIS000908-910] | | | | | |
| 35. | 07/13/23 Email chain, latest email from Sufhan Majid to Matt Roux regarding LTIP calculation 6.30.23 estimate.xlsx, and all attachments [AMERIS001969] | | | | | |
| 36. | 07/11/23 Email chain, latest email from David Sparacio to Laura Rodriguez; Sufhan Majid regarding LTIP calculation 6.30.2023 estimate.xlsx, and all attachments [AMERIS001965] | | | | | |
| 37. | 07/13/23 Email chain, latest email from Sufhan Majid to Patrick Byrne regarding LTIP Calculation, and all attachments [AMERIS001361-1362] | | | | | |
| 38. | 07/14/23 Email chain, latest email from James LaHaise to David Sparacio regarding Balboa Discussion Item [AMERIS002217] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 39. | 07/18/23 Email chain, latest email from Sufhan Majid to Steve Woodhull regarding LTIP Calculation [AMERIS001975-1978] | | | | | |
| 40. | 07/23/23 Email chain, latest email from Patrick Byrne to Sufhan Majid regarding LTIP Calculation, and all attachments [AMERIS000930-931] | | | | | |
| 41. | 07/24/23 Email chain, latest email from Nicole Stokes to James LaHaise regarding LTIP Calculation, and all attachments [AMERIS001661-1662] | | | | | |
| 42. | 07/24/23 Email chain, latest email from James LaHaise to David Sparacio, et al. regarding 2022 LTIP revisions [AMERIS001352-1353] | | | | | |
| 43. | 07/24/23 Email from Patrick Byrne to Sufhan Majid regarding 2022 LTIP revisions, and all attachments [AMERIS001981] | | | | | |
| 44. | 07/24/23 Email chain, latest email from Nicole Stokes to David Sparacio; et al. regarding LTIP calculation [AMERIS001999-2000] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 45. | 07/24/23 Email chain, latest email from David Sparacio to Sufhan Majid regarding 2022 LTIP revisions [AMERIS002001-2002] | | | | | |
| 46. | 07/26/23 Email chain, latest email from James LaHaise to David Sparacio regarding Adjusted LTIP Calc, and all attachments [AMERIS002003] | | | | | |
| 47. | 08/01/23 Email chain, latest email from Patrick Byrne to James LaHaise regarding LTIP Calculation [AMERIS001414-1415] | | | | | |
| 48. | 08/04/23 Email chain, latest email from Patrick Byrne to Nicole Stokes; Phil Silva regarding LTIP Calculation [AMERIS001692-1694] | | | | | |
| 49. | 08/04/23 Email chain, latest email from James LaHaise to Patrick Byrne regarding LTIP Calculation, and all attachments [AMERIS001695-1698] | | | | | |
| 50. | 08/04/23 Email chain, latest email from Patrick Byrne to James LaHaise regarding LTIP Calculation, and all attachments [AMERIS001383] | | | | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

PLAINTIFF'S EXHIBIT LIST

4908-0413-6607.1

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 51. | 08/04/23 Email chain, latest email from James LaHaise to Patrick Byrne regarding LTIP Calculation [AMERIS001413] | | | | | |
| 52. | 10/05/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding RBFS Meeting Summary, and all attachments [AMERIS001429-1431] | | | | | |
| 53. | 11/15/23 Email chain, latest email from Patrick Byrne to James LaHaise regarding Materially diminished authority, duties, and responsibilities since the acquisition, [AMERIS001008-1011] | | | | | |
| 54. | 11/03/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding Q3 2023 LTIP, and all attachments [AMERIS001435-1438] | | | | | |
| 55. | 11/16/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding Q3 2023 LTIP [AMERIS001451-1454] | | | | | |
| 56. | 10/12/23 Email chain, latest email from Nicole Stokes to Sufhan Majid regarding Deals charged off due to repossession of equipment [AMERIS002137-2138] | | | | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4908-0413-6607.1

