# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>       Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>       Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AMERIS BANK'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE DOCUMENTS AND INFORMATION NOT DISCLOSED OR PRODUCED BEFORE THE CLOSE OF FACT DISCOVERY**<br><br>Hon. Michelle Williams Court<br>Date: May 22, 2026<br>Time: 1:30p.m.<br>Place: Courtroom 6A<br><br>Discovery Cut-Off: November 28, 2025<br>Pre-trial Conference: May 22, 2026<br>Trial: June 1, 2026 |

On May 22, 2026, Defendant Ameris Bank's ("Ameris" or "Defendant") Notice of Motion *In Limine* No. 3 to Exclude Documents and Information Not Disclosed or Produced Before the Close of Fact Discovery, came for hearing before this Court, the Honorable Michelle Williams Court, United States District Judge, presiding.

After full consideration of the evidence, and all written and oral arguments and evidence submitted on the motion, and the issues having been duly heard and a decision having been duly rendered:

IT IS HEREBY ORDERED:

1. The Court GRANTS the Motion and ORDERS the following:

   a. Plaintiff Patrick Byrne's ("Byrne") documents production bearing Bates numbers PLAINTIFF001147-1640, produced on December 1, 2025, after the close of the discovery cutoff, is **EXCLUDED**.

   b. Byrne's Third Supplemental Responses and Objections to Ameris's Interrogatories, produced on December 1, 2025, after the close of the discovery cutoff, are **EXCLUDED**.

   c. Byrne, Byrne's counsel, and all witnesses are PRECLUDED from referring to, introducing, or eliciting any evidence, testimony, or argument concerning Byrne's assertion that he was entitled to a fixed 62.54% share of the Long-Term Incentive Plan ("LTIP") pool.

**IT IS SO ORDERED.**

Dated: _____

By: _____
Hon. Michelle Williams Court
United States District Judge