MATTHEW T. SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
         svillagomez@allenmatkins.com
         mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No.  8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge Michelle Williams Court<br><br>**DECLARATION OF MATTHEW T. SESSIONS IN SUPPORT OF PLAINTIFF PATRICK BYRNE'S MOTION IN LIMINE NO. 3 TO EXCLUDE DEFENDANT AMERIS BANK'S EVIDENCE SUPPORTING THE DISCRETIONARY NATURE OF WAGES**<br><br>Date:  May 22, 2026<br>Time:  1:30 p.m.<br>Ctrm:  6A<br><br>Disc. Cutoff:          November 28, 2025<br>Pretrial Conference:  May 22, 2026<br>Trial Date:             June 1. 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

4907-8331-7153.1                    -1-

Case No.  8:24-cv-01989-MWC-JDE
DECLARATION OF MATTHEW SESSIONS
IN SUPPORT OF PLAINTIFF'S MOTION IN
LIMINE NO. 3

## DECLARATION OF MATTHEW T. SESSIONS

I, Matthew T. Sessions, declare as follows:

1.      I am an attorney at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel of record for Plaintiff Patrick Byrne ("Byrne") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I am making this declaration in support of Byrne's Motion in Limine No. 3.

2.      On April 10, 2026, I attended a meet and confer conference with counsel for Defendant Ameris Bank ("Ameris") in which we discussed the parties' motions in limine. At that meet and confer conference, counsel for Ameris informed me that Ameris intended to argue at trial that Byrne's Long-Term Incentive Plan ("LTIP") cash award was a discretionary bonus and, therefore, not a wage recoverable under Labor Code §§ 201–203.

3.      I have personal knowledge of the documents and information that have been produced during discovery in this matter. I am not aware of any new documents or information made available in discovery—since the time Ameris's filed its Motion for Summary Judgment—that would support Ameris's argument that the LTIP cash award at issue was a discretionary bonus. Further, Ameris's counsel has not indicated that they are aware of any new documents or information produced in discovery (and not cited in Ameris's Motion for Summary Judgment) that would support Ameris's discretionary bonus argument.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2026, at Irvine, California.

_____
MATTHEW T. SESSIONS

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4907-8331-7153.1

-2-

Case No.  8:24-cv-01989-MWC-JDE
DECLARATION OF MATTHEW SESSIONS
IN SUPPORT OF PLAINTIFF'S MOTION IN
LIMINE NO. 3