UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Michelle Williams Court<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PATRICK BYRNE'S MOTION IN LIMINE NO. 3 TO EXCLUDE DEFENDANT AMERIS BANK'S EVIDENCE SUPPORTING THE DISCRETIONARY NATURE OF WAGES**<br><br>Date:   May 22, 2026<br>Time:   1:30 p.m.<br>Ctrm:   6A<br><br>Disc. Cutoff:   November 28, 2025<br>Trial Date:     June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION IN LIMINE NO. 3

4933-3607-5681.1

On May 22, 2026, Plaintiff Patrick Byrne's Motion *in limine* No. 3 as to Defendant Ameris Bank's evidence supporting its discretionary nature of wages argument ("Motion"), came on for hearing before this Court, the Honorable Michelle Williams Court, United States District Court Judge, presiding.

After full consideration of the evidence, and all written and oral arguments and evidence submitted on the Motion, and issues having been duly heard and a decision having been duly rendered:

**IT IS HEREBY ORDERED:**

1.      The Motion is **GRANTED**.

2.      Defendant Ameris Bank shall be precluded from presenting or using any evidence at trial for the purpose of arguing that the Long-Term Incentive Plan cash award at issue in this case is discretionary in nature.

**IT IS SO ORDERED.**

Dated: _____     _____

Hon. Michelle Williams Court
United States District Judge

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION IN LIMINE NO. 3

4933-3607-5681.1                    -2-