Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, California 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Attorneys for Defendant
AMERIS BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>             Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**DEFENDANT AMERIS BANK'S NOTICE OF MOTION *IN LIMINE* NO. 4 TO EXCLUDE ANY CLAIM FOR ENTITLEMENT TO OR RECOVERY OF 2024 LTIP COMPENSATION CONSISTENT WITH THE COURT'S MOTION FOR SUMMARY JUDGMENT ORDER**<br><br>Judge: Hon. Michelle Williams Court<br>Date: May 22, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 6A<br><br>Discovery Cut-Off: November 28, 2025<br>Pretrial Conference: May 22, 2026<br>Trial Date: June 1, 2026 |

*Patrick Byrne v. Ameris Bank*                                    Case No. 8:24-01989
Defendant Ameris Bank's Notice of Motion *In Limine* No. 4 to Exclude Any Claim for Entitlement to, or Recovery of 2024 LTIP Compensation Consistent with the Court's Motion for Summary Judgment Order

TO PLAINTIFF PATRICK BYRNE AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on March 13, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard by the above-entitled Court, the Honorable Michelle Williams Court, presiding, located 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565, Defendant Ameris Bank ("Ameris") will and hereby does move the Court for the following orders:

1. For an order excluding and precluding Plaintiff Patrick Byrne ("Byrne"), Byrne's counsel, and any witness from introducing, referring to, or eliciting any testimony, statement, documentary evidence, expert opinion, or argument concerning: (a) any claim that Byrne earned or was entitled to any 2024 Long-Term Incentive Plan ("LTIP") payment, compensation, or bonus; (b) any claim that Ameris wrongfully withheld, reduced, or failed to pay any 2024 LTIP payment, compensation, or bonus; or (c) any calculation of, reference to, or recovery of alleged damages that incorporates or is derived from any 2024 LTIP payment, compensation, or bonus amount.

2. In the alternative, should the Court permit any reference to the 2024 LTIP for the limited purpose of providing context for Byrne's other claims (if any), for an order that Ameris's proposed limiting instruction be given to the jury at the time any such evidence is admitted and at such other time(s) during trial as the Court deems appropriate.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 and Judge Court's Scheduling Order (Dkt. No. 22).

///

///

///

///

///

///

This Motion is based on this Notice of Motion, the Memorandum of Law, the Declaration of Stacy L. Fode in Support including the exhibits attached thereto, the complete files and records in this action, and any further oral and/or documentary evidence that may be presented at or before the hearing in this matter.

Dated: April 17, 2026                           **NUKK-FREEMAN & CERRA**

By:      */s/Stacy L. Fode*
         Stacy L. Fode, Esq.
         Nana J. Yee, Esq.
         Attorney for Defendant
         AMERIS BANK