# EXHIBIT C

MATTHEW SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
          svillagomez@allenmatkins.com
          mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge Michelle Williams Court<br><br>**PLAINTIFF'S EXHIBIT LIST**<br><br>Disc. Cutoff:  November 28, 2025<br>Trial Date:       June 1, 2026 |

Plaintiff Patrick Byrne ("Plaintiff") hereby submits the following exhibit list for the purposes of the above-referenced trial. Inclusion on this list of a particular individual does not constitute, and should not be construed as, a representation that said exhibit will be introduced at the time of the trial. Plaintiff reserves the right to amend and supplement this list at any time.

## PLAINTIFF'S EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 1. | 12/31/20 Balboa Capital Corporation and Subsidiaries Consolidated Financial Report [PLAINTIFF 000278-301] | | | | | |
| 2. | 06/18/21 RSM letter to Board of Directors; and Balboa Capital representation letter [PLAINTIFF 001079-1085] | | | | | |
| 3. | 07/15/21 Ameris Bank Code of Business and Ethics [AMERIS000415-424] | | | | | |
| 4. | 08/02/21 Letter from James LaHaise to Michael H. Jones regarding acquisition of Balboa Capital Corporation [PLAINTIFF 001137-1146] | | | | | |
| 5. | 12/10/21 Stock Purchase Agreement [AMERIS000132-218] | | | | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

PLAINTIFF'S EXHIBIT LIST

4908-0413-6607.1

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 6. | 12/10/21 Employment Agreement between Ameris Bank and Patrick Byrne [AMERIS000238-259] | | | | | |
| 7. | 12/10/21 Disclosure Schedules [PLAINTIFF 000244-386] | | | | | |
| 8. | 2022 Form W-2 Wage & Tax Statement [AMERIS000006-10] | | | | | |
| 9. | 2022 Senior Manager Performance Review [AMERIS000088-92] | | | | | |
| 10. | 2022 Excel spreadsheet - Dec. 2022 Income Statement Balboa Capital [AMERIS000961] | | | | | |
| 11. | 04/22/22 Email chain, latest email from Laura Rodriguez to Patrick Byrne regarding Balboa MGMT BONUS ACCR MAR 2022 [AMERIS001184-1186] | | | | | |
| 12. | 04/22/22 Email chain, latest email to David Rogers regarding Approval Requested: BALBOA MGMT BONUS ACCR MAR 2022, and all attachments [AMERIS001861-1864] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 13. | 04/28/22 Email from James LaHaise to Patrick Byrne regarding LTIP Calculation, and all attachments [AMERIS001187] | | | | | |
| 14. | 05/09/22 Email chain, latest email from James LaHaise and David Sparacio regarding LTIP Calculation [AMERIS001601-1606] | | | | | |
| 15. | 05/04/22 Email chain, latest email from Matt Roux to David Sparacio; Sufhan Majid regarding LTIP Calculation [AMERIS001921-1926] | | | | | |
| 16. | 06/27/22 Job description for Balboa - Chief Executive Officer [AMERIS000235-237] | | | | | |
| 17. | 07/01/22 Ameris Bank Employee Handbook [AMERIS000425-483] | | | | | |
| 18. | 10/19/22 Email chain, latest email from Patrick Byrne to Heather Parker regarding Efficiency Ratio, and all attachments [AMERIS000823- 24] | | | | | |
| 19. | 12/31/22 Confidential - 2022 LTIP Calculation Spreadsheet [AMERIS000738-740] | | | | | |
| 20. | 2023 Form W-2 Wage & Tax Statement [AMERIS000011-16] | | | | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

