# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AMERIS BANK'S MOTION *IN LIMINE* NO. 4 TO EXCLUDE ANY CLAIM FOR ENTITLEMENT TO OR RECOVERY OF 2024 LTIP COMPENSATION CONSISTENT WITH THE COURT'S MOTION FOR SUMMARY JUDGMENT ORDER**<br><br>Hon. Michelle Williams Court<br>Date: May 22, 2026<br>Time: 1:30p.m.<br>Place: Courtroom 6A<br><br>Discovery Cut-Off: November 28, 2025<br>Pre-trial Conference: May 22, 2026<br>Trial: June 1, 2026 |

On May 22, 2026, Defendant Ameris Bank's ("Ameris" or "Defendant") Notice of Motion *In Limine* No. 4 to Exclude Any Claim for, Entitlement to, or Recovery of 2024 LTIP Compensation Consistent with the Court's Motion for Summary Judgment Order, came for hearing before this Court, the Honorable Michelle Williams Court, United States District Judge, presiding.

After full consideration of the evidence, and all written and oral arguments and evidence submitted on the motion, and the issues having been duly heard and a decision having been duly rendered:

IT IS HEREBY ORDERED:

1. The Court GRANTS the Motion and ORDERS the following:

   a. Plaintiff Patrick Byrne ("Byrne"), Byrne's counsel, and all witnesses are EXCLUDED AND PRECLUDED from introducing, referring to, or eliciting any testimony, statement, documentary evidence, expert opinion, or argument concerning:

      (a) any claim that Byrne earned or was entitled to any 2024 LTIP payment, compensation, or bonus;

      (b) any claim that Ameris wrongfully withheld, reduced, or failed to pay any 2024 LTIP payment, compensation, or bonus; or

      (c) any calculation of, reference to, or recovery of alleged damages that incorporates or is derived from any 2024 LTIP payment, compensation, or bonus amount.

   b. Alternatively, reference to the 2024 LTIP is permitted solely for the limited purpose of providing context for Byrne's other claims. The following limiting instruction shall be given to the jury at the time any such evidence is admitted and at such other time(s) during trial as the Court deems appropriate:

///

///

## <u>LIMITING INSTRUCTION</u>

Members of the jury, you may hear certain evidence relating to a 2024 Long-Term Incentive Plan, or "LTIP." You are instructed that Plaintiff is not entitled to any payment or compensation under the 2024 LTIP. You must not consider this evidence as a basis for awarding Plaintiff any damages or recovery related to the 2024 LTIP. Any suggestion that Plaintiff is entitled to such compensation must be disregarded.

**IT IS SO ORDERED.**

Dated: _____

By:

_____
Hon. Michelle Williams Court
United States District Judge