Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, California 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Attorneys for Defendant
AMERIS BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual, | Case No. 8:24-cv-01989-MWC (JDEx) |
| Plaintiff, | **DEFENDANT AMERIS BANK'S NOTICE OF MOTION *IN LIMINE* NO. 5 TO PRECLUDE PLAINTIFF FROM CALLING OR ELICITING IRRELEVANT TESTIMONY AT TRIAL FROM APEX EXECUTIVES** |
| vs. | |
| AMERIS BANK, a Georgia corporation, | |
| Defendant. | |

Judge: Hon. Michelle Williams Court
Date: May 22, 2026
Time: 1:30 p.m.
Place: Courtroom 6A

Discovery Cut-Off: November 28, 2025
Pretrial Conference: May 22, 2026
Trial Date: June 1, 2026

---

*Patrick Byrne v. Ameris Bank*                                    Case No. 8:24-01989
Defendant Ameris Bank's Notice of Motion *In Limine* No. 5 to Preclude Plaintiff from
Calling or Eliciting Irrelevant Testimony At Trial From Apex Executives

TO PLAINTIFF PATRICK BYRNE AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on May 22, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard by the above-entitled Court, the Honorable Michelle Williams Court, presiding, located 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565, Defendant Ameris Bank ("Ameris") will and hereby does move the Court for the following orders:

1.  For an order precluding Plaintiff Patrick Byrne ("Byrne") from calling or eliciting irrelevant testimony at trial of H. Palmer Proctor, Jody Spencer, Doug Strange, Jon Edwards, Michael Pierson, Leo J. Hill, William Stern, Rodney Bullard, and Daniel Jeter.

This Motion is made following the conference of counsel on April 10, 2026, pursuant to L.R. 7-3 and Judge Court's Scheduling Order (Dkt. No. 22).

This Motion is based on this Notice of Motion, the Memorandum of Law, the Declaration of Stacy L. Fode in Support including the exhibits attached thereto, the complete files and records in this action, and any further oral and/or documentary evidence that may be presented at or before the hearing in this matter.

Dated:  April 17, 2026                    **NUKK-FREEMAN & CERRA**

By:  _/s/Stacy L. Fode_____
Stacy L. Fode, Esq.
Nana J. Yee, Esq.
Attorney for Defendant
AMERIS BANK