# EXHIBIT A

**EXHIBIT**

Esperanza Cervantes Anderson | SBN 197953
T. Stephen Corcoran | SBN 167880
**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**
1037 N Allen Avenue
Pasadena, California 91104
Tel.:  (626) 219-6773
Fax:  (626) 389-8911

Attorneys for PLAINTIFF
PATRICK BYRNE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual, | Case No.: 8:24-cv-01989- MWC (JDEx) |
| PLAINTIFF, | **PLAINTIFF PATRICK BYRNE'S SIXTH AMENDED NOTICE OF DEPOSITION OF DEFENDANT AMERIS BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)** |
| v. | |
| AMERIS BANK, a Georgia corporation, | |
| Defendants. | |

Date:       November 5, 2025
Time:       10:00 a.m.
Location:   Esquire Depo. Solutions
            1500 Centre Parkway
            Suite 100
            Altanta, GA 30344
            And Virtual link

**TO DEFENDANT AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), 30(b)(2) and 34 and the Court's Order dated October 22, 2025, Plaintiff PATRICK BYRNE ("PLAINTIFF") will take the deposition of Defendant AMERIS BANK ("AMERIS") on **November 5, 2025 at 10:00 a.m.** at Esquire Deposition Solutions, 1500 Centre Parkway, Suite 100, Altanta, GA 30344. There will also be a Zoom

- 1 -

PLAINTIFF'S SIXTH AMENDED NOTICE OF DEPOSITION OF DEFENDANT AMERIS BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

link provided for counsel or parties that wish to appear virtually.

This examination will be subject to continuance or adjournment from time to time or place to place until completed. The deposition will be taken before a certified shorthand reporter and a notary public or such other person authorized to administer oaths and take deposition testimony at the place where the examination is held, who may be present at such time and place. The deposition may also be videotaped and audio taped for use as evidence in this action, trial, or for such other purposes as are permitted, and as authorized by Federal Rules of Civil Procedure 30. Plaintiff reserves the right to use the videotaped recording of this deposition at the trial in this action.

Pursuant to Fed. R. Civ. P. 30(b)(6), AMERIS is required to designate and fully prepare one or more officers, directors, managing agents, or other persons who consent to testify on behalf of AMERIS, and whom AMERIS will fully prepare to testify regarding all information that is known or reasonably available to AMERIS' organization regarding the following designated matters:

## MATTERS OF EXAMINATION

1.  AMERIS' acquisition of Balboa Capital Corporation ("BALBOA")[1], including but not limited to:

    a.  AMERIS' decision to acquire BALBOA;

    b.  Negotiations regarding the acquisition by AMERIS of BALBOA;

    c.  Due diligence performed in connection with the decision to acquire BALBOA;

    d.  Terms of the Stock Purchase Agreement of BALBOA produced by AMERIS in this action with bates numbers AMERIS000132-

---

[1] The term "BALBOA" shall also mean and refer to the Balboa Capital a Division of Ameris Bank post the December 2021 acquisiton of BALBOA by AMERIS.

-2-

PLAINTIFF'S SIXTH AMENDED NOTICE OF DEPOSITION OF DEFENDANT AMERIS BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

000218 ("SPA"), and the negotiations regarding the SPA and the due diligence performed in connection with the SPA;

2. The BALBOA CAPITAL LONG-TERM CASH INCENTIVE PLAN ("LTIP"), produced by AMERIS in this action with bates numbers AMERIS000221-000234 including but not limited to:

a. The terms of the LTIP;

b. The Performance Goals for the LTIP, as defined in Section 2 of the LTIP, for Performance Periods 2022, 2023 and 2024, including but not limited to the Performance Criteria, as defined in Section 2 of the LTIP, considered in setting the Performance Goals for Performance Periods 2022, 2023 and 2024;

c. All persons involved in setting the Performance Goals for Performance Periods 2022, 2023 and 2024;

d. The negotiations with anyone at BALBOA regarding the terms of the LTIP;

e. The decision to offer an LTIP and reasons for offering the LTIP to employees of BALBOA following the acquisition by AMERIS of BALBOA;

f. The calculations included in Exhibit A to the LTIP (produced by AMERIS in this action with bates numbers AMERIS 000232-000234), including but not limited to all DOCUMENTS (defined in Footnote [2]) reviewed in preparing the calculations in

