# EXHIBIT C

Esperanza Cervantes Anderson | SBN 197953
**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**
1037 N Allen Avenue
Pasadena, California 91104
Tel.:    (626) 219-6773
Fax:    (626) 389-8911

Attorneys for PLAINTIFF
PATRICK BYRNE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendants. | Case No.: 8:24-cv-01989- MWC (JDEx)<br><br>**PLAINTIFF PATRICK BYRNE'S NOTICE OF DEPOSITION OF LEO J. HILL**<br><br>Date:        November 20, 2025<br>Time:        10:00 a.m.<br>Location:    Virtual |

**TO DEFENDANT AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Plaintiff PATRICK BYRNE ("PLAINTIFF") will take the deposition of LEO J. HILL on **Novemebr 20, 2025 at 10:00 a.m.** The deposition will take place virtually, via Zoom. An electronic link will be timely provided prior to the date of the deposition.

This examination will be subject to continuance or adjournment from time to time or place to place until completed. The deposition will be taken before a certified shorthand reporter and a notary public or such other person authorized to administer oaths and take deposition testimony at the place where the examination

- 1 -

PLAINTIFF'S NOTICE OF DEPOSITION OF LEO J. HILL

is held, who may be present at such time and place. The deposition may also be videotaped and audio taped for use as evidence in this action, trial, or for such other purposes as are permitted, and as authorized by Federal Rules of Civil Procedure 30. Plaintiff reserves the right to use the videotaped recording of this deposition at the trial in this action.

If an interpreter is required to translate testimony, notice of same must be given three (3) days before the deposition date and the specific language and/or dialect designated.

DATED:  October 29, 2025.

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON

By: _____

Esperanza Cervantes Anderson, Esq.
Attorney for PLAINTIFF
PATRICK BYRNE

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

- 2 -

PLAINTIFF'S NOTICE OF DEPOSITION OF LEO J. HILL

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action, and my business address is Law Office of Esperanza Cervantes Anderson, 1037 N. Allen Avenue, Pasadena, California 91104 (the "business").

On October 29, 2025, I served the following document(s): **PLAINTIFF PATRICK BYRNE'S NOTICE OF DEPOSITION OF LEO J. HILL** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Stacy L. Fode (sfode@nfclegal.com)
> Nana Yee (nyee@nfclegal.com)
> NUKK-FREEMAN & CERRA, P.C.
> 1230 Columbia Street, Suite 860
> San Diego, California 92101

_____BY REGULAR U.S. MAIL:  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Pasadena, California.

____X____BY E-MAIL:  I sent a true and complete copy of the document(s) described above by electronic transmission to the e-mail addresses set forth opposite the name(s) of the person(s) set forth on the attached service list.

_____BY FEDERAL EXPRESS OVERNIGHT DELIVERY OR OTHER EXPRESS OVERNIGHT SERVICE:  I declare that the foregoing described document(s) was(were) deposited on the date indicated below in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on this office.

_____BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the above address(es). I sent a true and complete copy of the document(s) described above to the e-mail addresses set forth opposite the name(s) of the person(s) set forth on the attached service list pursuant to agreement by counsel to accept personal service via e-mail service.

_____(State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

____X____(Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 29, 2025 at Pasadena, California.

_____
Esperanza Cervantes Anderson

- 3 -

PLAINTIFF'S NOTICE OF DEPOSITION OF LEO J. HILL