# EXHIBIT D

MATTHEW SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
             svillagomez@allenmatkins.com
             mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual, | Case No. 8:24-cv-01989-MWC-JDE |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO Judge Michelle Williams Court |
| vs. | **PLAINTIFF'S DISCLOSURE OF WITNESSES** |
| AMERIS BANK, a Georgia corporation, | |
| Defendant. | Disc. Cutoff: November 28, 2025<br>Trial Date: June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4899-0177-2438.1

-1-

Case No. 8:24-cv-01989-MWC-JDE
PLAINTIFF'S DISCLOSURE
OF WITNESSES

| Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Patrick Byrne | Patrick Byrne is the founder and former CEO of Balboa Capital. He owned Balboa Capital until Defendant Ameris Bank ("Ameris") purchased it in 2022. Thereafter, he served as CEO of the Balboa Division of Ameris until Ameris terminated him on June 30, 2024. Mr. Byrne will testify regarding: (1) Pre-acquisition negotiations of Balboa Capital, (2) Balboa Capital's pre-acquisition accounting and business practices, (3) the Employment Agreement, (4) the LTIP Agreement and how to calculate the LTIP Pool, (5) Communications with Ameris executives regarding the LTIP; and (6) his termination and the impact the dispute had on him. | | | |
| Phil Silva | Phil Silva is the President of the Balboa Division of Ameris. He is expected to testify regarding: (1) Balboa Capital's pre-acquisition accounting and business practices, (2) Byrne's efforts to address the dispute with Ameris concerning the LTIP Pool calculation, and (3) his understanding of, and involvement in, Byrne's entitlement and receipt of any wages | | | |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4899-0177-2438.1

-2-

Case No. 8:24-cv-01989-MWC-JDE
PLAINTIFF'S DISCLOSURE
OF WITNESSES

| | | | | |
|---|---|---|---|---|
| | under the LTIP Agreement. | | | |
| Nicole Stokes | Nicole Stokes is the Chief Financial Officer of Ameris. She is expected to testify regarding: (1) Pre-acquisition negotiations of Balboa Capital, (2) the Employment Agreement, (3) the LTIP Agreement, (4) Ameris's calculations of the LTIP Pool, and (5) Byrne's termination. | | | |
| Jim LaHaise | Jim LaHaise was the Chief Strategy Officer of Ameris. He served as Byrne's direct supervisor following Ameris's acquisition of Balboa Capital. He is expected to testify regarding: (1) Pre-acquisition negotiations of Balboa Capital, (2) Ameris's acquisition of Balboa Capital, (3) his role as Byrne's direct supervisor, (4) the LTIP Agreement, (5) Byrne's communications with Ameris executives regarding the LTIP, (6) Ameris's accounting practices, and (7) Byrne's termination. | | | |
| Sufhan Majid | Sufhan Majid is currently the Senior Director of Accounting at Ameris Bank. He is expected testify regarding: (1) the LTIP Agreement, (2) Ameris's interpretation of and calculations under the LTIP Agreement, (3) Ameris's accounting practices, and (4) Byrne's communications with | | | |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4899-0177-2438.1

-3-

Case No. 8:24-cv-01989-MWC-JDE
PLAINTIFF'S DISCLOSURE
OF WITNESSES

| | | | | |
|---|---|---|---|---|
| | Ameris executives regarding the LTIP. | | | |
| Heather Parker | Heather Parker was the Chief Financial Officer of Balboa Capital before Ameris's acquisition, and is now the Director of Loan Operations at Ameris. She is expected testify regarding: (1) her experience working at Balboa Capital and with Patrick Byrne, (2) Byrne's communications with Ameris executives regarding the LTIP, and (3) her understanding of the impact that the dispute had on Byrne. | | | |
| Palmer Proctor | Palmer Proctor is the CEO of Ameris Bank. He is expected to testify regarding: (1) Byrne's termination from Ameris, and (2) Ameris's position regarding Byrne's compensation under the LTIP. | | | |
| Robert Rasmussen | Robert Rasmussen was Balboa's Chief Credit Officer and later its Chief Operating Officer. He will testify regarding: (1) Balboa's operations and pre-acquisition structure, (2) the LTIP Agreement ,(3) communications and employee reliance, and (4) Byrne's leadership and performance. | | | |
| Jacquie Emert | Jacquie Emert was the Vice President of Loan Operations for the Balboa Division of Ameris Bank. She worked closely with Mr. Byrne pre-acquisition and is familiar with Balboa's accounting | | | |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4899-0177-2438.1

