**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK BYRNE, an individual, | Case No. 8:24-cv-01989-MWC (JDEx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT AMERIS BANK'S MOTION *IN LIMINE* NO. 5 TO PRECLUDE PLAINTIFF FROM CALLING OR ELICITING IRRELEVANT TESTIMONY AT TRIAL FROM APEX EXECUTIVES** |
| vs. | |
| AMERIS BANK, a Georgia corporation, | |
| Defendant. | |

Judge: Hon. Michelle Williams Court
 Date: May 22, 2026
 Time: 1:30p.m.
 Place: Courtroom 6A

Discovery Cut-Off: November 28, 2025
Pre-trial Conference: May 22, 2026
Trial: June 1, 2026

On May 22, 2026, Defendant Ameris Bank's ("Defendant") Notice of Motion *In Limine* No. 5 to Preclude Plaintiff Patrick Byrne ("Byrne") from Calling or Eliciting Irrelevant Testimony at Trial from Apex Executives, came for hearing before this Court, the Honorable Michelle Williams Court, United States District Judge, presiding.

After full consideration of the evidence, and all written and oral arguments and evidence submitted on the motion, and the issues having been duly heard and a decision having been duly rendered:

IT IS HEREBY ORDERED:

1. The Court GRANTS the Motion and ORDERS the following:

    a. The testimony of H. Palmer Proctor, Jody Spencer, Doug Strange, Jon Edwards, Michael Pierson, Leo J. Hill, William Stern, Rodney Bullard, and Daniel Jeter, is **PRECLUDED** at trial.

**IT IS SO ORDERED.**

By:

Dated: _____    _____

Hon. Michelle Williams Court
United States District Judge

Page 2