# EXHIBIT C

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PATRICK BYRNE, an individual,      )
                                   )
              Plaintiff,           )
                                   )
        vs.                        ) Case No.  8:24-cv-01989
                                   )           MWC-JDE
AMERIS BANK, a Georgia corporation,)
                                   )
              Defendant.           )
_____)

REMOTE DEPOSITION OF MARYELLEN SEBOLD taken on behalf of Plaintiff, at 9:00 A.M., Thursday, January 15, 2026, before Jennifer Livingston, Certified Shorthand Reporter No. 14087 of the State of California, pursuant to Notice.



THE SULLIVAN GROUP OF COURT REPORTERS
AN ESQUIRE DEPOSITION SOLUTIONS COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


PATRICK BYRNE, an individual,          )
                                       )
              Plaintiff,               )
                                       )
      vs.                              )   Case No.  8:24-cv-01989
                                       )              MWC-JDE
AMERIS BANK, a Georgia corporation,)
                                       )
              Defendant.               )
_____)


REMOTE DEPOSITION OF MARYELLEN SEBOLD taken on behalf of Plaintiff, at 9:00 A.M., Thursday, January 15, 2026, before Jennifer Livingston, Certified Shorthand Reporter No. 14087 of the State of California, pursuant to Notice.

THE SULLIVAN GROUP OF COURT REPORTERS

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFF:

ALLEN MATKINS
BY:  STACEY VILLAGOMEZ, ESQ.
2010 Main Street
8th Floor
Irvine, California   92614
(213) 622-5555
(213) 620-8816 (Fax)
Svillagomez@allenmatkins.com

FOR THE DEFENDANT:

NUKK-FREEMAN & CERRA, P.C.
BY:  NANA YEE, ESQ.
550 West C Street
Suite 910
San Diego, California   92101
(619) 842-0267
(619) 566-4741 (Fax)
Nyee@nfclegal.com

ALSO PRESENT:

Patrick Byrne
Jody Spencer
Deborah Dickson

I N D E X

WITNESS                    EXAMINATION                    PAGE

Maryellen Sebold           By Ms. Villagomez                4


E X H I B I T S

PLAINTIFF'S                                                PAGE

Exhibit 1        Expert report of Maryellen Sebold         13
                 dated December 5, 2025

Exhibit 2        Balboa Capital long-term incentive        38
                 plan

Exhibit 3        Expert report of Deborah Dickson          82
                 dated January 2nd, 2026


QUESTIONS INSTRUCTED NOT TO ANSWER

None.


INFORMATION REQUESTED

None.

THURSDAY, JANUARY 15, 2026; 9:00 A.M.

* * *

THE STENOGRAPHER:  Good morning, everybody. My name is Jennifer Livingston.  I am a California licensed stenographic reporter, License No. 14087.

MARYELLEN SEBOLD,

having been first duly sworn, testified as follows:

EXAMINATION

BY MS. VILLAGOMEZ:

Q.  Good morning, Ms. Sebold.  My name is Stacey Villagomez.  I represent Patrick Byrne, the plaintiff in this action, and I will be taking your deposition today.

Can you please state and spell your name for the record.

A.  Maryellen Sebold, M-a-r-y-e-l-l-e-n, S-e-b-o-l-d.

Q.  And you're represented today by Ms. Nana Yee?

A.  I'm not represented by her.  I'm working with her firm and her client, but she does not represent me.

Q.  Will she be acting as your attorney during this deposition?

A.  No.

Q.  Before we get started -- I'm sure you're familiar with this -- but I want to go over some ground rules for the deposition.

rebuttal report.

So other than what we've discussed, do you have any criticisms of Ms. Dickson's January 2 report?

A.    Yes, I do.

Q.    Let's discuss your first criticism.

A.    Well, I can basically go through one by one. I'm going to actually start on Page 5 of 18 with respect to -- do you have that there?  I don't have a number for it.

MS. VILLAGOMEZ:  May I just formally introduce into the record -- I'll mark this as Exhibit No. 3, the expert report of Deborah Dickson dated January 2nd, 2026.

(Exhibit 3 was marked.)

BY MS. VILLAGOMEZ:

Q.    And, Ms. Sebold, that is the document you're referring to; correct?

A.    Her report, yes, Ms. Dickson's report.

Q.    And you wanted me to turn to Paragraph 5?

A.    Twenty-five.

Q.    Twenty-five.  Excuse me.

Okay.  What is your criticism here?

A.    Sure.  So like what I did in looking at the various items that Mr. Byrne addressed to a great extent in emails that I've reviewed in this case, Ms. Dickson

the deposition and making same available at the same time to all parties or their attorneys. (Civ. Proc. 2025.320(b))

I shall not provide any service or product consisting of the deposition officer's notations or comments regarding the demeanor of any witness, attorney, or party present at the deposition to any party or any party's attorney or third party who is financing all or part of the action, nor shall I collect any personal identifying information about the witness as a service or product to be provided to any party or third party who is financing all or part of the action.  (Civ. Proc. 2025.320(c))

Dated:  January 20, 2026

*Jennifer Livingston*

_____

JENNIFER LIVINGSTON, CSR No. 14087