UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Michelle Williams Court<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PATRICK BYRNE'S MOTION IN LIMINE NO. 1 TO ALLOW PLAINTIFF'S EXPERT, DEBORAH DICKSON TO TESTIFY IN BYRNE'S CASE-IN-CHIEF**<br><br>Date:  May 22, 2026<br>Time:  1:30 p.m.<br>Ctrm:  6A<br><br>Disc. Cutoff:  November 28, 2025<br>Trial Date:     June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4910-1745-6027.1

On May 22, 2026, Plaintiff Patrick Byrne's Motion *in limine* No. 1 to Allow Plaintiff's expert, Deborah Dickson to Testify in Byrne's Case-In-Chief ("Motion"), came on for hearing before this Court, the Honorable Michelle Williams Court, United States District Court Judge, presiding.

After full consideration of the evidence, and all written and oral arguments and evidence submitted on the Application, and issues having been duly heard and a decision having been duly rendered:

**IT IS HEREBY ORDERED:**

1.     The Motion is **GRANTED**.

2.     Plaintiff Patrick Byrne's expert, Deborah Dickson, may be called to testify as an affirmative expert in Byrne's case-in-chief.

**IT IS SO ORDERED.**

Dated: _____          _____

                                         Hon. Michelle Williams Court
                                         United States District Judge