MATTHEW SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
         svillagomez@allenmatkins.com
         mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No.  8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Michelle Williams Court<br><br>**PLAINTIFF PATRICK BYRNE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION IN LIMINE NO. 1 TO EXCLUDE ALL OR PART OF DEFENDANT'S EXPERT MARYELLEN SEBOLD'S OPINIONS AND TESTIMONY UNDER FRE 702 AND DAUBERT**<br><br>Date:  May 22, 2026<br>Time:  1:30 p.m.<br>Ctrm:  6A<br><br>Disc. Cutoff:          November 28, 2025<br>Pretrial Conference:  May 22, 2026<br>Trial Date:            June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4932-8898-8322.1                    -1-

Case No.   8:24-cv-01989-MWC-JDE
PLAINTIFF PATRICK BYRNE'S REQUEST
FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION IN LIMINE NO. 2

Pursuant to Federal Rules of Evidence, Rule 201, Plaintiff Patrick Byrne ("Plaintiff") hereby requests that this Court take judicial notice of the exhibits listed herein in support of Plaintiff's Motion *In Limine* No. 2 to Exclude All or Part of Defendant's Expert Maryellen Sebold's Opinions and Testimony Under FRE 702 and *Daubert*.

A court may take judicial notice of facts that are "not subject to reasonable dispute" because they are either (1) generally known within the court's territorial jurisdiction, or (2) capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). Courts routinely take judicial notice of federal regulations and matters of public record, including regulations published in the Code of Federal Regulations. *See e.g.*, *Bayview Hunters Point Cmty. Advocates v. Metro. Transp. Comm'n*, 366 F.3d 692, 702 n.5 (9th Cir. 2004) (taking judicial notice of EPA proposed rule published in the Federal Register); *Biodiversity Legal Found. v. Badgley*, 309 F.3d 1166, 1179 (9th Cir. 2002) (same).

The documents for which Plaintiff seeks judicial notice are provisions of the Code of Federal Regulations governing financial reporting and disclosure. These materials are publicly available, their accuracy cannot reasonably be questioned, and they are therefore proper subjects of judicial notice under Rule 201. Plaintiff offers these authorities in connection with his Motion in Limine No. 2 to address the standards applicable to Defendant's expert opinions.

**Judicially Noticeable Documents**

| Exhibit | Document |
|---|---|
| 1 | 17 C.F.R. § 210.4 -01 (2018) – Form, order, and terminology |
| 2 | 17 C.F.R. § 244.100 (2003) – General rules regarding disclosure of non-GAAP financial measures |
| 3 | 17 C.F.R. § 229.402 (Item 402) (2023) – Executive Compensation |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4932-8898-8322.1

-2-

Case No.   8:24-cv-01989-MWC-JDE
PLAINTIFF PATRICK BYRNE'S
REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF MOTION IN LIMINE NO. 2

Dated: April 17, 2026

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
MATTHEW SESSIONS
STACEY A. VILLAGOMEZ
MADISON E. LARSEN


By: _____
MATTHEW T. SESSIONS
Attorneys for Plaintiff
PATRICK BYRNE

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4932-8898-8322.1                    -3-

Case No.   8:24-cv-01989-MWC-JDE
PLAINTIFF PATRICK BYRNE'S
REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF MOTION IN LIMINE NO. 2