**EXHIBIT 1**

| Code of Federal Regulations |
| --- |
| Title 17. Commodity and Securities Exchanges |
| Chapter II. Securities and Exchange Commission |
| Part 210. Form and Content of and Requirements for Financial Statements, Securities Act of 1933, Securities Exchange Act of 1934, Investment Company Act of 1940, Investment Advisers Act of 1940, and Energy Policy and Conservation Act of 1975 (Refs & Annos) |
| Rules of General Application (Refs & Annos) |

17 C.F.R. § 210.4–01

## § 210.4–01 Form, order, and terminology.

Effective: November 5, 2018

Currentness

(a) Financial statements should be filed in such form and order, and should use such generally accepted terminology, as will best indicate their significance and character in the light of the provisions applicable thereto. The information required with respect to any statement shall be furnished as a minimum requirement to which shall be added such further material information as is necessary to make the required statements, in the light of the circumstances under which they are made, not misleading.

(1) Financial statements filed with the Commission which are not prepared in accordance with generally accepted accounting principles will be presumed to be misleading or inaccurate, despite footnote or other disclosures, unless the Commission has otherwise provided. This article and other articles of Regulation S–X provide clarification of certain disclosures which must be included in any event, in financial statements filed with the Commission.

(2) In all filings of foreign private issuers (see § 230.405 of this chapter), except as stated otherwise in the applicable form, the financial statements may be prepared according to a comprehensive set of accounting principles, other than those generally accepted in the United States or International Financial Reporting Standards as issued by the International Accounting Standards Board, if a reconciliation to U.S. Generally Accepted Accounting Principles and the provisions of Regulation S–X of the type specified in Item 18 of Form 20–F (§ 249.220f of this chapter) is also filed as part of the financial statements. Alternatively, the financial statements may be prepared according to U.S. Generally Accepted Accounting Principles or International Financial Reporting Standards as issued by the International Accounting Standards Board.

WESTLAW   © 2026 Thomson Reuters. No claim to original U.S. Government Works.

§ 210.4–01 Form, order, and terminology., 17 C.F.R. § 210.4–01

(b) All money amounts required to be shown in financial statements may be expressed in whole dollars or multiples thereof, as appropriate: Provided, That, when stated in other than whole dollars, an indication to that effect is inserted immediately beneath the caption of the statement or schedule, at the top of the money columns, or at an appropriate point in narrative material.

(c) Negative amounts (red figures) shall be shown in a manner which clearly distinguishes the negative attribute. When determining methods of display, consideration should be given to the limitations of reproduction and microfilming processes.

**Credits**

[45 FR 63669, Sept. 25, 1980, as amended at 47 FR 54767, Dec. 6, 1982; 70 FR 20719, April 21, 2005; 73 FR 953, Jan. 4, 2008; 73 FR 1009, Jan. 4, 2008; 76 FR 50119, Aug. 12, 2011; 83 FR 50200, Oct. 4, 2018]

SOURCE: Sections 210.4–01 to 210.4–10 appear at 45 FR 63669, Sept. 25, 1980; 50 FR 49531, Dec. 3, 1985; 51 FR 3770, Jan. 30, 1986; 56 FR 30053, July 1, 1991; 56 FR 57247, Nov. 8, 1991; 57 FR 36501, Aug. 13, 1992; 57 FR 47409, Oct. 16, 1992; 58 FR 14660, March 18, 1993; 59 FR 65631, Dec. 20, 1994; 62 FR 6063, Feb. 10, 1997; 62 FR 12749, March 18, 1997; 65 FR 76082, Dec. 5, 2000; 68 FR 4871, Jan. 30, 2003; 68 FR 36660, June 18, 2003; 71 FR 76594, Dec. 21, 2006; 74 FR 18614, April 23, 2009; 76 FR 50119, Aug. 12, 2011; 82 FR 17551, April 12, 2017, unless otherwise noted.

AUTHORITY: 15 U.S.C. 77f, 77g, 77h, 77j, 77s, 77z–2, 77z–3, 77aa(25), 77aa(26), 77nn(25), 77nn(26), 78c, 78j–1, 78*l*, 78m, 78n, 78*o*(d), 78q, 78u–5, 78w, 78*ll*, 78mm, 80a–8, 80a–20, 80a–29, 80a–30, 80a–31, 80a–37(a), 80b–3, 80b–11, 7202 and 7262, and sec. 102(c), Pub.L. 112–106, 126 Stat. 310 (2012), unless otherwise noted.

Notes of Decisions (292)

Current through April 15, 2026, 91 FR 20078.

**End of Document**© 2026 Thomson Reuters. No claim to original U.S. Government Works.