MATTHEW T. SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
         svillagomez@allenmatkins.com
         mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No.  8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Michelle Williams Court<br><br>**DECLARATION OF MATTHEW T. SESSIONS IN SUPPORT OF PLAINTIFF PATRICK BYRNE'S MOTION IN LIMINE NO. 2 TO EXCLUDE ALL OR PART OF DEFENDANT'S EXPERT MARYELLEN SEBOLD'S OPINIONS AND TESTIMONY UNDER FRE 702 AND DAUBERT**<br><br>Date:  May 22, 2026<br>Time:  1:30 p.m.<br>Ctrm:  6A<br><br>Disc. Cutoff:          November 28, 2025<br>Pretrial Conference:  May 22, 2026<br>Trial Date:            June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4910-6111-6318.1                                         -1-

Case No.  8:24-cv-01989-MWC-JDE
DECLARATION OF MATTHEW T. SESSIONS
IN SUPPORT OF PLAINTIFF'S MOTION IN
LIMINE NO. 2

## <u>DECLARATION OF MATTHEW T. SESSIONS</u>

I, Matthew T. Sessions, declare as follows:

1.  I am an attorney at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel of record for Plaintiff Patrick Byrne in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I am making this declaration in support of Plaintiff's Motion in Limine No. 2.

2.  On or about January 15, 2026, Ms. Sebold sat for deposition in this matter. True and correct copies of excerpts taken from the transcript of her deposition are attached hereto as **Exhibit A**.

3.  True and correct copies of excerpts taken from the transcript of Nicole Stokes's deposition in this matter are attached hereto as **Exhibit B**.

4.  A true and correct redacted copy of Maryellen Sebold's expert report is attached hereto as **Exhibit C**.

5.  On or about January 15, 2026, Plaintiff's expert, Deborah Dickson, sat for deposition in this matter. True and correct copies of excerpts taken from the transcript of her deposition are attached hereto as **Exhibit D**.

6.  On April 10, 2026, I attended a meet and confer conference with counsel for Defendant Ameris Bank in which we discussed the parties' upcoming motions in limine. At that meet and confer conference, counsel for Ameris was notified that Byrne would seek to exclude all or parts of Ms. Sebold's testimony on the grounds that it misstates the law and, if the Court Grants its Motion in Limine

//

//

//

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4910-6111-6318.1

-2-

Case No.   8:24-cv-01989-MWC-JDE
DECLARATION OF MATTHEW T. SESSIONS
IN SUPPORT OF PLAINTIFF'S MOTION IN
LIMINE NO. 2

No. 2, Byrne would seek to exclude Ms. Sebold's testimony for substantially the reasons.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2026, at Irvine, California.

MATTHEW T. SESSIONS

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4910-6111-6318.1

-3-

Case No.   8:24-cv-01989-MWC-JDE
DECLARATION OF MATTHEW T. SESSIONS
IN SUPPORT OF PLAINTIFF'S MOTION IN
LIMINE NO. 2