# EXHIBIT B

# In the Matter Of:

# BYRNE vs AMERIS BANK

8:24-CV-01989-MWC-JDEx

# NICOLE STOKES

*November 03, 2025*



800.211.DEPO (3376)
EsquireSolutions.com

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

.

PATRICK BYRNE,                    .       Case No.:
                                  .       8:24-CV-01989-MWC-JDEx
          Plaintiff,              .
                                  .       Atlanta, Georgia
     vs.                          .
                                  .       November 3, 2025
AMERIS BANK,                      .
                                  .       10:39 a.m.
          Defendant.              .
. . . . . . . . . . . . . . . . . .

VIDEOTAPED DEPOSITION OF

NICOLE STOKES

Taken by the Plaintiff

NONCONFIDENTIAL PORTIONS

CANDICE EDWARDS, CER-4519
Esquire Deposition Solutions

Proceedings recorded by electronic sound recording;
Transcript produced by transcription.



                    APPEARANCES OF COUNSEL


On behalf of PATRICK BYRNE:

    ESPERANZA CERVANTES ANDERSON, ESQ.
    ESPERANZA ANDERSON LAW OFFICE
    1037 North Allen Avenue
    Pasadena, California 91104
    626-548-4935
    esperanza@esperanzaanderson.com

    T. STEPHEN CORCORAN, ESQ.
    PIERCE DAVIS & PERRITANO LLP
    222 West 6th Street
    Suite 400
    Los Angeles, California 90731
    617-350-0950
    scorcoran@piercedavis.com


On behalf of AMERIS BANK:

    STACY L. FODE, ESQ.
    NUKK-FREEMAN & CERRA, P.C.
    26 Main Street
    Suite 202
    Chatham, New Jersey 07928
    814-637-8113
    sfode@nfclegal.com


Also present:

    Patrick Byrne, Plaintiff

    Mark Kubes, Videographer

    Jody Spencer, In-House Counsel for Defendant



NICOLE STOKES                                          November 03, 2025
BYRNE vs AMERIS BANK                                                  3

                        INDEX TO EXAMINATION

EXAMINATION                                                  PAGE

Examination by Mr. Corcoran                                    7

            CONFIDENTIAL PORTIONS EXCERPTED

Page 23, line 16 - Page 46, line 6

                    INDEX OF EXHIBITS

PLAINTIFF'S    DESCRIPTION                                   PAGE


Exhibit 2      Patrick Byrne Employment Agreement  46

Exhibit 3      Balboa Capital's Long-Term Cash

               Incentive Plan                                60

Exhibit 4      12-31-2022 Final LTIP Calculation   68

Exhibit 5      12-31-2023 Final LTIP Calculation   68

Exhibit 6      12-31-2023 Final LTIP Calculation   68

Exhibit 7      Memo Dated January 19th, 2024        70

Exhibit 8      Email Dated August 1st, 2023, from

               Patrick Byrne to James LaHaise       79

Exhibit 9      Email Dated August 4th, 2023, from

               James LaHaise to Patrick Byrne       86

Exhibit 10     Email Dated November 3rd, 2023,

               from Patrick Byrne to Nicole

               Stokes                                        90

Exhibit 11     Email Dated November 14th, 2023,

               from Patrick Byrne to Nicole

               Stokes                                       100



INDEX OF EXHIBITS (CONT.)

| PLAINTIFF'S | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 12 | Email Dated April 22, 2022, from Laura Rodriguez to Patrick Byrne | 112 |
| Exhibit 13 | Email Dated October 12, 2022, from Nicole Stokes to Patrick Byrne | 114 |
| Exhibit 14 | Email Dated January 11th, 2023, from Patrick Byrne to James LaHaise | 118 |
| Exhibit 15 | Email Dated March 15th, 2023, from James LaHaise to David Sparacio | 128 |
| Exhibit 16 | Email Dated July 12th, 2023, from Sufhan Majid to Patrick Byrne | 130 |
| Exhibit 17 | Email Dated July 24th, 2023, from David Sparacio to Sufhan Majid, Nicole Stokes, and Matt Roux | 133 |
| Exhibit 18 | Email Dated July 26th, 2023, to James LaHaise | 142 |
| Exhibit 19 | Email Dated August 4th, 2023, from Patrick Byrne to James LaHaise | 153 |
| Exhibit 20 | Email Dated August 4th, 2023, from James LaHaise to Nicole Stokes and Phil Silva | 156 |
| Exhibit 21 | Email Dated August 4th, 2023, from James LaHaise to Patrick Byrne | 159 |



INDEX OF EXHIBITS (CONT.)

PLAINTIFF'S        DESCRIPTION                          PAGE

Exhibit 22         Email Dated July 24th, 2023, from
                   Nicole Stokes to James LaHaise      164

Exhibit 23         Notice of Deposition                14

Exhibit 24         Stipulated Protective Order         173

Exhibit 25         Email Dated January 3rd, 2024, from
                   Sufhan Majid to Heather Parker and
                   David Sparacio                       172

Exhibit 26         Email Dated January 16th, 2024,
                   from Nicole Stokes to David
                   Sparacio                             184

Exhibit 27         Email Dated January 10th, 2024,
                   from Sufhan Majid to Patrick Byrne,
                   David Sparacio, and Phil Silva      192

Exhibit 28         Email Dated January 30th, 2024,
                   from Sufhan Majid to Nicole Stokes 200

Exhibit 29         Email Dated January 17th, 2023,
                   from James LaHaise to Nicole
                   Stokes                               205

        (Exhibits 1 through 29 were attached to the
original transcript.)



