UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge Michelle Williams Court<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PATRICK BYRNE'S MOTION IN LIMINE NO. 2 TO EXCLUDE ALL OR PART OF DEFENDANT'S EXPERT MARYELLEN SEBOLD'S OPINIONS AND TESTIMONY UNDER FRE 702 AND DAUBERT**<br><br>Date:    May 22, 2026<br>Time:    1:30 p.m.<br>Ctrm:    6A<br><br>Disc. Cutoff:    November 28, 2025<br>Trial Date:    June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4934-9296-0670.1

On May 22, 2026, Plaintiff Patrick Byrne's Motion *in limine* No. 2 to Exclude All or Part of Defendant's Expert Maryellen Sebold's Opinions and Testimony Under FRE 702 and Daubert ("Motion"), came on for hearing before this Court, the Honorable Michelle Williams Court, United States District Court Judge, presiding.

After full consideration of the evidence, and all written and oral arguments and evidence submitted on the Application, and issues having been duly heard and a decision having been duly rendered:

**IT IS HEREBY ORDERED:**

1.      The Motion is **GRANTED**.

2.      Defendant Ameris Bank's expert, Maryellen Sebold, shall be precluded from presenting any opinions at trial concerning Ameris Bank's status as a publicly traded company requiring it to calculate the LTIP at issue in strict compliance with GAAP accounting methodology.

3.      Defendant Ameris Bank's expert, Maryellen Sebold, shall be precluded from presenting any opinions at trial that constitute legal conclusions.

**IT IS SO ORDERED.**

Dated: _____          _____

Hon. Michelle Williams Court
United States District Judge

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION IN LIMINE NO. 2

4934-9296-0670.1                    -2-