MATTHEW T. SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
         svillagomez@allenmatkins.com
         mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>　　　　　Defendant. | Case No.  8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge Michelle Williams Court<br><br>**PLAINTIFF PATRICK BYRNE'S NOTICE OF ERRATA RE MOTIONS IN LIMINE NOS. 1-3**<br><br>Date:  May 22, 2026<br>Time:  1:30 p.m.<br>Ctrm:  6A<br><br>Disc. Cutoff:　　　November 28, 2025<br>Pretrial Conference:  May 22, 2026<br>Trial Date:　　　　　June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4926-6011-0755.1

Case No.  8:24-cv-01989-MWC-JDE
PLAINTIFF PATRICK BYRNE'S NOTICE OF
ERRATA RE MOTIONS IN LIMINE NOS. 1-3

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on April 17, 2026, Plaintiff Patrick Byrne ("Plaintiff") filed and served three Motions in Limine in this matter. Due to an inadvertent omission, each motion was filed without a corresponding Notice of Motion. Although the accompanying Memoranda of Points and Authorities correctly reflected the hearing date for the Final Pretrial Conference, Plaintiff hereby submits the Notices of Motion for the following Motions in Limine to avoid any ambiguity:

1.     Notice Motion in Limine to Allow Plaintiff's Expert, Deborah Dickson, to Testify in Byrne's Case-in-Chief (Dkt. 144), attached as **Exhibit 1**;

2.     Notice of Motion in Limine to Exclude All or Part of Defendant's Expert Maryellen Sebold's Opinions and Testimony Under FRE 702 and Daubert (Dkt. 145), attached as **Exhibit 2**; and

3.     Notice of Motion in Limine to Exclude Defendant Ameris Bank's Evidence Supporting the Discretionary Nature of Wages (Dkt. 141), attached as **Exhibit 3**.

Dated:  April 20, 2026

ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
MATTHEW T. SESSIONS
STACEY A. VILLAGOMEZ
MADISON E. LARSEN

By: _____
 MATTHEW T. SESSIONS
 Attorneys for Plaintiff
 PATRICK BYRNE

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4926-6011-0755.1

-1-

Case No.   8:24-cv-01989-MWC-JDE
PLAINTIFF PATRICK BYRNE'S NOTICE OF
ERRATA RE MOTIONS IN LIMINE NOS. 1-3