MATTHEW T. SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
          svillagomez@allenmatkins.com
          mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No.  8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge Michelle Williams Court<br><br>**PLAINTIFF PATRICK BYRNE'S NOTICE OF MOTION IN LIMINE NO. 1 TO ALLOW PLAINTIFF'S EXPERT, DEBORAH DICKSON TO TESTIFY IN BYRNE'S CASE-IN-CHIEF**<br><br>Date:  May 22, 2026<br>Time:  1:30 p.m.<br>Ctrm:  6A<br><br>Disc. Cutoff:            November 28, 2025<br>Pretrial Conference:  May 22, 2026<br>Trial Date:              June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4913-2815-6835.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on May 22, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6-A, Plaintiff Patrick Byrne ("Plaintiff") will and hereby does move the Court *in limine* to Allow Plaintiff's Expert, Deborah Dickson to Testify in Byrne's Case-In-Chief.

This Motion is made following the conference of counsel pursuant to L.R. 7-3.

This Motion is based on this Notice and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Matthew T. Sessions filed concurrently herewith, the pleadings and papers on file in this action, and upon such other matters as may be properly presented to the Court.

Dated:  April 17, 2026

ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
MATTHEW T. SESSIONS
STACEY A. VILLAGOMEZ
MADISON E. LARSEN

By: _____
MATTHEW T. SESSIONS
Attorneys for Plaintiff
PATRICK BYRNE

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4913-2815-6835.1          -1-

Case No.   8:24-cv-01989-MWC-JDE
PLAINTIFF PATRICK BYRNE'S NOTICE OF
MOTION IN LIMINE NO. 1