# EXHIBIT A

**Subject:** RE: Engagement Letter - Byrne v. Ameris Bank
**Date:** Monday, January 12, 2026 at 2:04:53 PM Pacific Standard Time
**From:** Karen Reed
**To:** Villagomez, Stacey
**CC:** Debbie Dickson, Ryan Nguyen
**Attachments:** image001.jpg

Received – thank you for signing and returning this so promptly.

Kind regards,



Karen Reed, CPA
Senior Manager / Chief Financial Officer
(P) 949.553.1020 | (F) 949.553.0249 | (E) karen.reed@smithdickson.com
18100 Von Karman Avenue, Suite 420 | Irvine, CA 92612

*PRIVILEGED AND CONFIDENTIAL*
*This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.*

**From:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Sent:** Wednesday, January 7, 2026 11:25 PM
**To:** Karen Reed <karen.reed@smithdickson.com>
**Cc:** Debbie Dickson <debbie.dickson@smithdickson.com>; Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Engagement Letter - Byrne v. Ameris Bank

**External Email:** Use caution before clicking links or opening attachments.

Thanks for your email. I look forward to working with Smith Dickson as well. See attached.

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

**From:** Karen Reed <karen.reed@smithdickson.com>
**Sent:** Wednesday, January 7, 2026 4:55 PM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Cc:** Debbie Dickson <debbie.dickson@smithdickson.com>; Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** Engagement Letter - Byrne v. Ameris Bank

CAUTION: External Email

Dear Ms. Villagomez:
Please find attached the engagement letter for the above-referenced matter for your review and approval. If you agree with what is presented, please sign this letter and also obtain the signature of your client and return the signed engagement letter via email at your earliest convenience. Please note that we have already received the $10,000 retainer payment from Mr. Byrne.
We are looking forward to working with you on this matter.
Best Regards,



Karen Reed, CPA
Senior Manager / Chief Financial Officer
(P) 949.553.1020 | (F) 949.553.0249 | (E) karen.reed@smithdickson.com
18100 Von Karman Avenue, Suite 420 | Irvine, CA 92612

*PRIVILEGED AND CONFIDENTIAL*
*This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.*

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

**Subject:** RE: Byrne - Meeting 1/12/26

**Date:**        Friday, January 9, 2026 at 4:49:34 PM Pacific Standard Time
**From:**      Rachel Norville
**To:**         Patrick Byrne
**CC:**         Jacquie Emert, Ryan Nguyen, Debbie Dickson, svillagomez@allenmatkins.com
**Attachments:** image001.jpg

Hi Patrick,

Great, thank you. I'm also adding Stacey to the invite. I'll schedule the call from 1pm-2:30pm if that works for everyone. Looking forward to speaking with you then!

Thanks,
Rachel

---

**From:** Patrick Byrne <pateb17@outlook.com>
**Sent:** Friday, January 9, 2026 3:47 PM
**To:** Rachel Norville <rachel.norville@smithdickson.com>
**Cc:** Jacquie Emert <jacquieemert@outlook.com>; Ryan Nguyen <ryan.nguyen@smithdickson.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** Re: Byrne - Meeting 1/12/26

> **External Email:** Use caution before clicking links or opening attachments.

Sure.  I am available in that time window.  How long do you think you need?

**From:** Rachel Norville <rachel.norville@smithdickson.com>
**Sent:** Friday, January 9, 2026 3:39 PM
**To:** Patrick Byrne <pateb17@outlook.com>
**Cc:** Jacquie Emert <jacquieemert@outlook.com>; Ryan Nguyen <ryan.nguyen@smithdickson.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** Byrne - Meeting 1/12/26

Hi Patrick,

Do you have availability Monday (1/12) for a Zoom meeting? Debbie and I have a few follow-up questions we'd like to discuss with you. We are free between 11am – 3pm (hard cutoff at 3pm).

Please let me know and I'll send out a link for whichever time works best for you.

Thank you!

**Rachel Norville, CPA, CFE**
Manager, Forensics & Litigation Support


CERTIFIED PUBLIC ACCOUNTANTS, LLP

**(P)** 949.553.1020
**(E)** rachel.norville@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*<sup>TM</sup>

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

---

**Subject:**      Re: Byrne - Meeting 1/12/26
**Date:**        Friday, January 9, 2026 at 3:47:33 PM Pacific Standard Time
**From:**      Patrick Byrne
**To:**         Rachel Norville
**CC:**         Jacquie Emert, Ryan Nguyen, Debbie Dickson
**Attachments:** image001.jpg

> **External Email:** Use caution before clicking links or opening attachments.

Sure.  I am available in that time window.  How long do you think you need?

**From:** Rachel Norville <rachel.norville@smithdickson.com>
**Sent:** Friday, January 9, 2026 3:39 PM
**To:** Patrick Byrne <pateb17@outlook.com>
**Cc:** Jacquie Emert <jacquieemert@outlook.com>; Ryan Nguyen <ryan.nguyen@smithdickson.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** Byrne - Meeting 1/12/26

Hi Patrick,

Do you have availability Monday (1/12) for a Zoom meeting? Debbie and I have a few follow‑up questions we'd like to discuss with you. We are free between 11am – 3pm (hard cutoff at 3pm).

Please let me know and I'll send out a link for whichever time works best for you.

Thank you!

**Rachel Norville, CPA, CFE**
Manager, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** rachel.norville@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*^TM

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

| | |
|---|---|
| **Subject:** | Byrne - Meeting 1/12/26 |
| **Date:** | Friday, January 9, 2026 at 3:39:38 PM Pacific Standard Time |
| **From:** | Rachel Norville |
| **To:** | Patrick Byrne |
| **CC:** | Jacquie Emert, Ryan Nguyen, Debbie Dickson |
| **Attachments:** | image001.jpg |

Hi Patrick,

Do you have availability Monday (1/12) for a Zoom meeting? Debbie and I have a few follow‑up questions we'd like to discuss with you. We are free between 11am – 3pm (hard cutoff at 3pm).

Please let me know and I'll send out a link for whichever time works best for you.

Thank you!

**Rachel Norville, CPA, CFE**
Manager, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** rachel.norville@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*^TM

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

| | |
|---|---|
| **Subject:** | RE: Engagement Letter - Byrne v. Ameris Bank |
| **Date:** | Wednesday, January 7, 2026 at 11:26:05 PM Pacific Standard Time |
| **From:** | Villagomez, Stacey |
| **To:** | Karen Reed |
| **CC:** | Debbie Dickson, Ryan Nguyen |
| **Attachments:** | image001.jpg, Smith Dickson Engagement Letter 12.17.25.pdf |

**External Email:** Use caution before clicking links or opening attachments.

Thanks for your email. I look forward to working with Smith Dickson as well. See attached.

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637

svillagomez@allenmatkins.com

**From:** Karen Reed <karen.reed@smithdickson.com>
**Sent:** Wednesday, January 7, 2026 4:55 PM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Cc:** Debbie Dickson <debbie.dickson@smithdickson.com>; Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** Engagement Letter - Byrne v. Ameris Bank

CAUTION: External Email

Dear Ms. Villagomez:

Please find attached the engagement letter for the above-referenced matter for your review and approval. If you agree with what is presented, please sign this letter and also obtain the signature of your client and return the signed engagement letter via email at your earliest convenience. Please note that we have already received the $10,000 retainer payment from Mr. Byrne.

We are looking forward to working with you on this matter.

Best Regards,



Karen Reed, CPA
Senior Manager / Chief Financial Officer
(P) 949.553.1020  |  (F) 949.553.0249  | (E) karen.reed@smithdickson.com
18100 Von Karman Avenue, Suite 420 | Irvine, CA  92612

*PRIVILEGED AND CONFIDENTIAL*
*This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.*

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

**Subject:**    Engagement Letter - Byrne v. Ameris Bank
**Date:**    Wednesday, January 7, 2026 at 4:54:48 PM Pacific Standard Time
**From:**    Karen Reed
**To:**    svillagomez@allenmatkins.com
**CC:**    Debbie Dickson, Ryan Nguyen
**Attachments:** image001.jpg, 2025.12.17 Eng. Letter - Byrne v. Ameris Bank.pdf

Dear Ms. Villagomez:

Please find attached the engagement letter for the above-referenced matter for your review and approval. If you agree with what is presented, please sign this letter and also obtain the signature of your client and return the signed engagement letter via email at your earliest convenience. Please note that we have already received the $10,000 retainer payment from Mr. Byrne.

We are looking forward to working with you on this matter.

Best Regards,



Karen Reed, CPA
Senior Manager / Chief Financial Officer
(P) 949.553.1020  |  (F) 949.553.0249  | (E) karen.reed@smithdickson.com
18100 Von Karman Avenue, Suite 420 | Irvine, CA  92612

*PRIVILEGED AND CONFIDENTIAL*
*This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.*

**Subject:**    FW: Potential New Matter
**Date:**    Friday, December 19, 2025 at 12:05:48 PM Pacific Standard Time
**From:**    Villagomez, Stacey
**To:**    Ryan Nguyen
**Attachments:** image001.png, 8-24-CV-01989 - Number 88-1 proposed order.pdf, 8-24-CV-01989 - Number 88.pdf

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: ("Villagomez, Stacey" <svillagomez@allenmatkins.com>)
This message came from outside your organization.

See attached.

