# EXHIBIT C

4897-3476-8496, v. 1

## Abby Burke

| | |
|---|---|
| **From:** | Villagomez, Stacey <svillagomez@allenmatkins.com> |
| **Sent:** | Wednesday, January 7, 2026 10:51 AM |
| **To:** | Zachary Brower; Sessions, Matthew; Larsen, Madison; Armienta, Sylvia; Hicks, Kimberly |
| **Cc:** | Nana Yee; Stacy Fode; Clara Castaneda; Kirsten Grossman |
| **Subject:** | RE: Byrne/Ameris - Expert Depositions |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**EXTERNAL MESSAGE**

Zac:

Thanks for coordinating the expert deposition schedule. With respect to Plaintiff's experts:

- Debbie Dickson is available at any time on January 15, via Zoom.  Because Ms. Dickson is a rebuttal expert, we expect her deposition to proceed after the deposition of Ms. Sebold.
- Dr. Reading is available only at 12:00 p.m. PT on January 16, via Zoom.

As we discussed yesterday, we note that Ameris has offered only two-hour time blocks for its expert depositions.  Plaintiff does not presently anticipate needing additional time beyond those two-hour windows.  However, Plaintiff expressly reserves all rights to use the full time permitted under the Federal Rules of Civil Procedure, including Rule 30(d)(1).  Given Ameris's position on limiting its experts to two-hour depositions, we expect the same limitation to apply when scheduling Plaintiff's expert depositions.

Please let us know whether these times work.  We will agree to produce our experts' files two business days before each deposition.

Thanks,
Stacey

**Stacey A. Villagomez**
Senior Counsel | Allen Matkins
Direct (213) 955-5637
svillagomez@allenmatkins.com

---

**From:** Zachary Brower <zbrower@nfclegal.com>
**Sent:** Tuesday, January 6, 2026 9:37 AM
**To:** Sessions, Matthew <msessions@allenmatkins.com>; Villagomez, Stacey <svillagomez@allenmatkins.com>; Larsen, Madison <mlarsen@allenmatkins.com>; Armienta, Sylvia <sarmienta@allenmatkins.com>; Hicks, Kimberly <khicks@allenmatkins.com>
**Cc:** Nana Yee <nyee@nfclegal.com>; Stacy Fode <SFode@nfclegal.com>; Clara Castaneda <CCastaneda@nfclegal.com>; Kirsten Grossman <kgrossman@nfclegal.com>
**Subject:** Byrne/Ameris - Expert Depositions

CAUTION: External Email

Dear Matthew and Stacey,

1

As I believe you are aware, expert discovery cut-off in this case is January 16. Before you substituted into the case, our office was coordinating available virtual deposition dates for plaintiffs' expert witnesses with Espie, and we write to renew our request for dates plaintiffs' experts are available for deposition.

Additionally, Dr. Lechuga is available virtually on Tuesday, January 13 from 1-3PT, and Thursday, January 15 from 12-2PT, and MaryEllen Sebold is available virtually on Thursday, January 15 at 10-12pm PT or 1-3pm PT, and Friday, January 16 at 10-12pm PT or 1-3pm PT. Since your experts will go first, we will need a few dates/times for plaintiffs' experts *before* the aforementioned defense experts' deposition dates.

To expedite the depositions, we ask that you stipulate that each expert will produce their file 2 business days in advance of their deposition.

As time is of the essence and we need experts to hold dates on their busy calendars, we would appreciate your response with your experts' availability and confirmation of which day/time works per the above availability for defense expert depositions by tomorrow, January 7 by noon (and are available to discuss on this afternoon's meet and confer call).

Thanks,
Zac

**Zachary Brower, Esq** | Associate

Office 973.665.9100 | Direct 973.507.7661 | Fax 973.665.9101
**zbrower@nfclegal.com** | **nfclegal.com**
Bar admissions: NJ, NY



**Employment Law Solutions That Work.**

**WBENC Certified and
a Proud Member of NAMWOLF**

This e-mail message is intended solely for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product.  If you are not an intended recipient, you are hereby notified that you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.