Stacy L. Fode (SBN 199883)
sfode@nfclegal.com
Nana J. Yee (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C**.
550 West C. Street, Suite 910
San Diego, California 92101
Telephone: 619.292.0515
Facsimile:  619.566.4741

*Attorneys for Defendant*
AMERIS BANK

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>    Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**DECLARATION OF STACY L. FODE IN SUPPORT OF DEFENDANT AMERIS BANK'S OPPOSITION TO PLAINTIFF PATRICK BYRNE'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE DEFENDANT AMERIS BANK'S EVIDENCE SUPPORTING THE DISCRETIONARY NATURE OF WAGES**<br>Judge: Hon. Michelle Williams Court<br>Date:   May 22, 2026<br>Time:  1:30 p.m.<br>Place:  Courtroom: 6A<br><br>Discovery Cut-Off: November 28, 2025<br>Pretrial Conference: May 22, 2026<br>Trial Date: June 1, 2026 |

*Patrick Byrne v. Ameris Bank*                                                  Case No. 8:24-01989
Declaration of Stacy L. Fode in Support of Defendant Ameris Bank's Opposition to
Plaintiff Patrick Byrne's Motion In Limine No. 3 to Exclude Defendant Ameris Bank's
Evidence Supporting the Discretionary Nature of Wages

I, Stacy Fode, declare as follows:

1.     I am an attorney licensed to practice law in the State of California and in the above-entitled Court.  I am a Partner at Nukk-Freeman & Cerra, P.C., attorneys of record for Defendant AMERIS BANK, a Georgia Corporation (hereinafter "Ameris" or "Defendant").

2.     I make this declaration in support of Ameris's Opposition to Plaintiff Patrick Byrne's Motion In Limine No. 3 to Exclude Defendant Ameris Bank's Evidence Supporting the Discretionary Nature of Wages I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

3.     Byrne filed this lawsuit on September 16, 2024, alleging claims for: (1) Wrongful Termination in Violation of Public Policy; (2) Retaliation in Violation of Labor Code section 1102.5; (3) Failure to Pay All Wages Due at Termination; and (4) Violation of Business & Professions Code section 17200. (Dkt. 1).

4.     On February 12, 2026, this Court granted in part and denied in part Ameris's MSJ. (Dkt. 122).

5.     In pertinent part, the Court denied Ameris' argument in its MSJ that LTIP payments were not "wages" for purposes of Byrne's Labor Code claims. (*Id.*, p. 13-14).

6.     In doing so, the Court concluded, "Under *Schachter* and *Neisendorf*, the LTIP Cash Award is properly considered incentive compensation that, *if* Plaintiff satisfied the conditions precedent to receiving the LTIP cash award, needed to be paid upon termination." (*Id.*, p. 14 (citing *Schachter v. Citigroup, Inc.*, 47 Cal. 4th 610, 621 (2009) (emphasis added)).

7.     Byrne filed MIL No. 3 on April 17, 2026, the Court-ordered deadline for motions *in limine*. (Dkts. 22, 141).

8.     The filing, however, did not include a required notice of motion. (Dkt. 141, *passim*).

---

9.      On April 20, 2026, Byrne's counsel sent an emailed Ameris' counsel acknowledging the omission and stating that Byrne would be "filing Notice of Errata regarding the Motions in Limine filed on April 17, 2026." Attached hereto as **Exhibit A** is the April 20, 2026 email from Stacey Villagomez, Esq.

10.     That same day – three days after the deadline - Byrne filed a Notice of Errata attaching the previously omitted notices of motion for MIL Nos. 1-3. (Dkt. 146). Byrne did not seek leave of court to file out of time.

11.     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 1st day of May, 2026, in San Diego, California.


By:     */s/Stacy L. Fode*
────────────────────────────
        Stacy L. Fode, Esq.