# EXHIBIT A

| | |
|---|---|
| **From:** | Villagomez, Stacey |
| **To:** | Stacy Fode; Clara Castaneda; Abby Burke; Zachary Brower; Nana Yee |
| **Cc:** | Sessions, Matthew; Victor, Jordan; Gates, Michael; Armienta, Sylvia; Hicks, Kimberly; Wood, Andrew |
| **Subject:** | Byrne - Notice of Errata re: Notices of Motion |
| **Date:** | Monday, April 20, 2026 5:00:02 PM |

**EXTERNAL MESSAGE**

Counsel,

We wanted to flag that Plaintiff is filing a Notice of Errata regarding the Motions in Limine filed on April 17, 2026. The motions were inadvertently filed without corresponding Notices of Motion. Nothing else is changing with respect to Friday's filings, nor are we re-filing the memoranda of points and authorities or any supporting documents.  Accordingly, the errata attaches the three Notices of Motion for those filings.

While the Memoranda of Points and Authorities reflected the correct hearing information, consistent with the Civil Trial Order, we are submitting the errata out of an abundance of caution.

Please let me know if you have any questions.

Thanks,
Stacey

**Stacey A. Villagomez** | Senior Counsel
Allen Matkins Leck Gamble Mallory & Natsis LLP
2010 Main Street, 8th Floor, Irvine, CA 92614-7214
Direct (213) 955-5637 | Main (949) 553-1313
svillagomez@allenmatkins.com | Bio

# Allen Matkins

---

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.