MATTHEW T. SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
          svillagomez@allenmatkins.com
          mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>        Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge Michelle Williams Court<br><br>**DECLARATION OF STACEY A. VILLAGOMEZ  IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 1**<br><br>Date:   May 22, 2026<br>Time:   1:30 p.m.<br>Ctrm:   6A<br><br>Disc. Cutoff:  November 28, 2025<br>Trial Date:        June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4921-2428-9680.2

Case No.  8:24-cv-01989-MWC-JDE
DECLARATION OF STACEY VILLAGOMEZ
IN SUPPORT OF OPPOSITION

## DECLARATION OF STACEY A. VILLAGOMEZ

I, Stacey A. Villagomez, declare as follows:

1.      I am an attorney at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP,  counsel of record for Plaintiff Patrick Byrne in the above-captioned action.  I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I am making this declaration in support of Plaintiff's Opposition to Defendant's Motion in Limine No. 1.

2.      On or about December 5, 2025, Defendant served Plaintiff with a copy of its retained expert, Maryellen Sebold's, expert report. A true and correct copy of this report is attached hereto as **Exhibit 1**.

3.      On or about January 2, 2026, Plaintiff served Defendant with a copy of Plaintiff's retained forensic accounting expert, Deborah Dickson's report. A true and correct copy of this report is attached hereto as **Exhibit 2**.

4.      On or about January 13, 2026, Plaintiff produced Ms. Dickson's expert file, complying under Rule 26.

5.      The parties stipulated that their respective experts would produce their file two business days in advance of their deposition, or for Ms. Dickson, by January 13, 2026.  Ms. Dickson's expert file was timely produced on this date. Ms. Dickson's expert file contained the documents Ms. Dickson relied upon in preparing her report, plus additional calculations that supplemented her report. Thus, Defendant's counsel had all of Ms. Dickson's calculations two full days before Ms. Dickson's deposition.

6.      On or about January 15, 2026, Ms. Dickson sat for deposition in this matter.

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4921-2428-9680.2                                          -2-

Case No.  8:24-cv-01989-MWC-JDE
DECLARATION OF STACEY VILLAGOMEZ
IN SUPPORT OF OPPOSITION

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 1, 2026, at Irvine, California.

_____
STACEY A. VILLAGOMEZ

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4921-2428-9680.2                                          -3-

Case No.  8:24-cv-01989-MWC-JDE
DECLARATION OF STACEY VILLAGOMEZ
IN SUPPORT OF OPPOSITION