MATTHEW T. SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
          svillagomez@allenmatkins.com
          mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No.  8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge Michelle Williams Court<br><br>**DECLARATION OF MATTHEW T. SESSIONS  IN SUPPORT OF PLAINTIFF PATRICK BYRNE'S OPPOSITION TO DEFENDANT AMERIS BANK'S MOTION IN LIMINE NO. 3 TO EXCLUDE DOCUMENTS AND INFORMATION NOT DISCLOSED OR PRODUCED BEFORE THE CLOSE OF FACT DISCOVERY**<br><br>Date:  May 22, 2026<br>Time:  1:30 p.m.<br>Ctrm:  6A<br><br>Disc. Cutoff:          November 28, 2025<br>Pretrial Conference:  May 22, 2026<br>Trial Date:              June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4915-1457-6036.1

## <u>DECLARATION OF MATTHEW T. SESSIONS</u>

I, Matthew T. Sessions, declare as follows:

1.      I am an attorney at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel of record for Plaintiff Patrick Byrne ("Byrne") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I am making this declaration in support of Byrne's Opposition to Defendant Ameris Bank's ("Ameris") Motion in Limine No. 3.

2.      My firm was retained to represent Byrne in this action in late December 2025.

3.      Based on my review of the records in this case, Byrne served initial disclosures on March 17, 2025, and amended disclosures on June 20, 2025. Byrne also produced documents on a rolling basis during discovery, including productions on June 20, 2025 and September 19, 2025.  Byrne also made a document production on December 1, 2025, and had served supplemental interrogatory responses on that same date.

4.      After my firm appeared in the case, Ameris did not raise any issue with my firm regarding the timing of Byrne's December 1, 2025 production, or request any additional discovery based on that production. The parties proceeded with expert discovery. Ameris served its expert report on December 5, 2025, Byrne served his expert report on January 2, 2026, and the parties conducted expert depositions.  During this period, Ameris did not move to compel further production, seek supplementation, request to reopen discovery, or otherwise seek relief from the Court based on Byrne's December 1, 2025 production.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4915-1457-6036.1                                                    - 2 -

Case No.   8:24-cv-01989-MWC-JDE
DECLARATION OF MATTHEW T. SESSIONS
IN SUPPORT OF OPPOSITION TO
DEFENDANT AMERIS BANK'S MOTION IN
LIMINE NO. 3

5.     Based on my involvement in the case since late December 2025, Ameris has had a full opportunity to review and make use of the materials produced on December 1, 2025 in connection with expert discovery, motion practice, and trial preparation without delay and without affecting the June 1, 2026 trial date.

6.     A true and correct copy of excerpts from the deposition of second volume of Patrick Byrne's is attached as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 1, 2026, at Irvine, California.

_____
MATTHEW T. SESSIONS

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4915-1457-6036.1

- 3 -

Case No.   8:24-cv-01989-MWC-JDE
DECLARATION OF MATTHEW T. SESSIONS
IN SUPPORT OF OPPOSITION TO
DEFENDANT AMERIS BANK'S MOTION IN
LIMINE NO. 3