Transcript of the Testimony of:

# PATRICK EUGENE BYRNE

BYRNE

vs.

AMERIS BANK

October 27, 2025

Volume II



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

PATRICK BYRNE, an Individual,)
                             )
          Plaintiff,         ) No. 8:24-cv-01989-MWC
                             )      (JDEx)
     Vs.                     )
                             )
AMERIS BANK, a Georgia       )
corporation,                 )
                             )
          Defendant.         )
_____)

VIDEO-RECORDED DEPOSITION OF

PATRICK EUGENE BYRNE

Volume II

Monday, October 27, 2025

Irvine, California

REPORTED BY:  Amy E. Saylor, CSR No. 11560

Patrick Eugene Byrne                                        October 27, 2025

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

PATRICK BYRNE, an Individual,)
                             )
          Plaintiff,         ) No. 8:24-cv-01989-MWC
                             )     (JDEx)
     Vs.                     )
                             )
AMERIS BANK, a Georgia       )
corporation,                 )
                             )
          Defendant.         )
_____)

Video-recorded deposition of

PATRICK EUGENE BYRNE, Volume II, taken

on behalf of the Defendants, commencing

at the hour of 10:03 a.m., on Monday,

October 27, 2025, before Amy E. Saylor,

CSR No. 11560, pursuant to Notice of

Taking Deposition.

Patrick Eugene Byrne                                        October 27, 2025

APPEARANCES OF COUNSEL:


For Plaintiff:

        LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
        BY:   ESPERANZA CERVANTES ANDERSON, ESQ.
        1037 North Allen Avenue
        Pasadena, California 91104
        (626) 219-6773
        esperanza@esperanzaanderson.com


For Defendant:

        NUKK-FREEMAN & CERRA, P.C.
        BY:  STACY L. FODE, ESQ.
                 - AND -
           NANA YEE, ESQ.
        550 West C Street, Suite 910
        San Diego, CA 92101
        (619) 292-0515
        sfode@nfclegal.com
        nyee@nfclegal.com


ALSO PRESENT:   RONNIE CESTARI, Videographer

Patrick Eugene Byrne                                      October 27, 2025

I N D E X

WITNESS                          EXAMINATION                    PAGE

PATRICK EUGENE BYRNE             BY MS. FODE                    113


                (Exhibits 23-46 marked confidential
                  and bound under separate cover)


                    EXHIBITS FOR IDENTIFICATION


Exhibit 21       Court Order dated October 22nd, 2025        113

Exhibit 22       Ameris Bank's 4th Amended Notice of         115
                 Deposition; 2 pages

Exhibit 23       Ameris Bank Confidential Information        118
                 Agreement; 3 pages

Exhibit 24       Acceptable Use Policy; 18 pages             121

Exhibit 25       Email Chain, AMERIS001125 through           130
                 AMERIS001136; 7 pages

Exhibit 26       Email dated January 29, 2024                132

Exhibit 27       Email Chain, AMERIS001792 through           133
                 AMERIS001795; 6 pages

Exhibit 28       Email Chain, AMERIS001148 through           136
                 AMERIS001150; 3 pages

Exhibit 29       Email Chain, AMERIS001158 through           137
                 AMERIS001159; 2 pages

Exhibit 30       Email, AMERIS001160 through                 137
                 AMERIS001162, plus attachment; 145 pages

Exhibit 31       Plaintiff's 0001098, Excel Spreadsheet      158
                 (Retained by Counsel)

Patrick Eugene Byrne                                October 27, 2025

EXHIBITS FOR IDENTIFICATION (CONTINUED)

Exhibit 32    Plaintiff's -1104 - March 2023          163
              Balance Sheet  (Retained by Counsel)

Exhibit 33    Plaintiff's 1135 - Excel Spreadsheets   169
              (Retained by Counsel)

Exhibit 34    Balboa Capital Long-Term Cash           180
              Incentive Plan; 13 pages

Exhibit 35    Email Chain, AMERIS001562 through       185
              AMERIS001565; 6 pages

Exhibit 36    Spreadsheet, AMERIS000739 TO            196
              AMERIS000738; 3 pages

Exhibit 37    Email Chain - AMERIS001560 through      198
              AMERIS001561; 2 pages

Exhibit 38    Email dated 7/24/2023                   200

Exhibit 39    Email Chain, AMERIS000785              209
              AMERIS000794; 10 pages

Exhibit 40    Email Chain, AMERIS001776 through       216
              AMERIS001782, 7 pages

Exhibit 41    Email and Non-Renewal Notice; 2 pages237   238

Exhibit 42    Email Chain, AMERIS001754 through       242
              AMERIS001768; 16 pages

Exhibit 43    Email Chain; AMERIS001462 through       249
              AMERIS001463; 2 pages

Exhibit 44    Email, AMERIS001462 through             249
              AMERIS001463; 2 pages

Exhibit 45    Email Chain, AMERIS001544 through       252
              AMERIS001546; 6 pages

Exhibit 46    2023 Senior Manager Performance         269
              Review; AMERIS000095 through
              AMERIS000096; 6 pages

Patrick Eugene Byrne                                     October 27, 2025

INSTRUCTED NOT TO ANSWER


                    PAGE            LINE

                    131              17
                    185              12
                    276              12



(AT PAGE 278, EXHIBITS 14 THROUGH 16
AND 23 THROUGH 46 ARE HEREBY DEEMED
CONFIDENTIAL PURSUANT TO PARAGRAPH 5 OF
THE PROTECTIVE ORDER.)

