MATTHEW T. SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
          svillagomez@allenmatkins.com
          mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No.  8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Michelle Williams Court<br><br>**DECLARATION OF PATRICK BYRNE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT AMERIS BANK'S MOTION IN LIMINE NO. 3 TO EXCLUDE DOCUMENTS AND INFORMATION NOT DISCLOSED OR PRODUCED BEFORE THE CLOSE OF FACT DISCOVERY**<br><br>Date:  May 22, 2026<br>Time:  1:30 p.m.<br>Ctrm:  6A<br><br>Disc. Cutoff:           November 28, 2025<br>Pretrial Conference:  May 22, 2026<br>Trial Date:              June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4915-1457-6036.1

## DECLARATION OF PATRICK BYRNE

I, Patrick Byrne, declare as follows:

1.      I am the Plaintiff in this action and have personal knowledge of the facts set forth herein.

2.      In the days leading up to the fact discovery cutoff, I worked with my prior counsel to complete my final document production and disclosures. I understood the operative deadline for my final production to be December 1, 2025, based on advice from my prior counsel that the November 28, 2025 cutoff fell on a court holiday. I proceeded on that basis and authorized production on December 1, 2025, after completing my review over the Thanksgiving holiday weekend.

3.      The materials produced on December 1, 2025 concerned my employment, compensation, and participation in the LTIP, which are all topics that had been the subject of disclosed claims and discovery throughout the case. The December 1 production completed productions I had been working on with counsel during discovery. That three-day interval spanned the Thanksgiving holiday weekend, and there were no depositions, hearings, or other events scheduled.

4.      I did not intend to withhold any documents or delay production for any strategic purpose. I acted in good faith in complying with my discovery obligations.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 1, 2026, at Dana Point, California.

_____
PATRICK BYRNE

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4915-1457-6036.1

- 2 -

Case No.   8:24-cv-01989-MWC-JDE
DECLARATION OF PATRICK BYRNE IN
SUPPORT OF OPPOSITION TO DEFENDANT
AMERIS BANK'S MOTION IN LIMINE NO. 3