Stacy L. Fode (SBN 199883)
sfode@nfclegal.com
Nana J. Yee (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C**.
550 West C. Street, Suite 910
San Diego, California 92101
Telephone: 619.292.0515
Facsimile:  619.566.4741

*Attorneys for Defendant*
AMERIS BANK

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**DECLARATION OF STACY L. FODE IN SUPPORT OF DEFENDANT AMERIS BANK'S OPPOSITION TO PLAINTIFF'S POST-TRIAL REQUEST FOR JUDGMENT ON HIS CALIFORNIA UNFAIR COMPETITION LAW CAUSE OF ACTION**<br><br>Judge: Hon. Michelle Williams Court<br>Place: Courtroom 6A<br><br>Trial Date: June 1, 2026 |

*PATRICK BYRNE v. AMERIS BANK*                    Case No. 8:24-cv-01989
DECLARATION OF STACY L. FODE IN SUPPORT OF DEFENDANT'S OPPOSITION
TO PLAINTIFF'S POST-TRIAL REQUEST FOR JUDGMENT ON UCL CLAIM

I, Stacy Fode, declare as follows:

1.     I am an attorney licensed to practice law in the State of California and in the above-entitled Court.  I am a Partner at Nukk-Freeman & Cerra, P.C., attorneys of record for Defendant AMERIS BANK, a Georgia Corporation (hereinafter "Ameris" or "Defendant").

2.     I make this declaration in support of Ameris's Opposition to Plaintiff Patrick Byrne's Post-Trial Request for Judgment on Plaintiff's Unfair Competition Law Cause of Action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

3.     True and correct excerpts from the June 9, 2026 (Day 5) trial transcript in this matter are attached to this declaration as **Exhibit A**.

4.     True and correct excerpts from the June 10, 2026 (Day 6) trial transcript in this matter are attached to this declaration as **Exhibit B**.

5.     A true and correct copy of Joint Trial Exhibit 324 is attached to this declaration as **Exhibit C**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 24th day of June 2026, in San Diego, California.

By:  _____

Stacy L. Fode, Esq.

---

*PATRICK BYRNE v. AMERIS BANK*                                   Case No. 8:24-01989

DECLARATION OF STACY L. FODE IN SUPPORT OF DEFENDANT'S OPPOSITION
TO PLAINTIFF'S POST-TRIAL REQUEST FOR JUDGMENT ON UCL CLAIM          Page 2