# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(SOUTHERN DIVISION - SANTA ANA)

| | | |
|---|---|---|
| PATRICK BYRNE, | ) | CASE NO: 8:24-cv-01989-MWC-JDEx |
| | ) | |
| Plaintiff, | ) | CIVIL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| AMERIS BANK, | ) | Tuesday, June 9, 2026 |
| | ) | (9:08 a.m. to 11:58 a.m.) |
| Defendant. | ) | (1:02 p.m. to  4:34 p.m.) |

JURY TRIAL - DAY 5

BEFORE THE HONORABLE MICHELLE WILLIAMS COURT,
UNITED STATES DISTRICT JUDGE,
PRESIDING

**APPEARANCES:**                SEE PAGE 2

Court Reporter:            Recorded; CourtSmart

Courtroom Deputy:        T. Jackson

Transcribed by:          Exceptional Reporting Services, Inc.
20079 Stone Oak Pkwy.
Suite 1105, PMB 237
San Antonio, TX 78258
361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

**APPEARANCES:**

For Plaintiff:              MATTHEW THOMAS SESSIONS, ESQ.
                            ANDREW A. WOOD, ESQ.
                            MADISON LARSEN, ESQ.
                            SEAN K. BLOKS, ESQ.
                            Allen Matkins Leck Gamble Mallory
                            & Natsis
                            2010 Main Street
                            8th Floor
                            Irvine, CA 92614

                            STACEY ANN VILLAGOMEZ, ESQ.
                            Allen Matkins Leck Gamble Mallory
                            & Natsis
                            865 S. Figueroa Street
                            Suite 2800
                            Los Angeles, CA 90017


For Defendant:              STACY L. FODE, ESQ.
                            NANA JIN YEE, ESQ.
                            Nukk-Freeman & Cerra
                            550 West C Street
                            Suite 910
                            San Diego, CA 92101

3

INDEX

| PLAINTIFF'S WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| JACQUELINE EMERT | 53 | 65 | 77 | |
| DEBORAH DICKSON | 78/105 | 121 | | |
| ANTHONY EDWARD READING | 144 | 168 | | |

DEFENSE WITNESSES

| | DIRECT | CROSS | | |
|---|---|---|---|---|
| PHIL SILVA | 6 | | | |
| MARY ELLEN SEBOLD | 173 | 206 | | |
| DAVID LECHUGA | 222 | 228 | | |

| EXHIBITS | RECEIVED |
|---|---|
| 173 | 79 |
| 174 | 83 |
| 175 | 117 |
| 178 | 106 |
| 179 | 111 |
| 180 | 115 |
| 183 | 95 |
| 461 | 20 |

EXCEPTIONAL REPORTING SERVICES, INC

Dickson - Direct / By Ms. Villagomez                117

Q    And does this exhibit accurately reflect the analysis you performed relating to the total underpaid LTIP pool bonuses?

MS. YEE:  Objection, hearsay, relevant, 403.

THE COURT:  The objections are overruled.  You can answer.

BY MS. VILLAGOMEZ:

A    Yes.

MS. VILLAGOMEZ:  Your Honor, Plaintiff moves Exhibit 175 into evidence and requests to publish.

THE COURT:  Any objection?

MS. YEE:  Same objections, Your Honor.

THE COURT:  The objections are overruled.  Exhibit 175 is admitted, and you may publish.

(Exhibit Number 175 received in evidence)

MS. VILLAGOMEZ:  Thank you.

And, Ms. Perez, if you could please show the demonstrative of this exhibit.  Thank you.

BY MS. VILLAGOMEZ:

Q    Ms. Dickson, can you please walk the jury at a high level through this exhibit and read these numbers into the record, please?

A    Sure.  So if we're going to go across, if we look at the first line or row, that's going to be calendar year 2022.  The initial LTIP bonus pool calculation underpaid is $1,424,462. Of that, Mr. Byrne's share is $890,858.

EXCEPTIONAL REPORTING SERVICES, INC

Dickson - Direct / By Ms. Villagomez                      118

For the next year, calendar year 2023, middle row, the entire LTIP pool bonus underpaid calculation is $3,747,791. And Mr. Byrne's share of that is $2,343,868.

And, finally, the calendar year on row three for 2024, the entire LTIP pool amount is $7,747,017, with Mr. Byrne's share at $4,844,985.

When I total those together, the total underpaid LTIP bonus pool is $12,919,270.  And Mr. Byrne's share is $8,079,711.

MS. VILLAGOMEZ:  Thank you.

Q    Did Ameris's LTIP calculations understate or overstate EBT for Mr. Byrne's total compensation?

A    They understated it by the amount that I just discussed.

MS. VILLAGOMEZ:  Thank you.

Q    And, Ms. Dickson, just wrapping this up, did you review Ms. Nicole Stokes's trial testimony?

A    Yes.

Q    Did you identify any changes in Ameris's accounting positions?

A    I did.

Q    And what were those changes?

A    What was most apparent to me was when I reviewed Nicole Stokes's deposition, and I watched Ms. Sebold's deposition, and reviewed Ms. Sebold's report, all of those claimed that all of the LTIP calculations must be made using GAAP formulas.

EXCEPTIONAL REPORTING SERVICES, INC