# EXHIBIT B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(SOUTHERN DIVISION - SANTA ANA)

| | | |
|---|---|---|
| PATRICK BYRNE, | ) | CASE NO: 8:24-cv-01989-MWC-JDEx |
| | ) | |
| Plaintiff, | ) | CIVIL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| AMERIS BANK, | ) | Wednesday, June 10, 2026 |
| | ) | ( 8:07 a.m. to 11:37 a.m.) |
| Defendant. | ) | (12:37 p.m. to  4:39 p.m.) |

JURY TRIAL - DAY 6

BEFORE THE HONORABLE MICHELLE WILLIAMS COURT,
UNITED STATES DISTRICT JUDGE,
PRESIDING

**APPEARANCES:**                SEE PAGE 2

**Court Reporter:**          Recorded; CourtSmart

**Courtroom Deputy:**        T. Jackson

**Transcribed by:**          Exceptional Reporting Services, Inc.
20079 Stone Oak Pkwy.
Suite 1105, PMB 237
San Antonio, TX 78258
361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

APPEARANCES:


For Plaintiff:              MATTHEW THOMAS SESSIONS, ESQ.
                            ANDREW A. WOOD, ESQ.
                            MADISON LARSEN, ESQ.
                            SEAN K. BLOKS, ESQ.
                            Allen Matkins Leck Gamble Mallory
                            & Natsis
                            2010 Main Street
                            8th Floor
                            Irvine, CA 92614

                            STACEY ANN VILLAGOMEZ, ESQ.
                            Allen Matkins Leck Gamble Mallory
                            & Natsis
                            865 S. Figueroa Street
                            Suite 2800
                            Los Angeles, CA 90017


For Defendant:              STACY L. FODE, ESQ.
                            NANA JIN YEE, ESQ.
                            Nukk-Freeman & Cerra
                            550 West C Street
                            Suite 910
                            San Diego, CA 92101

3

**INDEX**

| MODE | PAGE |
|------|------|
| **MOTION TO AMEND COMPLAINT** | |
| BY MR. WOOD | **5/24** |
| BY MS. YEE | **17/28** |
| **RULING OF COURT** | **29** |
| **DEFENDANT'S JMOL MOTION** | |
| BY MS. YEE | **36** |
| BY MS. VILLAGOMEZ | **41** |
| **RULING OF COURT** | **47** |
| **PLAINTIFF'S JMOL MOTION** | |
| BY MR. WOOD | **48/57** |
| BY MS. YEE | **56** |
| **RULING OF COURT** | **58** |
| **DISCUSSION RE JURY INSTRUCTIONS/VERDICT FORM** | **59** |
| **JURY INSTRUCTIONS** | **102** |
| **CLOSING ARGUMENT** | |
| BY MR. SESSIONS | **122/188** |
| BY MS. FODE | **152** |
| **FURTHER INSTRUCTIONS TO JURORS** | **195** |

keep it that way.  We're going to keep other employees in.

MS. YEE:  Your Honor, this is an individual lawsuit as you know, and I think including that is highly prejudicial, because they're not part of this lawsuit.

THE COURT:  This is the claim on whistleblower protection and the whistleblower statute encompasses this.

MS. YEE:  We would just preserve our objections, thank you, Your Honor.

THE COURT:  Okay.  Anything else from defense?

MS. YEE:  Yes, Your Honor, I believe this is question 13.

THE COURT:  Okay.

MS. YEE:  Then we'd like to request that it specifically states the damages under 2022 and 2023 LTIP.

THE COURT:  So you're proposing -- what language, what specific language are you proposing?

MS. YEE:  Did Ameris Bank, Patrick Byrne's wages under the terms of the employee agreement and the 2022 or 2023 LTIP.  To match the jury instruction, Your Honor.

THE COURT:  I understand.  Ms. Villagomez.

MS. VILLAGOMEZ:  Your Honor, we are agreeable with editing question 13, however, it should state, does Ameris Bank owe Patrick Byrne wages under the terms of the employee agreement and the LTIP for 2022 or 2023 to match the jury -- or under the terms of the employment and this proposal matches

what's included in the jury instructions.

THE COURT:  Okay.  So does Ameris Bank owe Patrick Byrne wages under the terms of the employment agreement and the 2022 or 2023 LTIP agreement?  I just want to make sure --

MS. VILLAGOMEZ:  Yes.

THE COURT:  -- it matches.  I don't have it up.

MS. VILLAGOMEZ:  Yes, or, Your Honor.

THE COURT:  And the -- okay.  So what I have is, does Ameris Bank owe Patrick Byrne wages under the terms of the employment agreement and the 2022 or 2023 LTIP agreement or is it the other way around?

MS. VILLAGOMEZ:  Under -- we would propose, under the terms of the employment agreement or the LTIP for 2022 or 2023.

THE COURT:  Okay.  So what I have, I'm just going to read it back, does Ameris Bank owe Patrick Byrne wages under the terms of the employment agreement or the LTIP for 2022 or 2023.

MS. VILLAGOMEZ:  Agreed, Your Honor.

THE COURT:  Okay.  Ms. Yee?

MS. YEE:  Agreed, Your Honor.

THE COURT:  Okay.

MS. YEE:  Your Honor, then for I believe it's question 22(b).

THE COURT:  Okay.

MS. YEE:  And we would request that that particular