Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, California 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Attorneys for Defendant
AMERIS BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual, | Case No. 8:24-cv-01989-MWC (JDEx) |
| Plaintiff, | **DEFENDANT AMERIS BANK'S NOTICE OF MOTION FOR ORDER REQUIRING THE PARTIES TO PRODUCE AND FILE POWERPOINT PRESENTATION MATERIALS DISPLAYED TO THE JURY AT TRIAL** |
| vs. | |
| AMERIS BANK, a Georgia corporation, | |
| Defendant. | Judge: Hon. Michelle Williams Court |
| | Place: Courtroom 6A |
| | Date: August 7, 2026 |
| | Time: 1:30 p.m. |
| | Discovery Cut-Off: November 28, 2025 |
| | Pretrial Conference: May 22, 2026 |
| | Trial Date: June 1, 2026 |

*Patrick Byrne v. Ameris Bank*                                    Case No. 8:24-cv-01989
NOTICE OF MOTION FOR ORDER REQUIRING
PRODUCTION OF PLAINTIFF AND DEFENDANT'S
POWERPOINT PRESENTATION MATERIALS AT TRIAL

TO PLAINTIFF PATRICK BYRNE AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on August 7, 2026, or as soon as the matter may be heard by the above-entitled Court, the Honorable Michelle Williams Court, presiding, located 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565, Defendant Ameris Bank ("Ameris") will and hereby does move the Court for the following orders:

1.  For an order requiring Plaintiff Patrick Byrne and Defendant Ameris Bank to produce and file with the Court, by **August 10, 2026,** copies of the PowerPoint presentations and other demonstrative slides that the parties displayed to the jury at any time during trial from June 1 through June 12, 2026.

This Motion is made pursuant to the Court's instruction on June 12, 2026 that the motion be submitted in writing.

This Motion is based on this Notice of Motion, the Memorandum of Law, the complete files and records in this action, and any further oral and/or documentary evidence that may be presented at or before the hearing in this matter.

Dated:  June 26, 2026                          **NUKK-FREEMAN & CERRA**


By:    */s/Stacy L. Fode*
_____
Stacy L. Fode, Esq.
Nana J. Yee, Esq.
Attorney for Defendant
AMERIS BANK