# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>　　　　　Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AMERIS BANK'S MOTION FOR ORDER REQUIRING THE PARTIES TO PRODUCE AND FILE POWERPOINT PRESENTATION MATERIALS DISPLAYED TO THE JURY AT TRIAL**<br><br>Hon. Michelle Williams Court<br>Place: Courtroom 6A<br>Date: August 7, 2026<br>Time: 1:30 p.m.<br><br>Discovery Cut-Off: November 28, 2025<br>Pre-trial Conference: May 22, 2026<br>Trial: June 1, 2026 |

*PATRICK BYRNE v. AMERIS BANK*　　　　　Case No. 8:24-cv-01989
[PROPOSED] ORDER GRANTING MOTION FOR
ORDER REQUIRING PARTIES TO PRODUCE AND FILE
POWERPOINT PRESENTATION MATERIALS

On August 7, 2026, Defendant Ameris Bank's ("Ameris" or "Defendant") Notice of Motion For Order Requiring Production of Plaintiff and Defendant's PowerPoint Presentation Materials at Trial, came for hearing before this Court, the Honorable Michelle Williams Court, United States District Judge, presiding.

After full consideration of the evidence, and all written and oral arguments and evidence submitted on the motion, and the issues having been duly heard and a decision having been duly rendered:

IT IS HEREBY ORDERED:

1. The Court GRANTS the Motion and ORDERS the following:

Plaintiff Patrick Byrne ("Byrne") and Ameris must produce and file, **by August 10, 2026**, with the Court copies of the PowerPoint presentations and other demonstrative slides that the parties displayed to the jury at any time during trial from June 1 through June 12, 2026 including but not limited to:

(1) opening statements on June 2, 2026;

(2) any and all witness examinations conducted by Plaintiff on the following dates: June 9, 2026, including but not limited to during the examination of Deborah Dickson;

(3) closing arguments on June 11, 2026; and

(4) the punitive damages phase proceedings conducted on June 12, 2026.

**IT IS SO ORDERED.**

By:

Dated: _____    _____

Hon. Michelle Williams Court
United States District Judge

---

*PATRICK BYRNE v. AMERIS BANK*                      Case No. 8:24-cv-01989
[PROPOSED] ORDER GRANTING MOTION FOR
ORDER REQUIRING PARTIES TO PRODUCE AND FILE
POWERPOINT PRESENTATION MATERIALS                      Page 2