MATTHEW T. SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
        svillagomez@allenmatkins.com
        mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Michelle Williams Court<br><br>**DECLARATION OF STACEY A. VILLAGOMEZ  IN SUPPORT OF PLAINTIFF PATRICK BYRNE'S REPLY IN SUPPORT OF POST-TRIAL REQUEST FOR JUDGMENT ON HIS CALIFORNIA UNFAIR COMPETITION LAW CAUSE OF ACTION**<br><br>Trial Date:     June 1, 2026 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4903-9821-4072.1

Case No.  8:24-cv-01989-MWC-JDE
VILLAGOMEZ DECLARATION

## DECLARATION OF STACEY A. VILLAGOMEZ

I, Stacey A. Villagomez, declare as follows:

1. I am an attorney at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel of record for Plaintiff Patrick Byrne in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I am making this declaration in support of Plaintiff Patrick Byrne's Reply in Support of Post-Trial Request for Judgment on His California Unfair Competition Law Cause of Action.

2. A true and correct excerpt from the June 9, 2026 (Day 5) trial transcript in this action is attached hereto as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 26, 2026, at Irvine, California.

_____
STACEY A. VILLAGOMEZ