# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(SOUTHERN DIVISION - SANTA ANA)

PATRICK BYRNE,                    ) CASE NO: 8:24-cv-01989-MWC-JDEx
                                  )
              Plaintiff,          )          CIVIL
                                  )
     vs.                          )    Los Angeles, California
                                  )
AMERIS BANK,                      )     Tuesday, June 9, 2026
                                  )    (9:08 a.m. to 11:58 a.m.)
              Defendant.          )    (1:02 p.m. to  4:34 p.m.)

JURY TRIAL - DAY 5

BEFORE THE HONORABLE MICHELLE WILLIAMS COURT,
UNITED STATES DISTRICT JUDGE,
PRESIDING

**APPEARANCES:**              SEE PAGE 2

Court Reporter:          Recorded; CourtSmart

Courtroom Deputy:        T. Jackson

Transcribed by:          Exceptional Reporting Services, Inc.
                         20079 Stone Oak Pkwy.
                         Suite 1105, PMB 237
                         San Antonio, TX 78258
                         361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

stop.  She'll swear you in, and then you can have a seat on the

witness stand next to me.

                    **DEBORAH DICKSON, WITNESS, SWORN**

          **THE CLERK:**  I'm going to ask that you state your name

and spell your last name for the record.

          **THE WITNESS:**  My name is Deborah Dickson,

D-I-C-K-S-O-N.

          **THE COURT:**  Thank you very much.  Ms. Villagomez, you

may proceed when you're ready.

          **MS. VILLAGOMEZ:**  Thank you, Your Honor.

                    **DIRECT EXAMINATION**

**BY MS. VILLAGOMEZ:**

Q    Ms. Dickson, what do you do for a living?

A    I'm a CPA, certified public accountant.

Q    And have you summarized your professional experience and

licenses in a curriculum vitae or resume?

A    Yes.

          **MS. VILLAGOMEZ:**  And, Your Honor, request to show

Exhibit 173 to Ms. Dickson in black out.

          **THE COURT:**  Go ahead.

Q    Ms. Dickson, I'm showing you what's been marked as

Plaintiff's Exhibit 173.  Do you recognize this document as

your curriculum vitae or your resume?

A    Yes.

Q    Is this a true and accurate copy of that document?

Dickson - Direct / By Ms. Villagomez                    116

provided to me by Ameris to start at the revenue at the top.

I made the calculations as we've talked about.  And I made various adjustments, as we've been also talking about, related to stipulated judgments, overhead, indirect costs, and so forth.

Because no data was provided to me, even though the revenues were higher in 2024, I used the same expenses as 2023, that's right, because that was the only data available to me.

By doing so, I arrived at an adjusted EBT of around $79 million.  I subtracted the threshold for that year of $57,200,000.  I multiplied the result by 35 percent, as the LTIP agreement calls.

And then I calculated that result by 62.54 percent, arriving at $4,844,985, which would be Patrick Byrne's portion of underpaid incentive pool cash bonus award.

MS. VILLAGOMEZ:  Thank you, Ms. Dickson.

Q    And did you prepare a schedule summarizing the LTIP amounts that you concluded were owed to Mr. Byrne for 2022, 2023, and 2024?

A    Yes.

MS. VILLAGOMEZ:  Ms. Perez, please show the witness Exhibit 175 in blackout.

Q    And, Ms. Dickson, is this the schedule that you prepared summarizing the amounts owed to Mr. Byrne?

A    Yes.

237

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____                          **June 10, 2026**

      **Signed**                                                            **Dated**

*TONI HUDSON, TRANSCRIBER*