ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
MATTHEW T. SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
          svillagomez@allenmatkins.com
          mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>AMERIS BANK, a Georgia corporation,<br><br>                    Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Michelle Williams Court<br><br>**NOTICE OF LODGING [PROPOSED] FINAL JUDGMENT**<br><br><br>Disc. Cutoff:   November 28, 2025<br>Trial Date:     June 1, 2026 |

Pursuant to the Court's Order in the Findings of Fact and Conclusions of Law (Trial Phase 3) [Dkt. No. 246], Plaintiff Patrick Byrne hereby lodges the attached [Proposed] Final Judgment.

Dated:  July 2, 2026                              Respectfully submitted,

ALLEN MATKINS LECK
GAMBLE MALLORY &
NATSIS LLP
MATTHEW T. SESSIONS

By:  */s/ Matthew T. Sessions*
MATTHEW T. SESSIONS
Attorneys for Plaintiff
PATRICK BYRNE

ALLEN MATKINS LECK
GAMBLE MALLORY &
NATSIS LLP
ATTORNEYS AT LAW

4921-4781-7658

- 1 -

CASE NO. 8:24-CV-01989-MWC-JDE
NOTICE OF LODGING [PROPOSED]
FINAL JUDGMENT