ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
MATTHEW T. SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail: msessions@allenmatkins.com
        svillagomez@allenmatkins.com
        mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>                Plaintiff,<br><br>        v.<br><br>AMERIS BANK, a Georgia corporation,<br><br>                Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge Michelle Williams Court<br><br>**[PROPOSED] FINAL JUDGMENT**<br><br><br>Disc. Cutoff:   November 28, 2025<br>Trial Date:     June 1, 2026 |

ALLEN MATKINS LECK
GAMBLE MALLORY &
NATSIS LLP
ATTORNEYS AT LAW

- 1 -

4899-8583-2377

CASE NO. 8:24-CV-01989-MWC-JDE
[PROPOSED] JUDGMENT

# [PROPOSED] FINAL JUDGMENT

This action came before the Court for jury trial beginning on June 2, 2026.

On June 11, 2026, the jury returned its verdict on liability and compensatory damages.  A copy of that verdict, ECF docket number 227, is incorporated by reference herein.

On June 12, 2026, following the punitive damages phase, the jury returned its verdict awarding punitive damages. A copy of that verdict, ECF docket number 237, is incorporated by reference herein.

On June 29, 2026, the Court issued Findings of Fact and Conclusions of Law regarding Plaintiff's equitable claim under California Business & Professions Code § 17200. A copy of those Findings of Fact and Conclusions of Law, ECF docket number 246, is incorporated by reference herein.

Pursuant to the jury's verdicts [ECF 227 and 237], the Court's Findings of Fact and Conclusions of Law [ECF 246], and Federal Rules of Civil Procedure 58, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1.     Judgment is entered in favor of Plaintiff Patrick Byrne and against Defendant Ameris Bank.

2.     Plaintiff shall recover damages in the total amount of **$79,548,170.80**, consisting of:

| | |
|---|---|
| Past economic loss | $  9,000,000.00 |
| Future economic loss | $  6,300,000.00 |
| Past non-economic loss | $     525,000.00 |
| Future non-economic loss | $     700,000.00 |
| Waiting time penalties | $     116,557.80 |
| Punitive Damages | $ 62,906,613.00 |

3.     Plaintiff is the prevailing party and may seek taxable costs pursuant to Federal Rule of Civil Procedure 54(d).

4.     Any claim for attorneys' fees or prejudgment interest awardable by the

court shall be determined by appropriate subsequent motion. Post-judgment interest shall accrue as provided by 28 U.S.C. § 1961.

5. The Clerk shall enter this judgment forthwith.

**IT IS SO ORDERED.**

Dated: _____

_____
Michelle Williams Court
United States District Judge

ALLEN MATKINS LECK
GAMBLE MALLORY &
NATSIS LLP
ATTORNEYS AT LAW

4899-8583-2377

- 3 -

CASE NO. 8:24-CV-01989-MWC-JDE
[PROPOSED] JUDGMENT