Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, California 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Attorneys for Defendant
AMERIS BANK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>    Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**DEFENDANT AMERIS BANK'S NOTICE OF EMAIL SENT TO THE COURT ON JUNE 8, 2026**<br><br>Judge: Hon. Michelle Williams Court<br>Place: Courtroom 6A<br><br>Trial Date: June 1, 2026 |

TO THE HONORABLE JUDGE COURT AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

On June 1, 2026, after hearing argument on the parties' disputed proposed jury instructions filed on May 1, 2026, the Court directed the parties to submit revised jury instructions by email. In compliance with the Court's direction, Defendant Ameris Bank ("Defendant") transmitted its revised jury instructions to the Court by email on June 8, 2026.

For preservation purposes, Defendant attaches as **Exhibit A** a true and correct copy of the June 8, 2026 email transmitting Defendant's revised proposed jury instructions to the Court, together with the revised proposed jury instructions attached thereto.

Dated:  July 14, 2026                    **NUKK-FREEMAN & CERRA**


By:    */s/ Stacy L. Fode*
          Stacy L. Fode, Esq.
          Nana J. Yee, Esq.
          Attorney for Defendant
          AMERIS BANK