UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, *an individual*, | No. 8:24-cv-01989-MWC-JDE |
| Plaintiff, | **ORDER DENYING AS MOOT PLAINTIFF'S POST-TRIAL REQUEST FOR JUDGMENT ON HIS CALIFORNIA UNFAIR COMPETITION LAW CAUSE OF ACTION (DKT. [238])** |
| v. | |
| AMERIS BANK, *a Georgia corporation*, | |
| Defendant. | |

Before the Court is Plaintiff Patrick Byrne's ("Plaintiff") Post-Trial Request for Judgment on his California Unfair Competition Law Cause of Action ("Request for Judgment"). Dkt. # 238. On July 27, 2026, the Court entered judgment in favor of Plaintiff Patrick Byrne against Defendant Ameris Bank for violating California's Unfair Competition Law ("UCL"). *See* Dkt. # 253. Accordingly, Plaintiff's Request for Judgment (Dkt. # 238) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated:  July 27, 2026

_____

Hon. Michelle Williams Court
United States District Judge