Matthew Sessions (SBN 307098)
msessions@allenmatkins.com
Stacey A. Villagomez (SBN 317081)
svillagomez@allenmatkins.com
Madison E. Larsen (SBN 364953)
mlarsen@allenmatkins.com
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
2010 Main Street, 8th Floor
Irvine, CA 92614-7214
Telephone: (949) 553-1313
Facsimile: (949) 553-8354

*Attorneys for Plaintiff*
PATRICK BYRNE

Stacy L. Fode (SBN 199883)
sfode@nfclegal.com
Nana Yee (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C**.
550 West C Street, Suite 910
San Diego, CA 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Johanna S. Schiavoni (SBN 248501)
johanna.schiavoni@calg.com
Michael J. Loewenfeldt (SBN 272783)
michael.vonloewenfeldt@calg.com
Jessica M. Weisel (SBN 174809)
jessica.weisel@calg.com
**COMPLEX APPELLATE LITIGATION GROUP LLP**
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: 619.642.2929
Facsimile: 415.726.2527

*Attorneys for Defendant*
AMERIS BANK

-1-

**JOINT STIPULATION FOR POST-JUDGMENT MOTION SCHEDULE**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

PATRICK BYRNE, an Individual,

Plaintiff,

vs.

AMERIS BANK, a Georgia corporation

Defendants.

Case No. 8:24-cv-01989-MWC (JDEx)

**JOINT STIPULATION FOR POST-JUDGMENT MOTION SCHEDULE**

Judge: Hon. Michelle W. Court
Dept.: 6A

Plaintiff Patrick Byrne ("Plaintiff") and Defendant Ameris Bank ("Defendant") (collectively referred to herein as the "Parties") hereby stipulate and agree as follows:

**WHEREAS**, on July 27, 2026, this Court entered judgment in favor of Plaintiff against Defendant;

**WHEREAS,** the Parties plan to file various post-judgment applications and motions;

**WHEREAS,** Defendant intends to file post-judgment motions pursuant to Rules 50, 59, and/or 59(e) of the Federal Rules of Civil Procedure;

**WHEREAS,** Plaintiff intends to file a Motion for Attorney's Fees and Plaintiff's Bill of Costs pursuant to Rule 54 of the Federal Rules of Civil Procedure;

**WHEREAS,** the parties have met and conferred regarding the scheduling of the anticipated post-judgment motions and agree that a modified briefing schedule will promote judicial efficiency, avoid overlapping briefing, accommodate scheduling conflicts, and provide sufficient time for the Parties to prepare their respective filings without prejudicing either side;

-2-

**JOINT STIPULATION FOR POST-JUDGMENT MOTION SCHEDULE**

**WHEREAS**, the Parties agree that this Stipulation is solely for scheduling purposes and shall not constitute a waiver of any substantive argument regarding the merits or scope of any post-judgment motions and that the modified briefing schedule will not prejudice either party or create any undue delay;

**NOW, THEREFORE**, the Parties **HEREBY STIPULATE and REQUEST, subject to Court approval, that the following post-judgment schedule shall apply:**

**A. Defendant's Post-Judgment Motions**

1. Defendant's post-judgment motions under Federal Rules of Civil Procedure 50, 59, and/or 59(e) shall be filed on **August 24, 2026**.

2. Plaintiff's opposition to those motions shall be filed on **September 25, 2026**.

3. Defendant's reply shall be filed on **October 9, 2026**.

4. The hearing shall be set for **October 23, 2026**, or the Court's next available hearing date if the Court is unavailable.

**B. Plaintiff's Motion for Attorneys' Fees and Plaintiff's Bill of Costs**

1. Plaintiff's Motion for Attorneys' Fees and Plaintiff's Bill of Costs shall each be filed within **fourteen (14) days** after the Court enters an order resolving Defendant's post-judgment motions pursuant to Rules 50, 59, and/or 59(e). If Defendant does not file any such motion, Plaintiff's Motion for Attorneys' Fees and Plaintiff's Bill of Costs shall each be filed on or before **September 7, 2026**.

2. Defendant's opposition to Plaintiff's Motion for Attorneys' Fees and objections to Plaintiff's Bill of Costs shall each be due **twenty-one (21) days after the motion and bill of costs, respectively, are filed**.

**JOINT STIPULATION FOR POST-JUDGMENT
MOTION SCHEDULE**

3. Plaintiff's reply in support of the Motion for Attorneys' Fees and response regarding the Bill of Costs shall each be due **thirty-five (35) days after the motion and bill of costs, respectively, are filed**.

4. The hearing on Plaintiff's Motion for Attorneys' Fees and Plaintiff's Bill of Costs shall be set **forty-two (42) days after the motion and bill of costs, respectively, are filed**, or on the Court's next available hearing date if the Court is unavailable.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 7, 2026

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

**By:** */s/ Stacey A. Villagomez*

**Matthew Sessions, Esq.**
**Stacey A. Villagomez, Esq.**
**Madison E. Larsen, Esq.**
**Attorneys for Plaintiff**
**PATRICK BYRNE**

DATED: August 7, 2026

**NUKK-FREEMAN & CERRA, P.C.**
***and***
**COMPLEX APPELLATE LITIGATION GROUP LLP**

**By:** */s/ Stacy L. Fode*

**Stacy L. Fode, Esq.**
**Nana J. Yee, Esq.**
**(Nukk-Freeman & Cerra, P.C.)**

**Johanna S. Schiavoni, Esq.**
**Michael J. Von Loewenfeldt, Esq.**
**Jessica M. Weisel, Esq.**
**(Complex Appellate Litigation Group LLP)**

***Attorneys for Defendant***
**AMERIS BANK**

-4-

**JOINT STIPULATION FOR POST-JUDGMENT MOTION SCHEDULE**

## <u>ATTESTATION</u>

In accordance with Central District of California Local Rules Section 5-4.3.4(a)(2)(i), I, Stacy L. Fode, attest that I have obtained concurrence in the filing of this document from the other signatories listed here.

**By:** */s/ Stacy L. Fode*
         **Stacy L. Fode, Esq.**

-5-

**JOINT STIPULATION FOR POST-JUDGMENT
MOTION SCHEDULE**