**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK BYRNE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation<br><br>Defendants. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR POST-JUDGMENT MOTION SCHEDULE**<br><br>Judge: Hon. Michelle W. Court<br>Dept.: 6A |

Upon consideration of Plaintiff Patrick Byrne's ("Plaintiff") and Defendant Ameris Bank's ("Defendant") Stipulation for Post-Judgment Motion Schedule, and good cause appearing therefor, it is hereby ORDERED:

**A. Defendant's Post-Judgment Motions**

1. Defendant's post-judgment motions under Federal Rules of Civil Procedure 50, 59, and/or 59(e) shall be filed on **August 24, 2026**.

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR POST-JUDGMENT MOTION SCHEDULE

2. Plaintiff's opposition to those motions shall be filed on **September 25, 2026**.

3. Defendant's reply shall be filed on **October 9, 2026**.

4. The hearing shall be set for **October 23, 2026**, or the Court's next available hearing date if the Court is unavailable.

**B. Plaintiff's Motion for Attorneys' Fees and Plaintiff's Bill of Costs**

1. Plaintiff's Motion for Attorneys' Fees and Plaintiff's Bill of Costs shall each be filed within **fourteen (14) days** after the Court enters an order resolving Defendant's post-judgment motions pursuant to Rules 50, 59, and/or 59(e). If Defendant does not file any such motion, Plaintiff's Motion for Attorneys' Fees and Plaintiff's Bill of Costs shall each be filed on or before **September 7, 2026**.

2. Defendant's opposition to Plaintiff's Motion for Attorneys' Fees and objections to Plaintiff's Bill of Costs shall each be due **twenty-one (21) days after the motion and bill of costs, respectively, are filed**.

3. Plaintiff's reply in support of the Motion for Attorneys' Fees and response regarding the Bill of Costs shall each be due **thirty-five (35) days after the motion and bill of costs, respectively, are filed**.

4. The hearing on Plaintiff's Motion for Attorneys' Fees and Plaintiff's Bill of Costs shall be set **forty-two (42) days after the motion and bill of costs, respectively, are filed**, or on the Court's next available hearing date if the Court is unavailable.

**IT IS SO ORDERED.**

**HON. MICHELLE WILLIAMS COURT**
**United States Judge for the**
**Central District of California**

-2-

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR POST-JUDGMENT MOTION SCHEDULE