UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PATRICK BYRNE, *an individual*,

Plaintiff,

v.

AMERIS BANK, *a Georgia corporation*,

Defendant.

No. 8:24-cv-01989-MWC-JDE

**ORDER VACATING ORDER ADVANCING THE HEARINGS ON DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW, DEFENDANT'S MOTION FOR NEW TRIAL, AND DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT (DKT. [265])**

On August 21, 2026, the Court entered an Order Advancing the Hearing Date on Hearing on Defendant's Motion for Judgment As A Matter Of Law, Defendant's Motion For New Trial, And Defendant's Motion To Alter Or Amend Judgment ("Order Advancing Hearing Date"). *See* Dkt. # 265. The Order Advancing Hearing Date was issued in error.

Accordingly, the Court **STRIKES** the Order Advancing Hearing Date (Dkt. # 265) and **ORDERS** as follows:

**A. Defendant's Post-Judgment Motions**

1. Defendant's post-judgment motions under Federal Rules of Civil Procedure 50, 59, and/or 59(e) shall be filed on August 24, 2026.
2. Plaintiff's opposition to those motions shall be filed on September 25, 2026.
3. Defendant's reply shall be filed on October 9, 2026.
4. The hearing shall be set for October 23, 2026.

**B. Plaintiff's Motion for Attorneys' Fees and Plaintiff's Bill of Costs**

1. Plaintiff's Motion for Attorneys' Fees and Plaintiff's Bill of Costs shall each be filed within fourteen (14) days after the Court enters an order resolving Defendant's post-judgment motions pursuant to Rules 50, 59, and/or 59(e). If Defendant does not file any such motion, Plaintiff's Motion for Attorneys' Fees and Plaintiff's Bill of Costs shall each be filed on or before September 7, 2026.
2. Defendant's opposition to Plaintiff's Motion for Attorneys' Fees and objections to Plaintiff's Bill of Costs shall each be due twenty-one (21) days after the motion and bill of costs, respectively, are filed.

3. Plaintiff's reply in support of the Motion for Attorneys' Fees and response regarding the Bill of Costs shall each be due thirty-five (35) days after the motion and bill of costs, respectively, are filed.

4. The hearing on Plaintiff's Motion for Attorneys' Fees and Plaintiff's Bill of Costs shall be set forty-two (42) days after the motion and bill of costs, respectively, are filed, or on the Court's next available hearing date if the Court is unavailable.

**IT IS SO ORDERED.**

Dated: August 21, 2026

Hon. Michelle Williams Court
United States District Judge