UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PATRICK BYRNE, *an individual*,

Plaintiff,

v.

AMERIS BANK, *a Georgia corporation*,

Defendant.

No. 8:24-cv-01989-MWC-JDE

**ORDER GRANTING JOINT STIPULATION REGARDING STAY OF ENFORCEMENT AND SUPERSEDEAS BOND (DKT. [261])**

Before the Court is the parties' Joint Stipulation Regarding Stay of Enforcement and Supersedeas Bond ("Stipulation"). Dkt. # 261. Upon review of the Stipulation, the Court finds good cause exists to grant the Stipulation. Accordingly, the Court **GRANTS** the Stipulation and **ORDERS** as follows:

1. Paragraphs 1 through 5 of the Stipulation are approved and entered as the Order of this Court.
2. Any supersedeas bond timely filed by Defendant that conforms to the requirements of Paragraph 2 of the Stipulation shall be deemed approved pursuant to Federal Rule of Civil Procedure 62(b) upon filing, without the need for further order of the Court.
3. If Defendant fails timely to post the security required by Paragraph 2 of the Stipulation or fails timely to supplement that security as required by Paragraph 4, the stay of enforcement shall terminate automatically, in its entirety, in accordance with the terms of the Stipulation and without further order of the Court. Upon such termination, Plaintiff may proceed to enforce the Judgment.
4. The Court retains jurisdiction to administer and enforce the terms of the stay and security provided for herein.

**IT IS SO ORDERED.**

Dated: August 21, 2026

Hon. Michelle Williams Court
United States District Judge