ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
MATTHEW T. SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: msessions@allenmatkins.com
svillagomez@allenmatkins.com
mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PATRICK BYRNE, an individual,

Plaintiff,

v.

AMERIS BANK, a Georgia corporation,

Defendant.

Case No. 8:24-cv-01989-MWC-JDE

ASSIGNED FOR ALL PURPOSES TO:
Judge Michelle Williams Court

**DECLARATION OF MATTHEW T. SESSIONS IN SUPPORT OF PLAINTIFF PATRICK BYRNE'S OPPOSITION TO DEFENDANT AMERIS BANK'S RULE 50(b), RULE 59, AND RULE 59(e) MOTIONS**

Date: October 23, 2026
Time: 1:30 p.m.
Ctrm: 6A

Trial Date: June 1, 2026

**DECLARATION OF MATTHEW T. SESSIONS**

I, Matthew T. Sessions, declare as follows:

1. I am an attorney at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel of record for Plaintiff Patrick Byrne ("Byrne") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as **Exhibit A** is a true and correct, highlighted copy of the Reporter's Transcript of proceedings on June 1, 2026, cited in Plaintiff's opposition to Defendant's post-judgment motions as "TT0."

3. Attached as **Exhibit B** is a true and correct, highlighted copy of the Reporter's Transcript of proceedings on June 2, 2026, cited in Plaintiff's opposition to Defendant's post-judgment motions as "TT1."

4. Attached as **Exhibit C** is a true and correct, highlighted copy of the Reporter's Transcript of proceedings on June 3, 2026, cited in Plaintiff's opposition to Defendant's post-judgment motions as "TT2."

5. Attached as **Exhibit D** is a true and correct, highlighted copy of the Reporter's Transcript of proceedings on June 4, 2026, cited in Plaintiff's opposition to Defendant's post-judgment motions as "TT3."

6. Attached as **Exhibit E** is a true and correct, highlighted copy of the Reporter's Transcript of proceedings on June 8, 2026, cited in Plaintiff's opposition to Defendant's post-judgment motions as "TT4."

7. Attached as **Exhibit F** is a true and correct, highlighted copy of the Reporter's Transcript of proceedings on June 9, 2026, cited in Plaintiff's opposition to Defendant's post-judgment motions as "TT5."

8. Attached as **Exhibit G** is a true and correct, highlighted copy of the Reporter's Transcript of proceedings on June 10, 2026, cited in Plaintiff's opposition

to Defendant's post-judgment motions as "TT6."

9. Attached as **Exhibit H** is a true and correct, highlighted copy of the Reporter's Transcript of proceedings on June 11, 2026, cited in Plaintiff's opposition to Defendant's post-judgment motions as "TT7."

10. Attached as **Exhibit I** is a true and correct, highlighted copy of the Reporter's Transcript of proceedings on June 12, 2026, cited in Plaintiff's opposition to Defendant's post-judgment motions as "TT8."

11. Attached are true and correct copies of the following Trial Exhibits, which are numbered consistently with the exhibit number used at trial to avoid confusion:

a. Trial Exhibit 34
b. Trial Exhibit 73
c. Trial Exhibit 76
d. Trial Exhibit 100
e. Trial Exhibit 191
f. Trial Exhibit 192
g. Trial Exhibit 193
h. Trial Exhibit 325
i. Trial Exhibit 372
j. Trial Exhibit 394
k. Trial Exhibit 395
l. Trial Exhibit 398
m. Trial Exhibit 399
n. Trial Exhibit 414
o. Trial Exhibit 423
p. Trial Exhibit 454
q. Trial Exhibit 461
r. Trial Exhibit 465

s. Trial Exhibit 532

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 25, 2026, at Irvine, California.

*/s/ Matthew T. Sessions*
MATTHEW T. SESSIONS