# Exhibit 34

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **8:24-cv-01989-MWC**

**PATRICK BYRNE**

VS. **AMERIS BANK**

PLAINTIFF'S EXHIBIT **PX-34**

DATE ____________ IDEN.

DATE ____________ EVID.

BY ____________
Deputy Clerk

# PLAINTIFF EXHIBIT 034

**Sent:** 7/19/2023 3:03:29 PM
**Subject:** FW: 2022 and Q1 2023 LTIP calculations
**Attachments:** Overhead 2022 and 3.31.23.xlsx; LTIP calculation 12.31.2022 - sm actual Q4_1-9-2023.xlsx; REPOS MONIES APPLIED TO STREAM 4.4.23 UPDATED FOR SALES with inventoried assets.xlsx; Security Deposits preacquistion 6.2.23.xlsx; LTIP calculation 3.31.2023 final.xlsx

Hi Jim,

We want to point out a few items that must be added to the LTIP calculation for 2022 and Q1 and Q2 2023.

For 2022, overhead of $3,361,733 should be added back. See attached. This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead).

For Q1 2023, $3,806,670 should be added back. See below.

- Overhead of $1,263,202 should be added back. See attached. This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead).
- Ameris changed the accounting specific to repossessions, accelerating charge-offs of $2,214,514. See attached. We should not be penalized for an accounting change made by others and not within our control.
- Monies were erroneously not taken into income in the amount of $784,959 pre-acquisition, which should be added back. This should be applied to releasing the money in escrow, $456,005, with the remaining $328,954 included in the Q1 2023 LTIP.

Below is the revised 3/31/23 LTIP calculation.

| | |
|---|---|
| **LTIP EBT 3/3/31 previously calculated** | $10,992,433 |
| **<u>Add backs</u>** | |
| **Overhead** | $1,263,202 |
| **Repossessions** | $2,214,514 |
| **Monies not taken into income pre-acquisition** | $328,954 |
| **Total add-backs** | $3,806,670 |
| | |
| **LTIP EBT 3/31/23** | $14,799,103 |

Accordingly, we would like the LTIP calculation adjusted for 2022 and Q1 2023, the 2022 LTIP bonus of $1,176,607 ($3,361,733 * .35) released, and my $150,000 bonus based on the attainment of the Q1 goal to be included in my next paycheck.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**

**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** Byrne, Patrick
**Sent:** Monday, June 5, 2023 5:56 AM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Subject:** 2022 and Q1 2023 LTIP calculations

Hi Jim,

We want to point out a few items that must be added to the LTIP calculation for 2022 and Q1 2023.

For 2022, overhead of $3,361,733 should be added back. See attached. This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead).

For Q1 2023, $3,806,670 should be added back. See below.

- Overhead of $1,263,202 should be added back. See attached. This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead).
- Ameris changed the accounting specific to repossessions, accelerating charge-offs of $2,214,514. See attached. We should not be penalized for an accounting change made by others and not within our control.
- Monies were erroneously not taken into income in the amount of $784,959 pre-acquisition, which should be added back. This should be applied to releasing the money in escrow, $456,005, with the remaining $328,954 included in the Q1 2023 LTIP.

Below is the revised 3/31/23 LTIP calculation.

| | |
|---|---|
| **LTIP EBT 3/3/31 previously calculated** | $10,992,433 |
| **<u>Add backs</u>** | |
| **Overhead** | $1,263,202 |
| **Repossessions** | $2,214,514 |
| **Monies not taken into income pre-acquisition** | $328,954 |
| **Total add-backs** | $3,806,670 |
| | |
| **LTIP EBT 3/31/23** | $14,799,103 |

Accordingly, we would like the LTIP calculation adjusted for 2022 and Q1 2023, the 2022 LTIP bonus of $1,176,607 ($3,361,733 * .35) released, and my $150,000 bonus based on the attainment of the Q1 goal to be included in my next paycheck.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Tuesday, April 11, 2023 9:07 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Sparacio, David <David.Sparacio@amerisbank.com>; Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>
**Subject:** 3-31-2023 LTIP Calculation

Pat –

Please see attached for the Q1 LTIP estimate. The target for Q1 was $12.1MM based on the 2023 EBT target of $48.5MM for the year. EBT calculated was ~$11MM for Quarter 1.

Let us know if you have any questions in regards to the calculation.

Thanks!

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Line of Business Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

# Document Produced in Native Format

Document Produced in Native Format

Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

# Document Produced in Native Format

Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

# Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

# Document Produced in Native Format

# Document Produced in Native Format