# Exhibit 73

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. 8:24-cv-01989-MWC

PATRICK BYRNE

VS. AMERIS BANK

JOINT EXHIBIT JX-73

DATE ______ IDEN.

DATE ______ EVID.

BY ______

Deputy Clerk

# JOINT EXHIBIT 073

FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JANUARY 20, 2026.

**From:** /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E819B69829A41D782F6C061E2565DB9-BYRNE, PATR [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E819B69829A41D782F6C061E2565DB9-BYRNE, PATR]
**Sent:** 1/5/2024 11:12:19 PM
**To:** Patrick Byrne [pateb17@yahoo.com]
**Subject:** RE: Accounting for -900 accounts

Happy Friday David,

The Ameris Accounting department has made it crystal clear that you are not only setting the Accounting policies but also the policies for many other facets of the business which is your prerogative.

However, for the Balboa LTIP we will need to remain consistent with past practices on the -900 deals which will entail adding back the difference between booking the loan and the cash received on the recoveries for charged off deals.

Thank you and enjoy the weekend,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** Sparacio, David <David.Sparacio@amerisbank.com>
**Sent:** Friday, January 5, 2024 2:49 PM
**To:** Byrne, Patrick <pateb@balboacapital.com>; Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Cc:** Grant, Jim <jim.grant@balboacapital.com>; Parker, Heather <Heather.Parker@balboacapital.com>; LaHaise, James <James.LaHaise@amerisbank.com>
**Subject:** RE: Accounting for -900 accounts

Pat – I appreciate the tenacity but (1) we can't have business units setting accounting policy in the Company and (2) we can't make a change like this at this point of time when we are in the process of closing the books. We are literally 24 business hours away from closing the books. Jon Edwards deferred to accounting on the decision and based on the guidance in place and the conservative nature of our business practices we decided to record recoveries when the cash is received.

DS

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Friday, January 5, 2024 5:33 PM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Silva, Phil <phils@balboacapital.com>; Sparacio, David <David.Sparacio@amerisbank.com>
**Cc:** Grant, Jim <jim.grant@balboacapital.com>; Parker, Heather <Heather.Parker@balboacapital.com>
**Subject:** RE: Accounting for -900 accounts

Hi Sufhan,

I did a bit of research myself on this issue and what I did find out definitively is that there is no specific guidance under GAAP Subtopic 326-20 (ASC 326-20) that specifically addresses the recording of recoveries of financial assets from previously written-off financial assets. I assume you came to the same conclusion as you are citing an excerpt from an eight-year-old PWC memo as proof.

What is clear from the literature is the following:

When a financial asset is written off, it is typically removed from the balance sheet as it is considered uncollectible at that time. If a recovery occurs subsequently, it is generally recorded as a separate event. The specific accounting treatment may depend on the circumstances and nature of the recovery.

In practice, when a recovery of previously written-off financial assets occurs, it is common to recognize it as income in the period when the recovery is confirmed. The recognizes the improvement in the financial position resulting from the collection of previously impaired assets. However, the exact accounting treatment can vary depending on factors such as the specific terms of the recovery, the nature of the financial asset, and the entity's accounting policies.

Specific to the deals in question, the financial assets that are written off are different from the financial assets that are being booked as a loan. Most notably, the term of the loan is typically four times shorter than the original loan and we have a stipulated judgement which means we do not have to go through the litigation process, and we can start to collect our judgment immediately. Both items make the new booked deals not only different but also much more creditworthy.

Further, the overall materiality of these loans is miniscule based on Balboa's balance sheet and infinitesimal based on Ameris' balance sheet. The remaining receivable for these deals is $2.3mil as of 11/30/23 versus assets of $1.44 billion for Balboa and $25.6 billion for Ameris. These deals represent .0016 of Balboa's balance sheet and .00009 of Ameris' balance sheet.

