# Exhibit 76

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **8:24-cv-01989-MWC**

**PATRICK BYRNE**

VS. **AMERIS BANK**

PLAINTIFF'S EXHIBIT **PX-76**

DATE ______________ IDEN.

DATE ______________ EVID.

BY ______________
Deputy Clerk

# PLAINTIFF EXHIBIT 076

**From:** Sparacio, David [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=84760837E9C241B18D0213B3DC6EF8C7-SPARACIO, D]
**Sent:** 1/30/2024 2:38:54 PM
**To:** Stokes, Nicole [nicole.stokes@amerisbank.com]; Majid, Sufhan [sufhan.majid@amerisbank.com]
**CC:** LaHaise, James [james.lahaise@amerisbank.com]
**Subject:** RE: December 2023 LTIP
**Attachments:** LTIP calculation 12.31.2023 final with pat edits 1.14.24 v4.xlsx

Please see attached.

Thanks.

DS

---

**From:** Stokes, Nicole <Nicole.Stokes@amerisbank.com>
**Sent:** Tuesday, January 30, 2024 9:32 AM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Cc:** LaHaise, James <James.LaHaise@amerisbank.com>; Sparacio, David <David.Sparacio@amerisbank.com>
**Subject:** RE: December 2023 LTIP

Can you send me and Jim the file that supports this calculation? Thanks!

**Items 1 + 6:** An increase of net income of $872,770 = LTIP net income hurdle still not met

Thanks!
Nicole

---

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Thursday, January 25, 2024 2:27 PM
**To:** Sparacio, David <David.Sparacio@amerisbank.com>; Stokes, Nicole <Nicole.Stokes@amerisbank.com>
**Subject:** RE: December 2023 LTIP

Hey Nicole - see attached. V4 includes 328k of audit and tax professional fees and removes the MHT adjustment of $1.8MM. I also attached the email referencing back to the July 2023 adjustment for MHT, if needed.

If we add back:

**Items 1 + 5 + 6 less the audit and professional fees and no adjustments to charge-offs** – net income goes up $2,529,992 and charge-offs goes up $1.88M to $43,964,694 and the LTIP is not met by ~611k.

Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

**From:** Sparacio, David <David.Sparacio@amerisbank.com>
**Sent:** Thursday, January 25, 2024 2:19 PM
**To:** Stokes, Nicole <Nicole.Stokes@amerisbank.com>
**Cc:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Subject:** Re: December 2023 LTIP

We can run these. When do need it?

David A. Sparacio
EVP, Controller
(205)520-8490 cell
david.sparacio@amerisbank.com

---

**From:** Stokes, Nicole <Nicole.Stokes@amerisbank.com>
**Sent:** Thursday, January 25, 2024 2:14:24 PM
**To:** Sparacio, David <David.Sparacio@amerisbank.com>
**Cc:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Subject:** RE: December 2023 LTIP

Can you run these with the following 2 adjustments:

Add the MHT charge offs ($1,886,926 I think) that we didn't charge him for? I don't believe the agreement excluded those and he was never charged for those – not sure why we excluded them from the calculation.
In the proforma, we included $82,000 a quarter of audit and tax professional fees. I don't believe we have charged him that and I think we can.

Thanks!
Nicole

---

**From:** Sparacio, David <David.Sparacio@amerisbank.com>
**Sent:** Wednesday, January 17, 2024 10:55 AM
**To:** Stokes, Nicole <Nicole.Stokes@amerisbank.com>
**Cc:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Subject:** RE: December 2023 LTIP
**Importance:** High

Nicole – Please see my comments below on how items 1, 5 and 6 impact the LTIP calculation individually. The current calculation is below the net income hurdle ($48,500,000) by $1,899,662 so the only scenario you described that overcomes that hurdle is accepting items 1 + 5 + 6. Here are the calculations:

**Items 1 + 6:** An increase of net income of $872,770 = LTIP net income hurdle still not met
**Items 1 + 5 + 6:** An increase of net income of $2,846,944 and an LTIP calculation of $331,549

The only other way the hurdle is met is in either of these scenarios:

**Item 5:** An increase in net income of $1,974,174 and an LTIP calculation of $26,079
**Items 1 + 5:** An increase of net income by $2,521,438 and an LTIP calculation of $217,622
**Items 5 + 6:** An increase of net income of $2,299,681 and an LTIP calculation of $140,007

Please let us know if you have any questions.

DS

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Monday, January 15, 2024 7:42 PM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Sparacio, David <David.Sparacio@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** December 2023 LTIP

Hi Sufan,

In reviewing the LTIP, a few items need to be revised.

1. The accounting of stipulated judgments was changed which is not consistent with past practices. This resulted in a $554,191 in reduced income. See 99X STIP- original STIP Amount. – If these were recorded as recoveries as they were in the past practices they would only reduce net charge-offs and provision expense. This result would increase net income by $547,264, not meeting the LTIP hurdle.
2. ~~Depreciation for pre-acquisition assets has been erroneously deducted. This is $145,741 in 2023. See CC 890 2023 YTD Depreciation schedule.~~
3. ~~Overhead compensation for Accounting, Credit, IT, and Marketing of $6,505,966 for 2023 needs to be added back. See attached Overhead 2022 and 2023. This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead). As previously and consistently communicated, we did not consent to these departments not reporting into Balboa.~~
4. ~~The tax benefits to Ameris was $1,398,874 for 2023. See SuperTrump Portfolio Q1 Q2 Q3 Q4 2022 v2.~~
5. The accounting of interim rent was changed which is not consistent with past practices. This resulted in a $1,974,174 in reduced income. See 12.31.2023 Interim Rent Entry. – Adding in $1,974,174 in net income will cause the net income to meet and exceed the hurdle resulting (for this change alone) in an actual LTIP calculation of $26,079.
6. A decision was made to change the accounting specific to repossessions in Q1 2023 which is not consistent with past practices, this resulted in additional charge-offs of $1,457,448 in Q3 and Q4. See Deals charged off before 120 for equipment repossessed 12.31.23. – Of this amount $1,127,821 of charge-offs would have hit the 120 days past due status by 12/31/2023 and consequently charge-off. So using past practices only $329,627 would have not been charged off in 2023. So recoveries would increase and provision expense would decrease and the results would be an increase in net income of $325,507. This change alone would not meet the LTIP net income hurdle.

I have revised the LTIP calculation which results in an LTIP payout of $3,037,750. See LTIP calculation 12.31.2023 final with pat edits 11.14.24.

Thank you for your prompt attention to this matter and let me know if you have any questions.

Best regards,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Wednesday, January 10, 2024 10:18 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>; Sparacio, David <David.Sparacio@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** RE: December 2023 LTIP

Pat –

Attached is the final LTIP based on the financials as of 12/31/2023 now that the books are officially closed.

Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Monday, January 8, 2024 2:24 PM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Sparacio, David <David.Sparacio@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** RE: December 2023 LTIP

Thanks Sufhan.

We will submit our usual adjustments after the financials are completed.

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Monday, January 8, 2024 10:58 AM
**To:** Sparacio, David <David.Sparacio@amerisbank.com>; Byrne, Patrick <pateb@balboacapital.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** December 2023 LTIP

Pat –

Here is what we have so far for LTIP based on the financials. Today is the last day for close entries by around 4 pm EST. provision and taxes will be posted and show up tomorrow but that shouldn't impact LTIP since those are added back.

Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

# Document Produced in Native Format