# Exhibit 325

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. 8:24-cv-01989-MWC

PATRICK BYRNE

VS. AMERIS BANK

DEFENDANT'S EXHIBIT DX-325

DATE ______________________ IDEN.

DATE ______________________ EVID.

BY ______________________
Deputy Clerk

# DEFENDANT'S EXHIBIT 325

EXHIBIT
23

Patrick Byrne - 603794 - Ameris Bank

# Ameris Bank Confidential Information Agreement

| | |
|---|---|
| Document | Ameris Bank Confidential Information Agreement |
| Category | ONB-Policies |
| Message | **Instructions:** |

1. **Download** the '***Confidentiality Agreement'*** by clicking on the hyperlinked document title above.
2. **Read** and **Review** the document downloaded
3. **Check** the **box** next to **'Accept ?'**
4. **Click SAVE** (located at the top right of the page)
5. Select '**Yes**' on the ***Confirmation*** pop up message

By checking the box next to **'Accept'**, I acknowledge I have been given access to and reviewed the **Confidential Information Agreement** and understand it is solely my responsibility to abide by the guidelines and standards contained within these documents. I also understand that I should consult with HR or my manager with any questions I have regarding the information provided.
I understand this acknowledgement form will be maintained as part of my employment records.

**CONFIDENTIAL INFORMATION AGREEMENT**
As a condition of employment with Ameris Bank and in consideration of the mutual covenants, conditions and obligations set forth below in this Agreement, Ameris Bank and I, the employee (hereafter "Employee") agree as follows:

1. Ameris Bank hereby employs Employee in the capacity of (job title) Conversion Team and Employee hereby accepts such employment on the terms and conditions set forth herein. Employee will perform such duties as are assigned to him or her from time to time by the appropriate officers of Ameris Bank.
2. *Confidential Information*. Employee acknowledges that, as a result of his employment with Ameris Bank, he may become acquainted with the following confidential information or trade secrets of Ameris Bank: Ameris Bank's customer, supplier and employee information; including, but not limited to, contractual agreements with customers, lists of past, present, or prospective customers, customer sales summaries, customer files or customer-related correspondence, customer lists, customer requirements and other customer data not generally available to the public, as well as customer information within the scope of the Gramm-Leach-Bliley, Financial Services Modernization Act of 1999, 15 U.S.C. Section 6801 *et. seq.*; Ameris Bank's financial and marketing information and projections, including but not limited to, market surveys, marketing objectives, and marketing strategies; Ameris Bank's products and services and the pricing for same, including, but not limited to, price books or other pricing information, and other information about costs, profits, sales, and markets; Ameris Bank's business methods and procedures, including, but not limited to, Ameris Bank's operations and/or processes and formulas, plans, drawings, flow charts, ratios, secret processes or machines, inventions, designs, drawings, blueprints, software, concepts, prototypes, techniques, procedures, systems, methods, studies, research projects, new product development plans, software, databases or other technology created, developed or compiled by Ameris Bank; hardware and software configurations developed by Ameris Bank; and other commercially sensitive information the secrecy of which is valued by Ameris Bank (collectively, "Confidential Information").

