# Exhibit 394

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. 8:24-cv-01989-MWC

PATRICK BYRNE

VS. AMERIS BANK

JOINT EXHIBIT JX-394

DATE ______ IDEN.

DATE ______ EVID.

BY ______
Deputy Clerk

# JOINT EXHIBIT 394

**Sent:** 7/23/2023 8:25:25 PM
**To:** Majid, Sufhan [sufhan.majid@amerisbank.com]
**CC:** Sparacio, David [david.sparacio@amerisbank.com]; LaHaise, James [james.lahaise@amerisbank.com]
**Subject:** 2022 LTIP revisions
**Attachments:** Depreciation 6.30.23.xls; Overhead 2022 and 6.30.23.xlsx; LTIP calculation 12.31.2022 - sm actual Q4_1-9-2023 revised 7.23.23.xlsx

Sufhan,

In reviewing the LTIP for 2022, two items have come to my attention.

1. Depreciation for pre-acquisition assets has been erroneously deducted. This was approximately $210,576 for 2022. See pre Acquisition tab on the Depreciation 6.30.23 spreadsheet.
2. Overhead should be added back. See attached overhead spreadsheet. This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead).

I have revised the calculation based on the above in the blue tabs of the LTIP calculation 12.31.2022 spreadsheet. I have highlighted the changes in rows 147-164.

Based on these revisions, there is $1,248,354 owed to me, so I ask that this money be paid out in the 7/30/23 payroll.

Thank you for your prompt attention to this matter, and let me know if you have any questions.

Best regards,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.