# Exhibit 395

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. 8:24-cv-01989-MWC

PATRICK BYRNE

VS. AMERIS BANK

JOINT EXHIBIT JX-395

DATE ______________ IDEN.

DATE ______________ EVID.

BY ______________

Deputy Clerk

# JOINT EXHIBIT 395

**Sent:** 7/23/2023 5:45:44 PM
**To:** Majid, Sufhan [sufhan.majid@amerisbank.com]
**CC:** Sparacio, David [david.sparacio@amerisbank.com]; Rodriguez, Laura [laura.rodriguez@amerisbank.com]; LaHaise, James [james.lahaise@amerisbank.com]; Silva, Phil [phils@balboacapital.com]
**Subject:** RE: LTIP Calculation
**Attachments:** REPOS MONIES APPLIED TO STREAM 4.4.23 UPDATED FOR SALES with inventoried assets.xlsx; Depreciation 6.30.23.xls; Ameris Portfolio Snapshot 06.30.2023_updated 7.13.2023.xlsx; Overhead 2022 and 6.30.23.xlsx; LTIP calculation 6.30.2023 estimate revised 7.23.23.xlsx

Good morning Sufhan,

I hope you had a great weekend.

In reviewing the LTIP, a few items have come to my attention.

1. A decision was made to change the accounting specific to repossessions in Q1 2023, resulting in additional charge-offs of $2,214,514. See cell D6 on the summary tab of the Repos Monies applied to the Stream spreadsheet. We have added this back as a change in accounting made by others and not within our control should not be included.
2. Depreciation for pre-acquisition assets has been erroneously deducted. This was approximately $52,644 per quarter. See pre Acquisition tab on the Depreciation 6.30.23 spreadsheet.
3. The quarterly net charge-offs for Q2 were $7,969,763. Please review the Summary 2021-2023 Quarterly tab cell L12 on the Ameris Snapshot spreadsheet.
4. Overhead should be added back. See attached overhead spreadsheet. This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead).
5. The adjusted provision is 1.25% annualized, so your formula in cell i151 needs to divide by 1.25% by 4 for Q1 and by 1.25% by 2 for Q2.

I have revised the calculation based on the above in the blue tabs of the LTIP calculation 6.30.2023 spreadsheet. I have highlighted the changes in rows 147-152.

Based on these revisions, the LTIP targets for Q1 and Q2 were met, so I ask that my bonus for Q1 and Q2 be paid out in the 7/30/23 payroll.

Thank you for your prompt attention to this matter, and let me know if you have any questions.

Best regards,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Wednesday, July 12, 2023 11:15 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>

**Cc:** Sparacio, David <David.Sparacio@amerisbank.com>; Rodriguez, Laura <Laura.Rodriguez@amerisbank.com>
**Subject:** LTIP Calculation

Pat – attached is the LTIP calculation as of Q2 2023.

Please let us know if you have any questions in regards to the calculation.

Thanks!

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

# Document Produced in Native Format

Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

# Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

# Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

# Document Produced in Native Format

# Document Produced in Native Format

Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

# Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

Document Cannot be Viewed

# Document Produced in Native Format

# Document Produced in Native Format