# Exhibit 423

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. 8:24-cv-01989-MWC

PATRICK BYRNE

VS. AMERIS BANK

JOINT EXHIBIT JX-423

DATE ______________ IDEN.

DATE ______________ EVID.

BY ______________

Deputy Clerk

# JOINT EXHIBIT 423

**From:** LaHaise, James [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D5DD0DC8FC3E499A942AC9190EFDF471-LAHAISE, JA]
**Sent:** 12/8/2023 2:20:59 PM
**To:** Byrne, Patrick [pateb@balboacapital.com]
**CC:** Silva, Phil [phils@balboacapital.com]
**Subject:** RE: 2024 budget and LTIP potential

Pat, I hope we can focus our discussions next week on business strategy and review the budget at GL level to see what additional research is needed. We will pull bankers dashboard when together which gives us the ability to segment quarterly or monthly. I will be prepared to revise the projections when together using the excel model, then get them to the team to enter into the budget. We will also address the LTIP comments.

In the interim, I will get some more detail yield analysis so we can see what the portfolio turnover will do to yields.

Look forward to working through this together.

Thanks

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

---

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Thursday, December 7, 2023 6:53 PM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** FW: 2024 budget and LTIP potential

Thank you Jim.

We would like to see the projections in the more detailed view (i.e.- more line items) that is produced monthly by Sufhan.
We would like to see the 2024 projections in quarterly format.
We would like you to include the quarterly origination projections.
We feel the yield with fees should be flat from last year at 10.77%.
What changes have been made to the model to address the errors in the current LTIP? Specifically, depreciation for pre-acquisition assets, overhead compensation for Accounting, Credit, IT, and Marketing, the accounting of interim rent not being consistent with past practices and credit for the tax benefit that Ameris is accruing from Balboa's FMV business.

It would be great if we can get the revised projections before your visit so we can have a productive conversation.

Best,

**Patrick Byrne**
**Chief Executive Officer**

EXHIBIT 44

**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Thursday, December 7, 2023 9:27 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** 2024 budget and LTIP potential

Pat and Phil, Attached is a worksheet with three tabs that we can use in our discussion next week.

- Tab one (Balboa GL 890) has balance sheet and income statements for November YTD, 2024 Budget and an annualized November YTD interest income run rate with 2024 expenses.
  - The orange cell (C34) can be changed to see impact to income statement.
- Tab two is the LTIP Potential using the budget calculation on Tab one assumptions. If you make a change on tab one, it will change tab two.
- Tab three is our view of Balboa capital with full FTP cost of funds.

I am working on 2023 LTIP calculation adjustments and will bring an example of 2025 incentive plan template we can discuss.

Let me know any questions ahead of time.

Thanks

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203
james.lahaise@amerisbank.com

AMERIS BANK