# Exhibit 454

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **8:24-cv-01989-MWC**

**PATRICK BYRNE**

VS. **AMERIS BANK**

JOINT EXHIBIT **JX-454**

DATE ______________ IDEN.

DATE ______________ EVID.

BY ______________
Deputy Clerk

# JOINT EXHIBIT 454

**From:** Byrne, Patrick [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E819B69829A41D782F6C061E2565DB9-BYRNE, PATR]
**Sent:** 1/31/2024 10:42:05 PM
**To:** LaHaise, James [james.lahaise@amerisbank.com]
**CC:** Silva, Phil [phils@balboacapital.com]
**Subject:** RE: Summary of compensation owed
**Attachments:** 2022 LTIP Revision.msg; FW_ Security Deposits.msg; December 2023 LTIP .msg

Jim,

Attached are the three e-mails I am referencing.

1. Security Deposits- $2,024,765. See e-mail dated 1/27/24.
2. 2022 LTIP- $1,457,057. See e-mail dated 11/29/24.
3. 2023 LTIP -$3,037,750. See e-mail dated 1/15/24.

Please remit the first two immediately and confirm the third will be paid out on February 15.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Wednesday, January 31, 2024 11:54 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** RE: Summary of compensation owed

Pat, Thank you for sending this. I don't see an email on 1/22/24 that you referenced. I do have an email dated 1/23/24 that references the 2023 LTIP. Is that the same email? If not please resend the 1/22/24 email. Thanks

We have reviewed these in the past and will do so again and get back to you.

Jim

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Wednesday, January 31, 2024 11:11 AM

**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** Summary of compensation owed

Hi Jim,

Here is a list of items that we need to be paid on.

1. Security Deposits- $2,024,765. See e-mail dated 1/27/24.
2. 2022 LTIP- $1,457,057. See e-mail dated 11/29/24.
3. 2023 LTIP -$3,037,750. See e-mail dated 1/22/24.

Please remit the first two immediately and confirm the third will be paid out on February 15.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** Byrne, Patrick [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E819B69829A41D782F6C061E2565DB9-BYRNE, PATR]
**Sent:** 1/29/2024 6:49:52 PM
**To:** LaHaise, James [james.lahaise@amerisbank.com]
**CC:** Silva, Phil [phils@balboacapital.com]
**Subject:** 2022 LTIP Revision
**Attachments:** Overhead 2022 and 2023.xlsx; SuperTrump Portfolio Q1 Q2 Q3 Q4 2022 v2.xlsx; Depreciation 6.30.23.xls

Hi Jim,

In reviewing the 2022 LTIP, a few items need to be revised.

1. Overhead compensation for Accounting, IT, and Marketing of $3,361,733 for Q4 2022 needs to be added back. See attached Overhead 2022 and 2023. This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead). As previously and consistently communicated, we did not consent to these departments not reporting into Balboa.
2. The tax benefits to Ameris were $596,295 for 2022. See SuperTrump Portfolio Q1 Q2 Q3 Q4 2022 v2.
3. Depreciation for pre-acquisition assets has been erroneously deducted. This is $210,576 in 2022. See Depreciation 6.30.23.

I have revised the 2022 LTIP calculation which results in a 2022 LTIP additional payout of $1,457,057. See LTIP calculation 12.31.2022 sm actual Q4 1-9-2023 revised 1.28.24.

Thank you for your prompt attention to this matter and let me know if you have any questions.

Best regards,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

# AMERIS002246-2248
# PRODUCED IN NATIVE FORMAT

# EXHIBIT 454

**From:** Byrne, Patrick [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E819B69829A41D782F6C061E2565DB9-BYRNE, PATR]
**Sent:** 1/27/2024 4:23:54 PM
**To:** LaHaise, James [james.lahaise@amerisbank.com]
**CC:** Silva, Phil [phils@balboacapital.com]
**Subject:** FW: Security Deposits
**Attachments:** Doc SN Review project SCRUB #2.xlsx; Security deposits 1.26.24.xlsx

Hi Jim,

I hope you are having a good weekend.

It has come to my attention that the termination dates were not correct on the previous sent first spreadsheet. This has now been corrected in the second spreadsheet.

The deals highlighted in the "DEPOSITS TO KEEP" tab terminated pre-acquisition equal $277,844.84 and the deals highlighted in the "NEED TO DECIDE" tab terminated pre-acquisition equal $375,305.16 for a total of $653,150. The $653,150 is additional pretax income pre-acquisition. Therefore, based on our purchase agreement an additional $2,024,765 is owed (See cell E309 on the NEED TO DECIDE tab in the second spreadsheet). It is unnerving that Ameris intentional delayed this analysis for over two years now.

Please remit the $2,024,765 at your earliest convenience.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

---

**From:** Byrne, Patrick
**Sent:** Monday, January 15, 2024 4:45 PM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** FW: Security Deposits

Hi Jim,

I never heard back from you here.

The deals in the "DEPOSITS TO KEEP" tab equal $809,225.81 and the deals in the "NEED TO DECIDE" tab equals $811,320.22 for a total of $1,620546.03. These amounts are additional pretax income pre-acquisition. Therefore, based on our purchase agreement an additional $5,023,693 is owed. Please remit at your earliest convenience.

