# Exhibit 461

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **8:24-cv-01989-MWC**

**PATRICK BYRNE**

VS. **AMERIS BANK**

JOINT EXHIBIT **JX-461**

DATE ______________ IDEN.

DATE ______________ EVID.

BY ______________

Deputy Clerk

# JOINT EXHIBIT 461

**Sent**: 2/18/2024 6:00:06 PM
**To**: Silva, Phil [phils@balboacapital.com]; Rasmussen, Robert [robertjr@balboacapital.com]; Baker, Cheryl [cheryl.baker@balboacapital.com]; Fields, Sophia [sophiaf@balboacapital.com]; Sexton, David [davidls@balboacapital.com]; Grant, Jim [jim.grant@balboacapital.com]; Parker, Heather [heather.parker@balboacapital.com]; Edson, Todd [toddme@balboacapital.com]; Emert, Jacquie [jacquiee@balboacapital.com]; Chiongson, Michelle [michelleac@balboacapital.com]; Ontal, Patrick [patrickgo@balboacapital.com]
**Subject**: RE: Follow-up: 2024 Bonuses

Update- there has been no movement on Ameris' part to address the discrepancies in how the LTIP is calculated.

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

**From:** Byrne, Patrick
**Sent:** Monday, February 5, 2024 6:14 AM
**To:** Silva, Phil <phils@balboacapital.com>; Rasmussen, Robert <robertjr@balboacapital.com>; Baker, Cheryl <cheryl.baker@balboacapital.com>; Fields, Sophia <sophiaf@balboacapital.com>; Sexton, David <davidls@balboacapital.com>; Grant, Jim <jim.grant@balboacapital.com>; Parker, Heather <Heather.Parker@balboacapital.com>; Edson, Todd <toddme@balboacapital.com>; Emert, Jacquie <jacquiee@balboacapital.com>; Chiongson, Michelle <michelleac@balboacapital.com>; Ontal, Patrick <patrickgo@balboacapital.com>
**Subject:** RE: Follow-up: 2024 Bonuses

Folks,

Many people have asked me to lay out the numbers so you can better understand the bonus situation, so I will try to do so as succinctly as possible.

I agree with Phil on most of the points below. Still, I would add that I thought that we had a great year considering the significant governors put on the growth of Balboa by Ameris in 2023, including but not limited to the restrictions on hiring, the limitation on portfolio purchases, the floors on interest rates, and the reporting lines for key departments (Credit, IT, Accounting, and Marketing) switched to reporting to Ameris.

Despite these headwinds, for 2023, Balboa was able to achieve:

**$ 57.2 million in earnings before tax based on the Long-Term Incentive Plan (LTIP) model compared to a goal of $ 48.5 million or 118% of the plan.**

Our results in 2023 were after an outstanding 2022, which produced:

**$ 67.1 million in earnings before tax based on the Long-Term Incentive Plan (LTIP) model compared to a goal of $ 37 million or 181% of the plan.**

There is a disagreement on how the LTIP is calculated, which I have been raising with executive management since April 2023. For 2023, Ameris calculates the LTIP at $46.6, slightly lower than the $48.5mil goal, resulting in no bonuses.

The LTIP goal for 2024 ramps up again to $ 57.2 million. Given the continued constraints on growth (the bank wants 6% growth across the board), similar losses as last year (most economists are predicting a downturn in 2024), and no change in the way Ameris calculates the LTIP (we produced $46.6mil in 2023 based on their calculation- $10.6mil below the 2024 goal); the prospects for any bonuses in 2024 are bleak.

I am sorry I don't have better news, but hopefully, this addresses your questions on the numbers.

Please feel free to let me know if you have any questions.

Onward and upward,

Pat

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** Silva, Phil <phils@balboacapital.com>
**Sent:** Thursday, February 1, 2024 8:47 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>; Rasmussen, Robert <robertjr@balboacapital.com>; Baker, Cheryl <Cheryl.Baker@balboacapital.com>; Fields, Sophia <sophiaf@balboacapital.com>; Sexton, David <davidls@balboacapital.com>; Grant, Jim <jim.grant@balboacapital.com>; Parker, Heather <Heather.Parker@balboacapital.com>; Edson, Todd <toddme@balboacapital.com>; Emert, Jacquie <jacquiee@balboacapital.com>; Chiongson, Michelle <michelleac@balboacapital.com>; Ontal, Patrick <patrickgo@balboacapital.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** Follow-up: 2024 Bonuses

Guys,

Good morning. As a follow up to our conversation yesterday, it is my opinion that we will not be receiving additional bonuses this year like we have the last two years. After growing north of 60% in 2021 and 2002 with very low losses, 2023 was much more challenging with the added cost of deposits, freezes on hiring, increased scrutiny with rates and high losses, primarily in trucking.

Ameris is very supportive of equipment finance and I am hoping we will be able return to these types of bonuses in 2025.

I have been candid with my direct reports and I would encourage you to do the same with yours.

Call me if you should have any questions.

Best,

**Phil Silva**
**President**
**Balboa Capital, a Division of Ameris Bank**
(D) 949.553.3491 | (C) 509.981.3940 | phils@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.