# Exhibit 465

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. 8:24-cv-01989-MWC

PATRICK BYRNE

VS. AMERIS BANK

DEFENDANT'S EXHIBIT DX-465

DATE ______________ IDEN.

DATE ______________ EVID.

BY ______________

Deputy Clerk

# DEFENDANT'S EXHIBIT 465

**Sent:** 2/5/2024 5:46:35 PM
**To:** Byrne, Patrick [pateb@balboacapital.com]
**Subject:** RE: Summary of compensation owed

Pat, Since you did not wish to discuss these topic via a conference call, below is my response to your email below addressed to me dated 1/31/24 with a subject: Summary of compensation owed.

1. Security Deposits- $2,024,765. E-mail dated 1/27/24.

Response: No compensation is owed to you in this request and as I have previous communicated to you in a response email dated 1/16/24. The stock purchase agreement was a final purchase price based on your previously agreement and acknowledgement that all condition of Article II, Purchase and Sale of Shares were satisfied, and the final payment was made to your designated parties.

Your accusation that Ameris intentionally delayed any review or analysis is unwarranted and false. You have been the division leader Balboa Capital since purchase date, as well as the owner of the company since inception. You have by far the most detailed knowledge of all activities of the division. If there were any reconciliations that you felt needed immediate attention, you have responsibility to bring that to the appropriate accounting representative.

2. 2022 LTIP- $1,457,057. E-mail dated 11/29/24.

Response:

1. The $3,361,733 of expenses for the full-time employees detailed in your spreadsheet are all direct costs associated with operating the Balboa Capital division. These employees were included in the Pioneer 1Q21 Operating Model calculation of EBT. These employees job responsibilities are in direct support of the Balboa Capital Division. They perform their daily duties based on direction given by you or a manger within your division. Ameris has not charged any indirect expense the division.
2. The Purchase and Sale Agreement does not represent or warrant any future staff reporting conditions of the division post-acquisition.
3. Great care is given in reconciling the LTIP calculations. The 2022 LTIP pay out calculation was final, and payments were distributed per your recommendations. No dispute or request for an adjustment was made in your disbursement of the 2022 pay out.
4. Ameris purchased assets at book value, so Balboa never fully expensed the asset. The depreciation expense was included in 1Q21 Pioneer Operating Model. No adjustments should be made for LTIP.

3. 2023 LTIP- $3,037,750. Email dated 1/15/24.

Response:

1. We agree with your request to adjust the LTIP EBT by $554,191.00 and it is reflected in the final 2023 LTIP calculation.
2. Ameris purchased assets at book value, so Balboa never fully expensed the asset. The depreciation expense was included in 1Q21 Pioneer Operating Model. No adjustments should be made for LTIP.
3. The $6,505,966.00 of expenses for the full-time employees detailed in your spreadsheet are all direct costs associated with operating the Balboa Capital division. These employees were included in the Pioneer 1Q21 Operating Model calculation of EBT. These employees job responsibilities are in direct support of the Balboa Capital Division. They perform their daily duties based on direction given by you or a manger within your division. Ameris has not charged any indirect expense the division.
4. The LTIP calculation is based on earnings before taxes (EBT), therefore there is no impact to the LTIP calculation, and no adjustment is needed.
5. The accounting of interim rent was changed with the impact of ASC842. This pending accounting change was identified in the due diligence process and the impact was adjusted in the 1Q21 Pioneer Operating Model (historical average of 3.5% was reduced to 2.0% in the model). Therefore, no impact should be made to the LTIP calculation.
6. We agree with your request to adjust for the impact of the one-time change to the charge off practice at 120 days. We have calculated the net impact to the LTIP calculation to be $329,626.73.

With the adjustments, the final LTIP EBT calculation was $47,473,108.00, which was short of the 2023 LTIP EBT threshold of $48,500,000. No LTIP payment will be made for 2023. As I have stated in the past, if you have other non-LTIP participant Balboa Capital employees that you feel warrant an additional financial reward for 2023 performance, please provide your recommendation for our consideration.
To follow up on our conversation during your 2023 performance review, you stated that you do not think you want to continue in the role as Balboa Capital CEO. If this is still the case, it will require considerable coordination to assure no impact to the Balboa Capital division's performance. Please confirm back to me on how you would like to address your role by 2/06/24.

As always, I am available to discuss this over a conference call or in person.

Kindest Regards,
Jim

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Wednesday, January 31, 2024 5:42 PM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** RE: Summary of compensation owed

Jim,

Attached are the three e-mails I am referencing.

1. Security Deposits- $2,024,765. See e-mail dated 1/27/24.
2. 2022 LTIP- $1,457,057. See e-mail dated 11/29/24.
3. 2023 LTIP -$3,037,750. See e-mail dated 1/15/24.

