ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
MATTHEW T. SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: msessions@allenmatkins.com
svillagomez@allenmatkins.com
mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO: Judge Michelle Williams Court<br><br>**DECLARATION OF MATTHEW T. SESSIONS CERTIFYING USE OR NON-USE OF ARTIFICIAL INTELLIGENCE IN SUPPORT OF PLAINTIFF PATRICK BYRNE'S OPPOSITION TO DEFENDANT AMERIS BANK'S RULE 50(b), RULE 59, AND RULE 59(e) MOTIONS**<br><br>Date: October 23, 2026<br>Time: 1:30 p.m.<br>Ctrm: 6A<br><br>Trial Date: June 1, 2026 |

**DECLARATION OF MATTHEW T. SESSIONS**

I, Matthew T. Sessions, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and the Court's Civil Standing Order, as follows:

1. I am an attorney duly licensed to practice law in the State of California (State Bar No. 307098) and a partner at Allen Matkins Leck Gamble Mallory & Natsis LLP. I am one of the attorneys of record for Plaintiff Patrick Byrne in the above-captioned matter. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, could and would testify competently to them.

2. I submit this declaration in connection with Patrick Byrne's Oppositions to Defendant Ameris Bank's Rule 50(b), Rule 59, and Rule 59(e) Motions.

3. My team, acting at my direction, and I used AI tools to assist in drafting the Oppositions. Specifically, Harvey and Westlaw's CoCounsel were used to conduct legal research, identify potentially relevant authorities, and review the Oppositions for typographical errors, citation inconsistencies, and clarity. These tools were used in connection with all sections of the Oppositions.

4. My team and I independently reviewed the relevant legal authorities and source materials and verified that any AI-generated content incorporated into the Oppositions was accurate and complied with our obligations under Federal Rule of Civil Procedure 11.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 25, 2026, at Irvine, California.

*/s/ Matthew T. Sessions*
MATTHEW T. SESSIONS