Johanna Schiavoni (SBN 248501)
johanna.schiavoni@calg.com
Michael von Loewenfeldt (SBN 178665)
michael.vonloewenfeldt@calg.com
Jessica M. Weisel (SBN 174809)
jessica.weisel@calg.com
**COMPLEX APPELLATE LITIGATION GROUP LLP**
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 878-0404
Facsimile: (415) 726-2527

Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, California 92101
Telephone: (619) 292-0515
Facsimile: (619) 566-4741

Attorneys for Defendant
AMERIS BANK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK BYRNE, an individual,<br>Plaintiff,<br>vs.<br>AMERIS BANK, a Georgia corporation,<br>Defendant. | Case No.: 8:24-cv-01989-MWC-JDE<br>**AI CERTIFICATION RE REPLY IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FRCP 50(b)**<br>Date: October 23, 2026<br>Time: 1:30 p.m.<br>Dept.: 6A<br>Hon. Michelle Williams Court |

I, Michael von Loewenfeldt, declare as follows:

1. I am an attorney licensed to practice before this Court and in the State of California. I am a partner at Complex Appellate Litigation Group LLP and counsel of record for Defendant Ameris Bank ("Defendant" or "Ameris") in this action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would testify competently to such facts under oath.

2. This declaration is filed pursuant to Sections 1 and 9(h) of this Court's current Standing Order Regarding Newly Assigned Cases with regard to Ameris Bank's Reply in Support of Motion for Judgment as a Matter of Law Pursuant to FRCP 50(b) (hereinafter "50(b) Reply").

3. No portion of the 50(b) Reply was drafted by any generative AI system.

4. In addition, although the current Standing Order was not in place when the underlying Motion for Judgment as a Matter of Law Pursuant to FRCP 50(b) was filed on August 21, 2026, given the current order I also certify that no portion of that Motion was drafted by a generative AI system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of October, 2026, at Oakland, California.

/s/ Michael von Loewenfeldt
Michael von Loewenfeldt