ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
MATTHEW T. SESSIONS (BAR NO. 307098)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
MADISON E. LARSEN (BAR NO. 364953)
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: msessions@allenmatkins.com
svillagomez@allenmatkins.com
mlarsen@allenmatkins.com

Attorneys for Plaintiff
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BYRNE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO: Judge Michelle Williams Court<br><br>**DECLARATION OF MATTHEW T. SESSIONS CERTIFYING USE OR NON-USE OF ARTIFICIAL INTELLIGENCE IN CONNECTION WITH PLAINTIFF PATRICK BYRNE'S SUPPLEMENT REGARDING CITATIONS IN PLEADINGS (DKT. 277)**<br><br>Date: October 23, 2026<br>Time: 1:30 p.m.<br>Ctrm: 6A<br><br>Trial Date: June 1, 2026 |

**DECLARATION OF MATTHEW T. SESSIONS**

I, Matthew T. Sessions, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and the Court's Civil Standing Order, as follows:

1. I am an attorney duly licensed to practice law in the State of California (State Bar No. 307098) and a partner at Allen Matkins Leck Gamble Mallory & Natsis LLP. I am one of the attorneys of record for Plaintiff Patrick Byrne in the above-captioned matter. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, could and would testify competently to them.

2. I submit this declaration in connection with Plaintiff Patrick Byrne's Supplement Regarding Citations in Pleadings. Dkt. 277. Generative AI was not used to prepare this filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 14, 2026, at Irvine, California.

*/s/ Matthew T. Sessions*
MATTHEW T. SESSIONS