-10-

PLAINTIFF'S EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 57. | 11/03/23 Email chain, latest email from Patrick Byrne to Sufhan Majid regarding Q3 2023 LTIP, and all attachments [AMERIS001488-1490] | | | | | |
| 58. | 11/03/23 Email chain, latest email from Patrick Byrne to Nicole Stokes regarding Q3 2023 LTIP [AMERIS001552-1555] | | | | | |
| 59. | 11/09/23 Email chain, latest email from David Sparacio to James LaHaise regarding Q3 2023 LTIP [AMERIS001710-1712] | | | | | |
| 60. | 11/14/23 Email chain, latest email from Parick Byrne to Nicle Stokes; Phil Silva [AMERIS001556-1558] | | | | | |
| 61. | 11/18/23 Email chain, latest email from Sufhan Majid to Patrick Byrne; Phil Silva regarding estimated LTIP, and all attachments [AMERIS001455-1456] | | | | | |
| 62. | 12/08/23 Email chain, latest email from James LaHaise to Patrick Byrne regarding 2024 budget and LTIP potential [AMERIS001462-1463] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 63. | 12/12/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding LTIP as of 11/30/2023 review [AMERIS001012-1013] | | | | | |
| 64. | 12/12/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding Q3 2023 LTIP, and all attachments [AMERIS001474-1476] | | | | | |
| 65. | 12/16/23 Email chain, latest email from Patrick Byrne to James LaHaise regarding Q3 2023 LTIP and all attachments [AMERIS001014-1017] | | | | | |
| 66. | 12/16/23 Email chain, latest email from Patrick Byrne to James LaHaise regarding Q3 2023 LTIP [AMERIS001025] | | | | | |
| 67. | 12/18/23 Email chain, latest email from Phil Silva to Patrick Bryne [AMERIS002128-2130] | | | | | |
| 68. | 12/21/23 Email chain, latest email from James LaHaise to Patrick Byrne; Phil Silva regarding LTIP Final Payout 2.2.23.xlsx [AMERIS001727-1728] | | | | | |
| 69. | 12/22/23 Email chain, latest email from James LaHaise to Patrick Byrne regarding Q3 2023 LTIP [AMERIS001249-1253] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 70. | 2024 W-2 and Earnings Summary [PLAINTIFF 000035] | | | | | |
| 71. | 12/27/23 Email chain, latest email from Sufhan Majid to Patrick Byrne regarding Accounting for -900 accounts [PLAINTIFF 001504-1512] | | | | | |
| 72. | 01/04/24 Email chain, latest email from Sufhan Majid, CPA regarding Interim Rent Question on Open Invoices [AMERIS002011-2013] | | | | | |
| 73. | 01/05/24 Email chain, latest email from Patrick Byrne David Sparacio regarding Accounting for -900 accounts [AMERIS001036-1045] | | | | | |
| 74. | 01/05/24 Email chain, latest email from James LaHaise to David Sparacio regarding Interim Rent Question on Open Invoices [AMERIS001806-1809] | | | | | |
| 75. | 01/07/24 Email chain, latest email from David Sparacio to Nicole Stokes regarding Accounting for -900 accounts [AMERIS002271-2281] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 76. | 01/30/24 Email chain, latest email from David Sparacio to Nicole Stokes; Sufhan Majid regarding December 2023 LTIP, and all attachments [AMERIS001810-1814] | | | | | |
| 77. | 01/10/24 Email chain, latest email from David Sparacio to Sufhan Majid regarding December 2023 LTIP [AMERIS002218-2219] | | | | | |
| 78. | 01/15/24 Email chain, latest email from Patrick Byrne to Sufhan Majid regarding December 2023 LITP, and all attachments [AMERIS000785-794] | | | | | |
| 79. | 01/16/24 Email chain, latest email from Patrick Byrne to James LaHaise regarding 2023 annual performance reviews [AMERIS001254-1255] | | | | | |
| 80. | 01/16/24 Email chain, latest email from Nicole Stokes to David Sparacio regarding December 2023 LTIP [AMERIS002151-2153] | | | | | |
| 81. | 01/17/24 Email chain, latest email from Patrick Byrne to James LaHaise regarding Q3 2023 LTIP [AMERIS001046-1050] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 82. | 01/19/24 Email from Nicole Stokes to James Lahaise regarding LTIP Discussion Points, and all attachments [AMERIS002282-2283] | | | | | |
| 83. | 01/20/24 Email chain, latest email from Patrick Byrne to Anthony Byrne regarding Rob Rasmussen Update [PLAINTIFF 001531-001534] | | | | | |
| 84. | 01/23/24 Email chain, latest email from Sufhan Majid to Nicole Stokes regarding Q4 2023 LTIP, and all attachments [AMERIS002040-2043] | | | | | |
| 85. | 01/23/24 Email chain, latest email from David Sparacio to Nicole Stokes regarding Q4 2023 LTIP [AMERIS002155-2158] | | | | | |
| 86. | 01/25/24 Email chain, latest email from Nicole Stokes to Sufhan Majid; David Sparacio regarding December 2023 LTIP [AMERIS002168-2171] | | | | | |
| 87. | 01/27/24 Email chain, latest email from Patrick Byrne to James LaHaise regarding Security Deposits, and all attachments [AMERIS002249-2254] | | | | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

PLAINTIFF'S EXHIBIT LIST

4908-0413-6607.1

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 88. | 01/29/24 Email from Patrick Byrne to James LaHaise regarding 2022 LTIP Revision, and all attachments [AMERIS002245] | | | | | |
| 89. | 01/30/24 Email chain, latest email from Sufhan Majid to Nicole Stokes regarding December 2023 LTIP, and all attachments [AMERIS001816-1820] | | | | | |
| 90. | 02/05/24 Email chain, latest email from James LaHaise to Patrick Bryne regarding Summary of compensation owed [AMERIS001506-1509] | | | | | |
| 91. | 03/01/24 Email chain, latest email from James LaHaise to Patrick Byrne regarding Summary of compensation owed [AMERIS001747-1751] | | | | | |
| 92. | 01/31/24 Email chain, latest email from Patrick Byrne to James LaHaise regarding Summary of Compensation owed, and all attachments [AMERIS002243-2244] | | | | | |
| 93. | 04/11/24 Email chain, latest email to Phil Silva, et al. regarding Follow-up: 2024 Bonuses, [AMERIS001076–1079] | | | | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4908-0413-6607.1