PLAINTIFF'S EXHIBIT LIST

4908-0413-6607.1

-4-

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 21. | 2023 Confidential - LTIP Calculation [AMERIS000739] | | | | | |
| 22. | 2023 Senior Manager Performance Review [AMERIS000095-100] | | | | | |
| 23. | 12/07/23 Email from James LaHaise to Patrick Byrne; Phil Silva regarding 2024 budget and LTIP potential, and all attachments [AMERIS001458] | | | | | |
| 24. | 01/16/23 Email chain, latest email from Bill McKendry to James LaHaise; Nicole Stokes regarding Balboa Loan Issue at Year-End and Pat's response [AMERIS001612-1613] | | | | | |
| 25. | 01/11/23 Email Chain, latest email from Patrick Byrne to Sufhan Majid, et al. [AMERIS002208-2216] | | | | | |
| 26. | 01/12/23 Email chain, latest email from Patrick Byrne to Laura Rodriguez regarding 2022 LTIP Payouts [AMERIS000867-868] | | | | | |
| 27. | 01/17/23 Email chain, latest email from James LaHaise to Nicole Stokes regarding LTIP deferral [AMERIS001614] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 28. | 01/17/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding Phil LTIP [AMERIS000869-870] | | | | | |
| 29. | 01/25/23 Email chain, latest email from Sufhan Majid to Patrick Byrne regarding Monthly Financial Package [AMERIS001282-1285] | | | | | |
| 30. | 01/30/23 Email chain, latest email to Patrick Byrne regarding Monthly Financial Package - 12-31-2022, and all attachments [AMERIS001954-1956] | | | | | |
| 31. | 02/02/23 Email chain, latest email from Laura Rodriguez to Patrick Bryne regarding 2022 LTIP Payouts [AMERIS001198-1201] | | | | | |
| 32. | 03/15/23 Email chain, latest email from James LaHaise to David Sparacio regarding Balboa FTP Charge [AMERIS001615-1616] | | | | | |
| 33. | 04/10/23 Email from Sufhan Majid to David Sparacio regarding Final LTIP calculation 3-31-2023, and all attachments [AMERIS001963] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 34. | 07/19/23 Email chain, latest email from Patrick Byrne to Jim regarding 2022 and Q1 2023 LTIP calculations, and all attachments [AMERIS000908-910] | | | | | |
| 35. | 07/13/23 Email chain, latest email from Sufhan Majid to Matt Roux regarding LTIP calculation 6.30.23 estimate.xlsx, and all attachments [AMERIS001969] | | | | | |
| 36. | 07/11/23 Email chain, latest email from David Sparacio to Laura Rodriguez; Sufhan Majid regarding LTIP calculation 6.30.2023 estimate.xlsx, and all attachments [AMERIS001965] | | | | | |
| 37. | 07/13/23 Email chain, latest email from Sufhan Majid to Patrick Byrne regarding LTIP Calculation, and all attachments [AMERIS001361-1362] | | | | | |
| 38. | 07/14/23 Email chain, latest email from James LaHaise to David Sparacio regarding Balboa Discussion Item [AMERIS002217] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 39. | 07/18/23 Email chain, latest email from Sufhan Majid to Steve Woodhull regarding LTIP Calculation [AMERIS001975-1978] | | | | | |
| 40. | 07/23/23 Email chain, latest email from Patrick Byrne to Sufhan Majid regarding LTIP Calculation, and all attachments [AMERIS000930-931] | | | | | |
| 41. | 07/24/23 Email chain, latest email from Nicole Stokes to James LaHaise regarding LTIP Calculation, and all attachments [AMERIS001661-1662] | | | | | |
| 42. | 07/24/23 Email chain, latest email from James LaHaise to David Sparacio, et al. regarding 2022 LTIP revisions [AMERIS001352-1353] | | | | | |
| 43. | 07/24/23 Email from Patrick Byrne to Sufhan Majid regarding 2022 LTIP revisions, and all attachments [AMERIS001981] | | | | | |
| 44. | 07/24/23 Email chain, latest email from Nicole Stokes to David Sparacio; et al. regarding LTIP calculation [AMERIS001999-2000] | | | | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4908-0413-6607.1