---

[2] The terms "DOCUMENT" and/or "DOCUMENTS," as used herein, include any writings, tape recordings, transcriptions, notes, computer disks, electronic data files, information stored on computer or on any type of computer readable storage media and capable of being reproduced by printed representation, or any other form of physical evidence. Specifically, the terms "DOCUMENT" and/or "DOCUMENTS," as used herein, include any matter or tangible thing containing or recording any electronic data, handwriting, typewriting, printing, photographing, or any other means of recording on any tangible thing, any form of COMMUNICATION, INCLUDING letters, words, pictures, sounds, or symbols, or combinations thereof, and it further includes any oral COMMUNICATION later

- 3 -

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

Exhibit A to the LTIP.

3.   The calculation of BALBOA's Earnings, including but not limited to:

    a.   The calculation of BALBOA's Earnings Before Tax ("EBT") as defined in the LTIP (pg. AMERIS000227) for the purposes of determining whether BALBOA met the Performance Goals for Performance Periods 2022, 2023 and 2024, including but not limited to:

        i.   The accounting methods used to calculate BALBOA'S EBT for Performance Periods 2022, 2023 and 2024;

        ii.   The formula(s) used to calculate BALBOA'S EBT for Performance Periods 2022, 2023 and 2024

        iii.   Changes in the accounting methods used to calculate BALBOA'S EBT for Performance Periods 2022, 2023

reduced to writing or confirmed by writing. By way of example only, the terms "DOCUMENT" and/or "DOCUMENTS," as used herein, include, but are not limited to, any letter, correspondence, note, book, pamphlet, article, bulletin, directive, review, report, publication, memorandum, diary, log, test, analysis, study, projection, check, invoice, receipt, bill, audit report, contract, agreement, work paper, calendar, envelope, paper, telephone message, post-it notes, tapes, drawings, charts, accounts, graphs, ledgers, statements, reports, financial data, oral COMMUNICATIONS reduced to writing or confirmed by writing, meeting agendas, meeting notes, and all other writings or COMMUNICATIONS, INCLUDING all non-identical copies, drafts, preliminary sketches, no matter how produced or maintained in YOUR actual or constructive possession, custody, or control or of which YOU have knowledge or the existence of, and whether prepared, published, or release by you or by any other PERSON. The terms "DOCUMENT" and/or "DOCUMENTS," as used herein, shall also include all information generated, recorded, preserved or maintained by electronic means, INCLUDING information generated, recorded, preserved or maintained on computer hard drives, floppy disks, e-mail, computer files, deleted computer files, mirror image files, file menus, file directories, file distribution lists, acknowledgment of receipt files, backup computer files, magnetic tapes, computer archives, computer memory, computer disk, computer card, film, microfilm, microfiche, microforms, photographs, or any other form of computer readable storage media. Without limitation on the foregoing, the terms "DOCUMENT" and/or "DOCUMENTS" shall include any copy that differs in any respect from the original or any other versions of the DOCUMENT, such as, but not limited to, copies containing notations, insertions, corrections, redlining, marginal notes, recommendations, drafts, or any other variations.