-4-

Case No. 8:24-cv-01989-MWC-JDE
PLAINTIFF'S DISCLOSURE
OF WITNESSES

| | | | | |
|---|---|---|---|---|
| | principles and practices. Ms. Emert will testify regarding: (1) Balboa's operations and oversight of business operations prior to the acquisition, (2) the LTIP Agreement, (3) communications during the acquisition, (3) her interactions with Ameris personnel, and (4) Byrne's conduct and leadership pre- and post-acquisition. | | | |
| Maryellen Sebold | Maryellen Sebold is Ameris's retained forensic accounting expert who will testify regarding her calculation of damages in the action. | | | |
| Deborah Dickson | Deborah Dickson is Byrne's retained forensic accounting expert and will testify regarding the same topics as Maryellen Sebold. | | | |
| Dr. David Lechuga | Dr. David Lechuga is Ameris's retained psychological expert. He will testify regarding the same topics as Dr. Anthony Reading. | | | |
| Dr. Anthony Reading | Dr. Anthony Reading is Byrne's retained psychological expert.  He will testify regarding: (1) the psychological effects of Byrne's work experience at Ameris, (2) offer evidence of Byrne's psychiatric injury related to his work experience, (3) the causal connection between Byrne's work experience and the emotional harm he suffered, and (4) Byrne's | | | |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4899-0177-2438.1

-5-

Case No. 8:24-cv-01989-MWC-JDE
PLAINTIFF'S DISCLOSURE
OF WITNESSES

| | | | | |
|---|---|---|---|---|
| | prognosis and need for possible future treatment. | | | |
| David Sexton | David Sexton is or was the Head of Credit of Ameris.  He is expected to testify regarding his experience with Byrne and any discussions he had with LaHaise regarding the dispute. | | | |
| Michelle Chiongson | Michelle Chiongson is or was the Head of Legal of Ameris.  She is expected to testify regarding her experience with Byrne and any non-privileged discussions he had regarding his employment regarding the dispute. | | | |
| James Grant | James Grant is or was the Head of Portfolio Management of Ameris. He is expected to testify regarding his experience with Byrne and any discussions he had with Silva regarding the dispute. | | | |
| Matt Edenhofer | Matt Edenhofer was the Head of IT of Balboa and later reported to Ross Creasy.  He is expected to testify regarding his experience with Byrne and any discussions he had with LaHaise regarding the dispute. | | | |
| Todd Edson | Todd Edson was the Project Manager for Balboa pre-acquisition and Ameris post-acquisition.  He is expected to testify regarding his experience with Byrne and any discussions he had with | | | |

| | | | | |
|---|---|---|---|---|
| | Scham regarding the dispute. | | | |
| David White | David White was a top sales producer at Balboa. He is expected to testify regarding his experience with Byrne, his discussions regarding the LTIP pool, and any discussions he had with Silva regarding the dispute. | | | |
| Leo Hill | Leo Hill is or was a Chairman of the board of Ameris. He is expected to testify regarding his experience with Byrne and his discussions and any meetings regarding the dispute. | | | |
| William Stern | William Stern is or was a board member of Ameris. He is expected to testify regarding his experience with Byrne and his discussions and any meetings regarding the dispute. | | | |
| Rodney Bullard | Rodney Bullard is or was a board member of Ameris. He is expected to testify regarding his experience with Byrne and his discussions and any meetings regarding the dispute. | | | |
| Daniel Jeter | Daniel Jeter is or was a board member of Ameris. He is expected to testify regarding his experience with Byrne and his discussions and any meetings regarding the dispute. | | | |
| Ross Creasy | Ross Creasy is or was the Executive VP and Chief Information Officer of Ameris.  He is expected | | | |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4899-0177-2438.1