THE VIDEOGRAPHER:  This begins the video-recorded deposition of Nicole Stokes in the matter of Patrick Byrne v. Ameris Bank.  Today's date is Monday, November 3rd, 2025.  The time is 10:39 a.m. Eastern Time.

Would Counsel present please state your name and affiliation for the record, after which, will the court reporter please swear in the witness.

MR. CORCORAN:  Good morning.  Stephen Corcoran from the Law Offices of Esperanza Anderson, representing Plaintiff Patrick Byrne.

MS. ANDERSON:  Good morning.  Esperanza Anderson on behalf of Plaintiff Patrick Byrne, and I'm here also with Mr. Byrne.

MS. FODE:  Stacy Fode, representing Defendant.  And my client, Jody Spencer, in-house counsel, is also on the line virtually.

THE REPORTER:  Thank you.  Good morning.  My name is Candice Edwards.  I am a notary public and Georgia-certified court reporter on behalf of Esquire Deposition Solutions.  Pursuant to the Georgia Civil Practice Act, I will be capturing the verbatim record of today's proceedings utilizing electronic audio equipment, a computer, and specialized recording software, which is not a form of stenography.



The witness is currently located in Atlanta, Georgia, and her identity has been confirmed by her Georgia driver's license.  Absent of any objection at this time by the counsel or the witness to my administration of the oath to this witness and that the final transcripts may be used for all purposes allowed by the Georgia Civil Practice Act, I will swear in the witness.

MS. FODE:  No objection.  But I would also note that the testimony will be used in the underlying matter, which is pending in Central District of California.

THE REPORTER:  Okay.  Hearing no objection, would you please raise your right hand?

NICOLE STOKES,
having first been duly sworn, testified as follows:

THE REPORTER:  Thank you.  Counsel, you may begin.

EXAMINATION

BY MR. CORCORAN:

Q.   Could you please state your full name for the record?

A.   Nicole Sue Stokes.

Q.   You are here today, as you understand, pursuant to a Notice of Deposition issued in this case; is that



BY MR. CORCORAN:

Q.    Does this document state anywhere else that the GAAP methodology shall be used?

A.    So on Ameris Stamp 227, it says, "Initial direct cost will be calculated using GAAP methodology."  We all know that we're -- Ameris Bank is a publicly-traded company that has to follow GAAP.  But on Timestamp 2 -- or I'm sorry.  Ameris Document 229, as part of Exhibit 3, under Item 9, it says, "This agreement and the granting of cash bonus awards shall be subject to all applicable federal and state laws, rules, and regulations, and to such approvals by any regulatory or governmental agency as may be required."  So I would say that following GAAP falls under rules, regulations, regulatory.

Q.    But GAAP is not specifically mentioned under Line Item 9, is it?

          MS. FODE:  Document speaks for itself.

          THE WITNESS:  Again, we're a publicly-traded company that has to follow GAAP.

          MR. CORCORAN:  I'll move to strike it as non-responsive.

BY MR. CORCORAN:

Q.    My question was, GAAP is not specifically mentioned under Line Item Number 9, is it?



Ameris Bank is not publishing Balboa Capital as a division, their financials, correct?

A.   So Balboa Capital does not meet the minimum segment reporting requirements to split them out and report them separately, if that's what you're asking.

Q.   Fair enough.  And Ameris Bank is not publishing the LTIP financials, correct?

        MS. FODE:  Overbroad.  Vague and ambiguous.

        THE WITNESS:  Again, the LTIP calculation is based on earnings before tax, and they are a part of the bank.  And that's part of a publicly-traded company that has to follow GAAP.

BY MR. CORCORAN:

Q.   All right.  Can you go to the award agreement, Bates Stamp 227?

A.   I'm there.

Q.   You have it there?  Okay.  Looking at that paragraph titled "Performance Criteria" at the top corner of the page, you see that?

A.   Yes.

Q.   Looking at the last full sentence, that sentence states, "For purposes of the calculation of EBT."  That means Earnings Before Taxes, right?

        MS. FODE:  Document speaks for itself.

        THE WITNESS:  Yes.



CERTIFICATE OF REPORTER

I, CANDICE EDWARDS, a Certified Court Reporter and Notary Public, in and for the State of Georgia do hereby certify:

That the foregoing witness was duly sworn; that the proceeding took place before me at the time and place herein set forth; that the testimony and proceedings were accurately captured with annotations by me during the proceeding.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am not interested in the outcome of this matter, financial or otherwise.

IN WITNESS THEREOF, I have hereunto set my hand this 10th day of November 2025.



_____
CANDICE EDWARDS, GA-CCR, CDR, CER

CERTIFICATE OF TRANSCRIPTIONIST

I, Madeline R. Williams, RPR, Registered Professional Reporter, do hereby certify:

That the foregoing is a complete and true transcription of the original digital audio recording of the testimony and proceedings captured in the above-entitled matter.  As the transcriptionist, I have reviewed and transcribed the entirety of the original digital audio recording of the proceeding to ensure a verbatim record to the best of my ability.

I further certify that I am neither attorney for nor a relative or employee of any of the parties to the action; further, that I am not a relative or employee of any attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this matter.

IN WITNESS THEREOF, I have hereunto set my hand this 10th day of November 2025.



_____
Madeline R. Williams, RPR
Certification No. 56493
December 31, 2025