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

---

**From:** Follen, Kate <hg-kfollen@allenmatkins.com>
**Sent:** Friday, December 19, 2025 12:02 PM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** RE: Potential New Matter

Hi Stacey,

It looks like there was a Joint Stipulation filed yesterday with a proposed order granting stipulation filed as an attachment. I am including both. Here is the snippet of what has been added to the docket.

| | | Notice of Ex Parte) (Anderson, Esperanza) (Entered: 12/01/2025) |
|---|---|---|
| 12/02/2025 | 86 | OPPOSITION to EX PARTE APPLICATION to file First Amended Complaint EX PARTE APPLICATION to Continue Expert Disclo⋮ Defendant Ameris Bank. (Attachments: # 1 Declaration Declaration of Nana Yee)(Yee, Nana) (Entered: 12/02/2025) |
| 12/05/2025 | 87 | (IN CHAMBERS) ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE to Amend the Complaint and Contin⋮ Court. For the foregoing reasons, the Court DENIES Plaintiff's ex parte application. IT IS SO ORDERED. (SEE DOCUMENT FOR F⋮ |
| 12/18/2025 | 88 | Joint STIPULATION to Continue Expert Discovery Deadline from January 2, 2026 to January 16, 2026 filed by Defendant Ameris Ba⋮ |

**Kate Follen**
Allen Matkins Library
hg-kfollen@allenmatkins.com

---

**From:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Sent:** Friday, December 19, 2025 11:55 AM
**To:** Follen, Kate <hg-kfollen@allenmatkins.com>
**Subject:** RE: Potential New Matter

Hi Kate,

I understand Plaintiff's counsel filed a document today (a proposed order to my knowledge). Would you mind pulling that document for me if you see it on your end?

Thanks,
Stacey

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

**Subject:** RE: Extended deadline order
**Date:** Friday, December 19, 2025 at 8:23:08 AM Pacific Standard Time
**From:** Jacquie Emert
**To:** Ryan Nguyen, Debbie Dickson, Rachel Norville
**Attachments:** image001.jpg

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

My pleasure!

Thank you,

Jacquie

---

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Friday, December 19, 2025 8:22 AM
**To:** Jacquie Emert <JacquieEmert@outlook.com>; Debbie Dickson <debbie.dickson@smithdickson.com>; Rachel Norville <rachel.norville@smithdickson.com>
**Subject:** Re: Extended deadline order

Thank you, Jacquie.

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

***Experts in accounting. Experts on the stand.***™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Jacquie Emert <JacquieEmert@outlook.com>
**Date:** Friday, December 19, 2025 8:19 AM
**To:** Debbie Dickson <debbie.dickson@smithdickson.com>, Ryan Nguyen <ryan.nguyen@smithdickson.com>, Rachel Norville <rachel.norville@smithdickson.com>
**Subject:** Extended deadline order

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

Please see the attached Order that was filed last night.

Let us know if you have any questions.

Thank you,

Jacquie

| | |
|---|---|
| **Subject:** | Extended deadline order |
| **Date:** | Friday, December 19, 2025 at 8:19:28 AM Pacific Standard Time |
| **From:** | Jacquie Emert |
| **To:** | Debbie Dickson, Ryan Nguyen, Rachel Norville |
| **Attachments:** | #88 - Proposed order granting stipulation to extend expert rebuttal and discovey deadline by 14 days (filed 12.18.25) = 2 pages.pdf |

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

Please see the attached Order that was filed last night.

Let us know if you have any questions.

Thank you,

Jacquie

| | |
|---|---|
| **Subject:** | Accounting Expert questions |
| **Date:** | Thursday, December 18, 2025 at 1:48:34 PM Pacific Standard Time |
| **From:** | Jacquie Emert |
| **To:** | Debbie Dickson, Ryan Nguyen, Rachel Norville |
| **Attachments:** | 2023.01.18 - Email Laura-Pat re 2022 LTIP Payouts (Ameris 1563-1564).pdf, 2023.05.11 - Email Dave White LTIP (Ameris 1560-1561).pdf, 2024.01.29 - Memo Nicole replied to Pat complaints (Ameris 2172).pdf, 2024.06.26 - Email Jim-Pat re Summary of Compensation Owed (Ameris 1125-1126).pdf, 2024.06.27 - Email Pat forwarding to himself Jan. 15 2024 Email re December 2023 LTIP (Ameris 1148-1150).pdf, AMERIS002261.xls, List of Expert Exhibits.docx |

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

Patrick asked that I forward these items to you ASAP. Please let me know if you need anything else or have any questions.

Thank you,

Jacquie Emert
949.735.2089

| | |
|---|---|
| **Subject:** | FW: Disclosure |
| **Date:** | Tuesday, December 16, 2025 at 4:43:26 PM Pacific Standard Time |
| **From:** | Debbie Dickson |
| **To:** | Ryan Nguyen |
| **Attachments:** | 2025.12.05 - Byrne Initial Expert Witness Disclosure.pdf, image001.jpg |

**Deborah Dickson, CPA, CFE, CFF, MAFF**
**Managing Partner**



**(P)** 949.553.1020 **| (F)** 949.553.0249
**(E)** debbie.dickson@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, CA  92612

*Since 1982, providing superior accounting, tax, litigation support, and advice to thriving Southern California businesses.*

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.

**From:** Patrick Byrne <pateb17@outlook.com>
**Sent:** Tuesday, December 16, 2025 12:57 PM
**To:** Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** Disclosure

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Patrick Byrne <pateb17@outlook.com>)
This message came from outside your organization.

| | |
|---|---|
| **Subject:** | Re: Meeting re: Byrne v. Ameris |
| **Date:** | Friday, December 12, 2025 at 11:15:12 AM Pacific Standard Time |
| **From:** | Patrick Byrne |
| **To:** | Rachel Norville, Jacquie Emert |
| **CC:** | Ryan Nguyen, Debbie Dickson |
| **Attachments:** | image001.jpg |

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Patrick Byrne <pateb17@outlook.com>)
This message came from outside your organization.

In person would be my preference.

---

**From:** Rachel Norville <rachel.norville@smithdickson.com>
**Sent:** Friday, December 12, 2025 11:11 AM
**To:** Patrick Byrne <pateb17@outlook.com>; Jacquie Emert <JacquieEmert@outlook.com>
**Cc:** Ryan Nguyen <ryan.nguyen@smithdickson.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** RE: Meeting re: Byrne v. Ameris

Hi Patrick,

Yes, that works great for us. Would you like me to send a Zoom link or do you prefer to meet in person? I will send out a calendar invite as a reminder.

Thank you!
Rachel

---

**From:** Patrick Byrne <pateb17@outlook.com>
**Sent:** Thursday, December 11, 2025 7:41 PM
**To:** Rachel Norville <rachel.norville@smithdickson.com>; Jacquie Emert <JacquieEmert@outlook.com>
**Cc:** Ryan Nguyen <ryan.nguyen@smithdickson.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** RE: Meeting re: Byrne v. Ameris

**External Email:** Use caution before clicking links or opening attachments.

Does Tuesday, 12/16, 11-1 work for you?

---

**From:** Rachel Norville <rachel.norville@smithdickson.com>
**Sent:** Thursday, December 11, 2025 5:42 PM
**To:** Jacquie Emert <JacquieEmert@outlook.com>; Patrick Byrne <pateb17@outlook.com>
**Cc:** Ryan Nguyen <ryan.nguyen@smithdickson.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** Meeting re: Byrne v. Ameris

Hi Jacquie and Patrick,

We'd like to set up our next meeting either Tuesday 12/16 or Wednesday 12/17. Please let me know which day works best for you! We can either meet over Zoom/Teams or in person again in our office, whichever you'd prefer.

Best,
**Rachel Norville, CPA**
Manager, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** rachel.norville@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*<sup>TM</sup>

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

| | |
|---|---|
| **Subject:** | RE: Meeting re: Byrne v. Ameris |
| **Date:** | Friday, December 12, 2025 at 11:18:30 AM Pacific Standard Time |
| **From:** | Rachel Norville |
| **To:** | Patrick Byrne, Jacquie Emert |
| **CC:** | Ryan Nguyen, Debbie Dickson |
| **Attachments:** | image001.jpg |

Great, we'll see you in the office then!

**From:** Patrick Byrne <pateb17@outlook.com>
**Sent:** Friday, December 12, 2025 11:15 AM
**To:** Rachel Norville <rachel.norville@smithdickson.com>; Jacquie Emert <JacquieEmert@outlook.com>
**Cc:** Ryan Nguyen <ryan.nguyen@smithdickson.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** Re: Meeting re: Byrne v. Ameris

> **External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Patrick Byrne <pateb17@outlook.com>)
This message came from outside your organization.

In person would be my preference.

**From:** Rachel Norville <rachel.norville@smithdickson.com>
**Sent:** Friday, December 12, 2025 11:11 AM
**To:** Patrick Byrne <pateb17@outlook.com>; Jacquie Emert <JacquieEmert@outlook.com>
**Cc:** Ryan Nguyen <ryan.nguyen@smithdickson.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** RE: Meeting re: Byrne v. Ameris

Hi Patrick,

Yes, that works great for us. Would you like me to send a Zoom link or do you prefer to meet in person? I will send out a calendar invite as a reminder.