MONDAY, OCTOBER 27, 2025; IRVINE, CALIFORNIA

10:03 A.M.

\*  \*  \*

THE VIDEOGRAPHER:  All right.  Good morning. We are now on the record.  Today's date is October 27th, 2025, and the time is 10:03 a.m.  This is the recorded video deposition of Patrick Byrne, Volume II, in the matter of Patrick Byrne versus Ameris Bank, pending in the United States District Court for the Central District of California, Case No. 8:24-cv-01989-MWC.

This deposition is being held at Lexitas, 17752 Sky Park Circle, Suite 100, Irvine, California, 92614.

My name is Ronnie Cestari from Lexitas, and I'm your videographer.  Your California Certified Shorthand Reporter today is Amy Saylor, CSR No. 11560.

This deposition is being recorded at all times, unless all counsel agree to go on or off the video record.

Would all counsel present please state their appearance, starting with the noticing attorney?

MS. FODE:  Stacy Fode and Nana Yee appearing for Defendant.

Patrick Eugene Byrne                                    October 27, 2025

MS. ANDERSON:  Esperanza Anderson on behalf of Plaintiff.

THE VIDEOGRAPHER:  The court reporter may now swear in the witness.

THE REPORTER:  My name is Amy Saylor, CSR 11560.

PATRICK BYRNE,

the witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. FODE:

Q.  All right.  Good morning, sir.  We're here as a continuation of your deposition that we started last Monday on October 20th, 2005 (sic).  Do you understand that?

A.  Yes.

Q.  Okay.  And we're here today by court order, which I'd like to introduce as Exhibit 21 to the record.

(Exhibit 21 marked.)

THE WITNESS:  So just so I understand, it's not going to be passed to the court reporter first, or how does this work with exhibits?

Q.  BY MS. FODE:  You keep it, and then she'll

Patrick Eugene Byrne                                    October 27, 2025

THE VIDEOGRAPHER:  We're now going back on the record.  The time is 1:02 p.m.

Q.  BY MS. FODE:  All right.  We're back on the record after your lunch break, and the same rules that we discussed earlier today apply.

Do you understand that?

A.  Yes.

Q.  I'd like to ask you a couple of questions, switching topics here.  So was there -- I think we talked about it briefly on the first day -- a long-term cash incentive plan in place at the time when you started at the bank.

A.  Yes.  It was material to why we chose Ameris as the --

Q.  Okay.

A.  -- successful bidder.

Q.  Okay.  And you had lawyers representing you in the negotiation of those terms; correct?

A.  Yes.

Q.  Okay.  And you understood that you were participating in the plan as your time at the bank proceeded; correct?

A.  I understand that we, yeah, prenegotiated the splits between the LTIP pool, between myself, Rob Rasmussen, Phil Silva, with the remainder to be

distributed to other employees, as it was done in 2023 for the 2022 performance period.

Q.   And the plan was in place for a three-year period, '22 to 2024?

A.   Yes, starting in -- yeah, yeah, for three years, '22, '23, '24.

Q.   Okay.  I want to show you, please -- I'll mark this exhibit as 34.

(Exhibit 34 marked.)

Q.   BY MS. FODE:  Okay.  For the record, this is AMERIS000221 through -233, and the first -- the first page of the document at -221 is entitled "Balboa Capital Long-Term Cash Incentive Plan," and then if you'll turn -- flip through to Bates No. 227.

MS. ANDERSON:  Well, would you give him a chance to review it?

MS. FODE:  Yes.  Let me orient him, please, Counsel.

Q.   At 227, it's Balboa Capital Long-Term Cash Incentive Plan Award Agreement.  So I'm going to ask you about both of the documents.

Okay.  If you want to take a minute to look at them, and let me know when you've had a chance to peruse them.  I'll ask you just a couple of questions.

A.   Okay.

Patrick Eugene Byrne                                            October 27, 2025

REPORTER'S CERTIFICATE

I, the undersigned Certified Shorthand Reporter, holding a valid and current license issued by the State of California, do hereby certify:

That said proceedings were taken down by me in shorthand at the time and place therein set forth and thereafter transcribed under my direction and supervision.

I further certify that I am neither counsel for nor related to any party to said action nor in any way interested in the outcome thereof.

The dismantling, unsealing, or unbinding of the transcript will render the Reporter's certificate null and void.

In witness whereof, I have subscribed my name on this 31st day of October.

_____
AMY E. SAYLOR, CSR #11560