Therefore, for simplicity, consistency, and for all the reasons above we need to book the stipulated deals as new loans as we have done in the past until a change was made in October.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Wednesday, December 27, 2023 2:46 PM
**To:** Byrne, Patrick <pateb@balboacapital.com>; Silva, Phil <phils@balboacapital.com>; Sparacio, David <David.Sparacio@amerisbank.com>
**Subject:** RE: Accounting for -900 accounts

It was a little more vague on the Accounting guidance pre-CECL but this TRG clarifies that it's recovery when received and has these scenarios from page 114-119

Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Wednesday, December 27, 2023 1:58 PM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Silva, Phil <phils@balboacapital.com>; Sparacio, David <David.Sparacio@amerisbank.com>
**Subject:** Re: Accounting for -900 accounts

Isn't everything an Accounting decision? Booking an entirely new loan for a credit-worthy customer is not GAAP compliant? I would love to see the literature here.

---

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Wednesday, December 27, 2023 8:40 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>; Silva, Phil <phils@balboacapital.com>; Sparacio, David <David.Sparacio@amerisbank.com>
**Subject:** Re: Accounting for -900 accounts

Yep - I think we are still researching because the new method (recovery when cash received) is GAAP compliant and the old method is not. Waiting to research with David on the final decision - Jon stated it may be an accounting decision and not a credit decision.

Get Outlook for iOS

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Wednesday, December 27, 2023 1:06:49 PM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** Re: Accounting for -900 accounts

Sufhan,

When you send me the financials for December, will you please include the few deals that were booked the old way.

Thank you,

Pat

---

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Tuesday, December 26, 2023 10:18 AM
**To:** Govea-Von Velasco, Matthew <matthewv@balboacapital.com>; Grant, Jim <jim.grant@balboacapital.com>
**Cc:** Aquino, Joseph <Josephda@balboacapital.com>; Byrne, Patrick <pateb@balboacapital.com>
**Subject:** RE: Accounting for -900 accounts

Yes per Jon Edwards. Sounds like effective 1/1/2024 per Jim Grant.

I think on the 9 deals already booked the "new" method, we'll look at the total recovery amount and let Jim and Jon decide how to proceed, but likely keep as is if not a large amount

Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

**From:** Govea-Von Velasco, Matthew <matthewv@balboacapital.com>
**Sent:** Tuesday, December 26, 2023 3:16 PM
**To:** Grant, Jim <jim.grant@balboacapital.com>; Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Cc:** Aquino, Joseph <Josephda@balboacapital.com>; Byrne, Patrick <pateb@balboacapital.com>
**Subject:** RE: Accounting for -900 accounts

Hello, Sufhan:

So that I'm understanding this correctly, we're scrapping the NEW method of booking STIPs (cash basis billing schedule) and going back to the original method?

Just want to make sure I'm understanding the conversation between you and Jim.

**Matthew Govea-Von Velasco**
**Balboa Capital, A Division of Ameris Bank** | Operations Administration Team Lead
575 Anton Blvd., STE 1080 | Costa Mesa, CA 92626
(D) 949.553-3462 | matthewv@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** Grant, Jim <jim.grant@balboacapital.com>
**Sent:** Tuesday, December 26, 2023 12:02 PM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Cc:** Govea-Von Velasco, Matthew <matthewv@balboacapital.com>; Aquino, Joseph <Josephda@balboacapital.com>; Byrne, Patrick <pateb@balboacapital.com>
**Subject:** RE: Accounting for -900 accounts

Sufhan

Correct, full recovery at rebooking
Let the existing accounts run
The "cash recovery" will be the new note proceeds

Jim

*James J. Grant*
**Senior Vice President**

**Balboa Capital, a division of Ameris Bank**
**949-316-3837 Off#**

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Tuesday, December 26, 2023 11:51 AM
**To:** Grant, Jim <jim.grant@balboacapital.com>; Sparacio, David <David.Sparacio@amerisbank.com>
**Cc:** Govea-Von Velasco, Matthew <matthewv@balboacapital.com>; Luzon, Lynn <Lynn.Luzon@balboacapital.com>; Keshav, Anjana <anjana.keshav@balboacapital.com>; Aquino, Joseph <Josephda@balboacapital.com>; Edwards, Jon <jon.edwards@amerisbank.com>; Strange, Doug <Doug.Strange@amerisbank.com>
**Subject:** RE: Accounting for -900 accounts

Got it – I don't do the booking for these items and we had figured out a systemic way to get it posted as cash was received. There was no difficulty in booking it the way we had created the last few months.. Just to make sure we're clear – on the STIP deals we are reverting back to how they were booked previously instead of booking the recovery as cash was received?