3. *Trade Secrets*. For purposes of this Agreement, the term "Trade Secrets" shall have the meaning ascribed to it in the Georgia Trade Secrets Act (the "Act"), as now in force or hereafter amended, O.C.G.A. Section 10-1-761(4).
4. Employee agrees that, except as required in the course of his/her employment by Ameris Bank, Employee will not duplicate, remove, transfer, disclose or utilize, nor knowingly allow any other person to duplicate, remove, transfer, disclose or utilize, such Trade Secrets or Confidential Information.
5. With respect to any Confidential Information, whatever its nature and form and whether obtained orally, by observation, from written materials or otherwise during or as the result of Employee's employment by Ameris Bank, Employee agrees:
   a. to hold all such Confidential Information in strict confidence, and not publish or otherwise disclose any portion thereof during Employee's employment and for a two (2) year period after termination except with prior written consent of the President of Ameris Bank;
   b. during Employee's employment and for a two (2) year period after termination, to make no use of any such Confidential Information except such use as is required in the performance of Employee's duties for Ameris Bank or with prior written consent of the President of Ameris Bank;
   c. upon termination of Employee's employment, whether voluntary or involuntary, or upon Ameris Bank's request, to deliver to Ameris Bank, without copying or summarizing, all written materials and all models, mechanisms, documents, records, and tangible things and the like containing or relating to such Confidential Information, all of which shall be and remain the sole property of Ameris Bank. For this purpose, "written materials" shall be deemed to include letters, memoranda, reports, notes, notebooks, books of account, data, drawings, prints, plans, specifications, formulas and all other documents or writings, and all copies thereof.
6. With respect to any Trade Secrets, whatever their nature and form and whether obtained orally, by observation, from written materials or otherwise during or as the result of Employee's employment by Ameris Bank, Employee agrees:
   a. to hold all such Trade Secrets in strict confidence, and not publish or otherwise disclose any portion thereof.
   b. to make no use of any such Trade Secrets except such use as is required in the performance of Employee's duties for Ameris Bank or with prior written consent of the President of Ameris Bank;
   c. upon termination of Employee's employment, whether voluntary or involuntary, or upon Ameris Bank's request, to deliver to Ameris Bank, without copying or summarizing, all written materials and all models, mechanisms, documents, records, and tangible things and the like containing or relating to such Trade Secrets, all of which shall be and remain the sole property of Ameris Bank. For this purpose, "written materials" shall be deemed to include letters, memoranda, reports, notes, notebooks, books of account, data, drawings, prints, plans, specifications, formulas and all other documents or writings, and all copies thereof.
7. *Customer Non-Solicitation*. For a period of twelve (12) months after termination of his employment for any reason (whether voluntary or involuntary), Employee agrees that he will not solicit or attempt to solicit any customers or former customers of Ameris Bank with whom Employee had material contact during the twelve (12) months immediately prior to the conclusion of his employment with Ameris Bank. For purposes of the preceding sentence, "material contact" shall mean interaction, which takes place in an effort to further a business relationship. The prohibition contained in this Section shall apply only to actual or attempted solicitation for the purpose of marketing or selling products or services which compete with those products or services offered by Ameris Bank which were offered by Ameris Bank at the conclusion of Employee's employment.
8. This Agreement is severable, such that the invalidity of any term of this Agreement shall not affect the validity of any other term.
9. The services rendered by Employee to Ameris Bank in the course of his/her employment may be of a special, unique and extraordinary character, and breach by Employee of any provision of this Agreement will cause Ameris Bank irreparable injury and damage. Therefore, Ameris Bank shall be entitled, in addition to all other remedies available to it, to injunctive and equitable relief to prevent a breach of this Agreement, or any part of it, and to secure its enforcement. In the event Ameris Bank utilizes the services of an in-house or outside attorney for the purposes of enforcing any of the provisions of this Agreement,

Ameris Bank shall be entitled to recover its attorney's fees, costs, and expenses of such enforcement efforts, in addition to all damages and other remedies recoverable by Ameris Bank.

10. The employee has provided Ameris Bank copies of all agreements with previous employers under which the employee has agreed not to compete or otherwise agreed to limit the use of Trade Secrets
11. While employed by Ameris Bank, the Employee will not engage in any other business or employment without the prior written approval from the Personnel Committee of Ameris Bank.
12. Employee understands and agrees that his/her employment is at-will and that this agreement does not guarantee continuation of employment with Ameris Bank for any period of time. Employee also understands that only the President/CEO of Ameris Bank has the authority to change the employee's at-will status; that any change must be made in writing and signed by the President/CEO of Ameris Bank; and that at any time or for any reason Employee may resign his/her position, or Ameris Bank may terminate his/her employment.
13. Upon termination of Employee's employment, whether voluntary or involuntary, the Employee agrees that for twelve (12) months after termination, the Employee will not solicit, divert, or hire, or attempt to solicit, divert or hire any person who is employed or retained by Ameris Bank without prior written approval from the President/CEO of the Ameris Bank.

Full Policy Attached as a download.

| **Status** | Status Date | Comments |
|---|---|---|
| Accepted | 12/16/2021 9:25 AM | |