Thank you,

**Patrick Byrne**

**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** Byrne, Patrick
**Sent:** Friday, January 5, 2024 3:03 PM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Cc:** Sparacio, David <david.sparacio@amerisbank.com>; Silva, Phil <phils@balboacapital.com>; LaHaise, James <James.LaHaise@amerisbank.com>
**Subject:** FW: Security Deposits

Hi Sufhan,

The deals in the "DEPOSITS TO KEEP" tab equal $809,225.81 and the deals in the "NEED TO DECIDE" tab equals $811,320.22 for a total of $1,620546.03. These amounts are additional pretax income pre-acquisition. Therefore based on our purchase agreement an additional $5,023,693 is owed. Please remit at your earliest convenience.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Friday, December 29, 2023 2:01 PM
**To:** Spencer, Jody <Jody.Spencer@amerisbank.com>; Emert, Jacquie <jacquiee@balboacapital.com>
**Cc:** Byrne, Patrick <pateb@balboacapital.com>; Sparacio, David <David.Sparacio@amerisbank.com>
**Subject:** RE: Security Deposits

[redacted]

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

[redacted]

[redacted]

[redacted]

**Jody L. Spencer**
**Ameris Bank** | Chief Legal Officer
3490 Piedmont Road, Suite 1550 | Atlanta, Georgia 30305

[redacted]

# AMERIS002255-2256
# PRODUCED IN NATIVE FORMAT

# EXHIBIT 454

**From:** Byrne, Patrick [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E819B69829A41D782F6C061E2565DB9-BYRNE, PATR]
**Sent:** 1/16/2024 12:41:46 AM
**To:** Majid, Sufhan [sufhan.majid@amerisbank.com]; Sparacio, David [david.sparacio@amerisbank.com]; Silva, Phil [phils@balboacapital.com]
**Subject:** December 2023 LTIP
**Attachments:** 99X STIP - original STIP amount.xlsx; CC 890 2023 YTD Depreciation schedule.xls; Overhead 2022 and 2023.xlsx; SuperTrump Portfolio Q1 Q2 Q3 Q4 2022 v2.xlsx; 12.31.2023 Interim Rent Entry.xlsx; Deals charged off before 120 for equipment repossessed 12.31.23.xlsx; LTIP calculation 12.31.2023 final with pat edits 1.14.24.xlsx

Hi Sufan,

In reviewing the LTIP, a few items need to be revised.

1. The accounting of stipulated judgments was changed which is not consistent with past practices. This resulted in a $554,191 in reduced income. See 99X STIP- original STIP Amount.
2. Depreciation for pre-acquisition assets has been erroneously deducted. This is $145,741 in 2023. See CC 890 2023 YTD Depreciation schedule.
3. Overhead compensation for Accounting, Credit, IT, and Marketing of $6,505,966 for 2023 needs to be added back. See attached Overhead 2022 and 2023. This is consistent with the verbiage in the Purchase and Sale Agreement, consistent with how it was initially presented to us, consistent with who these departments report to (they all report to the bank's personnel), and consistent with how traditionally these departments have been viewed (as indirect costs or corporate overhead). As previously and consistently communicated, we did not consent to these departments not reporting into Balboa.
4. The tax benefits to Ameris was $1,398,874 for 2023. See SuperTrump Portfolio Q1 Q2 Q3 Q4 2022 v2.
5. The accounting of interim rent was changed which is not consistent with past practices. This resulted in a $1,974,174 in reduced income. See 12.31.2023 Interim Rent Entry.
6. A decision was made to change the accounting specific to repossessions in Q1 2023 which is not consistent with past practices, this resulted in additional charge-offs of $1,457,448 in Q3 and Q4. See Deals charged off before 120 for equipment repossessed 12.31.23.

I have revised the LTIP calculation which results in an LTIP payout of $3,037,750. See LTIP calculation 12.31.2023 final with pat edits 11.14.24.

Thank you for your prompt attention to this matter and let me know if you have any questions.

Best regards,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Wednesday, January 10, 2024 10:18 AM

**To:** Byrne, Patrick <pateb@balboacapital.com>; Sparacio, David <David.Sparacio@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** RE: December 2023 LTIP

Pat –

Attached is the final LTIP based on the financials as of 12/31/2023 now that the books are officially closed.

Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Monday, January 8, 2024 2:24 PM
**To:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>; Sparacio, David <David.Sparacio@amerisbank.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** RE: December 2023 LTIP

Thanks Sufhan.

We will submit our usual adjustments after the financials are completed.

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** Majid, Sufhan <Sufhan.Majid@amerisbank.com>
**Sent:** Monday, January 8, 2024 10:58 AM
**To:** Sparacio, David <David.Sparacio@amerisbank.com>; Byrne, Patrick <pateb@balboacapital.com>; Silva, Phil <phils@balboacapital.com>
**Subject:** December 2023 LTIP

Pat –

Here is what we have so far for LTIP based on the financials. Today is the last day for close entries by around 4 pm EST. provision and taxes will be posted and show up tomorrow but that shouldn't impact LTIP since those are added back.

Thanks,

**Sufhan Majid, CPA**
**Ameris Bank** | SVP, Director of Accounting
3500 Piedmont Rd NE, Suite 600 | Atlanta, GA 30305
(D) 404.639.6519 | Sufhan.Majid@amerisbank.com

# AMERIS002260-2266 PRODUCED IN NATIVE FORMAT

# EXHIBIT 454