Please remit the first two immediately and confirm the third will be paid out on February 15.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Wednesday, January 31, 2024 11:54 AM

**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** RE: Summary of compensation owed

Pat, Thank you for sending this. I don't see an email on 1/22/24 that you referenced. I do have an email dated 1/23/24 that references the 2023 LTIP. Is that the same email? If not please resend the 1/22/24 email. Thanks

We have reviewed these in the past and will do so again and get back to you.

Jim

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Wednesday, January 31, 2024 11:11 AM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** Summary of compensation owed

Hi Jim,

Here is a list of items that we need to be paid on.

1. Security Deposits- $2,024,765. See e-mail dated 1/27/24.
2. 2022 LTIP- $1,457,057. See e-mail dated 11/29/24.
3. 2023 LTIP -$3,037,750. See e-mail dated 1/22/24.

Please remit the first two immediately and confirm the third will be paid out on February 15.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

AMERIS BANK | WE'RE WITH YOU.

**Sent**: 3/1/2024 2:59:35 PM
**To**: Byrne, Patrick [pateb@balboacapital.com]
**Subject**: RE: Summary of compensation owed

Pat, As I stated in the review, I do want you to continue as CEO if it what you want. As I stated in that email, our position on the open items in your first paragraph are no correct and no payments are due. We must move beyond those items in order to move forward on

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Friday, March 1, 2024 9:20 AM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Subject:** RE: Summary of compensation owed

Jim,

We have discussed the three points below numerous times, and I have sent many e-mails on these topics starting approximately nine months ago. I didn't see any value in discussing these items further, so I suggested you respond in writing. After reading your responses, these items remain open. For #1, the purchase price was increased by $2,024,765; this sum is past due. For #2, the incentive pool remaining is $1,457,051 and is past due, and for #3, the incentive pool is $3,037,750 and is payable no later than March 15.

During my review, where we didn't talk about my performance nor did I have a copy of my performance review, I let you know that it didn't seem you wanted me to continue as CEO.

As you said in my review, and you have reiterated many times since the acquisition, you would like me to continue as CEO; however, as I have mentioned in the review and many times before, Ameris' actions speak differently. For example, we are constantly at odds over the calculation of the LTIP, which determines the appropriate annual bonuses for our best people. You have rejected every idea that I have had for improvement since the acquisition, and you have transferred almost all my duties either to managers at Ameris (i.e., Accounting, Credit, IT, and Marketing) or to Phil, which has materially decreased my authority, duties, and responsibilities. When we started to work together, I took you for your word that you would like me to continue as CEO, but after over two years, it is no longer about what you say but what you do.

I have consistently been transparent from the time of the acquisition with you and several other members of the Ameris Executive Team, saying that if you don't find what I am doing valuable, please let me know. I have added significant value to Ameris and

would like to continue doing so. However, if the feeling is not mutual, please suggest how we move forward.

Thank you,

Pat

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Friday, February 9, 2024 2:05 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Subject:** Re: Summary of compensation owed

Sounds good. Thanks.

**James A. LaHaise**
**Ameris Bank** | EVP
1301 Riverplace Blvd, Suite 2600, Jacksonville, FL 32207
(D) 904.486.7206 (M) 404-538-2203 (F) 912-234-3373

On Feb 9, 2024, at 12:42 AM, Byrne, Patrick <pateb@balboacapital.com> wrote:

Jim,

I need a few more days here. I will reply to your e-mail next week.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Monday, February 5, 2024 9:50 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Subject:** RE: Summary of compensation owed

Pat, Since you did not wish to discuss these topics via a conference call, below is my response to your email addressed to me dated 1/31/24 with a subject: Summary of compensation owed.

1. Security Deposits- $2,024,765. E-mail dated 1/27/24.

Response: No compensation is owed to you in this request, as I have previous communicated to you in a response email dated 1/16/24. The stock purchase agreement provided a process which was complied with for determining the final purchase price.

Your accusation that Ameris intentionally delayed any review or analysis is unwarranted and false.

2. 2022 LTIP- $1,457,057. E-mail dated 11/29/24.

Response:

1. The $3,361,733 of expenses for the full-time employees detailed in your spreadsheet are all direct costs associated with operating the Balboa Capital division. These employees were included in the Pioneer 1Q21 Operating Model calculation of EBT. These employees' job responsibilities are in direct support of the Balboa Capital division. They perform their daily duties based on direction given by you or a manager within your division. No part of this amount reflects the charge of an indirect expense to the division by Ameris, and no adjustment to the LTIP is warranted.

2. The stock purchase agreement does not address or impose any future staff reporting conditions of the division post-acquisition.

3. Great care have been given in reconciling the LTIP calculations. The 2022 LTIP payout calculation was final, and payments were distributed per your recommendations. You raised no dispute or request for an adjustment in your disbursement of the 2022 payout.

4. Ameris acquired the assets of Balboa Capital at book value, so Balboa never fully expensed the asset prior to the stock purchase. The depreciation expense incurred was included in the 1Q21 Pioneer Operating Model. As a result, no adjustment to the LTIP is warranted.