-16-

PLAINTIFF'S EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 94. | 02/28/24 Email chain, latest email from Patrick Byrne to Phil Silva regarding Department Update [AMERIS001065-1067] | | | | | |
| 95. | 03/07/24 Email from James LaHaise to Patrick Byrne regarding Employment contract, and attachment [AMERIS001752-1753] | | | | | |
| 96. | 03/08/24 Email chain, latest email from Laura Rodriguez to Sufhan Majid regarding LTIP calculation 2.29.2024 draft [AMERIS002070-2071] | | | | | |
| 97. | 03/09/24 Email chain, latest email from Phil Silva to Patrick Byrne regarding Employment contract [AMERIS001524-1526] | | | | | |
| 98. | 03/11/24 Email from James LaHaise to Patrick Byrne; Phil Silva regarding Ameris - Severance Protection and Restrictive Covenants Agreement, and all attachments [AMERIS001754-1769] | | | | | |
| 99. | 04/04/24 Email chain, latest email from David Sparacio to Laura Rodriguez regarding LTIP accrual [AMERIS002072-2073] | | | | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4908-0413-6607.1

-17-

PLAINTIFF'S EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 100. | 05/02/24 Email chain, latest email from Phil Silva to Patrick Byrne regarding LTIP & Jim Visit Agenda [AMERIS001544-1549] | | | | | |
| 101. | 04/16/24 Email chain, latest email from Anjana Keshav to Sufhan Majid regarding LTIP calculation 3.31.2024 final, and all attachments [AMERIS002093-2095] | | | | | |
| 102. | 05/06/24 Email from Patrick Byrne to James LaHaise regarding Q1 2024 LTIP revision [AMERIS001110-1111] | | | | | |
| 103. | 05/06/24 Email chain, latest email from James LaHaise to Patrick Byrne regarding Summary of compensation owed [AMERIS001776-1782] | | | | | |
| 104. | 05/08/24 Email chain, latest email from Patrick Byrne to Phil Silva, and all attachments [AMERIS001102-1103] | | | | | |
| 105. | 05/09/24 Email chain, latest email from Patrick Byrne to Phil Silva, and all attachments [AMERIS002267-2269] | | | | | |
| 106. | 05/21/24 Email from Phil Silva to James LaHaise; Patrick Byrne, and all attachment [AMERIS001265-1273] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 107. | 06/27/24 Email from James LaHaise to Patrick Byrne regarding Notice of termination, and all attachments [AMERIS001792-1795] | | | | | |
| 108. | 06/28/24 Excel LTIP 5.31.24 [AMERIS001161] | | | | | |
| 109. | 07/02/24 Email chain, latest email from Phil Silva to Patrick Byrne regarding Leader Announcement [PLAINTIFF 01147-1153] | | | | | |
| 110. | Balboa Capital Long-Term Cash Incentive Plan [AMERIS000221-234] | | | | | |
| 111. | 2023 Balboa Capital, A Division of Ameris Bank, Strategic Plan, [PLAINTIFF 000811] | | | | | |
| 112. | Balboa Capital Strategy, [PLAINTIFF 000813-814] | | | | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

PLAINTIFF'S EXHIBIT LIST

4908-0413-6607.1

-19-

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 2010 Main Street, 8th Floor, Irvine, California 92614-7214.

On April 10, 2026, I served the within document(s) described as:

**PLAINTIFF'S EXHIBIT LIST**

on the interested parties in this action as stated below:

Stacy L. Fode, Esq                          *Attorneys for Defendant*
Nana J. Yee, Esq                            *AMERIS BANK*
NUKK-FREEMAN & CERRA, P.C.
550 West C Street, Suite 910
San Diego, CA 92101
sfode@nfclegal.com
nyee@nfclegal.com

Kirsten Grossman, Esq.
Zachary Brower, Esq.
NUKK-FREEMAN & CERRA, PC
Chatham Executive Center
26 Main Street, Suite 202
Chatham, New Jersey 07928
kgrossman@nfclegal.com
zbrower@nfclegal.com

cc:     Clara Castañeda,
        ccastaneda@nfclegal.com

☒      **BY E-MAIL OR ELECTRONIC TRANSMISSION:** As California Code of Civil Procedure section 1010.6 and all other applicable law including California Rules of Court permits, I caused a true copy of the document to be sent to the persons at the corresponding electronic address as indicated above on the above-mentioned date. My electronic notification address is khicks@allenmatkins.com. I am readily familiar with this firm's Microsoft Outlook electronic mail system and did not receive any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on April 10, 2026, at Irvine, California.

Kimberly A. Hicks
_____            _____
(Type or print name)                    (Signature of Declarant)

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4908-0413-6607.1                        -20-                    PLAINTIFF'S EXHIBIT LIST