-8-

PLAINTIFF'S EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 45. | 07/24/23 Email chain, latest email from David Sparacio to Sufhan Majid regarding 2022 LTIP revisions [AMERIS002001-2002] | | | | | |
| 46. | 07/26/23 Email chain, latest email from James LaHaise to David Sparacio regarding Adjusted LTIP Calc, and all attachments [AMERIS002003] | | | | | |
| 47. | 08/01/23 Email chain, latest email from Patrick Byrne to James LaHaise regarding LTIP Calculation [AMERIS001414-1415] | | | | | |
| 48. | 08/04/23 Email chain, latest email from Patrick Byrne to Nicole Stokes; Phil Silva regarding LTIP Calculation [AMERIS001692-1694] | | | | | |
| 49. | 08/04/23 Email chain, latest email from James LaHaise to Patrick Byrne regarding LTIP Calculation, and all attachments [AMERIS001695-1698] | | | | | |
| 50. | 08/04/23 Email chain, latest email from Patrick Byrne to James LaHaise regarding LTIP Calculation, and all attachments [AMERIS001383] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 51. | 08/04/23 Email chain, latest email from James LaHaise to Patrick Byrne regarding LTIP Calculation [AMERIS001413] | | | | | |
| 52. | 10/05/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding RBFS Meeting Summary, and all attachments [AMERIS001429-1431] | | | | | |
| 53. | 11/15/23 Email chain, latest email from Patrick Byrne to James LaHaise regarding Materially diminished authority, duties, and responsibilities since the acquisition, [AMERIS001008-1011] | | | | | |
| 54. | 11/03/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding Q3 2023 LTIP, and all attachments [AMERIS001435-1438] | | | | | |
| 55. | 11/16/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding Q3 2023 LTIP [AMERIS001451-1454] | | | | | |
| 56. | 10/12/23 Email chain, latest email from Nicole Stokes to Sufhan Majid regarding Deals charged off due to repossession of equipment [AMERIS002137-2138] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 57. | 11/03/23 Email chain, latest email from Patrick Byrne to Sufhan Majid regarding Q3 2023 LTIP, and all attachments [AMERIS001488-1490] | | | | | |
| 58. | 11/03/23 Email chain, latest email from Patrick Byrne to Nicole Stokes regarding Q3 2023 LTIP [AMERIS001552-1555] | | | | | |
| 59. | 11/09/23 Email chain, latest email from David Sparacio to James LaHaise regarding Q3 2023 LTIP [AMERIS001710-1712] | | | | | |
| 60. | 11/14/23 Email chain, latest email from Parick Byrne to Nicle Stokes; Phil Silva [AMERIS001556-1558] | | | | | |
| 61. | 11/18/23 Email chain, latest email from Sufhan Majid to Patrick Byrne; Phil Silva regarding estimated LTIP, and all attachments [AMERIS001455-1456] | | | | | |
| 62. | 12/08/23 Email chain, latest email from James LaHaise to Patrick Byrne regarding 2024 budget and LTIP potential [AMERIS001462-1463] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 63. | 12/12/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding LTIP as of 11/30/2023 review [AMERIS001012-1013] | | | | | |
| 64. | 12/12/23 Email chain, latest email from Patrick Byrne to Phil Silva regarding Q3 2023 LTIP, and all attachments [AMERIS001474-1476] | | | | | |
| 65. | 12/16/23 Email chain, latest email from Patrick Byrne to James LaHaise regarding Q3 2023 LTIP and all attachments [AMERIS001014-1017] | | | | | |
| 66. | 12/16/23 Email chain, latest email from Patrick Byrne to James LaHaise regarding Q3 2023 LTIP [AMERIS001025] | | | | | |
| 67. | 12/18/23 Email chain, latest email from Phil Silva to Patrick Bryne [AMERIS002128-2130] | | | | | |
| 68. | 12/21/23 Email chain, latest email from James LaHaise to Patrick Byrne; Phil Silva regarding LTIP Final Payout 2.2.23.xlsx [AMERIS001727-1728] | | | | | |
| 69. | 12/22/23 Email chain, latest email from James LaHaise to Patrick Byrne regarding Q3 2023 LTIP [AMERIS001249-1253] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 70. | 2024 W-2 and Earnings Summary [PLAINTIFF 000035] | | | | | |
| 71. | 12/27/23 Email chain, latest email from Sufhan Majid to Patrick Byrne regarding Accounting for -900 accounts [PLAINTIFF 001504-1512] | | | | | |
| 72. | 01/04/24 Email chain, latest email from Sufhan Majid, CPA regarding Interim Rent Question on Open Invoices [AMERIS002011-2013] | | | | | |
| 73. | 01/05/24 Email chain, latest email from Patrick Byrne David Sparacio regarding Accounting for -900 accounts [AMERIS001036-1045] | | | | | |
| 74. | 01/05/24 Email chain, latest email from James LaHaise to David Sparacio regarding Interim Rent Question on Open Invoices [AMERIS001806-1809] | | | | | |
| 75. | 01/07/24 Email chain, latest email from David Sparacio to Nicole Stokes regarding Accounting for -900 accounts [AMERIS002271-2281] | | | | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