- 4 -

PLAINTIFF'S SIXTH AMENDED NOTICE OF DEPOSITION OF DEFENDANT AMERIS BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

and 2024;

iv. All DOCUMENTS or data reviewed in preparing the calculations of BALBOA'S EBT for Performance Periods 2022, 2023 and 2024;

v. The persons involved in any way in making the calculations BALBOA'S EBT for Performance Periods 2022, 2023 and 2024;

vi. Verbal or written communications within AMERIS about the calculations of BALBOA'S EBT for Performance Periods 2022, 2023 and 2024;

vii. Verbal or written communications between AMERIS and BALBOA about the calculations of BALBOA'S EBT for Performance Periods 2022, 2023 and 2024, including communications asking for additional information, clarification of data or information used in the calculations, or requesting changes to the calculations.

b. The preparation of financial statements for BALBOA for calendar years 2022, 2023, 2024, including but not limited to:

i. the identity of persons involved in the preparation of BALBOA'S financial statements;

ii. the data reviewed in order to prepare BALBOA'S financial statements;

c. Stipulated Judgments, including but not limited to (a) the calculation of stipulated judgments; (b) the treatment of stipulated judgments in the calculation of BALBOA'S EBT for Performance Periods 2022, 2023 and 2024; and (c) the treatment of stipulated judgments in the calculation of BALBOA'S

- 5 -

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

financial statements for calendar years 2022, 2023 and 2024.

d.  Security Deposits, including but not limited to (a) the calculation of security deposits; (b) the treatment of security deposits in the calculation of BALBOA'S EBT for Performance Periods 2022, 2023 and 2024; and (c) the treatment of security deposits in the calculation of BALBOA'S financial statements for calendar years 2022, 2023 and 2024;

e.  Interim Rent, including but not limited to (a) the calculation of interim rents; (b) the treatment of interim rents in the calculation of BALBOA'S EBT for Performance Periods 2022, 2023 and 2024; and (c) the treatment of interim rents in the calculation of BALBOA'S financial statements for calendar years 2022, 2023 and 2024;

f.  Tax Benefits, including but not limited to (a) the calculation of tax benefits earned through the BALBOA division; (b) the treatment of tax benefits earned through the BALBOA division in the calculation of BALBOA'S EBT for Performance Periods 2022, 2023 and 2024; and (c) the treatment of tax benefits earned through the BALBOA division in the calculation of BALBOA'S financial statements for calendar years 2022, 2023 and 2024;

g.  Depreciation, including but not limited to (a) the calculation of depreciation; (b) the treatment of depreciation in the calculation of BALBOA'S EBT for Performance Periods 2022, 2023 and 2024; and (c) the treatment of depreciation in the calculation of BALBOA'S financial statements for calendar years 2022, 2023 and 2024;

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

- 6 -

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

h.    Net Charge Offs, including but not limited to (a) the calculation of net charge offs; (b) the treatment of net charge offs in the calculation of BALBOA'S EBT for Performance Periods 2022, 2023 and 2024; and (c) the treatment of net charge offs in the calculation of BALBOA'S financial statements for calendar years 2022, 2023 and 2024; and

i.    Net Investment in Direct Finance Leases, including but not limited to (a) the calculation of net investment in direct finance leases; (b) the treatment of net investment in direct finance leases in the calculation of BALBOA'S EBT for Performance Periods 2022, 2023 and 2024; and (c) the treatment of net investment in direct finance leases in the calculation of BALBOA'S financial statements for calendar years 2022, 2023 and 2024

4.    The preparation of financial statements for AMERIS for calendar years 2022, 2023 and 2024, including but not limited to:

a.    The persons who are involved in preparing the financial statements for AMERIS as they relate to BALBOA;

b.    The consolidation of BALBOA'S earnings and expenses into AMERIS' financial statements, including whether there are transfers of income, transfers of expenses and/or intercompany transfers.