-7-

Case No. 8:24-cv-01989-MWC-JDE
PLAINTIFF'S DISCLOSURE
OF WITNESSES

| | | | | |
|---|---|---|---|---|
| | to testify regarding due diligence for the acquisition, his experience with Byrne and any discussions he had with LaHaise regarding the dispute. | -8- | | |
| William McKendry | William McKendry is or was the Executive VP and Chief Risk Officer of Ameris.  He is expected to testify regarding his experience with Byrne and any discussions he had with Proctor regarding the dispute. | | | |
| Michael Pierson | Michael Pierson is or was the Head of Human Resources of Ameris.  He is expected to testify regarding his experience with Byrne and any discussions he had with Proctor regarding the dispute. | | | |
| Jody Spencer | Jody Spencer is the Executive VP and Chief Legal Officer of Ameris. He is expected to testify regarding his experience with Byrne and any nonprivileged discussions he had with Ameris executives regarding the dispute. | | | |
| Doug Strange | Doug Strange is the Executive VP and Chief Credit Officer. He is expected to testify regarding his experience with Byrne and any discussions he had with Palmer regarding the dispute. | | | |
| Jon Edwards | Jon Edwards is Executive VP and Chief Credit Officer. | | | |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4899-0177-2438.1

-8-

Case No. 8:24-cv-01989-MWC-JDE
PLAINTIFF'S DISCLOSURE
OF WITNESSES

| | | | | |
|---|---|---|---|---|
| | He is expected to testify regarding his experience regarding due diligence, risk assessment pre-acquisition, and past practices.  He will testify regarding his discussions with Byrne and any discussions he had with Palmer regarding the dispute. | | | |
| Dave Mandel | Jon Edwards is Executive VP and Chief Credit Officer. He is expected to testify regarding his experience with Byrne, his involvement with other Ameris executives, and any discussions he had with Palmer regarding the dispute. | | | |
| Ben Phelps | Ben Phelps is Executive VP and Chief Credit Officer. He is expected to testify regarding his experience with Byrne, his involvement with other Ameris executives, and any discussions he had with Palmer regarding the dispute. | | | |
| Sidney Houghton | Ben Phelps is the HR Manager of Ameris. He is expected to testify regarding his experience with Byrne, his involvement with other Ameris executives, and any discussions he had with Palmer regarding the dispute. | | | |
| Billy Marvin | Billy Marvin is the Head of Marketing of Ameris. He is expected to testify regarding his experience with Byrne, his involvement with other Ameris executives, and | | | |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4899-0177-2438.1                                   -9-

Case No. 8:24-cv-01989-MWC-JDE
PLAINTIFF'S DISCLOSURE
OF WITNESSES

| | | | | |
|---|---|---|---|---|
| | any discussions he had with Cole regarding the dispute. | | | |
| Matt Roux | Matt Roux is the Managing Director of Financial Reporting of Ameris. He is expected to testify regarding his experience with Byrne, his involvement with other Ameris executives, and any discussions he had internally regarding the dispute. | | | |
| David Rogers | David Rogers is an employee of Ameris. He is expected to testify regarding his experience with Byrne, his involvement with other Ameris executives, and any discussions he had internally regarding the dispute. | | | |
| Ron Kent | Ron Ken is a Partner for RMS. He is expected to testify regarding his experience with Byrne, his involvement with other Ameris executives, and any discussions he had internally regarding the dispute. | | | |
| Mike Jones | Mike Jones is an investment banker involved with selling Balboa, Project Pioneer to Ameris. He is expected to testify regarding the letters of interest for Balboa Capital. | | | |
| Daniel Larrea | Daniel Larrea is an investment banker involved in the sale of Balboa to Ameris. He will testify regarding the Pioneer 1Q1 Operating Model. | | | |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4899-0177-2438.1                                                    -10-

Case No. 8:24-cv-01989-MWC-JDE
PLAINTIFF'S DISCLOSURE
OF WITNESSES

| Michael Aquino | Michael Aquino is a professional at CBIZ. He will testify regarding his work with Ameris with audits. | | | |
|---|---|---|---|---|
| Denise Byrne | Denise Byrne is Byrne's wife. She will testify regarding the emotional toll this dispute has taken on Byrne. | | | |
| Patrick Ontal | Patrick Ontal is the Head of Vendor Sales at Ameris. He is expected to testify regarding his experience with Byrne and any discussions he had internally regarding the dispute. | | | |

Dated:  April 17, 2026

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
MATTHEW SESSIONS
STACEY A. VILLAGOMEZ
MADISON E. LARSEN

By: _____

MATTHEW SESSIONS
Attorneys for Plaintiff
PATRICK BYRNE

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4899-0177-2438.1

-11-

Case No. 8:24-cv-01989-MWC-JDE
PLAINTIFF'S DISCLOSURE
OF WITNESSES