Thank you!
Rachel

**From:** Patrick Byrne <pateb17@outlook.com>
**Sent:** Thursday, December 11, 2025 7:41 PM
**To:** Rachel Norville <rachel.norville@smithdickson.com>; Jacquie Emert <JacquieEmert@outlook.com>
**Cc:** Ryan Nguyen <ryan.nguyen@smithdickson.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** RE: Meeting re: Byrne v. Ameris

> **External Email:** Use caution before clicking links or opening attachments.

Does Tuesday, 12/16, 11-1 work for you?

**From:** Rachel Norville <rachel.norville@smithdickson.com>
**Sent:** Thursday, December 11, 2025 5:42 PM
**To:** Jacquie Emert <JacquieEmert@outlook.com>; Patrick Byrne <pateb17@outlook.com>
**Cc:** Ryan Nguyen <ryan.nguyen@smithdickson.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** Meeting re: Byrne v. Ameris

Hi Jacquie and Patrick,

We'd like to set up our next meeting either Tuesday 12/16 or Wednesday 12/17. Please let me know which day works best for you! We can either meet over Zoom/Teams or in person again in our office, whichever you'd prefer.

Best,
**Rachel Norville, CPA**
Manager, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** rachel.norville@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

| | |
|---|---|
| **Subject:** | RE: Meeting re: Byrne v. Ameris |
| **Date:** | Thursday, December 11, 2025 at 7:40:54 PM Pacific Standard Time |
| **From:** | Patrick Byrne |
| **To:** | Rachel Norville, Jacquie Emert |

**CC:**         Ryan Nguyen, Debbie Dickson
**Attachments:** image002.jpg

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Patrick Byrne <pateb17@outlook.com>)
This message came from outside your organization.

Does Tuesday, 12/16, 11-1 work for you?

**From:** Rachel Norville <rachel.norville@smithdickson.com>
**Sent:** Thursday, December 11, 2025 5:42 PM
**To:** Jacquie Emert <JacquieEmert@outlook.com>; Patrick Byrne <pateb17@outlook.com>
**Cc:** Ryan Nguyen <ryan.nguyen@smithdickson.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** Meeting re: Byrne v. Ameris

Hi Jacquie and Patrick,

We'd like to set up our next meeting either Tuesday 12/16 or Wednesday 12/17. Please let me know which day works best for you! We can either meet over Zoom/Teams or in person again in our office, whichever you'd prefer.

Best,
**Rachel Norville, CPA**
Manager, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** rachel.norville@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**Subject:**     RE: Meeting re: Byrne v. Ameris
**Date:**        Friday, December 12, 2025 at 11:11:30 AM Pacific Standard Time
**From:**        Rachel Norville
**To:**          Patrick Byrne, Jacquie Emert
**CC:**          Ryan Nguyen, Debbie Dickson
**Attachments:** image001.jpg

Hi Patrick,

Yes, that works great for us. Would you like me to send a Zoom link or do you prefer to meet in person? I will send out a calendar invite as a reminder.

Thank you!
Rachel

**From:** Patrick Byrne <pateb17@outlook.com>
**Sent:** Thursday, December 11, 2025 7:41 PM
**To:** Rachel Norville <rachel.norville@smithdickson.com>; Jacquie Emert <JacquieEmert@outlook.com>
**Cc:** Ryan Nguyen <ryan.nguyen@smithdickson.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** RE: Meeting re: Byrne v. Ameris

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Patrick Byrne <pateb17@outlook.com>)
This message came from outside your organization.

Does Tuesday, 12/16, 11-1 work for you?

**From:** Rachel Norville <rachel.norville@smithdickson.com>
**Sent:** Thursday, December 11, 2025 5:42 PM

**To:** Jacquie Emert <JacquieEmert@outlook.com>; Patrick Byrne <pateb17@outlook.com>
**Cc:** Ryan Nguyen <ryan.nguyen@smithdickson.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** Meeting re: Byrne v. Ameris

Hi Jacquie and Patrick,

We'd like to set up our next meeting either Tuesday 12/16 or Wednesday 12/17. Please let me know which day works best for you! We can either meet over Zoom/Teams or in person again in our office, whichever you'd prefer.

Best,
**Rachel Norville, CPA**
Manager, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** rachel.norville@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

| | |
|---|---|
| **Subject:** | Meeting re: Byrne v. Ameris |
| **Date:** | Thursday, December 11, 2025 at 5:41:44 PM Pacific Standard Time |
| **From:** | Rachel Norville |
| **To:** | Jacquie Emert, Patrick Byrne |
| **CC:** | Ryan Nguyen, Debbie Dickson |
| **Attachments:** | image001.jpg |

Hi Jacquie and Patrick,

We'd like to set up our next meeting either Tuesday 12/16 or Wednesday 12/17. Please let me know which day works best for you! We can either meet over Zoom/Teams or in person again in our office, whichever you'd prefer.

Best,
**Rachel Norville, CPA**
Manager, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** rachel.norville@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

| | |
|---|---|
| **Subject:** | RE: Potential referral |
| **Date:** | Monday, December 8, 2025 at 2:05:25 PM Pacific Standard Time |
| **From:** | Villagomez, Stacey |
| **To:** | Ryan Nguyen |
| **Attachments:** | image001.jpg |

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: ("Villagomez, Stacey" <svillagomez@allenmatkins.com>)
This message came from outside your organization.

Hi Ryan,

Hope you're having a great start to your week. I'm touching base on the Patrick Byrne matter. Please me know if he'd like to set up a meeting with Allen

Matkins; happy to coordinate that.

Thanks,
Stacey

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

---

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Tuesday, December 2, 2025 10:02 AM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** Re: Potential referral

CAUTION: External Email

Hi, Stacey:

I appreciate you teeing this up with Matthew. I have a meeting with the client tomorrow to go over the initial documents, so I'll find out what Patrick wants to do about his current counsel and let you know afterwards.

Thank you!

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Date:** Monday, December 1, 2025 at 11:39 AM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Potential referral

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: ("Villagomez, Stacey" <svillagomez@allenmatkins.com>)
This message came from outside your organization.

Hi Ryan,

I connected with my colleague Matthew Sessions, and we're happy to meet with Patrick this week by Zoom or in person. Let me know if he'd like to set up an introduction meeting. No pressure at all – we'd just like to hear his story, understand his needs, and see if we could be a good fit for him.

Thanks,
Stacey

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

---

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Wednesday, November 26, 2025 8:17 AM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** Re: Potential referral

CAUTION: External Email

11:00 a.m. is perfect. Thanks, Stacey, talk soon!

Ryan Nguyen

Sent from my iPhone

**From:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Sent:** Wednesday, November 26, 2025 12:02:58 AM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Potential referral

> **External Email:** Use caution before clicking links or opening attachments.

How does 11:00 a.m. work on your end?  Thanks!

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Tuesday, November 25, 2025 3:30 PM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** Re: Potential referral

> CAUTION: External Email

Hi, Stacey:

Yes, of course. I'll be available any time before 2:00 pm tomorrow, so just let me know when works best for you.

Thank you!

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*TM

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Date:** Tuesday, November 25, 2025 at 2:29 PM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Potential referral

> **External Email:** Use caution before clicking links or opening attachments.

External Sender - From: ("Villagomez, Stacey" <svillagomez@allenmatkins.com>)
This message came from outside your organization.

Hi!  I'm tied up in meetings this afternoon; my apologies.  Will late this evening or tomorrow work?  I'll review the complaint before we chat.

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Tuesday, November 25, 2025 11:42 AM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** Re: Potential referral

> CAUTION: External Email

Hi, Stacey:

Sorry I was out of the office yesterday. Are you free for a quick call sometime this afternoon? I can send you a copy of the complaint as well—it's pretty short.

Thanks!

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

***Experts in accounting. Experts on the stand.***™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Date:** Monday, November 24, 2025 at 2:01 PM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Potential referral

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: ("Villagomez, Stacey" <svillagomez@allenmatkins.com>)
This message came from outside your organization.

Hi Ryan,

Sorry I didn't get a chance to respond to this until today, but like I said in my text – we would love to be considered for this opportunity.  Please let me know if there's anything I can do to help facilitate next steps.  Appreciate you keeping us in mind!

Thanks,
Stacey

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Friday, November 21, 2025 4:31 PM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** Potential referral

CAUTION: External Email

Hi, Stacey:

I hope the mom life has been treating you well!

I'm currently working on a case where my client sold his company (equipment financing lender) to a bank around the start of Covid. After the company was sold, he and about 150 of his employees stayed on for a few years to continue operating/growing the legacy business as a division of the acquiring bank. As part of the deal, the parties agreed to a long-term cash incentive plan whereby my client and his employees would be eligible for cash bonuses if they hit certain performance targets; however, the bank allegedly failed to calculate and pay out the bonuses. The bank also terminated my client's employment after he started making too much noise.

My client is looking to substitute counsel, so I was hoping that this was something that you and Chuck (or someone else at your firm) could handle. Please let me know when you get a chance or if you'd like to hop on a call early next week to discuss further.

Thank you, Stacey!

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420

Irvine, California 92612

***Experts in accounting. Experts on the stand.***™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

| | |
|---|---|
| **Subject:** | Ameris Expert Witness Disclosure |
| **Date:** | Monday, December 8, 2025 at 12:25:38 PM Pacific Standard Time |
| **From:** | Esperanza Anderson |
| **To:** | Ryan Nguyen |
| **Attachments:** | image001.png, 2025.12.05 Expert Witness DIsclosure (Final).pdf, Byrne v Ameris Bank_Expert Report of Sebold_December 5 2025.pdf |

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Esperanza Anderson <esperanza@esperanzaanderson.com>)
This message came from outside your organization.