Jon - what do we need to do for the previous ones that haven't run through recovery yet for the few months? Run those through recovery?

I think Matt Von Velasco sends the booking requests for those so wanted to copy him and Joseph here.

@Sparacio, David – just a heads up as we'll have non-cash recoveries in the recovery bucket in the financial statements.

Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

**From:** Grant, Jim <jim.grant@balboacapital.com>
**Sent:** Tuesday, December 26, 2023 2:30 PM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Subject:** FW: Accounting for -900 accounts

Sufhan
See john and mines discussion regarding bookings of future 900 accounts.

When the a 900 account is sent to accounting for rebooking and there are any prior charge off amounts we will simply recover the entire charge off amount upon booking of the new 900 transaction.

These should be small in number, most of the 900 accounts are rebooked prior to Chargeoff

Any questions brother lets discuss

Jim

*James J. Grant*

FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JANUARY 20, 2026.

**Senior Vice President**
**Balboa Capital, a division of Ameris Bank**
**949-316-3837 Off#**

---

**From:** Edwards, Jon <jon.edwards@amerisbank.com>
**Sent:** Tuesday, December 26, 2023 11:09 AM
**To:** Grant, Jim <jim.grant@balboacapital.com>
**Subject:** RE: Accounting for -900 accounts

I support that recommendation. Make it so!

Thanks.

Jon Edwards
Chief Credit Officer
(D) 404.240.1538x, (M) 229.798.2401

---

**From:** Grant, Jim <jim.grant@balboacapital.com>
**Sent:** Tuesday, December 26, 2023 1:57 PM
**To:** Edwards, Jon <jon.edwards@amerisbank.com>
**Subject:** RE: Accounting for -900 accounts

Sir

Not enough money to make an exceptional process out of and now they are aging therefore the 120line in the sand is fully supported !

The only remaining issue is the recovery of any prior "charge off amount",

1. Do we recover "Fully the prior charge off amount" when signed ?

or

2. Do recover on an "as received basis" ?

1. Is the simplest solution, only down side the possibility of future charge off !
2. Involves monthly reconciliations and is more complex and open for more human error !

Given the amount involved **I recommend we proceed with Option #1** and this is Pat's request !

Jim

***James J. Grant***
**Senior Vice President**
**Balboa Capital, a division of Ameris Bank**
**949-316-3837 Off#**

---

**From:** Edwards, Jon <jon.edwards@amerisbank.com>
**Sent:** Tuesday, December 26, 2023 7:15 AM
**To:** Grant, Jim <jim.grant@balboacapital.com>
**Subject:** FW: Accounting for -900 accounts

Jim,

FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JANUARY 20, 2026.

I see that you were copied on this. can you confirm that we're on the same page with Pat on how these loans will be handled?

Thanks.

Jon Edwards
Chief Credit Officer
(D) 404.240.1538x, (M) 229.798.2401

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Friday, December 15, 2023 10:38 AM
**To:** Edwards, Jon <jon.edwards@amerisbank.com>
**Cc:** Silva, Phil <phils@balboacapital.com>; Grant, Jim <jim.grant@balboacapital.com>; Parker, Heather <Heather.Parker@balboacapital.com>; Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Strange, Doug <Doug.Strange@amerisbank.com>; Mandel, Dave <Dave.Mandel@amerisbank.com>; LaHaise, James <James.LaHaise@amerisbank.com>; Ngo, Don <donbn@balboacapital.com>
**Subject:** RE: Accounting for -900 accounts

Hi Jon,

It was great seeing you this week.