3. 2023 LTIP- $3,037,750. Email dated 1/15/24.

Response:

1. We agree with your request to adjust the LTIP EBT by $554,191.00 and it is reflected in the final 2023 LTIP calculation.

2. As above, Ameris acquired the assets of Balboa Capital at book value, so Balboa never fully expensed the asset prior to the stock purchase. The depreciation expense incurred was included in the 1Q21 Pioneer Operating Model, and no adjustment to the LTIP is warranted.

3. The $6,505,966.00 of expenses for the full-time employees detailed in your spreadsheet are all direct costs associated with operating the Balboa Capital division. These employees were included in the Pioneer 1Q21 Operating Model calculation of EBT. These employees' job responsibilities are in direct support of the Balboa Capital division. They perform their daily duties based on direction given by you or a manager within your division. No part of this amount reflects the charge of an indirect expense to the division by Ameris, and no adjustment to the LTIP is warranted.

4. The LTIP calculation is based on earnings before taxes (EBT); therefore, there is no tax impact to the LTIP calculation, and no adjustment is needed.

5. The accounting for interim rent was changed with the effectiveness of ASC842. This accounting change was identified in the due diligence process and its impact was reflected in the 1Q21 Pioneer Operating Model (historical average of 3.5% was reduced to 2.0% in the model). Therefore, no further adjustment to the LTIP calculation is warranted.

6. We agree with your request to adjust for the impact of the one-time change to the charge-off practice at 120 days. We have calculated the net impact to the LTIP calculation to be $329,626.73.

With the adjustments (1 and 6 above), the final LTIP EBT calculation for 2023 was $47,473,108.00, which was short of the 2023 LTIP EBT threshold of $48,500,000. Therefore, no LTIP payment was earned or will be made for 2023. As I have stated in the past, if you have other non-LTIP participant Balboa Capital employees that you feel warrant an additional financial reward for 2023 performance, please provide your recommendation for our consideration.

To follow up on our conversation during your 2023 performance review, you stated that you may not wish to continue in the role of CEO of the Balboa Capital division. If this is still the case, it will require considerable coordination to assure no impact to the Balboa Capital division's performance. Please confirm back to me your plans for remaining with the company, or not, by 2/08/24.

As always, I am available to discuss this over a conference call or in person.

Kindest Regards,

Jim

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Wednesday, January 31, 2024 5:42 PM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** RE: Summary of compensation owed

Jim,

Attached are the three e-mails I am referencing.

1. Security Deposits- $2,024,765. See e-mail dated 1/27/24.
2. 2022 LTIP- $1,457,057. See e-mail dated 11/29/24.
3. 2023 LTIP -$3,037,750. See e-mail dated 1/15/24.

Please remit the first two immediately and confirm the third will be paid out on February 15.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com
<image001.png>

**From:** LaHaise, James <James.LaHaise@amerisbank.com>
**Sent:** Wednesday, January 31, 2024 11:54 AM
**To:** Byrne, Patrick <pateb@balboacapital.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** RE: Summary of compensation owed

Pat, Thank you for sending this. I don't see an email on 1/22/24 that you referenced. I do have an email dated 1/23/24 that references the 2023 LTIP. Is that the same email? If not please resend the 1/22/24 email. Thanks

We have reviewed these in the past and will do so again and get back to you.

Jim

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203

**From:** Byrne, Patrick <pateb@balboacapital.com>
**Sent:** Wednesday, January 31, 2024 11:11 AM
**To:** LaHaise, James <James.LaHaise@amerisbank.com>
**Cc:** Silva, Phil <phils@balboacapital.com>
**Subject:** Summary of compensation owed

Hi Jim,

Here is a list of items that we need to be paid on.

1. Security Deposits- $2,024,765. See e-mail dated 1/27/24.
2. 2022 LTIP- $1,457,057. See e-mail dated 11/29/24.
3. 2023 LTIP -$3,037,750. See e-mail dated 1/22/24.

Please remit the first two immediately and confirm the third will be paid out on February 15.

Thank you,

**Patrick Byrne**
**Chief Executive Officer**
**Balboa Capital, A Division of Ameris Bank**
(D) 949-553-3415 | pateb@balboacapital.com
<image001.png>

**From:** LaHaise, James [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D5DD0DC8FC3E499A942AC9190EFDF471-LAHAISE, JA]
**Sent:** 3/7/2024 3:45:42 PM
**To:** Byrne, Patrick [pateb@balboacapital.com]
**Subject:** Employment contract
**Attachments:** Byrne non-renewal notice 032024.pdf

Pat, Attached is non-renewal notice. Want to give us plenty of time to work through our long term plan together.

Best,

Jim

**James A. LaHaise**
**Ameris Bank** | Chief Strategy Officer
3490 Piedmont Rd. NE | Atlanta, GA 30305
(D) 404.240.1536 | (C) 404.538.2203
james.lahaise@amerisbank.com

AMERIS BANK