PLAINTIFF'S EXHIBIT LIST

4908-0413-6607.1

-13-

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 76. | 01/30/24 Email chain, latest email from David Sparacio to Nicole Stokes; Sufhan Majid regarding December 2023 LTIP, and all attachments [AMERIS001810-1814] | | | | | |
| 77. | 01/10/24 Email chain, latest email from David Sparacio to Sufhan Majid regarding December 2023 LTIP [AMERIS002218-2219] | | | | | |
| 78. | 01/15/24 Email chain, latest email from Patrick Byrne to Sufhan Majid regarding December 2023 LITP, and all attachments [AMERIS000785-794] | | | | | |
| 79. | 01/16/24 Email chain, latest email from Patrick Byrne to James LaHaise regarding 2023 annual performance reviews [AMERIS001254-1255] | | | | | |
| 80. | 01/16/24 Email chain, latest email from Nicole Stokes to David Sparacio regarding December 2023 LTIP [AMERIS002151-2153] | | | | | |
| 81. | 01/17/24 Email chain, latest email from Patrick Byrne to James LaHaise regarding Q3 2023 LTIP [AMERIS001046-1050] | | | | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4908-0413-6607.1

-14-

PLAINTIFF'S EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 82. | 01/19/24 Email from Nicole Stokes to James Lahaise regarding LTIP Discussion Points, and all attachments [AMERIS002282-2283] | | | | | |
| 83. | 01/20/24 Email chain, latest email from Patrick Byrne to Anthony Byrne regarding Rob Rasmussen Update [PLAINTIFF 001531-001534] | | | | | |
| 84. | 01/23/24 Email chain, latest email from Sufhan Majid to Nicole Stokes regarding Q4 2023 LTIP, and all attachments [AMERIS002040-2043] | | | | | |
| 85. | 01/23/24 Email chain, latest email from David Sparacio to Nicole Stokes regarding Q4 2023 LTIP [AMERIS002155-2158] | | | | | |
| 86. | 01/25/24 Email chain, latest email from Nicole Stokes to Sufhan Majid; David Sparacio regarding December 2023 LTIP [AMERIS002168-2171] | | | | | |
| 87. | 01/27/24 Email chain, latest email from Patrick Byrne to James LaHaise regarding Security Deposits, and all attachments [AMERIS002249-2254] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 88. | 01/29/24 Email from Patrick Byrne to James LaHaise regarding 2022 LTIP Revision, and all attachments [AMERIS002245] | | | | | |
| 89. | 01/30/24 Email chain, latest email from Sufhan Majid to Nicole Stokes regarding December 2023 LTIP, and all attachments [AMERIS001816-1820] | | | | | |
| 90. | 02/05/24 Email chain, latest email from James LaHaise to Patrick Bryne regarding Summary of compensation owed [AMERIS001506-1509] | | | | | |
| 91. | 03/01/24 Email chain, latest email from James LaHaise to Patrick Byrne regarding Summary of compensation owed [AMERIS001747-1751] | | | | | |
| 92. | 01/31/24 Email chain, latest email from Patrick Byrne to James LaHaise regarding Summary of Compensation owed, and all attachments [AMERIS002243-2244] | | | | | |
| 93. | 04/11/24 Email chain, latest email to Phil Silva, et al. regarding Follow-up: 2024 Bonuses, [AMERIS001076–1079] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 94. | 02/28/24 Email chain, latest email from Patrick Byrne to Phil Silva regarding Department Update [AMERIS001065-1067] | | | | | |
| 95. | 03/07/24 Email from James LaHaise to Patrick Byrne regarding Employment contract, and attachment [AMERIS001752-1753] | | | | | |
| 96. | 03/08/24 Email chain, latest email from Laura Rodriguez to Sufhan Majid regarding LTIP calculation 2.29.2024 draft [AMERIS002070-2071] | | | | | |
| 97. | 03/09/24 Email chain, latest email from Phil Silva to Patrick Byrne regarding Employment contract [AMERIS001524-1526] | | | | | |
| 98. | 03/11/24 Email from James LaHaise to Patrick Byrne; Phil Silva regarding Ameris - Severance Protection and Restrictive Covenants Agreement, and all attachments [AMERIS001754-1769] | | | | | |
| 99. | 04/04/24 Email chain, latest email from David Sparacio to Laura Rodriguez regarding LTIP accrual [AMERIS002072-2073] | | | | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