5.    Restrictions placed by AMERIS on BALBOA at any time between January 1, 2022 and December 31, 2024, including but not limited to:

a.    Restrictions placed on BALBOA'S ability to hire new employees;

///

-7-

PLAINTIFF'S SIXTH AMENDED NOTICE OF DEPOSITION OF DEFENDANT AMERIS BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

b.   Restrictions placed by AMERIS on BALBOA'S ability to purchase portfolios or bundles of loans or leases;

c.   Limits as to the minimum interest rates charged by BALBOA on its leases or loans;

d.   Restrictions as to BALBOA's ability to grow net investment in finance leases;

e.   Restrictions on the type of leases or loans that BALBOA could make, including but not limited to (a) restrictions on the types of industries where BALBOA could make loans, (b) restrictions on working capital leases and (c) restrictions on tax leases;

f.   For each of the above, the reasons for the restrictions or limits, a description of communications about the restriction or limit wihtin AMERIS and between AMERIS and BALBOA.

6.   The reporting lines for employees working in the following departments at BALBOA between 2022 and 2023:

a.   BALBOA'S Accounting Department;

b.   BALBOA'S IT Department;

c.   BALBOA'S Marketing Department;

d.   BALBOA'S Credit Department;

e.   For each of the above departments, testimony regarding whether

i.   There was a change in the reporting lines for the employees;

ii.   If so, the reasons for the change in reporting lines;

7.   PLAINTIFF'S Employment with AMERIS, including but not limited to:

a.   PLAINTIFF'S job performance at any time between January 1, 2022 and June 27, 2024;

///

- 8 -

PLAINTIFF'S SIXTH AMENDED NOTICE OF DEPOSITION OF DEFENDANT AMERIS BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

b.   All reasons why AMERIS terminated PLAINTIFF'S employment;

c.   Communications at any time between January 1, 2022 and September 15, 2024 within AMERIS and/or between AMERIS and BALBOA regarding the belief that PLAINTIFF intended to quit his job;

d.   Efforts by AMERIS to find a replacement for PLAINTIFF.

8.   Account management and IT policies, procedures and protocols regarding:

a.   AMERIS's retention and destruction policies used by AMERIS regarding Email and DOCUMENTS from January 1, 2020 to the present.

If an interpreter is required to translate testimony, notice of same must be given three (3) days before the deposition date and the specific language and/or dialect designated.

DATED: October 31, 2025.

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON

By: _____
Esperanza Cervantes Anderson, Esq.
Attorney for PLAINTIFF
PATRICK BYRNE

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

-9-

PLAINTIFF'S SIXTH AMENDED NOTICE OF DEPOSITION OF DEFENDANT AMERIS BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action, and my business address is Law Office of Esperanza Cervantes Anderson, 1037 N. Allen Avenue, Pasadena, California 91104 (the "business").

On October 31, 2025, I served the following document(s): **PLAINTIFF PATRICK BYRNE'S SIXTH AMENDED NOTICE OF DEPOSITION OF DEFENDANT AMERIS BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Stacy L. Fode (sfode@nfclegal.com)
> Nana Yee (nyee@nfclegal.com)
> NUKK-FREEMAN & CERRA, P.C.
> 1230 Columbia Street, Suite 860
> San Diego, California 92101

_____BY REGULAR U.S. MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Pasadena, California.

___X___BY E-MAIL: I sent a true and complete copy of the document(s) described above by electronic transmission to the e-mail addresses set forth opposite the name(s) of the person(s) set forth on the attached service list.

_____BY FEDERAL EXPRESS OVERNIGHT DELIVERY OR OTHER EXPRESS OVERNIGHT SERVICE: I declare that the foregoing described document(s) was(were) deposited on the date indicated below in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on this office.

_____BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the above address(es). I sent a true and complete copy of the document(s) described above to the e-mail addresses set forth opposite the name(s) of the person(s) set forth on the attached service list pursuant to agreement by counsel to accept personal service via e-mail service.

_____(State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

___X___(Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 31, 2025 at Pasadena, California.

Esperanza Cervantes Anderson

PLAINTIFF'S SIXTH AMENDED NOTICE OF DEPOSITION OF DEFENDANT AMERIS BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)