Please see attached.

E S P E R A N Z A
A N D E R S O N

1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627
www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader

is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.

| | |
|---|---|
| **Subject:** | Re: Byrne v. Ameris Bank |
| **Date:** | Friday, December 5, 2025 at 12:45:22 PM Pacific Standard Time |
| **From:** | Esperanza Anderson |
| **To:** | Ryan Nguyen |
| **Attachments:** | image001.png, image001[50].jpg |

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Esperanza Anderson <esperanza@esperanzaanderson.com>)
This message came from outside your organization.

Do you have five minutes for a quick call?



1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627
www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Date:** Friday, December 5, 2025 at 12:20 PM
**To:** Esperanza Anderson <esperanza@esperanzaanderson.com>
**Subject:** Re: Byrne v. Ameris Bank

Hi, Esperanza:

Please see our attached CVs and rate sheet.

Thank you,

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support

**SMITH DICKSON**
CERTIFIED PUBLIC ACCOUNTANTS, LLP

**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Esperanza Anderson <esperanza@esperanzaanderson.com>
**Date:** Friday, December 5, 2025 at 10:39 AM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** Byrne v. Ameris Bank

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: (Esperanza Anderson <esperanza@esperanzaanderson.com>)
This message came from outside your organization.

Hi Ryan **-** Just following up on my call from yesterday. Would you mind giving me a call this morning?

E S P E R A N Z A
A N D E R S O N

1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627
www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.

**Subject:**    Byrne v. Ameris Bank
**Date:**    Friday, December 5, 2025 at 10:39:18 AM Pacific Standard Time
**From:**    Esperanza Anderson
**To:**    Ryan Nguyen
**Attachments:** image001.png

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Esperanza Anderson <esperanza@esperanzaanderson.com>)
This message came from outside your organization.

Hi Ryan **-** Just following up on my call from yesterday. Would you mind giving me a call this morning?

E S P E R A N Z A
A N D E R S O N

1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627
www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.

**Subject:**    Byrne v. Ameris Bank, et al.
**Date:**    Thursday, December 4, 2025 at 10:18:58 AM Pacific Standard Time
**From:**    Esperanza Anderson
**To:**    Ryan Nguyen
**Attachments:** image001.png, 2025.12.01 **-** Byrne Resps ROGS Set One.FINAL.pdf

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Esperanza Anderson <esperanza@esperanzaanderson.com>)
This message came from outside your organization.

Good morning Ryan,

Attached are Plaintiff's Supplemental Responses to Ameris' Interrogatories, which were served on Monday, for your files/review.

Thanks,

Espie

E S P E R A N Z A
A N D E R S O N

1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627
www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.

| | |
|---|---|
| **Subject:** | RE: Potential referral |
| **Date:** | Monday, December 1, 2025 at 11:39:33 AM Pacific Standard Time |
| **From:** | Villagomez, Stacey |
| **To:** | Ryan Nguyen |
| **Attachments:** | image001.jpg |

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: ("Villagomez, Stacey" <svillagomez@allenmatkins.com>)
This message came from outside your organization.

Hi Ryan,

I connected with my colleague Matthew Sessions, and we're happy to meet with Patrick this week by Zoom or in person.  Let me know if he'd like to set up an introduction meeting.  No pressure at all – we'd just like to hear his story, understand his needs, and see if we could be a good fit for him.

Thanks,
Stacey

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Wednesday, November 26, 2025 8:17 AM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** Re: Potential referral

CAUTION: External Email

11:00 a.m. is perfect. Thanks, Stacey, talk soon!

Ryan Nguyen

Sent from my iPhone

**From:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Sent:** Wednesday, November 26, 2025 12:02:58 AM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Potential referral

**External Email:** Use caution before clicking links or opening attachments.

How does 11:00 a.m. work on your end?  Thanks!

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Tuesday, November 25, 2025 3:30 PM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** Re: Potential referral

CAUTION: External Email

Hi, Stacey:

Yes, of course. I'll be available any time before 2:00 pm tomorrow, so just let me know when works best for you.

Thank you!

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*<sup>TM</sup>

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Date:** Tuesday, November 25, 2025 at 2:29 PM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Potential referral

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: ("Villagomez, Stacey" <svillagomez@allenmatkins.com>)
This message came from outside your organization.

Hi!  I'm tied up in meetings this afternoon; my apologies.  Will late this evening or tomorrow work? I'll review the complaint before we chat.

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Tuesday, November 25, 2025 11:42 AM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** Re: Potential referral

CAUTION: External Email

Hi, Stacey:

Sorry I was out of the office yesterday. Are you free for a quick call sometime this afternoon? I can send you a copy of the complaint as well—it's pretty short.

Thanks!

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*<sup>TM</sup>

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Date:** Monday, November 24, 2025 at 2:01 PM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Potential referral

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: ("Villagomez, Stacey" <svillagomez@allenmatkins.com>)
This message came from outside your organization.

Hi Ryan,

Sorry I didn't get a chance to respond to this until today, but like I said in my text – we would love to be considered for this opportunity.  Please let me know if there's anything I can do to help facilitate next steps.  Appreciate you keeping us in mind!

Thanks,
Stacey

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

---

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Friday, November 21, 2025 4:31 PM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** Potential referral

CAUTION: External Email

Hi, Stacey:

I hope the mom life has been treating you well!

I'm currently working on a case where my client sold his company (equipment financing lender) to a bank around the start of Covid. After the company was sold, he and about 150 of his employees stayed on for a few years to continue operating/growing the legacy business as a division of the acquiring bank. As part of the deal, the parties agreed to a long-term cash incentive plan whereby my client and his employees would be eligible for cash bonuses if they hit certain performance targets; however, the bank allegedly failed to calculate and pay out the bonuses. The bank also terminated my client's employment after he started making too much noise.

My client is looking to substitute counsel, so I was hoping that this was something that you and Chuck (or someone else at your firm) could handle. Please let me know when you get a chance or if you'd like to hop on a call early next week to discuss further.

Thank you, Stacey!

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*<sup>TM</sup>

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

---

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

---

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

**Subject:**    RE: Potential referral
**Date:**    Wednesday, November 26, 2025 at 12:03:17 AM Pacific Standard Time
**From:**    Villagomez, Stacey
**To:**    Ryan Nguyen
**Attachments:** image001.jpg

> **External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: ("Villagomez, Stacey" <svillagomez@allenmatkins.com>)
This message came from outside your organization.

How does 11:00 a.m. work on your end?  Thanks!

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Tuesday, November 25, 2025 3:30 PM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** Re: Potential referral

> CAUTION: External Email

Hi, Stacey:

Yes, of course. I'll be available any time before 2:00 pm tomorrow, so just let me know when works best for you.

Thank you!

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Date:** Tuesday, November 25, 2025 at 2:29 PM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Potential referral

> **External Email:** Use caution before clicking links or opening attachments.

External Sender - From: ("Villagomez, Stacey" <svillagomez@allenmatkins.com>)
This message came from outside your organization.

Hi!  I'm tied up in meetings this afternoon; my apologies.  Will late this evening or tomorrow work?  I'll review the complaint before we chat.

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

---

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Tuesday, November 25, 2025 11:42 AM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** Re: Potential referral

CAUTION: External Email

Hi, Stacey:

Sorry I was out of the office yesterday. Are you free for a quick call sometime this afternoon? I can send you a copy of the complaint as well—it's pretty short.

Thanks!

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Date:** Monday, November 24, 2025 at 2:01 PM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Potential referral

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: ("Villagomez, Stacey" <svillagomez@allenmatkins.com>)
This message came from outside your organization.

Hi Ryan,

Sorry I didn't get a chance to respond to this until today, but like I said in my text – we would love to be considered for this opportunity.  Please let me know if there's anything I can do to help facilitate next steps.  Appreciate you keeping us in mind!

Thanks,
Stacey

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

---

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Friday, November 21, 2025 4:31 PM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** Potential referral

CAUTION: External Email

Hi, Stacey:

I hope the mom life has been treating you well!

I'm currently working on a case where my client sold his company (equipment financing lender) to a bank around the start of Covid. After the company was sold, he and about 150 of his employees stayed on for a few years to continue operating/growing the legacy business as a division of the acquiring bank. As part of the deal, the parties agreed to a long-term cash incentive plan whereby my client and his employees would be eligible for cash bonuses if they hit certain performance targets;

however, the bank allegedly failed to calculate and pay out the bonuses. The bank also terminated my client's employment after he started making too much noise.

My client is looking to substitute counsel, so I was hoping that this was something that you and Chuck (or someone else at your firm) could handle. Please let me know when you get a chance or if you'd like to hop on a call early next week to discuss further.

Thank you, Stacey!

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*<sup>TM</sup>

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

| | |
|---|---|
| **Subject:** | Additional documents |
| **Date:** | Tuesday, November 25, 2025 at 5:50:30 PM Pacific Standard Time |
| **From:** | Jacquie Emert |
| **To:** | Debbie Dickson, Ryan Nguyen, Rachel Norville |
| **CC:** | Patrick Byrne |
| **Attachments:** | 2021.12.10 Stock Purchase Agreement (Ameris 132-218).pdf, 2022 LTIP calculation MERIS001277.xlsx, 2022.12.31 Summary LTIP Calculations (Ameris 738).pdf, 2023.12.31 Summary LTIP Calculation (Ameris 739).pdf, 2024.12.31 Summary LTIP Calculations (Ameris 740).pdf, EXHIBIT - Project Pioneer CIM_vF (Plaintiff 908-971).pdf, LTIP Agreement Ameris 221-234.pdf, Pioneer 1Q21 Operating Model.xlsx |

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

I have attached additional documents for your review.