I am following up on how we are accounting for stipulations that we enter into post-charge-off.

I have attached the static pool information for the last five years through 11/30/2023 for stipulated deals and the overall portfolio. We started doing stipulations in 2019.

The results are that the stipulated deals have had an average loss/original receivable of 7.2% vs. 2.0% for the overall pool. While substantially more, the average losses for the stipulated deals only equate to $151,743 per year or 1.5% of the overall losses per year.

The credit quality mitigants to the stipulated deals are that the average term is approximately 12 months versus the overall portfolio average of 54 months. We also have stipulated judgments which means we do not have to go through the litigation process and can start to collect on our judgment immediately.

Therefore, for simplicity and consistency, I recommend that we book stipulated deals as new loans as we have done in the past until the change in October.

Please let me know your thoughts.

Best regards,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JANUARY 20, 2026.

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Tuesday, December 12, 2023 7:23 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Silva, Phil <phils@balboacapital.com>; Grant, Jim <jim.grant@balboacapital.com>; Parker, Heather <Heather.Parker@balboacapital.com>
**Subject:** RE: Accounting for -900 accounts

To clarify - these deals are still booked as loans in the system so it can be tracked for invoicing, but the initial entry used to be a debit to receivable and credit to recoveries for the amount of the loan (this would cause issues as it was noncash and if it charged off, we show a double charge-off on deals)

The proper was to account for these since the loan was not funded and there was no cash recovery, the receivable is offset with a contra receivable and as payments are made, the payments are recognized as recoveries.

Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Tuesday, December 12, 2023 10:19 AM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Cc:** Silva, Phil <phils@balboacapital.com>; Grant, Jim <jim.grant@balboacapital.com>
**Subject:** RE: Accounting for -900 accounts

Thanks Sufhan.

It looks like all these deals were past 120 days so they were charged off which makes sense.

However, then it looks like we are recognizing the income on a cash basis as the payments come in as opposed to booking these deals as new loans. Is this what is happening here?

Thanks,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Monday, December 11, 2023 9:32 AM

FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JANUARY 20, 2026.

**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Silva, Phil <phils@balboacapital.com>; Grant, Jim <jim.grant@balboacapital.com>
**Subject:** RE: Accounting for -900 accounts

There have been 9 STIP deals booked this way since the transition in October

Name
[redacted]

Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Monday, December 11, 2023 10:25 AM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Cc:** Silva, Phil <phils@balboacapital.com>; Grant, Jim <jim.grant@balboacapital.com>
**Subject:** RE: Accounting for -900 accounts

Thank you Sufhan.

To be clear, there were no accounts in November that fell under this scenario?

Thanks,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JANUARY 20, 2026.

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Monday, December 11, 2023 5:51 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Silva, Phil <phils@balboacapital.com>; Grant, Jim <jim.grant@balboacapital.com>
**Subject:** RE: Accounting for -900 accounts

Hey good morning Pat! The -900 deals that were STIP were being recognized on a noncash basis which was discovered when we had charge-offs in the STIP deals that were causing the same account that would've had an economic loss of only 400k based on funded amount to show a chargeoff of 800k (hypothetical numbers). Going forward, only the cash received will be considered in recoveries which aligns with GAAP and the rest of the organization. No adjustments were made to the past STIP deals that have run through recoveries.. I believe this decision was made in the AQ around October so that's when the process had changed.

Jon and Doug will likely cover this in the meeting today as well!

November Financial Package should be done by EOD today

Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Friday, December 8, 2023 5:48 PM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Cc:** Silva, Phil <phils@balboacapital.com>; Grant, Jim <jim.grant@balboacapital.com>
**Subject:** Accounting for -900 accounts

Hi Sufhan,

I understand there was a discussion today with Jim Grant and Jon Edwards, among others, around how to handle our -900 accounts. Can you let me know what was decided here and what changes are being made on the accounting side.

Also, what is the ETA for the November financials?

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.