PLAINTIFF'S EXHIBIT LIST

4908-0413-6607.1

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 100. | 05/02/24 Email chain, latest email from Phil Silva to Patrick Byrne regarding LTIP & Jim Visit Agenda [AMERIS001544-1549] | | | | | |
| 101. | 04/16/24 Email chain, latest email from Anjana Keshav to Sufhan Majid regarding LTIP calculation 3.31.2024 final, and all attachments [AMERIS002093-2095] | | | | | |
| 102. | 05/06/24 Email from Patrick Byrne to James LaHaise regarding Q1 2024 LTIP revision [AMERIS001110-1111] | | | | | |
| 103. | 05/06/24 Email chain, latest email from James LaHaise to Patrick Byrne regarding Summary of compensation owed [AMERIS001776-1782] | | | | | |
| 104. | 05/08/24 Email chain, latest email from Patrick Byrne to Phil Silva, and all attachments [AMERIS001102-1103] | | | | | |
| 105. | 05/09/24 Email chain, latest email from Patrick Byrne to Phil Silva, and all attachments [AMERIS002267-2269] | | | | | |
| 106. | 05/21/24 Email from Phil Silva to James LaHaise; Patrick Byrne, and all attachment [AMERIS001265-1273] | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 107. | 06/27/24 Email from James LaHaise to Patrick Byrne regarding Notice of termination, and all attachments [AMERIS001792-1795] | | | | | |
| 108. | 06/28/24 Excel LTIP 5.31.24 [AMERIS001161] | | | | | |
| 109. | 07/02/24 Email chain, latest email from Phil Silva to Patrick Byrne regarding Leader Announcement [PLAINTIFF 01147-1153] | | | | | |
| 110. | Balboa Capital Long-Term Cash Incentive Plan [AMERIS000221-234] | | | | | |
| 111. | 2023 Balboa Capital, A Division of Ameris Bank, Strategic Plan, [PLAINTIFF 000811] | | | | | |
| 112. | Balboa Capital Strategy, [PLAINTIFF 000813-814] | | | | | |

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 2010 Main Street, 8th Floor, Irvine, California 92614-7214.

On April 10, 2026, I served the within document(s) described as:

**PLAINTIFF'S EXHIBIT LIST**

on the interested parties in this action as stated below:

Stacy L. Fode, Esq                          *Attorneys for Defendant*
Nana J. Yee, Esq                            *AMERIS BANK*
NUKK-FREEMAN & CERRA, P.C.
550 West C Street, Suite 910
San Diego, CA 92101
sfode@nfclegal.com
nyee@nfclegal.com

Kirsten Grossman, Esq.
Zachary Brower, Esq.
NUKK-FREEMAN & CERRA, PC
Chatham Executive Center
26 Main Street, Suite 202
Chatham, New Jersey 07928
kgrossman@nfclegal.com
zbrower@nfclegal.com

cc:    Clara Castañeda,
       ccastaneda@nfclegal.com

☒    **BY E-MAIL OR ELECTRONIC TRANSMISSION:** As California Code of Civil Procedure section 1010.6 and all other applicable law including California Rules of Court permits, I caused a true copy of the document to be sent to the persons at the corresponding electronic address as indicated above on the above-mentioned date. My electronic notification address is khicks@allenmatkins.com. I am readily familiar with this firm's Microsoft Outlook electronic mail system and did not receive any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on April 10, 2026, at Irvine, California.

_____          _____
Kimberly A. Hicks
(Type or print name)                        (Signature of Declarant)