Please let me know if you have any questions.

Thank you,

Jacquie Emert

949.735.2089

**Subject:** Documents & next meeting
**Date:** Tuesday, November 25, 2025 at 4:02:30 PM Pacific Standard Time
**From:** Jacquie Emert
**To:** Debbie Dickson, Ryan Nguyen, Rachel Norville
**CC:** Patrick Byrne
**Attachments:** Income Statements-Balance Sheets 2023 and Q1 2024 (Ameris 794).xlsx, Interim Rent (Ameris 792).xlsx, Lease-Stip-Amount Received (Ameris 788).xlsx, List of EEs with Salaries 2022 and 2023 (Ameris 790).xlsx, SuperTrump (Ameris 791).xlsx, Ameris Bank Depreciation Expense Report as of Dec.31.2023 (Ameris 789).xls, Chargeoffs Processed Via Closed Orders (Ameris 793).xlsx, EXHIBIT - 2024.01.15 - Email Sufhan with attachments holders (Ameris 785-794).pdf

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

I have attached the documents we discussed.

You mentioned the next available meeting time you have open is Wednesday 12/3 at 11:30am, please send us a meeting invite to hold the slot. However, our preference would be to meet as soon as possible as we have a deadline fast approaching.

Thank you,

Jacquie Emert
949.735.2089

**Subject:** RE: Engagement Letter
**Date:** Tuesday, November 25, 2025 at 3:50:57 PM Pacific Standard Time
**From:** Debbie Dickson
**To:** Jacquie Emert, Ryan Nguyen, Rachel Norville
**CC:** Patrick Byrne
**Attachments:** image001.jpg

Thank you, Jacquie.

Happy Thanksgiving!

**Deborah Dickson, CPA, CFE, CFF, MAFF**
**Managing Partner**



**(P)** 949.553.1020  **| (F)** 949.553.0249
**(E)** debbie.dickson@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, CA  92612

*Since 1982, providing superior accounting, tax, litigation support, and advice to thriving Southern California businesses.*

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Jacquie Emert <JacquieEmert@outlook.com>
**Sent:** Tuesday, November 25, 2025 3:49 PM
**To:** Debbie Dickson <debbie.dickson@smithdickson.com>; Ryan Nguyen <ryan.nguyen@smithdickson.com>; Rachel Norville <rachel.norville@smithdickson.com>
**Cc:** Patrick Byrne <pateb17@outlook.com>
**Subject:** Engagement Letter

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

Please find the engagement letter attached (signed by both Patrick Byrne and Esper Anderson).

Additionally, I have just processed the payment via your website for the retainer in the amount of $10,000.00.

We are compiling the documents and will sending under separate cover.

Should you have any questions, please feel free to contact me directly.

Thank you,

Jacquie Emert
949.735.2089

**Subject:** RE: Potential referral
**Date:** Tuesday, November 25, 2025 at 2:29:21 PM Pacific Standard Time
**From:** Villagomez, Stacey
**To:** Ryan Nguyen
**Attachments:** image001.jpg

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: ("Villagomez, Stacey" <svillagomez@allenmatkins.com>)
This message came from outside your organization.

Hi!  I'm tied up in meetings this afternoon; my apologies.  Will late this evening or tomorrow work? I'll review the complaint before we chat.

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Tuesday, November 25, 2025 11:42 AM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** Re: Potential referral

CAUTION: External Email

Hi, Stacey:

Sorry I was out of the office yesterday. Are you free for a quick call sometime this afternoon? I can send you a copy of the complaint as well—it's pretty short.

Thanks!

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*TM

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Date:** Monday, November 24, 2025 at 2:01 PM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Potential referral

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: ("Villagomez, Stacey" <svillagomez@allenmatkins.com>)
This message came from outside your organization.

Hi Ryan,

Sorry I didn't get a chance to respond to this until today, but like I said in my text – we would love to be considered for this opportunity.  Please let me know if there's anything I can do to help facilitate next steps.  Appreciate you keeping us in mind!

Thanks,
Stacey

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

---

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Friday, November 21, 2025 4:31 PM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** Potential referral

CAUTION: External Email

Hi, Stacey:

I hope the mom life has been treating you well!

I'm currently working on a case where my client sold his company (equipment financing lender) to a bank around the start of Covid. After the company was sold, he and about 150 of his employees stayed on for a few years to continue operating/growing the legacy business as a division of the acquiring bank. As part of the deal, the parties agreed to a long-term cash incentive plan whereby my client and his employees would be eligible for cash bonuses if they hit certain performance targets; however, the bank allegedly failed to calculate and pay out the bonuses. The bank also terminated my client's employment after he started making too much noise.

My client is looking to substitute counsel, so I was hoping that this was something that you and Chuck (or someone else at your firm) could handle. Please let me know when you get a chance or if you'd like to hop on a call early next week to discuss further.

Thank you, Stacey!

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

---

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

| | |
|---|---|
| **Subject:** | RE: Potential referral |
| **Date:** | Monday, November 24, 2025 at 2:01:31 PM Pacific Standard Time |
| **From:** | Villagomez, Stacey |
| **To:** | Ryan Nguyen |
| **Attachments:** | image001.jpg |

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: ("Villagomez, Stacey" <svillagomez@allenmatkins.com>)
This message came from outside your organization.

Hi Ryan,

Sorry I didn't get a chance to respond to this until today, but like I said in my text – we would love to be considered for this opportunity.  Please let me know if there's anything I can do to help facilitate next steps.  Appreciate you keeping us in mind!

Thanks,
Stacey

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

---

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Friday, November 21, 2025 4:31 PM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Subject:** Potential referral

CAUTION: External Email

Hi, Stacey:

I hope the mom life has been treating you well!

I'm currently working on a case where my client sold his company (equipment financing lender) to a bank around the start of Covid. After the company was sold, he and about 150 of his employees stayed on for a few years to continue operating/growing the legacy business as a division of the acquiring bank. As part of the deal, the parties agreed to a long-term cash incentive plan whereby my client and his employees would be eligible for cash bonuses if they hit certain performance targets; however, the bank allegedly failed to calculate and pay out the bonuses. The bank also terminated my client's employment after he started making too much noise.

My client is looking to substitute counsel, so I was hoping that this was something that you and Chuck (or someone else at your firm) could handle. Please let me know when you get a chance or if you'd like to hop on a call early next week to discuss further.

Thank you, Stacey!

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

| | |
|---|---|
| **Subject:** | Engagement Letter |
| **Date:** | Tuesday, November 25, 2025 at 3:49:11 PM Pacific Standard Time |
| **From:** | Jacquie Emert |
| **To:** | Debbie Dickson, Ryan Nguyen, Rachel Norville |
| **CC:** | Patrick Byrne |
| **Attachments:** | Smith Dickson Engagement Letter 11.20.25.pdf |

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

Please find the engagement letter attached (signed by both Patrick Byrne and Esper Anderson).

Additionally, I have just processed the payment via your website for the retainer in the amount of $10,000.00.

We are compiling the documents and will sending under separate cover.

Should you have any questions, please feel free to contact me directly.

Thank you,

Jacquie Emert
949.735.2089

| | |
|---|---|
| **Subject:** | RE: Byrne v. Ameris - meeting |
| **Date:** | Thursday, November 20, 2025 at 8:06:14 AM Pacific Standard Time |
| **From:** | Jacquie Emert |
| **To:** | Ryan Nguyen, Debbie Dickson |
| **Attachments:** | image001.jpg |

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Sorry for all the last-minute requests. I appreciate your flexibility.

Thank you,

Jacquie

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Thursday, November 20, 2025 8:03 AM
**To:** Jacquie Emert <JacquieEmert@outlook.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** Re: Byrne v. Ameris - meeting

Good morning, Jacquie:

I just sent the link to you and Patrick. We look forward to our call shortly.

Thank you!

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Jacquie Emert <JacquieEmert@outlook.com>
**Date:** Thursday, November 20, 2025 at 7:52 AM

**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>, Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** RE: Byrne v. Ameris - meeting

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Good morning:

Patrick has decided that he would like to join via Zoom as well – please send us the link.

Thank you,

Jacquie

---

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Wednesday, November 19, 2025 12:38 PM
**To:** Jacquie Emert <JacquieEmert@outlook.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** Re: Byrne v. Ameris - meeting

That sounds great, Jacquie, I'll send a calendar invitation now.

Thank you,

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support

**SMITH DICKSON**
CERTIFIED PUBLIC ACCOUNTANTS, LLP

**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Jacquie Emert <JacquieEmert@outlook.com>
**Date:** Wednesday, November 19, 2025 at 12:33 PM
**To:** Debbie Dickson <debbie.dickson@smithdickson.com>, Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Byrne v. Ameris - meeting

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Wonderful – we would like to come to the office for an in-person meeting.

Please send a meeting invite to both me and Patrick.

Thank you,

Jacquie

---

**From:** Debbie Dickson <debbie.dickson@smithdickson.com>
**Sent:** Wednesday, November 19, 2025 12:28 PM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Cc:** Jacquie Emert <JacquieEmert@outlook.com>
**Subject:** Re: Byrne v. Ameris - meeting

I am available at 10:00 tomorrow.

**Deborah Dickson, CPA, CFE, CFF, MAFF**
*Smith Dickson, LLP*, Managing Partner

(P) 949.553.1020 **|** (F) 949.553.0249 **|** (E) debbie.dickson@smithdickson.com
18100 Von Karman Avenue, Suite 420 **|** Irvine, CA 92612
*Since 1982, providing superior accounting, tax, litigation support, and advice to thriving Southern California businesses.*

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.

On Nov 19, 2025, at 12:11 PM, Ryan Nguyen <ryan.nguyen@smithdickson.com> wrote:

Hi, Jacquie:

I'm available at either time tomorrow. Will this be an in-person or Zoom meeting?

Thank you,

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support
<image001[13].jpg>

**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Jacquie Emert <JacquieEmert@outlook.com>
**Date:** Wednesday, November 19, 2025 at 12:02 PM
**To:** Debbie Dickson <debbie.dickson@smithdickson.com>, Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** Byrne v. Ameris - meeting

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

Patrick is looking to schedule a meeting for tomorrow. We are available at either 10am or 2pm.

Please let me know if this is possible.

Thank you,

Jacquie

**Subject:** RE: Byrne v. Ameris - meeting
**Date:** Thursday, November 20, 2025 at 7:52:02 AM Pacific Standard Time
**From:** Jacquie Emert
**To:** Ryan Nguyen, Debbie Dickson
**Attachments:** image001.jpg

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Good morning:

Patrick has decided that he would like to join via Zoom as well – please send us the link.

Thank you,

Jacquie

---

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Sent:** Wednesday, November 19, 2025 12:38 PM
**To:** Jacquie Emert <JacquieEmert@outlook.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** Re: Byrne v. Ameris - meeting

That sounds great, Jacquie, I'll send a calendar invitation now.

Thank you,

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Jacquie Emert <JacquieEmert@outlook.com>
**Date:** Wednesday, November 19, 2025 at 12:33 PM
**To:** Debbie Dickson <debbie.dickson@smithdickson.com>, Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Byrne v. Ameris - meeting

> **External Email:** Use caution before clicking links or opening attachments.

External Sender - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Wonderful – we would like to come to the office for an in-person meeting.

Please send a meeting invite to both me and Patrick.

Thank you,

Jacquie

---

**From:** Debbie Dickson <debbie.dickson@smithdickson.com>
**Sent:** Wednesday, November 19, 2025 12:28 PM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Cc:** Jacquie Emert <JacquieEmert@outlook.com>
**Subject:** Re: Byrne v. Ameris - meeting

I am available at 10:00 tomorrow.

**Deborah Dickson, CPA, CFE, CFF, MAFF**
*Smith Dickson, LLP*, Managing Partner
(P) 949.553.1020 **|** (F) 949.553.0249 **|** (E) debbie.dickson@smithdickson.com
18100 Von Karman Avenue, Suite 420 **|** Irvine, CA 92612
*Since 1982, providing superior accounting, tax, litigation support, and advice to thriving Southern California businesses.*

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client,

accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.

On Nov 19, 2025, at 12:11 PM, Ryan Nguyen <ryan.nguyen@smithdickson.com> wrote:

Hi, Jacquie:

I'm available at either time tomorrow. Will this be an in-person or Zoom meeting?

Thank you,

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support
<image001[13].jpg>

**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*<sup>TM</sup>

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Jacquie Emert <JacquieEmert@outlook.com>
**Date:** Wednesday, November 19, 2025 at 12:02 PM
**To:** Debbie Dickson <debbie.dickson@smithdickson.com>, Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** Byrne v. Ameris - meeting

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

Patrick is looking to schedule a meeting for tomorrow. We are available at either 10am or 2pm.

Please let me know if this is possible.

Thank you,

Jacquie

**Subject:** RE: Byrne v. Ameris - meeting
**Date:** Wednesday, November 19, 2025 at 4:10:46 PM Pacific Standard Time
**From:** Jacquie Emert
**To:** Ryan Nguyen, Debbie Dickson
**Attachments:** image001.jpg

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

I neglected to ask you to invite Esper – she will attend via Zoom. Please revise the invite to include her with the login info.

Let me know if you have any questions.

Thank you!

Jacquie

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>

**Sent:** Wednesday, November 19, 2025 12:38 PM
**To:** Jacquie Emert <JacquieEmert@outlook.com>; Debbie Dickson <debbie.dickson@smithdickson.com>
**Subject:** Re: Byrne v. Ameris - meeting

That sounds great, Jacquie, I'll send a calendar invitation now.

Thank you,

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Jacquie Emert <JacquieEmert@outlook.com>
**Date:** Wednesday, November 19, 2025 at 12:33 PM
**To:** Debbie Dickson <debbie.dickson@smithdickson.com>, Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Byrne v. Ameris - meeting

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Wonderful – we would like to come to the office for an in-person meeting.

Please send a meeting invite to both me and Patrick.

Thank you,

Jacquie

**From:** Debbie Dickson <debbie.dickson@smithdickson.com>
**Sent:** Wednesday, November 19, 2025 12:28 PM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Cc:** Jacquie Emert <JacquieEmert@outlook.com>
**Subject:** Re: Byrne v. Ameris - meeting

I am available at 10:00 tomorrow.

**Deborah Dickson, CPA, CFE, CFF, MAFF**
*Smith Dickson, LLP*, Managing Partner
(P) 949.553.1020 ▌(F) 949.553.0249 ▌(E) debbie.dickson@smithdickson.com
18100 Von Karman Avenue, Suite 420 ▌Irvine, CA 92612
*Since 1982, providing superior accounting, tax, litigation support, and advice to thriving Southern California businesses.*

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

On Nov 19, 2025, at 12:11 PM, Ryan Nguyen <ryan.nguyen@smithdickson.com> wrote:

Hi, Jacquie:

I'm available at either time tomorrow. Will this be an in-person or Zoom meeting?

Thank you,

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support
<image001[13].jpg>

**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

***Experts in accounting. Experts on the stand.***™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Jacquie Emert <JacquieEmert@outlook.com>
**Date:** Wednesday, November 19, 2025 at 12:02 PM
**To:** Debbie Dickson <debbie.dickson@smithdickson.com>, Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** Byrne v. Ameris **-** meeting

| **External Email:** Use caution before clicking links or opening attachments. |
| --- |

External Sender - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

Patrick is looking to schedule a meeting for tomorrow. We are available at either 10am or 2pm.

Please let me know if this is possible.

Thank you,

Jacquie

**Subject:** RE: Byrne v. Ameris **-** meeting
**Date:**    Wednesday, November 19, 2025 at 12:33:07 PM Pacific Standard Time
**From:**    Jacquie Emert
**To:**    Debbie Dickson, Ryan Nguyen

| **External Email:** Use caution before clicking links or opening attachments. |
| --- |

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Wonderful – we would like to come to the office for an in-person meeting.

Please send a meeting invite to both me and Patrick.

Thank you,

Jacquie

**From:** Debbie Dickson <debbie.dickson@smithdickson.com>
**Sent:** Wednesday, November 19, 2025 12:28 PM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Cc:** Jacquie Emert <JacquieEmert@outlook.com>
**Subject:** Re: Byrne v. Ameris - meeting

I am available at 10:00 tomorrow.

**Deborah Dickson, CPA, CFE, CFF, MAFF**
***Smith Dickson, LLP***, Managing Partner
(P) 949.553.1020 **|** (F) 949.553.0249 **|** (E) debbie.dickson@smithdickson.com
18100 Von Karman Avenue, Suite 420 **|** Irvine, CA  92612

*Since 1982, providing superior accounting, tax, litigation support, and advice to thriving Southern California businesses.*

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

On Nov 19, 2025, at 12:11 PM, Ryan Nguyen <ryan.nguyen@smithdickson.com> wrote:

Hi, Jacquie:

I'm available at either time tomorrow. Will this be an in-person or Zoom meeting?

Thank you,

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support
<image001[13].jpg>

**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Jacquie Emert <JacquieEmert@outlook.com>
**Date:** Wednesday, November 19, 2025 at 12:02 PM
**To:** Debbie Dickson <debbie.dickson@smithdickson.com>, Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** Byrne v. Ameris - meeting

<table><tr><td>**External Email:** Use caution before clicking links or opening attachments.</td></tr></table>

External Sender - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

Patrick is looking to schedule a meeting for tomorrow. We are available at either 10am or 2pm.

Please let me know if this is possible.

Thank you,

Jacquie

**Subject:** Re: Byrne v. Ameris - meeting
**Date:** Wednesday, November 19, 2025 at 12:27:37 PM Pacific Standard Time
**From:** Debbie Dickson
**To:** Ryan Nguyen
**CC:** Jacquie Emert
**Attachments:** image001[13].jpg

I am available at 10:00 tomorrow.

**Deborah Dickson, CPA, CFE, CFF, MAFF**
*Smith Dickson, LLP*, Managing Partner
(P) 949.553.1020 | (F) 949.553.0249 | (E) debbie.dickson@smithdickson.com
18100 Von Karman Avenue, Suite 420 | Irvine, CA 92612
*Since 1982, providing superior accounting, tax, litigation support, and advice to thriving Southern California businesses.*

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is

strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.

On Nov 19, 2025, at 12:11 PM, Ryan Nguyen <ryan.nguyen@smithdickson.com> wrote:

Hi, Jacquie:

I'm available at either time tomorrow. Will this be an in-person or Zoom meeting?

Thank you,

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support
<image001[13].jpg>
**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Jacquie Emert <JacquieEmert@outlook.com>
**Date:** Wednesday, November 19, 2025 at 12:02 PM
**To:** Debbie Dickson <debbie.dickson@smithdickson.com>, Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** Byrne v. Ameris - meeting

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

Patrick is looking to schedule a meeting for tomorrow. We are available at either 10am or 2pm.

Please let me know if this is possible.

Thank you,

Jacquie

**Subject:** Byrne v. Ameris - meeting
**Date:** Wednesday, November 19, 2025 at 12:02:48 PM Pacific Standard Time
**From:** Jacquie Emert
**To:** Debbie Dickson, Ryan Nguyen

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

Patrick is looking to schedule a meeting for tomorrow. We are available at either 10am or 2pm.

Please let me know if this is possible.

Thank you,

Jacquie

**Subject:** RE: Byrne v. Ameris
**Date:** Wednesday, November 12, 2025 at 8:45:13 AM Pacific Standard Time
**From:** Jacquie Emert
**To:** Debbie Dickson
**CC:** Ryan Nguyen
**Attachments:** image001.jpg

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

Please reschedule the meeting for Wednesday 11/19/25 at 1:00pm.

Would you be able to refer us to:

- A class action attorney for an employment case, preferably in Orange County
- Marketing firm that specializes in putting together slides and presentations for depositions and trials
- PR firm that specializes in press releases for cases

Any assistance would be greatly appreciated.

Thank you,

Jacquie

**From:** Debbie Dickson <debbie.dickson@smithdickson.com>
**Sent:** Tuesday, November 11, 2025 2:08 PM
**To:** Jacquie Emert <JacquieEmert@outlook.com>
**Cc:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Byrne v. Ameris

Thanks for letting us know about today's meeting reschedule, Jacquie.

Are you available next week at any of these times:

    Tuesday, November 18        10:00

    Wednesday, November 10        11:30 or 1:00

**Deborah Dickson, CPA, CFE, CFF, MAFF**
**Managing Partner**



**(P)** 949.553.1020 **| (F)** 949.553.0249
**(E)** debbie.dickson@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, CA  92612

*Since 1982, providing superior accounting, tax, litigation support, and advice to thriving Southern California businesses.*

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.

-----Original Appointment-----
**From:** Jacquie Emert <JacquieEmert@outlook.com>
**Sent:** Tuesday, November 11, 2025 1:20 PM
**To:** Debbie Dickson
**Subject:** Declined: Byrne v. Ameris
**When:** Tuesday, November 11, 2025 2:30 PM-3:30 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** https://us02web.zoom.us/j/84414261274?pwd=JT2tM6Djn12GDOVTxrpzK5TacPD6rV.1

**External Email:** Use caution before clicking links or opening attachments.

Debbie:

So sorry – we are up against a deadline and will not be able to meet today. We would like to reschedule for next week – Tuesday or Wednesday are best for us.

Thank you,

Jacquie

**Subject:** Byrne v. Ameris Bank - Engagement Letter & Retainer Invoice
**Date:** Tuesday, November 11, 2025 at 3:19:43 PM Pacific Standard Time
**From:** Karen Reed
**To:** Esperanza@EsperanzaAnderson.com
**CC:** Debbie Dickson, Ryan Nguyen, JacquieEmert@outlook.com, Pateb17@outlook.com
**Attachments:** image001.jpg, 2025.11.10 Eng. Letter - Byrne v. Ameris Bank.pdf, 2025.11.10 Retainer Invoice - Byrne v. Ameris Bank.pdf

Dear Ms. Anderson:
Please find attached our engagement letter and retainer invoice for the above-referenced matter for your review and approval.  If you agree with what is presented, please sign this letter and also obtain the signature of your client and return the signed engagement letter via email at your earliest convenience.
The client's $10,000 retainer payment (which will be held until the final billing in this matter) may be mailed to our office at the address below or paid online via ACH (no fee) or credit card (2.8% convenience fee) using this link: SD Payment Link.  If you require any additional information, please feel free to contact us.
We are looking forward to working with you on this matter.
Best Regards,



Karen Reed, CPA
Senior Manager / Chief Financial Officer
(P) 949.553.1020  |  (F) 949.553.0249   | (E) karen.reed@smithdickson.com
18100 Von Karman Avenue, Suite 420 | Irvine, CA  92612

*PRIVILEGED AND CONFIDENTIAL*
*This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.*

**Subject:** RE: Byrne v. Ameris
**Date:** Tuesday, November 11, 2025 at 2:09:35 PM Pacific Standard Time
**From:** Jacquie Emert
**To:** Debbie Dickson
**CC:** Ryan Nguyen
**Attachments:** image001.jpg

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Debbie:

I will check with Patrick and let you know as soon as I can. I appreciate your flexibility.

Thank you,

Jacquie

**From:** Debbie Dickson <debbie.dickson@smithdickson.com>
**Sent:** Tuesday, November 11, 2025 2:08 PM
**To:** Jacquie Emert <JacquieEmert@outlook.com>
**Cc:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** RE: Byrne v. Ameris

Thanks for letting us know about today's meeting reschedule, Jacquie.

Are you available next week at any of these times:

Tuesday, November 18         10:00

Wednesday, November 10      11:30 or 1:00

**Deborah Dickson, CPA, CFE, CFF, MAFF**
**Managing Partner**



**(P)** 949.553.1020  **| (F)** 949.553.0249
**(E)** debbie.dickson@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, CA  92612

*Since 1982, providing superior accounting, tax, litigation support, and advice to thriving Southern California businesses.*

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.

-----Original Appointment-----
**From:** Jacquie Emert <JacquieEmert@outlook.com>
**Sent:** Tuesday, November 11, 2025 1:20 PM
**To:** Debbie Dickson
**Subject:** Declined: Byrne v. Ameris
**When:** Tuesday, November 11, 2025 2:30 PM-3:30 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** https://us02web.zoom.us/j/84414261274?pwd=JT2tM6Djn12GDOVTxrpzK5TacPD6rV.1

> **External Email:** Use caution before clicking links or opening attachments.

Debbie:

So sorry – we are up against a deadline and will not be able to meet today. We would like to reschedule for next week – Tuesday or Wednesday are best for us.

Thank you,

Jacquie

| | |
|---|---|
| **Subject:** | RE: Byrne v. Ameris |
| **Date:** | Tuesday, November 11, 2025 at 2:08:19 PM Pacific Standard Time |
| **From:** | Debbie Dickson |
| **To:** | Jacquie Emert |
| **CC:** | Ryan Nguyen |
| **Attachments:** | image001.jpg |

Thanks for letting us know about today's meeting reschedule, Jacquie.

Are you available next week at any of these times:

Tuesday, November 18          10:00

Wednesday, November 10      11:30 or 1:00

**Deborah Dickson, CPA, CFE, CFF, MAFF**
**Managing Partner**



**(P)** 949.553.1020  **| (F)** 949.553.0249
**(E)** debbie.dickson@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, CA  92612

*Since 1982, providing superior accounting, tax, litigation support, and advice to thriving Southern California businesses.*

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.

-----Original Appointment-----
**From:** Jacquie Emert <JacquieEmert@outlook.com>
**Sent:** Tuesday, November 11, 2025 1:20 PM

**To:** Debbie Dickson
**Subject:** Declined: Byrne v. Ameris
**When:** Tuesday, November 11, 2025 2:30 PM-3:30 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** https://us02web.zoom.us/j/84414261274?pwd=JT2tM6Djn12GDOVTxrpzK5TacPD6rV.1

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Debbie:

So sorry – we are up against a deadline and will not be able to meet today. We would like to reschedule for next week – Tuesday or Wednesday are best for us.

Thank you,

Jacquie

| | |
|---|---|
| **Subject:** | Re: Byrne v. Ameris Bank - ShareFile link |
| **Date:** | Monday, November 10, 2025 at 3:58:27 PM Pacific Standard Time |
| **From:** | Esperanza Anderson |
| **To:** | Ryan Nguyen |
| **Attachments:** | image001[68].jpg, image001.png |

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Esperanza Anderson <esperanza@esperanzaanderson.com>)
This message came from outside your organization.

Hi - I just got on a call. Can we push our call back to 4:30?

E S P E R A N Z A
A N D E R S O N

1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627
www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.

**From:** Esperanza Anderson <esperanza@esperanzaanderson.com>
**Date:** Monday, November 10, 2025 at 3:54 PM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** Re: Byrne v. Ameris Bank - ShareFile link

OK. Please call my cell phone (626) 788-7627

E S P E R A N Z A
A N D E R S O N

1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627
www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Date:** Monday, November 10, 2025 at 3:09 PM
**To:** Esperanza Anderson <esperanza@esperanzaanderson.com>
**Subject:** Re: Byrne v. Ameris Bank - ShareFile link

Hi, Esperanza:

Yes, of course. Let me try to call you at 4:00 pm.

Thank you,

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Esperanza Anderson <esperanza@esperanzaanderson.com>
**Date:** Monday, November 10, 2025 at 11:15 AM
**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** Re: Byrne v. Ameris Bank - ShareFile link

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: (Esperanza Anderson <esperanza@esperanzaanderson.com>)
This message came from outside your organization.

Good morning Ryan - do you have time for a quick call today? I am preparing the documents for upload.

E S P E R A N Z A
A N D E R S O N

1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627
www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Date:** Friday, November 7, 2025 at 5:43 PM
**To:** Esperanza Anderson <esperanza@esperanzaanderson.com>
**Cc:** pateb17@outlook.com <pateb17@outlook.com>, jacquieemert@outlook.com <jacquieemert@outlook.com>
**Subject:** Byrne v. Ameris Bank - ShareFile link

Ms. Anderson;

It was a pleasure meeting you on the call today. Per our conversation, please use the following link to share any documents with us: ShareFile link

Thank you,

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**Subject:**    Re: Byrne v. Ameris Bank - ShareFile link
**Date:**       Monday, November 10, 2025 at 3:54:59 PM Pacific Standard Time
**From:**       Esperanza Anderson
**To:**         Ryan Nguyen
**Attachments:** image001[68].jpg, image001.png

**External Email:** Use caution before clicking links or opening attachments.

**External Sender -** From: (Esperanza Anderson <esperanza@esperanzaanderson.com>)
This message came from outside your organization.

OK. Please call my cell phone (626) 788-7627

E S P E R A N Z A
A N D E R S O N

1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627
www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.

---

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Date:** Monday, November 10, 2025 at 3:09 PM
**To:** Esperanza Anderson <esperanza@esperanzaanderson.com>
**Subject:** Re: Byrne v. Ameris Bank - ShareFile link

Hi, Esperanza:

Yes, of course. Let me try to call you at 4:00 pm.

Thank you,

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**From:** Esperanza Anderson <esperanza@esperanzaanderson.com>
**Date:** Monday, November 10, 2025 at 11:15 AM

**To:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** Re: Byrne v. Ameris Bank - ShareFile link

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: (Esperanza Anderson <esperanza@esperanzaanderson.com>)
This message came from outside your organization.

Good morning Ryan - do you have time for a quick call today? I am preparing the documents for upload.



1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627
www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Date:** Friday, November 7, 2025 at 5:43 PM
**To:** Esperanza Anderson <esperanza@esperanzaanderson.com>
**Cc:** pateb17@outlook.com <pateb17@outlook.com>, jacquieemert@outlook.com <jacquieemert@outlook.com>
**Subject:** Byrne v. Ameris Bank - ShareFile link

Ms. Anderson;

It was a pleasure meeting you on the call today. Per our conversation, please use the following link to share any documents with us: ShareFile link

Thank you,

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support

**SMITH DICKSON**
CERTIFIED PUBLIC ACCOUNTANTS, LLP

**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

**Subject:**    Re: Byrne v. Ameris Bank - ShareFile link
**Date:**    Monday, November 10, 2025 at 11:15:59 AM Pacific Standard Time
**From:**    Esperanza Anderson
**To:**    Ryan Nguyen
**Attachments:** image001[68].jpg, image001.png

**External Email:** Use caution before clicking links or opening attachments.

External Sender - From: (Esperanza Anderson <esperanza@esperanzaanderson.com>)
This message came from outside your organization.

Good morning Ryan - do you have time for a quick call today? I am preparing the documents for upload.



1037 N Allen Avenue, Pasadena, California 91104 | T (626) 219-6773 | F (626) 389-8911 | C (626) 788-7627
www.esperanzaanderson.com

The information contained in this e-mail (including attachments) is only for the personal and confidential use of the sender and recipient named above. If the reader is not the intended recipient, you have received this message in error. Please notify the sender immediately by e-mail and delete or destroy the original message and all copies.

**From:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Date:** Friday, November 7, 2025 at 5:43 PM
**To:** Esperanza Anderson <esperanza@esperanzaanderson.com>
**Cc:** pateb17@outlook.com <pateb17@outlook.com>, jacquieemert@outlook.com <jacquieemert@outlook.com>
**Subject:** Byrne v. Ameris Bank - ShareFile link

Ms. Anderson;

It was a pleasure meeting you on the call today. Per our conversation, please use the following link to share any documents with us: ShareFile link

Thank you,

**Ryan Nguyen, CPA, CFE**
Partner, Forensics & Litigation Support



**(P)** 949.553.1020
**(E)** ryan.nguyen@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, California 92612

*Experts in accounting. Experts on the stand.*™

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address.

| | |
|---|---|
| **Subject:** | Meeting with Patrick Byrne |
| **Date:** | Wednesday, November 5, 2025 at 10:50:02 AM Pacific Standard Time |
| **From:** | Jacquie Emert |
| **To:** | Debbie Dickson |
| **CC:** | Ryan Nguyen |
| **Attachments:** | image001.jpg |

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Hello:

Patrick is looking forward to meeting with you. He is available from 11:00am – 5:00pm (longer if necessary) on Friday 11/7/25.

I believe Patrick would like to include his attorney, Esperanza Anderson, in the meeting as well. Their emails are below:

Pateb17@Outlook.com
Esperanza@EsperanzaAnderson.com

Approximately how long do you anticipate the meeting to last? Is there anything else you need us to provide prior to the meeting? Will you be sending an agenda or list of questions?

Thank you,

Jacquie Emert

949.735.2089

**From:** Debbie Dickson <debbie.dickson@smithdickson.com>
**Sent:** Tuesday, November 4, 2025 5:22 PM
**To:** jacquieemert@outlook.com
**Cc:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** Balboa Capital Matter

Hello Ms. Emert,

Thank you for the phone call today.  We are interested in speaking further with Mr. Byrne about the Balboa Capital matter.  Below is a secure link to upload the complaint and any other preliminary information you believe would be helpful.

https://smithdickson.sharefile.com/r-r8b2acae7851141efabdc417fef7b2c1a

Let us know when the two of you are available to connect.

Best regards,

**Deborah Dickson, CPA, CFE, CFF, MAFF**
**Managing Partner**



**(P)** 949.553.1020 **| (F)** 949.553.0249
**(E)** debbie.dickson@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, CA  92612

*Since 1982, providing superior accounting, tax, litigation support, and advice to thriving Southern California businesses.*

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.

| | |
|---|---|
| **Subject:** | RE: Balboa Capital Matter |
| **Date:** | Tuesday, November 4, 2025 at 5:53:13 PM Pacific Standard Time |
| **From:** | Jacquie Emert |
| **To:** | Debbie Dickson |
| **CC:** | Ryan Nguyen |
| **Attachments:** | image001.jpg |

**External Email:** Use caution before clicking links or opening attachments.

**External Sender** - From: (Jacquie Emert <JacquieEmert@outlook.com>)
This message came from outside your organization.

Good evening:

I have uploaded the complaint. I will speak with Patrick tomorrow morning to determine if there are other documents he recommends I provide to you. As previously mentioned, he is in Atlanta through Thursday attending the depositions. I will confirm his availability to meet on Friday afternoon and get back to you just as soon as possible.

To clarify – Patrick owned Balboa Capital which was acquired by Ameris Bank. You will see that the suit is against Ameris Bank not Balboa Capital. Not sure if that matters, but I thought I would point it out.

Thank you,

Jacquie Emert
949.735.2089

**From:** Debbie Dickson <debbie.dickson@smithdickson.com>
**Sent:** Tuesday, November 4, 2025 5:22 PM
**To:** jacquieemert@outlook.com
**Cc:** Ryan Nguyen <ryan.nguyen@smithdickson.com>
**Subject:** Balboa Capital Matter

Hello Ms. Emert,

Thank you for the phone call today.  We are interested in speaking further with Mr. Byrne about the Balboa Capital matter.  Below is a secure link to upload the complaint and any other preliminary information you believe would be helpful.

https://smithdickson.sharefile.com/r-r8b2acae7851141efabdc417fef7b2c1a

Let us know when the two of you are available to connect.

Best regards,

**Deborah Dickson, CPA, CFE, CFF, MAFF**
**Managing Partner**



**(P)** 949.553.1020  | **(F)** 949.553.0249
**(E)** debbie.dickson@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, CA  92612

*Since 1982, providing superior accounting, tax, litigation support, and advice to thriving Southern California businesses.*

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.

| | |
|---|---|
| **Subject:** | Balboa Capital Matter |
| **Date:** | Tuesday, November 4, 2025 at 5:22:10 PM Pacific Standard Time |
| **From:** | Debbie Dickson |
| **To:** | jacquieemert@outlook.com |
| **CC:** | Ryan Nguyen |
| **Attachments:** | image001.jpg |

Hello Ms. Emert,

Thank you for the phone call today.  We are interested in speaking further with Mr. Byrne about the Balboa Capital matter.  Below is a secure link to upload the complaint and any other preliminary information you believe would be helpful.

https://smithdickson.sharefile.com/r-r8b2acae7851141efabdc417fef7b2c1a

Let us know when the two of you are available to connect.

Best regards,

**Deborah Dickson, CPA, CFE, CFF, MAFF**
**Managing Partner**



**(P)** 949.553.1020  | **(F)** 949.553.0249
**(E)** debbie.dickson@smithdickson.com
18100 Von Karman Avenue, Suite 420
Irvine, CA  92612

*Since 1982, providing superior accounting, tax, litigation support, and advice to thriving Southern California businesses.*

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.